AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually, <br><br> *Plaintiff(s)* <br> v. <br> Rowell Ranch Rodeo, Inc. et a <br> See attached <br><br> *Defendant(s)* | Civil Action No.  4:23-cv-01652-KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HAYWARD AREA RECREATION AND PARK DISTRICT
PUBLIC SAFETY MANAGER/RANGER KEVIN HART
1099 E Street
Hayward, CA 94541

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jessica L. Blome (Cal. Bar No. 314898)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
(510) 900-9502

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Mark B. Busby

Date: April 7, 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hayward Area Recreation and Park District Ranger Kevin Hart was received by me on *(date)* April 16, 2023 .

☑ I personally served the summons on the individual at *(place)* 1088 Ocho Rios Drive, Danville, CA on *(date)* April 16, 2023 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: April 17, 2023

*Margaret McAdam*
*Server's signature*

Margaret McAdam
*Printed name and title*

P.O. Box 6553
Oakland, CA 94603
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; and DOES 1 and 2, in their individual and official capacities, jointly and severally | DEFENDANTS |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My mailing address is P.O. Box 6553, Oakland, CA 94603. On April 16, 2023, I served the following document(s) by the method(s) indicated below:

1. **VERIFIED COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF AND DAMAGES**
2. **CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**
3. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
4. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**
5. **STANDING ORDER FOR MAGISTRATE JUDGE KANDIS A. WESTMORE**
6. **SETTLEMENT CONFERENCE STANDING ORDER FOR MAGISTRATE JUDGE KANDIS A. WESTMORE**
7. **NOTICE RE: TELEPHONIC APPEARANCE PROCEDURES FOR MAGISTRATE JUDGE KANDIS A. WESTMORE**

☐   by placing on this date a true copy of the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid to the address(es) set forth below, in a collection box regularly maintained by the United States Postal Service.

☑   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Kevin Hart
1088 Ocho Rios Drive
Danville, CA 94526

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2023 at Oakland, California.

*Margaret McAdam*
Margaret McAdam