UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIZ BOLBOL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROWELL RANCH RODEO, INC., et al.,<br><br>　　　　Defendants. | Case No. 23-cv-01652-VC<br><br>**ORDER RE: MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 28 |

　　The Court is tentatively inclined to deny the plaintiffs' motion for a temporary restraining order. The motion indicates that the plaintiffs have had "longstanding plans" to return to the park to demonstrate on May 19–21, 2023, which begs the question why the plaintiffs did not file a motion for a preliminary injunction at an earlier time, such as when the case was filed on April 6, 2023.

　　In an abundance of caution, however, the defendants are ordered to file a response to the plaintiffs' motion by Monday, May 15, 2023. If the plaintiffs wish to file a reply, they must do so no later than 5pm on Tuesday, May 16. The plaintiffs must serve the defendants with this order by today, and they must file a proof of service by tomorrow.

　　**IT IS SO ORDERED.**

Dated: May 9, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge