| | |
|---|---|
| 1 | Jessica L. Blome (State Bar No. 314898) |
| | Christian R. Bucey (State Bar No. 341921) |
| 2 | Gina Tomaselli (State Bar No. 267090) |
| | GREENFIRE LAW, PC |
| 3 | 2748 Adeline Street, Suite A |
| | Berkeley, CA 94703 |
| 4 | Ph/Fx: (510) 900-9502 |
| 5 | Email: jblome@greenfirelaw.com |
| | cbucey@greenfirelaw.com |
| 6 | gtomaselli@greenfirelaw.com |
| 7 | *Attorneys for Plaintiff Deniz Bolbol* |
| 8 | JOSEPH P. CUVIELLO |
| | 205 DeAnza Blvd. #125 |
| 9 | San Mateo, CA 94402 |
| | Telephone: (650) 315-3776 |
| 10 | Email: pcuvie@gmail.com |
| 11 | *Plaintiff In Pro Se* |

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually, | Case No. 3:23-cv-01652-VC |
| PLAINTIFFS. | **PROOF OF SERVICE** |
| v. | |
| ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; ALAMEDA COUNTY SHERIFF'S OFFICE; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD; and DOES 1 and 2, in their individual and official capacities, jointly and severally, | |
| DEFENDANTS. | |

## PROOF OF SERVICE

I am employed in the County of Alameda. My business address is 2748 Adeline Street, Suite A, Berkeley, California 94703. I am over the age of 18 years and not a party to the above-entitled action. Document served:

- **ORDER RE: MOTION FOR TEMPORARY RESTRAINING ORDER**

On May 9th, 2023, I served the foregoing document on the parties located in the attached service list as designated below:

(x) By Electronic Transmission:   Based on an agreement of the parties in the attached service list to accept service by electronic transmission of the above-mentioned document, I caused the document to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on May 10th, 2023, in Berkeley, California.

_____
Christian R. Bucey

**SERVICE LIST**

| | |
|---|---|
| Dale L. Allen, Jr.<br>Allen, Glaessner, Hazelwood & Werth, LLP<br>180 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>dallen@aghwlaw.com<br><br>William A. Aspinwall<br>waspinwall@aghwlaw.com<br><br>mhernandez@aghwlaw.com<br>erodas@aghwlaw.com<br>dcostes@aghwlaw.com | Attorneys for Defendants Hayward Area Recreation and Park District and Hayward Area Recreation and Park District Public Safety Manager/Ranger Kevin Hart by Electronic Transmission |
| William F. Burns<br>Law Office of William F. Burns<br>699 Peters Avenue, Ste. B<br>Pleasanton, CA 94566<br>wfburns@earthlink.net | Attorney for Defendant Rowell Ranch Rodeo, Inc. by Electronic Transmission |