UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIZ BOLBOL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROWELL RANCH RODEO, INC., et al.,<br><br>　　　　Defendants. | Case No.  23-cv-01652-VC<br><br>**ORDER RE: ROWELL RANCH RODEO, INC.'S DECLARATION**<br><br>Re: Dkt. No. 39 |

　　　　The declaration filed by Rowell Ranch Rodeo, Inc. is unhelpfully vague. The declaration indicates that a second free speech area has been designated near the ticket booth closest to the arena. It further indicates that Rowell Ranch employees have been instructed not to engage with any of the demonstrators. However, it then goes on to say that Rowell Ranch employees "have … been instructed that in the event of any problem or complaint by anyone seeking admission to the rodeo regarding the protesters to call the Alameda County Sheriff." Dkt. No. 39 at 2. This latter instruction is ambiguous.

　　　　Rowell Ranch is ordered to file a supplemental declaration addressing the following the questions:

1. Is the new free speech zone a cordoned off area like the first free speech zone, or is it more like a fifteen- to twenty-foot buffer zone, such that the demonstrators will be allowed to walk freely, so long as they remain fifteen to twenty feet from the entrance to avoid congestion?

2. If the new free speech zone is a cordoned off area like the first free speech zone, are Rowell Ranch employees instructed that they may call the Sheriff's Office if the

2

demonstrators refuse to stay within that area and/or if anyone complains that the demonstrators have not confined themselves to that area?

The supplemental declaration must be filed by 1:00 p.m. today.

**IT IS SO ORDERED.**

Dated: May 18, 2023

_____
VINCE CHHABRIA
United States District Judge

2