# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** July 24, 2023     **Time:** 30 mins     **Judge:** ALEX G. TSE
**Case No.**: 23-cv-01652-VC     **Case Name:** Bolbol v. Rowell Ranch Rodeo, Inc.

**Counsel for Plaintiff D. Bolbol:** Jessica Blome
**Pro Se Plaintiff**: Joseph P. Cuviello
**Counsel for Defendant Rowell Ranch Rodeo**: William Francis Burns
**Counsel for Defendant County of Alameda and Joshua Mayfield**: Marc Brainich
**Counsel for Defendants Hayward Area Recreation and Kevin Hart**: Dale L. Allen , Jr.

**Deputy Clerk:** n/a     **Reported by:** Not Reported

## PROCEEDINGS

PRE-SETTLEMENT SCHEDULING CONFERENCE - held.

**Notes: Discussion held regarding scheduling settlement conference. The Court shall set the settlement conference to take place in mid-October 2023.**