1  PAUL CALEO (SBN 153925)
   pcaleo@grsm.com
2  OSMAAN KHAN (SBN 331766)
   oakhan@grsm.com
3  **GORDON REES SCULLY MANSUKHANI, LLP**
   1111 Broadway, Suite 1700
4  Oakland, CA 94607
   Telephone: (510) 463-8600
5  Facsimile: (510) 984-1721

6  *Attorneys for Defendant*
   ROWELL RANCH RODEO INC.

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11  JOSEPH P. CUVIELLO and DENIZ          Case No.: 3:23-CV-01652
    BOLBOL, individually,
12
                        Plaintiffs,      **DEFENDANT ROWELL RANCH RODEO**
13                                        **INC.'S SUBSTITUTION OF ATTORNEY**
          v.
14
    ROWELL RANCH RODEO, INC.;
15  HAYWARD AREA RECREATION AND
    PARK DISTRICT; HAYWARD AREA
16  RECREATION AND PARK DISTRICT
    PUBLIC SAFETY MANAGER/RANGER
17  KEVIN HART; and DOES 1 through 2, in
    their individual and official capacities, jointly
18  and severally.
                                         Complaint Filed:   April 6, 2023
19                      Defendants.       Trial:             Not Assigned

20

21        **TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

22        **PLEASE TAKE NOTICE** that effective immediately Paul Caleo and Osmaan Khan of

23  the law firm of Gordon Rees Scully Mansukhani, LLP be substituted as attorney of record for

24  Defendant  ROWELL RANCH RODEO INC. in place of William F. Burns of the Law Office of

25  William F. Burns, in the above-entitled action.

26

27

28

*(left margin, vertical text)* Gordon Rees Scully Mansukhani, LLP
1111 Broadway, Suite 1700
Oakland, CA 94607

---

-1-
DEFENDANT ROWELL RANCH RODEO INC.'S SUBSTITUTION OF ATTORNEY

Contact and service information for counsel is as follows:

Paul Caleo, Esq.
Osmaan Khan, Esq.
1111 Broadway, Suite 1700
Oakland, CA 94607
Telephone: (510) 463-8600
Facsimile: (510) 984-1721
Email:  pcaleo@grsm.com
          oakhan@grsm.com
          khernandez@grsm.com

**I CONSENT TO THIS SUBSTITUTION:**

Dated:  September 18, 2023

By:  _____
ROWELL RANCH RODEO INC.

**I CONSENT TO THIS SUBSTITUTION:**

Dated:  September 18, 2023

LAW OFFICE OF WILLIAM F. BURNS

By:  _____
William F. Burns
Former Attorney for Defendant
ROWELL RANCH RODEO INC.

Dated:  September 18, 2023

GORDON REES SCULLY MANSUKHANI, LLP

By:  _____
Paul Caleo
Osmaan Khan
Attorneys for Defendant
ROWELL RANCH RODEO INC.

**The Substitution of Attorney is hereby approved and so ORDERED.**

Date:  _____        _____
                                                              Judge

DEFENDANT ROWELL RANCH RODEO INC.'S SUBSTITUTION OF ATTORNEY

Gordon Rees Scully Mansukhani, LLP
1111 Broadway, Suite 1700
Oakland, CA 94607