DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
NICHOLAS D. SYREN, State Bar No. 334807
nsyren@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendants
HAYWARD AREA RECREATION AND PARK
DISTRICT and KEVIN HART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually, <br><br> Plaintiff, <br><br> v. <br><br> ROWELL RANCH RODEO, INC., HAYWARD AREA RECREATION AND PARK DISTRICT, HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART, and DOES 1 and 2, in their individually and official capacities, jointly and severally, <br><br> Defendants. | Case No. 3:23-cv-01652-VC <br><br> **NOTICE OF CHANGE OF HANDLING ATTORNEY WITHIN FIRM** |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that going forward, Defendants HAYWARD AREA RECREATION AND PARK DISTRICT, and KEVIN HART's handling attorneys will be:

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
NICHOLAS D. SYREN, State Bar No. 334807
nsyren@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104

///

1  Please direct all filings and correspondence to the attention of Mr. Allen and Mr. Syren
2  going forward. Thank you.

Dated:  October 6, 2023

Respectfully submitted,

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP


By: _/s/ Nicholas D. Syren_
   DALE L. ALLEN, JR.
   NICHOLAS D. SYREN
   Attorneys for Defendants
   HAYWARD AREA RECREATION AND
   PARK DISTRICT and KEVIN HART

2

NTC OF CHANGE OF ATTORNEY
3:23-CV-01652-VC

609092.1