```
1  Jessica L. Blome (State Bar No. 314898)
   Lily A. Rivo (State Bar No. 242688)
2  GREENFIRE LAW, PC
   2748 Adeline Street, Suite A
3  Berkeley, CA 94703
4  Ph/Fx: (510) 900-9502
   Email: jblome@greenfirelaw.com
5         bcolton@greenfirelaw.com

6  Attorneys for Plaintiff Deniz Bolbol

7  JOSEPH P. CUVIELLO
   205 De Anza Blvd., #125
8  San Mateo, CA 94402
   Telephone: (650) 315-3776
9  Email: pcuvie@gmail.com

10 Plaintiff in pro per
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>PLAINTIFFS.<br><br>v.<br><br>ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; ALAMEDA COUNTY SHERIFF'S OFFICE; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD; and DOES 1 and 2, in their individual and official capacities, jointly and severally,<br><br>DEFENDANTS. | Case No. 3:23-cv-01652-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF DENIZ BOLBOL'S MOTION FOR SANCTIONS AGAINST DEFEDANT ROWELL RANCH RODEO, INC. PURSUANT TO THE COURT'S INHERENT POWERS**<br><br>Judge:      Hon. Vince Chhabria<br>Dept:       Courtroom 5 – 17th Floor<br>Hearing Date:<br>Hearing Time: |

[PROPOSED] Order Granting Plaintiff's Motion for Sanctions
Case No. 4:23-cv-01652-VC

1

1   Considering the papers and arguments, and finding good cause, Plaintiff Deniz Bolbol's
2   Motion for Sanctions against Defendant Rowell Ranch Rodeo, Inc. is GRANTED.
3   This Court finds that Defendant Rowell Ranch Rodeo, Inc. acted in bad faith by failing to
4   adhere to the Federal Rules of Civil Procedure. Defendant Rowell Ranch Rodeo Inc. and
5   Defendant's counsel made statements in verified responses to discovery that were purposefully
6   false and such false statements constitute perjury, for which this Court has the inherent power to
7   levy sanctions for attorney's fees and costs Plaintiff Deniz Bolbol incurred as a direct result
8   thereof.
9   Accordingly, Defendant Rowell Ranch Rodeo shall pay sanctions in the amount of
10  _____ to Plaintiff Deniz Bolbol within 30 days of the date of this Order.

IT IS SO ORDERED.

Date:_____     _____
                          THE HONORABLE VINCE CHHABRIA
                          UNITED STATES DISTRCT JUDGE