PAUL CALEO (SBN 153925)
pcaleo@grsm.com
OSMAAN KHAN (SBN 331766)
oakhan@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
1111 Broadway, Suite 1700
Oakland, CA 94607
Telephone: (510) 463-8600
Facsimile: (510) 984-1721

*Attorneys for Defendant*
ROWELL RANCH RODEO INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; and DOES 1 through 2, in their individual and official capacities, jointly and severally.<br><br>Defendants. | Case No.: 3:23-CV-01652<br><br>**DECLARATION OF PAUL MARTIN IN SUPPORT OF OPPOSITION TO PLAINTIFF DENIZ BOLBOL'S MOTION FOR SANCTIONS AGAINST DEFENDANT ROWELL RANCH RODEO, INC.** |

I, Paul Martin, declare as follows:

1. I am Board Member at Rowell Ranch Rodeo, Inc. ("RRR"), with responsibilities for oversight and supervision of general operations and the volunteers, and to assist, correspond, and coordinate with counsel. All Board Members are volunteers and are not paid.

2. I became a Board Member at RRR on December 1, 2022.

3. On, or around, July 24, 2023, RRR was served with Plaintiff Deniz Bolbol's Interrogatories, Set One to Defendant RRR.

1

4. Plaintiff Deniz Bolbol's Interrogatory No. 22 stated: "*DESCRIBE the telephone conversation between DOE DEFENDANT 1 and law enforcement on May 20, 2022, as referenced in paragraph 98 of the Complaint, including the number dialed, the agency contacted and all details of the call.*"

5. Plaintiff Deniz Bolbol's Interrogatory No. 23 asked: "*IDENTIFY the name of the person whom DOE DEFENDANT 1 spoke during the telephone call referenced in paragraph 41 of the Complaint and Interrogatory No. 8 above.*"

6. I contacted Gary Houts about the telephone conversation referenced in Interrogatories Nos. 22 and 23. He informed me that he did not recall who he had spoken to in that telephone call. I discussed the telephone conversation with him, along with custom of volunteers at RRR. The custom these circumstances was to call the "Site Boss." I also discussed the phone call with Site Boss, Brian Morrison.

7. Based on the information reasonably available, as well as the custom of volunteers that worked for RRR, I assisted the then Counsel with responses to Interrogatories Nos. 22 and 23.

8. On August 20, 2023, RRR served a verified response to Plaintiff Deniz Bolbol's Interrogatories, Set One. The responses were verified by Russel Fields, Board Member of RRR.

9. The Response to Interrogatory No. 22 stated: "*Responding party does not understand that DOE 1, (Gary Houts) called the Alameda County Sheriff as alleged. Instead he called Brian Morrison (Site Boss).*"

10. The Response to Interrogatory No. 23 stated: "*Brian Morrison, who can be reached through the Responding party's counsel.*"

11. Plaintiff Bolbol served Interrogatories Set Two, Requests for Production Set Two, and Request for Admissions Set One, on November 22, 2023. The interrogatories and requests primarily concerned the phone call made by Gary Houts, on May 20, 2022.

12. On December 18, 2023, RRR agreed to provide Gary Houts' phone number

1 to the Counsel for Defendant Alameda County Sheriff's Office ("ACSO") in order to
2 help them retrieve and find any corresponding phone calls to law enforcement.
3     13.    On December 21, 2023, ACSO served an event register and a link to a
4 recording of the May 20, 2022 phone by Gary Houts.
5     14.    I reached out to Gary Houts and Brian Morrison to provide me with their
6 phone records, as the Plaintiff Bolbol's Requests for Production Set Two.
7     15.    Based on this *newly acquired and discovered* information, on January 5,
8 2024, RRR responded to Plaintiff Bolbol's Interrogatories Set 2, Requests for Production
9 Set 2, and Requests for Admission Set 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2024.

_____
Paul Martin

**PROOF OF SERVICE**
*Cuviello, et al. v. Rowell Ranch Rodeo Inc., et al.*
USDC - Northern District of California, Case No. 3:23-CV-01652

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, LLP 275 Battery Street, Suite 2000 San Francisco, CA 94111. On the date set forth below, I served the within documents:

**DECLARATION OF PAUL MARTIN IN SUPPORT OF DEFENDANT ROWELL RANCH RODEO INC.'S OPPOSITION TO PLAINTIFF DENIZ BOLBOL'S MOTION FOR SANCTIONS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ **VIA E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent by electronically mailing a true and correct copy through the Gordon Rees Scully Mansukhani, LLP electronic mail system from my email address: khernandez@grsm.com, to the email address(es) set forth herein.

☐ by having Nationwide PERSONALLY DELIVER the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Francisco, addressed as set forth below.

☐ by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery by FEDEX as part of the ordinary business practices of Gordon Rees Scully Mansukhani, LLP described below, addressed as follows:

| Attorneys for Plaintiff<br>DENIZ BOLBOL<br><br>Lily Rivo, Esq.<br>**GREENFIRE LAW, PC**<br>2748 Adeline Street, Suite A<br>Berkeley, CA 94703<br>Tel:   (510) 900-9502<br>Fax:   (510) 900-9502<br>Email: lrivo@greenfirelaw.com<br>           jblome@greenfirelaw.com | Plaintiff In Pro Per<br><br>Joseph P. Cuviello<br>205 De Anza Blvd.<br>San Mateo, CA 94402<br><br>P.O. Box 2834<br>Redwood City, CA 94064<br>Tel:   (650) 315-3776<br>Fax:<br>Email: pcuvie@gmail.com |
|---|---|
| Attorneys for Defendants<br>COUNTY OF ALAMEDA; ALAMEDA COUNTY DEPUTY SHERIFF'S OFFICE; and JOSHUA MAYFIELD<br><br>William B. Rowell, Esq.<br>Thiele R. Dunaway, Esq.<br>Marc Brainich, Esq.<br>Michele C. Kirrane, Esq.<br>**FENNEMORE WENDEL**<br>1111 Broadway, 24th Floor | Attorneys for Defendants<br>HAYWARD AREA RECREATION AND PARK DISTRICT, and KEVIN HART<br><br>Dale L. Allen, Jr., Esq.<br>Nicholas D. Syren, Esq.<br>**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**<br>180 Montgomery Street, Suite 1200<br>San Francisco, CA 94104 |

| | |
|---|---|
| Oakland, CA 94607<br>Tel:     (510) 834-6600<br>Fax:    (510) 834-1928<br>Email: browell@fennemorelaw.com<br>            rdunaway@fennemorelaw.com<br>            mbrainich@fennemorelaw.com<br>            mkirrane@fennemorelaw.com<br>            lmason@fennemorelaw.com | Tel:     (415) 697-2000<br>Fax:     (415) 813-2045<br>Email: dallen@aghwlaw.com<br>            erodas@aghwlaw.com<br>            mhernandez@aghwlaw.com<br>            dallen@aghwlaw.com<br>            kallen@aghwlaw.com<br>            erodas@aghwlaw.com<br>            nsyren@aghwlaw.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 29, 2024 at San Francisco, California.

_____
Kristie Hernandez