Jessica L. Blome (State Bar No. 314898)
Lily A. Rivo (State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
Email: jblome@greenfirelaw.com
       lrivo@greenfirelaw.com

*Attorneys for Plaintiff Deniz Bolbol*

JOSEPH P. CUVIELLO
205 De Anza Blvd., #125
San Mateo, CA 94402
Telephone: (650) 315-3776
Email: pcuvie@gmail.com

*Plaintiff in pro per*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>PLAINTIFFS.<br><br>v.<br><br>ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; ALAMEDA COUNTY SHERIFF'S OFFICE; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD; and DOES 1 and 2, in their individual and official capacities, jointly and severally,<br><br>DEFENDANTS. | Case No. 3:23-cv-01652-VC<br><br>**SUPPLEMENTAL DECLARATION OF JESSICA L. BLOME IN SUPPORT OF PLAINTIFF DENIZ BOLBOL'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>Judge: Hon. Kandis A. Westmore<br>Dept: Courtroom 5 – 17th Floor<br>Hearing Date: May 2, 2024<br>Hearing Time: 1:30 p.m., Zoom |

I, Jessica L. Blome, do declare and state:

1. I am an attorney at law duly licensed to practice before the United States District Court for the Northern District of California, and all the Courts of the State of California. I am a shareholder and partner for Greenfire Law, PC, counsel of record for Plaintiff Deniz Bolbol (Bolbol). If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein. I am submitting this supplemental declaration in support of Bolbol's Motion for Sanctions.

2. In good faith, I revised my fee calculation to omit entries for the work of which the Rodeo complains. These omissions did not alter her fee calculation, though, because I initially cut my fee request by $11,507, to reflect billing judgment. As such, Plaintiff's initial request of $45,000 in compensatory damages for attorneys' fees and costs incurred as a result of the Rodeo's bad faith discovery misconduct stands. Attached hereto as **Exhibit N** is a true and correct copy of revised detailed time records for Greenfire Law, PC for otherwise unnecessary expenses, including attorney fees, that were directly caused by the conduct of defendant Rowell Ranch Rodeo, Inc. Omissions are indicated in yellow.

3. In its opposition brief, Dkt. 78, p. 5, Rowell Ranch Rodeo intimates that Plaintiff Bolbol withdrew her deposition notices to Defendants Gary Houts, Deputy Joshua Mayfield, and Hayward Area Recreation and Park Ranger Kevin Hart because Plaintiff believes it this act to be one of contrition. Nothing is further from the truth. Plaintiff needed the depositions of these individuals only to disprove the Rodeo's false statement in discovery that Mr. Houts did not call law enforcement. Once the Rodeo admitted it called law enforcement in its supplemental discovery responses, those depositions became unnecessary.

4. In addition, Rowell Ranch Rodeo submitted an affidavit in connection with its opposition papers, claiming it provided Mr. Houts's phone number to Alameda County Counsel on March 18, 2024, to aid the County in its search of County dispatch records. Dkt. 78-1, ¶ 4. Plaintiff has no way of verifying the veracity of this representation, but I know I am the person who provided Mr. Houts's phone number to County counsel during a phone call on March 14 because County counsel thanked me for providing his phone number by letter on

1  March 15. *See* Dkt. 77-1, Exh. F, ¶ 1. The County supplemented its discovery responses on
2  March 20, 2024. *Id.* at Exh. G.

7      I make this declaration under penalty of perjury under the laws of the United States of
8  America, executed this 7th day of March 2024 in Berkeley, California.

