# Plaintiffs' Compendium of Exhibits

| Plaintiffs' Exh. No | Exhibit Category and Title | Authentication | ECF No. | Bates No. |
|---|---|---|---|---|
| | **Plaintiffs' Videos** | | | |
| | **Plaintiff Bolbol: May 20, 2022 at Rowell Ranch Rodeo Park** | | | |
| 1 | Interaction with Gary Houts; Houts' call to ACSO; and Encounter #1 with ACSO Deputies | Bolbol Decl. § 15 | ECF No. 28-2 | **000001** |
| 2 | Interaction with HARD and ACSO Deputy Mayfield | Bolbol Decl. § 17 | ECF No. 28-2 | **000002** |
| 3 | Observation of Defendants at the Rodeo Park; Plaintiff Bolbol interaction with Gary Houts and Mike Sage | Bolbol Decl. § 19 | ECF No. 28-2 | **000003** |
| 4 | Deputy Mayfield's interaction with Plaintiff Bolbol | Bolbol Decl. § 23 | ECF No. 28-2 | **000004** |
| | **Plaintiff Bolbol: May 21, 2022 at Rowell Ranch Rodeo Park** | | | |
| 5 | Interaction with George Ferris | Bolbol Decl. § 24 | ECF No. 28-2 | **000005** |
| | **Plaintiff Cuviello: May 20, 2022 at Rowell Ranch Rodeo Park** | | | |
| 6 | Plaintiffs enter Rodeo Park | Cuviello Decl. § 14 | ECF No. 28-4 | **000006** |
| 7 | Interaction with Gary Houts; Call to ACSO | Cuviello Decl. § 17 | ECF No. 28-4 | **000007** |
| 8 | Interaction with HARD, Kevin Hart, and Deputy Mayfield; 2nd Call to ACSO | Cuviello Decl. § 19 | ECF No. 28-4 | **000008** |
| 9 | Interaction with Deputy Mayfield | Cuviello Decl. § 24 | ECF No. 28-4 | **000009** |
| 10 | Observing back entrance to Rodeo and Deputy Mayfield | Cuviello Decl. § 25 | ECF No. 28-4 | **000010** |
| 11 | Interaction with Deputy Mayfield | Cuviello Decl. § 28 | ECF No. 28-4 | **000011** |
| | **Plaintiff Cuviello: May 21, 2022 at Rowell Ranch Rodeo Park** | | | |

# Plaintiffs' Compendium of Exhibits

| | | | | |
|---|---|---|---|---|
| 12 | Interaction with George Ferris | Cuviello Decl. § 32 | ECF No. 28-4 | **000012** |
| 13 | Interaction with Gary Houts | Cuviello Decl. § 34 | ECF No. 28-4 | **000013** |
| | **Plaintiffs' Records** | | | |
| | **Photographs** | | | |
| 14 | "Bulls are Not Mean & Wild; They Are Docile" Sign | Cuviello Decl. § 13 | ECF No. 28-4 | **000014** |
| 15 | "Not Fun for the Animals" Banner | Cuviello Decl. § 31 | | **000015** |
| 16 | "They Buck From Pain Caused by the Bucking Strap" Sign | Bolbol Decl. § 27 | ECF No. 28-4 | **000016** |
| 17 | Group Photo of Demonstrators (May 22, 2022) | Cuviello Decl. § 40 | | **000017 - 000019** |
| | **Documents** | | | |
| 18 | Mercury News Article (August 14, 2022 ) | Cuviello Decl. § 6; Bolbol Decl. § 6 | | **000020 - 000027** |
| 19 | Email communications from Plaintiff Cuviello to HARD (May 14, 2018 and to May 14, 2019) | Cuviello Decl. § 8 | | **000028 - 000039** |
| 20 | Letter from HARD President Douglas Morrisson to Bill Pickett Invitational Rodeo President Lu Vason (July 21,1995) | Cuviello Decl. § 38 | ECF No. 28-4 | **000040** |
| 21 | Leaflet (May 20-22, 2022) | Cuviello Decl. § 39; Bolbol Decl. § 28 | | **000041** |
| | **Defendants' Written Discovery Responses** | | | |
| | **Defendant Rowell Ranch Rodeo Written Discovery Responses** | | | |

