# EXHIBIT 3 – INCIDENT VIDEO

[video file submitted in physical form via USB drive]