# EXHIBIT 13 – INCIDENT VIDEO

[video file submitted in physical form via USB drive]

**000013**