

000017

PLAINTIFF'S PRODUCTION 000019



**000018**

PLAINTIFF'S PRODUCTION 000021



000019

PLAINTIFF'S PRODUCTION 000022