

# HAYWARD AREA RECREATION AND PARK DISTRICT

1099 'E' Street, Hayward, California 94541-5299 • Telephone (510) 881-6700  FAX (510) 881-1716

July 21, 1995

Lu Vason, President
Bill Pickett Invitational Rodeo
P.O. Box 39163
Denver, CO  80239

RE:  **BILL PICKETT INVITATIONAL RODEO**

Dear Mr. Vason:

    Attached is a copy of a letter of concern we received from Mr. Baron Miller regarding an incident that occurred during the Bill Pickett Invitational Rodeo last July 8, 1995.

    For your information, the Rowell Ranch Rodeo Park is public property and groups such as that represented by Mr. Miller, have the right to make known their beliefs by distributing leaflets or posting signs. However, they may not interrupt current events with loud voices, amplified sounds nor should they interfere with the free flow of traffic.

    Please relay this information to your staff prior to the 1996 Bill Pickett Invitational Rodeo. In addition, the Alameda County Sheriff's Department should be notified should you have cause or concerns. If you should require further clarification or have other questions, please feel free to call us at (510) 881-6715.

Sincerely,

*Douglas F. Morrisson*
Douglas F. Morrisson
President, Board of Directors

DFM:ga

cc:  Mr. Baron Miller

**BOARD OF DIRECTORS**
Louis M. Andrade
Harry R. Francis
Douglas F. Morrisson
Carol A. Pereira
Richard H. Sheridan

**GENERAL MANAGER**
Wes Asmussen

Serving Castro Valley, Hayward, and San Lorenzo since 1944

000040