# RODEO IS ANIMAL ABUSE
*Is It Manly to Abuse Baby Cows?*

## Calf Roping or "Tie-Down Roping" of Calves

Roping a baby cow who is running at full speed can only be described as cruel and abusive. Once roped, the baby cow is slammed to the ground to be "hog" tied by at least three legs.

"*When a calf is running full bore, and the rope stops him really fast...if you put that around my neck, it would hurt me, so I know it hurts the calves*." – John Grownley, 1999 Stock Contractor of the Year, Monterey Herald, July '02

"**The result is severed tracheas, broken necks, ruptured ligaments that hold the head to the body, internal injury [and] broken bones**." – Dr. Peggy Larson, Monterey Herald, July '02


Calf Roping


Calf Roping

## Even the Professional Rodeo Cowboy Assoc. (PRCA) Admits Calf-Roping Is Cruel

**PRCA Commissioner Steve Hatchell told the media it won't allow TV stations to show viewers the calf's head snap back when the cowboy's rope is taut because people might have a problem with it**. – Las Vegas Review, Dec '01 & Extra!, May '02

Animals in rodeos are also subjected to prodding, kicking, whipping, spur-raking and ear- and- tail twisting, all causing pain, fear and stress.

## Rodeo Is Cruelty for Entertainment
## Please Don't Attend

*Printed on Recycled Paper ● HumanityThroughEducation.org ● 205 De Anza Blvd. #125, San Mateo, CA 94402*

# RODEO IS ANIMAL ABUSE
*Is It Manly to Abuse Baby Cows?*

## Calf Roping or "Tie-Down Roping" of Calves

Roping a baby cow who is running at full speed can only be described as cruel and abusive. Once roped, the baby cow is slammed to the ground to be "hog" tied by at least three legs.

"*When a calf is running full bore, and the rope stops him really fast...if you put that around my neck, it would hurt me, so I know it hurts the calves*." – John Grownley, 1999 Stock Contractor of the Year, Monterey Herald, July '02

"**The result is severed tracheas, broken necks, ruptured ligaments that hold the head to the body, internal injury [and] broken bones**." – Dr. Peggy Larson, Monterey Herald, July '02


Calf Roping


Calf Roping

## Even the Professional Rodeo Cowboy Assoc. (PRCA) Admits Calf-Roping Is Cruel

**PRCA Commissioner Steve Hatchell told the media it won't allow TV stations to show viewers the calf's head snap back when the cowboy's rope is taut because people might have a problem with it**. – Las Vegas Review, Dec '01 & Extra!, May '02

Animals in rodeos are also subjected to prodding, kicking, whipping, spur-raking and ear- and- tail twisting, all causing pain, fear and stress.

## Rodeo Is Cruelty for Entertainment
## Please Don't Attend

*Printed on Recycled Paper ● HumanityThroughEducaon.org ● 205 De Anza Blvd. #125, San Mateo, CA 94402*

**000041**

# HORSES & BULLS BUCK FROM PAIN

**Horses** buck because of pain caused by the bucking strap which is pulled tightly around the animals' flank as they leave the chute (see photo), not because they're trying to throw the riders. Notice horses continue to buck after the riders are off their backs until the strap is removed. A Humane Society study shows that calm and gentle horses bucked only when a bucking strap was put on them.



**Bulls** buck for one reason: the pain caused by a rope cinched tightly around their flank and penis. Notice the bulls continue to buck after the riders are off their backs. Rodeos want you to believe bulls are mean and wild but in reality, they are fairly gentle. Notice how Bruiser (pictured left bucking) stands with "owner" H.D. Page calmly when the flank strap is not causing him pain.



Bruiser & H. D. Page

## IS IT RIGHT TO MAKE SPORT OF AN ANIMAL'S FEAR & PAIN?

"**The Success of rodeos inevitably rests on the exploitation of animals' reactions to pain, noise and fear and the animal's desire to escape**." – Canadian Veterinary Association's Statement on Rodeos, '85

*WATCH THE INNOCENT ANIMALS TO SEE THEIR FEAR & PAIN.*

# HORSES & BULLS BUCK FROM PAIN

**Horses** buck because of pain caused by the bucking strap which is pulled tightly around the animals' flank as they leave the chute (see photo), not because they're trying to throw the riders. Notice horses continue to buck after the riders are off their backs until the strap is removed. A Humane Society study shows that calm and gentle horses bucked only when a bucking strap was put on them.



**Bulls** buck for one reason: the pain caused by a rope cinched tightly around their flank and penis. Notice the bulls continue to buck after the riders are off their backs. Rodeos want you to believe bulls are mean and wild but in reality, they are fairly gentle. Notice how Bruiser (pictured left bucking) stands with "owner" H.D. Page calmly when the flank strap is not causing him pain.



Bruiser & H. D. Page

## IS IT RIGHT TO MAKE SPORT OF AN ANIMAL'S FEAR & PAIN?

"**The Success of rodeos inevitably rests on the exploitation of animals' reactions to pain, noise and fear and the animal's desire to escape**." – Canadian Veterinary Association's Statement on Rodeos, '85

*WATCH THE INNOCENT ANIMALS TO SEE THEIR FEAR & PAIN.*