1   William B. Rowell, Bar No. 178587
    Thiele R. Dunaway, Bar No. 130953
2   Marc Brainich, Bar No. 191034
    Michele C. Kirrane, Bar No. 215448
3   **FENNEMORE WENDEL**
    1111 Broadway, 24th Floor
4   Oakland, CA  94607
    Tel: (510) 834-6600 / Fax: (510) 834-1928
5   browell@fennemorelaw.com
    rdunaway@fennemorelaw.com
6   mbrainich@fennemorelaw.com
    mkirrane@fennemorelaw.com
7
    Attorneys for Defendants
8   County of Alameda and Alameda County Deputy
    Sheriff Joshua Mayfield
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually, <br><br> Plaintiffs, <br><br> v. <br><br> ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; ALAMEDA COUNTY SHERIFF'S OFFICE; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD; and DOES 1 and 2, in their individual and official capacities, jointly and severally, <br><br> Defendants. | Case No. 3:23-cv-01652-VC <br><br> **DEFENDANT COUNTY OF ALAMEDA'S RESPONSE TO PLAINTIFFS' INTERROGATORIES, SET ONE** |

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000061

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

PROPOUNDING PARTY:   PLAINTIFFS JOSEPH P. CUVIELLO and DENIZ BOLBOL

RESPONDING PARTY:   DEFENDANT COUNTY OF ALAMEDA

SET NO.:   ONE

Defendant COUNTY OF ALAMEDA ("Responding Party") hereby makes the following responses to Plaintiffs JOSEPH P. CUVIELLO and DENIZ BOLBOL ("Plaintiffs") Interrogatories, Set One.

## PRELIMINARY STATEMENT

Responding Party has not fully completed discovery in this action and has not completed preparation for trial. The responses contained herein are based only upon such information and documents as are presently available to, and specifically known to Responding Party, and disclose only those facts and contentions which presently occur to Responding Party. It is anticipated that further discovery will supply additional facts and add meaning to known facts, as well as establish new factual conclusions and legal contentions, all of which may lead to substantial additions to, and/or changes and variations from the responses set forth herein.

The following responses are given without prejudice to Responding Party and Responding Party's right to produce evidence of any subsequently discovery fact or facts which Responding Party later discover. Responding Party accordingly reserves the right to amend any and all responses herein as additional facts area ascertained, analyses are made, legal research is completed, and contentions are made. The responses made herein are made in a good faith effort to supply as much specification of the facts and contentions as are presently known, which should in no way be to the prejudice of Responding Party in relation to further discovery, research or analysis.

## RESPONSES TO INTERROGATORIES

## INTERROGATORY NO. 1:

DESCRIBE the policies and procedures YOU follow to ensure that YOUR employees do not violate a DEMONSTRATOR'S FIRST AMENDMENT RIGHTS at the Rowell Ranch Rodeo Park in Hayward, California.

- 2 -

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000062

Fennemore Wendel
Attorneys at Law
Oakland

**RESPONSE NO. 1:**

Responding Party objects that this interrogatory is overbroad and unduly burdensome to the extent it requires the County of Alameda to undertake a County-wide search for responsive information and documents, and accordingly limits its response to the Alameda County Sheriff's Office. Responding Party objects to this interrogatory to the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

The Alameda County Sheriff's Office provides its recruits with training and instruction in First Amendment issues during the Academy instructional program. Academy is a state-wide program operated by the State of California's Commission on Peace Officer Standards and Training ("POST"). In Alameda County, POST is handled through the Alameda County Sheriff's Office's Regional Training Center in conjunction with Chabot College. The State-wide program requires 664 hours of instruction and training; Alameda County Sheriff's Office provides 1,064 hours.

During Academy, the Alameda County Sheriff's Office recruits receive training and instruction in free speech issues under the First Amendment and the California Constitution. At least three of the Academy's learning domains address free speech issues: Domaine 2, Criminal Justice System; Domain 4, Handling Disputes/Crowd Control; and Domain 39, Crimes Against the Justice System. The learning domains include textbook assignments, lectures, PowerPoint presentations, question and answer periods with the instructors, and classroom discussion. The training addresses, among other topics, the free speech rights of demonstrators and limitations on those rights under the Constitution.

