

Marc Brainich
Of Counsel
mbrainich@fennemorelaw.com

1111 Broadway, 24th Floor
Oakland, California 94607
PH (510) 622-7673 | FX (510) 834-1928
fennemorelaw.com

October 3, 2023

**VIA EMAIL**

ALL COUNSEL

      Re:    *Joseph P. Cuviello, et al. v. Rowell Ranch Rodeo, Inc., et al.*
              USDC - Northern California Case No. 3:23-cv-01652-VC

Dear Counsel:

    Please see the Box.com link below containing additional bodycam videos being produced by the County of Alameda in this matter:

https://fclaw.box.com/s/njrqdksydlszlqbhz43rh4mxsicuduc3

Sincerely,

FENNEMORE WENDEL

Marc Brainich

MB/mb