

**Marc Brainich**
Of Counsel
mbrainich@fennemorelaw.com

1111 Broadway, 24th Floor
Oakland, California  94607
PH (510) 622-7673 | FX (510) 834-1928
fennemorelaw.com

December 20, 2023

**VIA EMAIL**

Jessica Blome
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Email: jblome@greenfirelaw.com

       Re:    *Joseph P. Cuviello, et al. v. Rowell Ranch Rodeo, Inc., et al.*
              USDC - Northern California Case No. 3:23-cv-01652-VC

Dear Ms. Blome:

    The County hereby produces, as responsive to plaintiffs' Requests for Production, a one page document, Bates-stamped 000278. My understanding is that the "CPU3" referred to in the document is Dep. Mayfield.

    The County will also produce an audio recording of the two telephone calls referenced in this document.

    The County will update its discovery responses to reflect these two communications and documents.

                               Sincerely,

                               FENNEMORE WENDEL

                               Marc Brainich

MB/mb

cc:    All Counsel

30630260.1/059499.0021

**000084**