

|  | Marc Brainich<br>Of Counsel<br>mbrainich@fennemorelaw.com |
|---|---|
|  | 1111 Broadway, 24th Floor<br>Oakland, California 94607<br>PH (510) 622-7673 | FX (510) 834-1928<br>fennemorelaw.com |

December 21, 2023

**VIA EMAIL**

Jessica Blome
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Email: jblome@greenfirelaw.com

      Re:   *Joseph P. Cuviello, et al. v. Rowell Ranch Rodeo, Inc., et al.*
              USDC - Northern California Case No. 3:23-cv-01652-VC

Dear Ms. Blome:

    The County of Alameda hereby produces, as responsive to plaintiffs' Requests for Production, an audio recording from the Sheriff's Office. The audio is accessible via the following link:

        https://fclaw.box.com/s/xtxexz5kjdx0wa93zw4h5qyp2e7sdv9r

    We have masked the recording from approximately 0.10 to 1:32, as this involves a call regarding a vehicle break-in. The first of two calls regarding the rodeo then follows. There is then silence from approximately 2:55 to 10:39. This silence is not an additional masking by us or the Sheriff's Office. Rather, it is a period in which no calls were made while the recording continued. The second and final call starts at approximately 10:40.

                              Sincerely,

                              FENNEMORE WENDEL

                              Marc Brainich

MB/mb

cc:    All Counsel