1  William B. Rowell, Bar No. 178587
   Thiele R. Dunaway, Bar No. 130953
2  Marc Brainich, Bar No. 191034
   Michele C. Kirrane, Bar No. 215448
3  **FENNEMORE WENDEL**
   1111 Broadway, 24th Floor
4  Oakland, CA  94607
   Tel: (510) 834-6600 / Fax: (510) 834-1928
5  browell@fennemorelaw.com
   rdunaway@fennemorelaw.com
6  mbrainich@fennemorelaw.com
   mkirrane@fennemorelaw.com
7
   Attorneys for Defendants
8  County of Alameda and Alameda County Deputy
   Sheriff Joshua Mayfield
9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12
   JOSEPH P. CUVIELLO and DENIZ          Case No. 3:23-cv-01652-VC
13 BOLBOL, individually,

14                 Plaintiffs,           **DEFENDANT COUNTY OF
                                         ALAMEDA'S UPDATED RESPONSE
15 v.                                    TO PLAINTIFFS' REQUEST FOR
                                         PRODUCTION OF DOCUMENTS,
16 ROWELL RANCH RODEO, INC.;             SETS ONE AND TWO**
   HAYWARD AREA RECREATION AND
17 PARK DISTRICT; HAYWARD AREA
   RECREATION AND PARK DISTRICT
18 PUBLIC SAFETY MANAGER/RANGER
   KEVIN HART; ALAMEDA COUNTY
19 SHERIFF'S OFFICE; ALAMEDA COUNTY
   DEPUTY SHERIFF JOSHUA MAYFIELD;
20 and DOES 1 and 2, in their individual and
   official capacities, jointly and severally,
21
                   Defendants.
22

23

24

25

26

27

28

1   PROPOUNDING PARTY:    PLAINTIFFS JOSEPH P. CUVIELLO and DENIZ BOLBOL

2   RESPONDING PARTY:     DEFENDANT COUNTY OF ALAMEDA

3   SET NO.:                    ONE AND TWO

4     Defendant COUNTY OF ALAMEDA ("Responding Party") hereby makes the following

5   updated responses to Plaintiffs JOSEPH P. CUVIELLO and DENIZ BOLBOL ("Plaintiffs")

6   Request for Production of Documents, Sets One and Two.

7   **UPDATED RESPONSES TO REQUESTS FOR PRODUCTION**

8   **REQUEST FOR PRODUCTION NO. 1:**

9     Produce all documents used or viewed in the preparation of your responses to Plaintiffs'

10  Interrogatories, Set One.

11  **RESPONSE TO REQUEST NO. 1:**

12    Responding Party objects that this request is overbroad and unduly burdensome, and is

13  vague and ambiguous as to the terms "used" and "viewed." Responding Party objects to this

14  request to the extent it calls for information or documents protected by the attorney-client

15  privilege and work product doctrine.

16  **REQUEST FOR PRODUCTION NO. 2:**

17    Produce all documents related to any training YOU or your employees, representatives,

18  contractors, volunteers, or other persons engaged, employed, or associated with you received on

19  FIRST AMENDMENT RIGHTS within the two years preceding the 2022 events, including the

20  dates on which those trainings occurred and dates on which any materials were distributed.

21  **RESPONSE TO REQUEST NO. 2:**

22    Responding Party objects that the term "associated" is vague and ambiguous. Responding

23  Party objects that this request fails to describe the requested documents with reasonable

24  particularity as required by Rule 34(b)(1)(A). Responding Party objects that this request is

25  overbroad and unduly burdensome to the extent it requires the County of Alameda to undertake a

26  County-wide search for responsive information and documents and is outside the scope of

27  - 2 -

28
DEFENDANT COUNTY OF ALAMEDA'S UPDATED
RESPONSE TO PLAINTIFFS' REQUEST FOR
PRODUCTION OF DOCUMENTS, SETS ONE AND
TWO
30653627.1/059499.0021

3:23-CV-01652-VC

000109

discovery permitted by Rule 26(b)(1) to the extent it is not limited to the Alameda County

Sheriff's Office and includes anyone "associated" with the Sheriff's Office. Pursuant to an

agreement with plaintiffs' counsel, Responding Party accordingly limits its response to Alameda

County Sheriff's Office. Responding Party objects to this request to the extent it calls for

information or documents protected by the attorney-client privilege and work product doctrine.

