

| | | | | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|---|---|---|
| | | | | 9908289310 | 942041952—00001 | 06/29/22 | 136 of 193 |

## Detail for Brian Morrison: ███████

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/20 | 5:30P | 510—508—5272 | Peak | PlanAllow | Castro Val CA | VM Deposit CL | 1 | — | — | — |
| 5/20 | 5:30P | 510—589—9396 | Peak | PlanAllow | Castro Val CA | Hayward CA | 1 | — | — | — |
| 5/20 | 5:30P | 510—508—5272 | Peak | PlanAllow,CallWait | Castro Val CA | Incoming CL | 2 | — | — | — |
| 5/20 | 5:45P | 510—589—9396 | Peak | PlanAllow | Castro Val CA | Incoming CL | 2 | — | — | — |
| 5/20 | 5:49P | 559—285—1237 | Peak | PlanAllow | Castro Val CA | Fresno CA | 1 | — | — | — |
| 5/20 | 5:50P | 510—828—1458 | Peak | PlanAllow | Castro Val CA | Incoming CL | 1 | — | — | — |
| 5/20 | 5:52P | 925—518—9498 | Peak | PlanAllow | Castro Val CA | Incoming CL | 1 | — | — | — |
| 5/20 | 5:57P | 510—862—3986 | Peak | PlanAllow | Castro Val CA | Hayward CA | 1 | — | — | — |
| 5/20 | 5:58P | 510—828—1265 | Peak | PlanAllow | Castro Val CA | Incoming CL | 1 | — | — | — |
| 5/20 | 6:04P | 510—828—1265 | Peak | PlanAllow | Castro Val CA | Hayward CA | 1 | — | — | — |
| 5/20 | 6:05P | 510—828—1265 | Peak | PlanAllow | Castro Val CA | Incoming CL | 1 | — | — | — |
| 5/20 | 6:09P | 510—862—3986 | Peak | PlanAllow | Castro Val CA | Incoming CL | 2 | — | — | — |
| 5/20 | 6:12P | 510—589—9396 | Peak | PlanAllow | Castro Val CA | Incoming CL | 1 | — | — | — |
| 5/20 | 6:12P | 510—427—1737 | Peak | PlanAllow,CallWait | Castro Val CA | Incoming CL | 1 | — | — | — |
| 5/20 | 6:25P | 510—828—1265 | Peak | PlanAllow | Castro Val CA | Hayward CA | 4 | — | — | — |
| 5/20 | 6:30P | 510—432—9917 | Peak | PlanAllow | Castro Val CA | Hayward CA | 1 | — | — | — |
| 5/20 | 6:40P | 510—828—1458 | Peak | PlanAllow | Castro Val CA | Incoming CL | 1 | — | — | — |



| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 9908289310 | 942041952–00001 | 06/29/22 | 137 of 193 |

## Detail for Brian Morrison: █████████

## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Chrgs | LD/Other Chrgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/20 | 7:07P | 602–538–9257 | Peak | PlanAllow | Castro Val CA | Phoenix AZ | 1 | — | — | — |
| 5/20 | 7:10P | 510–432–9917 | Peak | PlanAllow | Castro Val CA | Incoming CL | 1 | — | — | — |
| 5/20 | 7:11P | 510–862–3986 | Peak | PlanAllow | Castro Val CA | Hayward CA | 1 | — | — | — |
| 5/20 | 7:15P | 510–862–3986 | Peak | PlanAllow | Castro Val CA | Hayward CA | 1 | — | — | — |
| 5/20 | 7:17P | 925–518–9498 | Peak | PlanAllow | Castro Val CA | Incoming CL | 1 | — | — | — |

 **verizon✓**  **Billing period** Apr 29, 2022 to May 28, 2022  |  **Account #** 520082414-00001  |  **Invoice #** 8342959063

# Gary Houts

**IPHONE 11**

## Talk activity (cont.)

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | █ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| ██ | ██ | ██ | ██ | ██ | █ | █ | █ | █ |
| May 20 | 5:47 PM | 559.285.1237 | Castro Val, CA | Fresno, CA | 1 | | | |
| May 20 | 6:42 PM | 510.703.4375 | Castro Val, CA | Incoming, CL | 1 | | | |
| May 20 | 7:33 PM | 559.285.1237 | Castro Val, CA | Incoming, CL | 1 | | | |
| May 20 | 7:34 PM | 510.828.2114 | Castro Val, CA | Hayward CA | 1 | | | |
| May 20 | 8:33 PM | 510.703.4375 | Castro Val, CA | Incoming, CL | 1 | | | |
| May 20 | 9:35 PM | 925.518.9498 | Castro Val, CA | Incoming, CL | 1 | | | |
| May 20 | 10:00 PM | 925.518.9498 | Castro Val, CA | Incoming, CL | 1 | | | |
| May 20 | 10:08 PM | 510.715.2586 | Castro Val, CA | Oakland, CA | 1 | | | |

RRR 0191
000138