# Event Register

**Agency ID/Name:** AC          COUNTY OF ALAMEDA - SHERIFF'S OFFICE
**Event #:** E220507545          **Create:** 5/20/2022 5:51:24 PM          **Priority:** 2
**Type:** 415 - DISTURBPEACE          **Sub Type:** default -
**Location:** 9725 DUBLIN CANYON RD CAS : @ROWELL RANCH RODEO GROUNDS
**DGroup:** ETS          **Beat:** E5          **Esz:** 1517          **Source:** ANI/ALI
**C/Name:** HOUSE,GARRETT--EMP
**C/Addr:** 9929 DUBLIN CANYON RD PLE                              **C/Phone:** (804) 704-1051

| Disposition | Description | Unit ID |
|---|---|---|
| CLR | CLEAR | CPU3 |

**Event Remarks:**

| | | |
|---|---|---|
| 05/20/2022 | 17:51:24 | 13cb20 W 513cb20 W -121.980375 37.6982270 |
| 05/20/2022 | 17:51:31 | PROTESTORS 1097 BLOCKING THE PLOT |
| 05/20/2022 | 17:51:34 | 2 SUBJS 1097 |
| 05/20/2022 | 17:51:56 | 1 WMA LSW PLE SHIRT 1 WFA LSW GRN SHIRT |
| 05/20/2022 | 17:52:02 | BOTH HOLDING SIGNS |
| 05/20/2022 | 17:52:05 | BLOCKING THE ENTRANCE |
| 05/20/2022 | 17:52:06 | NEG WEAPS |
| 05/20/2022 | 17:52:27 | RP SEZ THERE IS A RODEO GOING ON TONIGHT & RP NEEDS SUBJS MOVED |
| 05/20/2022 | 18:01:36 | CPU3 -- ALREADY TALKED TO THE SUBJ AND ADV SUBJ OF DESIGNATED |
| 05/20/2022 | 18:01:36 | AREA TO PROTEST |

**Unit ID:** CPU3     **DP:** 18:00:32     **EN:**          **AR:**          **AV:** 18:01:41
**Emps:** 206294/ 215077

000139

AlamedaCounty_Bolbol_000278