IN THE BOARD OF DIRECTORS
OF THE
HAYWARD AREA RECREATION AND PARK DISTRICT

RESOLUTION NO. R-1415-49

<u>RESOLUTION UPDATING THE ROWELL RANCH RODEO POLICY OF THE
HAYWARD AREA RECREATION AND PARK DISTRICT</u>

**WHEREAS**, in 1977 the District entered into an agreement for the purchase of the Rowell Ranch Rodeo Grounds, for which a grant deed was recorded on February 14, 1978; and

**WHEREAS**, the purchase agreement bestowed the fiduciary responsibility upon the District to utilize the aforementioned property for *"park and recreation purposes which shall include, but not be limited for the use and encouragement of the rodeo, and the use of the facility once a year for the Junior Rodeo"*, now referred to as the Rowell Ranch Rodeo and the Rowell Ranch Junior Rodeo, respectively; and

**WHEREAS**, following the euthanization of a cow during the 2014 Rowell Ranch Rodeo Cow Milking Contest, animal rights activists raised concerns about rodeo events and practices; and the matter was referred to the District's Rowell Ranch Rodeo Committee; and

**WHEREAS**, the District's Rowell Ranch Rodeo Committee having met on two occasions to review the District's current Policy Governing Rodeo Animals/Livestock (the "Policy"), all written correspondence, and comments from those in attendance, finds that the Policy is in strict accordance with current California State Law governing such matters, and is one of the most progressive and humane livestock policies in the nation; and

**NOW, THEREFORE, BE IT RESOLVED**, pursuant to the recommendation of the District's Rowell Ranch Rodeo Committee, the Hayward Area Recreation and Park District does hereby update its Policy Governing Rodeo Animals/Livestock and includes under Procedure Number 7 of the Policy, a new paragraph "G", which references California State Law 596.7(d):

    G.  *Attending Veterinarian.*

    <u>California State Law (Penal Code 596.7)</u>
    *(d) (1) Any animal that is injured during the course of, or as a result of, any rodeo event shall receive immediate examination and appropriate treatment by the attending veterinarian or shall begin receiving examination and appropriate treatment by a veterinarian licensed to practice in this state within one hour of the determination of the injury requiring veterinary treatment.*
       *(2) The attending or on-call veterinarian shall submit a brief written listing of any animal injury requiring veterinary treatment to the Veterinary Medical Board within 48 hours of the conclusion of the rodeo.*
       *(3) The rodeo management shall ensure that there is a conveyance available at all times for the immediate and humane removal of any injured animal.*

Resolution No. **R-1415-49**
Resolution Updating the Rowell Ranch Rodeo Policy
of the Hayward Area Recreation and Park District

Page 2 of 2

DATE: November 24, 2014

INTRODUCED BY:

AYES: Andrade, Hodges, Jameson, Pereira, Waespi

NOES: None

ABSENT: None

ABSTAIN: None

_____
Carol A. Pereira
President, Board of Directors

_____
Minane Jameson
Secretary, Board of Directors