

Hayward Area Recreation and Park District

# Rowell Ranch Park
# Rodeo Policy, Fees and Guidelines

Fees and Charges: Charges will be a flat fee—not pro-rated for part of an hour.  The Hayward Area Recreation and Park District agrees, at the established service charges, to furnish the equipment which is regularly a part of the facility.  Additional equipment is the responsibility of the group requesting use.

| | |
|---|---:|
| Arena Fee<br>(Includes ground preparation, concession stands, ticket booths, three (3) truckloads of water, and restrooms). | $5,000 |
| Security/Cleaning Deposit (Cash or credit card only paid separately) | $1,500* |
| One (1) District Equipment Operator (OT) | $84/Hour |
| One (1) District Grounds Foreman (OT) | $84/Hour |
| One (1) Park Maintenance Worker (OT) | $84/Hour |
| Additional Water Truck (per load)<br>(Additional Water will be charged from security deposit) | $200 |
| Late Fees per Business Day<br>(will be charged from security deposit) | $25 |

**\* Additional Personnel may be required at the District's discretion (additional personnel rates will be charged from security** deposit)

How to Reserve
Dates available for facility use can be determined by calling the Park Department at 510-881-6700.  Reservations can be made up to eleven (11) months in advance.  If eligibility and date are satisfactory, an application form for use of the facility shall be completed and submitted to the District along with the deposit.

The completeness and validity of the application will not be recognized until such permit is signed by the District and the fees are paid in full, and all forms required forms are turned in to the District at least thirty (30) days prior to the event.  Permits are approved on a first-come, first-serve basis.  Permits will be issued to adults only, eighteen (18) years of age or older.

Conditions of Use

1. Rules and regulations of the Professional Rodeo Cowboys Association (PRCA) and the State of California Regulations, particularly those governing rodeo animals/livestock which ensure humane treatment of animals/livestock and rules which pertain to conduct restrictions and disciplinary action, shall be strictly adhered to and enforced.  A Policy Governing Rodeo Animals/Livestock must be signed by the lessee and all stock contractors and must be submitted within thirty (30) days of event.

2. The park hours are from local sunrise to local sunset.  If events, set up prior to the event, or clean up after the event are to occur before sunrise or after sunset, requested hours of use must be submitted and are subject to approval of the

District. The facility must be cleaned and vacated before the park is scheduled to be closed unless otherwise previously approved.

3. Liability Coverage – The applicant must provide a certificate of insurance with a minimum of $5,000,000.00. General Liability Coverage with a secondary endorsement (form # CG 20 26 07 04) must be provided naming Hayward Area Recreation and Park District (1099 E Street, Hayward, CA 94541) as additionally insured and the certificate holder. Also, listing the date(s) of the rental and the location (Rowell Ranch Park, 9725 Dublin Canyon Road, Castro Valley, CA 94552). The Hayward Area Recreation and Park District is NOT responsible for accidents, injury or loss of individual in its facilities. The individual or organization granted use of the facility shall be held responsible for reimbursing the District for any loss or damage to District property caused by such use. The Certificate of Insurance and the Additional Endorsement must be submitted to the District thirty (30) days prior to the event. Permittee agrees to defend, indemnify, and hold the District harmless from all liabilities arising out of the activities conducted by the permittee. Permittee shall prevent equipment use by persons who are not covered by the insurance required hereunder.

