

# EMERGENCY ACTION PLAN

# ROWELL RANCH RODEO PARK

9275 DUBLIN CANYON ROAD

HAYWARD, CA.

HARD (Cuviello/Bolbol) 000523

**000213**

# ROWELL Ranch Rodeo Park

# Emergency Action Plan

## CONTENTS

SECTION 1:   Plan Summary

SECTION 2:    Plan Specifics

SECTION 3:   Site Map and Site Map Key

SECTION 4:   RRR Member Emergency Resource Directory

SECTION 5:   Public Safety Briefing Procedures

HARD (Cuviello/Bolbol) 000524

**000214**

# Rowell Ranch Rodeo Emergency Action Plan (EAP)

## PLAN SUMMARY

The heart of every safe event is good planning.  This Emergency Action Plan is provided to ensure an overall safe environment to all persons attending, competing at and facilitating the 2022 Rowell Ranch Rodeo (RRR).

To ensure a safe event, a public safety briefing shall be conducted daily to review the EAP, the day's activities and address new issues requiring inclusion in the day's operations.  The Public Safety Boss, Security Coordinator, Safety/EMS Coordinator and the Operations Boss shall be in attendance.

Upon completion of the RRR public safety briefing, the Public Safety Boss and Security Coordinator shall brief the onsite Law Enforcement Team and contracted private security supervisor, who in return, shall brief his command.  The Safety/EMS Coordinator shall brief and provide a copy of the EAP to The Fire Department Crew operating the EMS Station, and, brief the contracted ambulance crew (AMR) posted for the rodeo contestants.  The Operations Boss shall brief the RRR Chairman/Arena Boss, Vice Chairman/Site Boss and members working in the headquarters tent and the announcer's booth (Crow's Nest).

Components of the Emergency Action Plan include; Specific procedures for reporting emergencies, initial actions by designated members, a Site Map of Rodeo Park, the RRR Member Emergency Resource Directory and a means for accountability/record keeping.

Section 1

HARD (Cuviello/Bolbol) 000525

**000215**

## Accountability

The Safety/EMS Coordinator shall maintain a journal for the 2022 Rowell Ranch Rodeo.  It shall include; those attending the daily briefing, the briefing agenda, Fire Department Members at the EMS Station, a record of all EMS incidents and a summary of any major incident in which Security, Safety or EMS was utilized.  Upon the close of the  2022 Rodeo, the journal will be reviewed by the Public Safety Boss and Operations Boss. They shall provide comment, approval and then forward the journal to the RRR Director/Chairman for review and filing.

END

HARD (Cuviello/Bolbol) 000526
**000216**

## Specific Incidents

**Fire:**  Report the incident as outlined above and follow direction given by the Fire Department.

**Emergency Medical Service:**  Individual incident; if possible, walk the patient to the Fire Department EMS Station.  If the patient is unable to walk, notify the Fire Department of the location and the condition of the patient, remain with the patient until EMS arrives and assist as needed.  Large scale EMS Incident; notify Fire Department EMS crew of the location, number of patients and mechanism of injuries. Remain at site until the Fire Department arrives and assist as directed.

**Natural Occurring Disaster:**  In the event of an earthquake, lighting strike or any other unpredicted natural event, follow the directions given by the Fire Department

**Civil Disobedience**:  Persons with alcohol overdose or other impairments, and, those who are threatening others or involved in any altercation shall be reported to onsite Law Enforcement Officers.  They shall determine the course of action and handle.  RRR Public Safety Members should assist if requested.

**Livestock Incidents:**  The Rodeo Stock Contractor and arena cowboys shall secure any loose animals.  Once secured, follow the emergency medical service guidelines as needed for human injuries. Injured livestock will be the responsibility of The Rodeo Contractor and receive care from the onsite Veterinary Team.

HARD (Cuviello/Bolbol) 000527

**000217**

## PLAN SPECIFICS

**All Emergency Incidents**:  The preferred reporting procedure is to dial 911 and report the location and description of the incident, <u>and</u>, report the incident directly to the Fire Department Crew operating the EMS Station face to face or via cell phone.  Contact phone numbers shall be obtained by Safety/EMS Coordinator during the briefings and passed to all public safety members.

Size, type and location of the incident will dictate all actions.  <u>Under the direction of the Fire Department</u>, the Public Safety Boss might be called upon to direct the Security, and Safety/EMS Coordinators to assist in rendering aid, denying access to affected areas, and if deemed by the Fire Department, assist in facilitating an evacuation utilizing designated routes to the safety assembly area.  <u>Any order to evacuate shall be decided only by the Fire Department</u> and announced via the speaker system by the Rodeo Announcer.

Fire Department and Law Enforcement might unify to manage any major incident.  RRR Public Safety Members are to follow directions given by the Incident Commander.

Components of the Emergency Action Plan, which include the Rodeo Park Site Map and the RRR Member Emergency Resource Directory, will be offered to aid the Incident Commander in decision making.  The Site Map identifies key locations which include; systems locations and shut offs, designated evacuation routes and established safe areas for assembly. The RRR Emergency Resource Directory identifies RRR members who have specific knowledge and technical skills which include security and safety, facility knowledge and livestock management.

