# Permit



District Office  
1099 E Street  
Hayward, CA 94541

PHONE:(510) 881-6700  
FAX:(510) 881-6763

**Permit #** R6615  
**Status** Approved  
**Date** Apr 7, 2022 11:52 AM

| | | | |
|---|---|---|---|
| **Organization Name** | Rowell Ranch Rodeo Association - 47 | **Organization Phone 1 Number** | (510) 915-0575 |
| **Customer Type** | Non-Profit III | | |
| **Organization Address** | 21728 Eden Canyon Road<br>Castro Valley, CA 94552 | | |
| **Agent Name** | Russ Fields | **Secondary Phone Number** | (510) 915-0575 |
| | | **Primary Phone Number** | (510) 915-0575 |
| | | **Email Address** | russfields21@gmail.com |
| **System User** | Lori Ryan | | |

| | |
|---|---|
| Rental Fee | $6,950.00 |
| Discounts | -$6,950.00 |
| Subtotal | $0.00 |
| Deposits | $0.00 |
| Deposit Discounts | $0.00 |
| **Total Permit Fee** | **$0.00** |
| Total Payment | $0.00 |
| Refunds | $0.00 |
| Balance | $0.00 |

## Rowell Ranch 100th Annual Pro Rodeo

**3** resource(s)   **3** booking(s)   Subtotal: $0.00

**Event Notes:**  
Temporary Foods Facility Permit* , ABC Permit* Certificate of Insurance w/endorsement & updated Emergency Action Plan/Parking Plan required for Each Rodeo Event (*required for all events with with foods & alcohol being sold).  
All items due two weeks prior to event date.

### Booking Summary

**Rowell - Arena (Rowell Rental/Rodeo)** — Center: Rowell Ranch Rodeo Park

| START DATE/TIME | END DATE/TIME | ATTENDEE | AMT W/O TAX |
|---|---|---|---|
| May 22, 2022 6:00 AM | May 22, 2022 9:30 PM | 5000 | $0.00 |
| Resource level fees | | | $0.00 |

**Rowell - Maggie's Patio (Rowell Rental/Rodeo)** — Center: Rowell Ranch Rodeo Park

| START DATE/TIME | END DATE/TIME | ATTENDEE | AMT W/O TAX |
|---|---|---|---|
| May 22, 2022 6:00 AM | May 22, 2022 9:00 PM | 5000 | $0.00 |

**Rowell - Picnic Site (Rowell Rental/Rodeo)** — Center: Rowell Ranch Rodeo Park

| START DATE/TIME | END DATE/TIME | ATTENDEE | AMT W/O TAX |
|---|---|---|---|
| May 22, 2022 6:00 AM | May 22, 2022 9:00 PM | 4000 | $0.00 |
| Resource level fees | | | $0.00 |

### Waivers and Information

| | | | |
|---|---|---|---|
| # R6615 | Status Approved | | Page 1 of 13 |

HARD (Cuviello/Bolbol) 000096

**000225**

| WAIVER NAME | DUE DATE | FOR | SIGNING STATUS |
|---|---|---|---|
| Code Of Conduct | May 22, 2022 | Russ Fields | Unsigned |

CODE OF CONDUCT

Hayward Area Recreation and Park District is committed to serving the Greater Hayward Area with the highest quality program experience. We are committed to providing a positive recreational experience. In order to ensure that all participants and staff are provided a positive, safe and open experience the following Code of Conduct expectations will apply. Please immediately report any concerns to District staff or call (510) 881-6700.

Participants and Staff are expected to:
1. Follow and adhere to all District, Local, State and Federal Laws, Regulations and/or Local Ordinances with regard to behavior. Parents and guardians of minors are responsible for adherence to District Regulations for those in their care.
2. Participants and Staff are expected to be considerate of others. Treat others with kindness, courtesy, and respect.
3. Refrain from using abusive, obscene, threatening, harassing, insulting or suggestive language or gestures.
4. Refrain from engaging in (or threatening) physical violence, intimidation, assault, or battery, including but not limited to unwanted/unsolicited touching.
5. Protect and respect the facility and grounds of the District including equipment, supplies, furnishings and landscaping. Report any vandalism to staff or call (510) 881-6700.
6. Refrain from loitering or sleeping in facilities or on District grounds, or using public areas such as restrooms for personal hygiene (shaving, bathing, etc.).
7. Specific District authorization, permit and approval are required for video or audio recording on District property.
8. Offensive body odors that affect others including the use of scented products or insufficient personal hygiene may result in being asked to leave our facilities or programs until offensive odors are eliminated, remedied or limited.
9. For safety, individuals must be able to care for themselves while partaking in Center activities. Staff may determine for the participant's safety that it is required for the patron to be accompanied by an attendant. The attendant is required to remain with patron during activities and on the premises for the duration of participation.

Thank you for assisting our District in providing positive experiences at our facilities and parks. Depending on the nature of violation of the Code of Conduct or District Rules and regulations the District reserves the right to warn, cite, refer to Law enforcement or request the immediate removal of a participant from District grounds, facility, and or program. Approved BOD 5-30-12

**Signature** _____

| COVID-19 Informed Consent, Acknowledgment of Risk | May 22, 2022 | Russ Fields | Unsigned |

Information about COVID-19 and Risks of Participation

The current pandemic health emergency is related to the highly contagious novel coronavirus ("COVID-19"). COVID-19 is an illness caused by a virus that can spread from person to person, primarily through respiratory droplets. Recent data suggest that there can be transmission of COVID-19 through respiratory droplets of those with mild (or no) symptoms or those who do not feel ill. COVID-19 symptoms can range from mild (or no) symptoms to severe illness. Symptoms of COVID-19 may include, among other symptoms, fever or chills, cough, shortness of breath or difficulty breathing, fatigue, headache, congestion or runny nose, muscle or body aches, sore throat, new loss of smell or taste, nausea or vomiting, and diarrhea. The estimated incubation period is between 2 and 14 days with a median of 4 to 5 days. It is important to note that some people become infected and do not develop any symptoms or feel unwell.

The impact of COVID-19 on the health of the public is not yet fully known. COVID-19 is a new disease and there are limited data and information about the impact of many underlying medical conditions on the risk for severe illness from COVID-19. Severe illness from COVID-19 is defined as hospitalization, admission to the intensive care unit (ICU), intubation or mechanical ventilation, or death.

