

Borbol Depo
Exh. 1

000238