**CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of June, 2024, the foregoing was served on all parties through the Court's electronic filing, CM/ECF system in accordance with Rule 5 of the Federal Rules of Civil Procedure.

GREENFIRE LAW, P.C.

By:   */s/ Jessica San Luis*
       Jessica San Luis