DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
NICHOLAS D. SYREN, State Bar No. 334807
nsyren@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:     (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendants
HAYWARD AREA RECREATION AND PARK
DISTRICT and KEVIN HART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ROWELL RANCH RODEO, INC., HAYWARD AREA RECREATION AND PARK DISTRICT, HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART, and DOES 1 and 2, in their individually and official capacities, jointly and severally,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-01652-VC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION FOR SUMMARY JUDGMENT BRIEFING SCHEDULE** |

To the Honorable Judge Chhabria:

　　　The parties have met and conferred regarding a briefing schedule for their respective Motions for Summary Judgment. Plaintiffs DENIZ BOLBOL and JOSEPH P. CUVIELLO ("Plaintiffs") filed their Joint Motion for Partial Summary Judgment (Docket 84) on June 3, 2024. Defendants (1) ROWELL RANCH RODEO, INC., (2) HAYWARD AREA RECREATION AND PARK DISTRICT/HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART, and (3) ALAMEDA COUNTY and ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD ("Defendants") each plan to

666578 1

file their respective Motions for Summary Judgment. Based on the anticipated cross motions for summary judgment, the parties agreed to the following briefing schedule in order to maintain compliance with Judge Chhabria' Standing Order, Paragraph 41.

1. **June 3, 2024** - Plaintiffs' filed Joint Motion for Partial Summary Judgment – (Dkt. 84 et al).
2. **June 27, 2024** - Defendants' Oppositions and Cross Motions for Motions for Summary Judgment Due.
3. **July 25, 2024** - Plaintiffs' Reply to Def. Opposition/Plaintiffs' Opposition to Def. Motion for Summary Judgment Due.
4. **August 1, 2024** – Defendants' Reply to Plaintiffs' Oppo. to Def. Motion for Summary Judgment Due.
5. **August 15, 2024** – Hearing Date (Same date as current Motion for Summary Judgment).

IT IS SO ORDERED.

APPROVED BY:

_____
JUDGE VINCE CHHABRIA

Respectfully submitted,

Dated: June 13, 2024

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: _/s/ Nicholas D. Syren_____
DALE L. ALLEN, JR.
NICHOLAS D. SYREN
Attorneys for Defendants
HAYWARD AREA RECREATION AND
PARK DISTRICT and KEVIN HART

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  June 13, 2024 | GREENFIRE LAW, PC |
| | By:  */s/ Jessica L. Blome*<br>JESSICA L. BLOME<br>LILY RIVO<br>Attorneys for Plaintiff<br>DENIZ BOLBOL |
| | Respectfully submitted, |
| Dated:  June 13, 2024 | |
| | By:  */s/ Joseph P. Cuviello*<br>JOSEPH P. CUVIELLO<br>Plaintiff Pro Per |
| | Respectfully submitted, |
| Dated:  June 13, 2024 | GORDON, REES, SCULLY, MANSUKHANI, LLP |
| | By:  */s/ Osmaan Khan*<br>PAUL DAMIEN CALEO<br>OSMAAN KHAN<br>Attorneys for Defendants<br>ROWELL RANCH RODEO, INC. |
| | Respectfully submitted, |
| Dated:  June 13, 2024 | FENNEMORE WENDEL |
| | By:  */s/ Marc Brainich*<br>WILLIAM B. ROWELL<br>THIELE R. DUNAWAY<br>MARC BRAINICH<br>Attorneys for Defendants<br>COUNTY OF ALAMEDA and ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

666578 1