1  William B. Rowell, Bar No. 178587
   Thiele R. Dunaway, Bar No. 130953
2  Marc Brainich, Bar No. 191034
   Michele C. Kirrane, Bar No. 215448
3  **FENNEMORE WENDEL**
   1111 Broadway, 24th Floor
4  Oakland, CA  94607
   Tel: (510) 834-6600 / Fax: (510) 834-1928
5  browell@fennemorelaw.com
   rdunaway@fennemorelaw.com
6  mbrainich@fennemorelaw.com
   mkirrane@fennemorelaw.com
7
   Attorneys for Defendants
8  County of Alameda and Alameda County Deputy
   Sheriff Joshua Mayfield

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually, | Case No. 3:23-cv-01652-VC |
|---|---|
| Plaintiffs, | **DECLARATION OF ALAMEDA COUNTY DEPUTY SHERIFF CHRISTIAN CAMPBELL IN OPPOSITION TO PLAINTIFFS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; ALAMEDA COUNTY SHERIFF'S OFFICE; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD; and DOES 1 and 2, in their individual and official capacities, jointly and severally, | |
| | Date:   August 15, 2024 |
| | Time:   10:00 a.m. |
| | Judge:  Hon. Vince Chhabria |
| | Courtroom: 4—17th Floor |
| Defendants. | Action Filed: April 6, 2023 |
| | Trial Date:   October 21, 2024 |

I, Christian Campbell, declare as follows:

1. I am a Deputy Sheriff with the Alameda County Sheriff's Office. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to the matters stated herein.

2. Shortly before 5:57 p.m. on May 20, 2022, I arrived at the Rowell Ranch Rodeo to provide a law enforcement presence along with Deputy Sheriffs Joshua Mayfield, Sowmya Ramadas, and Matthew Laszuk. Attached hereto as **Exhibit A** are true and correct copies of video recordings from my body-worn camera that I was wearing that day. Those recordings fairly and accurately depict events that took place that day while I was at Rowell Ranch.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 14 day of JUNE, 2024, at SAN LEANDRO, California.

*Christian Campbell* (signature)
Christian Campbell

# EXHIBIT A

## Body-Worn Camera Video Number 4

[video file submitted in physical form via USB drive]