William B. Rowell, Bar No. 178587
Thiele R. Dunaway, Bar No. 130953
Marc Brainich, Bar No. 191034
Michele C. Kirrane, Bar No. 215448
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, CA  94607
Tel: (510) 834-6600 / Fax: (510) 834-1928
browell@fennemorelaw.com
rdunaway@fennemorelaw.com
mbrainich@fennemorelaw.com
mkirrane@fennemorelaw.com

Attorneys for Defendants
County of Alameda and Alameda County Deputy
Sheriff Joshua Mayfield

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; ALAMEDA COUNTY SHERIFF'S OFFICE; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD; and DOES 1 and 2, in their individual and official capacities, jointly and severally,<br><br>Defendants. | Case No. 3:23-cv-01652-VC<br><br>**DECLARATION OF MARC BRAINICH IN OPPOSITION TO PLAINTIFFS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     August 15, 2024<br>Time:    10:00 a.m.<br>Judge:   Hon. Vince Chhabria<br>Courtroom: 4—17th Floor<br><br>Action Filed:     April 6, 2023<br>Trial Date:     October 21, 2024 |

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

DECLARATION OF MARC BRAINICH
49549604.1/059499.0021

3:23-CV-01652-VC

I, Marc Brainich, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am of counsel with Fennemore Wendel, who are counsel for named defendants County of Alameda and Deputy Sheriff Joshua Mayfield ("County Defendants") in this matter.  I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true.  If called as a witness, I could and would competently testify to the matters stated herein.

2.      The deposition of Plaintiff Joseph Cuviello was taken in this matter on February 20, 2024.  Attached hereto as **Exhibit A** are true and correct copies of excerpts of the reporter's transcript of that deposition.

3.      The deposition of Plaintiff Deniz Bobol was taken in this matter on March 6, 2024. Attached hereto as **Exhibit B** are true and correct copies of excerpts of the reporter's transcript of that deposition.

4.      Attached hereto as **Exhibit C** is a true and correct copy of Plaintiffs Joseph Cuviello and Deniz Bolbol's video Bates 14, Clip 2 produced during discovery.

5.      Attached hereto as **Exhibit D** is a true and correct copy of Plaintiffs' video Bates 14, Clip 3 produced during discovery.

6.      Attached hereto as **Exhibit E** is a true and correct copy of Plaintiffs' video Bates 14, Clip 4 produced during discovery.

7.      Attached hereto as **Exhibit F** is a true and correct copy of Plaintiffs' video Bates 16, Clip 2 produced during discovery.

8.      Attached hereto as **Exhibit G** is a true and correct copy of Plaintiffs' video Bates 16, Clip 3 produced during discovery.

9.      Attached hereto as **Exhibit H** is a true and correct copy of Plaintiffs' video Bates 16, Clip 4 produced during discovery.

10.      Attached hereto as **Exhibit I** is a true and correct copy of video number 15, which is footage from the body-worn camera of Deputy Sheriff Sowmya Ramadas on May 20, 2022.  I am informed and believe that the videos from the body-worn cameras of officers of the Alameda

County Sheriff's Office are time-stamped pursuant to Coordinated Time (UTC), the successor to Greenwich Mean Time.  UTC is seven hours ahead of California time during Pacific Daylight Time.

11.     Attached hereto as **Exhibit J** is a true and correct copy of video number 17, which is footage from the body-worn camera of Deputy Sheriff Sowmya Ramadas on May 20, 2022.

12.     Attached hereto as **Exhibit K** is a true and correct copy of an audio recording of Deputy Sheriff Joshua Mayfield's telephone call with Amy Bowles of ASCO Dispatch at approximately 6:01 p.m. on May 20, 2022, at the 10:45-11:25 minute mark of the recording.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of June, 2024, at Oakland, California.

Marc Brainich

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

DECLARATION OF MARC BRAINICH
49549604.1/059499.0021

3:23-CV-01652-VC

# EXHIBIT A

```
 1                  UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3
    JOSEPH P. CUVIELLO and       )
 4  DENIZ BOLBOL, individually   )
                                 )
 5                 Plaintiffs,   )
                                 )
 6  vs.                          ) Case No. 3:23-cv-01652-VC
                                 )
 7  ROWELL RANCH RODEO, INC.,    )
    HAYWARD AREA RECREATION AND  )
 8  PARK DISTRICT, HAYWARD AREA  )
    RECREATION AND PARK DISTRICT )
 9  PUBLIC SAFETY MANAGER KEVIN  )
    HART, and DOES 1 and 2, in   )
10  their individually and       )
    official capacities, jointly )
11  and severally,               )
                                 )
12                 Defendants.   )
    _____)
13
14
15
16
17
18          VIDEOTAPED DEPOSITION OF JOSEPH CUVIELLO, taken
19  at 180 Montgomery Street, Suite 1200, San Francisco,
20  California on Tuesday, February 20, 2024, at 9:09 A.M.,
21  before April Wood Brott, Certified Shorthand Reporter
22  Number 13782, in and for the State of California.
23
24  STENO
    concierge@steno.com
25  (888) 707-9366
```

```
 1   APPEARANCES
 2   For Plaintiff Joseph Cuviello:
 3           IN PRO SE
 4   For Plaintiff Deniz Bolbol:
 5           GREENFIRE LAW PC
             BY:  Jessica L. Blome, Attorney at Law
 6           2748 Adeline Street, Suite A
             Berkeley, California 94703
 7           510-900-9502
             jblome@greenfirelaw.com
 8
     For Defendant Hayward Area Recreation and Park District
 9   and Kevin Hart:
10           ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
             BY:  Dale L. Allen, Attorney at Law
11                Nicholas D. Syren, Attorney at Law
             180 Montgomery Street, Suite 1200
12           San Francisco, California 94104
             415-697-2000
13           dallen@aghwlaw.com

14   For Defendant County of Alameda:

15           FENNEMORE WENDEL
             BY:  William B. Rowell, Attorney at Law
16           1111 Broadway, 24th Floor
             Oakland, California 94607
17           510-834-6600
             browell@fennemorelaw.com
18
     For Defendant Rowell Ranch Rodeo, Inc.
19
             GORDON REES SCULLY MANSUKHANI, LLP
20           BY:  Osmaan Kahn, Attorney at Law
             1111 Broadway, Suite 1700
21           Oakland, California 94607
             510-463-8600
22           oakahn@grsm.com

23   The videographer:  Neil George

24   Also present:  Deniz Bolbol

25
```

JOSEPH CUVIELLO                                                  JOB NO. 843103
FEBRUARY 20, 2024

09:18:01   1              I'd like to, you know, again, general

09:18:03   2   admonitions -- we don't want you to guess.  We don't

09:18:08   3   want you to speculate.  If you think you're guessing

09:18:11   4   or speculating, make it clear on the record so that

09:18:14   5   we can move on.  I am entitled to your best memory

09:18:17   6   of events.

09:18:18   7              I have a video that I'm going to touch on

09:18:20   8   in just a second to see if we have a stipulation on

09:18:21   9   it.  But to the extent that we're here today, it's a

09:18:25  10   who, what, when, where, why, and how situation.

09:18:27  11   Pose your objections as you need, and we'll decide

09:18:30  12   whether we've got to explore it or I just can

09:18:33  13   rephrase the question.

09:18:34  14              There was some communication between

09:18:37  15   Ms. Blome and the defense counsel.  I don't know

09:18:40  16   that you were part of this, but we have all the

09:18:43  17   video that you produced.  We have body camera video

09:18:47  18   that was produced to you.  So I just want to start

09:18:49  19   the cell phone video you have produced, much of it

09:18:53  20   contained in the declaration filed in support of

09:18:55  21   your temporary restraining order.

09:18:58  22              Do you stipulate, as we sit here today, to

09:19:01  23   the authenticity of that video?

09:19:03  24        A.   Yes.  The video that we produced to you?

09:19:06  25        Q.   Yes, and the reason I ask that is that will

| | | |
|---|---|---|
| 09:19:10 | 1 | save us the time and trouble to go through every one |
| 09:19:14 | 2 | of them and ask who's on it, who's where, who's who. |
| 09:19:16 | 3 | A.  Sure. |
| 09:19:16 | 4 | Q.  I do intend to show you at some point some |
| 09:19:20 | 5 | video that we have for you that depicts my client, |
| 09:19:23 | 6 | Kevin Hart.  I want to see if you recognize him as |
| 09:19:26 | 7 | such and that's you in the video that's talking to |
| 09:19:28 | 8 | him. |
| 09:19:28 | 9 | A.  Sure.  I just want to clarify not all my |
| 09:19:31 | 10 | video was taken on the cell phone, just for the |
| 09:19:34 | 11 | record. |
| 09:19:34 | 12 | Q.  What else -- |
| 09:19:34 | 13 | A.  Some of it was on a video camera. |
| 09:19:37 | 14 | Q.  Okay.  So to clarify, the video that has |
| 09:19:39 | 15 | been produced, you will stipulate that is authentic, |
| 09:19:43 | 16 | and it's what you took that day and produced to the |
| 09:19:47 | 17 | defense? |
| 09:19:47 | 18 | A.  Yes. |
| 09:19:48 | 19 | MR. DALE:  All right.  Thank you. |
| 09:19:50 | 20 | Ms. Blome, same stipulation -- will you |
| 09:19:51 | 21 | stipulate to the authenticity of the material that |
| 09:19:55 | 22 | was produced -- |
| 09:19:55 | 23 | MS. BLOME:  Yes. |
| 09:19:56 | 24 | MR. DALE:  -- in the TRO? |
| 09:19:57 | 25 | MS. BLOME:  Yes. |

| | | |
|---|---|---|
| 09:19:57 | 1 | BY MR. DALE: |
| 09:19:57 | 2 | Q.  All right.  Now, you have been provided |
| 09:19:58 | 3 | body cam footage from the Alameda SO.  Have you |
| 09:20:03 | 4 | reviewed that body camera footage? |
| 09:20:04 | 5 | A.  Yes. |
| 09:20:05 | 6 | Q.  Do you see anything in that body camera |
| 09:20:04 | 7 | footage that isn't captured to the best of your |
| 09:20:12 | 8 | memory as to the events that occurred that day? |
| 09:20:14 | 9 | A.  I don't think I understand that question. |
| 09:20:16 | 10 | Q.  All right.  Much of what -- much of the |
| 09:20:17 | 11 | interaction between you and the Alameda SO, direct |
| 09:20:22 | 12 | interaction when you were talking with them, |
| 09:20:24 | 13 | inclusive of a conversation you had with Kevin Hart, |
| 09:20:28 | 14 | is captured in the Alameda Sheriff's Office |
| 09:20:31 | 15 | production of documents that were presented to you. |
| 09:20:34 | 16 | Do you recall reviewing that document -- those |
| 09:20:37 | 17 | videos? |
| 09:20:37 | 18 | A.  Yeah.  I recall that, yes. |
| 09:20:39 | 19 | Q.  And it appears to mirror -- I'm framing it |
| 09:20:45 | 20 | deliberately as "appears to mirror" -- what you |
| 09:20:48 | 21 | captured on your video camera but just from a |
| 09:20:52 | 22 | different angle.  Would you agree with that? |
| 09:20:54 | 23 | A.  Just to clarify, you're talking about the |
| 09:20:56 | 24 | Kevin Hart video? |
| 09:20:57 | 25 | Q.  Well, I'm talking about all Alameda video. |

| | | |
|---|---|---|
| 09:21:00 | 1 | I'm just trying to cut to the chase and establish, |
| 09:21:00 | 2 | you might, say, the four corners of what we can |
| 09:21:03 | 3 | agree upon. |
| 09:21:04 | 4 | A.  Okay.  I can say -- I mean, there's some |
| 09:21:07 | 5 | video that was taken when I wasn't around. |
| 09:21:09 | 6 | Q.  Correct. |
| 09:21:10 | 7 | A.  But the stuff that I'm in, yes.  It |
| 09:21:12 | 8 | mirrors, as you said, the video that I took. |
| 09:21:15 | 9 | Q.  Thank you.  And let me reframe that. |
| 09:21:17 | 10 | To the extent that you are in video, |
| 09:21:19 | 11 | that's -- you're captured in the body camera video |
| 09:21:24 | 12 | of the Alameda Sheriff's Office video, would you |
| 09:21:27 | 13 | agree that is mirroring but from a different angle |
| 09:21:30 | 14 | the video you produced as you captured on your |
| 09:21:33 | 15 | camera? |
| 09:21:34 | 16 | A.  Yes. |
| 09:21:34 | 17 | Q.  All right.  Now, obviously, what you're not |
| 09:21:39 | 18 | in, Ms. Bolbol produced.  Video camera -- you're not |
| 09:21:43 | 19 | captured in that video.  You can't say one way or |
| 09:21:47 | 20 | the other if it's authentic in one form or another. |
| 09:21:51 | 21 | A.  Right. |
| 09:21:52 | 22 | Q.  All right.  Are you comfortable with the |
| 09:21:53 | 23 | admonitions, as you understand them, and as you have |
| 09:21:57 | 24 | been through this process before? |
| 09:21:59 | 25 | A.  Yes. |

