William B. Rowell, Bar No. 178587
Thiele R. Dunaway, Bar No. 130953
Marc Brainich, Bar No. 191034
Michele C. Kirrane, Bar No. 215448
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, CA 94607
Tel: (510) 834-6600 / Fax: (510) 834-1928
browell@fennemorelaw.com
rdunaway@fennemorelaw.com
mbrainich@fennemorelaw.com
mkirrane@fennemorelaw.com

Attorneys for Defendants
County of Alameda and Alameda County Deputy
Sheriff Joshua Mayfield

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; ALAMEDA COUNTY SHERIFF'S OFFICE; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD; and DOES 1 and 2, in their individual and official capacities, jointly and severally,<br><br>Defendants. | Case No. 3:23-cv-01652-VC<br><br>**DECLARATION OF ALAMEDA COUNTY DEPUTY SHERIFF MATEUSZ LASZUK IN OPPOSITION TO PLAINTIFFS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       August 15, 2024<br>Time:       10:00 a.m.<br>Judge:     Hon. Vince Chhabria<br>Courtroom: 4—17th Floor<br><br>Action Filed:   April 6, 2023<br>Trial Date:     October 21, 2024 |

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

DECLARATION OF ALAMEDA COUNTY DEPUTY
SHERIFF MATEUSZ LASZUK
49444725.1/059499.0021

3:23-CV-01652-VC

I, Mateusz Laszuk, declare as follows:

1. I am a Deputy Sheriff with the Alameda County Sheriff's Office. I have personal knowledge of the facts set forth herein and if called as a witness, I could and would competently testify to the matters stated herein.

2. Shortly before 5:57 p.m. on May 20, 2022, I arrived at the Rowell Ranch Rodeo to provide a law enforcement presence along with Deputy Sheriffs Joshua Mayfield, Christian Campbell, and Sowmya Ramadas. Attached hereto as **Exhibit A** are true and correct copies of video recordings from my body-worn camera that I was wearing that day. Those recordings fairly and accurately depict events that took place that day while I was at Rowell Ranch.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 17 day of JUNE, 2024, at 1650, California.

_____ #2452
Mateusz Laszuk

# EXHIBIT A

## Body-Worn Camera Video Number 7

[video file submitted in physical form via USB drive]