DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
NICHOLAS D. SYREN, State Bar No. 334807
nsyren@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendants
HAYWARD AREA RECREATION AND PARK
DISTRICT and KEVIN HART

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROWELL RANCH RODEO, INC., HAYWARD AREA RECREATION AND PARK DISTRICT, HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART, and DOES 1 and 2, in their individually and official capacities, jointly and severally,<br><br>　　　　　Defendants. | Case No. 3:23-cv-01652-VC<br><br>**NOTICE OF MANUAL FILING/LODGING OF DIGITAL EXHIBIT IN SUPPORT OF DEFENDANTS HAYWARD AREA RECREATION AND PARK DISTRICT AND KEVIN HART'S OPPOSITION TO PLAINTIFFS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. Vince Chhabria<br><br>Date:　August 15, 2024<br>Time:　10:00 a.m.<br>Ctrm:　4, 17th Floor<br><br>Trial:　October 21, 2024 |

　　　PLEASE TAKE NOTICE THAT Exhibits "E" and "F" to the *Declaration of Nicholas Syren*, filed concurrently with this notice, this ECF is in physical form only, and in place of Exhibits "E" and "F" are "digital audio and/or video files".

　　　Plaintiffs are already in possession of the contents of this filing. For information on retrieving the filing directly from the Court, please see the court's webpage at www.cand.uscourts.gov.

/ / /

/ / /

The filing was not e-filed for the following reasons:

The files are non-graphical/text; it is a digital audio and/or video files of the incident copies to a CD.

Dated:  June 27, 2024

Respectfully submitted,

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP


By:   */s/ Nicholas D. Syren*
    DALE L. ALLEN, JR.
    NICHOLAS D. SYREN
    Attorneys for Defendants
    HAYWARD AREA RECREATION AND
    PARK DISTRICT and KEVIN HART

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

2

OPPO PLTFS – NTC. MAN. FILING
3:23-CV-01652-VC

669669.1