                          By:  */s/ Jessica L. Blome*
                               Jessica L. Blome

# Exhibit N

| Date | Hours | Activity category | UTBMS task code | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|---|---|
| 08/21/2023 | 0.2 | A104 Review/analyze L390 Other Discovery | L390 Other Discovery | Download, review, and process Rowell Ranch discovery responses | $ 720.00 | $ 144.00 | Jessica Blome |
| 08/21/2023 | 0.5 | A104 Review/analyze L390 Other Discovery | L390 Other Discovery | Review Deniz Bolbol's draft responses to RRR's first set of interrogatories | $ 720.00 | $ 360.00 | Jessica Blome |
| 08/21/2023 | 0.5 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Revise draft discovery to HARD, set one | $ 720.00 | $ 360.00 | Jessica Blome |
| 08/21/2023 | 0.4 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Revise draft written discovery to HARD, County | $ 720.00 | $ 288.00 | Jessica Blome |
| 08/22/2023 | 0.3 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review, finalize draft written responses to RRR discovery, set one, send to client for approval and instruction for collecting documents for production | $ 720.00 | $ 216.00 | Jessica Blome |
| 08/22/2023 | 0.1 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Exchange emails with DW re: questions about draft discovery to County | $ 720.00 | $ 72.00 | Jessica Blome |
| 08/25/2023 | 0.1 | A106 Communicate (with client) L390 Other Discovery | L390 Other Discovery | Exchange emails with Pat C. re: draft responses to RRR roggs, set 1 | $ 720.00 | $ 72.00 | Jessica Blome |
| 08/25/2023 | 0.1 | A105 Communicate (in firm) L310 Written Discovery | L310 Written Discovery | Review email from JB to DW regarding preparing discovery responses and JB | $ 500.00 | $ 50.00 | Lily Rivo |
| 08/25/2023 | 0.1 | A106 Communicate (with client) L390 Other Discovery | L390 Other Discovery | Confer with clients, associate re: need for phone records | $ 720.00 | $ 72.00 | Jessica Blome |
| 09/01/2023 | 0.1 | A107 Communicate (other outside counsel) L390 Other Discovery | L390 Other Discovery | Review correspondence from County and confirm receipt of all produced body cam footage in response to RPD | $ 500.00 | $ 50.00 | Lily Rivo |
| 09/01/2023 | 0.2 | A110 Manage data/files L310 Written Discovery | L310 Written Discovery | Download, manage Country production of written discovery | $ 500.00 | $ 100.00 | Lily Rivo |
| 09/05/2023 | 0.1 | A105 Communicate (in firm) L310 Written Discovery | L310 Written Discovery | Confer with JB regarding discovery responses and written discovery propounded | $ 500.00 | $ 50.00 | Lily Rivo |
| 09/05/2023 | 0.1 | A105 Communicate (in firm) L310 Written Discovery | L310 Written Discovery | Confer with LR regarding discovery responses and written discovery propounded | $ 720.00 | $ 72.00 | Jessica Blome |
| 09/05/2023 | 0.4 | A106 Communicate (with client) L310 Written Discovery | L310 Written Discovery | Exchange emails with client, P. Cuviello re: meet and confer topics for RRR and ACSO | $ 720.00 | $ 288.00 | Jessica Blome |
| 09/07/2023 | 0.1 | A106 Communicate (with client) L310 Written Discovery | L310 Written Discovery | Review HARD email request for extension to respond to discovery, email client re: same | $ 720.00 | $ 72.00 | Jessica Blome |
| 09/07/2023 | 0.9 | A103 Draft/revise L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Draft settlement offer, send to clients for review/comment | $ 720.00 | $ 648.00 | Jessica Blome |
| 09/07/2023 | 0.2 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Exchange emails with client re: edits to draft settlement offer | $ 720.00 | $ 144.00 | Jessica Blome |
| 09/07/2023 | 0.1 | A103 Draft/revise L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Revise draft settlement offer to incorporate client comments | $ 720.00 | $ 72.00 | Jessica Blome |
| 09/08/2023 | 0.2 | A104 Review/analyze L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review settlement offer, email JB re edits | $ 500.00 | $ 100.00 | Lily Rivo |
| 09/08/2023 | 0.1 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Final edits to settlement offer and transmit to counsel | $ 500.00 | $ 50.00 | Lily Rivo |
| 09/11/2023 | 0.5 | A103 Draft/revise L390 Other Discovery | L390 Other Discovery | Draft and send out meet and confer letter over interrogatory responses to RRR | $ 720.00 | $ 360.00 | Jessica Blome |

| Date | Hours | Activity | Task | Description | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|---|---|
| 09/12/2023 | 0.1 | A108 Communicate (other external) L390 Other Discovery | L390 Other Discovery | Exchange emails with ACSO attorney re: meet and confer over discovery | $ 720.00 | $ 72.00 | Jessica Blome |
| 09/14/2023 | 0.1 | A106 Communicate (with client) L310 Written Discovery | L310 Written Discovery | Review JB correspondence to client regarding discovery responses to ASCO, timing | $ 500.00 | $ 50.00 | Lily Rivo |
| 09/14/2023 | 0.1 | A108 Communicate (other external) L310 Written Discovery | L310 Written Discovery | Exchange emails with P. Cuviello regarding responses to ACSO discovery | $ 720.00 | $ 72.00 | Jessica Blome |
| 09/21/2023 | 0.1 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review communication with clients regarding upcoming discovery response to ASCO on 10/2 | $ 500.00 | $ 50.00 | Lily Rivo |
| 09/21/2023 | 0.1 | A106 Communicate (with client) L390 Other Discovery | L390 Other Discovery | Review County's request for extension to respond to discovery, send client recommendation re: same | $ 720.00 | $ 72.00 | Jessica Blome |
| 09/21/2023 | 0.1 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review emails from clients confirming ACSO extension of deadline to respond to discovery | $ 500.00 | $ 50.00 | Lily Rivo |
| 09/21/2023 | 0.1 | A108 Communicate (other external) L310 Written Discovery | L310 Written Discovery | Exchange emails with client, P. Cuviello re: extending deadline for ACSO to respond to discovery | $ 720.00 | $ 72.00 | Jessica Blome |
| 09/21/2023 | 0.1 | A108 Communicate (other external) L310 Written Discovery | L310 Written Discovery | Exchange emails with counsel for ACSO responding to request for extension to serve responses to discovery | $ 720.00 | $ 72.00 | Jessica Blome |
| 09/21/2023 | 0.1 | A108 Communicate (other external) L310 Written Discovery | L310 Written Discovery | Further exchange of emails with ACSO counsel re: discovery deadlines | $ 720.00 | $ 72.00 | Jessica Blome |
| 09/28/2023 | 0.3 | A108 Communicate (other external) L390 Other Discovery | L390 Other Discovery | Meet and confer call with ACSO's counsel | $ 720.00 | $ 216.00 | Jessica Blome |
| 09/28/2023 | 0.1 | A106 Communicate (with client) L390 Other Discovery | L390 Other Discovery | Email update to clients after call with Marc Brainich | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/05/2023 | 0.1 | A106 Communicate (with client) L310 Written Discovery | L310 Written Discovery | Exchange emails with client regarding responses to ACSO discovery | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/05/2023 | 0.1 | A108 Communicate (other external) L310 Written Discovery | L310 Written Discovery | Exchange emails with ACSO counsel re: discovery responses | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/05/2023 | 0.2 | A106 Communicate (with client) L390 Other Discovery | L390 Other Discovery | Review client email with review of bodycam footage | $ 720.00 | $ 144.00 | Jessica Blome |
| 10/05/2023 | 0.1 | A108 Communicate (other external) L390 Other Discovery | L390 Other Discovery | Follow up with RRR counsel on 9/11 meeting and confer letter re: phone logs | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/05/2023 | 0.1 | A108 Communicate (other external) L390 Other Discovery | L390 Other Discovery | Write to opposing counsel for RRR and ACSO to follow up on meet and confer efforts over discovery production | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/05/2023 | 0.1 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Exchange emails with PC re: drafting settlement conference statement | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/05/2023 | 0.1 | A108 Communicate (other external) L310 Written Discovery | L310 Written Discovery | Exchange emails with ACSO re: extension of discovery response deadline | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/06/2023 | 0.4 | A104 Review/analyze L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review HARD's settlement conference statement, respond with offer to provide attorneys' fee worksheet | $ 720.00 | $ 288.00 | Jessica Blome |
| 10/10/2023 | 0.1 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review email from Rowell Ranch transmitting settlement conference statements, email client re: same | $ 720.00 | $ 72.00 | Jessica Blome |