**Plaintiffs' Compendium of Exhibits**

| | | | | |
|---|---|---|---|---|
| 22 | Rowell Ranch Rodeo Responses to Plaintiff Bolbol's Interrogatories, Set One No. 1-27 (August 20, 2023) | Blome Decl. § 2 | | **000042 - 000050** |
| 23 | Rowell Ranch Rodeo Responses to Plaintiff Bolbol's Interrogatories, Set Two, No. 28-36 (January 5, 2024) | Blome Decl. § 7 | | **000051 - 000060** |
| | **Defendant Alamenda County Sheriff's Office ("ACSO") Written Discovery Responses** | | | |
| 24 | ACSO Responses to Plaintiff Bolbol's Request for Production of Documents, Set One, No. 1-12 (October 27, 2023) | Blome Decl. § 4 | | **000061 - 000081** |
| 25 | ACSO Responses to Plaintiff Bolbol's Request for Production of Documents, Set One (September 1, 2023); transmittal letter | Blome Decl. § 5 | | **000082** |
| 26 | ACSO Responses to Plaintiff Bolbol's Request for Production of Documents, Set One (October 3, 2023); transmittal letter | Blome Decl. § 6 | | **000083** |
| 27 | ACSO Supplemental Production of Documents (December 20, 2023); transmitting Event Register (May 20, 2022) | Blome Decl. § 8 | | **000084** |
| 28 | ACSO Supplemental Production Letters (December 21, 2023); transmitting audio link of phonecall (May 20, 2022) | Blome Decl. § 9 | | **000085** |
| 29 | ACSO Updated Response to Plaintiff's Interrogatories, Set One (March 15, 2024) | Blome Decl. § 10 | | **000086 - 000107** |
| 30 | ACSO Updated Response to Plaintiff's Requests for Production, Sets One and Two (March 15, 2024) | | | **000108 - 000123** |
| | **Defendant Hayward Area Recreation and Park ("HARD") Written Discovery Responses** | | | |
| 31 | HARD's Responses to Plaintiffs' Interrogatories, Set One, No. 1-26 (October 5, 2023) | Blome Decl. § 11 | | **000124 - 000135** |

# Plaintiffs' Compendium of Exhibits

| | | | | |
|---|---|---|---|---|
| | **Defendants' Business Records** | | | |
| | | | | |
| | **Rowell Ranch Rodeo** | | | |
| 32 | Phone Records of Gary Houts and Brian Morrison (April 29-May 28, 2022) | Blome Decl. § 12 | | **000136 - 000138** |
| | **Alameda County Sheriff's Office and Deputy Mayfield** | | | |
| 33 A | Event Register for Houts call to ACSO (May 20, 2022) | Blome Decl. § 13 | | **000139** |
| 33 B | Audio transcript of ACSO-produced videos and plaintiffs' videos | Blome Decl. § 14 | | **000140 - 000194** |
| | **HARD and Kevin Hart** | | | |
| 34 A | HARD Resolution No. 1415-49 regarding Rowell Ranch Rodeo policy - fiduciary responsibility for property (November 24, 2014) | Blome Decl. § 15 | | **000195 - 000196** |
| 34 B | Rowell Ranch Rodeo/Special Events Paperwork and Application(April 5, 2022) | Blome Decl. § 15 | | **000197 - 000207** |
| 34 C | Rodeo Policy, Fees, and Guidelines (April 5, 2022) | | | **000208 - 000212** |
| 34 D | Emergency Action Plan at Rowell Ranch Rodeo Park (2022) | Blome Decl. § 15 | | **000213 - 000224** |
| 34 E | Permit # R6615 (April 7, 2022) | Blome Decl. § 15 | | **000225 - 000237** |
| 35 | Demonstrative of Free Speech Area | Blome Decl. § 16 | | **000238** |
| | | | | |
| | **Defendants' Audio/Video** | | | |
| | | | | |
| | **Alameda County Sheriff's Office and Deputy Mayfield** | | | |
| 36 | Deputy Laszuk Body-Cam Footage (May 20, 2022) | Blome Decl. § 17 | | **000239** |
| 37 | Deputy Mayfield Body Cam Footage (May 20, 2022) | Blome Decl. § 18 | | **000240** |

**Plaintiffs' Compendium of Exhibits**

| 38 | Deputy Mayfield Body-Cam Footage (May 20, 2022) | Blome Decl. § 19 | | **000241** |
|---|---|---|---|---|