The Alameda County Sheriff's Office also conducts a one day training for all deputies and sergeants every October. This training addresses free speech issues that may arise and how to handle them.

In addition, deputies who are a part of the Sheriff's Office's Crowd Management Team receive one day of training each month; this training may on occasion address free speech issues.

- 3 -

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000063

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

1    Moreover, the deputies who are assigned to provide a law enforcement presence at non-

2    violent events, such as the Rowell Ranch Rodeo, that may involve demonstrations may be

3    provided a "refresher" regarding free speech issues by the incident commander prior to arriving at

4    the event.

5    **INTERROGATORY NO. 2:**

6    DESCRIBE the training and instruction YOU provide to YOUR employees to ensure

7    compliance with the policies and procedures described in Interrogatory No. 1, including

8    specifications for differences in training and instructions for different individuals.

9    **RESPONSE NO. 2:**

10   Responding Party objects that this interrogatory is overbroad and unduly burdensome to

11   the extent it requires the County of Alameda to undertake a County-wide search for responsive

12   information and documents, and accordingly limits its response to the Alameda County Sheriff's

13   Office. Responding Party objects to this interrogatory to the extent it calls for information or

14   documents protected by the attorney-client privilege and work product doctrine. Subject to and

15   without waiving said objections, Responding Party responds as follows:

16   The Alameda County Sheriff's Office provides its recruits with training and instruction in

17   First Amendment issues during the Academy instructional program. Academy is a state-wide

18   program operated by the State of California's Commission on Peace Officer Standards and

19   Training ("POST"). In Alameda County, POST is handled through the Alameda County Sheriff's

20   Office's Regional Training Center in conjunction with Chabot College. The State-wide program

21   requires 664 hours of instruction and training; Alameda County Sheriff's Office provides 1,064

22   hours.

23   During Academy, the Alameda County Sheriff's Office recruits receive training and

24   instruction in free speech issues under the First Amendment and the California Constitution. At

25   least three of the Academy's learning domains address free speech issues: Domaine 2, Criminal

26   Justice System; Domain 4, Handling Disputes/Crowd Control; and Domain 39, Crimes Against

27   the Justice System. The learning domains include textbook assignments, lectures, PowerPoint

28

- 4 -

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000064

1  presentations, question and answer periods with the instructors, and classroom discussion. The

2  training addresses, among other topics, the free speech rights of demonstrators and limitations on

3  those rights under the Constitution.

4      The Alameda County Sheriff's Office also conducts a one day training for all deputies and

5  sergeants every October. This training addresses free speech issues that may arise and how to

6  handle them.

7      In addition, deputies who are a part of the Sheriff's Office's Crowd Management Team

8  receive one day of training each month; this training may on occasion address free speech issues.

9      Moreover, the deputies who are assigned to provide a law enforcement presence at non-

10  violent events, such as the Rowell Ranch Rodeo, that may involve demonstrations may be

11  provided a "refresher" regarding free speech issues by the incident commander prior to arriving at

12  the event.

13  **INTERROGATORY NO. 3:**

14      IDENTIFY all individuals and entities consulted to establish the policies and procedures

15  described in Interrogatory No. 1.

16  **RESPONSE NO. 3:**

17      Responding Party objects that this interrogatory is overbroad and unduly burdensome to

18  the extent it requires the County of Alameda to undertake a County-wide search for responsive

19  information and documents, and accordingly limits its response to the Alameda County Sheriff's

20  Office. Responding Party objects to this interrogatory to the extent it calls for information or

21  documents protected by the attorney-client privilege and work product doctrine. Subject to and

22  without waiving said objections, Responding Party responds as follows:

23      State of California's Commission on Peace Officer Standards and Training, Alameda

24  County Sheriff's Office, and Chabot College.

25  **INTERROGATORY NO. 4:**

26      IDENTIFY the person(s) who determined where to locate the "Free Speech Area" that

27  was set up on May 20, 2022.

28

- 5 -

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000065

**RESPONSE NO. 4:**

Responding Party objects to this interrogatory to the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

Responding Party has no independent information responsive to this request, beyond the documents produced by Rowell Ranch Rodeo and HARD in this action. The Alameda County Sheriff's Office had no role and provided no input in determining where the Free Speech Area for the May 2022 rodeo would be located.

**INTERROGATORY NO. 5:**

DESCRIBE the process and determining factors for the location of the "Free Speech Area" during the 2022 Events.