Subject to and without waiving said objections, Responding Party responds as follows:

The Alameda County Sheriff's Office provides its recruits with training and instruction in

First Amendment issues as part of their Academy program. Training in First Amendment issues is

also provided to deputies and sergeants during their one day annual training in October of each

year, and members of the Crowd Management Team also receive training that may at times

address free speech issues.

Responding Party identifies the following previously produced documents responsive to

this request from the Academy program, Bates-stamped AlamedaCounty_Bolbol_000001-

AlamedaCounty_Bolbol_000277.

In addition, Responding Party identifies and produces the following documents:

•       Training Bulletin No. 13-13,"Peaceful Picketing During Labor Disputes," dated

June 19, 2013; and Training Bulletin No. 15-10, "Filing of Law Enforcement by the Public,"

dated June 26, 2015. These two documents are Bates-stamped AlamedaCounty_Bolbol_000316

through AlamedaCounty_Bolbol_000320.

•       A set of Powerpoint slides used by Det. Patrick Smyth of the Alameda County

Sheriff's Office for his course for Learning Domain 2, The Criminal Justice System, Bates-

stamped AlamedaCounty_Bolbol_000321 through AlamedaCounty_Bolbol_000341.

**<u>REQUEST FOR PRODUCTION NO. 3:</u>**

Produce all documents related to any complaints, received before or after the 2022 events,

about any of your employees who were present at the 2022 events, including any disciplinary

DEFENDANT COUNTY OF ALAMEDA'S UPDATED
RESPONSE TO PLAINTIFFS' REQUEST FOR
PRODUCTION OF DOCUMENTS, SETS ONE AND
TWO
30653627.1/059499.0021

3:23-CV-01652-VC

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

**000110**

1   action taken with respect to said employees, whether such action was taken in response to a

2   complaint.

3   **RESPONSE TO REQUEST NO. 3:**

4          Responding Party objects that this request fails to describe the requested documents with

5   reasonable particularity as required by Rule 34(b)(1)(A). Responding Party objects that this

6   request is overbroad, including as to time, and outside the scope of discovery permitted by Rule

7   26(b)(1) to the extent it is not limited to complaints alleging interference with a demonstrator's

8   First Amendment rights or to defendant Dep. Joshua Mayfield. Responding Party objects that this

9   request violates California Penal Code Section 832.5, Penal Code Section 832.7, Evidence Code

10  Section 1043, and Gov. Code Section 7927.700. Party objects to this request to the extent it calls

11  for information or documents protected by the attorney-client privilege and work product

12  doctrine.

13  **REQUEST FOR PRODUCTION NO. 4:**

14         Produce all documents related to any correspondence or discussion(s) YOU had with

15  HARD or HARD representatives during the one-year period preceding the 2022 Events related to

16  FIRST AMENDMENT RIGHTS, the Free Speech Area, and/or demonstrators.

17  **RESPONSE TO REQUEST NO. 4:**

18         Responding Party objects that this request fails to describe the requested documents with

19  reasonable particularity as required by Rule 34(b)(1)(A). Responding Party objects to this request

20  to the extent it calls for information or documents protected by the attorney-client privilege and

21  work product doctrine. Subject to and without waiving said objections, Responding Party

22  responds as follows:

23         After a diligent and reasonable search, Responding Party has not been able to locate any

24  documents regarding communications with HARD about First Amendment rights, the Free

25  Speech Area, and/or the demonstrators within the time period specified, other than the videos

26  previously produced by plaintiffs and Responding Party.