4. Alcoholic Beverages:
   A. The possession and consumption of alcoholic beverages are prohibited on park property unless a permit is granted by the District upon special request. Beer, wine or hard liquor may be sold/served only upon obtaining proper permits to sell alcoholic beverages obtained from the Department of Alcoholic Beverage Control (Oakland)and properly endorsed by the Alameda County Sheriff's Office. Each vendor that intends to sell alcoholic beverages must have their own permits. The District has no responsibility to apply for such permits, as that responsibility rests solely with the applicant to obtain and pay all fees associated with obtaining such permits. During the event, all permits must be posted in plain sight near or adjacent to the area where alcohol is being served and/or sold. Alcoholic beverages are considered "sold" when (a) a fee is charged in exchange for the alcoholic beverage served in a cup (no bottles or cans allowed in arena area-no glass bottles allowed in the facility); (b) alcoholic beverages are served with the meal wherein a flat fee or admission charge was collected. Copies of obtained permits must be provided to the District at least 45 days prior to the event.
   B. No one under the age of 21 shall dispense/serve or otherwise be connected in any way with the serving of alcoholic beverages. Alcohol may not be served to individuals who are/or appear to be under the influence of alcohol to the reasonable person.
   C. Warning signs stating the dangers of consuming alcohol while pregnant, must be posted at point of sale locations.
   D. Alcohol shall stop being served at least one hour prior to end of event.
   E. Recyclable items shall be separated and placed inside recycling container.
   F. The applicant will have a method and process of identifying individuals that will be pre-screened with government identification showing that they are over 21 years of age, prior to participating in any sale or service of alcohol. This method shall have a way to visually identify individuals who have been screened and approved to possess and/or consume alcohol, i.e. wrist-bands or other easily visible identifiers. A detailed explanation of this method shall be provided in the Site Safety Plan.

5. The Rowell Ranch Property is subject to the District smoking ordinance which reads: Smoking, ingesting, vaping or disposal of any narcotic, cigarette, cigar, tobacco product, cannabis, marijuana including edibles products and/or medicinal use on any District Property, including, but not limited to, park entrances, driveways, parking lots, natural areas, play areas, athletic fields and within buildings, is prohibited. The use of any device of any type for smoking or that simulates smoking, such as electronic (e)-cigarettes, or provides a smoking-like experience is likewise prohibited.

6. A Site Safety Plan must be approved by the District at least forty-five (45) days prior to the event. One week prior to the event, the permit holder will meet with the District's Public Safety Manager or designee to complete a pre-event checklist, which will include a review the Site Security Plan, including all permits, a review site conditions, a review of weather conditions, and other items as necessary.

   The Site Security Plan must include the following:
   A. A marked location for public speech

    B. The location of emergency personnel
    C. A detailed description of the number of guards on duty and their specific responsibilities.  A licensed and bonded security company must be used.   Security guards must be on site at all times.
    D. If the anticipated number of guests is to exceed 500, the applicant or designee must have a crowd management certificate and remain on site at all times during the event. An additional person with a crowd management certificate should be present for every additional 500 persons anticipated to attend the event. All designated crown managers must be listed on the Site Safety Plan.  Copies of their certification should be presented prior to the event.
    E. Method of identification for persons authorized to possess/consume alcohol (See Section 4A).
    F. A parking plan as outlined in Section 7.
    G. List and location of all vendors as outlined in Section 8.  Although the Site Safety Plan must be turned in to the District 45 days prior to the event, the vendor list is subject to updating up to one week prior to the event.
    H. A medical and first aid plan as outlined in Section 9.
    I. An overnight plan as outlined in Section 10.

7. A parking plan shall be submitted as part of the Site Safety Plan.  Vehicles are not permitted to drive on pathways or lawn.  Hand trucksmust be used to transport equipment from parking lot and driving area to designated area for set up.  The parking plan should include the following elements:
    A. A plan for the flow of traffic through the parking area.
    B. Clearly marked and designated spaces for parking.
    C. A plan for control and enforcement of proper parking.
    D. Impact of traffic upon local streets and proper permits from Alameda County if street parking has been requested.
    E. Emergency exit procedures.

8. A list of all vendors shall be provided as part of the Site Safety Plan.  Vendors present onsite the day of the event that are not listed will be asked to leave. The Site Safety Plan should include and/or require the following for every vendor:
    A. Name of the vendor and what product/service they are providing.
    B. Proper permits must be obtained and prominently displayed for all vendors.
    C. All food vendors who are preparing food, must have proper food service permits issued by Alameda County and shall have a certified food service manager on site at all times.
    D. Vendors selling alcohol must comply with all provisions of Section 4.
    E. All cooking on site by vendors must be done in compliance with all food service and fire safety regulations.
    F. If a vendor uses power, the source of power must be identified and approved.
    G. If generators are used, the type and location of the generator must be approved.
    H. Fuel for generators, stoves, or any other equipment used by vendors will be stored in safe and approved locations.