HARD (Cuviello/Bolbol) 000528

**000218**

## Accountability

The Safety/EMS Coordinator shall maintain a journal for the 2011 Rowell Ranch Rodeo.  It shall include; those attending the daily briefing, the briefing agenda, Fire Department Members at the EMS Station, a record of all EMS incidents and a summary of any major incident in which Security, Safety or EMS was utilized.  Upon the close of the 2011 Rodeo, the journal will be reviewed by the Public Safety Boss and Operations Boss. They shall provide comment, approval and then forward the journal to the RRR Director/Chairman for review and filing.

END

# SITE MAP  2022

## ROWELL RANCH RODEO PARK

Headquarters Tent ( )
EMS Station/Fire Department ( )
Sheriff Reserves, Communication Van ( )
Emergency Evacuation Routes (follow red arrows)
Wild land Areas ( )

3.   Emergency Assembly Area (red dots)

4.   Main Electrical Panel
5.   LPG Tank
6.   Well location and Water Shut Off

7.   Picnic and Cooling Area
8.   Announcers Booth (Crow's Nest)
9.   Maggie's Patio
10.  General Seating (E=East side) (W=Westside)
11.  Reserved Seating
12.  Stock Pens
13.  Caretaker Residence
14.  Equipment Storage
15.  Vendors Row

HARD (Cuviello/Bolbol) 000530
**000220**

# RRR MEMBER

# EMERGENCY RESOURCE DIRECTORY

## Rowell Ranch Rodeo 2022

### Public Safety

| | | |
|---|---|---|
| Public Safety | Gary Houts | 804-704-1051 |
| Security Coordinator | Gary Houts | 804-704-1051 |
| EMS/Safety Coordinator | Gary Houts | 804-704-1051 |
| | Brian Morrison | 510-715-2586 |

### Rodeo Operations

| | | |
|---|---|---|
| Director/Chairman-Arena Boss | Russ Fields | 510-915-0575 |
| Director/Vice Chairman-Site Boss | Brian Morrison | 510-715-2586 |
| Director/Secretary | Allison B. | 925-548-3161 |
| Operations Boss | Brian Morrison | 510-715-2586 |
| Public Relations | Janet L. | 510-828-2114 |
| Animal/Welfare | Janet L. | 510-828-2114 |
| | Alfreda S. | 559-285-1237 |
| Announcers Booth | Monica C. | 925-323-4212 |
| Facility/Arena Liaison | Chris P. | 510-541-6800 |
| Facility/Site Liaison | Don P. | 510-750-8294 |
| Hayward Rodeo Food Concession | George Pacheco | 510-772-3395 |

### Rodeo Contractor-Flying U Rodeo

| | | |
|---|---|---|
| Flying U Rodeo/Secretary | Cindy R. | 530-755-8748 |
| Flying U Rodeo/Arena Director | Reno R. | 530-713-8531 |

Section 4

HARD (Cuviello/Bolbol) 000531

**000221**

# Rowell Ranch Rodeo (RRR)
# Public Safety Briefing

### Daily at 0900hrs

The Public Safety Boss, Security and Safety/EMS Coordinators, and The Operations Boss shall be in attendance.  The daily agenda should contain any and all information affecting public safety for those who attend, compete at or facilitate The Rowell Ranch Rodeo (RRR).  The agenda should contain The Emergency Action Plan, roles and responsibilities and new business if needed.  Weather conditions are to be discussed for any impact on daily operation.  A heat wave would require announcements of the cooling station location whereas days with unstable weather would require monitoring conditions to provide a warning for potential hazardous conditions.

Section 5

HARD (Cuviello/Bolbol) 000532
**000222**

## Post Meeting Responsibilities for Public Safety Members

**Public Safety Boss and Security Coordinator:**
Review security placement with the private security supervisor. Detail specific issues with some post positions. In particular; the reserved seating area, the path along the east side of the arena and fence restrictions, alleyway to the stock contractor's equipment trailer and arena gate, livestock holding pens and gate policy, and, alcohol issues within Rodeo Park during the rodeo event or leaving the BBQ/Dance area during evening hours. Brief Law Enforcement Officers of the RRR's expectations, especially regarding alcohol related incidents or fighting. Brief the Bar Manager to instruct all bar staff to be consciences when serving those who appear to be altered.

**Safety/EMS Coordinator:**
Brief the Fire Department Crew operating the EMS Station and provide them with a copy of the RRR Emergency Action Plan. Obtain the Fire Department Crew's direct contact phone number and provide them with RRR Public Safety Member's contact numbers. Brief the contracted ambulance crew (AMR) posted for rodeo contestants with the day's agenda. Inform them of the Fire Department's role for emergency incidents occurring within Rodeo Park and the Fire Department's readiness to assist in the event of multiple injuries during the rodeo performance.

**Operations Boss:**
Review the daily agenda with The Director/Chairman and Director/Vice Chairman, members working in the Headquarters Tent and the Announcers Booth (Crow's Nest). Ensure the Emergency Action Plan, which includes the RRR Resource Directory and the Rodeo Park Site Map, is in a known location in the Headquarters Tent and Announcer's Booth (Crow's Nest).



HARD (Cuviello/Bolbol) 000534

000224