Among adults, the risk for severe illness from COVID-19 increases with age, with older adults at highest risk. Additionally, adults of any age with the following conditions are at increased risk of severe illness from the virus that causes COVID-19: cancer; chronic kidney disease; COPD (chronic obstructive pulmonary disease); Down Syndrome; heart conditions, such as heart failure, coronary artery disease, or cardiomyopathies; immunocompromised state (weakened immune system) from solid organ transplant; obesity; severe obesity; pregnancy; sickle cell disease; smoking; and type 2 diabetes. Adults of any age with other medical conditions not listed here might be at increased risk for severe illness from the virus that causes COVID-19. As more data become available, additional risk factors for severe COVID-19 may be identified.

While fewer children have been sick with COVID-19 compared to adults, children can be infected with the virus that causes COVID-19, can get sick from COVID-19, and can spread the virus that causes COVID-19 to others. Children, like adults, who have COVID-19 but have no symptoms can still spread the virus to others. Most children with COVID-19 have mild symptoms or have no symptoms at all. However, some children can get severely ill from COVID-19 and might require hospitalization, intensive care, or a ventilator to help them breathe. In rare cases, they might die. Babies under one year old and children with certain underlying medical conditions might be at increased risk for severe illness from COVID-19. Children with the following conditions, among others not listed here, might be at increased risk for severe illness: asthma or chronic lung disease; diabetes; genetic,

| # R6615 | Status  Approved | | Page  2 of 13 |

neurologic, or metabolic conditions; sickle cell disease; heart disease since birth; immunosuppression (weakened immune system due to certain medical conditions or being on medications that weaken the immune system); medical complexity (children with multiple chronic conditions that affect many parts of the body, or are dependent on technology and other significant supports for daily life); and obesity. The Centers for Disease Control and Prevention (CDC) and partners are investigating a rare but serious medical condition associated with COVID-19 in children called Multisystem Inflammatory Syndrome in Children (MIS-C). It is not yet known what causes MIS-C and who is at increased risk for developing it.

While there are now authorized and recommended vaccines to prevent COVID-19 in the United States, there is currently a limited supply of these vaccines. In addition, multiple variants of the virus that causes COVID-19 have been documented in the United States and globally during this pandemic. Therefore, the best way to prevent illness is to avoid being exposed to the virus that causes COVID-19. The CDC also advises, among other precautionary measures, that individuals should:
• cover their mouth and nose with a mask when around others;
• stay at least six feet away from others who do not live with them;
• avoid crowds;
• avoid indoor spaces that do not offer fresh air from the outdoors as much as possible, and if indoors, bring in fresh air by opening windows and doors, if possible;
• wash their hands often with soap and water for at least 20 seconds or use a hand sanitizer that contains at least 60% alcohol if soap and water are not readily available;
• cover coughs and sneezes; clean and disinfect frequently touched surfaces daily;
• monitor their health daily; and
• stay home and isolate from others when sick.

Additional information regarding COVID-19, is available online with the following public health resources:
• CDC website at https://www.cdc.gov
• State of California website at https://covid19.ca.gov/
• California Department of Public Health website at https://www.cdph.ca.gov/
• Alameda County Public Health Department website at https://acphd.org/

Although the Hayward Area Recreation and Park District has implemented certain preventative measures consistent with applicable rules, regulations, federal and state orders and guidance, and guidance from public health officials related to COVID-19, the Hayward Area Recreation and Park District cannot ensure that participants and/or their families or others in the participant's household will not become infected with COVID-19. Moreover, the Hayward Area Recreation and Park District cannot protect against exposure to or infection by COVID-19 that occurs due to the actions, omissions, and/or negligence of participants or others, including the Hayward Area Recreation and Park District staff members.

California Public Health Guidance for Organized Sports and Recreation

COVID-19 continues to pose a severe risk to communities and requires all people in California to follow recommended precautions. The California Department of Public Health ("CDPH") issued revised public health guidance for youth and adult sports on February 19, 2021. The guidance is intended to provide direction on all organized youth and recreational adult sports activities to support a safe environment for these sports. A copy of the most recent version of these materials is available at: https://www.cdph.ca.gov

Additionally, the guidance applies to all organized youth sports and recreation— including school- and community-sponsored programs, and privately-organized clubs and leagues — and adult recreational sports. The guidance may be subject to change as new information becomes available. You are encouraged to regularly consult updated health guidance information as well as specific guidance for sports and recreation including the following websites:

• American Academy of Pediatrics website at https://services.aap.org
• CDPH website at https://www.cdph.ca.gov

Informed Consent, Acknowledgement of Risk, & Waiver and Release of Liability

Before the participant may participate in the above-referenced activity, the Hayward Area Recreation and Park District requires that the participant or its Parent/Guardian read the information in this Notice, the enclosed materials, and sign below to ensure they are informed of and understand the risks related to COVID-19 that are associated with participation in sports and recreational activities.

In signing the below, you attest that you have read the Notice and understand the risks related COVID-19 that are associated with participation in the above-referenced activity. You further understand that there are cardiovascular and other health and safety risks associated with returning to athletic activities after COVID-19 infection. You also acknowledge that the health and safety risks posed by COVID-19 cannot be eliminated, despite the implementation of reasonable and age-appropriate precautions and protocols. You further understand that because of the COVID-19 pandemic and the risk of transmission inherent in sports participation, the CDPH has categorized youth and adult sports into four tiers based upon their level of contact and transmission risk. You also acknowledge that there may be risks associated with adhering to certain mitigation strategies recommended and/or required by the CDPH such as wearing a face covering mask that completely covers the nose and mouth, including during active play. Finally, given the unknown nature of COVID-19, you understand that it is not possible to list each and every specific risk associated with COVID-19 and that neither the Hayward Area Recreation and Park District nor public health officials can guarantee that any participant will not come into contact with someone infected by COVID-19 and/or contract such illness.

I understand that the choice to participate in the above-referenced activity is voluntary. By opting to participate, I agree to abide by any such health

and safety protocols the Hayward Area Recreation and Park District may require. I understand that promoting public health is a shared responsibility and that every member of the community must do his/her part to minimize risks.

In consideration for being permitted by the Hayward Area Recreation and Park District to participate in the above-referenced activity, I fully ASSUME ALL RISKS, inherent and otherwise, whether or not described above, in connection with participation in the activity and hereby waive, release, and discharge any and all claims for damages for injury, harm, or illness including, but not limited to contracting COVID-19, which may in any way relate to participation in said activity. This release is intended to discharge in advance the Hayward Area Recreation and Park District (including its officers, employees, volunteers, and agents) from any and all liability arising out of or connected in any way with participation in said activity, even though that liability may arise out of active or passive negligence or carelessness on the part of the persons or entities mentioned above.