JOSEPH CUVIELLO                                              JOB NO. 843103
FEBRUARY 20, 2024

```
09:24:33   1        A.  It was centered around a circus event, but
09:24:36   2   it was against the City of San Francisco.
09:24:36   3        Q.  So we're on the same page.  And then the
09:24:39   4   other one is the -- your Vallejo case that was
09:24:42   5   recently settled.
09:24:43   6        A.  Yes.
09:24:44   7        Q.  Those are the two I'm going to talk about a
09:24:46   8   little bit, and maybe Cuba.  Okay?
09:24:46   9        A.  Cuba, I wasn't involved in.
09:24:48  10        Q.  You weren't involved in.  But you're
09:24:49  11   familiar with that case?
09:24:50  12        A.  Yeah.
09:24:52  13        Q.  Okay.  So let's start with this.  When were
09:25:03  14   you and Ms. Bolbol married?
09:25:05  15        A.  2018.
09:25:13  16        Q.  And do you have a marriage certificate for
09:25:16  17   that?
09:25:16  18        A.  Yes.
09:25:17  19        Q.  And where was it issued?
09:25:18  20        A.  Grass Valley, California.  Probably Nevada
09:25:22  21   County is more accurate.  I don't know if the City
09:25:25  22   actually issued it, but the County might have.
09:25:27  23        Q.  Okay.  Do you consider yourself well-versed
09:25:34  24   in the First Amendment rights an activist?
09:25:36  25        A.  Yes.
```

| | | |
|---|---|---|
| 10:31:45 | 1 | Q.  All right.  And during your interaction |
| 10:31:46 | 2 | with Mr. Houts -- that's H-O-U-T-S -- he informed |
| 10:31:51 | 3 | you that there was a free speech area, correct? |
| 10:31:53 | 4 | A.  Yes. |
| 10:31:53 | 5 | Q.  And you, in essence, indicated that you |
| 10:31:56 | 6 | were not going to go there, correct? |
| 10:31:57 | 7 | A.  Yes. |
| 10:31:57 | 8 | Q.  And then you instructed him to call the |
| 10:31:59 | 9 | police? |
| 10:31:59 | 10 | A.  I don't know if "instruct" is the right |
| 10:32:02 | 11 | word, but I said, "Call the police if you have a |
| 10:32:04 | 12 | problem." |
| 10:32:04 | 13 | Q.  And why did you want the police to come |
| 10:32:06 | 14 | out? |
| 10:32:07 | 15 | A.  Because I didn't believe Gary Houts knows |
| 10:32:10 | 16 | our rights and doesn't care about them.  So I |
| 10:32:12 | 17 | figured the police -- more likely to care about our |
| 10:32:16 | 18 | rights. |
| 10:32:16 | 19 | Q.  And then at some point after that |
| 10:32:18 | 20 | interaction, officers from -- or deputies from the |
| 10:32:20 | 21 | County Sheriff's Office arrived, correct? |
| 10:32:22 | 22 | A.  Yes. |
| 10:32:23 | 23 | Q.  All right.  And do you remember how many |
| 10:32:24 | 24 | there were? |
| 10:32:24 | 25 | A.  Four is what I remember. |

| | | |
|---|---|---|
| 10:32:29 | 1 | Q.  And one was Deputy Mayfield, correct? |
| 10:32:32 | 2 | A.  Yes. |
| 10:32:32 | 3 | Q.  Can you describe Deputy Mayfield for me? |
| 10:32:35 | 4 | A.  He's tall, big.  He's African-American, and |
| 10:32:40 | 5 | I'm not sure if he had a mustache or not, but he was |
| 10:32:43 | 6 | tall.  I think he was taller than all the other |
| 10:32:47 | 7 | deputies, and larger too. |
| 10:32:49 | 8 | Q.  And do you remember the other deputies at |
| 10:32:52 | 9 | all? |
| 10:32:52 | 10 | A.  I remember an Indian woman and a white guy. |
| 10:33:00 | 11 | There were two others, and I don't remember one, but |
| 10:33:03 | 12 | the white guy who initially approached us and talked |
| 10:33:07 | 13 | to us -- I don't know his name. |
| 10:33:14 | 14 | Q.  And the other one -- can you provide any |
| 10:33:17 | 15 | description for him? |
| 10:33:17 | 16 | A.  No. |
| 10:33:19 | 17 | Q.  Did you personally have any direct |
| 10:33:26 | 18 | interaction with the female officer that you |
| 10:33:28 | 19 | described as an Indian woman? |
| 10:33:30 | 20 | A.  I don't recall any direct interaction with |
| 10:33:33 | 21 | her. |
| 10:33:33 | 22 | Q.  Okay.  How about the other officer that you |
| 10:33:36 | 23 | don't recall? |
| 10:33:36 | 24 | A.  I don't recall any direct interaction with |
| 10:33:39 | 25 | him either. |

| | | |
|---|---|---|
| 10:33:40 | 1 | Q.  And when the officers arrived, do you |
| 10:33:49 | 2 | remember anything about what they did before they |
| 10:33:51 | 3 | approached you and Ms. Bolbol? |
| 10:33:53 | 4 | A.  No. |
| 10:33:53 | 5 | Q.  Do you remember Ms. Bolbol saying something |
| 10:33:58 | 6 | about Officer Mayfield hugging somebody? |
| 10:34:01 | 7 | A.  Yes. |
| 10:34:01 | 8 | Q.  Okay.  What do you remember about that? |
| 10:34:03 | 9 | A.  I remember her saying Officer Mayfield |
| 10:34:05 | 10 | hugged somebody.  I remember her saying, "He hugged |
| 10:34:08 | 11 | that woman there."  That's what I remember her |
| 10:34:10 | 12 | saying. |
| 10:34:10 | 13 | Q.  Okay.  And the woman that he hugged -- did |
| 10:34:13 | 14 | you have any understanding of who she was? |
| 10:34:14 | 15 | A.  I don't have any understanding.  I just |
| 10:34:16 | 16 | assumed she was with the rodeo because she was |
| 10:34:19 | 17 | hanging out before. |
| 10:34:20 | 18 | Q.  And did you have any understanding about |
| 10:34:22 | 19 | Deputy Mayfield's relationship with this person? |
| 10:34:25 | 20 | A.  I think it was in the discovery responses, |
| 10:34:28 | 21 | but I don't recall what it was. |
| 10:34:29 | 22 | Q.  Did you have any issue with the fact Deputy |
| 10:34:34 | 23 | Mayfield hugged this woman? |
| 10:34:35 | 24 | A.  When I was told about it, I thought, "Well, |
| 10:34:37 | 25 | that seems like it could be a little bias there." |

| | | |
|---|---|---|
| 10:34:41 | 1 | Q.  And why is that? |
| 10:34:42 | 2 | A.  Well, he's hugging the rodeo people who |
| 10:34:45 | 3 | called him out to tell us to go to the free speech |
| 10:34:50 | 4 | area. |
| 10:34:50 | 5 | Q.  And could you hear any interaction with |
| 10:34:54 | 6 | either Deputy Mayfield or the other deputies before |
| 10:34:57 | 7 | they walked over to where you guys were standing? |
| 10:35:00 | 8 | A.  No. |
| 10:35:00 | 9 | Q.  And do you have any information as to |
| 10:35:05 | 10 | whether the deputies were preassigned to the rodeo |
| 10:35:08 | 11 | before you asked Mr. Houts to call? |
| 10:35:12 | 12 | A.  No. |
| 10:35:12 | 13 | Q.  How many officers initially approached? |
| 10:35:18 | 14 | A.  Four. |
| 10:35:19 | 15 | Q.  And then did two do the primary talking? |
| 10:35:25 | 16 | A.  Well, one did the primary talking, and then |
| 10:35:29 | 17 | Mayfield chimed in afterwards. |
| 10:35:30 | 18 | Q.  And the first officer you said is a white |
| 10:35:33 | 19 | male, correct? |
| 10:35:33 | 20 | A.  Yes. |
| 10:35:34 | 21 | Q.  Any other description for him? |
| 10:35:36 | 22 | A.  That's all I remember.  He was thinner than |
| 10:35:38 | 23 | Mayfield, and I don't think he was as tall either. |
| 10:35:41 | 24 | Q.  What did this officer or deputy initially |
| 10:35:44 | 25 | say to you? |

| 10:35:45 | 1 | A.  I don't recall specifically, but I remember |
| 10:35:48 | 2 | it was generally about, you know, "We know you're |
| 10:35:51 | 3 | out here to exercise your rights.  That's all fine." |
| 10:35:54 | 4 | You know, "They do have a free speech area for you," |
| 10:35:58 | 5 | we said, "Yeah, we're not going to use that."  He |
| 10:36:00 | 6 | said that's cool.  You know, just, we're just out |
| 10:36:01 | 7 | here -- I think he said, "We're out here to make |
| 10:36:03 | 8 | sure everything's good or not."  I don't recall it |
| 10:36:06 | 9 | specifically though. |
| 10:36:07 | 10 | Q.  Okay.  And during this time frame when he |
| 10:36:09 | 11 | was talking to you, what was his demeanor like? |
| 10:36:10 | 12 | A.  His demeanor was friendly, actually. |
| 10:36:13 | 13 | Q.  And where was Deputy Mayfield during this |
| 10:36:16 | 14 | interaction? |
| 10:36:17 | 15 | A.  He was standing right there. |
| 10:36:20 | 16 | Q.  And during this interaction, how was his |
| 10:36:22 | 17 | demeanor? |
| 10:36:23 | 18 | A.  He was just standing there. |
| 10:36:26 | 19 | Q.  Okay.  And did he say anything during this |
| 10:36:28 | 20 | initial interaction? |
| 10:36:29 | 21 | A.  He did, after the first officer talked to |
| 10:36:32 | 22 | us. |
| 10:36:32 | 23 | Q.  And what did he say? |
| 10:36:33 | 24 | A.  I think he said -- I don't recall |
| 10:36:36 | 25 | specifically, but I think he said something about |

| | | |
|---|---|---|
| 10:36:38 | 1 | the free speech area again and that -- not to block |
| 10:36:43 | 2 | anybody or anything like that.  I don't recall |
| 10:36:44 | 3 | specifically. |
| 10:36:45 | 4 | Q.  Anything else that you recall the officer |
| 10:36:48 | 5 | saying to you, either one, during this initial |
| 10:36:51 | 6 | interaction? |
| 10:36:51 | 7 | A.  No. |
| 10:36:51 | 8 | Q.  And how did you guys -- how did you |
| 10:36:53 | 9 | respond? |
| 10:36:59 | 10 | A.  I think we responded like, "Yeah, we have |
| 10:37:01 | 11 | no intention of blocking anybody." |
| 10:37:03 | 12 | Q.  Do you remember anything Ms. Bolbol said? |
| 10:37:05 | 13 | A.  Not really specifically, no. |
| 10:37:07 | 14 | Q.  And how about generally? |
| 10:37:08 | 15 | A.  Same thing.  You know, "We have no interest |
| 10:37:11 | 16 | in blocking anybody." |
| 10:37:15 | 17 | Q.  How long did this initial interaction last? |
| 10:37:18 | 18 | A.  Short.  Maybe 30 seconds.  Maybe less, |
| 10:37:21 | 19 | maybe a little more.  I don't know.  It wasn't that |
| 10:37:23 | 20 | long. |
| 10:37:26 | 21 | Q.  And did you have any issues with this |
| 10:37:29 | 22 | interaction, initial interaction? |
| 10:37:30 | 23 | A.  No. |
| 10:37:31 | 24 | Q.  When you saw initially -- let's go back to |
| 10:37:43 | 25 | the beginning. |

JOSEPH CUVIELLO                                              JOB NO. 843103
FEBRUARY 20, 2024

| | | |
|---|---|---|
| 10:37:44 | 1 | When you saw the four deputies arrive and |
| 10:37:46 | 2 | then as they approached you, do you remember |
| 10:37:48 | 3 | Ms. Bolbol telling you or saying something to the |
| 10:37:51 | 4 | effect of "We've got a lawsuit"? |
| 10:37:52 | 5 | A.  No, I don't remember that. |
| 10:37:54 | 6 | Q.  Okay.  At any point during this initial |
| 10:38:05 | 7 | interaction with the deputies, did any of them make |
| 10:38:10 | 8 | any sort of threats towards you? |
| 10:38:11 | 9 | A.  The initial interaction? |
| 10:38:12 | 10 | Q.  Yeah. |
| 10:38:13 | 11 | A.  No. |
| 10:38:13 | 12 | Q.  Did any of them make any movements or touch |
| 10:38:16 | 13 | you at all? |
| 10:38:17 | 14 | A.  No. |
| 10:38:17 | 15 | Q.  And during this initial interaction, did |
| 10:38:23 | 16 | you guys already have your signs up? |
| 10:38:25 | 17 | A.  Yes. |
| 10:38:25 | 18 | Q.  And you kept your signs up during the |
| 10:38:28 | 19 | entire interaction, correct? |
| 10:38:28 | 20 | A.  Yes. |
| 10:38:29 | 21 | Q.  And then what happened after this initial |
| 10:38:31 | 22 | interaction? |
| 10:38:31 | 23 | A.  They left, they walked away, and we were |
| 10:38:37 | 24 | protesting, and then a short time later -- I don't |
| 10:38:40 | 25 | recall how long, but Deputy Mayfield and Kevin Hart |