| Date | Hours | Activity | Task | Description | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|---|---|
| 10/10/2023 | 0.2 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review and process ACSO settlement conference statement, send to client | $ 720.00 | $ 144.00 | Jessica Blome |
| 10/10/2023 | 0.3 | A103 Draft/revise L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Revise/finalized draft settlement conference statement | $ 720.00 | $ 216.00 | Jessica Blome |
| 10/10/2023 | 0.1 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Email DW with instructions for preparing and serving the settlement conference statement | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/10/2023 | 0.1 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Email client re: final edits to settlement conference statement | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/10/2023 | 0.1 | A106 Communicate (with client) P500 Negotiation/Revision/Responses | P500 Negotiation/Revision/Responses | Exchange emails with client re: settlement conference | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/10/2023 | 0.2 | A104 Review/analyze L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review settlement conference statement to ensure hyperlinks work, formatting matches, it's ready to file | $ 720.00 | $ 144.00 | Jessica Blome |
| 10/12/2023 | 0.8 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Pre-meeting with clients in advance of settlement conference | $ 720.00 | $ 576.00 | Jessica Blome |
| 10/12/2023 | 0.1 | A108 Communicate (other external) L310 Written Discovery | L310 Written Discovery | Email ACSO to follow up about sending discovery requests in Word | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/12/2023 | 0.1 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review and process ACSO's discovery to plaintiffs in Word | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/13/2023 | 0.1 | A106 Communicate (with client) L310 Written Discovery | L310 Written Discovery | Exchange emails with client transmitting discovery responses from County | $ 500.00 | $ 50.00 | Lily Rivo |
| 10/16/2023 | 0.1 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Calendar discovery deadline extension to 11/18/23 | $ 150.00 | $ 15.00 | Donna Wallace |
| 10/17/2023 | 0.1 | A105 Communicate (in firm) L310 Written Discovery | L310 Written Discovery | Confer with LR re: plan for review/finalizing discovery responses to ACSO | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/17/2023 | 0.1 | A105 Communicate (in firm) L310 Written Discovery | L310 Written Discovery | Confer with JB re: plan for review/finalizing discovery responses to ACSO | $ 500.00 | $ 50.00 | Lily Rivo |
| 10/18/2023 | 1 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review discovery responses to written discovery propounded by County, incorporate edits, submit to JB for final review | $ 500.00 | $ 500.00 | Lily Rivo |
| 10/18/2023 | 0.2 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Review LR's proposed revisions to discovery responses, confer with her re: getting client approval for proposed changes | $ 720.00 | $ 144.00 | Jessica Blome |
| 10/18/2023 | 0.4 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Incorporate changes to discovery per JB edits, draft email to clients submitting changes. | $ 500.00 | $ 200.00 | Lily Rivo |
| 10/18/2023 | 0.1 | A105 Communicate (in firm) L310 Written Discovery | L310 Written Discovery | Exchange emails with LR re: further edits to discovery responses to ACSO | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/18/2023 | 0.3 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Finalize edits to RFAs per JB comments and send to client for verification. | $ 500.00 | $ 150.00 | Lily Rivo |
| 10/18/2023 | 0.1 | A106 Communicate (with client) L310 Written Discovery | L310 Written Discovery | Review ACSO's request for additional extension re: discovery, confer with client re: same | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/18/2023 | 0.1 | A106 Communicate (with client) L310 Written Discovery | L310 Written Discovery | Exchange emails with client re: County's request for additional time to respond to discovery | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/18/2023 | 0.1 | A108 Communicate (other external) L310 Written Discovery | L310 Written Discovery | Respond to ACSO's request for extension to respond to discovery | $ 720.00 | $ 72.00 | Jessica Blome |