**RESPONSE NO. 5:**

Responding Party objects to this interrogatory to the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

Responding Party has no independent information responsive to this request, beyond the documents produced by Rowell Ranch Rodeo and HARD in this action. The Alameda County Sheriff's Office had no role and provided no input in determining where the Free Speech Area for the May 2022 rodeo would be located.

**INTERROGATORY NO. 6:**

DESCRIBE whether YOU provided any input regarding the location of the "Free Speech Area" during the 2022 Events.

**RESPONSE NO. 6:**

Responding Party objects to this interrogatory to the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

- 6 -

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000066

Responding Party has no independent information responsive to this request, beyond the documents produced by Rowell Ranch Rodeo and HARD in this action. The Alameda County Sheriff's Office had no role and provided no input in determining where the Free Speech Area for the May 2022 rodeo would be located.

**INTERROGATORY NO. 7:**

DESCRIBE all conversations, including in-person, in writing and via telephone, YOU had with any individual or agency, including but not limited to Rowell Ranch Rodeo, Inc. representatives or its employees, and Hayward Area Recreation and Park District employees or its representatives, regarding the demonstration activities during the 2022 Events.

**RESPONSE NO. 7:**

Responding Party objects that this interrogatory is overbroad and unduly burdensome to the extent it requires the County of Alameda to undertake a County-wide search for responsive information and documents, and pursuant to an agreement with plaintiffs' counsel, accordingly limits its response to the Alameda County Sheriff's Office. Responding Party also limits its response to the demonstrations on May 20, 2022. Responding Party objects to this interrogatory to the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

Deputy Sheriffs Joshua Mayfield, Christian Campbell, Sowmya Ramadas, and Matthew Laszuk were present at the Rowell Ranch Rodeo on May 20, 2022. During that time, they discussed the demonstrations amongst themselves, with the demonstrators, with HARD employees, and/or with Rowell Ranch Rodeo volunteers.

During the demonstrations, Dep. Mayfield also initiated a telephone conversation with Sgt. Moises Gomez, the Sergeant on Duty for the Sheriff's Deputies at the rodeo. Dept. Mayfield wanted to appraise Sgt. Gomez of the situation.  In sum, Dept. Mayfield advised Sgt. Gomez of the ongoing demonstrations and that the demonstrators had been conducting themselves peacefully; that HARD/Rowell Ranch had requested that the Sheriff's Deputies instruct the

- 7 -

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000067

1    demonstrators to relocate to the Free Speech Area; that he had no intention of compelling the

2    demonstrators to relocate to the Free Speech Area; and that he also had no intention of arresting

3    the demonstrators unless they blocked ingress/egress (a trespassing violation), became violent, or

4    otherwise broke the law. Sgt. Gomez expressed his agreement with Dep. Mayfield's plan for

5    handling the demonstrations. This conversation was not memorialized by audio recording or in

6    writing by either Dep. Mayfield or Sgt. Gomez.

7    **INTERROGATORY NO. 8:**

8         IDENTIFY the employees or representatives of YOUR office that participated in the

9    communications described in Interrogatory No.7.

10   **RESPONSE NO. 8:**

11        Responding Party objects that this interrogatory is overbroad and unduly burdensome to

12   the extent it requires the County of Alameda to undertake a County-wide search for responsive

13   information and documents, and pursuant to an agreement with plaintiffs' counsel, accordingly

14   limits its response to the Alameda County Sheriff's Office. Responding Party also limits its

15   response to the demonstrations on May 20, 2022 and to the communications identified in

16   Interrogatory No. 7. Responding Party objects to this interrogatory to the extent it calls for

17   information or documents protected by the attorney-client privilege and work product doctrine.

18   Subject to and without waiving said objections, Responding Party responds as follows:

19        Sheriff's Deputies  Joshua Mayfield, Christian Campbell, Sowmya Ramadas, and

20   Matthew Laszuk, and Sgt. Moises Gomez.

21   **INTERROGATORY NO. 9:**

22        DESCRIBE the telephone conversations YOU or your employees participated in on May

23   20, 2022, including but not limited to the conversation as referenced in paragraph 41 of the

24   Complaint, including all details of the call.

25   **RESPONSE NO. 9:**

26        Responding Party objects that this interrogatory is overbroad and unduly burdensome to

27   the extent it requires the County of Alameda to undertake a County-wide search for responsive

28                                                    - 8 -

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000068

1    information and documents, and outside the scope of discovery permitted by F.R.C.P. § 26(b)(1)

2    to the extent it is not limited to the 2022 demonstrations at the Rowell Ranch Rodeo.