27

28

- 4 -

DEFENDANT COUNTY OF ALAMEDA'S UPDATED
RESPONSE TO PLAINTIFFS' REQUEST FOR
PRODUCTION OF DOCUMENTS, SETS ONE AND
TWO
30653627.1/059499.0021

3:23-CV-01652-VC

000111

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

1     In addition, Responding Party also identifies and produces transcripts of the videos

2  previously produced by Responding Party and by plaintiffs, Bates-stamped

3  AlamedaCounty_Bolbol_000342 through AlamedaCounty_Bolbol_000396.

4  **REQUEST FOR PRODUCTION NO. 5:**

5     Produce all documents related to any correspondence or discussion(s) YOU had with

6  Rowell Ranch Rodeo, Inc. representatives during the one-year period preceding the 2022 Events

7  about FIRST AMENDMENT RIGHTS, the Free Speech Area, and demonstrators.

8  **RESPONSE TO REQUEST NO. 5:**

9     Responding Party objects to this request to the extent it calls for information or documents

10  protected by the attorney-client privilege and work product doctrine. Subject to and without

11  waiving said objections, Responding Party responds as follows:

12     Responding Party identifies the bodycam videos and cell phone videos previously

13  produced by Responding Party and by plaintiffs in this case;

14     Responding Party identifies and produces transcripts of the videos previously produced by

15  Responding Party and by plaintiffs, Bates-stamped AlamedaCounty_Bolbol_342 through

16  AlamedaCounty_Bolbol_000396.

17     Responding Party identifies a document entitled "Event Register," Bates-stamped

18  AlamedaCounty_Bolbol_000278, previously produced to the parties on December 20, 2023; and

19     Responding Party identifies an audio recording from the Sheriff's Office, dated May 20,

20  2022, containing a recording of a telephone call between Gary Houts and Sheriff's Office

21  Emergency Dispatch Services Operator Melissa McMaster, previously produced to the parties on

22  December 21, 2023.

23  **REQUEST FOR PRODUCTION NO. 6:**

24     Produce any documents relating to communications about or concerning Plaintiffs

25  between YOU and HARD during the 2022 Events, including, but not limited to, the content of the

26

27                                          - 5 -

28
DEFENDANT COUNTY OF ALAMEDA'S UPDATED
RESPONSE TO PLAINTIFFS' REQUEST FOR
PRODUCTION OF DOCUMENTS, SETS ONE AND
TWO
30653627.1/059499.0021

3:23-CV-01652-VC

000112

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

1  telephone call(s) made to the Sheriff's Office on May 20, 2022, regarding Plaintiffs, as referenced

2  in paragraph 41 of the Complaint.

3  **RESPONSE TO REQUEST NO. 6:**

4        Responding Party objects to this request to the extent it calls for information or documents

5  protected by the attorney-client privilege and work product doctrine. Subject to and without

6  waiving said objections, Responding Party responds as follows:

7        Other than the bodycam videos and cell phone videos previously produced in this case,

8  after a diligent and reasonable search, Responding Party has not been able to locate any

9  nonprivileged documents responsive to this request, other than the videos previously produced by

10  plaintiffs and Responding Party.

11        In addition, Responding Party also identifies and produces transcripts of the videos

12  previously produced by Responding Party and by plaintiffs, Bates-stamped

13  AlamedaCounty_Bolbol_000342 through AlamedaCounty_Bolbol_000396.

14  **REQUEST FOR PRODUCTION NO. 7:**

15        Produce all documents, including, but not limited to, any correspondence, related to any

16  policies, rules, agreements, and/or instructions regarding FIRST AMENDMENT RIGHTS, the

17  Free Speech Area, and/or demonstrators.

18  **RESPONSE TO REQUEST NO. 7:**

19        Responding Party objects that this request fails to describe the requested documents with

20  reasonable particularity as required by Rule 34(b)(1)(A). Responding Party objects that this

21  request is overbroad and unduly burdensome to the extent it requires the County of Alameda to

22  undertake a County-wide search for responsive information and documents and is outside the

23  scope of discovery permitted by Rule 26(b)(1) to the extent it is not limited to the Alameda