9. Trained and qualified medical and first aid services for attendees, participants, and animals shall be on site during the entire event.  The following conditions must be met:
    A. A licensed veterinarian must be on site at all times.  Name and address of veterinarian must be provided to the District.
    B. An ambulance service must be on site at all times.  Name and address of company must be provided to the District.
    C. A designated first aid area must be staffed for attendees.  This area may be staffed by members of the ambulance service, so long as this service does not prohibit them from attending to rodeo participants, or the first aid station may be staffed by other individuals trained in basic first aid.

10. Rodeo participants may stay on the grounds overnight under the following conditions:
    A. A list of all attended and unattended vehicles is provided to the District.
    B. A list of all individuals who will stay onsite overnight is provided to the District.
    C. No open fires shall started or maintained on the property.

    D. Alcohol possession or consumption on District property outside of the designated event hours is prohibited.

    E. An onsite individual will be designated as the overnight coordinator and will be responsible to see that all District rules and regulations are observed. This individual will also be responsible for all persons in the event an evacuation of the property is necessary.

11. The use of amplification equipment may be allowed within reason as not to disturb neighbors.

12. Reasonable decorations are permitted. However, no one is allowed to put nails into any trees, buildings, signs, or tables.

13. Minors in the group must at all times be under the direction of adult leadership while on the premises. There must be at least one adult for each twenty minors.

14. The person obtaining the permit shall be responsible for the general conduct of the people in their group. The person obtaining the permit will be held financially responsible for any damage done to District facilities. District employees, with the approval of the Public Safety Manager or designee, have the authority to disperse any group for failure to comply with these rules--and the group forfeits ALL fees paid.

15. The holder of the permit should arrive prior to the arrival of the other members of the group and present the permit to the Caretaker on duty. Groups must plan to enter and leave the facility at the time specified on the permit. The organization or individual obtaining the permit shall plan to accomplish the following within the time specified on the permit: (A) Putting up and taking down of all signs, decorations and the like; (B) Setting up and taking down of all equipment and restoring same to its proper storage location or removing from the facility; (C) Any other preparations and cleanup associated with the activity being conducted.

16. If more than 1,000 persons are expected at the event, the lessee must provide portable toilets and hand washing stations. (One toilet required for every 100 persons).

17. Plans for signs and banners must be approved at the time of application. Applicable fees may be charged.

18. At no time shall entrances or exits be covered or obstructed.

19. Permission for use of this facility will be granted upon the condition that all rules governing the use of the facility will be followed. Permission may be revoked at any time for failure to do so. These rules are subject to change by the Board of Directors of the Hayward Area Recreation and Park District.

20. Use of facilities shall not be granted to individuals or groups that advocate the overthrow of the government of the United States or the State of California by force or violence or other unlawful means. Use of facilities shall not be granted for activities that are not in the best interest of the District as determined by the Hayward Area Recreation and Park District General Manager.

21. District employees, in the scope of their duties, shall have complete and unrestricted access to all sites and activities conducted on the Rowell Ranch property.

22. Any request for exceptions to rules or fees for use of the facility must be presented in writing to the General Manager no later than ninety (90) days prior to the date requested. The General Manager is authorized by the Board of Directors to make exceptions to these rules and regulations.

Clean Up
The permit holder shall be responsible for cleanup associated with the event, including the removal of all decorations. All trash receptacles must be emptied into the dumpster. After each daily use, the grounds, buildings, food booths, picnic area, parking lots, adjacent roadways and slopes, etc. must be returned to pre-existing clean conditions. All activities must end at the time stated on the permit, including the facility clean up.

**Cancellation**

The person listed as applicant on the Permit must notify the District of cancellation in writing. Refunds and service fees will apply if cancellation is as follows:

1. If cancellation occurs ten (10) working days or more before scheduled event, then
   Forfeiture of Deposit

2. If cancellation occurs few than ten (10) working days prior to scheduled event, then
   Forfeiture of Deposit and 50% of fees paid

Occasionally, the District may find it necessary to reschedule or relocate a reservation. In that event, the District will give as much notice as possible. In the event of a cancellation, the entire rental fee (including deposit) will be refunded.

I hereby certify that I have read and understand the Hayward Area Recreation and Park District's policy, fees and guidelines stated above and agree that they are made a part of this agreement by reference and that I will abide by the same.

Signature of Applicant: *[signed]*     Date: 4-5-22