PARENTAL/GUARDIAN CONSENT: (to be completed and signed by parent/guardian if Participant is under 18 years of age.)

I hereby consent that my registered participant may participate in the above-referenced activity, and I hereby execute the above COVID-19 Informed Consent, Acknowledgment of Risk, and Waiver & Release of Liability on his/her/their behalf.

I HAVE CAREFULLY READ AND UNDERSTAND THE NOTICE ABOVE (INCLUDING THE INFORMATION ABOUT COVID-19 AND THE RISKS OF PARTICIPATION) AND HEREBY KNOWINGLY AND WILLING CONSENT TO THE PARTICIPATION IN THE ABOVE-REFERENCED SPORT/ACTIVITY.

Signature _____

| Insurance Requirements | May 22, 2022 | Russ Fields | Unsigned |

Insurance Requirements

Applicant shall obtain general liability insurance for Facility rentals for which alcohol will be consumed and/or for which the District determines presents a risk to health, safety or welfare and/or where the rental is serving members of the general public. The insurance coverage will be determined by the District after Applicant submits the Rental Application. If insurance is required, then the District shall be named as an additional insured and Applicant must provide the District with a copy of the insurance certificate with the additional named party endorsement prior to the commencement of the rental period. Applicant's failure to provide the copy of the certificate will result in the cancellation of the Rental Contract. General liability insurance: The Applicant shall procure and maintain, for the duration of the use period contemplated herein, commercial general liability insurance with coverage at least as broad as Insurance Services Office Form CG 00 01, in an amount not less than $2,000,000 per occurrence, $2,000,000 general aggregate, for bodily injury, personal injury, and property damage. The policy must include contractual liability that has not been amended. Any endorsement restricting standard ISO "insured contract" language will not be accepted. If alcohol is sold during the permitted activity, coverage must include full liquor liability.
(a) Such insurance shall name the District, its officers, employees, agents, and volunteers as additional insureds prior to the use of the facility. The Applicant shall file certificates of such insurance with the District, which shall be endorsed to provide thirty (30) days' notice to the District of cancellation or any change of coverage or limits. If a copy of the insurance certificate is not on file prior to the event, the District may deny access to the facility.
(b) All insurance policies shall be issued by an insurance company currently authorized by the Insurance Commissioner to transact business of insurance or is on the List of Approved Surplus Line Insurers in the State of California, with an assigned policyholders' Rating of A- (or higher) and Financial Size Category Class VII (or larger) in accordance with the latest edition of Best's Key Rating Guide, unless otherwise approved by the District's self-insurance pool.
(c) Requirements of specific coverage features, or limits contained in this Section are not intended as a limitation on coverage, limits or other requirements, or a waiver of any coverage normally provided by any insurance. Specific reference to a given coverage feature is for purposes of clarification only as it pertains to a given issue and is not intended by any party or insured to be all inclusive, or to the exclusion of other coverage, or a waiver of any type. If the Applicant maintains higher limits than the minimums shown above, the District requires and shall be entitled to coverage for the higher limits maintained by the Applicant. Any available insurance proceeds in excess of the specified minimum limits of insurance and coverage shall be available to the District.

Signature _____

| Facility Rental Fees, Deposits, and Refunds | May 22, 2022 | Russ Fields | Unsigned |

Facility Rental Fees, Deposits, and Refunds

1. Facility Rental Fees/Deposit. Applicant shall pay the Facility Rental Deposit (if required) at the time of District's approval of the rental application. District may take up to 14 calendar days to approve a rental application. Applicant shall pay the Facility Rental Fees assessed in the Rental Contract at least 30 days prior to the rental date. Failure to pay the required rental fee and deposit by the due date will result in cancellation of the Rental Contract.

(a) Facility Rental Fee Waiver/Reduction. An applicant may request a waiver or reduction of the Facility Rental Fee by submitting a request prior to

| # R6615 | Status Approved | | Page 4 of 13 |

the approval of the Rental Contract. A Facility Rental Fee waiver will only be granted by the General Manager upon a demonstration of good cause by the Applicant. A Request for Fee Waiver or Reduction must be submitted. A Facility Rental Fee reduction request must be supported by an IRS determination letter of non-profit status and evidence of location within the District's boundaries.
(b) Facility Rental Deposit. The Facility Rental Deposit will be returned within thirty (30) calendar days following the end of the rental period. However, the deposit, or portion thereof, will be used by the District for costs incurred if Applicant fails to return the facility to its condition at the start of the rental period, to remove all trash, debris and personal belongings from the facility, to repair any damaged portion of the Facility or other District property or for any other purpose identified in these Rules. The District will provide Applicant with a statement of any Facility Rental Deposit funds so used. The Facility Rental Deposit will also be used when a forfeiture of fees takes place and the District is owed rental fees due to cancellation fewer than 30 calendar days of the rental date.
(c) Recurring/Ongoing Facility Rentals: Applicant shall pay the Facility Rental Fees assessed in the Rental Contract at least 30 days prior to the rental date, or 1st rental date of a multi date contract. For recurring and ongoing rentals, fees must be paid by the 1st of the month of the month prior to the rental dates. Applicants will be required to provide the District with a Credit Card for payment of rental fees for any recurring and ongoing rentals that are delinquent or failure to pay the required rental fee by the due date will result in cancellation of the Rental Contract.

2. Cancellations, Changes and Refunds.

(a) Changes: Any changes to the Rental Contract regarding the rental period, location or intended use must be made at least (30) calendar days prior to the start of the rental period. The original Rental Contract will be revised to include the approved changes. The changes may require an increase in the Facility Rental Fee and/or Facility Rental Deposit.
(b) Refunds: Refunds will not be made for unused days or hours. A refund will be made for field rentals in the case of rainy, wet or muddy conditions if the District is notified in writing within 72 hours after the scheduled date of use or if the District closes fields due to weather.
(c) Cancellation: Any cancellation and/or changes must be submitted in writing by the applicant a minimum of (30) calendar days prior to the start of the rental period. Cancellation fewer than (30) calendar days before scheduled permit date will include forfeiture of the equivalent of 50% of the Facility Rental Fees owed and/or collected to date. If fees have already been paid, the forfeiture will come out of the fees. If the fees have not been paid as of the cancellation, the forfeiture will come out of the Facility Rental Deposit.
(d) Form of Refund: Monies owed by the District to the Applicant in refunds of Facility Rental Fees or Facility Rental Deposit will be made as refunds, not credits, and returned in the original form of payment. Cash payments are refunded by District check and can take up to 30 days. Refunds will be made only to the Applicant; Checks will be mailed to the address on file on the Rental Application.