| | | |
|---|---|---|
| 10:38:45 | 1 | re-approached us. |
| 10:38:46 | 2 | Q. Any estimate of how long? |
| 10:38:49 | 3 | A. No, I don't know. It's on the video. |
| 10:38:51 | 4 | That's why we video record. |
| 10:38:53 | 5 | Q. And talking about the videos, counsel asked |
| 10:38:56 | 6 | you about that. My understanding -- and correct me |
| 10:39:01 | 7 | if I'm wrong -- is that there's four kind of |
| 10:39:03 | 8 | full-length videos. One is marked as Bates stamp |
| 10:39:07 | 9 | 14, which is Ms. Bolbol's video for 5/20/2022. Is |
| 10:39:14 | 10 | that your understanding? |
| 10:39:14 | 11 | A. I really don't know them that specifically. |
| 10:39:14 | 12 | Q. Okay. |
| 10:39:18 | 13 | A. If you showed them to me, I could identify |
| 10:39:21 | 14 | them, but otherwise, I don't know specifically. |
| 10:39:23 | 15 | Q. But you recall Ms. Bolbol taking videos on |
| 10:39:27 | 16 | 5/20/22, correct? |
| 10:39:29 | 17 | A. Yes. |
| 10:39:29 | 18 | Q. And she also took videos on 5/21/22, |
| 10:39:34 | 19 | correct? |
| 10:39:35 | 20 | A. Yes. |
| 10:39:35 | 21 | Q. And you took your separate videos on |
| 10:39:37 | 22 | 5/20/22, correct? |
| 10:39:40 | 23 | A. Yes. I don't know if there was any video |
| 10:39:43 | 24 | on 5/22, but there might be. I don't specifically. |
| 10:39:46 | 25 | I don't recall anything happening on 5/22, so that's |

| | | |
|---|---|---|
| 10:39:49 | 1 | why I don't remember. |
| 10:39:50 | 2 | Q.  And sorry.  5/20/22. |
| 10:39:52 | 3 | A.  Oh, 5/20/22.  Yes, yes, 5/20/22. |
| 10:39:52 | 4 | Q.  Okay. |
| 10:39:53 | 5 | A.  I thought you meant 5/20 through 22. |
| 10:39:57 | 6 | Q.  So let me clarify again. |
| 10:39:59 | 7 | You recall taking video on 5/20/22, |
| 10:40:03 | 8 | correct? |
| 10:40:03 | 9 | A.  Yes. |
| 10:40:03 | 10 | Q.  And also as well as 5/21/22, correct? |
| 10:40:06 | 11 | A.  Yes. |
| 10:40:06 | 12 | Q.  And what you produced, you believe is true |
| 10:40:09 | 13 | and correct copies, correct? |
| 10:40:10 | 14 | A.  Yes. |
| 10:40:12 | 15 | Q.  All right.  So the next interaction you had |
| 10:40:18 | 16 | with any of the deputies was when Kevin Hart and |
| 10:40:21 | 17 | Deputy Mayfield approached you, correct? |
| 10:40:23 | 18 | A.  Yes. |
| 10:40:24 | 19 | Q.  So if we call that your second encounter |
| 10:40:27 | 20 | with the deputies, this would be accurate, correct? |
| 10:40:30 | 21 | A.  Yes. |
| 10:40:30 | 22 | Q.  And when they approached you, who initially |
| 10:40:33 | 23 | started talking? |
| 10:40:34 | 24 | A.  Kevin Hart. |
| 10:40:35 | 25 | Q.  And at that time, were any other protestors |

```
10:40:41   1   with you?
10:40:42   2        A.   Yes.
10:40:43   3        Q.   And who was that?
10:40:44   4        A.   I don't remember specifically, but I
10:40:46   5   remember a man named Michael Sage and a woman named
10:40:49   6   Robin Newkirk.  I think Robin Newkirk and her
10:40:52   7   boyfriend or husband.  I don't know his name.  And
10:40:56   8   there might have been somebody else, but I don't
10:40:58   9   really remember other than that.
10:41:00  10        Q.   And were you standing in the same general
10:41:05  11   vicinity of where you were when you initially
10:41:07  12   arrived?
10:41:07  13        A.   Yes.
10:41:08  14        Q.   And were you holding your banners and
10:41:12  15   signs?
10:41:12  16        A.   Yes.
10:41:12  17        Q.   Were you talking to patrons?
10:41:14  18        A.   I wasn't specifically, but people were.
10:41:17  19   Our activists were.
10:41:18  20        Q.   Okay.  And were people passing out flyers?
10:41:21  21        A.   Yes.
10:41:21  22        Q.   And then I think you indicated that Kevin
10:41:24  23   Hart arrived and mentioned that there was a free
10:41:29  24   speech area, correct?
10:41:30  25        A.   Yes.
```

| | | |
|---|---|---|
| 10:41:30 | 1 | Q.  Okay.  And during that interaction with |
| 10:41:32 | 2 | Kevin Hart, did you specifically ask Deputy Mayfield |
| 10:41:35 | 3 | as to whether he was going to arrest you? |
| 10:41:37 | 4 | A.  Yes. |
| 10:41:38 | 5 | Q.  What was the purpose of that? |
| 10:41:39 | 6 | A.  The purpose was to find out what would |
| 10:41:42 | 7 | happen if we don't go to the free speech area |
| 10:41:45 | 8 | because in my experience, Kevin Hart was telling us, |
| 10:41:48 | 9 | "You need to go there, and if you don't go there, |
| 10:41:51 | 10 | it's not going to be good," and so I wanted to know |
| 10:41:53 | 11 | if we don't go there, what's going to happen.  You |
| 10:41:56 | 12 | know, so I asked Deputy Mayfield, "What are you |
| 10:41:59 | 13 | going to do if we don't go there?" |
| 10:42:02 | 14 | Q.  And why did you want to know? |
| 10:42:04 | 15 | A.  Because he was the only one, I understood |
| 10:42:07 | 16 | at that time, to be able to arrest us, and I wanted |
| 10:42:07 | 17 | to know if we were going to be arrested or not.  And |
| 10:42:08 | 18 | I told him specifically, "I don't want to be |
| 10:42:10 | 19 | arrested."  So I said, "If you're going to arrest |
| 10:42:12 | 20 | me, I'll leave," and that's it. |
| 10:42:14 | 21 | Q.  How did you respond? |
| 10:42:16 | 22 | A.  He said, "You could be arrested." |
| 10:42:18 | 23 | Q.  Did he ever tell you that he was actually |
| 10:42:21 | 24 | going to arrest you? |
| 10:42:21 | 25 | A.  No. |

| | | |
|---|---|---|
| 10:42:22 | 1 | Q.  And if he had indicated he was going to |
| 10:42:32 | 2 | arrest you if you didn't leave, what would you have |
| 10:42:34 | 3 | done? |
| 10:42:34 | 4 | A.  I would have gone to the free speech area |
| 10:42:39 | 5 | or maybe on the street, whatever I thought was the |
| 10:42:42 | 6 | better location. |
| 10:42:42 | 7 | Q.  And like the interaction you had either in |
| 10:42:45 | 8 | 2018 or 2019, did you make a recommendation that he |
| 10:42:48 | 9 | call his watch commander? |
| 10:42:49 | 10 | A.  Yes. |
| 10:42:49 | 11 | Q.  Okay.  Why did you do that? |
| 10:42:50 | 12 | A.  It's my experience that the officers on the |
| 10:42:52 | 13 | street aren't as respectful of our rights as I think |
| 10:42:56 | 14 | they should be, and we've had them call their watch |
| 10:42:59 | 15 | commanders, who seem to be more knowledgeable maybe. |
| 10:43:02 | 16 | And, like, my experience in 2018 or 2019, you know, |
| 10:43:06 | 17 | "Call the watch commander," and the watch commander |
| 10:43:09 | 18 | said, "Everything's good," and so I said, "Call the |
| 10:43:15 | 19 | watch commander because I think -- my experience, |
| 10:43:17 | 20 | like I said, is he's going to know more than you, so |
| 10:43:20 | 21 | please call the watch commander." |
| 10:43:22 | 22 | Q.  And at some point did Deputy Mayfield get |
| 10:43:24 | 23 | on the phone? |
| 10:43:25 | 24 | A.  Yes. |
| 10:43:25 | 25 | Q.  Okay.  And he walked away from where you |

JOSEPH CUVIELLO                                              JOB NO. 843103
FEBRUARY 20, 2024

| | | |
|---|---|---|
| 10:43:28 | 1 | guys were standing? |
| 10:43:29 | 2 |     A.  Yes. |
| 10:43:29 | 3 |     Q.  Do you know how long he was on the phone |
| 10:43:32 | 4 | for? |
| 10:43:32 | 5 |     A.  You know, just my recollection from doing |
| 10:43:34 | 6 | the lawsuit is about five minutes, but I don't |
| 10:43:36 | 7 | really know.  I don't really remember. |
| 10:43:37 | 8 |     Q.  And could you hear anything that he was |
| 10:43:39 | 9 | saying? |
| 10:43:39 | 10 |     A.  No. |
| 10:43:40 | 11 |     Q.  Okay.  Could you hear anything that the |
| 10:43:42 | 12 | person on the other end of the line was saying? |
| 10:43:44 | 13 |     A.  No. |
| 10:43:44 | 14 |     Q.  What was your understanding of what he was |
| 10:43:46 | 15 | doing at that point? |
| 10:43:47 | 16 |     A.  I thought he called his watch commander. |
| 10:43:50 | 17 |     Q.  And while he was on the phone, what were |
| 10:43:58 | 18 | you doing? |
| 10:43:59 | 19 |     A.  I was continuing to hold my banner. |
| 10:44:02 | 20 |     Q.  And what was Ms. Bolbol doing? |
| 10:44:05 | 21 |     A.  I'm not sure she was on the other end of |
| 10:44:10 | 22 | the banner or if she was holding her sign and |
| 10:44:10 | 23 | leaflet, but we all continued our protest |
| 10:44:14 | 24 | activities. |
| 10:44:18 | 25 |     Q.  Can you provide an estimate of time how |

```
10:44:23   1   long the interaction was when Kevin Hart and Deputy
10:44:26   2   Mayfield initially approached you before Deputy
10:44:30   3   Mayfield left to make his phone call?
10:44:31   4        A.   I don't really recall.  I mean, it's on the
10:44:34   5   video, but, you know, if I had to guess, which I'm
10:44:36   6   not supposed to, but -- I don't know.
10:44:39   7        Q.   Okay.  Any estimate?
10:44:40   8        A.   Estimate, 30 seconds to a minute.
10:44:49   9        Q.   And then at some point did Deputy Mayfield
10:44:53  10   return?
10:44:54  11        A.   Yes.
10:44:56  12        Q.   Did you see him do anything before he
10:45:00  13   returned to you?
10:45:00  14        A.   I believe he had a little meeting with the
10:45:02  15   officers and Kevin Hart.
10:45:07  16        Q.   And could you hear anything that was
10:45:09  17   discussed during that meeting?
10:45:10  18        A.   No.
10:45:11  19        Q.   Any estimate of how long that meeting
10:45:14  20   lasted?
10:45:14  21        A.   I don't know.  A few minutes maybe.  I
10:45:17  22   don't know.  I don't really remember.
10:45:21  23        Q.   And then at some point, Deputy Mayfield
10:45:24  24   approached where you were standing, correct?
10:45:25  25        A.   Yes.
```

JOSEPH CUVIELLO
FEBRUARY 20, 2024

JOB NO. 843103

| | | |
|---|---|---|
| 10:45:26 | 1 | Q.  Was he with anybody? |
| 10:45:28 | 2 | A.  I don't remember.  I mean, the other |
| 10:45:30 | 3 | officers were around.  I don't remember if he |
| 10:45:31 | 4 | actually -- they were standing next to him or not, |
| 10:45:33 | 5 | but they were around. |
| 10:45:34 | 6 | Q.  And let's talk about that.  While you were |
| 10:45:40 | 7 | talking with Kevin Hart and Deputy Mayfield |
| 10:45:43 | 8 | initially, do you know what the other officers were |
| 10:45:46 | 9 | doing? |
| 10:45:46 | 10 | A.  I don't remember seeing them at that point. |
| 10:45:50 | 11 | Q.  And while Deputy Mayfield was on the phone, |
| 10:45:53 | 12 | do you remember what they were doing? |
| 10:45:55 | 13 | A.  I only remember the woman, and the man, I |
| 10:46:00 | 14 | don't recall his description.  I think I remember |
| 10:46:02 | 15 | both of them standing in front of us. |
| 10:46:05 | 16 | Q.  How far in front? |
| 10:46:06 | 17 | A.  Five feet maybe. |
| 10:46:12 | 18 | Q.  Were they doing anything other than |
| 10:46:14 | 19 | standing there? |
| 10:46:15 | 20 | A.  Not that I recall. |
| 10:46:16 | 21 | Q.  And then you don't recall when Deputy |
| 10:46:21 | 22 | Mayfield returned whether any of the officers were |
| 10:46:23 | 23 | with him, but you do remember Deputy Mayfield |
| 10:46:26 | 24 | returning, correct? |
| 10:46:27 | 25 | A.  Yes.  But they were in the general |

| | | |
|---|---|---|
| 10:46:29 | 1 | vicinity. |
| 10:46:29 | 2 | Q.  Do you remember what they were doing in the |
| 10:46:31 | 3 | general vicinity? |
| 10:46:32 | 4 | A.  Just standing there. |
| 10:46:33 | 5 | Q.  Okay.  And when Deputy Mayfield returned, |
| 10:46:37 | 6 | what did he say? |
| 10:46:38 | 7 | A.  He said -- I don't remember specifically. |
| 10:46:42 | 8 | Again, it's on the video, but something to the |
| 10:46:47 | 9 | effect -- I don't recall him saying specifically we |
| 10:46:50 | 10 | didn't have to go to the free speech area, but he |
| 10:46:54 | 11 | said, "Don't block anybody.  Stay out of the |
| 10:46:55 | 12 | roadway," I think he said.  But I don't recall him |
| 10:46:58 | 13 | saying anything specifically about "You don't have |
| 10:47:00 | 14 | to go to the free speech area." |
| 10:47:04 | 15 | Q.  Okay.  Did he say anything about arrest? |
| 10:47:06 | 16 | A.  No. |
| 10:47:06 | 17 | Q.  And how long was this second interaction |
| 10:47:15 | 18 | when he got off the phone? |
| 10:47:17 | 19 | A.  It was short.  Probably 30 seconds to a |
| 10:47:19 | 20 | minute. |
| 10:47:19 | 21 | Q.  And during this interaction after he got |
| 10:47:25 | 22 | off the phone, did he make any threatening moves |
| 10:47:28 | 23 | towards you? |
| 10:47:29 | 24 | A.  No. |
| 10:47:29 | 25 | Q.  Okay.  Did he physically touch you at all? |