| Date | Hours | Activity | Task | Description | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|---|---|
| 10/18/2023 | 0.3 | A106 Communicate (with client) L310 Written Discovery | L310 Written Discovery | Review email exchange regarding discovery responses between clients and JB | $ 500.00 | $ 150.00 | Lily Rivo |
| 10/18/2023 | 0.1 | A106 Communicate (with client) L310 Written Discovery | L310 Written Discovery | Exchange emails with client re: edits to discovery responses to County discovery | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/18/2023 | 0.1 | A105 Communicate (in firm) L310 Written Discovery | L310 Written Discovery | Confer with DW regarding RFAs, edits and verification page | $ 500.00 | $ 50.00 | Lily Rivo |
| 10/18/2023 | 0.1 | A105 Communicate (in firm) L310 Written Discovery | L310 Written Discovery | Confer with LR regarding RFAs, edits and verification page | $ 150.00 | $ 15.00 | Donna Wallace |
| 10/18/2023 | 0.3 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Finalize discovery and serve | $ 150.00 | $ 45.00 | Donna Wallace |
| 10/18/2023 | 0.1 | A105 Communicate (in firm) L310 Written Discovery | L310 Written Discovery | Exchange emails with client, staff to finalize language in RFAs for County | $ 720.00 | $ 72.00 | Jessica Blome |
| 10/18/2023 | 0.3 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Final review of all written discovery propounded by the County for DW to send | $ 500.00 | $ 150.00 | Lily Rivo |
| 10/30/2023 | 0.6 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review ACSO response to Plaintiffs' ROGs | $ 500.00 | $ 300.00 | Lily Rivo |
| 10/30/2023 | 0.2 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review correspondence and discovery propounded by Pat for Rowell Ranch | $ 500.00 | $ 100.00 | Lily Rivo |
| 10/31/2023 | 0.2 | A105 Communicate (in firm) L310 Written Discovery | L310 Written Discovery | Prepare instructions for second round discovery, send to associate | $ 720.00 | $ 144.00 | Jessica Blome |
| 11/06/2023 | 1.6 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Review discovery, complaint, draft meet and confer letter for ACSO | $ 500.00 | $ 800.00 | Lily Rivo |
| 11/07/2023 | 0.6 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Finalize edits to meet and confer letter per Pat's email, review County responses to quote appropriately and incorporate language. | $ 500.00 | $ 300.00 | Lily Rivo |
| 11/07/2023 | 0.5 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Draft Deniz's Second Set of Interrogs and RFP to Rowell Ranch, editing appropriately and updating description of Doe Defendant 1 | $ 500.00 | $ 250.00 | Lily Rivo |
| 11/08/2023 | 0.7 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Draft final edits to Meet and Confer letter, and update Deniz's Rogs and RFPs for client review. | $ 500.00 | $ 350.00 | Lily Rivo |
| 11/08/2023 | 0.7 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Format and update discovery drafts for RFP, RFA, and ROGS to Rowell Ranch, send to client for review | $ 500.00 | $ 350.00 | Lily Rivo |
| 11/08/2023 | 0.1 | A105 Communicate (in firm) L310 Written Discovery | L310 Written Discovery | Exchange emails with LR re: status of discovery with ACSO | $ 720.00 | $ 72.00 | Jessica Blome |
| 11/08/2023 | 0.1 | A106 Communicate (with client) L310 Written Discovery | L310 Written Discovery | Draft email exchange and send Meet and Confer letter and draft Discovery to clients, Deniz's RFP and ROGS to RRR, Set Two | $ 500.00 | $ 50.00 | Lily Rivo |
| 11/08/2023 | 0.4 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Review HARD responses to discovery in response to Pat request for more documentation; draft edits to Deniz's RFP and ROGS, reviewing definitions and updating accordingly | $ 500.00 | $ 200.00 | Lily Rivo |
| 11/08/2023 | 1.1 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Draft request for admissions, update the ROGs and RFPs, Set Two, for submission to RRR | $ 500.00 | $ 550.00 | Lily Rivo |