3    Accordingly, pursuant to an agreement with plaintiffs' counsel, Responding Party accordingly

4    limits its response to the Alameda County Sheriff's Office. Responding Party also limits its

5    response to the demonstrations on May 20, 2022 and to the communications identified in

6    Interrogatory No. 7. Responding Party objects to this interrogatory to the extent it calls for

7    information or documents protected by the attorney-client privilege and work product doctrine.

8    Subject to and without waiving said objections, Responding Party responds as follows:

9           Responding Party does not believe that DOE DEFENDANT 1 spoke with anyone at the

10   Alameda County Sheriff's Office, as alleged in paragraph 41 of the Complaint.  Rather, the only

11   telephone conversation the Alameda County Sherri's Office is aware of involving its Deputies

12   either immediately before their arrival and/or during their presence that day at the rodeo was a

13   telephone conversation between Dep. Joshua Mayfield and Sgt. Moises Gomez, the Sergeant on

14   Duty for the Sheriff's Deputies at the rodeo, which occurred during the demonstration.

15          In sum, Dept. Mayfield wanted to appraise Sgt. Gomez of the situation.  He advised Sgt.

16   Gomez of the ongoing demonstrations and that the demonstrators had been conducting

17   themselves peacefully; that HARD/Rowell Ranch had requested that the Sheriff's Deputies

18   instruct the demonstrators to relocate to the Free Speech Area; that he had no intention of

19   compelling the demonstrators to relocate to the Free Speech Area; and that he also had no

20   intention of arresting the demonstrators unless they blocked ingress/egress (a trespassing

21   violation), became violent, or otherwise broke the law. Sgt. Gomez expressed his agreement with

22   Dep. Mayfield's plan for handling the demonstrations. This conversation was not memorialized

23   by audio recording or in writing by either Dep. Mayfield or Sgt. Gomez.

24   **INTERROGATORY NO. 10:**

25          IDENTIFY the employees or representatives of YOUR office that participated in the

26   communications described in Interrogatory No. 9.

27   / / /

28
                                          - 9 -

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000069

1  **RESPONSE NO. 10:**

2        Responding Party objects that this interrogatory is overbroad and unduly burdensome to

3  the extent it requires the County of Alameda to undertake a County-wide search for responsive

4  information and documents, and outside the scope of discovery permitted by F.R.C.P. § 26(b)(1)

5  to the extent it is not limited to the 2022 demonstrations at the Rowell Ranch Rodeo. Responding

6  Party accordingly limits its response to the Alameda County Sheriff's Office. Responding Party

7  also limits its response to the demonstrations on May 20, 2022 and to the communications

8  identified in Interrogatory No. 7. Responding Party objects to this interrogatory to the extent it

9  calls for information or documents protected by the attorney-client privilege and work product

10  doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

11        Dep. Joshua Mayfield and Sgt. Moises Gomez.

12  **INTERROGATORY NO. 11:**

13        DESCRIBE the telephone conversations YOU or your employees participated in on May

14  20, 2022, including but not limited to the conversation as referenced in paragraph 110 of the

15  Complaint, including all details of the call.

16  **RESPONSE NO. 11:**

17        Responding Party objects that this interrogatory is overbroad and unduly burdensome to

18  the extent it requires the County of Alameda to undertake a County-wide search for responsive

19  information and documents, and outside the scope of discovery permitted by F.R.C.P. § 26(b)(1)

20  to the extent it is not limited to the 2022 demonstrations at the Rowell Ranch Rodeo. Pursuant to

21  an agreement with plaintiffs' counsel, Responding Party accordingly limits its response to the

22  Alameda County Sheriff's Office. Responding Party objects to this interrogatory to the extent it

23  calls for information or documents protected by the attorney-client privilege and work product

24  doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

25        Responding Party does not believe that DOE DEFENDANT 1 spoke with anyone at the

26  Alameda County Sheriff's Office, as alleged in paragraph 110 of the Complaint.  Rather, the only

27  telephone conversation the Alameda County Sherri's Office is aware of involving its Deputies

28  

- 10 -

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

**000070**

either immediately before their arrival and/or during their presence that day was a telephone conversation between Dep. Joshua Mayfield and Sgt. Moises Gomez, which occurred during the demonstrations.