24  County Sheriff's Office and the Rowell Ranch Rodeo and is unlimited as to time. Responding

25  Party accordingly limits its response to Alameda County Sheriff's Office, to demonstrations at the

26  Rowell Ranch Rodeo, and from 2018 to the present. Responding Party objects to this request to

27

- 6 -

28

DEFENDANT COUNTY OF ALAMEDA'S UPDATED
RESPONSE TO PLAINTIFFS' REQUEST FOR
PRODUCTION OF DOCUMENTS, SETS ONE AND
TWO
30653627.1/059499.0021

3:23-CV-01652-VC

000113

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

The Alameda County Sheriff's Office provides its recruits with training and instruction in First Amendment issues as part of their Academy program. Training in First Amendment issues is also provided to deputies and sergeants during their one day annual training in October of each year, and members of the Crowd Management Team also receive training that may at times address free speech issues.

Responding Party identifies the following documents responsive to this request from the Academy program, Bates-stamped AlamedaCounty_Bolbol_000001- AlamedaCounty_Bolbol_000277.

In addition, Responding Party identifies and produces the following documents:

•       Training Bulletin No. 13-13,"Peaceful Picketing During Labor Disputes," dated June 19, 2013; and Training Bulletin No. 15-10, "Filing of Law Enforcement by the Public," dated June 26, 2015. These two documents are Bates-stamped AlamedaCounty_Bolbol_000316 through AlamedaCounty_Bolbol_000320.

•       A set of Powerpoint slides used by Det. Patrick Smyth of the Alameda County Sheriff's Office for his course for Learning Domain 2, The Criminal Justice System, Bates- stamped AlamedaCounty_Bolbol_000321 through AlamedaCounty_Bolbol_000341.

**REQUEST FOR PRODUCTION NO. 8:**

Produce any documents relating to communications about or concerning Plaintiffs between YOU and Rowell Ranch Rodeo, Inc. representatives during the 2022 Events.

**RESPONSE TO REQUEST NO. 8:**

Responding Party objects to this request to the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

- 7 -

DEFENDANT COUNTY OF ALAMEDA'S UPDATED
RESPONSE TO PLAINTIFFS' REQUEST FOR
PRODUCTION OF DOCUMENTS, SETS ONE AND
TWO
30653627.1/059499.0021

3:23-CV-01652-VC

000114

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

1  Responding Party identifies the bodycam videos and cell phone videos previously

2  produced by Responding Party and by plaintiffs in this case;

3  Responding Party identifies and produces transcripts of the videos previously produced by

4  Responding Party and by plaintiffs, Bates-stamped AlamedaCounty_Bolbol_000342 through

5  AlamedaCounty_Bolbol_000396.

6  Responding Party identifies a document entitled "Event Register," Bates-stamped

7  AlamedaCounty_Bolbol_000278, previously produced to the parties on December 20, 2023; and

8  Responding Party identifies an audio recording from the Sheriff's Office, dated May 20,

9  2022, containing a recording of a telephone call between Gary Houts and Sheriff's Office

10  Emergency Dispatch Services Operator Melissa McMaster, previously produced to the parties on

11  December 21, 2023.

12  **REQUEST FOR PRODUCTION NO. 9:**

13  Produce any documents related to DEMONSTRATORS at Rowell Ranch Rodeo, Inc.

14  events for the years 2018 through 2023.

15  **RESPONSE TO REQUEST NO. 9:**

16  Responding Party objects that this request fails to describe the requested documents with

17  reasonable particularity as required by Rule 34(b)(1)(A). Responding Party objects that this

18  request is overbroad in scope and as to time, and is unduly burdensome to the extent it requires

19  the County of Alameda to undertake a County-wide search for responsive information and

20  documents and is overbroad as to time. Responding Party accordingly limits its response to

21  Alameda County Sheriff's Office. Responding Party objects to the extent that this request violates

22  the privacy rights of third parties. Responding Party objects to this request to the extent it calls for

23  information or documents protected by the attorney-client privilege and work product doctrine.

24  Subject to and without waiving said objections, Responding Party responds as follows:

25  Responding Party identifies the documents and videos previously produced by the parties

26  in this action.