**Signature**

| Rowell Ranch Park Clean Up Agreement | May 22, 2022 | Russ Fields | Unsigned |

I agree to restore the grounds, parking lot, and adjacent roadways and slopes to pre-existing clean conditions. If the grounds are not cleaned to the satisfaction of the Hayward Area Recreation and Park District, I will forfeit the security/cleaning deposit and be liable for any additional cleanup costs, and the applicant may lose the ability to rent Rowell Ranch Rodeo Park in the future.

**Signature**

| Rowell Park Lessee's Agreement /Liability Release | May 22, 2022 | Russ Fields | Unsigned |

LESSEE'S AGREEMENT/LIABILITY RELEASE
RELEASE: In consideration of use of the Rowell Ranch Rodeo Park for the purpose of facilitating an event, the Renter waives any and all claims against the Hayward Area Recreation and Park District and its respective
officers, agents, employees, and volunteers (the "Releasees") and covenants that the Releasees shall not be
liable for any damage and or liability of any kind or for any injury to or death of persons or damage to or theft of property of Renter's officers, directors, employees, agents, partners, contractors, subcontractors, vendors,
suppliers, customers, visitors, invitees, licensees, and concessionaires (collectively, "Permittees"), including but
not limited to any injured animals, or to any other person during Renter's possession of the Rowell Ranch Rodeo Park hereunder, from any cause whatsoever, by reason of the use, occupancy and enjoyment of the Rowell
Ranch Rodeo Park by Renter or any of Renter's employees, contractors or agents.
INDEMNIFICATION: Renter shall indemnify and save harmless Releasees and hold them harmless from any
and all claims, actions, damages, liability, cost, and expense, including reasonable attorneys' fees, in connection
with all losses, including loss of life, personal injury and/or damage to property, arising from or out of any
occurrence in, upon or at the Rowell Ranch Rodeo Park or the occupancy or use by Renter or its Permittees or
the Rowell Ranch Rodeo Park or any part thereof, or arising from or out of the Renter's failure to comply with the Rodeo Park and Animal Welfare Policies or occasioned wholly or in part by any act or omission of Renter or its Permittees. In the event the District or any other part so indemnified shall be made a party to any litigation commenced by or against the Renter, or related to a matter for which the Releasees would be indemnified hereunder or if Releasees, in their reasonable discretion, determine that they must intervene in such litigation to protect their interest hereunder, including, without limitation, the incurring of costs, expenses, and attorneys' fees

| # R6615 | Status Approved | Page 5 of 13 |

in connection with relief of the Renter, then Renter shall defend, protect, and hold them harmless with attorneys satisfactory to the District and shall pay all costs, expenses and reasonable attorneys' fees in connection with
such litigation. The Releasees shall have the right to engage their own attorneys in connection with any of the provisions of this Paragraph.
I have read and understand the required policies for this reservation.
I understand that a certificate of insurance with a minimum of $5,000,000.00 General Liability Coverage with a secondary endorsement (form # CG 20 26 07 04) must be provided naming Hayward Area Recreation and Park District (1099 E Street, Hayward, CA 94541) as additionally insured and the certificate holder. Also, listing the date of the rental and the location
(Rowell Ranch Park, 9725 Dublin Canyon Road, Castro Valley, CA 94552).

**Signature** _____

| Rowell Ranch Rodeo Policy and Guidelines | May 22, 2022 | Russ Fields | Unsigned |

How to Reserve
Dates available for facility use can be determined by calling the Park Department at 510-881-6700. Reservations can be made up to eleven (11) months in advance. If eligibility and date are satisfactory, an application form for use of the facility shall be completed and submitted to the District along with the deposit.

The completeness and validity of the application will not be recognized until such permit is signed by the District and the fees are paid in full, and all forms required forms are turned in to the District at least thirty (30) days prior to the event.
Permits are approved on a first-come, first-serve basis. Permits will be issued to adults only, eighteen (18) years of age or older.

Conditions of Use
1. Rules and regulations of the Professional Rodeo Cowboys Association (PRCA) and the State of California Regulations, particularly those governing rodeo animals/livestock which ensure humane treatment of animals/livestock and rules which pertain to conduct restrictions and disciplinary action, shall be strictly adhered to and enforced. A Policy Governing Rodeo Animals/Livestock must be signed by the lessee and all stock contractors and must be submitted within thirty (30) days of event.
2. The park hours are from local sunrise to local sunset. If events, set up prior to the event, or clean up after the event are to occur before sunrise or after sunset, requested hours of use must be submitted and are subject to approval of the

District. The facility must be cleaned and vacated before the park is scheduled to be closed unless otherwise previously approved.
3. Liability Coverage – The applicant must provide a certificate of insurance with a minimum of $5,000,000.00. General Liability Coverage with a secondary endorsement (form # CG 20 26 07 04) must be provided naming Hayward Area Recreation and Park District (1099 E Street, Hayward, CA 94541) as additionally insured and the certificate holder. Also, listing the date(s) of the rental and the location (Rowell Ranch Park, 9725 Dublin Canyon Road, Castro Valley, CA 94552). The Hayward Area Recreation and Park District is NOT responsible for accidents, injury or loss of individual in its facilities. The individual or organization granted use of the facility shall be held responsible for reimbursing the District for any loss or damage to District property caused by such use. The Certificate of Insurance and the Additional Endorsement must be submitted to the District thirty (30) days prior to the event. Permittee agrees to defend, indemnify, and hold the District harmless from all liabilities arising out of the activities conducted by the permittee. Permittee shall prevent equipment use by persons who are not covered by the insurance required hereunder.

4. Alcoholic Beverages:
A. The possession and consumption of alcoholic beverages are prohibited on park property unless a permit is granted by the District upon special request. Beer, wine or hard liquor may be sold/served only upon obtaining proper permits to sell alcoholic beverages obtained from the Department of Alcoholic Beverage Control (Oakland)and
properly endorsed by the Alameda County Sheriff's Office. Each vendor that intends to sell alcoholic beverages must have their own permits. The District has no responsibility to apply for such permits, as that responsibility rests solely with the applicant to obtain and pay all fees associated with obtaining such permits. During the event, all permits must be posted in plain sight near or adjacent to the area where alcohol is being served and/or sold.
Alcoholic beverages are considered "sold" when (a) a fee is charged in exchange for the alcoholic beverage served in a cup (no bottles or cans allowed in arena area-no glass bottles allowed in the facility); (b) alcoholic beverages are served with the meal wherein a flat fee or admission charge was collected. Copies of obtained permits must be provided to the District at least 45 days prior to the event.
B. No one under the age of 21 shall dispense/serve or otherwise be connected in any way with the serving of alcoholic beverages. Alcohol may not be served to individuals who are/or appear to be under the influence of alcohol to the reasonable person.
C. Warning signs stating the dangers of consuming alcohol while pregnant, must be posted at point of sale locations.
D. Alcohol shall stop being served at least one hour prior to end of event.
E. Recyclable items shall be separated and placed inside recycling container.
F. The applicant will have a method and process of identifying individuals that will be pre-screened with government identification showing that they are over 21 years of age, prior to participating in any sale or service of alcohol. This method shall have a way to visually identify individuals who have been screened and approved to possess and/or consume alcohol, i.e. wrist-bands or other easily visible identifiers. A detailed explanation of this method shall be provided in the Site Safety Plan.