| | | |
|---|---|---|
| 10:47:31 | 1 | A. No. |
| 10:47:32 | 2 | Q. Other than talking to you and asking you, I |
| 10:47:34 | 3 | think you said, not to block anybody and stay off |
| 10:47:37 | 4 | the roadway, do you remember him saying anything |
| 10:47:40 | 5 | else to you? |
| 10:47:40 | 6 | A. That's the gist of it. |
| 10:47:42 | 7 | Q. Okay. At that point did you believe you |
| 10:47:53 | 8 | were going to be arrested? |
| 10:47:54 | 9 | A. No. |
| 10:48:02 | 10 | Q. And what's the next interaction that you |
| 10:48:05 | 11 | recall with any of the deputies? |
| 10:48:06 | 12 | A. I don't recall if I had another interaction |
| 10:48:16 | 13 | with any of them out front. I think some of the |
| 10:48:19 | 14 | other activists did, but I don't recall having one, |
| 10:48:22 | 15 | but I do recall having an interaction with Mayfield |
| 10:48:24 | 16 | out back at the lower entrance. |
| 10:48:34 | 17 | Q. At some point the video conversation you |
| 10:48:36 | 18 | had with a person by the name of Margo -- do you |
| 10:48:40 | 19 | know Margo? |
| 10:48:40 | 20 | A. Yes, yes. Margo. |
| 10:48:42 | 21 | Q. Okay. Who is Margo? |
| 10:48:43 | 22 | A. She's an activist. |
| 10:48:44 | 23 | Q. And did she arrive later to that protest on |
| 10:48:47 | 24 | that day? |
| 10:48:47 | 25 | A. Yes. |

JOSEPH CUVIELLO                                              JOB NO. 843103
FEBRUARY 20, 2024

| | | |
|---|---|---|
| 10:48:48 | 1 | Q. And do you know Margo's last name? |
| 10:48:50 | 2 | A. I'm not sure. I'm not sure what her last |
| 10:48:53 | 3 | name is. |
| 10:48:54 | 4 | Q. Do you remember when she arrived that you |
| 10:48:56 | 5 | kind of gave a rundown of what happened before her |
| 10:48:59 | 6 | arrival? |
| 10:48:59 | 7 | A. Yes. |
| 10:49:00 | 8 | Q. Okay. And did you try to be accurate in |
| 10:49:02 | 9 | your description of what happened? |
| 10:49:03 | 10 | A. I think I did. |
| 10:49:04 | 11 | Q. Okay. Do you remember telling her anything |
| 10:49:06 | 12 | you felt was inaccurate? |
| 10:49:07 | 13 | A. Not that I recall. |
| 10:49:10 | 14 | Q. When Deputy Mayfield was on the phone after |
| 10:49:30 | 15 | Kevin Hart approached you, do you remember having a |
| 10:49:32 | 16 | conversation with either Ms. Bolbol or any of the |
| 10:49:35 | 17 | other protesters about Deputy Mayfield? |
| 10:49:37 | 18 | A. I don't recall. |
| 10:49:37 | 19 | Q. Do you remember telling Ms. Bolbol while |
| 10:49:53 | 20 | Deputy Mayfield was on the phone that you thought he |
| 10:49:57 | 21 | was an asshole from the get-go? |
| 10:49:58 | 22 | A. Yes, I do recall that. |
| 10:49:59 | 23 | Q. Okay. And what did you formulate that |
| 10:50:02 | 24 | opinion on? |
| 10:50:02 | 25 | A. When he got out of the car. |

JOSEPH CUVIELLO
FEBRUARY 20, 2024

JOB NO. 843103

| | | |
|---|---|---|
| 10:50:02 | 1 | Q.  Okay.  What did he do -- |
| 10:50:04 | 2 | A.  Well, I have to say when I first saw him. |
| 10:50:06 | 3 | I don't recall if it was right after he got out of |
| 10:50:08 | 4 | the car. |
| 10:50:08 | 5 | Q.  What did you see about him that led you to |
| 10:50:13 | 6 | believe he was an asshole? |
| 10:50:14 | 7 | A.  His energy. |
| 10:50:15 | 8 | Q.  What about his energy? |
| 10:50:16 | 9 | A.  He had this, like, tough guy energy, like, |
| 10:50:20 | 10 | you know, he's going to come over and tell us we |
| 10:50:22 | 11 | have to go to the free speech area or whatever, |
| 10:50:26 | 12 | which he ended up doing eventually.  But that was |
| 10:50:29 | 13 | the energy I got from him. |
| 10:50:30 | 14 | Q.  Anything about him that led you to believe |
| 10:50:38 | 15 | that he had that energy other than what you just |
| 10:50:41 | 16 | described? |
| 10:50:41 | 17 | A.  I'd have to think about it, but offhand, |
| 10:50:44 | 18 | that's what it was, yeah. |
| 10:50:50 | 19 | Q.  You also told either Ms. Bolbol or one of |
| 10:50:54 | 20 | the other protesters that he had a hard-on to arrest |
| 10:50:57 | 21 | you? |
| 10:50:57 | 22 | A.  Yes. |
| 10:50:58 | 23 | Q.  Okay.  What did you mean by that? |
| 10:50:59 | 24 | A.  I mean that was his energy.  He was there |
| 10:51:01 | 25 | to take care of their business, do their bidding. |

| | | |
|---|---|---|
| 10:51:01 | 1 | Q.  And you formulated that -- |
| 10:51:08 | 2 | A.  Do Rowell Ranch's bidding. |
| 10:51:10 | 3 | Q.  Sorry. |
| 10:51:10 | 4 | A.  Yeah. |
| 10:51:10 | 5 | Q.  And you formulated that opinion the minute |
| 10:51:12 | 6 | he got out of his vehicle, correct? |
| 10:51:14 | 7 | A.  Well, the minute I saw him, when I saw him |
| 10:51:17 | 8 | over there with the other deputies. |
| 10:51:19 | 9 | Q.  So going back to Exhibit 1, the next |
| 10:51:31 | 10 | interaction you recall with Deputy Mayfield was at |
| 10:51:34 | 11 | the area roughly in the vicinity of where they have |
| 10:51:37 | 12 | a lower rodeo entrance; is that correct? |
| 10:51:39 | 13 | A.  Yes. |
| 10:51:40 | 14 | Q.  Okay.  Do you recall approximately how long |
| 10:51:42 | 15 | after that was, after you had the second interaction |
| 10:51:45 | 16 | with Deputy Mayfield where he got off the phone and |
| 10:51:48 | 17 | spoke to you? |
| 10:51:49 | 18 | A.  I don't remember. |
| 10:51:50 | 19 | Q.  Okay. |
| 10:51:50 | 20 | A.  Could have been an hour. |
| 10:51:51 | 21 | Q.  All right.  And do you recall why you guys |
| 10:51:55 | 22 | moved from the upper entrance to the lower entrance? |
| 10:51:57 | 23 | A.  The upper entrance, the lot around there, |
| 10:52:02 | 24 | filled up, and the patrons coming in, the number of |
| 10:52:05 | 25 | patrons coming in, was low or nonexistent.  So we |

JOSEPH CUVIELLO
FEBRUARY 20, 2024

JOB NO. 843103

| 10:52:10 | 1 | went to the other lot to get the patrons going in |
| 10:52:13 | 2 | there. |
| 10:52:13 | 3 | Q.  And while you were at the upper lot, you |
| 10:52:14 | 4 | continued to protest the entire time, correct? |
| 10:52:17 | 5 | A.  Yes. |
| 10:52:18 | 6 | Q.  You had your banners up? |
| 10:52:19 | 7 | A.  Yes. |
| 10:52:20 | 8 | Q.  You guys were handing out flyers? |
| 10:52:22 | 9 | A.  Yes. |
| 10:52:22 | 10 | Q.  People were talking to patrons? |
| 10:52:26 | 11 | A.  Yes. |
| 10:52:26 | 12 | Q.  During this time frame, do you remember any |
| 10:52:29 | 13 | other interaction with any other deputies while you |
| 10:52:30 | 14 | were at the upper lot? |
| 10:52:30 | 15 | A.  Other deputies besides Mayfield? |
| 10:52:33 | 16 | Q.  Yes. |
| 10:52:33 | 17 | A.  No. |
| 10:52:34 | 18 | Q.  Do you remember anything that they were |
| 10:52:35 | 19 | doing? |
| 10:52:35 | 20 | A.  The other deputies? |
| 10:52:37 | 21 | Q.  Yeah. |
| 10:52:37 | 22 | A.  I don't even recall seeing them other than |
| 10:52:39 | 23 | the woman who was with Mayfield. |
| 10:52:40 | 24 | Q.  The officer? |
| 10:52:41 | 25 | A.  Yes, the officer. |

JOSEPH CUVIELLO                                          JOB NO. 843103
FEBRUARY 20, 2024

| | | |
|---|---|---|
| 10:52:42 | 1 | Q.  Okay.  What was she doing? |
| 10:52:44 | 2 | A.  Well, when I saw Mayfield, he was talking |
| 10:52:46 | 3 | to Ms. Bolbol, and she was standing next to him. |
| 10:52:49 | 4 | Q.  Okay. |
| 10:52:50 | 5 | A.  Or near him, I should say. |
| 10:52:53 | 6 | Q.  But you were not standing next to |
| 10:52:55 | 7 | Ms. Bolbol during that interaction, correct? |
| 10:52:57 | 8 | A.  No. |
| 10:52:58 | 9 | Q.  That's correct? |
| 10:52:58 | 10 | A.  Yes. |
| 10:52:59 | 11 | Q.  All right.  Other than this other female |
| 10:53:02 | 12 | officer who was standing next to Officer Mayfield |
| 10:53:07 | 13 | during the interaction with Ms. Bolbol, do you |
| 10:53:09 | 14 | remember anything else that she did? |
| 10:53:10 | 15 | A.  No. |
| 10:53:11 | 16 | Q.  And other than the initial interaction you |
| 10:53:17 | 17 | had with Deputy Mayfield and then when he came over |
| 10:53:21 | 18 | with Kevin Hart and then left, made a phone call, |
| 10:53:23 | 19 | came back, and then you saw him talking to |
| 10:53:25 | 20 | Ms. Bolbol, anything else you recall him doing while |
| 10:53:29 | 21 | you guys were up at the upper lot? |
| 10:53:31 | 22 | A.  He came and talked to me. |
| 10:53:32 | 23 | Q.  While you were at the upper lot? |
| 10:53:34 | 24 | A.  Oh, not at the upper lot, no.  I don't |
| 10:53:38 | 25 | recall if he talked to me or not.  He may have, but |

| | | |
|---|---|---|
| 10:53:40 | 1 | I don't recall.  I don't recall talking to any more |
| 10:53:42 | 2 | deputies after that at the upper lot. |
| 10:53:44 | 3 | Q.  Do you remember anything he was doing while |
| 10:53:47 | 4 | you were still at the upper lot? |
| 10:53:49 | 5 | A.  I think I saw him telling some of the |
| 10:53:51 | 6 | activists to stay out of the roadway. |
| 10:53:53 | 7 | Q.  Anything else? |
| 10:53:54 | 8 | A.  No. |
| 10:53:54 | 9 | Q.  All right.  So now we go to about an hour |
| 10:54:01 | 10 | later is your best estimate.  You're at the lower |
| 10:54:04 | 11 | lot, and Ms. Bolbol's in the lower lot as well, |
| 10:54:07 | 12 | correct? |
| 10:54:07 | 13 | A.  Yes. |
| 10:54:08 | 14 | Q.  And all the protesters down there? |
| 10:54:10 | 15 | A.  Yes. |
| 10:54:11 | 16 | Q.  And specifically, what were you guys doing |
| 10:54:14 | 17 | at the lower lot? |
| 10:54:15 | 18 | A.  Same thing we were doing at the upper lot. |
| 10:54:18 | 19 | Holding our banners, signs and passing out leaflets |
| 10:54:21 | 20 | to the patrons. |
| 10:54:21 | 21 | Q.  And at some point, Deputy Mayfield |
| 10:54:24 | 22 | approached you; is that correct? |
| 10:54:25 | 23 | A.  Yes. |
| 10:54:26 | 24 | Q.  Okay.  So if we call that the third |
| 10:54:30 | 25 | interaction with Deputy Mayfield, does that sound |