| Date | Hours | Task Code | Activity | Description | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|---|---|
| 11/09/2023 | 0.5 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review meet and confer letter to ACSO, follow up discovery requests (set two, Bolbol) to Rowell Ranch, RFAs to Rowell Ranch | $ 720.00 | $ 360.00 | Jessica Blome |
| 11/09/2023 | 0.2 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Revise meet and confer letter per JB edits, review edits on discovery for updating ROGS and RFPs including definitions | $ 500.00 | $ 100.00 | Lily Rivo |
| 11/09/2023 | 0.1 | A106 Communicate (with client) L310 Written Discovery | L310 Written Discovery | Exchange emails with client | $ 720.00 | $ 72.00 | Jessica Blome |
| 11/14/2023 | 0.4 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Review client changes to meet and confer letter for ACSO counsel, accept edits and propose comments for JB final review | $ 500.00 | $ 200.00 | Lily Rivo |
| 11/14/2023 | 0.1 | A105 Communicate (in firm) L310 Written Discovery | L310 Written Discovery | Exchange emails with JB regarding meet and confer letter re discovery with ACSO | $ 500.00 | $ 50.00 | Lily Rivo |
| 11/14/2023 | 0.2 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Update definitions on written discovery to RRR, RFA, Set one, RFP and ROGS, Set Two | $ 500.00 | $ 100.00 | Lily Rivo |
| 11/16/2023 | 0.4 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Review and finalize written discovery to RRR, including RFA, Set One, RFP and Interrogatories, Set Two | $ 500.00 | $ 200.00 | Lily Rivo |
| 11/16/2023 | 0.1 | A105 Communicate (in firm) L310 Written Discovery | L310 Written Discovery | Exchange email with JB regarding written discovery, question regarding RFA Set One additional requests | $ 500.00 | $ 50.00 | Lily Rivo |
| 11/20/2023 | 0.3 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review meet and confer letter for JB final review | $ 500.00 | $ 150.00 | Lily Rivo |
| 11/21/2023 | 0.5 | A103 Draft/revise L390 Other Discovery | L390 Other Discovery | Review/finalize draft meet and confer letter to ACSO, send to ACSO | $ 720.00 | $ 360.00 | Jessica Blome |
| 11/21/2023 | 0.1 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review RFAs, Set One for RRR, client additional requests to confirm consistency | $ 500.00 | $ 50.00 | Lily Rivo |
| 11/21/2023 | 0.1 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review correspondence between JB and counsel for ACSO, review edits to meet and confer letter | $ 500.00 | $ 50.00 | Lily Rivo |
| 11/21/2023 | 0.4 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Review and revise draft written discovery to ACSO, Rowell Ranch, confer with associate re: same | $ 720.00 | $ 288.00 | Jessica Blome |
| 11/21/2023 | 1.6 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Finalize all discovery, update FRCP and edits for propounding on RRR. | $ 500.00 | $ 800.00 | Lily Rivo |
| 11/22/2023 | 0.4 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Update proof of service and date, finalize and propound discovery to RRR, Set One RFA, Set Two ROGS and RPDs | $ 500.00 | $ 200.00 | Lily Rivo |
| 11/28/2023 | 0.1 | A105 Communicate (in firm) L390 Other Discovery | L390 Other Discovery | Confer with staff re: discovery questions | $ 720.00 | $ 72.00 | Jessica Blome |
| 11/28/2023 | 0.1 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Confer with RRR counsel, RRR counsel asks if Plaintiffs open to settlement via phonecall | $ 500.00 | $ 50.00 | Lily Rivo |
| 11/28/2023 | 0.2 | A103 Draft/revise L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Draft confirmation to RRR regarding settlement demand letter, review demand sent September 9, 2023 | $ 500.00 | $ 100.00 | Lily Rivo |

| Date | Hours | Activity | Task | Description | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|---|---|
| 12/04/2023 | 0.1 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review HARD's response to RFP, Set One, as of 10-05-2023, counsel stating all documents had been provided by link; | $ 500.00 | $ 50.00 | Lily Rivo |
| 12/06/2023 | 0.4 | A104 Review/analyze L390 Other Discovery | L390 Other Discovery | Review HARD responses to RFP, Set 1, confirm no deficiencies in production, save for production of video as requested in RFP No 14 | $ 500.00 | $ 200.00 | Lily Rivo |
| 12/11/2023 | 0.5 | A104 Review/analyze L390 Other Discovery | L390 Other Discovery | Review HARD responses to RFP, Set One, note video evidence missing, draft clio notes and f/u with client | $ 500.00 | $ 250.00 | Lily Rivo |
| 12/12/2023 | 0.1 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review discovery deadline for RRR responses to written discovery propounded by Deniz | $ 500.00 | $ 50.00 | Lily Rivo |
| 12/12/2023 | 0.1 | A106 Communicate (with client) L390 Other Discovery | L390 Other Discovery | Review email from County Counsel re: meet and confer call, write to co-plaintiff re: schedule for same | $ 720.00 | $ 72.00 | Jessica Blome |
| 12/13/2023 | 0.1 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review JB email to clients re meeting tomorrow with County, potential settlement | $ 500.00 | $ 50.00 | Lily Rivo |
| 12/14/2023 | 0.5 | A108 Communicate (other external) L310 Written Discovery | L310 Written Discovery | Call with Marc Brainich, attorney for ACSO, re: discovery responses | $ 720.00 | $ 360.00 | Jessica Blome |
| 12/14/2023 | 0.1 | A108 Communicate (other external) L310 Written Discovery | L310 Written Discovery | Revise meet and confer email to conform to client edits, send to counsel for Alameda County | $ 720.00 | $ 72.00 | Jessica Blome |
| 12/15/2023 | 0.2 | A108 Communicate (other external) L390 Other Discovery | L390 Other Discovery | Review meet and confer letter from County Counsel following up on 12/14 call, confer with client and co-plaintiff re: strategy for dealing with same | $ 720.00 | $ 144.00 | Jessica Blome |
| 12/15/2023 | 0.2 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review correspondence from County regarding meet and confer, call yesterday and notes from phone log | $ 500.00 | $ 100.00 | Lily Rivo |
| 12/15/2023 | 0.1 | A107 Communicate (other outside counsel) L310 Written Discovery | L310 Written Discovery | Exchange email with RRR opposing counsel granting extension response | $ 500.00 | $ 50.00 | Lily Rivo |
| 12/18/2023 | 0.3 | A103 Draft/revise L390 Other Discovery | L390 Other Discovery | Review County letter to plaintiffs dated 12/18 and draft request for deposition, refer to local rules for discovery cut-off | $ 500.00 | $ 150.00 | Lily Rivo |
| 12/18/2023 | 0.1 | A106 Communicate (with client) L390 Other Discovery | L390 Other Discovery | Exchange emails with clients regarding deposition scheduling | $ 500.00 | $ 50.00 | Lily Rivo |
| 12/18/2023 | 0.1 | A107 Communicate (other outside counsel) L390 Other Discovery | L390 Other Discovery | Review County response to discovery request (deposition) from RRR | $ 500.00 | $ 50.00 | Lily Rivo |
| 12/19/2023 | 0.6 | A101 Plan and prepare for P500 Negotiation/Revision/Responses | P500 Negotiation/Revision/Responses | Update fee sheet, send recommendation to client | $ 720.00 | $ 432.00 | Jessica Blome |
| 12/19/2023 | 0.1 | A106 Communicate (with client) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review email exchange btwn JB and clients regarding fees and settlement, communications from opposing counsel | $ 500.00 | $ 50.00 | Lily Rivo |
| 12/20/2023 | 0.1 | A108 Communicate (other external) P500 Negotiation/Revision/Responses | P500 Negotiation/Revision/Responses | Email ACSO with update to fee demand | $ 720.00 | $ 72.00 | Jessica Blome |
| 12/21/2023 | 0.8 | A106 Communicate (with client) L390 Other Discovery | L390 Other Discovery | Call with client to discuss discovery strategy | $ 720.00 | $ 576.00 | Jessica Blome |