In sum, Dept. Mayfield wanted to appraise Sgt. Gomez of the situation.  He advised Sgt. Gomez of the ongoing demonstrations and that the demonstrators had been conducting themselves peacefully; that HARD/Rowell Ranch had requested that the Sheriff's Deputies instruct the demonstrators to relocate to the Free Speech Area; that he had no intention of compelling the demonstrators to relocate to the Free Speech Area; and that he also had no intention of arresting the demonstrators unless they blocked ingress/egress (a trespassing violation), became violent, or otherwise broke the law. Sgt. Gomez expressed his agreement with Dep. Mayfield's plan for handling the demonstrations. This conversation was not memorialized by audio recording or in writing by either Dep. Mayfield or Sgt. Gomez.

**INTERROGATORY NO. 12:**

IDENTIFY the employees or representatives of YOUR office that participated in the communications described in Interrogatory No. 11.

**RESPONSE NO. 12:**

Responding Party objects that this interrogatory is overbroad and unduly burdensome to the extent it requires the County of Alameda to undertake a County-wide search for responsive information and documents, and outside the scope of discovery permitted by F.R.C.P. § 26(b)(1) to the extent it is not limited to the 2022 demonstrations at the Rowell Ranch Rodeo. Responding Party accordingly limits its response to The Alameda County Sheriff's Office and to the communications described in Interrogatory No. 7. Responding Party objects to this interrogatory to the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

Dep. Joshua Mayfield and Sgt. Moises Gomez.

/ / /

- 11 -

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000071

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

**INTERROGATORY NO. 13:**

DESCRIBE any complaints, whether informal or formal, YOU have received alleging interference with a DEMONSTRATOR's FIRST AMENDMENT RIGHTS. This interrogatory is limited in time to the past five years, beginning July 1, 2018.

**RESPONSE NO. 13:**

Responding Party objects that this interrogatory is overbroad and unduly burdensome to the extent it requires the County of Alameda to undertake a County-wide search for responsive information and documents, and outside the scope of discovery permitted by F.R.C.P. § 26(b)(1) to the extent it is not limited to the Alameda County Sheriff's Office and demonstrations at the Rowell Ranch Rodeo. Responding Party accordingly limits its response to the Alameda County Sheriff's Office and demonstrations at the Rowell Ranch Rodeo beginning July 1, 2018. . Responding Party objects that this request to the extent it violates California Penal Code Section 832.5, Penal Code Section 832.7, Evidence Code Section 1043, and Gov. Code Section 7927.700. Responding Party objects to this interrogatory to the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

Other than plaintiffs' complaints against the County of Alameda regarding the demonstration at the 2022 Rowell Ranch Rodeo, Responding Party has not been able to identify any complaints from other demonstrators at the Rowell Ranch Rodeo since July 1, 2018.

Responding Party is still in the process of performing a diligent and reasonable search and upon completion, it will update its Response to the extent it locates additional information and documents.

**INTERROGATORY NO. 14:**

DESCRIBE any action YOU have taken regarding complaints alleging interference with a DEMONSTRATOR's FIRST AMENDMENT RIGHTS. This interrogatory is limited in time to the past five years, beginning July 1, 2018.

/ / /

- 12 -

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000072

1    **RESPONSE NO. 14:**

2        Responding Party objects that this interrogatory is overbroad and unduly burdensome to

3    the extent it requires the County of Alameda to undertake a County-wide search for responsive

4    information and documents, and outside the scope of discovery permitted by F.R.C.P. § 26(b)(1)

5    to the extent it is not limited to Alameda County Sheriff's Office and "DEMONSTRATORS"

6    (defined by plaintiffs as demonstrators at rodeos) at the Rowell Ranch Rodeo. Responding Party

7    accordingly limits its response to the Alameda County Sheriff's Office and demonstrators at the

8    Rowell Ranch Rodeo on May 20, 2022. Responding Party objects to the extent that this

9    interrogatory violates the privacy rights of Responding Party's employees. Responding Party

10   objects that this request to the extent it violates California Penal Code Section 832.5, Penal Code

11   Section 832.7, Evidence Code Section 1043, and Gov. Code Section 7927.700. Responding Party

12   objects to this interrogatory to the extent it calls for information or documents protected by the

13   attorney-client privilege and work product doctrine.