27

28

- 8 -

DEFENDANT COUNTY OF ALAMEDA'S UPDATED
RESPONSE TO PLAINTIFFS' REQUEST FOR
PRODUCTION OF DOCUMENTS, SETS ONE AND
TWO
30653627.1/059499.0021

3:23-CV-01652-VC

000115

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

**REQUEST FOR PRODUCTION NO. 10:**

Produce all documents, including but not limited to body cam videos taken at the Rowell Ranch Rodeo Park during the 2022 Events, including but not limited to videos taken by YOU and Alameda County Sheriff's Department Deputy Sheriff Matthew Laszuk, Alameda County Sheriff's Department Deputy Sheriff Christian Campbell, and Alameda County Sheriff's Department Deputy Sheriff Sowmya Ramadas as identified in your Federal Rule of Civil Procedure 26(a)(2) Initial Disclosures.

**RESPONSE TO REQUEST NO. 10:**

Responding Party objects that this request is vague and ambiguous as the term "All documents" is not further modified other than "including but not limited to…." Responding Party interprets this request to call for all documents, including body cam videos, identified in its Initial Disclosures. Responding Party objects to this request to the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

Responding Party identifies the bodycam videos and cell phone videos previously produced by Responding Party and by plaintiffs in this case;

Responding Party also identifies and produces transcripts of the videos previously produced by plaintiffs and by Responding Party, Bates-stamped AlamedaCounty_Bolbol_000342 through AlamedaCounty_Bolbol_000396.

**REQUEST FOR PRODUCTION NO. 11:**

Produce all documents that relate to animal rights demonstrations or Free Speech at the Rowell Ranch Rodeo in possession of Alameda County or considered by the Alameda County Board of Supervisors, including Board meeting agenda and minutes.

**RESPONSE TO REQUEST NO. 11:**

Responding Party objects that this request fails to describe the requested documents with reasonable particularity as required by Rule 34(b)(1)(A). Responding Party objects that this

- 9 -

DEFENDANT COUNTY OF ALAMEDA'S UPDATED
RESPONSE TO PLAINTIFFS' REQUEST FOR
PRODUCTION OF DOCUMENTS, SETS ONE AND
TWO
30653627.1/059499.0021

3:23-CV-01652-VC

000116

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

1    request is overbroad in scope and as to time, and unduly burdensome to the extent it requires the

2    County of Alameda to undertake a County-wide search for responsive information and

3    documents, is overbroad and unduly burdensome as to time and scope, and outside the scope of

4    discovery permitted by Rule 26(b)(1) to the extent it is not limited to the Alameda County

5    Sheriff's Office and to the extent it goes beyond the demonstrations on May 20, 2022.

6    Responding Party accordingly limits its response to Alameda County Sheriff's Office and the

7    Board of Supervisors, to the Board of Supervisors open meetings and related agendas and

8    minutes, and from 2018 to the present. Responding Party objects to this request to the extent it

9    calls for information or documents protected by the deliberative process privilege, the attorney-

10   client privilege and work product doctrine. Subject to and without waiving said objections,

11   Responding Party responds as follows:

12        The Agenda and Minutes of the Alameda County Board of Supervisors' meetings may be

13   accessed using the link below:

14                          https://bos.acgov.org/broadcast/

15        A search page using key words is available at the link below:

16                          https://agendadocsearch.acgov.org/

17   **REQUEST FOR PRODUCTION NO. 12:**

18        Produce all documents, including but not limited to video recordings, regarding

19   demonstrators at Rowell Ranch Rodeo Park during the 2022 Events.