5. The Rowell Ranch Property is subject to the District smoking ordinance which reads: Smoking, ingesting, vaping or disposal of any narcotic, cigarette, cigar, tobacco product, cannabis, marijuana including edibles products and/or medicinal use on any District Property, including, but not

| # R6615 | Status Approved | | Page 6 of 13 |

limited to, park entrances, driveways, parking lots, natural areas, play areas, athletic fields and within buildings, is prohibited. The use of any device of any type for smoking or that simulates smoking, such as electronic (e)-cigarettes, or provides a smoking-like experience is likewise prohibited.

6. A Site Safety Plan must be approved by the District at least forty-five (45) days prior to the event. One week prior to the event, the permit holder will meet with the District's Public Safety Manager or designee to complete a pre-event checklist, which will include a review the Site Security Plan, including all permits, a review site conditions, a review of weather conditions, and other items as necessary.

The Site Security Plan must include the following:
A. A marked location for public speech

B. The location of emergency personnel
C. A detailed description of the number of guards on duty and their specific responsibilities. A licensed and bonded security company must be used. Security guards must be on site at all times.
D. If the anticipated number of guests is to exceed 500, the applicant or designee must have a crowd management certificate and remain on site at all times during the event. An additional person with a crowd management certificate should be present for every additional 500 persons anticipated to attend the event. All designated crown managers must be listed on the Site Safety Plan. Copies of their certification should be presented prior to the event.
E. Method of identification for persons authorized to possess/consume alcohol (See Section 4A).
F. A parking plan as outlined in Section 7.
G. List and location of all vendors as outlined in Section 8. Although the Site Safety Plan must be turned in to the District 45 days prior to the event, the vendor list is subject to updating up to one week prior to the event.
H. A medical and first aid plan as outlined in Section 9.
I. An overnight plan as outlined in Section 10.

7. A parking plan shall be submitted as part of the Site Safety Plan. Vehicles are not permitted to drive on pathways or lawn. Hand trucksmust be used to transport equipment from parking lot and driving area to designated area for set up. The parking plan should include the following elements:
A. A plan for the flow of traffic through the parking area.
B. Clearly marked and designated spaces for parking.
C. A plan for control and enforcement of proper parking.
D. Impact of traffic upon local streets and proper permits from Alameda County if street parking has been requested.
E. Emergency exit procedures.

8. A list of all vendors shall be provided as part of the Site Safety Plan. Vendors present onsite the day of the event that are not listed will be asked to leave. The Site Safety Plan should include and/or require the following for every vendor:
A. Name of the vendor and what product/service they are providing.
B. Proper permits must be obtained and prominently displayed for all vendors.
C. All food vendors who are preparing food, must have proper food service permits issued by Alameda County and shall have a certified food service manager on site at all times.
D. Vendors selling alcohol must comply with all provisions of Section 4.
E. All cooking on site by vendors must be done in compliance with all food service and fire safety regulations.
F. If a vendor uses power, the source of power must be identified and approved.
G. If generators are used, the type and location of the generator must be approved.
H. Fuel for generators, stoves, or any other equipment used by vendors will be stored in safe and approved locations.

9. Trained and qualified medical and first aid services for attendees, participants, and animals shall be on site during the entire event. The following conditions must be met:
A. A licensed veterinarian must be on site at all times. Name and address of veterinarian must be provided to the District.
B. An ambulance service must be on site at all times. Name and address of company must be provided to the District.
C. A designated first aid area must be staffed for attendees. This area may be staffed by members of the ambulance service, so long as this service does not prohibit them from attending to rodeo participants, or the first aid station may be staffed by other individuals trained in basic first aid.

10. Rodeo participants may stay on the grounds overnight under the following conditions:
A. A list of all attended and unattended vehicles is provided to the District.
B. A list of all individuals who will stay onsite overnight is provided to the District.
C. No open fires shall started or maintained on the property.

D. Alcohol possession or consumption on District property outside of the designated event hours is prohibited.
E. An onsite individual will be designated as the overnight coordinator and will be responsible to see that all District rules and regulations are observed. This individual will also be responsible for all persons in the event an evacuation of the property is necessary.

11. The use of amplification equipment may be allowed within reason as not to disturb neighbors.

12. Reasonable decorations are permitted. However, no one is allowed to put nails into any trees, buildings, signs, or tables.
13. Minors in the group must at all times be under the direction of adult leadership while on the premises. There must be at least one adult for each twenty minors.

| # R6615 | Status Approved | Page 7 of 13 |

14. The person obtaining the permit shall be responsible for the general conduct of the people in their group. The person obtaining the permit will be held financially responsible for any damage done to District facilities. District employees, with the approval of the Public Safety Manager or designee, have the authority to disperse any group for failure to comply with these rules--and the group forfeits ALL fees paid.

15. The holder of the permit should arrive prior to the arrival of the other members of the group and present the permit to the Caretaker on duty. Groups must plan to enter and leave the facility at the time specified on the permit. The organization or individual obtaining the permit shall plan to accomplish the following within the time specified on the permit: (A) Putting up and taking down of all signs, decorations and the like; (B) Setting up and taking down of all equipment and restoring same to its proper storage location or removing from the facility; (C) Any other preparations and cleanup associated with the activity being conducted.

16. If more than 1,000 persons are expected at the event, the lessee must provide portable toilets and hand washing stations. (One toilet required for every 100 persons).

17. Plans for signs and banners must be approved at the time of application. Applicable fees may be charged.
18. At no time shall entrances or exits be covered or obstructed.

19. Permission for use of this facility will be granted upon the condition that all rules governing the use of the facility will be followed. Permission may be revoked at any time for failure to do so. These rules are subject to change by the Board of Directors of the Hayward Area Recreation and Park District.