| | | |
|---|---|---|
| 10:54:32 | 1 | right? |
| 10:54:33 | 2 | A.  I think that's fair. |
| 10:54:33 | 3 | Q.  Okay.  And before he approached you, my |
| 10:54:36 | 4 | understanding -- he was talking to Ms. Bolbol, |
| 10:54:39 | 5 | correct? |
| 10:54:39 | 6 | A.  Yes. |
| 10:54:40 | 7 | Q.  And where was Ms. Bolbol relative to you |
| 10:54:47 | 8 | when Deputy Mayfield was speaking to her at this |
| 10:54:49 | 9 | lower lot? |
| 10:54:50 | 10 | A.  She was about -- I'd say about 30 feet |
| 10:54:54 | 11 | maybe beyond where I was near the entrance where |
| 10:54:56 | 12 | people were walking in. |
| 10:54:57 | 13 | Q.  Okay. |
| 10:54:58 | 14 | A.  Near the toilets or the outhouses, whatever |
| 10:55:02 | 15 | you want to call them. |
| 10:55:03 | 16 | Q.  And what was she doing? |
| 10:55:05 | 17 | A.  She was holding a sign and passing out |
| 10:55:08 | 18 | leaflets. |
| 10:55:09 | 19 | Q.  And what did you observe with regards to |
| 10:55:11 | 20 | Deputy Mayfield? |
| 10:55:12 | 21 | A.  I saw Deputy Mayfield talking to her, and I |
| 10:55:17 | 22 | saw her body language.  She seemed annoyed, and so I |
| 10:55:21 | 23 | video recorded it, and that was it.  I didn't really |
| 10:55:25 | 24 | know what was going on. |
| 10:55:26 | 25 | Q.  During that interaction that you observed |

| | | |
|---|---|---|
| 10:55:31 | 1 | with Deputy Mayfield and Ms. Bolbol, did you observe |
| 10:55:35 | 2 | him touch her at all? |
| 10:55:36 | 3 | A.  No. |
| 10:55:37 | 4 | Q.  Did you observe him taking any aggressive |
| 10:55:40 | 5 | action towards her at all? |
| 10:55:41 | 6 | A.  Not physically. |
| 10:55:42 | 7 | Q.  Okay.  And when you say "not physically," |
| 10:55:44 | 8 | what do you mean? |
| 10:55:44 | 9 | A.  Well, I think he was pretty aggressive |
| 10:55:47 | 10 | telling her she was blocking when she wasn't. |
| 10:55:49 | 11 | Q.  How was he being aggressive when he said |
| 10:55:53 | 12 | that? |
| 10:55:53 | 13 | A.  Because he kept pushing it and pushing it |
| 10:55:57 | 14 | even though she wasn't blocking. |
| 10:55:59 | 15 | Q.  He kept pushing with his words? |
| 10:56:00 | 16 | A.  Yes. |
| 10:56:01 | 17 | Q.  Not physically pushing? |
| 10:56:02 | 18 | A.  No, not physically pushing. |
| 10:56:04 | 19 | Q.  And how long was the interaction that you |
| 10:56:06 | 20 | observed between Deputy Mayfield and Ms. Bolbol? |
| 10:56:09 | 21 | A.  I really don't know. |
| 10:56:11 | 22 | Q.  Okay.  Any estimate? |
| 10:56:13 | 23 | A.  Five minutes maybe. |
| 10:56:19 | 24 | Q.  And during their interaction, did she |
| 10:56:21 | 25 | continue to protest? |

JOSEPH CUVIELLO
FEBRUARY 20, 2024
JOB NO. 843103

| | | |
|---|---|---|
| 10:56:22 | 1 | A.  Yes. |
| 10:56:24 | 2 | Q.  Okay.  At any point did she stop |
| 10:56:26 | 3 | protesting? |
| 10:56:27 | 4 | A.  No. |
| 10:56:27 | 5 | Q.  And then after that interaction with |
| 10:56:29 | 6 | Ms. Bolbol, did he walk over and approach you? |
| 10:56:32 | 7 | A.  Yes. |
| 10:56:32 | 8 | Q.  Okay.  And when he approached you, what did |
| 10:56:35 | 9 | he say? |
| 10:56:35 | 10 | A.  He said something about "I'm just trying |
| 10:56:39 | 11 | to" -- "I don't want them blocking."  I said, "No |
| 10:56:43 | 12 | one's blocking.  They're not blocking."  So we had a |
| 10:56:46 | 13 | discussion about blocking and what constitutes |
| 10:56:48 | 14 | blocking and stuff like that. |
| 10:56:50 | 15 | Q.  Okay.  Other than having a conversation |
| 10:56:53 | 16 | about First Amendment and what constituted blocking, |
| 10:56:56 | 17 | anything else you remember him saying to you? |
| 10:56:58 | 18 | A.  No. |
| 10:56:59 | 19 | Q.  Anything you remember saying to him? |
| 10:57:00 | 20 | A.  No, just conversation. |
| 10:57:04 | 21 | Q.  Okay.  And as you described, that was just |
| 10:57:06 | 22 | a conversation, correct? |
| 10:57:07 | 23 | A.  Yes. |
| 10:57:07 | 24 | Q.  And how long did that conversation last? |
| 10:57:09 | 25 | A.  Maybe five minutes. |

| | | |
|---|---|---|
| 10:57:11 | 1 | Q.  Did you have any issues with Deputy |
| 10:57:14 | 2 | Mayfield about that interaction? |
| 10:57:15 | 3 | A.  It just reaffirmed my belief of him from |
| 10:57:21 | 4 | the get-go, that he definitely wanted to do |
| 10:57:24 | 5 | something against us, but I didn't have any issue -- |
| 10:57:26 | 6 | or I'm sorry.  What was the question again? |
| 10:57:27 | 7 | Q.  Sure. |
| 10:57:29 | 8 | During that five-minute conversation you |
| 10:57:31 | 9 | had with Deputy Mayfield, did you have any issues |
| 10:57:34 | 10 | and concerns about what he was doing? |
| 10:57:36 | 11 | A.  Yeah, I did.  Like I said, it just affirmed |
| 10:57:39 | 12 | that he wanted to interfere with us, and he -- |
| 10:57:43 | 13 | clearly, in my mind, he was told he couldn't arrest |
| 10:57:46 | 14 | us, and so he was trying to interfere in this way. |
| 10:57:49 | 15 | But I don't think he was interfering with me at that |
| 10:57:53 | 16 | point, to be clear.  But I do think he was |
| 10:57:55 | 17 | interfering with Ms. Bolbol down there. |
| 10:57:57 | 18 | Q.  Okay.  And that's where I want to be clear. |
| 10:57:57 | 19 | During the five-minute conversation you had with |
| 10:57:59 | 20 | him, was he interfering with you at all? |
| 10:58:02 | 21 | A.  No. |
| 10:58:02 | 22 | Q.  Okay.  Did he indicate that he wanted to |
| 10:58:04 | 23 | arrest you? |
| 10:58:04 | 24 | A.  No. |
| 10:58:04 | 25 | Q.  Did he take any aggressive or threatening |

10:58:07  1  actions towards you?

10:58:08  2       A.  No.

10:58:08  3       Q.  Did he disrupt your protesting at all

10:58:11  4  during this conversation?

10:58:12  5       A.  No.  I mean, he was standing in front of

10:58:14  6  me, but I didn't say anything.  But he wasn't try --

10:58:16  7  I don't think he was attempting to disrupt.  Let me

10:58:19  8  put it that way.

10:58:20  9       Q.  Okay.  And but you felt that what you

10:58:22  10  observed when he was interacting with Ms. Bolbol

10:58:25  11  before he walked over -- you had an issue with that,

10:58:28  12  correct?

10:58:28  13       A.  Yes.

10:58:29  14       Q.  Okay.  What was that issue?

10:58:30  15       A.  The issue was we weren't doing anything

10:58:33  16  wrong, and I don't know why he was harassing us

10:58:36  17  about it.  And when he talked to me, it confirmed

10:58:39  18  that.  He didn't know -- I mean, he said, "She's

10:58:40  19  blocking the bathroom," and I had a video recording

10:58:44  20  going on where the guy's going to the bathroom.  And

10:58:47  21  I told him, "There's nobody's blocking anybody."

10:58:49  22  But he was pushing that issue, and to me, that told

10:58:52  23  me that he definitely had an issue with us.

10:58:54  24       Q.  And when you -- us, you're talking plural,

10:58:57  25  but --

JOSEPH CUVIELLO
FEBRUARY 20, 2024

JOB NO. 843103

| | | |
|---|---|---|
| 10:58:57 | 1 | A.   Protesters. |
| 10:58:58 | 2 | Q.   -- again, when he was talking to |
| 10:58:59 | 3 | Ms. Bolbol, correct? |
| 10:59:01 | 4 | A.   Yes. |
| 10:59:01 | 5 | Q.   And you weren't in the immediate vicinity |
| 10:59:03 | 6 | of her? |
| 10:59:04 | 7 | A.   No. |
| 10:59:05 | 8 | Q.   And when he was talking to her, he wasn't |
| 10:59:05 | 9 | talking to you? |
| 10:59:06 | 10 | A.   No. |
| 10:59:06 | 11 | Q.   Okay.  Do you know who else was with |
| 10:59:09 | 12 | Ms. Bolbol during that interaction? |
| 10:59:11 | 13 | A.   I think Mike Sage was down there with her. |
| 10:59:14 | 14 | Q.   But when he approached you, you didn't have |
| 10:59:19 | 15 | any problem with what your interaction with him was |
| 10:59:21 | 16 | at that time, correct? |
| 10:59:21 | 17 | A.   Well, when he approached me, I didn't know |
| 10:59:23 | 18 | what he was going to say, but then when he talked to |
| 10:59:24 | 19 | me, yeah, I didn't have any issues with him. |
| 10:59:26 | 20 | Q.   Okay.  And do you remember having any |
| 10:59:31 | 21 | interaction with any of the other deputies at the |
| 10:59:33 | 22 | lower entrance when you guys were down there that |
| 10:59:36 | 23 | afternoon? |
| 10:59:36 | 24 | A.   No.  The woman was with Mayfield, but I |
| 10:59:40 | 25 | didn't have any interactions with her. |

JOSEPH CUVIELLO
FEBRUARY 20, 2024

JOB NO. 843103

| | | |
|---|---|---|
| 11:04:57 | 1 | Q.  Okay. |
| 11:04:57 | 2 | A.  Looks like it. |
| 11:04:59 | 3 | Q.  Do you know who took that photograph? |
| 11:05:01 | 4 | A.  I don't know.  Oh, Margo.  Looks like Margo |
| 11:05:04 | 5 | probably took it.  She's not in there. |
| 11:05:06 | 6 | Q.  And do you know if Margo was present on |
| 11:05:09 | 7 | 5/21 or 5/22? |
| 11:05:12 | 8 | A.  I don't recall her being there. |
| 11:05:13 | 9 | Q.  Okay. |
| 11:05:14 | 10 | A.  At that time. |
| 11:05:14 | 11 | Q.  And you guys returned to the rodeo on the |
| 11:05:30 | 12 | following Saturday, or that next Saturday on 5/21, |
| 11:05:34 | 13 | correct? |
| 11:05:34 | 14 | A.  Yes. |
| 11:05:34 | 15 | Q.  At that day, did you have any interaction |
| 11:05:36 | 16 | with anyone from the sheriff's department? |
| 11:05:40 | 17 | A.  No. |
| 11:05:40 | 18 | Q.  How long were you guys there for? |
| 11:05:42 | 19 | A.  Couple hours, at least. |
| 11:05:43 | 20 | Q.  All right.  And were you guys protesting? |
| 11:05:45 | 21 | A.  Yes. |
| 11:05:46 | 22 | Q.  And then you returned on that Sunday, which |
| 11:05:48 | 23 | is 5/22? |
| 11:05:50 | 24 | A.  Yes. |
| 11:05:50 | 25 | Q.  Okay.  How long were you guys there for? |

JOSEPH CUVIELLO                                            JOB NO. 843103
FEBRUARY 20, 2024

| | | |
|---|---|---|
| 11:05:53 | 1 | A. Probably a couple hours. |
| 11:05:54 | 2 | Q. Any interaction with anyone from the |
| 11:05:56 | 3 | sheriff's department? |
| 11:05:56 | 4 | A. No. |
| 11:05:57 | 5 | Q. Okay. Do you know if any sheriffs or |
| 11:05:59 | 6 | deputies were present on 5/21 or 5/22 at the rodeo? |
| 11:06:04 | 7 | A. I don't recall seeing anyone. |
| 11:06:06 | 8 | Q. And then you guys returned to protest the |
| 11:06:12 | 9 | rodeo in 2023, correct? |
| 11:06:16 | 10 | A. Yes. |
| 11:06:16 | 11 | Q. Were you there all three days? |
| 11:06:18 | 12 | A. Yes. |
| 11:06:18 | 13 | Q. And did you see anyone from the sheriff's |
| 11:06:21 | 14 | department in 2023 at the rodeo? |
| 11:06:23 | 15 | A. Yes. |
| 11:06:24 | 16 | Q. All three days? |
| 11:06:25 | 17 | A. I don't recall. |
| 11:06:28 | 18 | Q. Okay. Do you remember how many of the days |
| 11:06:30 | 19 | you saw? |
| 11:06:30 | 20 | A. No. |
| 11:06:31 | 21 | Q. Did you have any interaction with them? |
| 11:06:34 | 22 | A. I don't recall any interactions with them. |
| 11:06:35 | 23 | Q. Okay. Did you have any issues with how the |
| 11:06:39 | 24 | deputies in 2023 at the rodeo acted? |
| 11:06:45 | 25 | A. Any issues with it? |