| Date | Hours | Activity | Task | Description | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|---|---|
| 12/21/2023 | 1 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Analyze discovery responses, create new table for evidence review | $ 720.00 | $ 720.00 | Jessica Blome |
| 12/22/2023 | 0.8 | A104 Review/analyze L390 Other Discovery | L390 Other Discovery | Review audio recording from County - Houts call to Sheriff and notes from JB regarding discrepancy between alleged plan to attend rodeo and request for "detail" analyze for FA purposes | $ 500.00 | $ 400.00 | Lily Rivo |
| 12/22/2023 | 0.9 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review ROGS and update chart - review communications about the ACSO plan to attend and the EAP plan. | $ 500.00 | $ 450.00 | Lily Rivo |
| 12/27/2023 | 1.8 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review discovery (ACSO Rogs) and update chart | $ 500.00 | $ 900.00 | Lily Rivo |
| 12/27/2023 | 0.5 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review Pat draft discovery to ACSO, RFP, Set 2 | $ 500.00 | $ 250.00 | Lily Rivo |
| 12/28/2023 | 0.3 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Final revisions to RFP, Set 2 to County | $ 500.00 | $ 150.00 | Lily Rivo |
| 12/28/2023 | 0.2 | A110 Manage data/files L310 Written Discovery | L310 Written Discovery | Review propounded discovery, calendar deadlines accordingly | $ 500.00 | $ 100.00 | Lily Rivo |
| 12/29/2023 | 0.1 | A106 Communicate (with client) L310 Written Discovery | L310 Written Discovery | Exchange emails with clients re RFP, Set Two | $ 500.00 | $ 50.00 | Lily Rivo |
| 01/01/2024 | 0.1 | A105 Communicate (in firm) L310 Written Discovery | L310 Written Discovery | Exchange emails with client, co-counsel, co-plaintiff re: new discovery | $ 720.00 | $ 72.00 | Jessica Blome |
| 01/02/2024 | 0.1 | A106 Communicate (with client) L310 Written Discovery | L310 Written Discovery | Exchange emails with Pat approving draft RFP | $ 500.00 | $ 50.00 | Lily Rivo |
| 01/02/2024 | 0.1 | A110 Manage data/files L310 Written Discovery | L310 Written Discovery | Calendar deadlines for ACSO propounded discovery | $ 500.00 | $ 50.00 | Lily Rivo |
| 01/02/2024 | 0.1 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review ACSO propounded discovery due 1/29 | $ 500.00 | $ 50.00 | Lily Rivo |
| 01/02/2024 | 0.1 | A110 Manage data/files L310 Written Discovery | L310 Written Discovery | Calendar and update deadlines per Stipulation to extend | $ 500.00 | $ 50.00 | Lily Rivo |
| 01/02/2024 | 0.1 | A110 Manage data/files L310 Written Discovery | L310 Written Discovery | Confirm tasked discovery deadlines | $ 500.00 | $ 50.00 | Lily Rivo |
| 01/02/2024 | 0.1 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review request for transcript from preliminary injunction hearing | $ 720.00 | $ 72.00 | Jessica Blome |
| 01/02/2024 | 0.1 | A106 Communicate (with client) L310 Written Discovery | L310 Written Discovery | Exchange emails with client re: additional discovery | $ 720.00 | $ 72.00 | Jessica Blome |
| 01/03/2024 | 0.1 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review court order approving stipulated change to scheduling order, confer with staff re: same | $ 720.00 | $ 72.00 | Jessica Blome |
| 01/03/2024 | 0.2 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review court order re: transcript redactions, calendar deadline, confer with client re: same | $ 720.00 | $ 144.00 | Jessica Blome |
| 01/03/2024 | 0.9 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Review RFP, Set two, incorporating client suggested language and referring to RFP, Set One | $ 500.00 | $ 450.00 | Lily Rivo |
| 01/03/2024 | 0.1 | A106 Communicate (with client) L310 Written Discovery | L310 Written Discovery | Exchange emails with clients re RFP Set Two for the County | $ 500.00 | $ 50.00 | Lily Rivo |
| 01/03/2024 | 0.4 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review draft discovery to County, Set Two | $ 720.00 | $ 288.00 | Jessica Blome |
| 01/03/2024 | 0.1 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review changes to RFP, Two to ACSO per JB | $ 500.00 | $ 50.00 | Lily Rivo |
| 01/04/2024 | 0.1 | A106 Communicate (with client) L310 Written Discovery | L310 Written Discovery | Exchange emails with client re: edits to written discovery | $ 720.00 | $ 72.00 | Jessica Blome |
| 01/04/2024 | 0.6 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Finalize and include attachment for discovery, RFP, Set Two for ACSO; redact letter | $ 500.00 | $ 300.00 | Lily Rivo |