14   **INTERROGATORY NO. 15:**

15       DESCRIBE any changes to YOUR policies and procedures described in Interrogatory No.

16   1 since May 2022.

17   **RESPONSE NO. 15:**

18       Responding Party objects that this interrogatory is overbroad and unduly burdensome to

19   the extent it requires the County of Alameda to undertake a County-wide search for responsive

20   information and documents, and accordingly limits its response to The Alameda County Sheriff's

21   Office and to any changes made in response to the demonstrations at the 2022 rodeo. Responding

22   Party objects to this interrogatory to the extent it calls for information or documents protected by

23   the attorney-client privilege and work product doctrine. Subject to and without waiving said

24   objections, Responding Party responds as follows:

25       Not applicable.

26   / / /

27   / / /

28                                              - 13 -

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

**000073**

**INTERROGATORY NO. 16:**

IDENTIFY the woman Deputy Mayfield hugged upon arrival at the Rowell Ranch Rodeo Park on May 20, 2022, as referenced in paragraph 110 of the Complaint.

**RESPONSE NO. 16:**

Responding Party objects to the extent that this interrogatory violates the privacy rights of Responding Party's employees. Responding Party objects to this interrogatory to the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

Ashley Strassberg.

**INTERROGATORY NO. 17:**

DESCRIBE Deputy Mayfield's relationship with the woman IDENTIFIED in INTERROGATORY No 16.

**RESPONSE NO. 17:**

Responding Party objects to the extent that this interrogatory violates the privacy rights of Responding Party's employees. Responding Party objects to this interrogatory to the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

Dep. Joshua Mayfield knows Ashley Strassberg on a semi-social and a professional basis. Ms. Strassberg was working for the Castro Valley Chamber of Commerce at the time that Dep. Mayfield was working in the County of Alameda's Code Enforcement unit before he joined the Sheriff's Office.

**INTERROGATORY NO. 18:**

DESCRIBE the reason why Deputy Mayfield, in his initial approach to Plaintiffs, on May 20, 2022, told them they were fine demonstrating where they were even though they were demonstrating outside the "Free Speech Area," as referenced in paragraphs 42-43 of the Complaint.

/ / /

- 14 -

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000074

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

**RESPONSE NO. 18:**

Responding Party objects to the extent this interrogatory calls for a legal opinion. Responding Party objects to this interrogatory to the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

Dep. Joshua Mayfield and the Alameda County Sheriff's Office did not have any role or input in establishing the Free Speech Area. When Dep. Mayfield arrived at the rodeo and initially approached the demonstrators, he did not believe the demonstrators were breaking any law simply by peacefully demonstrating where they were at that time, as long as they did not block ingress/egress to the rodeo arena (a trespassing violation), did not become violent, or did not otherwise break any other law. Accordingly, he had no intention of requiring them to move to the Free Speech Area or to arrest them if they did not. He communicated this to the demonstrators at that time.

**INTERROGATORY NO. 19:**

DESCRIBE the reason why on May 20, 2022 Deputy Mayfield, after telling Plaintiffs they were fine demonstrating outside the "Free Speech Area," re-approached Plaintiffs with Defendant Kevin Hart and told Plaintiffs they could be arrested for demonstrating outside the "Free Speech Area," as referenced in paragraphs 44-48 of the Complaint.

**RESPONSE NO. 19:**

Responding Party objects to the extent this interrogatory calls for a legal opinion. Responding Party objects to this interrogatory to the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Responding Party objects to this interrogatory to the extent it assumes facts not in evidence; specifically, that he told plaintiffs that "they could be arrested could be arrested for demonstrating outside the 'Free Speech Area'"; and that he was working "in concert" with Mr. Hart and/or HARD. Subject to and without waiving said objections, Responding Party responds as follows:

- 15 -

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000075

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

Dep. Joshua Mayfield and the Alameda County Sheriff's Office did not have any role or input in establishing the Free Speech Area. When Dep. Mayfield arrived at the rodeo and initially approached the demonstrators, he did not believe the demonstrators were breaking any law simply by peacefully demonstrating where they were at that time, as long as they did not block ingress/egress to the rodeo arena (a trespassing violation), did not become violent, or did not otherwise break any other law. Accordingly, he had no intention of requiring them to move to the Free Speech Area or to arrest them if they did not. He communicated this to the demonstrators at that time.