20   **RESPONSE TO REQUEST NO. 12:**

21        Responding Party objects that this request fails to describe the requested documents with

22   reasonable particularity as required by Rule 34(b)(1)(A). Responding Party objects that this

23   request is overbroad and unduly burdensome to the extent it requires the County of Alameda to

24   undertake a County-wide search for responsive information and documents. Responding Party

25   objects that this request is duplicative of the foregoing requests. Responding Party objects to the

26   extent that this request violates the privacy rights of third parties. Pursuant to an agreement with

- 10 -

DEFENDANT COUNTY OF ALAMEDA'S UPDATED
RESPONSE TO PLAINTIFFS' REQUEST FOR
PRODUCTION OF DOCUMENTS, SETS ONE AND
TWO
30653627.1/059499.0021

3:23-CV-01652-VC

000117

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

1   plaintiffs' counsel, Responding Party accordingly limits its response to Alameda County Sheriff's

2   Office. Responding Party objects to this request to the extent it calls for information or documents

3   protected by the attorney-client privilege and work product doctrine. Subject to and without

4   waiving said objections, Responding Party responds as follows:

5          Responding Party identifies plaintiffs' Claims against the County of Alameda regarding

6   the demonstration at the 2022 Rowell Ranch Rodeo.

7          Responding Party identifies the bodycam videos and cell phone videos previously

8   produced by Responding Party and by plaintiffs Party in this case.

9          Responding Party identifies a document entitled "Event Register," Bates-stamped

10  AlamedaCounty_Bolbol_000278, previously produced to the parties on December 20, 2023.

11         Responding Party identifies an audio recording from the Sheriff's Office, dated May 20,

12  2022, previously produced to the parties on December 21, 2023.

13         Responding Party also identifies and produces transcripts of the videos previously

14  produced by plaintiffs and by Responding Party, Bates-stamped AlamedaCounty_Bolbol_000342

15  through AlamedaCounty_Bolbol_000396.

16  **RESPONSE TO PLAINTIFFS' REQUEST FOR PRODUCTION, SET TWO**

17  **REQUEST FOR PRODUCTION NO. 13:**

18         Produce all DOCUMENTS, including but not limited to dispatch records, plans, internal

19  communications, emails, and/or overtime billing statements that mention or are related to the

20  assignment, dispatch, presence, or request for sheriff deputies or County law enforcement staffing

21  at the Rowell Ranch Rodeo Park for the 2022 Events.

22  **RESPONSE TO REQUEST NO. 13:**

23         Responding Party objects that this request is vague and ambiguous as the term "plans."

24  Responding Party objects that this request fails to describe the requested documents with

25  reasonable particularity as required by Rule 34(b)(1)(A). Responding Party objects to the extent

26  that this request violates the privacy rights of third parties. Responding Party objects to this

27                                         - 11 -

28  DEFENDANT COUNTY OF ALAMEDA'S UPDATED                              3:23-CV-01652-VC
    RESPONSE TO PLAINTIFFS' REQUEST FOR
    PRODUCTION OF DOCUMENTS, SETS ONE AND
    TWO
    30653627.1/059499.0021

1    request to the extent it violates Penal Code § 832.7 and Evid. Code §§ 1043 and 1045.

2    Responding Party objects to this request to the extent it calls for information or documents

3    protected by the attorney-client privilege and work product doctrine. Subject to and without

4    waiving said objections, Responding Party responds as follows:

5          Responding Party identifies previously produced documents Bates-stamped

6    AlamedaCounty_Bolbol_000279 through AlamedaCounty_Bolbol_000315.

7    **REQUEST FOR PRODUCTION NO. 13:**

8          Produce all COMMUNICATIONS related to the assignment, dispatch, presence, or

9    request for sheriff deputies or staffing at the Rowell Ranch Rodeo Park for the 2022 Events.

10    **RESPONSE TO REQUEST NO. 14:**

11          Responding Party objects that this request fails to describe the requested documents with

12    reasonable particularity as required by Rule 34(b)(1)(A). Responding Party objects to the extent

13    that this request violates the privacy rights of third parties. Responding Party objects to this

14    request to the extent it violates Penal Code § 832.7 and Evid. Code §§ 1043 and 1045.

15    Responding Party objects to this request to the extent it calls for information or documents

16    protected by the attorney-client privilege and work product doctrine. Subject to and without

17    waiving said objections, Responding Party responds as follows:

18          Responding Party identifies and produces documents Bates-stamped

19    AlamedaCounty_Bolbol_000279 through AlamedaCounty_Bolbol_000315.

20    **REQUEST FOR PRODUCTION NO. 14:**

21          Produce all DOCUMENTS that include the identification of all County personnel

22    involved in the determination, assignment, oversight, management, and/or participation of any

23    sheriff presence at the Rowell Ranch Rodeo Park for the 2022 Events.