20. Use of facilities shall not be granted to individuals or groups that advocate the overthrow of the government of the United States or the State of California by force or violence or other unlawful means. Use of facilities shall not be granted for activities that are not in the best interest of the District as determined by the Hayward Area Recreation and Park District General Manager.

21. District employees, in the scope of their duties, shall have complete and unrestricted access to all sites and activities conducted on the Rowell Ranch property.

22. Any request for exceptions to rules or fees for use of the facility must be presented in writing to the General Manager no later than ninety (90) days prior to the date requested. The General Manager is authorized by the Board of Directors to make exceptions to these rules and regulations.
Clean Up
The permit holder shall be responsible for cleanup associated with the event, including the removal of all decorations. All trash receptacles must be emptied into the dumpster. After each daily use, the grounds, buildings, food booths, picnic area, parking lots, adjacent roadways and slopes, etc. must be returned to pre-existing clean conditions. All activities must end at the time stated on the permit, including the facility clean up.

Cancellation
The person listed as applicant on the Permit must notify the District of cancellation in writing. Refunds and service fees will apply if cancellation is as follows:
1. If cancellation occurs ten (10) working days or more before scheduled event, then
Forfeiture of Deposit

2. If cancellation occurs few than ten (10) working days prior to scheduled event, then
Forfeiture of Deposit and 50% of fees paid

Occasionally, the District may find it necessary to reschedule or relocate a reservation. In that event, the District will give as much notice as possible. In the event of a cancellation, the entire rental fee (including deposit) will be refunded.
I hereby certify that I have read and understand the Hayward Area Recreation and Park District's policy, fees and guidelines stated above and agree that they are made a part of this agreement by reference and that I will abide by the same.

**Signature** _____

| | | | |
|---|---|---|---|
| Rowell Policy Governing Rodeo Animals/Livestock | May 22, 2022 | Russ Fields | Unsigned |

The purpose of this policy is to establish guidelines and criteria for rodeo and rodeo related activities relative to humane treatment of rodeo animals/livestock.
General
It is recognized that the production of, and participation in rodeos, is permitted in the State of California. It is further recognized that there is an ongoing concern for and the need of adequate rules and regulations governing the humane treatment and welfare of animal/livestock utilized in rodeo activities.
It is, therefore, the goal of the Board of Directors of the Hayward Area Recreation and Park District, to establish parameters for conducting rodeo events consistent with interests in such activities and in the humane treatment and general welfare of the animals/livestock involved.
The Procedures described shall apply to any organization, group or individual, who wishes to utilize a District facility for rodeo and/or rodeo related activities.

# R6615      Status  Approved                                                      Page  8 of 13

Procedure
1. The Alameda County Animal Control Office and the SPCA shall be notified by the District not less than fourteen (14) calendar days in advance of any rodeo and/or rodeo event to be conducted on District property.
2. The presence of a licensed veterinarian shall be required at all rodeos and rodeo related activities. A veterinarian's presence is the total responsibility of the applicant. No event may be held unless a veterinarian is in attendance. The attending veterinarian cannot be a participant in the rodeo.

Veterinarian's Name:
Address:
City. State, Zip:
Contact No:
Email:

3. The Alameda County Animal Control Officer, and/or the SPCA representative, and/or the veterinarian, shall have access to the complete site of any activity involving animals regardless of the sponsorship of any such activity.
4. The Animal Control Officer, the SPCA representative, and/or the veterinarian may exercise complete and unilateral authority over the treatment and utilization of animals/livestock. In the event it is their decision that an animal is being mistreated or is unable to be utilized, the representative shall communicate this decision to the Permit Holder for compliance. This decision will also be communicated to a representative of the Hayward Area Recreation and Park District. Failure to comply may result in a citation issued by the appropriate animal control agency, other agencies, or Park Rangers, or by administrative fine levied by the District.
5. Contest events involving rodeo animals/livestock shall be limited to the following events: (Please check all events that apply to your rodeo.)

? A. Bareback Riding ? D. Calf Roping ? G. Barrel Racing
? B. Saddle Bronc Riding ? E. Steer Wrestling ? H. Wild Cow Milking
? C. Bull Riding ? F. Daily Team Roping
In the case of Junior Rodeos and High School Rodeos, Goat Tying, Steer Stopping and Break Away Roping are allowed.

6. Events such as steer dressing, pig, and/or chicken scrambles, greased animal scrambles, cowboy teeter-totter, cowboy poker, and mutton busting are strictly prohibited.
Alameda County Ordinance Code is hereby amended as follows: Section 5.08.175 – Ovine animals.
No person shall climb on top of, ride, or attempt to ride any ovine animal (sheep), or to cause any other person to do so, whatsoever for the purpose of entertainment, sport or practice, including a rodeo.
7. Rules and regulations of the Professional Rodeo Cowboys Association (PRCA) and the State of California Regulations, particularly those governing rodeo animals/livestock which ensure humane treatment of animals/livestock and rules which pertain to conduct restrictions and disciplinary action, shall be strictly adhered to and enforced.
Additionally, special attention will be given to the following:
A. All horned roping stock shall be fitted with horn wraps.
B. Fleece-lined flanking straps shall be used on bucking horses shall be of the quick-release type.
C. Roping animals shall not be "jerked down" and shall not be dragged.
D. No animal shall be beaten or cruelly prodded. Rolling ahead is the preferred method to get the animals out of the chutes.
California State Law (Penal Code 596.7)
e) The rodeo management shall ensure that no electric prod or similar device is used on any animal once the animal is in the holding chute, unless necessary to protect the participants and spectators of the rodeo.
f) A violation of this section is an infraction and shall be punishable as follows:
(1) A fine of not less than five hundred dollars ($500) and not more than two thousand dollars ($2,000) for a first violation.
(2) A fine of not less than one thousand five hundred dollars ($1,500) and not more than five thousand dollars ($5,000) for a second or subsequent violation.
E. Calf roping livestock to be at the minimum weight of two hundred twenty (220) pounds and a maximum weight of two hundred eighty (280) pounds as specified in the PRCA rules. In Junior Rodeos and High School Rodeos, calves shall be at a minimum of two hundred (200) pounds and a maximum of two hundred twenty-five (225) pounds.
F. In Goat Tying events, a ratio of five (5) contestants per animal, per day, shall not be exceeded.
G. Attending Veterinarian.
California State Law (Penal Code 596.7) (d)
(1) Any animal that is injured during the course of, or as a result of, any rodeo event shall receive immediate examination and appropriate treatment by the attending veterinarian or shall begin receiving examination and appropriate treatment by a veterinarian licensed to practice in this state within one hour of the determination of the injury requiring veterinary treatment.
(2) The attending or on-call veterinarian shall submit a brief written listing of any animal injury requiring veterinary treatment to the Veterinary Medical Board within 48 hours of the conclusion of the rodeo.
(3) The rodeo management shall ensure that there is a conveyance available at all times for the immediate and humane removal of any injured animal.
8. The Hayward Area Recreation and Park District reserves the right to assign appropriate personnel to ensure that this policy is adhered to at the applicant's expense.