JOSEPH CUVIELLO                                          JOB NO. 843103
FEBRUARY 20, 2024

| | | |
|---|---|---|
| 11:06:46 | 1 | Q.  Yeah. |
| 11:06:47 | 2 | A.  No. |
| 11:06:47 | 3 | Q.  You don't recall any interactions |
| 11:06:51 | 4 | specifically with them, correct? |
| 11:06:52 | 5 | A.  I don't recall any interactions. |
| 11:06:54 | 6 | Q.  Were there free speech areas in 2023? |
| 11:06:57 | 7 | A.  Yes, there was. |
| 11:07:00 | 8 | Q.  And did you guys confine yourself to the |
| 11:07:05 | 9 | free speech area? |
| 11:07:05 | 10 | A.  No. |
| 11:07:06 | 11 | Q.  Were you roughly in the same spots you were |
| 11:07:09 | 12 | before? |
| 11:07:09 | 13 | A.  Yes. |
| 11:07:10 | 14 | Q.  Have we gone through all of your |
| 11:07:17 | 15 | interactions with Deputy Mayfield at the Rowell |
| 11:07:20 | 16 | Ranch in 2022? |
| 11:07:21 | 17 | A.  Yes. |
| 11:07:21 | 18 | Q.  Okay.  Do you remember anything else that |
| 11:07:24 | 19 | he did that we haven't talked about? |
| 11:07:25 | 20 | A.  No. |
| 11:07:26 | 21 | Q.  Have we talked about all the interactions |
| 11:07:28 | 22 | with the other deputies in 2022? |
| 11:07:30 | 23 | A.  Yes. |
| 11:07:30 | 24 | Q.  Okay.  At any point did Deputy Mayfield |
| 11:07:41 | 25 | ever try to remove any of your banners or signs? |

JOSEPH CUVIELLO
FEBRUARY 20, 2024

JOB NO. 843103

| | | |
|---|---|---|
| 11:07:44 | 1 | A.  No. |
| 11:07:45 | 2 | Q.  Okay.  At any point did he try to |
| 11:07:47 | 3 | confiscate any of your flyers? |
| 11:07:49 | 4 | A.  No. |
| 11:07:49 | 5 | Q.  I know we currently have some outstanding |
| 11:08:26 | 6 | discovery, but I'm going to ask you these quick |
| 11:08:29 | 7 | questions. |
| 11:08:30 | 8 | Are you claiming any physical, emotional, |
| 11:08:32 | 9 | or psychological injuries as a result of this |
| 11:08:34 | 10 | incident? |
| 11:08:34 | 11 | A.  No. |
| 11:08:34 | 12 | Q.  Are you making any claim for medical costs? |
| 11:08:37 | 13 | A.  No. |
| 11:08:38 | 14 | Q.  Are you making any claim for lost earnings |
| 11:08:40 | 15 | or wages? |
| 11:08:40 | 16 | A.  No. |
| 11:08:43 | 17 | MR. ROWELL:  That's all I have.  Thank you. |
| 11:08:48 | 18 | Should we take a quick break? |
| 11:08:48 | 19 | MR. DALE:  Yeah. |
| 11:08:48 | 20 | MR. ROWELL:  Why don't we take a quick |
| 11:08:52 | 21 | break. |
| 11:08:52 | 22 | THE VIDEOGRAPHER:  Time is 11:08 A.M.  We |
| 11:08:56 | 23 | are now off the record. |
| 11:18:39 | 24 | (Recess taken.) |
| 11:18:39 | 25 | THE VIDEOGRAPHER:  Time is 11:18 A.M.  We |

```
 1              REPORTER'S CERTIFICATION

 2

 3          I, April Wood Brott, Certified Shorthand Reporter

 4   in and for the State of California, do hereby certify:

 5

 6          That the foregoing witness was by me duly sworn;

 7   that the deposition was then taken before me; that the

 8   testimony and proceedings were reported stenographically

 9   by me and later transcribed into typewriting under my

10   direction; that the foregoing is a true record of the

11   testimony and proceedings taken at that time.

12

13          IN WITNESS WHEREOF, I have subscribed my name

14   on this date: February 27, 2024.

15

16

17

18

19

20   _____

21          April Wood Brott, CSR No. 13782

22

23

24

25
```

# EXHIBIT B

1        UNITED STATES DISTRICT COURT

2        NORTHERN DISTRICT OF CALIFORNIA

3

4   JOSEPH P. CUVIELLO and        )
    DENIZ BOLBOL, individually    )
                                  )
5                   Plaintiffs,   )
                                  )
6   vs.                           ) Case No. 3:23-cv-01652-VC
                                  )
7   ROWELL RANCH RODEO, INC.,     )
    HAYWARD AREA RECREATION AND    )
8   PARK DISTRICT, HAYWARD AREA   )
    RECREATION AND PARK DISTRICT  )
9   PUBLIC SAFETY MANAGER KEVIN   )
    HART, and DOES 1 and 2, in    )
10  their individually and        )
    official capacities, jointly  )
11  and severally,                )
                                  )
12                  Defendants.   )
    _____)

13

14

15

16

17

18          VIDEOTAPED DEPOSITION OF DENIZ BOLBOL, taken at

19   180 Montgomery Street, Suite 1200, San Francisco,

20   California on Wednesday, March 6, 2024, at 10:13 A.M.,

21   before April Wood Brott, Certified Shorthand Reporter

22   Number 13782, in and for the State of California.

23

24   STENO
     concierge@steno.com
25   (888) 707-9366

```
 1   APPEARANCES

 2   For Plaintiff Joseph Cuviello:

 3            IN PRO SE

 4   For Plaintiff Deniz Bolbol:

 5            GREENFIRE LAW PC
              BY:  Jessica L. Blome, Attorney at Law
 6            2748 Adeline Street, Suite A
              Berkeley, California 94703
 7            510-900-9502
              jblome@greenfirelaw.com
 8
     For Defendant Hayward Area Recreation and Park District
 9   and Kevin Hart:

10            ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
              BY:  Nicholas D. Syren, Attorney at Law
11            180 Montgomery Street, Suite 1200
              San Francisco, California 94104
12            415-697-2000
              nsyren@aghwlaw.com
13
     For Defendant County of Alameda:
14
              FENNEMORE WENDEL
15            BY:  William B. Rowell, Attorney at Law
              1111 Broadway, 24th Floor
16            Oakland, California 94607
              510-834-6600
17            browell@fennemorelaw.com

18   For Defendant Rowell Ranch Rodeo, Inc.

19            GORDON REES SCULLY MANSUKHANI, LLP
              BY:  Osmaan Khan, Attorney at Law
20            1111 Broadway, Suite 1700
              Oakland, California 94607
21            510-463-8600
              oakahn@grsm.com
22
     The videographer:  Daniel Stroud
23

24

25
```

| | | |
|---|---|---|
| 10:18:43 | 1 | Does that make sense? |
| 10:18:45 | 2 |     A.  Yes. |
| 10:18:45 | 3 |     Q.  Do you understand that?  Okay. |
| 10:18:47 | 4 |        So just general admonitions -- we don't |
| 10:18:51 | 5 | want you to guess, we don't want you to speculate, |
| 10:18:58 | 6 | and we just want to make a clear record on the |
| 10:19:02 | 7 | question and answer and move on.  Does that make |
| 10:19:05 | 8 | sense? |
| 10:19:05 | 9 |     A.  Yes. |
| 10:19:05 | 10 |     Q.  Okay.  And then I'm entitled to your best |
| 10:19:09 | 11 | memory of events.  In this case, we have all the |
| 10:19:14 | 12 | video that you have produced.  May I ask was the |
| 10:19:19 | 13 | video that you produced on cell phone only, or was |
| 10:19:22 | 14 | there video camera? |
| 10:19:23 | 15 |     A.  I'm pretty sure I used only my cell phone. |
| 10:19:29 | 16 |     Q.  Okay.  Okay.  And then we also have body |
| 10:19:32 | 17 | camera that was produced to you from the Alameda |
| 10:19:35 | 18 | County Sheriff's Office.  And just on the cell phone |
| 10:19:38 | 19 | video that you produced, much of it was contained in |
| 10:19:44 | 20 | a declaration filed in support to your temporary |
| 10:19:47 | 21 | restraining order, and then I don't know if we have |
| 10:19:49 | 22 | a formal stipulation, but -- no. |
| 10:19:52 | 23 |        Do you stipulate today to the authenticity |
| 10:19:57 | 24 | of your cell phone video? |
| 10:19:59 | 25 |     A.  I do. |

| | | |
|---|---|---|
| 10:19:59 | 1 | Q.  Okay.  And much of the interaction between |
| 10:20:17 | 2 | you and the Alameda Sheriff's Office, including your |
| 10:20:21 | 3 | conversation with Mr. Kevin Hart, is captured in the |
| 10:20:23 | 4 | Alameda County's production of documents that was |
| 10:20:29 | 5 | presented to you.  Do you recall reviewing the |
| 10:20:33 | 6 | Alameda County Sheriff's Office video? |
| 10:20:36 | 7 | A.  I did. |
| 10:20:37 | 8 | Q.  That was produced? |
| 10:20:38 | 9 | A.  Review it. |
| 10:20:38 | 10 | Q.  Just wanted to make sure.  And from what |
| 10:20:46 | 11 | you saw, does that video, in fact, mirror, if you |
| 10:20:51 | 12 | know what I mean by mirroring, what is captured in |
| 10:20:54 | 13 | your cell phone video that you took? |
| 10:20:56 | 14 | A.  Yes. |
| 10:20:57 | 15 | Q.  Yes.  Okay. |
| 10:21:01 | 16 | Are you comfortable with the admonitions as |
| 10:21:03 | 17 | you understand them?  And I know you've been through |
| 10:21:07 | 18 | this process before.  Are you comfortable with the |
| 10:21:11 | 19 | admonitions so far? |
| 10:21:12 | 20 | A.  You mean everything we've discussed? |
| 10:21:14 | 21 | Q.  Yeah. |
| 10:21:15 | 22 | A.  Yes. |
| 10:21:15 | 23 | Q.  So far. |
| 10:21:16 | 24 | A.  Of course. |
| 10:21:17 | 25 | Q.  Okay.  Are there any questions before we |

| | | |
|---|---|---|
| 10:21:19 | 1 | get started? |
| 10:21:19 | 2 | A. No. |
| 10:21:20 | 3 | Q. Okay. And have you been involved in |
| 10:21:25 | 4 | litigation in the past regarding First Amendment |
| 10:21:28 | 5 | rights? |
| 10:21:29 | 6 | A. Yes. |
| 10:21:29 | 7 | Q. As a protestor? Okay. |
| 10:21:31 | 8 | Can you estimate how many times? |
| 10:21:34 | 9 | A. So I'd be guessing. It would be best to |
| 10:21:39 | 10 | look at documentation that we've provided, but I |
| 10:21:45 | 11 | would -- I don't know, 9 to 12 times. |
| 10:21:47 | 12 | Q. Okay. So -- okay. Best estimate, 9 to 12 |
| 10:21:50 | 13 | times? |
| 10:21:50 | 14 | A. Yeah. |
| 10:21:51 | 15 | Q. Okay. And do you consider yourself |
| 10:21:55 | 16 | well-versed in First Amendment rights as an |
| 10:21:57 | 17 | activist? |
| 10:21:58 | 18 | A. Somewhat. |
| 10:21:58 | 19 | Q. Okay. Can you explain that, why you say |
| 10:22:02 | 20 | somewhat? |
| 10:22:02 | 21 | A. Well, I don't know the case law like my |
| 10:22:05 | 22 | husband does, but I know the general premises and |
| 10:22:09 | 23 | requirements and things that aren't allowed. But I |
| 10:22:12 | 24 | couldn't cite to you the way he could cite case law. |
| 10:22:16 | 25 | Q. Understood. |

| | | |
|---|---|---|
| 11:14:02 | 1 | The relationship's not the problem.  It's when you |
| 11:14:05 | 2 | use your authority wrongly. |
| 11:14:09 | 3 | Q.  Would you say you're adversarial to law |
| 11:14:12 | 4 | enforcement? |
| 11:14:12 | 5 | A.  I have a bit of PTSD, yeah.  When you |
| 11:14:17 | 6 | experience something repeatedly, you have |
| 11:14:20 | 7 | experience, life experience. |
| 11:14:23 | 8 | Q.  And how many officers approached you after |
| 11:14:28 | 9 | this incident with the hug? |
| 11:14:31 | 10 | A.  I think there were four. |
| 11:14:32 | 11 | Q.  Okay.  And what did any of the officers |
| 11:14:41 | 12 | tell you, if you can recall? |
| 11:14:42 | 13 | A.  Well, yeah.  The first time -- I don't know |
| 11:14:46 | 14 | how to describe people except by saying the color |
| 11:14:49 | 15 | they are, so I can't -- don't know his name.  I |
| 11:14:53 | 16 | could call him young, but that doesn't really say |
| 11:14:56 | 17 | much because there were other young ones.  So I'm |
| 11:14:59 | 18 | going to say the white guy and the African-American |
| 11:15:04 | 19 | guy and the Indian gal.  That's the way I'm going to |
| 11:15:06 | 20 | refer to them, and I don't mean to be, you know, |
| 11:15:07 | 21 | racist in any way.  It's just a descriptor. |
| 11:15:10 | 22 | So the white guy came up, and he was very |
| 11:15:13 | 23 | nice and came up and said, you know, "Hey, we're |
| 11:15:16 | 24 | here to protect everyone's rights.  We just want to |
| 11:15:18 | 25 | make sure ingress, egress," blah, blah, blah.  And |

```
11:15:21   1  we said, "Yeah, yeah, yeah," and he was very nice
11:15:23   2  and left.  And there were other cops with him.  I
11:15:26   3  don't remember.  I think there were two others.  And
11:15:28   4  we're like, "Okay.  Okay.  This is going to be
11:15:30   5  okay," and walked away.
11:15:34   6        And then later Mayfield had to come.  I
11:15:38   7  know his name now.  I didn't know his -- I guess I
11:15:41   8  might have read his -- I think I read his badge name
11:15:44   9  on my video, and then he comes, and then here we go.
11:15:47  10  Here we go.  And it was crazy.  This is how cops
11:15:52  11  abuse their power.
11:15:54  12     Q.  Do you remember when you first saw
11:16:01  13  Mr. Hart?
11:16:05  14     A.  I don't remember when I first saw Mr. Hart.
11:16:07  15     Q.  Okay.  Do you remember -- other than the
11:16:13  16  shirt that you described, any other specific
11:16:21  17  clothing or description of Mr. Hart?
11:16:25  18     A.  I don't recall.  I don't know that I spoke
11:16:28  19  with him very much.  My husband spoke more with him,
11:16:35  20  so I don't recall that as much.
11:16:37  21     Q.  Okay.
11:16:40  22     A.  When you get to my experiences, I'll
11:16:43  23  remember my experiences better.
11:16:44  24     Q.  So did Mr. Hart, when he first approached
11:16:53  25  you and your husband -- did he say anything to you
```