| Date | Hours | Activity | Task | Description | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|---|---|
| 01/04/2024 | 0.2 | A110 Manage data/files L310 Written Discovery | L310 Written Discovery | Finalize RFP, Set Two to County, transmit and calendar all deadlines | $ 500.00 | $ 100.00 | Lily Rivo |
| 01/08/2024 | 0.5 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review RRR's responses to discovery, set two | $ 720.00 | $ 360.00 | Jessica Blome |
| 01/08/2024 | 0.1 | A108 Communicate (other external) L310 Written Discovery | L310 Written Discovery | Exchange emails with co-plaintiff re: RRR's responses to discovery, potential protective order | $ 720.00 | $ 72.00 | Jessica Blome |
| 01/08/2024 | 0.1 | A108 Communicate (other external) L310 Written Discovery | L310 Written Discovery | Exchange emails with opposing counsel re: RRR's responses to discovery, potential protective order | $ 720.00 | $ 72.00 | Jessica Blome |
| 01/08/2024 | 0.2 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review and sign protective order from RRR, submit to Pat for signature | $ 500.00 | $ 100.00 | Lily Rivo |
| 01/08/2024 | 0.5 | A102 Research L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Research motion for sanctions for Rowell Ranch Rodeo's perjury in discovery | $ 720.00 | $ 360.00 | Brian Colton |
| 01/09/2024 | 0.3 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Prepare motion for sanctions against defendant Rowell Ranch Rodeo | $ 720.00 | $ 216.00 | Brian Colton |
| 01/09/2024 | 0.6 | A102 Research L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Research federal law regarding sanctions for abuse of discovery by means of perjury | $ 720.00 | $ 432.00 | Brian Colton |
| 01/10/2024 | 1 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Prepare motion for sanctions against defendant Rowell Ranch Rodeo | $ 720.00 | $ 720.00 | Brian Colton |
| 01/10/2024 | 0.9 | A102 Research L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Research federal law regarding sanctions for abuse of discovery by means of perjury | $ 720.00 | $ 648.00 | Brian Colton |
| 01/11/2024 | 1.1 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Prepare motion for sanctions against defendant Rowell Ranch Rodeo | $ 720.00 | $ 792.00 | Brian Colton |
| 01/15/2024 | 1 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Prepare motion for sanctions against defendant Rowell Ranch Rodeo | $ 720.00 | $ 720.00 | Brian Colton |
| 01/16/2024 | 0.7 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Prepare motion for sanctions against defendant Rowell Ranch Rodeo | $ 720.00 | $ 504.00 | Brian Colton |
| 01/16/2024 | 0.8 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Edit draft discovery response from Pat (RFA) to County, Set Two | $ 500.00 | $ 400.00 | Lily Rivo |
| 01/17/2024 | 0.4 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Prepare proposed order for motion for sanctions against defendant Rowell Ranch Rodeo | $ 720.00 | $ 288.00 | Brian Colton |
| 01/17/2024 | 0.5 | A102 Research L350 Discovery Motions | L350 Discovery Motions | Research basis for motion for sanctions against defendant Rowell Ranch Rodeo | $ 720.00 | $ 360.00 | Brian Colton |
| 01/17/2024 | 1.1 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Prepare motion for sanctions against defendant Rowell Ranch Rodeo | $ 720.00 | $ 792.00 | Brian Colton |
| 01/17/2024 | 0.4 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Prepare declaration of Jessica Blome in support of motion for sanctions against defendant Rowell Ranch Rodeo | $ 720.00 | $ 288.00 | Brian Colton |
| 01/17/2024 | 0.5 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare meet and confer letter to counsel for Rowell Ranch Rodeo, Inc and required by local rule | $ 720.00 | $ 360.00 | Brian Colton |
| 01/17/2024 | 0.6 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review and revise discovery responses to ACSO from Plaintiffs | $ 500.00 | $ 300.00 | Lily Rivo |
| 01/18/2024 | 3.8 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Prepare motion for sanctions against defendant Rowell Ranch Rodeo | $ 720.00 | $ 2,736.00 | Brian Colton |