A short while later, Dept. Mayfield walked over with Kevin Hart of HARD to the demonstrators.  While Dept. Mayfield was standing there, Mr. Hart showed the demonstrators a map of the rodeo grounds, including the Free Speech Area, and Mr. Hart requested that they relocate to the designated area.  During this interchange between Mr. Hart and the demonstrators, Plaintiff Joseph P. Cuviello turned to Dep. Mayfield and asked him if he was going to arrest him if he did not comply with Mr. Hart's request. Dep. Mayfield responded that he "could be arrested…" At the time he made the statement, Dep. Mayfield had no intention of arresting the demonstrators, but was merely informing them that if they blocked ingress/egress, were not otherwise peaceful, or broke other laws, that they could be arrested.

While Mr. Hart and the demonstrators continued to engage, Dep. Mayfield left and initiated a short telephone conversation with Sgt. Moises Gomez, the Sergeant on Duty for the Sheriff's Deputies at the rodeo.  Dept. Mayfield wanted to appraise Sgt. Gomez of the situation. In sum, he advised Sgt. Gomez of the ongoing demonstrations and that the demonstrators had been conducting themselves peacefully; that HARD/Rowell Ranch had requested that the Sheriff's Deputies instruct the demonstrators to relocate to the Free Speech Area; that he had no intention of compelling the demonstrators to relocate to the Free Speech Area; and that he also had no intention of arresting the demonstrators unless they blocked ingress/egress (a trespassing violation), became violent, or otherwise broke the law. Sgt. Gomez expressed his agreement with

- 16 -

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000076

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

Dep. Mayfield's plan for handling the demonstrations. This conversation was not memorialized by audio recording or in writing by either Dep. Mayfield or Sgt. Gomez.

After ending his telephone call with Sgt. Gomez, Dep. Mayfield returned to speak with Mr. Cuviello and the other demonstrators, with the intention of repeating his early request that the demonstrators not block the ingress/egress and that they remain peaceful.

**INTERROGATORY NO. 20:**

IDENTIFY the person(s) Deputy Mayfield was speaking to on his cell phone, as referenced in paragraphs 49-50 of the Complaint.

**RESPONSE NO. 20:**

Responding Party objects to this interrogatory to the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

Sgt. Moises Gomez of the Alameda County Sheriff's Office.

**INTERROGATORY NO. 21:**

DESCRIBE the conversation Deputy Mayfield had with the person(s) IDENTIFIED in INTERROGATORY No. 19.

**RESPONSE NO. 21:**

Responding Party objects to this interrogatory to the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

During the demonstrations, Dep. Mayfield initiated a short telephone conversation with Sgt. Moises Gomez, the Sergeant on Duty at the time. In sum, Dept. Mayfield wanted to appraise Sgt. Gomez of the situation.  He advised Sgt. Gomez of the ongoing demonstrations and that the demonstrators had been conducting themselves peacefully; that HARD/Rowell Ranch had requested that the Sheriff's Deputies instruct the demonstrators to relocate to the Free Speech Area; that he had no intention of compelling the demonstrators to relocate to the Free Speech Area; and that he also had no intention of arresting the demonstrators unless they blocked

- 17 -

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000077

1  ingress/egress (a trespassing violation), became violent, or otherwise broke the law. Sgt. Gomez

2  expressed his agreement with Dep. Mayfield's plan for handling the demonstrations. This

3  conversation was not memorialized by audio recording or in writing by either Dep. Mayfield or

4  Sgt. Gomez.

5  **INTERROGATORY NO. 22:**

6      DESCRIBE the conversation Deputy Mayfield had with Defendant Kevin Hart and other

7  police officers, as referenced in paragraph 50 of the Complaint.