24    **RESPONSE TO REQUEST NO. 15:**

25          Responding Party objects that this request is vague and ambiguous as the terms

26    "determination." Responding Party objects that this request fails to describe the requested

27

- 12 -

28

DEFENDANT COUNTY OF ALAMEDA'S UPDATED
RESPONSE TO PLAINTIFFS' REQUEST FOR
PRODUCTION OF DOCUMENTS, SETS ONE AND
TWO
30653627.1/059499.0021

3:23-CV-01652-VC

000119

1  documents with reasonable particularity as required by Rule 34(b)(1)(A). Responding Party

2  objects to the extent that this request violates the privacy rights of third parties. Responding Party

3  objects to this request to the extent it violates Penal Code § 832.7 and Evid. Code §§ 1043 and

4  1045. Responding Party objects to this request to the extent it calls for information or documents

5  protected by the attorney-client privilege and work product doctrine. Subject to and without

6  waiving said objections, Responding Party responds as follows:

7    Responding Party identifies previously produced documents Bates-stamped

8  AlamedaCounty_Bolbol_000279 through AlamedaCounty_Bolbol_000315.

9  **REQUEST FOR PRODUCTION NO. 15:**

10    Produce all DOCUMENTS related to Deputy Mayfield being asked to "put together a

11  team to provide the usual law enforcement presence at the annual rodeo" drafted, exchanged,

12  transmitted, sent, and/or received regarding the 2022 Events. Please see the attached

13  correspondence from County Counsel Marc Brainich containing this quotation.

14  **RESPONSE TO REQUEST NO. 16:**

15    Responding Party objects that this request is vague and ambiguous as the term "put

16  together a team." Responding Party objects that this request fails to describe the requested

17  documents with reasonable particularity as required by Rule 34(b)(1)(A). Responding Party

18  objects to this request to the extent it violates Penal Code § 832.7 and Evid. Code §§ 1043 and

19  1045. Responding Party objects to the extent that this request violates the privacy rights of third

20  parties. Responding Party objects to this request to the extent it calls for information or

21  documents protected by the attorney-client privilege and work product doctrine. Subject to and

22  without waiving said objections, Responding Party responds as follows:

23    Responding Party identifies and produces documents Bates-stamped

24  AlamedaCounty_Bolbol_000279 through AlamedaCounty_Bolbol_000315.

25  / / /

26  / / /

27

- 13 -

28

DEFENDANT COUNTY OF ALAMEDA'S UPDATED
RESPONSE TO PLAINTIFFS' REQUEST FOR
PRODUCTION OF DOCUMENTS, SETS ONE AND
TWO
30653627.1/059499.0021

3:23-CV-01652-VC

000120

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

**REQUEST FOR PRODUCTION NO. 16:**

Produce all COMMUNICATIONS related to Deputy Mayfield being asked to "put together a team to provide the usual law enforcement presence at the annual rodeo" exchanged, transmitted, sent, or received regarding the 2022 Events. Please see the attached correspondence from County Counsel Marc Brainich containing this quotation.

**RESPONSE TO REQUEST NO. 17:**

Responding Party objects that this request is vague and ambiguous as the term "put together a team." Responding Party objects that this request fails to describe the requested documents with reasonable particularity as required by Rule 34(b)(1)(A). Responding Party objects to the extent that this request violates the privacy rights of third parties. Responding Party objects to this request to the extent it violates Penal Code § 832.7 and Evid. Code §§ 1043 and 1045. Responding Party objects to this request to the extent it calls for information or documents protected by the attorney-client privilege and work product doctrine. Subject to and without waiving said objections, Responding Party responds as follows:

Responding Party identifies and produces documents Bates-stamped AlamedaCounty_Bolbol_000279 through AlamedaCounty_Bolbol_000315.

Dated: March 15, 2023

FENNEMORE WENDEL

By: _____
William B. Rowell
Thiele R. Dunaway
Marc Brainich
Michele C. Kirrane
Attorneys for Defendants
County of Alameda and Alameda County
Deputy Sheriff Joshua Mayfield

- 14 -

DEFENDANT COUNTY OF ALAMEDA'S UPDATED
RESPONSE TO PLAINTIFFS' REQUEST FOR
PRODUCTION OF DOCUMENTS, SETS ONE AND
TWO
30653627.1/059499.0021

3:23-CV-01652-VC

000121

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

1

### **CERTIFICATE OF SERVICE**

2

*Joseph P. Cuviello, et al. v. Rowell Ranch Rodeo, Inc., et al.*
USDC – Northern District of California, Case No. 3:23-cv-01652-VC

3

4

I am a citizen of the United States and employed in  County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 1111 Broadway, 24th Floor, Oakland, California  94607.

5

6

On March 15, 2024, I served true copies of the following document(s) described as **DEFENDANT COUNTY OF ALAMEDA'S UPDATED RESPONSE TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS, SETS ONE AND TWO** on the interested parties in this action as follows:

7

8

*Please see attached Service List.*

9

**BY EMAIL OR ELECTRONIC TRANSMISSION**:  By causing the document(s) listed above to be sent to the person at the e-mail addresses listed below.  I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

10

11

12

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

13

14

Executed on March 15, 2024, at Oakland, California.

15

16

17

_____
Lena S. Mason

18

19

20

21

22

23

24

25

26

27

28

- 16 -

DEFENDANT COUNTY OF ALAMEDA'S UPDATED
RESPONSE TO PLAINTIFFS' REQUEST FOR
PRODUCTION OF DOCUMENTS, SETS ONE AND
TWO
30653627.1/059499.0021

3:23-CV-01652-VC

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

1

## <u>SERVICE LIST</u>

2

*Joseph P. Cuviello, et al. v. Rowell Ranch Rodeo, Inc., et al.*
USDC – Northern District of California, Case No. 3:23-cv-01652-VC

3

4

Jessica L. Blome                                    *Attorneys for Plaintiff Deniz Bolbol*
Lily A. Rivo

5

Greenfire Law, PC
2748 Adeline Street, Suite A

6

Berkeley, CA 94703
Phone:    (510) 900-9502

7

Email;     jblome@greenfirelaw.com
          lrivo@greenfirelaw.com

8

9

Joseph P. Cuviello                                  *Plaintiff Pro Per*
205 DeAnza Boulevard, #125

10

San Mateo, CA 94402
Phone:    (650) 315-3776

11

Email:     pcuvie@gmail.com

12

Dale L. Allen, Jr.                                  *Attorneys for Defendants Hayward Area*

13

Nicholas D. Syren                                   *Recreation and Park District, and Kevin*
Allen, Glaessner, Hazelwood & Werth, LLP            *Hart*

14

180 Montgomery Street, Suite 1200
San Francisco, CA 94104

15

Phone:    (415) 697-2000
Fax:      (415) 813-2045

16

Email:     dallen@aghwlaw.com
          nsyren@aghwlaw.com

17

          erodas@aghwlaw.com

18

          mhernandez@aghwlaw.com

19

Paul Caleo                                          *Attorneys for Defendant Rowell Ranch*

20

Osmaan Khan                                         *Rodeo, Inc.*
Gordon Rees Scully Mansukhani, LLP

21

1111 Broadway, Suite 1700
Oakland, CA 94607

22

Phone:    (510) 463-8600
Fax:      (510) 984-1721

23

Email:     pcaleo@grsm.com
          oakhan@grsm.com

24

          khernandez@grsm.com

25

26

27

- 17 -

28

DEFENDANT COUNTY OF ALAMEDA'S UPDATED                            3:23-CV-01652-VC
RESPONSE TO PLAINTIFFS' REQUEST FOR
PRODUCTION OF DOCUMENTS, SETS ONE AND
TWO
30653627.1/059499.0021

**000123**