Responsibility
It shall be the applicant's responsibility to assure the aforementioned Rules, Regulations, Conditions and Procedures are carried out to their fullest intent.

# R6615    Status  Approved                                                   Page   9 of 13

Penalty

Failure of compliance may result in temporary cessation or complete cancellation of the activity and/or the issuance of a citation(s)/fine(s). The Hayward Area Recreation and Park District may impose a penalty including banning or suspension.

Signature _____

Facility Rental Rules, Policies and Procedures

The Hayward Area Recreation and Park District (District) grants permission to Applicant to use the park, building, facility and/or open space(s) (Facility) as set forth on the Rental Contract. The term "Facility," as used here in by the District is intended to include the specific building, room, space, area, or field to be used by the Applicant as well as all common area the parties may reasonably expect to be used as part of the use/activity contemplated herein including parking areas, sidewalks, adjacent grounds, or other areas/facilities used by the Applicant or its officers, agents employees, or participants/guests. Use of the Facility shall begin and terminate on the dates/times indicated on the Rental Contract. Start and end times are inclusive of set up, take down and clean up. Applicant's use of the Facility is subject to the terms and conditions contained on the Rental Contract, the District's Regulations Governing Use of Parks, Recreation Areas, and Facilities (Regulations), which are attached hereto, and these Facility Rental Rules, Policies and Procedures (Rules).

1. Requirements. The Applicant will provide a request to rent a District facility and provide the District with required information including, but not limited to, Applicant name, address, email, phone, contact information, date (s) requested, times requested, special use requests, facility(s) requested. A Rental Contract will be generated for approval by the District and the Applicant. Rental requests must be made at the designated District office at least 30 calendar days prior to the requested date of use. A request that is incomplete or not in compliance with the requirements set forth herein will not be accepted by the District.

2. Approval of Facility Rental Contract. A Facility Rental Contract will be considered approved by the District upon completion of the required forms, signature on the Rental Contract and upon the condition that Applicant will comply with the terms and conditions of the Rental Contract, the Regulations and these Rules. Such approval may be revoked at any time for Applicant's failure to meet the required terms and conditions. A Rental Contract will not be issued or approved if the District determines that (i) Applicant's intended use is not in the best interest of the District, (ii) Applicant intends to use the facility for a commercial or business purpose, or (iii) the Facility is not available for the period requested by Applicant. A request for a waiver of any of the Regulations or Rules shall be made at the time the Rental Request is submitted to the District. The District may approve such a request only for extreme hardships. The District reserves the right to change or modify any approved Rental Contract, or any conditions therein, due to an unforeseen emergency, unsafe conditions or any other condition that may affect the health, safety or welfare of the users of the District's Facility or property.

3. Applicant Responsibilities. The Applicant must be at least eighteen (18) years of age and shall be the responsible party under the Rental Contract and be the point of contact for District staff before, during and after the rental period. For events where alcohol is served or sold, the Applicant must be at least twenty-one (21) years of age. Applicant shall, at all times during the rental period, comply with the terms and conditions of the Rental Contract, the Regulations and these Rules and shall be responsible for ensuring that Applicant's guests comply with the Rental Contract, Regulations and Rules. The Applicant shall be present at the Facility at all times during the rental period and be responsible for the supervision and conduct of Applicant's guests and the general conduct of the activities at the rented Facility. If Applicant's guests include minors, then Applicant must provide adult supervision of the minors while at the Facility; for each twenty (20) minors there must be at least one adult supervisor. The District is not responsible for supervising, monitoring or providing security for Applicant's use of the Facility or for assisting in the setting up for events or activities or cleaning up after the rental period.

4. Facility Use and Rental Requirements. Applicant is to use the Facility in accordance with the Rental Contract, the Regulations, these Rules, all other District rules and regulations and federal, State and local laws. Applicant's use of the Facility is specifically subject to the following:
(a) Smoking: Smoking is prohibited at all District Facilities under Regulation Section 16(b).
(b) Alcoholic Beverages/Power: The service, sale, possession and consumption of alcoholic beverages require a

District permit under Regulation Section 16(a). Applicant or its vendors must also obtain a permit from the Department of Alcoholic Beverage Control for alcohol sales, and if alcohol is provided in the cost of an entry ticket. A copy of the ABC permit must be provided to the District prior to the start of the rental period and Applicant shall display the permit at the Facility. Consumption of alcoholic beverages by guests under the age of 21 is strictly prohibited and will result in immediate termination of the Rental Contract. Outside vendors shall possess a valid business license.

(c) Electrical Power: The use of Facility electrical outlets must be approved in writing by the District under Regulation Section 8(d). A District permit is required for the use of generators under Regulation Section 8(e).

(d) Amplification Equipment: Amplification equipment, and other noise generating apparatus, shall not be used so as to create an annoyance to park patrons or neighbors under Regulation Section 23. The District may require amplified sound or excessive noise to be reduced or discontinued if the disturbance continues. District must approve use of amplification equipment for outdoor use. Applicant shall also comply with any city or county noise laws or regulations.

(e) Advertising/Soliciting/Selling: The advertising, soliciting or selling of any merchandise or service requires a District permit under Regulation Section 17. Vendors must possess a valid business license.

(f) Parking of Vehicles: Vehicle use and parking on District property is subject to the requirements of Regulation Section 13. Among other things, vehicles shall be only be parked in designated areas, are not permitted on lawns, landscaping or outside of designated parking lots and may not be driven outside of designated roadways, paths or service/maintenance roads. Violators will be cited.

(g) Decorations: Decoration materials must be fireproof or fire retardant and subject to District approval. Cellophane adhesives, nails, screws, staples and similar attaching materials in walls or on woodwork are prohibited.

(h) Security: Applicant may be required to provide, at its costs, police officers or certified security personnel for safety purposes during the rental period. Applicant shall take actions to protect personal property brought to the Facility; the District is not responsible or liable for the safety and security of the personal property of Applicant or its guests.

(i) Tents/Structures/Inflatables: The use and placement of tents, structures, inflatable furniture, sound systems and other outside equipment must be included on the Rental Contract Application, may require a District permit under Regulation Section 14(c) or District approval with specified conditions.

(j) Fire Safety Requirements: Applicant shall keep all fire doors, exits, and staircases free of obstructions at all times. Applicant shall obey all fire, building and other safety laws.

(k) District Property: Applicant is responsible for any and all damages to the Facility and other District property caused by Applicant and Applicant's guests under Regulation Section 14. If Applicant fails to return the Facility to the reasonable satisfaction of District staff or if there is damage to the Facility/District Property, then the District may use the Facility Rental Deposit to perform repairs and/or invoice Applicant for the full costs of repair.

(l) Facility Clean-Up: Applicant must place all trash, debris and recycling in the proper District provided containers, remove all personal belongings, and return the Facility to its condition at the start of the rental period. District staff will meet with Applicant at the end of the rental period to inspect the Facility and assess whether the Applicant has met the requirements of this provision. Applicant shall perform additional clean-up to return the Facility to its pre-rental condition; the District may use the Facility Rental Deposit as necessary or otherwise invoice Applicant for Facility clean-up costs.

(m) Vacation of Facility: Applicant and Applicant's guest must fully vacate the Facility, including the removal of all personal property and clean-up by the date/time indicated on the Rental Contract. Failure to fully vacate the Facility will result in the imposition of an additional rental charges. The additional rental charge will be deducted from the Facility Rental Deposit or invoiced to Applicant if there are not sufficient funds remaining in the Facility Rental Deposit.

5. District Right-of-Entry/Responsibility. The District's officers, employees, agents and contractors may enter the Facility at any time during the rental period for any purpose, including inspection of the Facility to determine Applicants compliance with the Rental Contract, Regulations and these Rules. Applicant shall comply with the directions of District officers, employees, agents and contractors regarding the use of the Facility. The District and its officer, employees, agents and contractors are not responsible for accidents, injury or loss occurring during the rental period.

6. Hold Harmless/Indemnification. Applicant agrees to hold harmless, defend and indemnify the District, its elected officials, officers, employees, agents and contractors (Indemnitees) from and against any claim, demand, action, loss, liability, damage, cost or expense (including attorney's fees) that arise or result in any way from Applicant's

failure to comply with any provision of the Regulations and these Rules, and from Applicant's and Applicant's guests (i) entry on to District property, (ii) use of the Facility, and (iii) participation in any activity or event at the Facility or on District property during the rental period. Applicant's obligation under this provision shall not apply to the sole negligence and willful misconduct of the Indemnitees. District shall have the right of approval of defense counsel retained by Applicant, which approval shall not be unreasonably withheld or conditioned. This provision shall survive the expiration or termination of the Rental Contract.

7. Entire Agreement: The Rental Contract and this agreement constitute the entire agreement between the parties. Any provisions of prior agreements, licenses or documents which conflict in any manner with the provisions of this contract are hereby specifically deemed void and of no effect. No modifications or changes will be valid or effective unless contained in an amended Rental Contract.

8. Dispute Resolution: Any dispute regarding the Rental Contract or these Rules or the use of the Facility shall be submitted to Recreation Supervisor. Applicant should submit a written statement of the dispute along with any supporting documentation and pictures. The Recreation Supervisor will review the documents submitted and may contact Applicant to discuss the dispute or request additional documentation. The Recreation Supervisor will provide a decision on the dispute within thirty (30) days of submission of the dispute. If Applicant is not satisfied with the Recreation Supervisor's decision, then Applicant may appeal the decision to the Director. Applicant may submit an additional statement and documentation to support the appeal. The Director may contact Applicant to discuss the dispute or request additional information. The Director will provide a decision on Applicant's appeal within thirty (30) days of submission of the appeal. The Director's decision shall be the District's final decision. Any action to interpret or enforce the terms and conditions of the Rental Contract or these Rules shall be filed in the Superior Court of Alameda County.

9. Indemnification: The Applicant shall indemnify, defend, and hold harmless the District its officers, employees, and agents from any and all losses, costs, expenses, claims, liabilities, actions, or damages, including liability for injuries to any person or persons or damage to property arising at any time out of or in any way related to the Applicant's use or occupancy of a facility or property controlled by the District, unless solely caused by the gross negligence or willful misconduct of the District, its officers, employees, or agents.

10. Compliance with All Applicable Law, Rules, & Regulations:
(a) A Applicant shall comply with all local, state, and federal laws and regulations related to the use of the facility and public gatherings.
(b) The Applicant agrees to abide by all applicable local, federal, and state accessibility standards and regulations.
(c) The Applicant further agrees that it is solely responsible for reviewing and ensuring compliance with all applicable public health rules, regulations, orders, and/or guidance in effect at the time of the use of the facility including, but not limited to, physical distancing, limits on the size of gatherings, use of appropriate sanitation practices, etc.
(d) The District reserves the right to immediately revoke the Applicant's right to use of the facility under this agreement should the Applicant fail to comply with any provision of this section.
11. Force Majeure Events: Notwithstanding anything to the contrary contained in this agreement, the District shall be excused from its obligations under this agreement to the extent and whenever it shall be prevented from the performance of such obligations by any Force Majeure Event. For purposes of this agreement, a "Force Majeure Event" includes but is not limited to fires, floods, earthquakes, pandemic, epidemic, civil disturbances, acts of terrorism, regulation of any public authority, and other causes beyond their control. The Applicant waives any right of recovery against the District and the Applicant shall not charge results of "acts of God" to the District its officers, employees, or agents.
I hereby certify that I have read and understand the Hayward Area Recreation and Park District's Facility Rental Rules, Policies and Procedures, and agree that they are made a part of the Rental Contract by reference and that I will be abide by the same. I acknowledge that reservations are granted with the understanding that the Hayward Area Recreation and Park District may cancel rental contracts should the facility be required for District activities, including emergency repairs and maintenance.

X: _____

Date: _____

**District Office**
Mailing Address: 1099 E Street, Hayward, CA 94541
Phone Number: (510) 881-6700
Fax Number: (510) 881-6763

X: _____

Date: _____

**Rowell Ranch Rodeo Association**
Customer Type: Non-Profit III
Customer ID: 4033
Mailing Address: 21728 Eden Canyon Road, Castro Valley, CA 94552
Organization Phone 1 Number: (510) 915-0575
Authorized Agent Name: Russ Fields
Secondary Phone Number: (510) 915-0575
Primary Phone Number: (510) 915-0575
Email Address: russfields21@gmail.com

| # R6615 | **Status** Approved | **Page** 13 of 13 |

HARD (Cuviello/Bolbol) 000108

**000237**