| | | |
|---|---|---|
| 11:16:57 | 1 | that you can recall? |
| 11:16:58 | 2 | A.  I don't recall.  Whatever's on video is |
| 11:17:03 | 3 | what everybody said. |
| 11:17:04 | 4 | Q.  And Mr. Hart -- did he ever say he was |
| 11:17:16 | 5 | going to arrest you or your husband? |
| 11:17:21 | 6 | A.  So there was the intimation and any -- |
| 11:17:32 | 7 | Q.  No. |
| 11:17:32 | 8 | A.  -- any reasonable person would have said, |
| 11:17:35 | 9 | "Yeah, these people have an intention to move us, |
| 11:17:38 | 10 | yeah."  So it's kind of like Trump, right?  So Trump |
| 11:17:42 | 11 | says, "Oh, good people fight for democracy.  Good |
| 11:17:46 | 12 | people go to the Capitol to fight for democracy," |
| 11:17:50 | 13 | and then he said, "Well, I didn't tell them to go." |
| 11:17:54 | 14 | There are inferences.  People make inferences. |
| 11:17:56 | 15 | Q.  But did he specifically say the words, "You |
| 11:17:59 | 16 | will be arrested" or -- |
| 11:17:59 | 17 | A.  You'd have -- |
| 11:18:01 | 18 | Q.  -- "I'm going to arrest you"? |
| 11:18:02 | 19 | A.  You'd have to check the video. |
| 11:18:04 | 20 | Q.  No.  Just from what you recall. |
| 11:18:05 | 21 | A.  I don't recall. |
| 11:18:06 | 22 | Q.  Do you remember him saying that? |
| 11:18:07 | 23 | A.  I don't recall. |
| 11:18:10 | 24 | Q.  Did he articulate any reasons for arrest to |
| 11:18:13 | 25 | you? |

| | | |
|---|---|---|
| 11:18:13 | 1 | A.   They were obsessed with this free speech |
| 11:18:20 | 2 | box.  They didn't like our message.  It was obvious |
| 11:18:23 | 3 | they didn't like our message.  If we were out there |
| 11:18:26 | 4 | with "The rodeo's fun," they wouldn't have said boo |
| 11:18:29 | 5 | to us. |
| 11:18:30 | 6 | Q.   Do you know if Mr. Hart could have arrested |
| 11:18:32 | 7 | you? |
| 11:18:32 | 8 | A.   I didn't know at the time.  I didn't |
| 11:18:34 | 9 | know -- you know, I don't recall knowing that. |
| 11:18:36 | 10 | Q.   So at the time, did you believe he could |
| 11:18:41 | 11 | arrest you? |
| 11:18:41 | 12 | A.   Well, there was a cop with him, so yeah. |
| 11:18:45 | 13 | Q.   But Mr. Hart himself -- did you think he |
| 11:18:49 | 14 | could arrest you? |
| 11:18:49 | 15 | A.   I didn't know. |
| 11:18:50 | 16 | Q.   Yeah.  But what did you think at the time? |
| 11:18:57 | 17 | A.   I didn't know. |
| 11:18:58 | 18 | Q.   And what did Mr. Hart ask of Mr. Cuviello |
| 11:19:11 | 19 | and yourself when he first approached you, if you |
| 11:19:15 | 20 | can recall? |
| 11:19:15 | 21 | A.   I don't recall. |
| 11:19:16 | 22 | Q.   Okay. |
| 11:19:18 | 23 | A.   I don't want to be inaccurate.  The video |
| 11:19:22 | 24 | is record for me. |
| 11:19:23 | 25 | Q.   I'm just asking for your best recollection |

| | | |
|---|---|---|
| 11:19:27 | 1 | as you sit here now without the video. |
| 11:19:29 | 2 | A.  I understand, and the best recollection is |
| 11:19:33 | 3 | going to be on the video.  I don't recall.  I don't |
| 11:19:35 | 4 | want to give a detail that ends up being not |
| 11:19:38 | 5 | accurate when we have video.  So there's no reason |
| 11:19:42 | 6 | to play a memory game with me. |
| 11:19:47 | 7 | Q.  Do you recall Mr. Hart saying -- well, let |
| 11:19:52 | 8 | me back up. |
| 11:19:53 | 9 | Do you remember your husband, Mr. Cuviello, |
| 11:19:57 | 10 | asking if you were going to be arrested? |
| 11:19:59 | 11 | A.  So I was present, but I try to keep |
| 11:20:06 | 12 | leafletting even when people try to come and |
| 11:20:09 | 13 | interfere with my leafletting.  Okay?  Because one |
| 11:20:12 | 14 | of the methods they use is they sit there and want |
| 11:20:16 | 15 | to talk to you for a really long time while most of |
| 11:20:18 | 16 | the patrons are going in, and "Oops, you just didn't |
| 11:20:19 | 17 | get to leaflet all those people, and we stood in |
| 11:20:23 | 18 | front of your signs while we did it."  I mean, this |
| 11:20:25 | 19 | is, like, total MO. |
| 11:20:27 | 20 | So I don't recall exactly what my husband |
| 11:20:29 | 21 | and Mr. Hart were saying.  I remember at some point |
| 11:20:32 | 22 | there was this "Are we going to be arrested?" |
| 11:20:37 | 23 | "Well, you'll find out," or something to |
| 11:20:39 | 24 | that effect, and it was, like, the threat was there |
| 11:20:41 | 25 | that "We are probably going to arrest you.  We may |

11:20:46  1  arrest you," and I remember my husband kept going on

11:20:49  2  and on about "We don't want to be arrested.  Tell us

11:20:52  3  now."  And it was, like, obvious they were playing

11:20:55  4  these games, like, "Well, we might."

11:20:57  5      Q.  Is that your recollection as you sit here

11:20:59  6  now, that Mr. Hart said he might arrest you?

11:21:04  7      A.  I don't remember what Mr. Hart said.  I'm

11:21:07  8  just telling you I was not paying that close

11:21:09  9  attention.  I would have to look at the video if you

11:21:13  10  want verbatim.  The inference was they were going to

11:21:17  11  use the threat of arrest to try to coerce us to do

11:21:21  12  something.  That was my impression.

11:21:23  13          My impression was they were trying to use

11:21:26  14  the cop standing there in full uniform in an effort

11:21:29  15  to try to intimidate me to move somewhere that I

11:21:33  16  didn't want to move to where I would not be seen.

11:21:35  17      Q.  Were you ever threatened with a citation?

11:21:37  18      A.  On that day?

11:21:38  19      Q.  Yes.

11:21:39  20      A.  I don't recall being threatened with a

11:21:44  21  citation.

11:21:46  22      Q.  Did anyone threaten you with arrest?

11:21:48  23      A.  I was threatened with arrest because they

11:21:50  24  came up to me telling us -- they -- let me put it

11:21:53  25  this way:  When my husband said, "Are we going to be

| | | |
|---|---|---|
| 11:21:56 | 1 | arrested?" no one said no.  If they had said, "No, |
| 11:22:01 | 2 | you're not going to be arrested.  We're just asking |
| 11:22:01 | 3 | you to move" -- no one said that.  No one said, |
| 11:22:01 | 4 | "You're not going to be arrested." |
| 11:22:03 | 5 | Based on my experience -- and everybody, an |
| 11:22:07 | 6 | average person, a reasonable person, when a cop is |
| 11:22:10 | 7 | standing there next to someone saying, "You need to |
| 11:22:12 | 8 | move," and you say, "Am I going to be arrested?" and |
| 11:22:16 | 9 | they said, "You'll find out" or "Wait and see" or |
| 11:22:18 | 10 | whatever they said, you go, "Gee, they're |
| 11:22:22 | 11 | threatening me with arrest." |
| 11:22:25 | 12 | That's a reasonable response, and most |
| 11:22:27 | 13 | people would move because they're intimidated.  When |
| 11:22:30 | 14 | you have a police officer standing there with the |
| 11:22:31 | 15 | authority to arrest you, whether it's legal or not, |
| 11:22:34 | 16 | there's a real chance that can happen, and I don't |
| 11:22:37 | 17 | know if you haven't experienced that, but lots of |
| 11:22:40 | 18 | people have experienced this. |
| 11:22:41 | 19 | Q.  Were the words -- |
| 11:22:43 | 20 | A.  And it's upsetting.  It's upsetting as |
| 11:22:46 | 21 | well.  It's really upsetting because you know what |
| 11:22:49 | 22 | you feel like when you're out there and the cop has |
| 11:22:52 | 23 | all this power, and you have no power?  You feel |
| 11:22:55 | 24 | helpless. |
| 11:22:56 | 25 | Q.  Did any of the officers or Mr. Hart ever |

| | | |
|---|---|---|
| 11:22:58 | 1 | say, "You are going to be under arrest"? |
| 11:23:01 | 2 | A.  You'll have to check the video. |
| 11:23:03 | 3 | Q.  From your recollection? |
| 11:23:05 | 4 | A.  I don't recall.  I obviously didn't get |
| 11:23:10 | 5 | arrested. |
| 11:23:11 | 6 | Q.  Did anyone physically -- I'm talking about |
| 11:23:15 | 7 | the officers.  Or let's go with Mr. Hart. |
| 11:23:17 | 8 | Did Mr. Hart ever physically touch you? |
| 11:23:20 | 9 | A.  No.  I don't recall anyone touching. |
| 11:23:22 | 10 | Q.  Did -- |
| 11:23:23 | 11 | A.  No one from Alameda County or HARD touched |
| 11:23:27 | 12 | me.  The Rowell Ranch people touched me. |
| 11:23:29 | 13 | Q.  Okay.  So no one detained you?  No one |
| 11:23:32 | 14 | arrested you? |
| 11:23:33 | 15 | A.  No. |
| 11:23:33 | 16 | Q.  Did they force you to move? |
| 11:23:38 | 17 | A.  They tried to coerce me. |
| 11:23:42 | 18 | Q.  But did they force you?  Did they |
| 11:23:45 | 19 | physically force you to move to another area? |
| 11:23:47 | 20 | A.  Nobody touched me, no.  Let me qualify |
| 11:23:53 | 21 | that.  HARD and the Alameda County Sheriff did not |
| 11:23:57 | 22 | touch me because Rowell Ranch people did touch me |
| 11:23:59 | 23 | later. |
| 11:23:59 | 24 | Q.  So no one from law enforcement touched you? |
| 11:24:06 | 25 | A.  That's correct. |

DENIZ BOLBOL
MARCH 06, 2024

JOB NO. 886301

| | | |
|---|---|---|
| 11:24:06 | 1 | Q. Did anyone threaten to -- from law |
| 11:24:10 | 2 | enforcement or HARD threaten to physically move you? |
| 11:24:21 | 3 | A. Did they say the words, "I'm going to |
| 11:24:23 | 4 | physically move you right now"? No. |
| 11:24:25 | 5 | Q. Just give me one moment here. |
| 11:24:45 | 6 | Did Mr. Hart ever advise you of what you |
| 11:24:49 | 7 | were going to be arrested for, if anything? |
| 11:24:51 | 8 | A. You know, I really didn't talk to Mr. Hart, |
| 11:24:58 | 9 | I don't believe, so. |
| 11:25:00 | 10 | Q. Did you hear the conversation between |
| 11:25:03 | 11 | Mr. Hart and Mr. Cuviello? |
| 11:25:06 | 12 | A. I think I heard bits and pieces, but I |
| 11:25:08 | 13 | didn't -- I wasn't paying full -- I don't recall |
| 11:25:12 | 14 | paying full attention to it. But anything that was |
| 11:25:14 | 15 | said during that, I just want to restate I rely on |
| 11:25:18 | 16 | the video because that's a true occurrence. That's |
| 11:25:23 | 17 | what happened. |
| 11:25:23 | 18 | Q. I understand that, but I just want to know |
| 11:25:25 | 19 | if you heard it, right? So you could hear some |
| 11:25:28 | 20 | things on the video at a later time, but in that |
| 11:25:32 | 21 | moment -- |
| 11:25:32 | 22 | MS. BLOME: I'm going to object as asked |
| 11:25:33 | 23 | and answered. It's getting to the point where |
| 11:25:35 | 24 | you're badgering her a bit. |
| 11:25:38 | 25 | MR. SYREN: I just want to know if she |

| | | |
|---|---|---|
| 11:25:40 | 1 | heard -- |
| 11:25:40 | 2 | MS. BLOME:  She said no a hundred times. |
| 11:25:43 | 3 | She said she doesn't -- she wasn't involved with the |
| 11:25:44 | 4 | Hart conversation or Mr. Cuviello and Mr. Hart.  She |
| 11:25:48 | 5 | didn't hear it.  She doesn't remember it.  "Check |
| 11:25:51 | 6 | the video."  She said it 50 times by now. |
| 11:25:54 | 7 | MR. SYREN:  Okay.  For the record, I'll ask |
| 11:25:56 | 8 | one last time, and that will be it. |
| 11:25:57 | 9 | MS. BLOME:  No.  No.  Objection.  It |
| 11:25:58 | 10 | doesn't need to be asked again. |
| 11:26:02 | 11 | MR. KHAN:  He can still ask it. |
| 11:26:04 | 12 | MS. BLOME:  I understand. |
| 11:26:04 | 13 | BY MR. SYREN: |
| 11:26:05 | 14 | Q.  Did you hear the conversation between |
| 11:26:06 | 15 | Mr. Hart and Mr. Cuviello? |
| 11:26:08 | 16 | A.  As I said, bits and pieces. |
| 11:26:11 | 17 | Q.  Okay.  And after that interaction, at what |
| 11:26:27 | 18 | point did you first view the video that you took, if |
| 11:26:33 | 19 | you can recall? |
| 11:26:33 | 20 | A.  Probably that night. |
| 11:26:35 | 21 | Q.  Okay.  Did you have any other interactions |
| 11:26:45 | 22 | with Mr. Hart later that day? |
| 11:26:47 | 23 | A.  I don't recall personally having more |
| 11:26:53 | 24 | interactions with Mr. Hart. |
| 11:26:54 | 25 | Q.  Okay. |

| | | |
|---|---|---|
| 11:27:01 | 1 | A.  You're talking about at that front entrance |
| 11:27:03 | 2 | area, right?  After that front entrance, that whole |
| 11:27:08 | 3 | scene we were just talking about, right? |
| 11:27:10 | 4 | Q.  I believe we were talking about the same |
| 11:27:15 | 5 | area where the officers approached you, when they |
| 11:27:18 | 6 | first came to approach you. |
| 11:27:20 | 7 | A.  When they first came. |
| 11:27:21 | 8 | Q.  You talked about -- I think there was the |
| 11:27:23 | 9 | white guy, that same area. |
| 11:27:25 | 10 | A.  Yeah, the first interaction. |
| 11:27:26 | 11 | Q.  Yeah. |
| 11:27:27 | 12 | A.  Yeah.  No.  I don't recall anything else |
| 11:27:29 | 13 | with Mr. Hart later. |
| 11:27:30 | 14 | Q.  Okay. |
| 11:27:30 | 15 | A.  If he was around, I don't remember. |
| 11:27:32 | 16 | Q.  Do you remember if he -- this is |
| 11:27:35 | 17 | specifically directed to you -- if he asked you if |
| 11:27:40 | 18 | you were going to move to the free speech zone? |
| 11:27:42 | 19 | A.  Yeah.  I think he went and asked every |
| 11:27:44 | 20 | single person.  That's -- I wasn't sure if it was |
| 11:27:50 | 21 | him or Mayfield, but you gave me a tip there.  So |
| 11:27:53 | 22 | they were working in concert.  So, you know, it kind |
| 11:27:56 | 23 | of blends together for me. |
| 11:27:59 | 24 | Q.  Okay.  Do you remember how you responded to |
| 11:28:01 | 25 | that questioning? |

| | | |
|---|---|---|
| 11:28:02 | 1 | A.  I probably said something like "Absolutely |
| 11:28:06 | 2 | not," or "Are you crazy?" or something.  I don't |
| 11:28:10 | 3 | know. |
| 11:28:10 | 4 | Q.  Okay.  Let's see here. |
| 11:28:30 | 5 | Do you remember what happened next after |
| 11:28:33 | 6 | the interaction with Mr. Hart? |
| 11:28:35 | 7 | A.  So my vague recollection, which is |
| 11:28:37 | 8 | documented in realtime on video -- my vague |
| 11:28:41 | 9 | recollection is Mayfield finally called the watch |
| 11:28:46 | 10 | commander, and they left us alone.  That's my vague |
| 11:28:50 | 11 | recollection.  But it didn't last. |
| 11:28:55 | 12 | Q.  And to be clear, you never moved from the |
| 11:29:00 | 13 | area you wanted to protest; is that correct? |
| 11:29:02 | 14 | A.  That's correct. |
| 11:29:03 | 15 | Q.  Have you heard of the term "probable cause" |
| 11:29:28 | 16 | before? |
| 11:29:28 | 17 | A.  I've heard of it. |
| 11:29:32 | 18 | Q.  What is your understanding of probable |
| 11:29:37 | 19 | cause? |
| 11:29:37 | 20 | A.  I have no -- |
| 11:29:39 | 21 | Q.  As you understand it? |
| 11:29:40 | 22 | A.  -- legal -- |
| 11:29:42 | 23 | Q.  Okay. |
| 11:29:43 | 24 | A.  -- way of telling you what that is.  I have |
| 11:29:47 | 25 | probably a general layperson's understanding of |

DENIZ BOLBOL                                                      JOB NO. 886301
MARCH 06, 2024

| | | |
|---|---|---|
| 11:38:46 | 1 | Q.  Okay.  And do you know where he resides? |
| 11:38:50 | 2 | A.  I don't. |
| 11:38:50 | 3 | Q.  Any contact information for him other than |
| 11:38:54 | 4 | the email that was provided? |
| 11:38:55 | 5 | A.  I think I have -- I don't even know if I |
| 11:38:59 | 6 | have his email. |
| 11:39:00 | 7 | Q.  Okay.  And have you spoken with either |
| 11:39:05 | 8 | Ms. Newkirk or Mr. Sage about this lawsuit? |
| 11:39:09 | 9 | A.  Nope.  No. |
| 11:39:10 | 10 | Q.  Have you seen either since this incident in |
| 11:39:14 | 11 | 2022? |
| 11:39:15 | 12 | A.  I don't know if either of them came out to |
| 11:39:20 | 13 | the protest last year, so I don't remember.  But |
| 11:39:24 | 14 | outside the protest, I'd say no.  If they were |
| 11:39:27 | 15 | there.  I don't even think they came. |
| 11:39:30 | 16 | Q.  At any other protest did you see them? |
| 11:39:33 | 17 | A.  No, not that I recall. |
| 11:39:35 | 18 | Q.  Any reason why you can't give your best |
| 11:39:39 | 19 | testimony today? |
| 11:39:39 | 20 | A.  No. |
| 11:39:40 | 21 | Q.  Counsel asked you about the police video |
| 11:39:46 | 22 | that was produced by my office, the body cam video, |
| 11:39:49 | 23 | and you've looked through that video, correct? |
| 11:39:51 | 24 | A.  Yes. |
| 11:39:52 | 25 | Q.  Okay.  Did you see anything in that video |

| | | |
|---|---|---|
| 11:39:54 | 1 | that you thought was inaccurate? |
| 11:39:56 | 2 | A. No. |
| 11:39:56 | 3 | Q. What's your highest level of education? |
| 11:40:03 | 4 | A. Bachelor's. |
| 11:40:04 | 5 | Q. Of what? |
| 11:40:05 | 6 | A. Science. |
| 11:40:05 | 7 | Q. From where? |
| 11:40:06 | 8 | A. UCLA. |
| 11:40:08 | 9 | Q. What was your degree in? |
| 11:40:13 | 10 | A. Political science. |
| 11:40:15 | 11 | Q. Any other formal education? |
| 11:40:19 | 12 | A. No. |
| 11:40:19 | 13 | Q. Have you ever taught any courses on First |
| 11:40:26 | 14 | Amendment law? |
| 11:40:26 | 15 | A. No. |
| 11:40:27 | 16 | Q. How about Fourth Amendment? |
| 11:40:28 | 17 | A. No. |
| 11:40:28 | 18 | Q. Have you ever been in law enforcement? |
| 11:40:37 | 19 | A. No. |
| 11:40:38 | 20 | Q. Have you ever been in the military? |
| 11:40:40 | 21 | A. No. |
| 11:40:41 | 22 | Q. Just to clarify again, I'm going second, so |
| 11:40:49 | 23 | I'm going to have some follow-up questions. |
| 11:40:52 | 24 | And I just wanted to be clear, you |
| 11:40:53 | 25 | indicated at some point that you started protesting |

| | | |
|---|---|---|
| 12:01:25 | 1 | A.  I cannot remember the fourth one for the |
| 12:01:28 | 2 | life of me. |
| 12:01:29 | 3 | Q.  Any description whatsoever? |
| 12:01:30 | 4 | A.  No. |
| 12:01:30 | 5 | Q.  Male, female? |
| 12:01:32 | 6 | A.  I think it was a male. |
| 12:01:33 | 7 | Q.  Do you remember anything that officer did? |
| 12:01:35 | 8 | A.  No. |
| 12:01:35 | 9 | Q.  Okay.  At some point you indicated that the |
| 12:01:42 | 10 | three officers -- that would be including Mayfield |
| 12:01:44 | 11 | -- surrounded you; is that correct? |
| 12:01:45 | 12 | A.  They're like a fan in front of me. |
| 12:01:49 | 13 | Q.  When did that occur? |
| 12:01:51 | 14 | A.  We'd have to look at the video. |
| 12:01:53 | 15 | Q.  Do you remember when that occurred? |
| 12:01:54 | 16 | A.  I remember feeling very intimidated by all |
| 12:01:59 | 17 | these officers surrounding me, and so as people |
| 12:02:02 | 18 | walking up the aisle to go into the rodeo, it's |
| 12:02:07 | 19 | basically "These people are a problem."  Cops don't |
| 12:02:10 | 20 | surround a person if there's not an issue, right? |
| 12:02:13 | 21 | They weren't coming over and giving me cookies and |
| 12:02:17 | 22 | Kool-Aid or something. |
| 12:02:17 | 23 | Q.  Let me ask you this:  Were all your |
| 12:02:21 | 24 | interactions with the County Sheriff's officers that |
| 12:02:25 | 25 | day video recorded? |

DENIZ BOLBOL                                                    JOB NO. 886301
MARCH 06, 2024

| | | |
|---|---|---|
| 12:02:26 | 1 | A.   I believe so, yes. |
| 12:02:27 | 2 | Q.   Okay.  So if the officers were surrounding |
| 12:02:29 | 3 | you at some point, that would be depicted in the |
| 12:02:32 | 4 | video, correct? |
| 12:02:33 | 5 | A.   Yes, that's right. |
| 12:02:34 | 6 | Q.   Any of these officers that you recall being |
| 12:02:41 | 7 | on scene on 5/20/2022 -- did you ever have any |
| 12:02:44 | 8 | interaction with them before? |
| 12:02:45 | 9 | A.   Personally, like, individuals?  No. |
| 12:02:47 | 10 | Q.   Do you remember ever seeing them? |
| 12:02:49 | 11 | A.   No. |
| 12:02:49 | 12 | Q.   And afterwards, have you ever seen them? |
| 12:02:52 | 13 | A.   Not that I recall. |
| 12:02:52 | 14 | Q.   Okay. |
| 12:02:59 | 15 | A.   I -- well, not important.  I ramble. |
| 12:03:04 | 16 | Q.   You talked about Mayfield when he got out |
| 12:03:10 | 17 | of his car, he hugged a woman, correct? |
| 12:03:12 | 18 | A.   Yes. |
| 12:03:12 | 19 | Q.   And do you know the woman's role with |
| 12:03:16 | 20 | Rowell Ranch? |
| 12:03:16 | 21 | A.   No. |
| 12:03:17 | 22 | Q.   And do you have any idea how Officer |
| 12:03:23 | 23 | Mayfield knew her? |
| 12:03:23 | 24 | A.   No. |
| 12:03:24 | 25 | Q.   And did you overhear any of their |

```
 1                    REPORTER'S CERTIFICATION

 2

 3           I, April Wood Brott, Certified Shorthand Reporter

 4   in and for the State of California, do hereby certify:

 5

 6           That the foregoing witness was by me duly sworn;

 7   that the deposition was then taken before me; that the

 8   testimony and proceedings were reported stenographically

 9   by me and later transcribed into typewriting under my

10   direction; that the foregoing is a true record of the

11   testimony and proceedings taken at that time.

12

13           IN WITNESS WHEREOF, I have subscribed my name

14   on this date:19th day of March 2024.

15

16

17

18

19

20   _____

21           April Wood Brott, CSR No. 13782

22

23

24

25
```

# EXHIBIT C

## Plaintiffs' Video, Bates 14, Clip 2

[video file submitted in physical form via USB drive]

# EXHIBIT D

## Plaintiffs' Video, Bates 14, Clip 3

[video file submitted in physical form via USB drive]

# EXHIBIT E

## Plaintiffs' Video, Bates 14, Clip 4

[video file submitted in physical form via USB drive]

# EXHIBIT F

## Plaintiffs' Video, Bates 16, Clip 2

[video file submitted in physical form via USB drive]

# EXHIBIT G

## Plaintiffs' Video, Bates 16, Clip 3

[video file submitted in physical form via USB drive]

# EXHIBIT H

## Plaintiffs' Video, Bates 16, Clip 4

[video file submitted in physical form via USB drive]

# EXHIBIT I

## Body-Worn Camera Video Number 15

[video file submitted in physical form via USB drive]

# EXHIBIT J

## Body-Worn Camera Video Number 17

[video file submitted in physical form via USB drive]

# EXHIBIT K

**Audio recording of Deputy Sheriff Joshua Mayfield's telephone call with Amy Bowles of ASCO Dispatch**

[video file submitted in physical form via USB drive]