| Date | Hours | Task Code | Activity Code | Description | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|---|---|
| 01/18/2024 | 1.1 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Prepare declaration of Jessica Blome and exhibits thereto in support of motion for sanctions against defendant Rowell Ranch Rodeo | $ 720.00 | $ 792.00 | Brian Colton |
| 01/18/2024 | 0.5 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Review RFA responses to ACSO and edit, draft objections as appropriate | $ 500.00 | $ 250.00 | Lily Rivo |
| 01/19/2024 | 0.8 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Draft and revise written discovery response to ACSO | $ 500.00 | $ 400.00 | Lily Rivo |
| 01/19/2024 | 2.6 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Draft HARD discovery responses including to Special ROGS, RFPs, re-format | $ 500.00 | $ 1,300.00 | Lily Rivo |
| 01/19/2024 | 0.1 | A105 Communicate (in firm) L310 Written Discovery | L310 Written Discovery | Exchange emails with LR re: document production plan | $ 720.00 | $ 72.00 | Jessica Blome |
| 01/19/2024 | 0.4 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Draft supplemental response to RRR Interrogs, Set One | $ 500.00 | $ 200.00 | Lily Rivo |
| 01/19/2024 | 0.2 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Final review of draft discovery, HARD Set One, ACSO, Set Two before submitting to JB review | $ 500.00 | $ 100.00 | Lily Rivo |
| 01/23/2024 | 0.7 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review draft discovery responses to ACSO, provide feedback to associate re: same | $ 720.00 | $ 504.00 | Jessica Blome |
| 01/23/2024 | 0.6 | A104 Review/analyze L310 Written Discovery | L310 Written Discovery | Review draft responses to HARD discovery, confer with associate re: same | $ 720.00 | $ 432.00 | Jessica Blome |
| 01/23/2024 | 3.2 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Finalize discovery responses and send to client for review, HARD and ACSO responses | $ 500.00 | $ 1,600.00 | Lily Rivo |
| 01/24/2024 | 1 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Research and draft objections per client instruction, send proposed objection to client and LR for inclusion in written discovery responses | $ 720.00 | $ 720.00 | Jessica Blome |
| 01/24/2024 | 2.3 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Revise draft motion for sanctions, send comments back to BC for preparation of second draft | $ 720.00 | $ 1,656.00 | Jessica Blome |
| 01/24/2024 | 1.4 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Revise discovery per client communication and JB suggested objections and edits. | $ 500.00 | $ 700.00 | Lily Rivo |
| 01/24/2024 | 0.6 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Revise motion for sanctions based on partner feedback | $ 720.00 | $ 432.00 | Brian Colton |
| 01/25/2024 | 0.2 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Update draft HARD discovery and send to client for final review | $ 500.00 | $ 100.00 | Lily Rivo |
| 01/25/2024 | 2.3 | A102 Research L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Research basis for motion for sanctions absent discovery order or Rule 37 basis | $ 720.00 | $ 1,656.00 | Brian Colton |
| 01/25/2024 | 0.3 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Finalize responses to HARD discovery per client edits/feedback | $ 500.00 | $ 150.00 | Lily Rivo |
| 01/25/2024 | 2.1 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Revise motion for sanctions based on partner feedback | $ 720.00 | $ 1,512.00 | Brian Colton |
| 01/25/2024 | 0.8 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Revise declaration of Jessica Blome in support motion for sanctions | $ 720.00 | $ 576.00 | Brian Colton |
| 01/25/2024 | 0.3 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Finalize and submit HARD disco responses to counsel | $ 500.00 | $ 150.00 | Lily Rivo |
| 01/25/2024 | 0.1 | A105 Communicate (in firm) L310 Written Discovery | L310 Written Discovery | Confer with LR regarding HARD discovery responses | $ 720.00 | $ 72.00 | Jessica Blome |
| 01/26/2024 | 0.3 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Finalize and transmit Supplemental Response to RRRI ROGGS | $ 500.00 | $ 150.00 | Lily Rivo |

| Date | Hours | Task | Activity | Description | Rate | Amount | Timekeeper |
|---|---|---|---|---|---|---|---|
| 01/26/2024 | 0.1 | A105 Communicate (in firm) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Exchange emails with associate re: status of motion for sanctions | $ 720.00 | $ 72.00 | Jessica Blome |
| 01/26/2024 | 0.3 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Revise declaration of Jessica Blome in support motion for sanctions | $ 720.00 | $ 216.00 | Brian Colton |
| 01/26/2024 | 4.1 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Revise motion for sanctions based on partner feedback | $ 720.00 | $ 2,952.00 | Brian Colton |
| 01/26/2024 | 1.1 | A103 Draft/revise L310 Written Discovery | L310 Written Discovery | Prepare and finalize discovery responses to ACSO, Set Two, confirm objections identical, respond. | $ 500.00 | $ 550.00 | Lily Rivo |
| 01/26/2024 | 1.2 | A104 Review/analyze L350 Discovery Motions | L350 Discovery Motions | Review of draft motion for sanctions | $ 720.00 | $ 864.00 | Rae Lovko |
| 01/26/2024 | 0.1 | A105 Communicate (in firm) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Confer with associate re: motion for sanctions | $ 720.00 | $ 72.00 | Jessica Blome |
| 01/27/2024 | 1.8 | A102 Research L350 Discovery Motions | L350 Discovery Motions | Research on basis for motion for sanctions | $ 720.00 | $ 1,296.00 | Rae Lovko |
| 01/27/2024 | 1.1 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Edit introduction and facts re motion for sanctions; edit Blome Declaration | $ 720.00 | $ 792.00 | Rae Lovko |
| 01/27/2024 | 2.2 | A103 Draft/revise L350 Discovery Motions | L350 Discovery Motions | Edit argument and caselaw in motion for sanctions | $ 720.00 | $ 1,584.00 | Rae Lovko |
| 01/28/2024 | 0.3 | A104 Review/analyze L350 Discovery Motions | L350 Discovery Motions | Review BC 1st draft of sanctions motion | $ 720.00 | $ 216.00 | Rae Lovko |
| 01/30/2024 | 0.6 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Revise draft motion for sanctions, send to clients for review/approval | $ 720.00 | $ 432.00 | Jessica Blome |

| | |
|---|---|
| Original Total | $56,507.00 |
| With Revisions | $45,029.00 |