8  **RESPONSE NO. 22:**

9      Responding Party objects to this interrogatory to the extent it calls for information or

10  documents protected by the attorney-client privilege and work product doctrine. Subject to and

11  without waiving said objections, Responding Party responds as follows:

12      Dep. Joshua Mayfield explained to Mr. Hart that he and the other Deputies would not

13  require the demonstrators to leave the rodeo grounds and/or relocate to the Free Speech Area as

14  long as they did not block ingress/egress, became violent, or otherwise break any other law.

15  Dated: October 27, 2023

16                                            FENNEMORE WENDEL

17

18                                    By: _____

19                                        William B. Rowell
                                      Thiele R. Dunaway

20                                        Marc Brainich
                                      Michele C. Kirrane

21                                        Attorneys for Defendants
                                      County of Alameda and Alameda County
                                      Deputy Sheriff Joshua Mayfield

22

23

24

25

26

27

28

- 18 -

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000078

1

**<u>VERIFICATION TO FOLLOW</u>**

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Fennemore Wendel
Attorneys at Law
Oakland

1

## CERTIFICATE OF SERVICE

2

*Joseph P. Cuviello, et al. v. Rowell Ranch Rodeo, Inc., et al.*
USDC – Northern District of California, Case No. 3:23-cv-01652-VC

3

4
     I am a citizen of the United States and employed in  County, California.  I am over the age
of eighteen years and not a party to the within-entitled action.  My business address is 1111

5
Broadway, 24th Floor, Oakland, California  94607.

6
     On October 27, 2023, I served true copies of the following document(s) described as
**DEFENDANT COUNTY OF ALAMEDA'S RESPONSE TO PLAINTIFFS'**

7
**INTERROGATORIES, SET ONE** on the interested parties in this action as follows:

8
*Please see attached Service List.*

9
     **BY EMAIL OR ELECTRONIC TRANSMISSION**:  By causing the document(s) listed
above to be sent to the person at the e-mail addresses listed below.  I did not receive, within a

10
reasonable time after transmission, any electronic message or other indication that the
transmission was unsuccessful.

11

12
     I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct and that I am employed in the office of a member of the bar of this
Court at whose direction the service was made.

13
     Executed on October 27, 2023, at Oakland, California.

14

15

16
_____

17
Lena S. Mason

18

19

20

21

22

23

24

25

26

27

28

- 20 -

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000080

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

## SERVICE LIST

*Joseph P. Cuviello, et al. v. Rowell Ranch Rodeo, Inc., et al.*
USDC – Northern District of California, Case No. 3:23-cv-01652-VC

| | |
|---|---|
| Jessica L. Blome<br>Lily A. Rivo<br>Greenfire Law, PC<br>2748 Adeline Street, Suite A<br>Berkeley, CA 94703<br>Phone:   (510) 900-9502<br>Email;    jblome@greenfirelaw.com<br>            lrivo@greenfirelaw.com | *Attorneys for Plaintiff Deniz Bolbol* |
| Joseph P. Cuviello<br>205 DeAnza Boulevard, #125<br>San Mateo, CA 94402<br>Phone:   (650) 315-3776<br>Email:    pcuvie@gmail.com | *Plaintiff Pro Per* |
| Dale L. Allen, Jr.<br>Nicholas D. Syren<br>Allen, Glaessner, Hazelwood & Werth, LLP<br>180 Montgomery Street, Suite 1200<br>San Francisco, CA 94104<br>Phone:   (415) 697-2000<br>Fax:       (415) 813-2045<br>Email:    dallen@aghwlaw.com<br>            nsyren@aghwlaw.com<br>            erodas@aghwlaw.com<br>            mhernandez@aghwlaw.com | *Attorneys for Defendants Hayward Area Recreation and Park District, and Kevin Hart* |
| Paul Caleo<br>Osmaan Khan<br>Gordon Rees Scully Mansukhani, LLP<br>1111 Broadway, Suite 1700<br>Oakland, CA 94607<br>Phone:   (510) 463-8600<br>Fax:       (510) 984-1721<br>Email:    pcaleo@grsm.com<br>            oakhan@grsm.com<br>            khernandez@grsm.com | *Attorneys for Defendant Rowell Ranch Rodeo, Inc.* |

- 21 -

DEFENDANT COUNTY OF ALAMEDA'S
RESPONSE TO PLAINTIFFS' INTERROGATORIES,
SET ONE
30329388.1/059499.0021

3:23-CV-01652-VC

000081

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND