1  DALE L. ALLEN, JR., State Bar No. 145279
   dallen@aghwlaw.com
2  NICHOLAS D. SYREN, State Bar No. 334807
   nsyren@aghwlaw.com
3  ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
   180 Montgomery Street, Suite 1200
4  San Francisco, CA  94104
   Telephone:     (415) 697-2000
5  Facsimile:     (415) 813-2045

6  Attorneys for Defendants
   HAYWARD AREA RECREATION AND PARK
7  DISTRICT and KEVIN HART

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11  JOSEPH P. CUVIELLO and DENIZ          Case No. 3:23-cv-01652-VC
    BOLBOL, individually,
12                                        **DECLARATION OF NICHOLAS D. SYREN**
                        Plaintiff,        **IN SUPPORT OF DEFENDANTS' MOTION**
13                                        **FOR SUMMARY JUDGEMENT OR, IN THE**
              v.                          **ALTERNATIVE, SUMMARY**
14                                        **ADJUDICATION**
    ROWELL RANCH RODEO, INC.,
15  HAYWARD AREA RECREATION AND           Hon. Vince Chhabria
    PARK DISTRICT, HAYWARD AREA
16  RECREATION AND PARK DISTRICT          Date:     August 15, 2024
    PUBLIC SAFETY MANAGER/RANGER          Time:     10:00 a.m.
17  KEVIN HART, and DOES 1 and 2, in      Ctrm:     4, 17th Floor
    their individually and official capacities,
18  jointly and severally,                Trial:    October 21, 2024

19                      Defendants.

20

21        I, Nicholas D. Syren, declare as follows:

22        1.      I am an attorney licensed to practice before the United States District Court for the

23  Northern District of California. I am an associate at the law firm of Allen, Glaessner, Hazelwood

24  & Werth, LLP, and am counsel of record for defendants HAYWARD AREA RECREATION

25  AND PARK DISTRICT and KEVIN HART ("Defendants") in this matter.

26        2.       I have personal knowledge of the statements made in this declaration and could

27  competently testify to them if called as a witness.

28        3.       Attached as Ex. "A," please find a true and correct copy of pertinent portions of

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

662255.1

the deposition transcript of Joseph "Pat" Cuviello, taken on February 20, 2024.

4.     Attached as Ex. "B," please find a true and correct copy of pertinent portions of the deposition transcript of Deniz Bolbol, taken on March 6, 2024.

5.     Attached as Ex. "C," please find a true and correct copy of pertinent portions of the true transcript of the dialogue of events at Rowell Ranch Rodeo, taken on May 20, 2022, taken from Plaintiffs Bolbol and Cuviello's video footage. The true transcript contains the pertinent portions of dialogue of the events at Rowell Ranch Rodeo on May 20, 2022, produced as County of Alameda's Document Production Bates 000368-000396.

6.     Attached as Ex. "D," please find a true and correct copy of pertinent portions of the true transcript of Alameda County Sheriff's Office Deputies Body Camera Footage, taken on May 20, 2022. The true transcript contains the pertinent portions of dialogue of the events at Rowell Ranch Rodeo on May 20, 2022, produced as County of Alameda's Document Production Bates 000342-000367.

7.     Attached as Ex. "E," please find a true and correct copy of body cam videos taken by Alameda County deputy sheriffs Joshua Mayfield, Sowmaya Ramadas, Christian Campbell, and Matthew Laszuk taken at Rowell Ranch Rodeo on May 20, 2022, and produced to all parties at the time of County of Alameda's Initial Disclosures.

8.     Attached as Ex. "F," please find a true and correct copy of Plaintiffs' Document Production 000014-000017, evidencing videos taken at Rowell Ranch Rodeo on May 20, 2022.

9.     Attached as Ex. "G," please find a true and correct copy of Plaintiffs' Document Production 000021-000022 evidencing a photo taken of Plaintiffs and fellow demonstrators after the incident involving Plaintiffs and Mr. Hart on May 20, 2022.

10.     Attached as Ex. "H", please find the true and correct copy of Defendant County of Alameda's Second Updated Rule 26 Disclosure.

11.     Attached as Ex. "I", please find the true and correct copy of Defendants' Expert James Dudley's Expert Report.

/ / /

/ / /

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

662255.1

1   I declare under penalty of perjury, under the laws of the United States of America, that the

2   foregoing is true and correct.  Executed on June 27, 2024, at San Francisco, California.

3

4

5   _/s/ Nichols D. Syren_____
    NICHOLAS D. SYREN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

662255.1

MSJ – SYREN DECL
3:23-CV-01652-VC

**EXHIBIT "A"**

# Deposition Transcript

Case Number: 3:23-cv-01652-VC
Date: February 20, 2024

In the matter of:

# CUVIELLO, et al. v ROWELL RANCH RODEO, INC., et al.

## JOSEPH CUVIELLO

**CERTIFIED COPY**

Reported by:

April Wood Brott
CSR No. 13782



Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

1          UNITED STATES DISTRICT COURT
2          NORTHERN DISTRICT OF CALIFORNIA
3

JOSEPH P. CUVIELLO and      )
4    DENIZ BOLBOL, individually   )
                             )
5                 Plaintiffs,    )
                             )
6    vs.                       ) Case No. 3:23-cv-01652-VC
                             )
7    ROWELL RANCH RODEO, INC.,    )
     HAYWARD AREA RECREATION AND  )
8    PARK DISTRICT, HAYWARD AREA  )
     RECREATION AND PARK DISTRICT )
9    PUBLIC SAFETY MANAGER KEVIN  )
     HART, and DOES 1 and 2, in  )
10   their individually and      )
     official capacities, jointly )
11   and severally,              )
                             )
12                Defendants.    )
     _____)
13

14

15

16

17

18          VIDEOTAPED DEPOSITION OF JOSEPH CUVIELLO, taken

19   at 180 Montgomery Street, Suite 1200, San Francisco,

20   California on Tuesday, February 20, 2024, at 9:09 A.M.,

21   before April Wood Brott, Certified Shorthand Reporter

22   Number 13782, in and for the State of California.

23

24   STENO
     concierge@steno.com
25   (888) 707-9366

| 09:25:37 | 1 | Q.  And do you consider yourself well-versed in |
| 09:25:40 | 2 | what police officers need to do to set up a free |
| 09:25:44 | 3 | speech zone? |
| 09:25:45 | 4 | A.  No. |
| 09:25:45 | 5 | Q.  Okay.  Do you consider yourself well-versed |
| 09:25:48 | 6 | in what police officers are to say to you when they |
| 09:25:54 | 7 | intend to enforce the law when you're protesting? |
| 09:25:59 | 8 | A.  Enforce the law.  That's a tricky one. |
| 09:26:03 | 9 | Q.  Let me rephrase that. |
| 09:26:04 | 10 | Do you -- are you familiar with what |
| 09:26:05 | 11 | language they must use to tell you you're under |
| 09:26:08 | 12 | detention or arrest? |
| 09:26:09 | 13 | A.  There's no set language.  It can be |
| 09:26:18 | 14 | intimated, from the case law I've read.  So there's |
| 09:26:21 | 15 | no set language.  But I'm familiar with language |
| 09:26:24 | 16 | that has been used to me in the past. |
| 09:26:27 | 17 | Q.  Let's talk about that.  What language has |
| 09:26:34 | 18 | been used in the past when you have been arrested? |
| 09:26:38 | 19 | A.  Sometimes no language at all.  It's just |
| 09:26:41 | 20 | been actions. |
| 09:26:43 | 21 | Q.  Such as? |
| 09:26:44 | 22 | A.  Such as "Put your hands behind your back" |
| 09:26:46 | 23 | and "You're under arrest." |
| 09:26:51 | 24 | Q.  Now, you just said, "and you're under |
| 09:26:53 | 25 | arrest."  Have you -- that's actually a statement |

```
09:27:59   1        A.   No.  I can't recall specific language for
09:28:01   2   each one.  I just can't do that.
09:28:08   3        Q.   Can you recall the protests where you were
09:28:13   4   put in handcuffs?
09:28:14   5        A.   Yes.
09:28:14   6        Q.   Can you list them for us?
09:28:16   7        A.   One was Universal Circus, Oakland.  I think
09:28:22   8   it was about 2001.  One was Ringling Brothers
09:28:28   9   Circus, Oakland, 2005.  Ringling Brothers Circus
09:28:35  10   again, Oakland, 2008.  Carson & Barnes Circus at Cal
09:28:42  11   Expo -- I think it was 2011.
09:28:44  12        Q.   Is that Cal Expo Sacramento?
09:28:45  13        A.   Cal Expo Sacramento.  And those were the --
09:28:51  14   there were a couple in Berkeley in the 80s, early
09:28:54  15   90s, if you want those too.
09:28:57  16        Q.   Let's just work with the four that you
09:28:59  17   named.
09:29:00  18             Universal Circus Oakland -- was that
09:29:03  19   Oakland PD, or was that Alameda SO?
09:29:06  20        A.   Oakland PD.
09:29:08  21        Q.   And Ringling Brothers/Barnum & Bailey in
09:29:11  22   Oakland?
09:29:11  23        A.   Oakland PD.
09:29:13  24        Q.   And the Ringling Brothers/Barnum & Bailey
09:29:13  25   in 2008?
```

| | | |
|---|---|---|
| 09:33:22 | 1 | San Francisco police officers that engaged with you |
| 09:33:25 | 2 | -- is that correct? |
| 09:33:25 | 3 | A.  Yes. |
| 09:33:26 | 4 | Q.  And can you tell us what happened in that |
| 09:33:28 | 5 | incident? |
| 09:33:28 | 6 | A.  We were -- a couple of us were holding a |
| 09:33:33 | 7 | banner, and some of the people were walking through |
| 09:33:40 | 8 | the crowd with signs and leaflets to hand out |
| 09:33:43 | 9 | information, and we were -- as you're looking at the |
| 09:33:45 | 10 | stage, we were on the left side of the stage, and -- |
| 09:33:47 | 11 | the banner holder was on the left side of the stage. |
| 09:33:50 | 12 | Q.  So not in the free speech zone? |
| 09:33:53 | 13 | A.  No, no one was in the free speech zone. |
| 09:33:56 | 14 | And the police came over and told us that we had to |
| 09:34:02 | 15 | be in the free speech zone, and we said, "No, this |
| 09:34:04 | 16 | is a public forum," and they ended up citing us, and |
| 09:34:08 | 17 | then we went in the free speech zone. |
| 09:34:10 | 18 | Q.  Okay.  So no one was in the free speech |
| 09:34:14 | 19 | zone, and two officers approached you.  And who was |
| 09:34:16 | 20 | with you? |
| 09:34:17 | 21 | A.  Deniz was with me, and another guy, Alex |
| 09:34:21 | 22 | Felsinger, and there were some other people.  I |
| 09:34:24 | 23 | don't remember who.  There were a couple other |
| 09:34:24 | 24 | people. |
| 09:34:24 | 25 | Q.  Okay.  And the officers -- can you tell us |

09:34:27  1  what the officers said to you about -- did they tell

09:34:30  2  you you had to go to the free speech zone?

09:34:33  3       A.  I believe so.  My recollection is I believe

09:34:35  4  so.  That's what they said.

09:34:36  5       Q.  And what did you say?

09:34:37  6       A.  We said, "No.  This is a whole public forum

09:34:41  7  area, and we're not going to do that."

09:34:43  8       Q.  Okay.  And did they say anything about

09:34:45  9  arresting you?

09:34:45  10      A.  They did, yes.

09:34:46  11      Q.  Okay.  Did you ask them if they were going

09:34:49  12  to arrest you?

09:34:50  13      A.  I don't recall specifically, but I may

09:34:52  14  have.

09:34:53  15      Q.  Okay.  And the officer told you they were

09:34:55  16  going to arrest you?

09:34:56  17      A.  Yes.

09:34:57  18      Q.  And what did he say?  What did one or both

09:35:01  19  say?

09:35:01  20      A.  I don't recall specifically, but it ended

09:35:05  21  up where we got cited, a citation.  There was no

09:35:09  22  physical custody.  It was a citation.

09:35:15  23      Q.  But you were put on notice.  You were told

09:35:18  24  in some form -- the words were "You're going to be

09:35:21  25  arrested if you don't go to the free speech zone"?

JOSEPH CUVIELLO                                              JOB NO. 843103
FEBRUARY 20, 2024

| | | |
|---|---|---|
| 09:35:23 | 1 | A.  Yes, if we continued to exercise our free |
| 09:35:27 | 2 | speech.  If we didn't continue to exercise our |
| 09:35:31 | 3 | freedom of speech, of course we wouldn't have been |
| 09:35:33 | 4 | arrested. |
| 09:35:33 | 5 | Q.  So I just want to drill down on that a |
| 09:35:35 | 6 | little bit to make sure I got a clear record. |
| 09:35:38 | 7 | Did they tell you you had to go to the free |
| 09:35:41 | 8 | speech zone? |
| 09:35:41 | 9 | A.  Yes. |
| 09:35:41 | 10 | Q.  And then what did you say to them? |
| 09:35:44 | 11 | A.  I don't recall specifically.  Again, I can |
| 09:35:45 | 12 | just -- |
| 09:35:45 | 13 | Q.  As best you remember. |
| 09:35:47 | 14 | A.  The gist of it was, "No.  This is a public |
| 09:35:50 | 15 | forum, and that's illegal, so we're not going to do |
| 09:35:53 | 16 | that." |
| 09:35:53 | 17 | Q.  Okay.  Do you remember what the officer |
| 09:35:55 | 18 | then said? |
| 09:35:56 | 19 | A.  I don't recall specifically, but what I do |
| 09:35:59 | 20 | recall is the whole wrap-up of it was we could be |
| 09:36:02 | 21 | arrested, and he gave us a citation, and if we |
| 09:36:07 | 22 | continued to do it, they would take us into custody |
| 09:36:10 | 23 | was my impression, and so we went into the free |
| 09:36:14 | 24 | speech zone after that. |
| 09:36:17 | 25 | Q.  I know you're summarizing by your best |

| | | |
|---|---|---|
| 09:36:19 | 1 | memory.  Do you recall whether there was any body |
| 09:36:22 | 2 | camera footage that was involved in that case? |
| 09:36:24 | 3 | A.  From the officers? |
| 09:36:25 | 4 | Q.  Yes. |
| 09:36:26 | 5 | A.  I don't remember any body camera footage at |
| 09:36:31 | 6 | that time. |
| 09:36:31 | 7 | Q.  Okay.  And if I understand correctly, what |
| 09:36:34 | 8 | you're telling me is that at the point that you said |
| 09:36:36 | 9 | you're going to exercise your free speech rights -- |
| 09:36:39 | 10 | and I'm paraphrasing -- the officers did say or an |
| 09:36:43 | 11 | officer did say you could be arrested? |
| 09:36:46 | 12 | A.  I don't know "could," but my whole |
| 09:36:48 | 13 | impression of the whole thing -- I mean, it was a |
| 09:36:50 | 14 | long time ago.  It was, like -- I don't remember -- |
| 09:36:53 | 15 | 2012, 2013, something. |
| 09:36:54 | 16 | Q.  Judge Chen ruled on this in 2013, as I |
| 09:36:58 | 17 | recall. |
| 09:36:58 | 18 | A.  Okay.  Yeah, something like that.  So I |
| 09:37:00 | 19 | don't remember the exact words, but the whole thing |
| 09:37:03 | 20 | was we would be arrested if we didn't go to the free |
| 09:37:07 | 21 | speech zone.  We ended up getting cited, and we |
| 09:37:09 | 22 | ended up going to the free speech zone.  That was |
| 09:37:10 | 23 | the whole process. |
| 09:37:16 | 24 | Q.  In the form of giving you a citation, did |
| 09:37:19 | 25 | you understand that was a detention and an actual |

| | | |
|---|---|---|
| 09:37:22 | 1 | arrest under the Fourth Amendment? |
| 09:37:24 | 2 | A.  Yes, I did. |
| 09:37:26 | 3 | Q.  Okay.  And then the subsequent |
| 09:37:30 | 4 | comments/admonishments/threats were that if you |
| 09:37:35 | 5 | didn't go to the free speech zone, you could |
| 09:37:38 | 6 | actually be taken into custody and transported into |
| 09:37:42 | 7 | jail? |
| 09:37:42 | 8 | A.  That's what I remember. |
| 09:37:43 | 9 | Q.  Okay.  So let me take you to the Vallejo |
| 09:37:55 | 10 | case.  That was a protest at Six Flags? |
| 09:37:59 | 11 | A.  Yes. |
| 09:38:00 | 12 | Q.  And that protest also involved animal |
| 09:38:02 | 13 | rights issues? |
| 09:38:03 | 14 | A.  Yes. |
| 09:38:03 | 15 | Q.  And in that protest, did it involve a free |
| 09:38:07 | 16 | speech zone? |
| 09:38:07 | 17 | A.  No. |
| 09:38:07 | 18 | Q.  As I understand it, it involved you using a |
| 09:38:11 | 19 | bullhorn or some kind of magnifying -- an amplifier |
| 09:38:15 | 20 | of some kind? |
| 09:38:16 | 21 | A.  Yes. |
| 09:38:17 | 22 | Q.  When -- in that case, can you tell us what |
| 09:38:21 | 23 | you were doing when the officer approached you? |
| 09:38:22 | 24 | A.  I was speaking through a bullhorn at the |
| 09:38:27 | 25 | crowd. |

| | | |
|---|---|---|
| 09:40:50 | 1 | there was a -- I believe there was a Fourth |
| 09:40:51 | 2 | Amendment allegation in there too. |
| 09:40:54 | 3 | Q.  So I'm going to tell you what I understand |
| 09:40:56 | 4 | from reading -- |
| 09:40:57 | 5 | A.  Sure. |
| 09:40:58 | 6 | Q.  -- reports on that, was that you brought |
| 09:40:59 | 7 | the suit against the City for having an ordinance |
| 09:41:03 | 8 | barring the use of a bullhorn or amplified -- an |
| 09:41:11 | 9 | amplifier, anywhere in the city of Vallejo if you |
| 09:41:17 | 10 | don't get a permit first? |
| 09:41:18 | 11 | A.  Yes. |
| 09:41:20 | 12 | Q.  And as I understand it, that case settled? |
| 09:41:23 | 13 | A.  Yes. |
| 09:41:23 | 14 | Q.  It did not get to a trial? |
| 09:41:26 | 15 | A.  No. |
| 09:41:26 | 16 | Q.  Okay.  Are those all the incidents with law |
| 09:41:48 | 17 | enforcement where they either arrested you or, in |
| 09:41:53 | 18 | this case, warned you about use of an amplifier at a |
| 09:42:00 | 19 | protest? |
| 09:42:00 | 20 | A.  I'm not sure.  Were those -- what do you |
| 09:42:04 | 21 | mean those? |
| 09:42:04 | 22 | Q.  Yeah.  Let me back up. |
| 09:42:05 | 23 | A.  Yeah. |
| 09:42:06 | 24 | Q.  Let me back up because you listed four, to |
| 09:42:08 | 25 | the best of your memory, since 2000.  So let's put |

| | | |
|---|---|---|
| 09:42:12 | 1 | prior to 2000 out of the equation. |
| 09:42:14 | 2 | A.  Four -- |
| 09:42:15 | 3 | Q.  Four times you were actually put in |
| 09:42:17 | 4 | handcuffs. |
| 09:42:18 | 5 | A.  Yes. |
| 09:42:18 | 6 | Q.  Three of the four, you do recall they |
| 09:42:22 | 7 | warned you that you would be arrested? |
| 09:42:25 | 8 | A.  Four.  No, I didn't say that.  I don't |
| 09:42:26 | 9 | recall saying that.  Three of the four. |
| 09:42:28 | 10 | Q.  Let me go back through it then. |
| 09:42:30 | 11 | A.  Yeah. |
| 09:42:31 | 12 | Q.  So the protest Universal Circus in Oakland |
| 09:42:35 | 13 | in 2001, you were put in handcuffs, and you believe |
| 09:42:40 | 14 | you were told you were under arrest because the only |
| 09:42:45 | 15 | one you remember there was no warning -- |
| 09:42:47 | 16 | A.  I don't -- |
| 09:42:47 | 17 | Q.  -- was 2008? |
| 09:42:47 | 18 | A.  I don't recall exactly what he said.  This |
| 09:42:51 | 19 | is what I recall:  I was -- we were in the street, |
| 09:42:56 | 20 | and he was -- and I was telling him something was |
| 09:43:00 | 21 | going on, and he just said, "Get out of the street, |
| 09:43:02 | 22 | or I'm going to arrest you," and I said, "What for?" |
| 09:43:06 | 23 | And he just arrested me. |
| 09:43:07 | 24 | Q.  Okay.  So there was a warning? |
| 09:43:09 | 25 | A.  Yes. |

JOSEPH CUVIELLO
FEBRUARY 20, 2024

JOB NO. 843103

| | | |
|---|---|---|
| 09:43:10 | 1 | Q. Okay. In the 2005 Ringling Brothers |
| 09:43:15 | 2 | arrest? |
| 09:43:16 | 3 | A. Definitely a warning. |
| 09:43:17 | 4 | Q. Warning. |
| 09:43:21 | 5 | A. Yeah. |
| 09:43:21 | 6 | Q. And the warning incorporated the word |
| 09:43:24 | 7 | "arrest"? |
| 09:43:24 | 8 | A. I don't recall, but it may have. |
| 09:43:26 | 9 | Q. Okay. In the 2008, there was no warning -- |
| 09:43:30 | 10 | A. No warning. |
| 09:43:31 | 11 | Q. -- and you were arrested and taken to a |
| 09:43:33 | 12 | facility and cited out? |
| 09:43:34 | 13 | A. Yes. |
| 09:43:34 | 14 | Q. In the Cal Expo case, do you recall being |
| 09:43:39 | 15 | warned? |
| 09:43:41 | 16 | A. No. I recall them just coming up to us as |
| 09:43:44 | 17 | we were leaving and arresting us. |
| 09:43:46 | 18 | Q. Okay. And what was the reason for the |
| 09:43:52 | 19 | arrest in that case? |
| 09:43:53 | 20 | A. It was illegal, so there was no reason. |
| 09:43:57 | 21 | Q. Well, they have to give you a reason -- |
| 09:43:59 | 22 | A. Oh, I see. They told us we were |
| 09:44:03 | 23 | trespassing. |
| 09:44:04 | 24 | Q. Trespassing. Okay. You don't recall any |
| 09:44:06 | 25 | warning prior to that? |

09:44:07  1      A.  When we first showed up, one of the

09:44:11  2  officers told us we couldn't go on the property, and

09:44:14  3  we said no.  It's a public forum, and we went on

09:44:17  4  there, and then as we were leaving after the arrest

09:44:19  5  is when they arrested us.

09:44:19  6      Q.  So --

09:44:20  7      A.  After -- when we were leaving after the

09:44:25  8  protest.

09:44:26  9      Q.  I understand.

09:44:26  10          In the 2001 case, it was a warning to get

09:44:29  11  out of the street, right?

09:44:30  12      A.  Yes.

09:44:30  13      Q.  In the 2005 case -- I didn't ask you

09:44:33  14  this -- what you were you doing at the time you were

09:44:37  15  warned and then placed under arrest?

09:44:39  16      A.  I was video recording the animals in the

09:44:42  17  compound from a landing at the Oakland arena.

09:44:46  18      Q.  Okay.  Did those four cases result in

09:44:49  19  lawsuits?

09:44:49  20      A.  Yes.

09:44:54  21      Q.  All right.  Let me take you up to Rowell

09:45:05  22  Ranch.

09:45:05  23          When did you first start protesting at

09:45:08  24  Rowell Ranch?

09:45:11  25      A.  I think it was in the late 80s, maybe the

| | | |
|---|---|---|
| 09:48:43 | 1 | Is that your memory? |
| 09:48:45 | 2 |     A.  Yes. |
| 09:48:49 | 3 |     Q.  Okay.  Did anyone wearing a Hayward Area |
| 09:48:52 | 4 | Recreation and Park shirt, something that designated |
| 09:48:56 | 5 | them as an employee of HARD, interact with you |
| 09:48:59 | 6 | pre-COVID about a free speech area? |
| 09:49:03 | 7 |     A.  I don't recall anyone looking like they |
| 09:49:05 | 8 | were from HARD. |
| 09:49:05 | 9 |     Q.  Okay.  In the past, in any of your |
| 09:49:07 | 10 | demonstrations and activism, have you ever |
| 09:49:10 | 11 | interacted with law enforcement prior to an event to |
| 09:49:13 | 12 | let them know you're coming out and find out if |
| 09:49:16 | 13 | there's any free speech zone area set up? |
| 09:49:20 | 14 |     A.  I've interacted with law enforcement, not |
| 09:49:22 | 15 | to find out about any free speech area; just to let |
| 09:49:23 | 16 | them know we're coming out and to let them know what |
| 09:49:26 | 17 | we believe our rights are and what we expect our |
| 09:49:27 | 18 | rights to be upheld. |
| 09:49:29 | 19 |     Q.  Okay.  Did you have any interaction with |
| 09:49:33 | 20 | the Hayward Area Recreation and Park District that |
| 09:49:37 | 21 | you were coming out to protest at the rodeo anytime |
| 09:49:40 | 22 | prior to 2022? |
| 09:49:41 | 23 |     A.  I don't recall specifically.  I don't |
| 09:49:43 | 24 | remember if I did or not. |
| 09:49:44 | 25 |     Q.  Okay.  In any of the conversations you had |

| | | |
|---|---|---|
| 09:55:24 | 1 | A.  Prior to Kuba, yes. |
| 09:55:26 | 2 | Q.  All right.  And did you ever go -- did you |
| 09:55:31 | 3 | adhere to the free speech zone, or did you protest |
| 09:55:33 | 4 | where you wanted to? |
| 09:55:33 | 5 | A.  I adhered to the free speech zone. |
| 09:55:36 | 6 | Q.  Okay.  And subsequent to Kuba, have you |
| 09:55:38 | 7 | been out to the Cow Palace? |
| 09:55:38 | 8 | A.  Yes. |
| 09:55:40 | 9 | Q.  To protest? |
| 09:55:41 | 10 | A.  Yes. |
| 09:55:41 | 11 | Q.  And do they still keep a free speech zone? |
| 09:55:43 | 12 | A.  They did initially right after, I think a |
| 09:55:49 | 13 | year, maybe two years.  I don't remember. |
| 09:55:50 | 14 | Q.  And to your memory, there is none now, or |
| 09:55:54 | 15 | there hasn't been at later protests? |
| 09:55:57 | 16 | A.  I've been out there, and I haven't seen a |
| 09:56:00 | 17 | free speech zone. |
| 09:56:00 | 18 | Q.  Okay.  What's your understanding of your |
| 09:56:02 | 19 | obligation to stay in a free speech zone? |
| 09:56:06 | 20 | A.  My understanding is if I think it's |
| 09:56:15 | 21 | illegal, I will challenge it.  If I don't want to |
| 09:56:17 | 22 | get arrested at that moment, then I will abide by it |
| 09:56:21 | 23 | and then challenge it after.  That's my |
| 09:56:23 | 24 | understanding. |
| 09:56:23 | 25 | Q.  Okay. |

| | | |
|---|---|---|
| 10:02:24 | 1 | But you had moved down into the area near |
| 10:02:27 | 2 | the ticket booths alongside the road and stood in |
| 10:02:29 | 3 | the road handing out pamphlets.  Do you agree that's |
| 10:02:32 | 4 | a general description of things leading up to the |
| 10:02:34 | 5 | interaction with law enforcement in 2022? |
| 10:02:37 | 6 | A.  Yes. |
| 10:02:37 | 7 | Q.  All right.  On the day of the incident, had |
| 10:02:44 | 8 | you ever interacted with Kevin Hart, the park |
| 10:02:47 | 9 | ranger? |
| 10:02:48 | 10 | A.  Prior to -- |
| 10:02:50 | 11 | Q.  Prior to the day of the incident. |
| 10:02:52 | 12 | A.  No. |
| 10:02:52 | 13 | Q.  Had you ever seen Kevin Hart in any law |
| 10:02:57 | 14 | enforcement role prior to the day of the incident? |
| 10:02:59 | 15 | A.  No. |
| 10:02:59 | 16 | Q.  When I say Kevin Hart, do you know who I am |
| 10:03:05 | 17 | speaking about? |
| 10:03:06 | 18 | A.  Yes. |
| 10:03:06 | 19 | Q.  That's the man in the park ranger shirt, |
| 10:03:13 | 20 | somewhat of a burly man, and he is the one who was |
| 10:03:17 | 21 | interacting with you at the moment in time the |
| 10:03:22 | 22 | sheriff's deputies came over and were speaking with |
| 10:03:25 | 23 | you as well? |
| 10:03:25 | 24 | A.  No. |
| 10:03:26 | 25 | Q.  Okay. |

| | | |
|---|---|---|
| 10:03:27 | 1 | A. He was not -- he didn't come over to speak |
| 10:03:29 | 2 | to me while the sheriff's deputies were talking to |
| 10:03:32 | 3 | me. He came over with the sheriff deputy after the |
| 10:03:34 | 4 | sheriff deputies had already talked to me. |
| 10:03:38 | 5 | Q. Okay. Good. Thank you. |
| 10:03:39 | 6 | When -- what did Hart say to you when he |
| 10:03:47 | 7 | first interacted with you? |
| 10:03:48 | 8 | A. I don't remember his specific words, but it |
| 10:03:51 | 9 | was basically "We have a free speech area, and you |
| 10:03:54 | 10 | need to go into the free speech area." |
| 10:03:57 | 11 | Q. Okay. Did he use the word he was going to |
| 10:04:00 | 12 | arrest you? |
| 10:04:01 | 13 | A. No. He avoided that word, actually, when I |
| 10:04:04 | 14 | asked him what would happen if we don't go there. |
| 10:04:07 | 15 | Q. Okay. What did he say? |
| 10:04:08 | 16 | A. "It won't be good." |
| 10:04:09 | 17 | Q. What did he mean? |
| 10:04:10 | 18 | A. I don't know what he meant, but I know how |
| 10:04:14 | 19 | I took it, and that was that if you don't go over |
| 10:04:17 | 20 | there, you're going to be arrested. |
| 10:04:19 | 21 | Q. Okay. Did he say he was going to arrest |
| 10:04:21 | 22 | you? |
| 10:04:21 | 23 | A. No. At the time, I didn't even know he had |
| 10:04:24 | 24 | that power, to be honest with you. That's why I |
| 10:04:24 | 25 | talked to Deputy Mayfield. |

| | | |
|---|---|---|
| 10:04:24 | 1 | Q.  Do you know if he had that power? |
| 10:04:26 | 2 | A.  Now I understand he does, but I didn't know |
| 10:04:29 | 3 | at that time. |
| 10:04:29 | 4 | Q.  What power did he have to arrest you on? |
| 10:04:32 | 5 | A.  My understanding is the rangers of the HARD |
| 10:04:36 | 6 | department have power of law enforcement. |
| 10:04:39 | 7 | Q.  Okay.  Do you know that for a fact, or |
| 10:04:42 | 8 | that's just what you've read in case authority or |
| 10:04:44 | 9 | taken from it? |
| 10:04:44 | 10 | A.  No, no.  It's not case authority.  I think |
| 10:04:45 | 11 | I've read it on HARD's website. |
| 10:04:47 | 12 | Q.  Did you read anything about it being on |
| 10:04:50 | 13 | HARD's website that they have citation power under |
| 10:04:53 | 14 | ordinance for ordinance violations in the recreation |
| 10:04:55 | 15 | and park area? |
| 10:04:56 | 16 | A.  I don't recall specifically, but my |
| 10:05:01 | 17 | understanding was it was just on HARD property, if |
| 10:05:04 | 18 | that's what you're asking. |
| 10:05:05 | 19 | Q.  No, I'm not.  I'm asking what your |
| 10:05:08 | 20 | understanding is of what they can arrest you for. |
| 10:05:11 | 21 | A.  My understanding is they just have power of |
| 10:05:19 | 22 | law enforcement on HARD property.  So whatever -- if |
| 10:05:22 | 23 | there was somebody breaking a law on HARD property, |
| 10:05:24 | 24 | they could arrest them.  That was my understanding. |
| 10:05:25 | 25 | Q.  Did he tell you any law he would arrest you |

| | | |
|---|---|---|
| 10:05:28 | 1 | for if you did not go back to the free speech area? |
| 10:05:31 | 2 | A.  No. |
| 10:05:32 | 3 | Q.  So you don't know what he was referring to |
| 10:05:34 | 4 | in terms of a violation of law when he said -- what |
| 10:05:39 | 5 | were the words again? |
| 10:05:40 | 6 | A.  He said it won't be good if I didn't -- if |
| 10:05:42 | 7 | we didn't go over there.  Yeah. |
| 10:05:44 | 8 | Q.  And you have no idea what that referred to |
| 10:05:47 | 9 | in terms of a violation of law? |
| 10:05:49 | 10 | A.  I can't speak for him.  I only know how I |
| 10:05:53 | 11 | took it. |
| 10:05:54 | 12 | Q.  Okay.  All right. |
| 10:05:55 | 13 | MS. BLOME:  Can I interrupt and suggest we |
| 10:05:57 | 14 | take that break?  I need a -- |
| 10:06:00 | 15 | MR. ALLEN:  Well, let me finish this -- |
| 10:06:00 | 16 | MS. BLOME:  Sure. |
| 10:06:02 | 17 | MR. ALLEN:  -- this quick line of questions |
| 10:06:04 | 18 | because I think it's going to wrap up Mr. Hart. |
| 10:06:07 | 19 | MS. BLOME:  Oh, okay. |
| 10:06:07 | 20 | BY MR. ALLEN: |
| 10:06:08 | 21 | Q.  Did he use words such as "I'm going to |
| 10:06:11 | 22 | detain you for not moving back up to the free speech |
| 10:06:15 | 23 | area"? |
| 10:06:16 | 24 | A.  No. |
| 10:06:16 | 25 | Q.  And did he use -- did he physically touch |

| | | |
|---|---|---|
| 10:06:19 | 1 | you? |
| 10:06:19 | 2 | A.  No. |
| 10:06:19 | 3 | Q.  And at this point, Deputy Mayfield was |
| 10:06:26 | 4 | standing with him? |
| 10:06:26 | 5 | A.  Yes. |
| 10:06:27 | 6 | Q.  Did Deputy Mayfield say anything that if |
| 10:06:31 | 7 | you don't follow his instructions, you're going to |
| 10:06:34 | 8 | be arrested? |
| 10:06:34 | 9 | A.  He said, "You could be arrested." |
| 10:06:36 | 10 | Q.  Deputy Mayfield said that? |
| 10:06:37 | 11 | A.  Yeah. |
| 10:06:38 | 12 | Q.  Did Mr. Hart at any time say anything -- |
| 10:06:42 | 13 | "That's right.  You could be arrested.  I could |
| 10:06:44 | 14 | arrest you" or anything like that? |
| 10:06:46 | 15 | A.  He never said that. |
| 10:06:46 | 16 | Q.  Did -- |
| 10:06:54 | 17 | A.  Nor did he say, "You won't be arrested." |
| 10:06:56 | 18 | Q.  But you don't know what he meant other than |
| 10:06:59 | 19 | you had a way you took it? |
| 10:06:59 | 20 | A.  All I know is they were together trying to |
| 10:07:03 | 21 | get me to go to the free speech area.  That's what I |
| 10:07:06 | 22 | know. |
| 10:07:06 | 23 | Q.  Other than the fact that he was wearing a |
| 10:07:08 | 24 | park ranger shirt, did he tell you he was law |
| 10:07:11 | 25 | enforcement? |

| | | |
|---|---|---|
| 10:07:11 | 1 | A.  No. |
| 10:07:11 | 2 | Q.  Did he tell you he was a police officer? |
| 10:07:13 | 3 | A.  No. |
| 10:07:13 | 4 | Q.  Did he tell you that he was an employee of |
| 10:07:17 | 5 | the Alameda Sheriff's Department as a sworn police |
| 10:07:20 | 6 | officer or law enforcement officer? |
| 10:07:20 | 7 | A.  No. |
| 10:07:21 | 8 | Q.  And again, we have the video, so we know |
| 10:07:28 | 9 | the timeline, and I think we could -- hopefully |
| 10:07:31 | 10 | we're going to have an agreement on the language |
| 10:07:33 | 11 | that was used. |
| 10:07:35 | 12 | After this interchange with -- the initial |
| 10:07:39 | 13 | interchange with Hart, did he say anything more to |
| 10:07:43 | 14 | you regarding what he could do, would do, might do, |
| 10:07:47 | 15 | or what you took as he meant he would do? |
| 10:07:51 | 16 | A.  You mean after this interchange ended? |
| 10:07:57 | 17 | Q.  Right.  Was there further conversation to |
| 10:08:00 | 18 | suggest he was going to take some form of law |
| 10:08:03 | 19 | enforcement action against you? |
| 10:08:03 | 20 | A.  No.  That was the only time I had |
| 10:08:05 | 21 | interaction with him. |
| 10:08:06 | 22 | Q.  Okay.  In the video, it appears that he |
| 10:08:10 | 23 | walks away from you.  Is that what he did? |
| 10:08:12 | 24 | A.  Yes. |
| 10:08:12 | 25 | Q.  You stayed in the road where you were? |

```
10:09:07   1        A.   Are you going to go to the free speech

10:09:10   2    area.

10:09:10   3        Q.   Right.  I'm sorry.  Were you present, or is

10:09:12   4    that something you saw on the video?

10:09:14   5        A.   I was present.

10:09:17   6        Q.   Okay.  Did he say anything else than that,

10:09:20   7    ask that question?

10:09:20   8        A.   I don't remember anything after that.

10:09:24   9        Q.   Okay.  Did you ever hear him use words to

10:09:27  10    those people that "You're going to be arrested if

10:09:29  11    you don't go there"?

10:09:30  12        A.   I never heard that.

10:09:31  13        Q.   "You're going to be detained"?

10:09:33  14        A.   I never heard that.

10:09:34  15        Q.   "You're going to be cited"?

10:09:35  16        A.   No.

10:09:36  17        Q.   Did you ever see him physically escort

10:09:38  18    anybody away that was part of your protest group?

10:09:43  19        A.   No.

10:09:43  20        Q.   Did he ever physically move you away?

10:09:46  21        A.   No.

10:09:47  22        Q.   Did he ever physically move Ms. Bolbol

10:09:50  23    away?

10:09:50  24        A.   No.

10:09:51  25             MR. ALLEN:  Okay.  You wanted to take that
```

```
 1              REPORTER'S CERTIFICATION

 2

 3        I, April Wood Brott, Certified Shorthand Reporter

 4   in and for the State of California, do hereby certify:

 5

 6        That the foregoing witness was by me duly sworn;

 7   that the deposition was then taken before me; that the

 8   testimony and proceedings were reported stenographically

 9   by me and later transcribed into typewriting under my

10   direction; that the foregoing is a true record of the

11   testimony and proceedings taken at that time.

12

13        IN WITNESS WHEREOF, I have subscribed my name

14   on this date: February 27, 2024.

15

16

17

18

19

20   _____

21             April Wood Brott, CSR No. 13782

22

23

24

25
```

# EXHIBIT "B"

# Deposition Transcript

Case Number: 3:23-cv-01652-VC
Date: March 6, 2024

In the matter of:

# CUVIELLO, et al. v ROWELL RANCH RODEO, INC., et al.

## DENIZ BOLBOL



**CERTIFIED COPY**

Reported by:

April Wood Brott
CSR No. 13782

Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3
     JOSEPH P. CUVIELLO and        )
 4   DENIZ BOLBOL, individually    )
                                   )
 5                 Plaintiffs,     )
                                   )
 6   vs.                           ) Case No. 3:23-cv-01652-VC
                                   )
 7   ROWELL RANCH RODEO, INC.,     )
     HAYWARD AREA RECREATION AND    )
 8   PARK DISTRICT, HAYWARD AREA   )
     RECREATION AND PARK DISTRICT  )
 9   PUBLIC SAFETY MANAGER KEVIN   )
     HART, and DOES 1 and 2, in    )
10   their individually and        )
     official capacities, jointly )
11   and severally,                )
                                   )
12                 Defendants.     )
     _____)

13

14

15

16

17

18          VIDEOTAPED DEPOSITION OF DENIZ BOLBOL, taken at

19   180 Montgomery Street, Suite 1200, San Francisco,

20   California on Wednesday, March 6, 2024, at 10:13 A.M.,

21   before April Wood Brott, Certified Shorthand Reporter

22   Number 13782, in and for the State of California.

23

24   STENO
     concierge@steno.com
25   (888) 707-9366
```

| | | |
|---|---|---|
| 10:23:34 | 1 | you're being threatened with arrest? |
| 10:23:36 | 2 | A.  When they come up and tell you that -- when |
| 10:23:41 | 3 | they answer a question, "Am I going to be arrested?" |
| 10:23:43 | 4 | and they say, "Maybe," or "You'll find out," then |
| 10:23:47 | 5 | you kind of know, "Well, gee, that's what they've |
| 10:23:51 | 6 | got in their mind." |
| 10:23:52 | 7 | Q.  Okay.  We'll get into that in a bit. |
| 10:23:55 | 8 | Have you ever been arrested as a protestor? |
| 10:23:59 | 9 | A.  I have. |
| 10:24:00 | 10 | Q.  Okay.  How many times, if you can estimate? |
| 10:24:04 | 11 | A.  So I'm guessing a little bit, but I can |
| 10:24:08 | 12 | give you a ballpark.  Okay?  So I think --  I was |
| 10:24:12 | 13 | trying to think of this the other day.  I think it's |
| 10:24:15 | 14 | about three or four.  Three or four, but we'll say |
| 10:24:20 | 15 | three to five, just to be safe. |
| 10:24:22 | 16 | Q.  Okay.  Okay.  And do you remember in |
| 10:24:31 | 17 | particular when and where those occurred?  And you |
| 10:24:36 | 18 | can just list from your memory. |
| 10:24:37 | 19 | A.  So the ones I remember are Cal Expo, |
| 10:24:49 | 20 | Oakland, and -- oh, I just had the other one.  I |
| 10:24:56 | 21 | just had the other one.  There's a third one I just |
| 10:24:59 | 22 | remembered, and I can't remember which one it is. |
| 10:25:01 | 23 | Let me think.  Oh.  Daly City, they took me in.  So |
| 10:25:05 | 24 | there's another one because I just remembered |
| 10:25:08 | 25 | another one.  So there's a fourth one right now that |

11:06:41  1      A.  Yes.

11:06:43  2      Q.  And that's similar to what you've done in

11:06:45  3  prior years?

11:06:46  4      A.  Yes.

11:06:46  5      Q.  Okay.  And what did the banners say, if you

11:06:53  6  can recall any of them?

11:06:54  7      A.  Something like "Rodeo's not fun for

11:06:58  8  animals" or, you know, "Not fun for the animals" or

11:07:02  9  "Rodeo is animal abuse," things that indicate the

11:07:06  10  animals are suffering.

11:07:12  11      Q.  Okay.  And do you remember what part of the

11:07:13  12  property you went to go protest on May 20th?

11:07:16  13      A.  Yes.

11:07:17  14      Q.  Can you tell me where?

11:07:18  15      A.  Yes.  We would walk in the main gate, and

11:07:22  16  we'd walk right up to just before the ticket booths

11:07:25  17  and the entrance gate to the venue.

11:07:30  18      Q.  Okay.  And is that common to years past as

11:07:33  19  well?

11:07:33  20      A.  Yes.  Yes.

11:07:34  21      Q.  Okay.  And do you know who Mr. Hart is,

11:07:45  22  Kevin Hart?

11:07:45  23      A.  I do now.

11:07:46  24      Q.  Had you ever met Kevin Hart prior in any

11:07:52  25  situation --

| | | |
|---|---|---|
| 11:07:53 | 1 | A.  I don't recall. |
| 11:07:53 | 2 | Q.  -- to the subject incident? |
| 11:07:55 | 3 | A.  I don't recall. |
| 11:07:56 | 4 | Q.  Okay.  And do you recall what he was |
| 11:08:05 | 5 | wearing? |
| 11:08:05 | 6 | A.  I think it was a dark shirt with his little |
| 11:08:08 | 7 | logo. |
| 11:08:09 | 8 | Q.  Okay.  So that would be the HARD ranger |
| 11:08:13 | 9 | logo? |
| 11:08:13 | 10 | A.  Yes. |
| 11:08:14 | 11 | Q.  That he was wearing?  Okay. |
| 11:08:21 | 12 | Do you remember prior to Mr. Hart's arrival |
| 11:08:33 | 13 | whether you had an interaction with anyone from |
| 11:08:35 | 14 | Rowell Ranch? |
| 11:08:37 | 15 | A.  Oh, yes. |
| 11:08:38 | 16 | Q.  What can you recall from that interaction? |
| 11:08:42 | 17 | A.  They tried telling us we couldn't stand |
| 11:08:45 | 18 | there, that we had to go to a free speech area.  We |
| 11:08:49 | 19 | said no.  I mean, it was the same old same old. |
| 11:08:55 | 20 | Q.  Okay. |
| 11:08:55 | 21 | A.  That we're lying, the animals are fine, |
| 11:08:58 | 22 | they like it.  I mean, same thing all the animal |
| 11:09:06 | 23 | abusers say. |
| 11:09:07 | 24 | Q.  And how did you respond to that? |
| 11:09:12 | 25 | A.  "We're not going to a free speech zone," |

| | | |
|---|---|---|
| 11:24:06 | 1 | Q.  Did anyone threaten to -- from law |
| 11:24:10 | 2 | enforcement or HARD threaten to physically move you? |
| 11:24:21 | 3 | A.  Did they say the words, "I'm going to |
| 11:24:23 | 4 | physically move you right now"?  No. |
| 11:24:25 | 5 | Q.  Just give me one moment here. |
| 11:24:45 | 6 | Did Mr. Hart ever advise you of what you |
| 11:24:49 | 7 | were going to be arrested for, if anything? |
| 11:24:51 | 8 | A.  You know, I really didn't talk to Mr. Hart, |
| 11:24:58 | 9 | I don't believe, so. |
| 11:25:00 | 10 | Q.  Did you hear the conversation between |
| 11:25:03 | 11 | Mr. Hart and Mr. Cuviello? |
| 11:25:06 | 12 | A.  I think I heard bits and pieces, but I |
| 11:25:08 | 13 | didn't -- I wasn't paying full -- I don't recall |
| 11:25:12 | 14 | paying full attention to it.  But anything that was |
| 11:25:14 | 15 | said during that, I just want to restate I rely on |
| 11:25:18 | 16 | the video because that's a true occurrence.  That's |
| 11:25:23 | 17 | what happened. |
| 11:25:23 | 18 | Q.  I understand that, but I just want to know |
| 11:25:25 | 19 | if you heard it, right?  So you could hear some |
| 11:25:28 | 20 | things on the video at a later time, but in that |
| 11:25:32 | 21 | moment -- |
| 11:25:32 | 22 | MS. BLOME:  I'm going to object as asked |
| 11:25:33 | 23 | and answered.  It's getting to the point where |
| 11:25:35 | 24 | you're badgering her a bit. |
| 11:25:38 | 25 | MR. SYREN:  I just want to know if she |

| | | |
|---|---|---|
| 11:25:40 | 1 | heard -- |
| 11:25:40 | 2 | MS. BLOME:  She said no a hundred times. |
| 11:25:43 | 3 | She said she doesn't -- she wasn't involved with the |
| 11:25:44 | 4 | Hart conversation or Mr. Cuviello and Mr. Hart.  She |
| 11:25:48 | 5 | didn't hear it.  She doesn't remember it.  "Check |
| 11:25:51 | 6 | the video."  She said it 50 times by now. |
| 11:25:54 | 7 | MR. SYREN:  Okay.  For the record, I'll ask |
| 11:25:56 | 8 | one last time, and that will be it. |
| 11:25:57 | 9 | MS. BLOME:  No.  No.  Objection.  It |
| 11:25:58 | 10 | doesn't need to be asked again. |
| 11:26:02 | 11 | MR. KHAN:  He can still ask it. |
| 11:26:04 | 12 | MS. BLOME:  I understand. |
| 11:26:04 | 13 | BY MR. SYREN: |
| 11:26:05 | 14 | Q.  Did you hear the conversation between |
| 11:26:06 | 15 | Mr. Hart and Mr. Cuviello? |
| 11:26:08 | 16 | A.  As I said, bits and pieces. |
| 11:26:11 | 17 | Q.  Okay.  And after that interaction, at what |
| 11:26:27 | 18 | point did you first view the video that you took, if |
| 11:26:33 | 19 | you can recall? |
| 11:26:33 | 20 | A.  Probably that night. |
| 11:26:35 | 21 | Q.  Okay.  Did you have any other interactions |
| 11:26:45 | 22 | with Mr. Hart later that day? |
| 11:26:47 | 23 | A.  I don't recall personally having more |
| 11:26:53 | 24 | interactions with Mr. Hart. |
| 11:26:54 | 25 | Q.  Okay. |

11:28:02   1        A.   I probably said something like "Absolutely
11:28:06   2   not," or "Are you crazy?" or something.   I don't
11:28:10   3   know.
11:28:10   4        Q.   Okay.   Let's see here.
11:28:30   5             Do you remember what happened next after
11:28:33   6   the interaction with Mr. Hart?
11:28:35   7        A.   So my vague recollection, which is
11:28:37   8   documented in realtime on video -- my vague
11:28:41   9   recollection is Mayfield finally called the watch
11:28:46   10   commander, and they left us alone.   That's my vague
11:28:50   11   recollection.   But it didn't last.
11:28:55   12        Q.   And to be clear, you never moved from the
11:29:00   13   area you wanted to protest; is that correct?
11:29:02   14        A.   That's correct.
11:29:03   15        Q.   Have you heard of the term "probable cause"
11:29:28   16   before?
11:29:28   17        A.   I've heard of it.
11:29:32   18        Q.   What is your understanding of probable
11:29:37   19   cause?
11:29:37   20        A.   I have no --
11:29:39   21        Q.   As you understand it?
11:29:40   22        A.   -- legal --
11:29:42   23        Q.   Okay.
11:29:43   24        A.   -- way of telling you what that is.   I have
11:29:47   25   probably a general layperson's understanding of

1                     REPORTER'S CERTIFICATION

2

3          I, April Wood Brott, Certified Shorthand Reporter

4     in and for the State of California, do hereby certify:

5

6          That the foregoing witness was by me duly sworn;

7     that the deposition was then taken before me; that the

8     testimony and proceedings were reported stenographically

9     by me and later transcribed into typewriting under my

10    direction; that the foregoing is a true record of the

11    testimony and proceedings taken at that time.

12

13         IN WITNESS WHEREOF, I have subscribed my name

14    on this date:19th day of March 2024.

15

16

17

18

19

20    _____

21          April Wood Brott, CSR No. 13782

22

23

24

25

**EXHIBIT "C"**

Audio Transcription

**Body Cams**

Joseph P. Cuviello

vs.

Rowell Ranch Rodeo



www.aptusCR.com | 866.999.8310

AlamedaCounty_Bolbol_000342

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4  JOSEPH P. CUVIELLO and DENIZ
    BOLBOL, individually,
 5
              Plaintiffs,
 6
     v.                      Case No.: 3:23-cv-01652-VC
 7
    ROWELL RANCH RODEO, INC.;
 8  HAYWARD AREA RECREATION AND
    PARK DISTRICT; HAYWARD AREA
 9  RECREATION AND PARK DISTRICT
    PUBLIC SAFETY MANAGER/RANGER
10  KEVIN HART; ALAMEDA COUNTY
    SHERIFF'S OFFICE; ALAMEDA COUNTY
11  DEPUTY SHERIFF JOSHUA MAYFIELD;
    and DOES 1 and 2, in their individual and
12  official capacities, jointly and severally,
13            Defendants.
    _____
14
15
16
17            AUDIO TRANSCRIPTION
18                 BODY CAMS
19
20
21
22
23  Transcribed by:
    Diana Sasseen
24  CSR No. 13456
25  Job No. 10136070
```

Page 2

1  Begin File 01.

2  (Clip_1.1)_Axon_Body_3_Video_2022-05-20_1808_X603994B1.

3  mp4

4      PUBLIC SAFETY MGR. HART:  -- find out when it

5  happens.

6      PAT:  No.  No.  You need to tell us now.  You

7  can't --

8      PUBLIC SAFETY MGR. HART:  I'm not -- I don't

9  have any responsibility to tell you that, sir.  What I

10  have responsibility for --

11      PAT:  Are you going to arrest us if we don't go

12  there?

13      DEPUTY MAYFIELD:  You could be arrested for

14  trespassing.

15      PAT:  I want to know --

16      PUBLIC SAFETY MGR. HART:  (Inaudible) in a

17  non-designated area.

18      DEPUTY MAYFIELD:  (Inaudible).

19      PAT:  I don't want to be arrested.  So if

20  you're going to arrest me, I need to know ahead of time.

21      DEPUTY MAYFIELD:  You could be arrested --

22      PUBLIC SAFETY MGR. HART:  Are you the --

23      DEPUTY LASZUK:  (Inaudible).

24      PAT:  I don't want a could be arrested.

25      PUBLIC SAFETY MGR. HART:  All right.

Page 3

1      PAT:  I want to know ahead of time.  You need

2  to call your watch commander out here because we have a

3  free speech right.

4      DENIZ:  Yeah, it would be an illegal arrest.

5      PAT:  Let me tell you something.

6      PUBLIC SAFETY MGR. HART:  Sir --

7      PAT:  I'm not talking, I'm talking --

8      PUBLIC SAFETY MGR. HART:  Get our hand out of

9  my.

10      PAT:  No, I'm talking to you.  I'm talking

11  about my right.

12      (End of recording.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1  Begin File 02.

2  (Clip_1.1)_Axon_Body_3_Video_2022-05-20_1936_X603994B1.

3  mp4

4      DEPUTY MAYFIELD:  -- you're not blocking the

5  bathroom and you're not blocking this walkway.  There's

6  two paths, right, that people are kind of using.  This

7  is one here and this one here.  And where you guys were

8  standing right in the middle of this past --

9      DENIZ:  You've just got a hard-on for us, don't

10  you?

11      DEPUTY MAYFIELD:  No, not at all.

12      DENIZ:  Yeah, you do.

13      DEPUTY MAYFIELD:  Not at all.  Not at all.

14      DENIZ:  Why are you trying to harass us?

15      DEPUTY MAYFIELD:  Nobody's harassing you guys.

16      DENIZ:  Yeah, you are.

17      DEPUTY MAYFIELD:  I'm just asking you to not to

18  block ingress.  That's all I'm asking.

19      DENIZ:  Nobody's blocking anything.  You're

20  full of -- look behind you, there's no one coming.

21      DEPUTY MAYFIELD:  Ma'am.  Ma'am.

22      DENIZ:  You got to stop harassing me, man.

23      DEPUTY MAYFIELD:  Nobody's harassing you.

24      DENIZ:  What's your name?

25      DEPUTY MAYFIELD:  Deputy Mayfield.

Page 5

1    DENIZ:  Mayfield, you've got to stop harassing
2  us.
3    DEPUTY MAYFIELD:  Badge 2336.
4  Nobody's harassing you.
5    DENIZ:  You going to be out here all week- --
6  (End of recording.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 6

1  Begin File 03.
2  Axon_Body_3_Video_2022-05-20_1757_X603994B1.mp4
3    DEPUTY LASZUK:  Hello.  How you doing?
4    PAT:  How are you?
5    DEPUTY LASZUK:  So we're with the sheriff's
6  office, obviously.  We just want to say hello and let
7  you know --
8    PAT:  Thank you.
9    DEPUTY LASZUK:  -- we're going to be hanging
10  out here.
11    PAT:  Thank you.
12    DEPUTY LASZUK:  Free speech, we get that,
13  that's totally cool.
14    PAT:  We have no intention of blocking anybody.
15    DEPUTY LASZUK:  Okay.
16    DENIZ:  Yeah, we don't want to block ingress or
17  egress.
18    DEPUTY LASZUK:  Basically all we're here is to
19  play nice; you know what I mean?
20    DENIZ:  Absolutely.
21    DEPUTY LASZUK:  That's all we ask, you know.
22    DENIZ:  We will.  We appreciate that.
23    DEPUTY LASZUK:  You're very welcome.
24    They actually want you guys to be over in
25  that --

Page 7

1    DENIZ:  We know.  We're not doing that.
2    DEPUTY LASZUK:  We're just --
3    DEPUTY MAYFIELD:  There is a designated area
4  for you guys.
5    DENIZ:  We know that.
6    DEPUTY MAYFIELD:  If you guys go over there,
7  great; if you choose to stay here, just let's keep it
8  peaceful.
9    DENIZ:  Absolutely.
10    DEPUTY MAYFIELD:  Right?
11    PAT:  Always.  Always.
12    DEPUTY MAYFIELD:  Let's not -- let's not, you
13  know, yell at patrons that decide to come here.
14    PAT:  We've been out here for many years.
15    DEPUTY MAYFIELD:  It's their choice to attend
16  this event just like it's your choice not to like the
17  event, right?
18    DENIZ:  That's right.  And you're not going to
19  attract anyone to your side if you're rude to them.
20    PAT:  We're just exercising our free speech
21  rights.
22    DEPUTY MAYFIELD:  So we're all going to be
23  peaceful and --
24    PAT:  We're just exercising our free speech
25  right.

Page 8

1    DENIZ:  Did you hear what I said?
2    DEPUTY MAYFIELD:  No problem.
3    DENIZ:  We're not going to attract people to
4  (inaudible) if you're yelling nasty at them.
5    DEPUTY LASZUK:  Yes, ma'am.
6    DENIZ:  So we're trying to encourage
7  compassion.
8    DEPUTY MAYFIELD:  You guys have a great
9  evening.
10    DENIZ:  Thank you.  You too.
11    DEPUTY MAYFIELD:  Let us know if you need
12  anything.
13    (End of recording.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 9

1 Begin File 04.

2 Axon_Body_3_Video_2022-05-20_1757_X603995M6 no sound.mp4

3     DEPUTY LASZUK:  Hello.

4     PAT:  Hi.

5     DEPUTY LASZUK:  How you doing?

6     PAT:  Good.  How are you?

7     DEPUTY LASZUK:  Hey, so we're just with the

8 sheriff's office obviously.  We just wanted to say hello

9 and, you know, let you know basically we're going to be

10 hanging out here.  It's free speech, we get that; that's

11 totally cool.

12     PAT:  Thank you.

13     We have no intention of blocking anybody.

14     DEPUTY LASZUK:  Okay.

15     DENIZ:  We don't want to block ingress or

16 egress.

17     DEPUTY LASZUK:  Yeah, okay.  Basically all

18 we're here is to play nice; you know what I mean?

19     DENIZ:  Absolutely.

20     DEPUTY LASZUK:  That's all we ask, you know.

21     DENIZ:  We will.  And we appreciate that.

22     DEPUTY LASZUK:  You're very welcome.

23     They actually want you guys to be over in

24 that --

25     DENIZ:  We know.

Page 10

1     DEPUTY LASZUK:  Okay.

2     DENIZ:  We're not doing that.

3     DEPUTY LASZUK:  Okay.  We're just -- yeah,

4 we're just letting you know.

5     DENIZ:  All right.

6     DEPUTY MAYFIELD:  There's a designated area for

7 you guys.

8     DENIZ:  We know that.

9     DEPUTY MAYFIELD:  You guys go over there,

10 great; if you choose to stay here, just let's keep it

11 peaceful.

12     DENIZ:  Absolutely.

13     PAT:  Always.  Always.

14     DENIZ:  Always.

15     DEPUTY MAYFIELD:  Let's not yell at patrons who

16 decide to come in here.

17     PAT:  We've been out here, we've been at it for

18 many years, no problems.

19     DEPUTY MAYFIELD:  It's their choice to attend

20 this event just like it's your choice not to like the

21 event, right?

22     DENIZ:  That's right.  And you're not going to

23 attract anyone to your side if you're rude to them.

24     PAT:  We're just exercising our free speech

25 rights.

Page 11

1     DEPUTY MAYFIELD:  We're all going to be

2 peaceful.

3     PAT:  We're just exercising our free speech

4 rights.

5     DENIZ:  Did you hear what I said?

6     DEPUTY MAYFIELD:  No problem.

7     DENIZ:  You're not going to attract people to

8 your message if you're yelling nasty to them.

9     DEPUTY LASZUK:  Right. No.

10     DENIZ:  So we're trying to encourage

11 compassion.

12     DEPUTY MAYFIELD:  Thank you appreciate it.

13     DEPUTY LASZUK:  That's it.  That's it.  Right

14 on.  All right.  Have a safe night.

15     DENIZ:  Oh, thank you very much.  We appreciate

16 it.

17     (End of recording.)

18

19

20

21

22

23

24

25

Page 12

1 Begin File 05.

2 Axon_Body_3_Video_2022-05-20_1758_X6039A6A9.mp4

3     DEPUTY LASZUK:  That's all we ask, you know.

4     DENIZ:  We will.  And we appreciate that.

5     DEPUTY LASZUK:  They actually want you guys to

6 be over --

7     DENIZ:  We know.

8     DEPUTY LASZUK:  Okay.

9     DENIZ:  We're not doing that.

10     DEPUTY LASZUK:  Okay.  We're just letting you

11 know.

12     DENIZ:  All right.

13     DEPUTY MAYFIELD:  There's a designated area for

14 you guys.

15     DENIZ:  We know that.

16     DEPUTY MAYFIELD:  If you guys move over there,

17 great; if you choose to stay here, just let's keep it

18 peaceful.

19     DENIZ:  Absolutely.

20     PAT:  Always.  Always.

21     DENIZ:  Always.

22     PAT:  We've been out here, we've been at it for

23 many years, no problems.

24     DEPUTY MAYFIELD:  Don't yell at patrons who

25 decide to come here --

Page 13

1    DENIZ:  No.
2    DEPUTY MAYFIELD:  It's their choice to
3  attend this event just like it's your choice not to like
4  their event, right?
5    DENIZ:  That's right.  And you're not going to
6  attract anyone to your side if you're rude to them.
7    PAT:  We're just exercising our free speech
8  rights.
9    DEPUTY MAYFIELD:  We're all going to be
10  peaceful and --
11    PAT:  We're just exercising our free speech
12  rights.
13    DENIZ:  Did you hear what I said?
14    You're not going to attract people to your
15  message if you're yelling nasty at people.
16    DEPUTY LASZUK:  Right.  No.
17    DENIZ:  So we're trying to encourage
18  compassion.
19    DEPUTY MAYFIELD:  You guys have a great
20  evening.
21    DENIZ:  Thank you.  You too.
22    DEPUTY MAYFIELD:  Let us know if you need
23  anything.
24    DENIZ:  Oh, thank you very much.
25    (End of recording.)

Page 14

1  Begin File 06.
2  Axon_Body_3_Video_2022-05-20_1808_X603994B1.mp4
3    PAT:  Hello, everyone.
4    DEPUTY LASZUK:  Hi.
5    PUBLIC SAFETY MGR. HART:  I'm Kevin Hart.  I'm
6  the public safety manager from Parks (inaudible).
7    You guys are not in the designated area that
8  you need to be.
9    UNIDENTIFED SPEAKER:  Where is that?
10    DENIZ:  No.  No.  No.  We're not going to the
11  designated area.
12    UNIDENTIFIED SPEAER:  Just listen to them.
13  They know what's going on.  (Inaudible)
14    DENIZ:  Hold on.  Hold on.  Hold on.
15    PUBLIC SAFETY MGR. HART:  No, the designated
16  area, here is the map.
17    DENIZ:  Are you recording, Pat?
18    PAT:  Yeah.
19    DENIZ:  Get his name again.
20    UNIDENTIFIED SPEAKER:  You have to start again.
21  (inaudible).
22    PAT:  Kevin Hart you said, right?
23    PUBLIC SAFETY MGR. HART:  I did say that.
24    So here's the designated area.  I'm asking you
25  to go to the designated area that's been predesignated

Page 15

1  and approved.  All right?  Failure to do so, all right,
2  will not be good.
3    DENIZ:  We're not going.
4    PAT:  What is going to happen if we don't do
5  so?  What's going to happen if we don't do so?
6    PUBLIC SAFETY MGR. HART:  You'll have to figure
7  that out when it happens
8    PAT:  No.  No.  No.  You need to tell us now.
9  You can't --
10    PUBLIC SAFETY MGR. HART:  I'm not going to -- I
11  don't have any responsibility to tell you that, sir.
12  What I have a responsibility to do --
13    PAT:  Are you going to arrest us if we don't go
14  there?
15    DEPUTY MAYFIELD:  You could be arrested for
16  trespassing.
17    PAT:  I want to know.
18    PUBLIC SAFETY MGR. HART:  You're in a
19  non-designated area.
20    PAT:  I don't want to be arrested, so if you're
21  going to arrest me, I need to know ahead of time.
22    PUBLIC SAFETY MGR. HART:  Are you (inaudible)?
23    DEPUTY MAYFIELD:  You could be arrested.
24    PAT:  I don't want to be could be arrested, I
25  want to know ahead of time.

Page 16

1    You need to call your watch commander out here
2  because we have a free speech right.
3    DENIZ:  Yeah, it would be an illegal arrest.
4    PAT:  Let me tell you something.
5    PUBLIC SAFETY MGR. HART:  Sir --
6    PAT:  I'm not talking, I'm talking --
7    PUBLIC SAFETY MGR. HART:  Sir, get your hand
8  out of my face
9    PAT:  No, I'm talking to you.
10    DEPUTY MAYFIELD:  Would you like --
11    PAT:  I'm telling you about my rights.  This is
12  a public park, quintessential public forum and the first
13  amendment of our California Constitution, it's open to
14  the public.  You can put us in an area if you want, if
15  you have a significant interest.  There's no significant
16  interest to put us over there.  We're not blocking here,
17  there's nothing going on.
18    So if -- if you're going to arrest us, I want
19  to know, because I don't want to be arrested.  So if
20  you're going to arrest me illegally, I want to know
21  because I don't want to be arrested.  And there's none
22  of this maybe, could be; I want you to tell me before,
23  I'm going to arrest you if you don't leave.  If you
24  don't tell me that, then there's a big problem.
25    DENIZ:  I think they're just messing with you,

Page 17

1   Pat.
2        DEPUTY MAYFIELD:  I'm not required to tell
3   you whether I will arrest --
4        PAT:  Yeah, you are.  Yes, you are.  If I'm
5   asking you, you have to.
6        DEPUTY MAYFIELD:  Negative.
7        PAT:  Yeah.  Yes.
8        PUBLIC SAFETY MGR. HART:  So, Pat --
9        PAT:  No, not moving.
10       DENIZ:  I'm not moving.
11       PAT:  If you guys want to go over there, you go
12   ahead.
13       PUBLIC SAFETY MGR. HART:  You don't have too
14   much of a choice, right?
15       PAT:  No, I have plenty of choice.
16       PUBLIC SAFETY MGR. HART:  I'm asking you
17   nicely.
18       PAT:  You can ask all the nice you want.
19       PUBLIC SAFETY MGR. HART:  Let me -- Pat --
20       PAT:  I don't give up my rights because
21   somebody's asks nicely.
22       PUBLIC SAFETY MGR. HART:  -- will you let me
23   finish?
24       PAT:  No, you're done, you're finished.  I'm
25   not going.  I'm not going.  Period.

Page 18

1        PUBLIC SAFETY MGR. HART:  Just let me finish
2        PAT:  I'm not going.  I'm not going.  You can
3   ask me nicely here.  I do not give up my rights no
4   matter how nicely somebody asks me.
5        PUBLIC SAFETY MGR. HART:  You don't have a
6   right to be (inaudible) property --
7        PAT:  I do.  It's a public park.
8        DENIZ:  We've been on this property every year.
9        PAT:  It's a public park, quintessential first
10   amendment forum.
11       PUBLIC SAFETY MGR. HART:  Has nothing to do
12   with it.
13       DEPUTY MAYFIELD:  This is private event, sir.
14       PAT:  Doesn't matter, it's open to the public.
15       DEPUTY MAYFIELD:  It's a private event.
16       PAT:  It's a private event, okay, open to the
17   public, it's a public park, doesn't matter.
18       DENIZ:  (Inaudible) what happens (inaudible).
19       DEPUTY MAYFIELD:  This is not --
20       PAT:  (Inaudible) public right of way.
21       DEPUTY MAYFIELD:  This is a public event.
22       PAT:  Look up Six Flags.
23       PUBLIC SAFETY MGR. HART:  Are you refusing to
24   leave?
25       PAT:  I just won a lawsuit.

Page 19

1        Yes, I am.
2        PUBLIC SAFETY MGR. HART:  Refusing to leave.
3        Are you refusing to leave?
4        PAT:  Yes, I am.
5        PUBLIC SAFETY MGR. HART:  Are you refusing to
6   leave?
7        PAT:  Only if you want.
8        UNIDENTIFIED SPEAKER:  What did you say?
9        PAT:  I'm not leaving.
10       UNIDENTIFIED SPEAKER:  I'm not leaving.
11       PAT:  If they arrest us, they will be sued for
12   damages.
13       PUBLIC SAFETY MGR. HART:  Well, that happens
14   sometimes.  But you're going to have to leave
15       PAT:  No, I'm not leaving.
16       PUBLIC SAFETY MGR. HART:  I'm asking you nicely
17   to leave
18       PAT:  You can ask as nice as you want, I don't
19   give up my rights.
20       PUBLIC SAFETY MGR. HART:  You don't -- you're
21   not giving up any rights
22       PAT:  I am.  I have a right to be right where I
23   am.
24       PUBLIC SAFETY MGR. HART:  You don't have the
25   right to (inaudible) any place (inaudible).

Page 20

1        (Inaudible).
2        (Audio muted.)
3        DEPUTY MAYFIELD:  All right.  So what we're
4   going to ask and require -- you guys can come over here
5   so you can hear me, please.
6        DENIZ:  I can hear you.
7        DEPUTY MAYFIELD:  -- is to stay out of the
8   walkway so you're not blocking ingress and egress.
9        PAT:  We know that's what we're doing.
10       DEPUTY MAYFIELD:  Yeah, but, sir, you keep
11   standing in the middle of the walkway trying to give
12   people fliers.
13       UNIDENTIFIED SPEAKER:  That's where people are.
14   I'm handing them (inaudible).
15       PAT:  He's not blocking anybody.
16       DEPUTY MAYFIELD:  I need you to stand -- I need
17   you to stand off the walkway.
18       PAT:  He's not blocking anybody.  You know
19   that.  You just -- you just want to make a problem.
20       DEPUTY MAYFIELD:  No.
21       PAT:  I knew from the get-go when you walked up
22   you had that energy.
23       DEPUTY MAYFIELD:  Sir.  Sir.
24       PAT:  So we're not blocking anybody.
25       DEPUTY MAYFIELD:  I have nothing but positive

**Audio Transcription**

**Page 21**

1  energy.

2      PAT:  No, you do not.

3      DEPUTY MAYFIELD:  I'm in a great mood.

4      PAT:  You do not.  I saw you from the get-go.

5  The other guy was nice, and you had this energy --

6      DEPUTY MAYFIELD:  You don't even know me.

7      PAT:  I know you because I've met cops like you

8  so many times.  I filed lawsuits against cops like you.

9  I know you like the back of my hand.

10      DEPUTY MAYFIELD:  Okay.  Sir, stay out of the

11  walkway, please, okay?  Don't block anybody, don't step

12  in front of anybody because now you're blocking their

13  entrance.

14      PAT:  You weren't blocking anybody.

15      UNIDENTIFIED SPEAKER:  I wasn't blocking

16  anybody.

17      DEPUTY MAYFIELD:  You can hand out fliers all

18  the want.

19      PAT:  He's not blocking anybody.

20      DEPUTY MAYFIELD:  You guys can talk all you

21  want.

22      PAT:  He's not blocking anybody, you're fine.

23  We never block anybody.

24      UNIDENTIFIED SPEAKER:  So if we stand to the

25  side of them and hand them, but don't like stand

**Page 22**

1  directly in front of them.

2      DEPUTY MAYFIELD:  Don't stand directly in front

3  of them.  And if you can, please stay out of the

4  walkway.  That's all we're asking.

5      UNIDENTIFIED SPEAKER:  Can't force them to take

6  a leaflet.  You can only put it in front of them.

7      DEPUTY MAYFIELD:  Sir.

8      UNIDENTIFIED SPEAKER:  Yes, sir.

9      DEPUTY MAYFIELD:  This paved area is the

10  walkway.  If you could stand --

11      DENIZ:  He's not in anyone's way.  There's no

12  one coming.

13      DEPUTY MAYFIELD:  Ma'am.  Ma'am.

14      DENIZ:  There's no one coming.

15      DEPUTY MAYFIELD:  I'm asking him to stand out

16  of the walkway.

17      DENIZ:  There's no one coming.

18      DEPUTY MAYFIELD:  Regardless if people are

19  coming, this area needs to be clear.

20      DENIZ:  It's clear.  One person standing here

21  is not a big deal.

22      DEPUTY MAYFIELD:  So I need to stand off the

23  walkway.

24      DENIZ:  So when that little girl's standing

25  there, she can't stand there?  That little girl can't

**Page 23**

1  stand there?

2      DEPUTY MAYFIELD:  Did you hear what I said?

3      DENIZ:  Did you hear what I said?

4      DEPUTY MAYFIELD:  That's all I'm asking.

5      DENIZ:  I'm asking you, can that little girl

6  not stand there?

7      DEPUTY MAYFIELD:  The one that's walking?

8      DENIZ:  She was standing there for a minute

9  while you were looking at me.

10      DEPUTY MAYFIELD:  Standing there waiting for

11  her parents?

12      DENIZ:  That's right.  That's right.

13      DEPUTY MAYFIELD:  You're standing here wanting

14  to give freedom of speech, which you can do, I'm just

15  asking you to be off the walkway.

16      UNIDENTIFIED SPEAKER:  Rodeo hurts and injures

17  animals.

18      DENIZ:  Very sad for the animals.

19      DEPUTY MAYFIELD:  Okay?  Thank you.

20      DENIZ:  It's very sad for the animals.

21  (Inaudible).

22      (End of recording.)

23

24

25

**Page 24**

1  Begin File 07.

2  Axon_Body_3_Video_2022-05-20_1810_X6039A6A9.mp4

3      DENIZ:  I'm not leaving here.

4      PUBLIC SAFETY MGR. HART:  You don't have a

5  right to be on this property.

6      PAT:  Yes, I absolutely do.

7      DENIZ:  We've been on this property every year.

8      PAT:  It's a public park, quintessential first

9  amendment forum.

10      PUBLIC SAFETY MGR. HART:  It has nothing to do

11  with it, sir.

12      PAT:  Absolutely.

13      DEPUTY MAYFIELD:  This is a private event, sir.

14      PAT:  Doesn't matter, it's open to the public.

15      DEPUTY MAYFIELD:  It's a private event.

16      PAT:  It's a private event open to the public,

17  public park, doesn't matter.

18      DENIZ:  What happened?  What happened to what

19  you said?

20      PAT:  Does not matter.

21      DEPUTY MAYFIELD:  This is a private event.

22      PAT:  Look up Six Flags.  I just won a

23  lawsuit.

24      PUBLIC SAFETY MGR. HART:  Are you refusing to

25  leave?

Page 25

1    PAT:  Yes, I am.

2    PUBLIC SAFETY MGR. HART:  Refusing to leave.

3  Are you refusing to leave?

4    UNIDENTIFIED SPEAKER:  What did you say?

5    PAT:  I'm not leaving.

6    UNIDENTIFIED SPEAKER:  I'm not leaving.

7    PAT:  (Inaudible).

8    PUBLIC SAFETY MGR. HART:  Well, it happens

9  sometimes, but (inaudible) -- you're not giving up any

10  rights.

11    PAT:  I am.  I have a right to be

12  (inaudible) -- not giving up my rights.

13    PUBLIC SAFETY MGR. HART:  All right.

14    PAT:  Not giving up my rights.

15    PUBLIC SAFETY MGR. HART:  Okay.

16    Are you refusing to leave as well, ma'am?  I

17  just want to make it clear.

18    DENIZ:  I'm not going to leave.  (Inaudible).

19    PUBLIC SAFETY MGR. HART:  Do you refuse to

20  leave as well?

21    DEPUTY LASZUK:  (Inaudible).

22    PUBLIC SAFETY MGR. HART:  All right.

23    DENIZ:  I don't block ingress or egress, I just

24  hand out information and I do not cause no problems.  So

25  you're causing the problem.

Page 26

1    PUBLIC SAFETY MGR. HART:  You're not in the

2  designated area.

3    PAT:  Doesn't matter.

4    DENIZ:  Doesn't matter.

5    PAT:  Designated area is not a legal free

6  speech area.  It's unconstitutional.

7    PUBLIC SAFETY MGR. HART:  Okay.

8    PAT:  Not going to pass Constitution master.

9    DENIZ:  Now he's calling his boss to see if he

10  can get permission to arrest us.  It's so ridiculous.

11  We've been here every year before.

12    PAT:  It's just amazing how the police are

13  willing to violate rights when (inaudible).

14    DENIZ:  Well, they want to, but hopefully their

15  watch commander has a more level head.

16    They don't love America.

17    PAT:  They're sworn to uphold the Constitution

18  and they don't even know what the hell it says.

19    DENIZ:  They don't even care.

20    PAT:  They don't know what it means.

21    DENIZ:  They all go along with it, hold the

22  blue line.

23    PAT:  The Constitution to them is whatever the

24  private property owner -- or whatever the private entity

25  says is their rights.  It's just amazing.

Page 27

1    DENIZ:  So sad for the animals.  Very sad for

2  the animals.

3    Funny thing is before the sheriff just came up

4  and said everything's fine, now this guy comes up, and

5  now all of a sudden he's trying to do some bidding for

6  the --

7    PAT:  (Inaudible).

8    DENIZ:  -- rodeo.

9    Yeah, he is, he's right behind you.

10    Who knows what kind of lies he's telling the

11  watch commander.  Oh, they're blocking ingress.

12    He just wants to do their bidding, and all

13  these other cops just sit along and go along.

14    So sad for these poor animals.

15    UNIDENTIFIED SPEAKER:  What is (inaudible)?

16    PAT:  What's that?

17    UNIDENTIFIED SPEAKER:  (Inaudible)?

18    PAT:  Yeah, that's what he's saying.

19  (Inaudible).

20    DENIZ:  Come over a little more.  They all want

21  to stand in front of your sign.  I think it's kind of

22  rude, but I think we just have to move around them.

23    (Inaudible).

24    DENIZ:  Pat, I'll hold this, go ahead.

25    PAT:  Go ahead what?

Page 28

1    Go ahead.  Bring the sign up.

2    (Cross-talk.)

3    DENIZ:  The flank strap (inaudible).  The flank

4  strap (inaudible).

5    That's the only reason they buck.  It's the

6  only reason.

7    UNIDENTIFIED SPEAKER:  (Inaudible).

8    DENIZ:  Then they did this one article, this

9  guy (inaudible).  That's where we got the pictures, from

10  the livestock magazine.  That's where you get your best

11  pictures, from the industry.

12    DEPUTY MAYFIELD:  Even though they're not in a

13  designated area, they're not blocking ingress or egress.

14    (End of recording.)

15

16

17

18

19

20

21

22

23

24

25

Page 29

1 Begin file 08.

2 Axon_Body_3_Video_2022-05-20_1819_X6039A6A9.mp4

3     DEPUTY MAYFIELD:  (Inaudible).

4     DENIZ:  I can hear you.

5     DEPUTY MAYFIELD:  (Inaudible).

6     PAT:  We know that.

7     DENIZ:  We know that.

8     DEPUTY MAYFIELD:  You keep standing in the

9 middle of the walkway.

10     UNIDENTIFIED SPEAKER:  That's where people are,

11 I'm (inaudible).

12     PAT:  He's not blocking anybody.

13     DEPUTY MAYFIELD:  (Inaudible).

14     PAT:  He's not blocking anybody, you know that.

15 You just -- you just want to make a problem.

16     DEPUTY MAYFIELD:  No.

17     PAT:  I knew from the get-go when you walked up

18 you had that energy.

19     DEPUTY MAYFIELD:  Sir.  Sir.

20     PAT:  So we're not blocking anybody.

21     DEPUTY MAYFIELD:  (Inaudible).

22     PAT:  No, you do not, you do not.  I saw you

23 from the get-go.  The other guy was nice, and you had

24 this energy.

25     DEPUTY MAYFIELD:  You don't even know me.

Page 30

1     PAT:  I know you because I've met cops like you

2 so many times.  I've filed lawsuits against cops like

3 you.  I know you like the back of my hand.

4     DEPUTY MAYFIELD:  (Inaudible) okay?  Don't

5 block anybody (inaudible).

6     PAT:  You weren't blocking anybody.

7     UNIDENTIFIED SPEAKER:  I wasn't blocking

8 anybody.

9     DEPUTY MAYFIELD:  (Inaudible).  You guys can

10 talk all (inaudible).

11     PAT:  You weren't blocking anybody.  You're

12 fine.  We never block anybody.

13     DEPUTY MAYFIELD:  (Inaudible).

14     UNIDENTIFIED SPEAKER:  (Inaudible) to the side

15 if you want, but don't stand directly (inaudible).

16     DEPUTY MAYFIELD:  Just (inaudible) walkway.

17     PAT:  (Inaudible)

18     DEPUTY MAYFIELD:  (Inaudible).

19     DENIZ:  He's not in anyone's way.  There's no

20 one coming.

21     DEPUTY MAYFIELD:  (Inaudible).

22     DENIZ:  There's no one coming.

23     DEPUTY MAYFIELD:  (Inaudible).

24     DENIZ:  There's no one coming.

25     DEPUTY MAYFIELD:  (Inaudible).

Page 31

1     DENIZ:  It's clear.  One person standing here

2 is not a big deal.

3     DEPUTY MAYFIELD:  (Inaudible).

4     DENIZ:  So when that little girl is standing

5 there she can't stand there?  That little girl can't

6 (inaudible).

7     DEPUTY MAYFIELD:  (Inaudible).

8     DENIZ:  Did you hear what I said?

9     I'm asking, can that little girl not stand

10 there?

11     DEPUTY MAYFIELD:  The one that's walking?

12     DENIZ:  She was standing there for a minute

13 while you were looking at me.

14     DEPUTY MAYFIELD:  Standing there looking

15 (inaudible)?

16     DENIZ:  That's right.  That's right.

17     DEPUTY MAYFIELD:  (Inaudible).

18     UNIDENTIFIED SPEAKER:  No time for the

19 animals.

20     DENIZ:  (Inaudible).

21     UNIDENTIFIED SPEAKER:  (Inaudible) cattle

22 ranch --

23     DENIZ:  They're bucking because (inaudible).

24     UNIDENTIFIED SPEAKER:  (Inaudible) times

25 (inaudible) talk to other people, because you guys are

Page 32

1 just --

2     (End of recording.)

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 33

1 Begin File 09.
2 Axon_Body_3_Video_2022-05-20_1820_X603995M6.mp4
3      DENIZ: -- little girl standing there, she
4 can't stand there?  That little girl can't stand there?
5      DEPUTY MAYFIELD:  Did you hear what I said?
6      DENIZ:  Did you hear what I said?
7      DEPUTY MAYFIELD:  That's all I'm asking.
8      DENIZ:  I'm asking you.  Can that little girl
9 not stand there?
10      DEPUTY MAYFIELD:  The one that's walking?
11      DENIZ:  She was standing there for a minute
12 while you were looking at me.
13      DEPUTY MAYFIELD:  Standing there waiting for
14 her parents?
15      DENIZ:  That's right.  That's right.
16      DEPUTY MAYFIELD:  Yes.  You're standing here
17 wanting to give freedom of speech, which you can do, I'm
18 just asking you to be off the walkway.
19      UNIDENTIFIED SPEAKER:  Rodeo hurts and injures
20 animals.
21      DENIZ:  Very sad for the animals.
22      UNIDENTIFIED SPEAKER:  Animals die because of
23 the injuries they receive.
24      UNIDENTIFIED SPEAKER:  Animals die because we
25 eat them.

Page 34

1      DENIZ:  That's true, and it's very sad for the
2 animals how you torture the animals for entertainment.
3 These cows aren't bucking because they want to, the
4 bulls don't buck because they want to.
5      UNIDENTIFIED SPEAKER:  (Inaudible) cattle
6 ranch --
7      DENIZ:  They're bucking because you're
8 inflicting pain on them.  That's what you girls are
9 watching.
10      UNIDENTIFIED SPEAKER:  (Inaudible) talk to
11 other people because you guys are just -- you're
12 harassing people --
13      DENIZ:  They're inflicting pain on these poor
14 animals.
15      UNIDENTIFIED SPEAKER:  -- and this is a way of
16 life.
17      DENIZ:  Very sad for the animals.
18      UNIDENTIFIED SPEAKER:  You guys (inaudible).
19      DENIZ:  Very sad for the animals.
20      UNIDENTIFIED SPEAKER:  Yeah, well, the animals
21 wouldn't exist if we didn't eat them.
22      DENIZ:  Very sad for the animals.
23      UNIDENTIFIED SPEAKER:  The animals -- nobody's
24 raising cattle --
25      DENIZ:  God didn't animals before we came

Page 35

1 along.
2      UNIDENTIFIED SPEAKER:  No, domesticated animals
3 are a very different thing.  I'm an evolutionist, okay?
4 So we -- the only reason cattle exist the way they do is
5 because we domesticated them (inaudible).
6      UNIDENTIFIED SPEAKER:  This is --
7      UNIDENTIFIED SPEAKER:  We're working on the
8 solution.
9      UNIDENTIFIED SPEAKER:  No, they would not
10 exist --
11      DENIZ:  If they don't exist then you couldn't
12 torture them (inaudible).
13      UNIDENTIFIED SPEAKER:  You guys are too nice.
14      UNIDENTIFIED SPEAKER:  That's 2022 for you.
15      UNIDENTIFIED SPEAKER:  But you could stop
16 (inaudible).
17      (End of recording.)
18
19
20
21
22
23
24
25

Page 36

1 Begin File 10.
2 Axon_Body_3_Video_2022-05-20_1822_X603994B1.mp4
3      UNIDENTIFIED SPEAKER:  (Inaudible).
4      UNIDENTIFIED SPEAKER:  They just --
5      UNIDENTIFIED SPEAKER:  You can walk in.
6      PUBLIC SAFETY MGR. HART:  (Inaudible).
7      DEPUTY MAYFIELD:  But it's still an event, open
8 to the public, technically open to the public, right?
9      UNIDENTIFIED SPEAKER:  Yeah.  Yeah.
10      DEPUTY MAYFIELD:  So that's where we get
11 stuck --
12      GARY:  I know.  I know.  I'm not blaming you
13 all.
14      DEPUTY MAYFIELD:  No, I get it.  I know you're
15 not.  So I'm with you guys, but there's a certain line
16 we have to kind of tow.
17      UNIDENTIFIED SPEAKER:  Absolutely.
18      DEPUTY MAYFIELD:  All right.
19      UNIDENTIFIED SPEAKER:  And we know they're out
20 here pushing their boundaries.  That's their M.O.
21      DEPUTY MAYFIELD:  That's what they want to
22 do.
23      UNIDENTIFIED SPEAKER:  Yeah, exactly.
24      PUBLIC SAFETY MGR. HART:  And they want us to
25 push them back.

**Page 37**

1  DEPUTY MAYFIELD:  And they want us to push
2  back.
3  PUBLIC SAFETY MGR. HART:  We could do that, and
4  then we all get sued.  So we're just trying to protect
5  everybody, you guys included, all right?  Because every
6  one of your board members will be named.
7  GARY:  They'll probably get (inaudible).  The
8  one guy who's harassing the people coming in, I just
9  stepped in front of him and said, hey, you can't do --
10  you can't -- he's touching me.
11  PUBLIC SAFETY MGR. HART:  Yeah.
12  UNIDENTIFIED SPEAKER:  Make a training of this.
13  (Inaudible).
14  PUBLIC SAFETY MGR. HART:  These guys will keep
15  an eye on it.  (Inaudible).
16  (End of recording.)
17
18
19
20
21
22
23
24
25

**Page 39**

1  DEPUTY MAYFIELD:  It has nothing to do with
2  being nice, ma'am.
3  DENIZ:  Oh, he won't (inaudible).
4  DEPUTY MAYFIELD:  I'm not saying he will.
5  DENIZ:  Yeah.  We deal with the Grand National
6  Rodeo.  They're going to -- and they sit in the parking
7  lot and drink and drink and drink before they come in.
8  Let me tell you.  That's a real crowd.  Shall are say,
9  that's a real unruly crowd.
10  DEPUTY MAYFIELD:  Yeah.  I bet.
11  (Inaudible).
12  (End of recording.)
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 38**

1  Begin File 11.
2  Axon_Body_3_Video_2022-05-20_1826_X603994B1.mp4
3  DEPUTY MAYFIELD:  Hey boss.  Hey boss.
4  UNIDENTIFIED SPEAKER:  Yes.
5  DEPUTY MAYFIELD:  Okay.  You're still standing,
6  stepping in front of people.  See how people are having
7  to go around you?  I need you to be on the side.  You
8  can pass out fliers all you want, I have no problem with
9  that, but if you continue to step out in front of people
10  to the fact that they have to go around you, (inaudible)
11  their path, you're blocking their (inaudible), okay?
12  That's why I want you to stand on the side.  You can
13  talk all you want, you can hand out the fliers all you
14  want, I just -- you can't be blocking people like that.
15  You keep stepping in front of them.
16  UNIDENTIFIED SPEAKER:  Does Pat understand what
17  you're saying?
18  DEPUTY MAYFIELD:  I'm explaining it to you,
19  because you keep doing it.
20  UNIDENTIFIED SPEAKER:  I'll take direction from
21  him.
22  DEPUTY MAYFIELD:  Okay.  But I'm telling you if
23  you continue to do it, it may escalate.
24  DENIZ:  (Inaudible).  You're too nice, he just
25  doesn't know how nice you are.

**Page 40**

1  Begin File 12.
2  Axon_Body_3_Video_2022-05-20_1900_X60A15126.mp4
3  DEPUTY MAYFIELD:  -- camera turned on.
4  DEPUTY LASZUK:  Mine didn't even turn on.
5  DEPUTY MAYFIELD:  Drained the battery.
6  DEPUTY LASZUK:  (Inaudible).
7  DEPUTY MAYFIELD:  I didn't know.  We go on
8  call, and I go to pull my TASER out, and --
9  UNIDENTIFIED SPEAKER:  We're getting new ones
10  in --
11  (End of recording.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 41

1  Begin File 13.
2  Axon_Body_3_Video_2022-05-20_1900_X603994B1.mp4
3      DEPUTY MAYFIELD:  Camera check.
4      UNIDENTIFIED SPEAKER:  Mine didn't even turn
5  on.
6      (End of recording.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 42

1  Begin File 14.
2  Axon_Body_3_Video_2022-05-20_1901_X6039A6A9.mp4
3      DEPUTY MAYFIELD:  Camera check.
4      UNIDENTIFIED SPEAKER:  Mine didn't even turn
5  on.
6      (End of recording.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 43

1  Begin File 15.
2  Axon_Body_3_Video_2022-05-20_1936_X60A15126.mp4
3      DENIZ:  You're full of it.  Look behind you.
4  There's no one coming.
5      You've got to stop harassing me.  What's your
6  name?
7      DEPUTY MAYFIELD:  (Inaudible).
8      DENIZ:  Mayfield, you got to stop harassing
9  us.
10     DEPUTY MAYFIELD:  Nobody's harassing you.
11     DENIZ:  You're going to be out here all
12  weekend.  It's going to be unpleasant.
13     DEPUTY MAYFIELD:  (Inaudible).
14     DENIZ:  No.  I can stand in the walkway.
15  Didn't your watch commander tell you?
16     DEPUTY MAYFIELD:  No, you can't.  You can't --
17     DENIZ:  Yes, I can.
18     DEPUTY MAYFIELD:  Ma'am, you cannot block
19  ingress (inaudible).
20     DENIZ:  Do you see anyone ingressing?
21     DEPUTY MAYFIELD:  Ma'am.
22     DENIZ:  Sir.  Sir.  Look around.
23     DEPUTY MAYFIELD:  It doesn't matter if --
24     DENIZ:  Look around.
25     DEPUTY MAYFIELD:  (Inaudible).

Page 44

1      DENIZ:  Oh, my God, you don't understand the
2  law.
3      DEPUTY MAYFIELD:  I do understand the law.
4      DENIZ:  No, you don't.  You thought you were
5  going to arrest us before.  You were wrong then, you're
6  wrong now.  You're wrong.
7      DEPUTY MAYFIELD:  (Inaudible).
8      DENIZ:  You're wrong.  You need to learn about
9  this.  You need -- you know what, I'm going to write a
10  letter telling your deputies you need to learn -- your
11  compadres, I don't know about you, but the white guy, he
12  was -- he knew what he was talking about.  You should
13  learn from him.  It's too bad you have seniority.  I'm
14  assuming you do, because you're very bullish.
15     DEPUTY MAYFIELD:  All I'm asking -- I'm not
16  (inaudible).
17     DENIZ:  You're very bullish.
18     DEPUTY MAYFIELD:  If anybody (inaudible).
19     DENIZ:  You're harassing me, and you're
20  blocking my sign.
21     DEPUTY MAYFIELD:  You can't stand in the middle
22  of the walkway.
23     DENIZ:  I'm asking you to stop harassing me.
24     DEPUTY MAYFIELD:  That's all I'm asking you.
25     DENIZ:  Stop harassing me.

Page 45

1  DEPUTY MAYFIELD:  Nobody's harassing you.
2  DENIZ:  You are.
3  DEPUTY MAYFIELD:  (Inaudible).
4  (End of recording.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 46

1  Begin File 16.
2  Axon_Body_3_Video_2022-05-20_1936_X603994B1.mp4
3      DEPUTY MAYFIELD:  Hello.
4      PAT:  Hi.
5      DEPUTY MAYFIELD:  Can you guys just do me one
6  favor?
7      DENIZ:  Just wait a second.  I just want to
8  videotape this harassment.
9      DEPUTY MAYFIELD:  Can you just do me one favor
10  and scoot this way a little bit so you're not blocking
11  the bathroom and you're not blocking this walkway.
12  There's two paths, right, the people are kind of using.
13  This is one here and this one here.  And where you guys
14  are standing right in the middle of this path --
15      DENIZ:  You've just got a hard-on for us, don't
16  you?
17      DEPUTY MAYFIELD:  No, not at all.  Not at all.
18      DENIZ:  Yeah, you do.
19      DEPUTY MAYFIELD:  Not at all.
20      DENIZ:  Why are you trying to harass us?
21      DEPUTY MAYFIELD:  Nobody's harassing you guys,
22  I'm just asking you not to block ingress.
23      DENIZ:  Yeah, you are.  Nobody's blocking
24  anything.
25      DEPUTY MAYFIELD:  That's all I'm asking.

Page 47

1      DENIZ:  You're full of -- look behind you,
2  there's no one coming.
3      DEPUTY MAYFIELD:  Ma'am.  Ma'am.
4      DENIZ:  You got to stop harassing me, man.
5      DEPUTY MAYFIELD:  Nobody's harassing you.
6      DENIZ:  What's your name?
7      DEPUTY MAYFIELD:  Deputy Mayfield.
8      DENIZ:  Yeah.  Mayfield, you got to stop
9  harassing us.
10      DEPUTY MAYFIELD:  Badge 2336.
11      Nobody's harassing you.
12      DENIZ:  You're going to be here all weekend,
13  it's going to be unpleasant.
14      DEPUTY MAYFIELD:  You're standing in the middle
15  of a walkway.  All I'm asking --
16      DENIZ:  I can stand in the walkway.  Didn't
17  your watch commander tell you?
18      DEPUTY MAYFIELD:  No, you cannot.  No, you
19  cannot, ma'am.
20      DENIZ:  Yes, I can.
21      DEPUTY MAYFIELD:  If you're blocking ingress,
22  you're blocking the walkway.
23      DENIZ:  Do you see anyone ingressing?
24      DEPUTY MAYFIELD:  Ma'am.
25      DENIZ:  Sir.  Sir.

Page 48

1      DEPUTY MAYFIELD:  It doesn't matter if people
2  are here or not --
3      DENIZ:  Look around.  Yes -- oh, my God, you
4  don't understand the law.
5      DEPUTY MAYFIELD:  You can't stand here.
6      I do understand the law.
7      DENIZ:  No, you don't.  You thought you were
8  going to arrest us before.  You were wrong then, you're
9  wrong now.
10      DEPUTY MAYFIELD:  (Inaudible), ma'am --
11      UNIDENTIFIED SPEAKER:  Rodeo injures animals.
12  Animals die --
13      DENIZ:  You need to learn about free speech.
14  You need -- you know what I'm going to write a letter
15  telling you deputies, you need to learn -- your
16  compadres, I don't know about you, but the white guy, he
17  was -- he knew what he was talking about.  You should
18  learn from him.  It's too bad you have seniority over
19  him.
20      DEPUTY MAYFIELD:  Yeah, you're right.
21      DENIZ:  I'm assuming you do because you're very
22  bullish.
23      DEPUTY MAYFIELD:  All I'm asking -- I'm not --
24  nobody's being a bully, ma'am --
25      DENIZ:  You're very bullish.

Page 49

1    DEPUTY MAYFIELD:  If anyone's being bullish,
2  ma'am, it's you.
3    DENIZ:  You're harassing me, you're blocking my
4  sign.
5    DEPUTY MAYFIELD:  I'm just asking you if you
6  can not -- if you can not stand in the middle of the
7  walkway, that's it.
8    DENIZ:  You need to stop harassing me.
9    DEPUTY MAYFIELD:  That's all I'm asking.
10    DENIZ:  Stop harassing me.
11    DEPUTY MAYFIELD:  Nobody's harassing you.
12    DENIZ:  You are.
13    DEPUTY MAYFIELD:  It's a simple request.
14    Pat, how are you, sir?  Pat.
15    PAT:  What?
16    DEPUTY MAYFIELD:  All I'm asking is that they
17  don't block the bathrooms.
18    PAT:  They're not blocking the bathrooms.
19    DEPUTY MAYFIELD:  They are, sir.
20    PAT:  (Inaudible).  You go hang out, go try and
21  get in that bathroom.
22    DEPUTY MAYFIELD:  No, look --
23    PAT:  Look, I'll go over there, I'll go in that
24  bathroom, you watch me.
25    DEPUTY MAYFIELD:  Listen.  Listen.  Listen.

Page 50

1    PAT:  You watch me.  No one's blocking.
2    DEPUTY MAYFIELD:  I'm just trying to talk to
3  you.
4    PAT:  I know, but you're saying something
5  that's not real.  You're not talking about reality.
6    DEPUTY MAYFIELD:  Do you not see people having
7  to divert around them?
8    PAT:  So what?  That's free speech.
9    DEPUTY MAYFIELD:  Everywhere they go?
10    PAT:  That's free speech.
11    DEPUTY MAYFIELD:  You can't stand in the middle
12  of a street and have cars divert around you.
13    PAT:  You know what?  If those people are
14  standing there -- look at those guys behind there
15  standing there, people are going to have to divert
16  around them, so what?  So what if people have to walk
17  around them, it's not against the law that when you're
18  doing free speech people have to walk around you.  In
19  fact, if you read the case law, they say people have to
20  walk around you.  One person standing here just means
21  another person has to walk around them.  It's one more
22  person there.  That's the case law.  So what if
23  someone -- I mean what's your problem?
24    DEPUTY MAYFIELD:  I don't have a problem.
25    PAT:  You certainly sound like it.

Page 51

1    DEPUTY MAYFIELD:  I don't at all.
2    PAT:  So what if somebody -- look at those
3  people.  Now someone's got to walk around them.  Are you
4  going to tell them to move?
5    DEPUTY MAYFIELD:  They're getting tickets.
6    PAT:  So what?  So what's the difference?
7    DEPUTY MAYFIELD:  What do you mean so what?
8    PAT:  So what -- you're saying free speech has
9  less value than somebody getting a ticket?
10    DEPUTY MAYFIELD:  Not at all.
11    PAT:  Then what are you complaining about
12  Denise for?  What's the problem?
13    DEPUTY MAYFIELD:  Nobody's complaining.  I'm
14  simply asking to keep a clear pathway --
15    PAT:  It's clear.  People can get in and out,
16  look at them going in and out.  (Inaudible) there's no
17  backup here because nobody's blocked.
18    We've been -- I'm telling you, we've been doing
19  this for almost 40 years.  We don't block anybody.  If
20  we want to block somebody, you would know it.  I
21  guarantee you you would know it and you would arrest us.
22  We're not here to block anybody --
23    DEPUTY MAYFIELD:  All I'm asking --
24    PAT:  We're not blocking anybody.
25    DEPUTY MAYFIELD:  -- you to do is work with us.

Page 52

1    PAT:  We're not doing anything.
2    DEPUTY MAYFIELD:  All I'm asking is a simple
3  request that they don't stand in the middle of the
4  walkway.
5    PAT:  As long as you're not blocking, it's not
6  a problem.
7    DEPUTY MAYFIELD:  It's not (inaudible).
8    PAT:  It's not a problem.  It's not --
9    DEPUTY MAYFIELD:  (Inaudible).
10    PAT:  Exactly, as long as you're not blocking,
11  not a problem.  There's no problem.  You're making a
12  problem when there's no problem.
13    DEPUTY MAYFIELD:  I'm not making a problem.
14    PAT:  You are.  You're making it like there's a
15  problem --
16    DEPUTY MAYFIELD:  I'm getting complaints that
17  they're standing in the middle of the walkway.
18    PAT:  So what, they're not blocking.  You can
19  stand wherever you want here, as long as you don't
20  block.  There's no law against standing --
21    DEPUTY MAYFIELD:  Okay.  So if there's an
22  emergency and people start running them over --
23    PAT:  Who's going to run them over?  Come on
24  now; now you're being a ridiculous.  If there's an
25  emergency, you know what, we can move just like they can

Page 53

1  move.  We're mobile.  See?  You're trying to make it
2  like free speech people are doing something
3  (inaudible).
4       DEPUTY MAYFIELD:  Not at all.
5       PAT:  You are.
6       DEPUTY MAYFIELD:  No.
7       PAT:  This has all been decided in court.  I
8  mean if you read case law, they've always made these
9  arguments; oh, they're blocking because they're standing
10  there, people have to walk around them.  They say, so
11  what?  It's just like one more person standing there
12  who's buying a ticket.  It's no big deal.  That's what
13  it is.  Kuba.  Read "Kuba v. 1-A Agricultural."  It's
14  about the Grand National Rodeo.  Kuba, 2004, Ninth
15  Circuit case.  Read that one.  That's a good one to
16  read.
17       DEPUTY MAYFIELD:  (Inaudible).
18       PAT:  It's really good for free speech.  Kuba,
19  K-u-b-a.  K-u-b-a.  If you look on Google Legal Scholar,
20  anyone can get there, just put in "Kuba," and that one
21  will probably come up.
22       DEPUTY MAYFIELD:  Okay.  I'll read it.
23       PAT:  Read that one.
24       DEPUTY MAYFIELD:  I will.
25       PAT:  Are you going to be here all weekend?

Page 54

1       DEPUTY MAYFIELD:  No.
2       You guys are (inaudible).
3       PAT:  Yeah.  Are any of the police officers
4  going to be here all weekend?
5       DEPUTY MAYFIELD:  You mean the ones that are
6  here with me?
7       PAT:  Yeah.
8       DEPUTY MAYFIELD:  I'm not sure.
9       PAT:  Because typically guys you probably work
10  during the week and then other people on the weekend?
11       DEPUTY MAYFIELD:  We work a lot.
12       PAT:  Do you get overtime coming here?
13       DEPUTY MAYFIELD:  Sometimes.  I adjusted my
14  schedule.
15       All we want is peace, that's it.
16       PAT:  That's all we want.  We really -- we're
17  not here to cause trouble.
18       DEPUTY MAYFIELD:  I know you're not.
19       PAT:  I mean you can see that.
20       DEPUTY MAYFIELD:  I know you're not.
21       PAT:  We're just here to offer fliers and --
22       DEPUTY MAYFIELD:  That's why you and I are just
23  having a conversation.
24       PAT:  We're just having a conversation.
25       DEPUTY MAYFIELD:  That's all it is.

Page 55

1       PAT:  Your name is again?
2       DEPUTY MAYFIELD:  Deputy Mayfield.
3       PAT:  Mayfield.  My name is Pat, as you know.
4  I heard you call me Pat.
5       DEPUTY MAYFIELD:  Yeah.  I caught that.
6       PAT:  I mean, like I say, we have no interest
7  in blocking people.  Some groups do, but we don't.
8  That's not our thing.
9       DEPUTY MAYFIELD:  Well, just when I'm getting
10  complaints because I see people having -- when they're
11  walking and they got to go around --
12       PAT:  I'll tell you something, wherever we
13  are --
14       DEPUTY MAYFIELD:  -- that's it.
15       PAT:  -- you'll get complaints because people
16  don't like our message.  That's the problem.  They don't
17  like our message.  But that's okay if they don't like
18  our message.  But as long as we're not blocking, you
19  can't complain about our message.
20       DEPUTY MAYFIELD:  And that's all I'm asking.
21  Just don't block people from walking in and out.
22       PAT:  And that's the beauty of free speech.
23  You know, even though it's a message you don't like, you
24  can't restrict it.  I mean -- and it cuts both way.
25  Messages I don't like, I can't restrict --

Page 56

1       DEPUTY MAYFIELD:  Hundred percent.
2       PAT:  But that's the beauty of free speech.
3       DEPUTY MAYFIELD:  That's why we have
4  amendments, right?
5       PAT:  That's right.  That's what I'm saying.
6  That's like the most important amendment in my
7  opinion.
8       DEPUTY MAYFIELD:  Uh-huh.  Well, they're all
9  important, but yeah.
10       PAT:  Well, let me tell you this:  If we got
11  rid of the first amendment, we'd have no way of getting
12  it back through the Constitution, but if you got --
13       DEPUTY MAYFIELD:  I think that's true for
14  probably 95 percent of them.
15       PAT:  No, if you got rid of all the other
16  amendments, you have free speech to get them back.  You
17  can petition your government to get those amendments in
18  there.  But free speech, you get rid of that one,
19  there's no way to get it back; that's gone, gone
20  forever.  That's why I think it's the most important
21  amendment.
22       DEPUTY MAYFIELD:  That's a valid point.
23       PAT:  Yeah, but I'm very pro Constitution.
24       DEPUTY MAYFIELD:  As are we.
25       PAT:  I mean it's what makes -- in my opinion,

Page 57

1  it's what makes our country great.  Without the
2  Constitution, I mean I can't say what we'd have, but
3  without that Constitution, I mean, I don't know what
4  we'd be.  But that Constitution makes our country great.
5  All those dreams, protections (inaudible).  That's what
6  makes us great.  People say we're a great nation, that's
7  what I think of, our Constitution.  We do a lot of shit
8  stuff and we do a lot of good stuff, but our
9  Constitution is always there.
10      DEPUTY MAYFIELD:  Yeah.
11      DENIZ:  Let's do a quick group photo without,
12  you know.
13      DEPUTY MAYFIELD:  I can't be in your group
14  photo?
15      DENIZ:  You want to hold a sign?
16      DEPUTY MAYFIELD:  Wow.
17      PAT:  He can be in our photo.  He can be in our
18  photo.
19      DENIZ:  Then I can even (inaudible).
20      DEPUTY MAYFIELD:  That's not very nice.
21      DENIZ:  (Inaudible).
22      DEPUTY MAYFIELD:  Excuse me.
23      DENIZ:  Come on, Eve.
24      (End of recording.)
25

Page 58

1  Begin File 17.
2  Axon_Body_3_Video_2022-05-20_1941_X60A15126.mp4
3      PAT:  That's the most important amendment in my
4  opinion.
5      DEPUTY MAYFIELD:  (Inaudible).
6      PAT:  No, what I'm saying is if you got rid of
7  the first amendment, you'd have no way of getting it
8  back through the Constitution.  But if you got rid of
9  all --
10      DEPUTY MAYFIELD:  I think that's true
11  (inaudible).
12      PAT:  No, if you got rid of all of the other
13  amendments, you'd have free speech to get them back.
14  You can petition your government to get those amendments
15  in there.  Free speech, you get rid of that, there's no
16  way to get it back; it's gone, gone forever.
17      DEPUTY MAYFIELD:  (Inaudible).
18      PAT:  That's why I think it's the most
19  important amendment.
20      DEPUTY MAYFIELD:  (Inaudible).
21      (Inaudible).
22      PAT:  (Inaudible) in my opinion makes our
23  country great.  Without the Constitution, I mean I can't
24  say what we'd have, but without the Constitution, I mean
25  I don't know where we'd be.  That Constitution makes our

Page 59

1  country great.  People say we're a great nation, that's
2  what I think of.  We do a lot of shit stuff, but we do a
3  lot of good stuff (inaudible) Constitution (inaudible).
4      UNIDENTIFIED SPEAKER:  (Inaudible).
5      DENIZ:  Let's do a quick group photo
6  without him.
7      DEPUTY MAYFIELD:  (Inaudible).
8      DENIZ:  You want to hold a sign?  If you'll
9  hold a sign, you can be in our photo.
10      PAT:  He can be in our photo.  He can be in our
11  photo.
12      DENIZ:  Then I can even excuse your bad
13  behavior.
14      DEPUTY MAYFIELD:  (Inaudible).
15      DENIZ:  (Inaudible) to be quite frank.
16      PAT:  You can be in our photo if you want to.
17      DENIZ:  Let's do a group photo.
18      (End of recording.)
19
20
21
22
23
24
25

Page 60

1  Begin File 18.
2  Axon_Body_3_Video_2022-05-20_1956_X60A15126.mp4
3      DEPUTY MAYFIELD:  You want a sticker?
4      (End of recording.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 61**

1 Begin File 19.
2 Axon_Body_3_Video_2022-05-20_1956_X603994B1.mp4
3      DEPUTY MAYFIELD:  You want a sticker?
4      (End of recording.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 62**

1                 REPORTER'S CERTIFICATE
2          I, the undersigned, a Certified Shorthand
3 Reporter of the State of California, do hereby certify:
4          That the foregoing electronically-recorded
5 proceedings were transcribed by me to the best of my
6 ability.
7          I further certify I am neither financially
8 interested in the action nor a relative or employee of
9 any attorney or party to this action.
10          IN WITNESS WHEREOF, I have this date
11 subscribed my name.
12
13 Dated: 02/12/2024.
14
15
16          _____
                    Diana Sasseen
17                  Diana Sasseen
                    CSR No. 13456
18
19
20
21
22
23
24
25

**Audio Transcription**

Joseph P. Cuviello vs.
Rowell Ranch Rodeo

**(**

(clip_1.1)_axon_
body_3_video_2022-
05-20_1808_
x603994b1 2:2

(clip_1.1)_axon_
body_3_video_2022-
05-20_1936_
x603994b1 4:2

**0**

01 2:1

02 4:1

03 6:1

04 9:1

05 12:1

06 14:1

07 24:1

08 29:1

09 33:1

**1**

1-A 53:13

10 36:1

11 38:1

12 40:1

13 41:1

14 42:1

15 43:1

16 46:1

17 58:1

18 60:1

**19** 61:1

**2**

2004 53:14

2022 35:14

2336 5:3 47:10

**4**

40 51:19

**9**

95 56:14

**A**

absolutely 6:20 7:9
9:19 10:12 12:19
24:6,12 36:17

adjusted 54:13

Agricultural 53:13

ahead 2:20 3:1 15:21,
25 17:12 27:24,25
28:1

amazing 26:12,25

amendment 16:13
18:10 24:9 56:6,11,
21 58:3,7,19

amendments 56:4,
16,17 58:13,14

America 26:16

animals 23:17,18,20
27:1,2,14 31:19
33:20,21,22,24 34:2,
14,17,19,20,22,23,
25 35:2 48:11,12

anybody 6:14 9:13

20:15,18,24 21:11,
12,14,16,19,22,23
29:12,14,20 30:5,6,
8,11,12 44:18 51:19,
22,24

anyone's 22:11 30:19
49:1

appreciate 6:22 9:21
11:12,15 12:4

approved 15:1

area 2:17 7:3 10:6
12:13 14:7,11,16,24,
25 15:19 16:14 22:9,
19 26:2,5,6 28:13

arguments 53:9

arrest 2:11,20 3:4
15:13,21 16:3,18,20,
23 17:3 19:11 26:10
44:5 48:8 51:21

arrested 2:13,19,21,
24 15:15,20,23,24
16:19,21

article 28:8

asking 4:17,18 14:24
17:5,16 19:16 22:4,
15 23:4,5,15 31:9
33:7,8,18 44:15,23,
24 46:22,25 47:15
48:23 49:5,9,16
51:14,23 52:2 55:20

asks 17:21 18:4

assuming 44:14
48:21

attend 7:15 10:19
13:3

attract 7:19 8:3 10:23
11:7 13:6,14

audio 20:2

Axon_body_3_
video_2022-05-20_
1757_x603994b1.mp4
6:2

Axon_body_3_
video_2022-05-20_
1757_x603995m6 9:2

Axon_body_3_
video_2022-05-20_
1758_x6039a6a9.mp4
12:2

Axon_body_3_
video_2022-05-20_
1808_x603994b1.mp4
14:2

Axon_body_3_
video_2022-05-20_
1810_x6039a6a9.mp4
24:2

Axon_body_3_
video_2022-05-20_
1819_x6039a6a9.mp4
29:2

Axon_body_3_
video_2022-05-20_
1820_x603995m6.
mp4 33:2

Axon_body_3_
video_2022-05-20_
1822_x603994b1.mp4
36:2

Axon_body_3_
video_2022-05-20_
1826_x603994b1.mp4
38:2

Axon_body_3_
video_2022-05-20_
1900_x603994b1.mp4
41:2

Axon_body_3_
video_2022-05-20_
1900_x60a15126.mp4

**Audio Transcription**

40:2

**Axon_body_3_
video_2022-05-20_
1901_x6039a6a9.mp4**
42:2

**Axon_body_3_
video_2022-05-20_
1936_x603994b1.mp4**
46:2

**Axon_body_3_
video_2022-05-20_
1936_x60a15126.mp4**
43:2

**Axon_body_3_
video_2022-05-20_
1941_x60a15126.mp4**
58:2

**Axon_body_3_
video_2022-05-20_
1956_x603994b1.mp4**
61:2

**Axon_body_3_
video_2022-05-20_
1956_x60a15126.mp4**
60:2

—————

**B**

**back** 21:9 30:3 36:25
37:2 56:12,16,19
58:8,13,16

**backup** 51:17

**bad** 44:13 48:18
59:12

**Badge** 5:3 47:10

**basically** 6:18 9:9,17

**bathroom** 4:5 46:11
49:21,24

**bathrooms** 49:17,18

**battery** 40:5

**beauty** 55:22 56:2

**behavior** 59:13

**best** 28:10

**bet** 39:10

**bidding** 27:5,12

**big** 16:24 22:21 31:2
53:12

**bit** 46:10

**blaming** 36:12

**block** 4:18 6:16 9:15
21:11,23 25:23 30:5,
12 43:18 46:22
49:17 51:19,20,22
52:20 55:21

**blocked** 51:17

**blocking** 4:4,5,19
6:14 9:13 16:16
20:8,15,18,24 21:12,
14,15,19,22 27:11
28:13 29:12,14,20
30:6,7,11 38:11,14
44:20 46:10,11,23
47:21,22 49:3,18
50:1 51:24 52:5,10,
18 53:9 55:7,18

**blue** 26:22

**board** 37:6

**boss** 26:9 38:3

**boundaries** 36:20

**Bring** 28:1

**buck** 28:5 34:4

**bucking** 31:23 34:3,7

**bullish** 44:14,17
48:22,25 49:1

**bulls** 34:4

**bully** 48:24

**buying** 53:12

—————

**C**

**California** 16:13

**call** 3:2 16:1 40:8
55:4

**calling** 26:9

**camera** 40:3 41:3
42:3

**care** 26:19

**cars** 50:12

**case** 50:19,22 53:8,
15

**cattle** 31:21 34:5,24
35:4

**caught** 55:5

**cause** 25:24 54:17

**causing** 25:25

**certain** 36:15

**certainly** 50:25

**check** 41:3 42:3

**choice** 7:15,16 10:19,
20 13:2,3 17:14,15

**choose** 7:7 10:10
12:17

**Circuit** 53:15

**clear** 22:19,20 25:17
31:1 51:14,15

**come** 7:13 10:16
12:25 20:4 27:20
39:7 52:23 53:21
57:23

**comes** 27:4

**coming** 4:20 22:12,
14,17,19 30:20,22,
24 37:8 43:4 47:2

**54:12**

**commander** 3:2 16:1
26:15 27:11 43:15
47:17

**compadres** 44:11
48:16

**compassion** 8:7
11:11 13:18

**complain** 55:19

**complaining** 51:11,
13

**complaints** 52:16
55:10,15

**Constitution** 16:13
26:8,17,23 56:12,23
57:2,3,4,7,9 58:8,23,
24,25 59:3

**continue** 38:9,23

**conversation** 54:23,
24

**cool** 6:13 9:11

**cops** 21:7,8 27:13
30:1,2

**country** 57:1,4 58:23
59:1

**court** 53:7

**cows** 34:3

**Cross-talk** 28:2

**crowd** 39:8,9

**cuts** 55:24

—————

**D**

**damages** 19:12

**deal** 22:21 31:2 39:5
53:12

**decide** 7:13 10:16

**Audio Transcription**

12:25

**decided** 53:7

**Denise** 51:12

**DENIZ** 3:4 4:9,12,14, 16,19,22,24 5:1,5 6:16,20,22 7:1,5,9, 18 8:1,3,6,10 9:15, 19,21,25 10:2,5,8, 12,14,22 11:5,7,10, 15 12:4,7,9,12,15, 19,21 13:1,5,13,17, 21,24 14:10,14,17, 19 15:3 16:3,25 17:10 18:8,18 20:6 22:11,14,17,20,24 23:3,5,8,12,18,20 24:3,7,18 25:18,23 26:4,9,14,19,21 27:1,8,20,24 28:3,8 29:4,7 30:19,22,24 31:1,4,8,12,16,20,23 33:3,6,8,11,15,21 34:1,7,13,17,19,22, 25 35:11 38:24 39:3, 5 43:3,8,11,14,17, 20,22,24 44:1,4,8, 17,19,23,25 45:2 46:7,15,18,20,23 47:1,4,6,8,12,16,20, 23,25 48:3,7,13,21, 25 49:3,8,10,12 57:11,15,19,21,23 59:5,8,12,15,17

**deputies** 44:10 48:15

**Deputy** 2:13,18,21,23 4:4,11,13,15,17,21, 23,25 5:3 6:3,5,9,12, 15,18,21,23 7:2,3,6, 10,12,15,22 8:2,5,8, 11 9:3,5,7,14,17,20, 22 10:1,3,6,9,15,19 11:1,6,9,12,13 12:3, 5,8,10,13,16,24

13:2,9,16,19,22 14:4 15:15,23 16:10 17:2, 6 18:13,15,19,21 20:3,7,10,16,20,23, 25 21:3,6,10,17,20 22:2,7,9,13,15,18,22 23:2,4,7,10,13,19 24:13,15,21 25:21 28:12 29:3,5,8,13, 16,19,21,25 30:4,9, 13,16,18,21,23,25 31:3,7,11,14,17 33:5,7,10,13,16 36:7,10,14,18,21 37:1 38:3,5,18,22 39:1,4,10 40:3,4,5,6, 7 41:3 42:3 43:7,10, 13,16,18,21,23,25 44:3,7,15,18,21,24 45:1,3 46:3,5,9,17, 19,21,25 47:3,5,7, 10,14,18,21,24 48:1, 5,10,20,23 49:1,5,9, 11,13,16,19,22,25 50:2,6,9,11,24 51:1, 5,7,10,13,23,25 52:2,7,9,13,16,21 53:4,6,17,22,24 54:1,5,8,11,13,18, 20,22,25 55:2,5,9, 14,20 56:1,3,8,13, 22,24 57:10,13,16, 20,22 58:5,10,17,20 59:7,14 60:3 61:3

**designated** 7:3 10:6 12:13 14:7,11,15,24, 25 26:2,5 28:13

**die** 33:22,24 48:12

**difference** 51:6

**different** 35:3

**direction** 38:20

**directly** 22:1,2 30:15

**divert** 50:7,12,15

**doing** 6:3 7:1 9:5 10:2 12:9 20:9 38:19 50:18 51:18 52:1 53:2

**domesticated** 35:2,5

**Drained** 40:5

**dreams** 57:5

**drink** 39:7

---

## E

**eat** 33:25 34:21

**egress** 6:17 9:16 20:8 25:23 28:13

**emergency** 52:22,25

**encourage** 8:6 11:10 13:17

**energy** 20:22 21:1,5 29:18,24

**entertainment** 34:2

**entity** 26:24

**entrance** 21:13

**escalate** 38:23

**Eve** 57:23

**evening** 8:9 13:20

**event** 7:16,17 10:20, 21 13:3,4 18:13,15, 16,21 24:13,15,16, 21 36:7

**everybody** 37:5

**everything's** 27:4

**evolutionist** 35:3

**exactly** 36:23 52:10

**excuse** 57:22 59:12

**exercising** 7:20,24

10:24 11:3 13:7,11

**exist** 34:21 35:4,10, 11

**explaining** 38:18

**eye** 37:15

---

## F

**face** 16:8

**fact** 38:10 50:19

**Failure** 15:1

**favor** 46:6,9

**figure** 15:6

**file** 2:1 4:1 6:1 9:1 12:1 14:1 24:1 29:1 33:1 36:1 38:1 40:1 41:1 42:1 43:1 46:1 58:1 60:1 61:1

**filed** 21:8 30:2

**find** 2:4

**fine** 21:22 27:4 30:12

**finish** 17:23 18:1

**finished** 17:24

**first** 16:12 18:9 24:8 56:11 58:7

**Flags** 18:22 24:22

**flank** 28:3

**fliers** 20:12 21:17 38:8,13 54:21

**force** 22:5

**forever** 56:20 58:16

**forum** 16:12 18:10 24:9

**frank** 59:15

**free** 3:3 6:12 7:20,24 9:10 10:24 11:3

AlamedaCounty_Bolbol_000361

13:7,11 16:2 26:5
48:13 50:8,10,18
51:8 53:2,18 55:22
56:2,16,18 58:13,15

**freedom** 23:14 33:17

**front** 21:12 22:1,2,6
27:21 37:9 38:6,9,15

**full** 4:20 43:3 47:1

**Funny** 27:3

**G**

**GARY** 36:12 37:7

**get-go** 20:21 21:4
29:17,23

**getting** 40:9 51:5,9
52:16 55:9 56:11
58:7

**girl** 22:25 23:5 31:4,5,
9 33:3,4,8

**girl's** 22:24

**girls** 34:8

**give** 17:20 18:3 19:19
20:11 23:14 33:17

**giving** 19:21 25:9,12,
14

**go** 2:11 7:6 10:9
14:25 15:13 17:11
26:21 27:13,24,25
28:1 38:7,10 40:7,8
49:20,23 50:9 55:11

**God** 34:25 44:1 48:3

**going** 2:11,20 5:5 6:9
7:18,22 8:3 9:9
10:22 11:1,7 13:5,9,
14 14:10,13 15:3,4,
5,10,13,21 16:17,18,
20,23 17:25 18:2
19:14 20:4 25:18

26:8 39:6 43:11,12
44:5,9 47:12,13
48:8,14 50:15 51:4,
16 52:23 53:25 54:4

**good** 9:6 15:2 53:15,
18 57:8 59:3

**Google** 53:19

**government** 56:17
58:14

**Grand** 39:5 53:14

**great** 7:7 8:8 10:10
12:17 13:19 21:3
57:1,4,6 58:23 59:1

**group** 57:11,13 59:5,
17

**groups** 55:7

**guarantee** 51:21

**guy** 21:5 27:4 28:9
29:23 37:8 44:11
48:16

**guys** 4:7,15 6:24 7:4,
6 8:8 9:23 10:7,9
12:5,14,16 13:19
14:7 17:11 20:4
21:20 30:9 31:25
34:11,18 35:13
36:15 37:5,14 46:5,
13,21 50:14 54:2,9

**H**

**hand** 3:8 16:7 21:9,
17,25 25:24 30:3
38:13

**handing** 20:14

**hang** 49:20

**hanging** 6:9 9:10

**happen** 15:4,5

**happened** 24:18

**happens** 2:5 15:7
18:18 19:13 25:8

**harass** 4:14 46:20

**harassing** 4:15,22,23
5:1,4 34:12 37:8
43:5,8,10 44:19,23,
25 45:1 46:21 47:4,
5,9,11 49:3,8,10,11

**harassment** 46:8

**hard-on** 4:9 46:15

**Hart** 2:4,8,16,22,25
3:6,8 14:5,15,22,23
15:6,10,18,22 16:5,7
17:8,13,16,19,22
18:1,5,11,23 19:2,5,
13,16,20,24 24:4,10,
24 25:2,8,13,15,19,
22 26:1,7 36:6,24
37:3,11,14

**head** 26:15

**hear** 8:1 11:5 13:13
20:5,6 23:2,3 29:4
31:8 33:5,6

**heard** 55:4

**hell** 26:18

**hello** 6:3,6 9:3,8 14:3
46:3

**hey** 9:7 37:9 38:3

**Hi** 9:4 14:4 46:4

**hold** 14:14 26:21
27:24 57:15 59:8,9

**hopefully** 26:14

**Hundred** 56:1

**hurts** 23:16 33:19

**I**

**illegal** 3:4 16:3

**illegally** 16:20

**important** 56:6,9,20
58:3,19

**inaudible** 2:16,18,23
8:4 14:6,13,21 15:22
18:6,18,20 19:25
20:1,14 23:21 25:7,
9,12,18,21 26:13
27:7,15,17,19,23
28:3,4,7,9 29:3,5,11,
13,21 30:4,5,9,10,
13,14,15,16,17,18,
21,23,25 31:3,6,7,
15,17,20,21,23,24,
25 34:5,10,18 35:5,
12,16 36:3,6 37:7,
13,15 38:10,11,24
39:3,11 40:6 43:7,
13,19,25 44:7,16,18
45:3 48:10 49:20
51:16 52:7,9 53:3,17
54:2 57:5,19,21
58:5,11,17,20,21,22
59:3,4,7,14,15

**included** 37:5

**industry** 28:11

**inflicting** 34:8,13

**information** 25:24

**ingress** 4:18 6:16
9:15 20:8 25:23
27:11 28:13 43:19
46:22 47:21

**ingressing** 43:20
47:23

**injures** 23:16 33:19
48:11

**injuries** 33:23

**intention** 6:14 9:13

**interest** 16:15,16
55:6

## K

**K-U-B-A** 53:19

**keep** 7:7 10:10 12:17 20:10 29:8 37:14 38:15,19 51:14

**Kevin** 14:5,22

**kind** 4:6 27:10,21 36:16 46:12

**knew** 20:21 29:17 44:12 48:17

**know** 2:15,20 3:1 6:7, 19,21 7:1,5,13 8:11 9:9,18,20,25 10:4,8 12:3,7,11,15 13:22 14:13 15:17,21,25 16:19,20 20:9,18 21:6,7,9 26:18,20 29:6,7,14,25 30:1,3 36:12,14,19 38:25 40:7 44:9,11 48:14, 16 50:4,13 51:20,21 52:25 54:18,20 55:3, 23 57:3,12 58:25

**knows** 27:10

**Kuba** 53:13,14,18,20

## L

**LASZUK** 2:23 6:3,5,9, 12,15,18,21,23 7:2 8:5 9:3,5,7,14,17,20, 22 10:1,3 11:9,13 12:3,5,8,10 13:16 14:4 25:21 40:4,6

**law** 44:2,3 48:4,6 50:17,19,22 52:20 53:8

**lawsuit** 18:25 24:23

**lawsuits** 21:8 30:2

**leaflet** 22:6

**learn** 44:8,10,13 48:13,15,18

**leave** 16:23 18:24 19:2,3,6,14,17 24:25 25:2,3,16,18,20

**leaving** 19:9,10,15 24:3 25:5,6

**legal** 26:5 53:19

**let's** 7:7,12 10:10,15 12:17 57:11 59:5,17

**letter** 44:10 48:14

**letting** 10:4 12:10

**level** 26:15

**lies** 27:10

**life** 34:16

**line** 26:22 36:15

**listen** 14:12 49:25

**little** 22:24,25 23:5 27:20 31:4,5,9 33:3, 4,8 46:10

**livestock** 28:10

**long** 52:5,10,19 55:18

**look** 4:20 18:22 24:22 43:3,22,24 47:1 48:3 49:22,23 50:14 51:2, 16 53:19

**looking** 23:9 31:13,14 33:12

**lot** 39:7 54:11 57:7,8 59:2,3

**love** 26:16

## M

**M.O.** 36:20

**ma'am** 4:21 8:5 22:13 25:16 39:2 43:18,21 47:3,19,24 48:10,24 49:2

**magazine** 28:10

**making** 52:11,13,14

**man** 4:22 47:4

**manager** 14:6

**map** 14:16

**master** 26:8

**matter** 18:4,14,17 24:14,17,20 26:3,4 43:23 48:1

**Mayfield** 2:13,18,21 4:4,11,13,15,17,21, 23,25 5:1,3 7:3,6,10, 12,15,22 8:2,8,11 10:6,9,15,19 11:1,6, 12 12:13,16,24 13:2, 9,19,22 15:15,23 16:10 17:2,6 18:13, 15,19,21 20:3,7,10, 16,20,23,25 21:3,6, 10,17,20 22:2,7,9, 13,15,18,22 23:2,4, 7,10,13,19 24:13,15, 21 28:12 29:3,5,8, 13,16,19,21,25 30:4, 9,13,16,18,21,23,25 31:3,7,11,14,17 33:5,7,10,13,16 36:7,10,14,18,21 37:1 38:3,5,18,22 39:1,4,10 40:3,5,7 41:3 42:3 43:7,8,10, 13,16,18,21,23,25 44:3,7,15,18,21,24 45:1,3 46:3,5,9,17, 19,21,25 47:3,5,7,8, 10,14,18,21,24 48:1, 5,10,20,23 49:1,5,9, 11,13,16,19,22,25

**me** 50:2,6,9,11,24 51:1, 5,7,10,13,23,25 52:2,7,9,13,16,21 53:4,6,17,22,24 54:1,5,8,11,13,18, 20,22,25 55:2,3,5,9, 14,20 56:1,3,8,13, 22,24 57:10,13,16, 20,22 58:5,10,17,20 59:7,14 60:3 61:3

**mean** 6:19 9:18 50:23 51:7 53:8 54:5,19 55:6,24 56:25 57:2,3 58:23,24

**means** 26:20 50:20

**members** 37:6

**message** 11:8 13:15 55:16,17,18,19,23

**Messages** 55:25

**messing** 16:25

**met** 21:7 30:1

**MGR** 2:4,8,16,22,25 3:6,8 14:5,15,23 15:6,10,18,22 16:5,7 17:8,13,16,19,22 18:1,5,11,23 19:2,5, 13,16,20,24 24:4,10, 24 25:2,8,13,15,19, 22 26:1,7 36:6,24 37:3,11,14

**middle** 4:8 20:11 29:9 44:21 46:14 47:14 49:6 50:11 52:3,17

**Mine** 40:4 41:4 42:4

**minute** 23:8 31:12 33:11

**mobile** 53:1

**mood** 21:3

**move** 12:16 27:22 51:4 52:25 53:1

moving 17:9,10

mp4 2:3 4:3

muted 20:2

---

**N**

---

name 4:24 14:19 43:6
47:6 55:1,3

named 37:6

nasty 8:4 11:8 13:15

nation 57:6 59:1

National 39:5 53:14

need 2:6,20 3:1 8:11
13:22 14:8 15:8,21
16:1 20:16 22:22
38:7 44:8,9,10
48:13,14,15 49:8

needs 22:19

Negative 17:6

never 21:23 30:12

new 40:9

nice 6:19 9:18 17:18
19:18 21:5 29:23
35:13 38:24,25 39:2
57:20

nicely 17:17,21 18:3,
4 19:16

night 11:14

Ninth 53:14

nobody's 4:15,19,23
5:4 34:23 43:10 45:1
46:21,23 47:5,11
48:24 49:11 51:13,
17

non-designated 2:17
15:19

---

**O**

---

obviously 6:6 9:8

offer 54:21

office 6:6 9:8

officers 54:3

oh 11:15 13:24 27:11
39:3 44:1 48:3 53:9

okay 6:15 9:14,17
10:1,3 12:8,10 18:16
21:10,11 23:19
25:15 26:7 30:4 35:3
38:5,11,22 52:21
53:22 55:17

one's 50:1

ones 40:9 54:5

open 16:13 18:14,16
24:14,16 36:7,8

opinion 56:7,25 58:4,
22

overtime 54:12

owner 26:24

---

**P**

---

pain 34:8,13

parents 23:11 33:14

park 16:12 18:7,9,17
24:8,17

parking 39:6

Parks 14:6

pass 26:8 38:8

Pat 2:6,11,15,19,24
3:1,5,7,10 6:4,8,11,
14 7:11,14,20,24
9:4,6,12 10:13,17,24
11:3 12:20,22 13:7,

11 14:3,17,18,22
15:4,8,13,17,20,24
16:4,6,9,11 17:1,4,7,
8,9,11,15,18,19,20,
24 18:2,7,9,14,16,
20,22,25 19:4,7,9,
11,15,18,22 20:9,15,
18,21,24 21:2,4,7,
14,19,22 24:6,8,12,
14,16,20,22 25:1,5,
7,11,14 26:3,5,8,12,
17,20,23 27:7,16,18,
24,25 29:6,12,14,17,
20,22 30:1,6,11,17
38:16 46:4 49:14,15,
18,20,23 50:1,4,8,
10,13,25 51:2,6,8,
11,15,24 52:1,5,8,
10,14,18,23 53:5,7,
18,23,25 54:3,7,9,
12,16,19,21,24 55:1,
3,4,6,12,15,22 56:2,
5,10,15,23,25 57:17
58:3,6,12,18,22
59:10,16

path 38:11 46:14

paths 4:6 46:12

pathway 51:14

patrons 7:13 10:15
12:24

paved 22:9

peace 54:15

peaceful 7:8,23 10:11
11:2 12:18 13:10

people 4:6 8:3 11:7
13:14,15 20:12,13
22:18 29:10 31:25
34:11,12 37:8 38:6,
9,14 46:12 48:1
50:6,13,15,16,18,19
51:3,15 52:22 53:2,
10 54:10 55:7,10,15,

21 57:6 59:1

percent 56:1,14

Period 17:25

permission 26:10

person 22:20 31:1
50:20,21,22 53:11

petition 56:17 58:14

photo 57:11,14,17,18
59:5,9,10,11,16,17

pictures 28:9,11

place 19:25

play 6:19 9:18

please 20:5 21:11
22:3

plenty 17:15

point 56:22

police 26:12 54:3

poor 27:14 34:13

positive 20:25

predesignated 14:25

private 18:13,15,16
24:13,15,16,21
26:24

pro 56:23

probably 37:7 53:21
54:9 56:14

problem 8:2 11:6
16:24 20:19 25:25
29:15 38:8 50:23,24
51:12 52:6,8,11,12,
13,15 55:16

problems 10:18
12:23 25:24

property 18:6,8 24:5,
7 26:24

protect 37:4

**Audio Transcription**

protections 57:5

public 2:4,8,16,22,25
3:6,8 14:5,6,15,23
15:6,10,18,22 16:5,
7,12,14 17:8,13,16,
19,22 18:1,5,7,9,11,
14,17,20,21,23 19:2,
5,13,16,20,24 24:4,
8,10,14,16,17,24
25:2,8,13,15,19,22
26:1,7 36:6,8,24
37:3,11,14

pull 40:8

push 36:25 37:1

pushing 36:20

put 16:14,16 22:6
53:20

---

**Q**

quick 57:11 59:5

quintessential 16:12
18:9 24:8

quite 59:15

---

**R**

raising 34:24

ranch 31:22 34:6

read 50:19 53:8,13,
15,16,22,23

real 39:8,9 50:5

reality 50:5

really 53:18 54:16

reason 28:5,6 35:4

receive 33:23

recording 3:12 5:6
8:13 11:17 13:25

14:17 23:22 28:14
32:2 35:17 37:16
39:12 40:11 41:6
42:6 45:4 57:24
59:18 60:4 61:4

refuse 25:19

refusing 18:23 19:2,
3,5 24:24 25:2,3,16

Regardless 22:18

request 49:13 52:3

require 20:4

required 17:2

responsibility 2:9,10
15:11,12

restrict 55:24,25

rid 56:11,15,18 58:6,
8,12,15

ridiculous 26:10
52:24

right 2:25 3:3,11 4:6,
8 7:10,17,18,25
10:5,21,22 11:9,13,
14 12:12 13:4,5,16
14:22 15:1 16:2
17:14 18:6,20 19:22,
25 20:3 23:12 24:5
25:11,13,22 27:9
31:16 33:15 36:8,18
37:5 46:12,14 48:20
56:4,5

rights 7:21 10:25
11:4 13:8,12 16:11
17:20 18:3 19:19,21
25:10,12,14 26:13,
25

rodeo 23:16 27:8
33:19 39:6 48:11
53:14

rude 7:19 10:23 13:6
27:22

run 52:23

running 52:22

---

**S**

sad 23:18,20 27:1,14
33:21 34:1,17,19,22

safe 11:14

safety 2:4,8,16,22,25
3:6,8 14:5,6,15,23
15:6,10,18,22 16:5,7
17:8,13,16,19,22
18:1,5,11,23 19:2,5,
13,16,20,24 24:4,10,
24 25:2,8,13,15,19,
22 26:1,7 36:6,24
37:3,11,14

saw 21:4 29:22

saying 27:18 38:17
39:4 50:4 51:8 56:5
58:6

says 26:18,25

schedule 54:14

Scholar 53:19

scoot 46:10

second 46:7

see 26:9 38:6 43:20
47:23 50:6 53:1
54:19 55:10

seniority 44:13 48:18

sheriff 27:3

sheriff's 6:5 9:8

shit 57:7 59:2

side 7:19 10:23 13:6
21:25 30:14 38:7,12

sign 27:21 28:1 44:20
49:4 57:15 59:8,9

significant 16:15

simple 49:13 52:2

simply 51:14

sir 2:9 3:6 15:11 16:5,
7 18:13 20:10,23
21:10 22:7,8 24:11,
13 29:19 43:22
47:25 49:14,19

sit 27:13 39:6

Six 18:22 24:22

solution 35:8

somebody 18:4 51:2,
9,20

somebody's 17:21

someone's 51:3

sound 50:25

sound.mp4 9:2

SPEAER 14:12

SPEAKER 14:9,20
19:8,10 20:13 21:15,
24 22:5,8 23:16
25:4,6 27:15,17 28:7
29:10 30:7,14 31:18,
21,24 33:19,22,24
34:5,10,15,18,20,23
35:2,6,7,9,13,14,15
36:3,4,5,9,17,19,23
37:12 38:4,16,20
40:9 41:4 42:4 48:11
59:4

speech 3:3 6:12 7:20,
24 9:10 10:24 11:3
13:7,11 16:2 23:14
26:6 33:17 48:13
50:8,10,18 51:8
53:2,18 55:22 56:2,
16,18 58:13,15

stand 20:16,17 21:24,
25 22:2,10,15,22,25

---

**Index: protections–stand**

AlamedaCounty_Bolbol_000365

23:1,6 27:21 30:15 31:5,9 33:4,9 38:12 43:14 44:21 47:16 48:5 49:6 50:11 52:3,19

**standing** 4:8 20:11 22:20,24 23:8,10,13 29:8 31:1,4,12,14 33:3,11,13,16 38:5 46:14 47:14 50:14, 15,20 52:17,20 53:9, 11

**start** 14:20 52:22

**stay** 7:7 10:10 12:17 20:7 21:10 22:3

**step** 21:11 38:9

**stepped** 37:9

**stepping** 38:6,15

**sticker** 60:3 61:3

**stop** 4:22 5:1 35:15 43:5,8 44:23,25 47:4,8 49:8,10

**strap** 28:3,4

**street** 50:12

**stuck** 36:11

**stuff** 57:8 59:2,3

**sudden** 27:5

**sued** 19:11 37:4

**sure** 54:8

**sworn** 26:17

---

**T**

---

**take** 22:5 38:20

**talk** 21:20 30:10 31:25 34:10 38:13 50:2

**talking** 3:7,10 16:6,9 44:12 48:17 50:5

**TASER** 40:8

**technically** 36:8

**tell** 2:6,9 3:5 15:8,11 16:4,22,24 17:2 39:8 43:15 47:17 51:4 55:12 56:10

**telling** 16:11 27:10 38:22 44:10 48:15 51:18

**thank** 6:8,11 8:10 9:12 11:12,15 13:21, 24 23:19

**thing** 27:3 35:3 55:8

**think** 16:25 27:21,22 56:13,20 57:7 58:10, 18 59:2

**thought** 44:4 48:7

**ticket** 51:9 53:12

**tickets** 51:5

**time** 2:20 3:1 15:21, 25 31:18

**times** 21:8 30:2 31:24

**torture** 34:2 35:12

**totally** 6:13 9:11

**touching** 37:10

**tow** 36:16

**training** 37:12

**trespassing** 2:14 15:16

**trouble** 54:17

**true** 34:1 56:13 58:10

**try** 49:20

**trying** 4:14 8:6 11:10 13:17 20:11 27:5 37:4 46:20 50:2 53:1

**turn** 40:4 41:4 42:4

**turned** 40:3

**two** 4:6 46:12

**typically** 54:9

---

**U**

---

**Uh-huh** 56:8

**unconstitutional** 26:6

**understand** 38:16 44:1,3 48:4,6

**UNIDENTIFED** 14:9

**UNIDENTIFIED** 14:12,20 19:8,10 20:13 21:15,24 22:5, 8 23:16 25:4,6 27:15,17 28:7 29:10 30:7,14 31:18,21,24 33:19,22,24 34:5,10, 15,18,20,23 35:2,6, 7,9,13,14,15 36:3,4, 5,9,17,19,23 37:12 38:4,16,20 40:9 41:4 42:4 48:11 59:4

**unpleasant** 43:12 47:13

**unruly** 39:9

**uphold** 26:17

---

**V**

---

**valid** 56:22

**value** 51:9

**videotape** 46:8

**violate** 26:13

---

**W**

---

**wait** 46:7

**waiting** 23:10 33:13

**walk** 36:5 50:16,18, 20,21 51:3 53:10

**walked** 20:21 29:17

**walking** 23:7 31:11 33:10 55:11,21

**walkway** 4:5 20:8,11, 17 21:11 22:4,10,16, 23 23:15 29:9 30:16 33:18 43:14 44:22 46:11 47:15,16,22 49:7 52:4,17

**want** 2:15,19,24 3:1 6:6,16,24 9:15,23 12:5 15:17,20,24,25 16:14,18,19,20,21, 22 17:11,18 19:7,18 20:19 21:18,21 25:17 26:14 27:20 29:15 30:15 34:3,4 36:21,24 37:1 38:8, 12,13,14 46:7 51:20 52:19 54:15,16 57:15 59:8,16 60:3 61:3

**wanted** 9:8

**wanting** 23:13 33:17

**wants** 27:12

**wasn't** 21:15 30:7

**watch** 3:2 16:1 26:15 27:11 43:15 47:17 49:24 50:1

**watching** 34:9

**way** 18:20 22:11 30:19 34:15 35:4 46:10 55:24 56:11,

---

19 58:7,16

**we're**  6:5,9,18 7:1,2,
20,22,24 8:3,6 9:7,9,
18 10:2,3,4,24 11:1,
3,10 12:9,10 13:7,9,
11,17 14:10 15:3
16:16 20:3,9,24 22:4
29:20 35:7 37:4 40:9
51:22,24 52:1 53:1
54:16,21,24 55:18
57:6 59:1

**we've**  7:14 10:17
12:22 18:8 24:7
26:11 51:18

**week**  54:10

**week-**  5:5

**weekend**  43:12 47:12
53:25 54:4,10

**welcome**  6:23 9:22

**weren't**  21:14 30:6,11

**white**  44:11 48:16

**willing**  26:13

**won**  18:25 24:22

**work**  51:25 54:9,11

**working**  35:7

**wouldn't**  34:21

**Wow**  57:16

**write**  44:9 48:14

**wrong**  44:5,6,8 48:8,9

---

**Y**

---

**yeah**  3:4 4:12,16 6:16
9:17 10:3 14:18 16:3
17:4,7 20:10 27:9,18
34:20 36:9,23 37:11
39:5,10 46:18,23
47:8 48:20 54:3,7

55:5 56:9,23 57:10

**year**  18:8 24:7 26:11

**years**  7:14 10:18
12:23 51:19

**yell**  7:13 10:15 12:24

**yelling**  8:4 11:8 13:15

AlamedaCounty_Bolbol_000367

# EXHIBIT "D"

Audio Transcription

Videos Produced by Plaintiff

Joseph P. Cuviello

vs.

Rowell Ranch Rodeo



www.aptusCR.com | 866.999.8310

**Page 1**

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   JOSEPH P. CUVIELLO and DENIZ
     BOLBOL, individually,
 5
            Plaintiffs,
 6
      v.                      Case No.: 3:23-cv-01652-VC
 7
     ROWELL RANCH RODEO, INC.;
 8   HAYWARD AREA RECREATION AND
     PARK DISTRICT; HAYWARD AREA
 9   RECREATION AND PARK DISTRICT
     PUBLIC SAFETY MANAGER/RANGER
10   KEVIN HART; ALAMEDA COUNTY
     SHERIFF'S OFFICE; ALAMEDA COUNTY
11   DEPUTY SHERIFF JOSHUA MAYFIELD;
     and DOES 1 and 2, in their individual and
12   official capacities, jointly and severally,
13          Defendants.
     _____
14
15
16
17              AUDIO TRANSCRIPTION
18         VIDEOS PRODUCED BY PLAINTIFF
19
20
21
22
23   Transcribed by:
     Diana Sasseen
24   CSR No. 13456
25   Job No. 10136071
```

**Page 2**

```
 1   Begin file 01. BATES 00014 - Bolbol-Rowell Ranch Rodeo
 2   Protest Videos - May 20-2022.mov
 3          Screen:  "Rowell Ranch Rodeo Protest Video.
 4   May 20, 2022."
 5          Screen:  "Video 1."
 6          DENIZ:  Should I just lie these down?
 7          PAT:  Sure.
 8          DENIZ:  Right here?
 9          PAT:  Yeah.  I'm going to get my fliers on.
10          You could put it over there.  That would be a
11   better spot.
12          DENIZ:  That's a better spot.
13          PAT:  Take it over there.
14          DENIZ:  I think so, because that's not moving.
15          PAT:  Yeah.  No one's going to use that.
16          DENIZ:  Yeah.
17          PAT:  (Inaudible).
18          DENIZ:  I knew I shouldn't have dropped that
19   down.
20          This is not in anyone's way.
21          PAT:  No.
22          DENIZ:  There we go.
23          PAT:  (Inaudible) a lot of fliers here
24   anyways.
25          DENIZ:  Are you man enough to be kind to
```

**Page 3**

```
 1   animals?  I guess I need this one first.
 2          PAT:  Okay.
 3          DENIZ:  I have a feeling we're going to have a
 4   problem.  All right.
 5          PAT:  You want to hold the banner up too or
 6   not?
 7          DENIZ:  Sure.
 8          PAT:  (Inaudible).  Hold that.
 9          DENIZ:  Is it running?
10          PAT:  Yeah.
11          Hold this.  Hold this.
12          DENIZ:  Yours is running too.  Mine's running
13   too.
14          Screen "Video 2."
15          GARY:  If you want to do this, we have an area
16   set up for you up there.  Free speech area's up there,
17   not here.
18          PAT:  You have no -- you have no -- call the
19   police.  Call the police.  You got a problem, call the
20   police.
21          GARY:  Oh, we do.  But take --
22          PAT:  We're not going to do that.  When the
23   police come we'll --
24          DENIZ:  Hey, you can't touch us.
25          PAT:  You can't touch us.
```

**Page 4**

```
 1          DENIZ:  Don't touch us.
 2          PAT:  You can't touch us.
 3          GARY:  You're not in the area you need to be.
 4          DENIZ:  Call the police.  You can call the
 5   police.
 6          PAT:  Call the police if you think you have a
 7   right to move us.  Just call the police.
 8          DENIZ:  There you go.  You'll learn about the
 9   first amendment.  It will be a fun experience for you.
10          GARY:  You'll learn about a few other things.
11          PAT:  This is America.
12          DENIZ:  It's America.  Be proud to be American,
13   man.
14          PAT:  Right?  Right?  Be proud to be an
15   American.  Be proud of our Constitution.
16          DENIZ:  Be proud of our Constitution.
17          PAT:  Even if you don't agree with it.
18          GARY:  And you really have to worry about --
19          DENIZ:  Call the police, just don't touch us.
20          PAT:  Even if you don't agree with it.
21          DENIZ:  We don't touch you; don't touch us.
22          PAT:  Even if you don't agree with it.  That's
23   the beauty of the first amendment.
24          DENIZ:  That's the beauty of America.  Free
25   speech.  People die for this right.
```

Page 5

1    GARY:  I know.
2    DENIZ:  You should be ashamed of yourself
3  trying to stifle it.
4    GARY:  I spent 40 years in the army.  I know
5  about that.  Don't even go there.
6    DENIZ:  Yeah, shame on you or trying to stifle
7  free speech.
8    GARY:  You're going to --
9    DENIZ:  Shame on you.
10    Come on over, babe.  Come over here a little
11  more.
12    Yeah, they are.  We're allowed to be here.
13  Just don't touch me.  I won't touch you.
14    GARY:  And I can block you.  I can block you.
15    DENIZ:  That's what you're afraid of, huh?
16    PAT:  Is that what you're afraid of, our
17  speech?
18    DENIZ:  Yeah, he's afraid.
19    PAT:  (Inaudible).
20    GARY:  It's just you don't understand what
21  you're saying.
22    DENIZ:  No, you don't like what we're saying.
23    GARY:  And I'm not going into it.
24    PAT:  If it's not true, what does that matter
25  to you?

Page 6

1    DENIZ:  Yeah.
2    GARY:  Because you're spreading false rumors.
3  I'm not going into it.
4    DENIZ:  It's not a rumor, it's a fact.
5    UNIDENTIFIED SPEAKER:  Sir, (inaudible).
6    GARY:  Yes, right up here where it says free
7  speech.
8    UNIDENTIFIED SPEAKER:  Okay.  Fortunately --
9  (inaudible).
10    DENIZ:  Would you like information about the
11  animals?  It's very sad for these poor animals.
12    GARY:  Did you call them?
13    DENIZ:  Hope you open your heart one day.
14  Compassion and kindness is a good thing.  And though not
15  here it doesn't feel like it, but it is.
16    GARY:  And that's an altered photo to begin
17  with.  Yes it is.  Yes it is.
18    PAT:  No, (inaudible).  Now who's lying?  Now
19  who's lying?
20    DENIZ:  Yeah, but you know what?
21    GARY:  (Inaudible).  That is an altered photo,
22  but hey, besides the point --
23    PAT:  (Inaudible) to lie about it.
24    DENIZ:  Yeah, that's what they do, they just
25  start lying.

Page 7

1    PAT:  (Inaudible) animal, they don't hesitate
2  to lie about it.
3    UNIDENTIFIED SPEAKER:  Hey, Gary, we just need
4  them to be -- they can be here, but they just need to be
5  in the free speech area.
6    GARY:  That's what I'm trying to tell them.
7    UNIDENTIFIED SPEAKER:  We really --
8    DENIZ:  Just call the policemen.
9    UNIDENTIFIED SPEAKER:  Call your sheriff.
10    UNIDENTIFIED SPEAKER:  Gary, call the sheriff.
11    PAT:  (Inaudible).
12    DENIZ:  Yeah, go ahead and call them.  I'm
13  getting everybody's picture on camera here.
14    (Inaudible).
15    DENIZ:  I already got you.
16    Everybody's going to get a lesson in free
17  speech.  You're going to learn what it means to have
18  free speech.
19    UNIDENTIFIED SPEAKER:  You going to get them,
20  or do you want me to get therm?
21    DENIZ:  It's important.  That's what
22  democracy's based on.
23    UNIDENTIFIED SPEAKER:  We're not denying you
24  that, we just have an area (inaudible) --
25    DENIZ:  That's not free speech then.

Page 8

1    UNIDENTIFIED SPEAKER:  It is courteous to your
2  guests.
3    DENIZ:  We're very courteous.
4    UNIDENTIFIED SPEAKER:  You also can't be in the
5  middle of a parking lot, (inaudible).
6    DENIZ:  We're not in the middle of a parking
7  lot:
8    (Inaudible).
9    GARY:  (Inaudible) rodeo grounds.  I have some
10  people out here I need to get removed.  They need to be
11  removed.  Because we've got the free speech area,
12  they're protesting, and they're not -- and they're
13  blocking the parking lot, blocking the access --
14    DENIZ:  Don't lie.  Don't lie to them.  It's
15  all on video.  We're not blocking anything.
16    GARY:  And (inaudible), right now there's
17  two.
18    DENIZ:  That's what you go to, lies.
19    PAT:  Because that's all they have is lies.
20    DENIZ:  That's all they've got are lies.
21    PAT:  (Inaudible) lies.
22    DENIZ:  It's not cruel.  They're blocking the
23  parking lot.
24    GARY:  (Inaudible).  I mean I'm standing right
25  in front of them.  One male and one female.

Page 9

1   PAT:  Now they're blocking.

2   DENIZ:  Yeah, you're blocking.

3   GARY:  (Inaudible).  They're blocking the
4   entrance.

5   DENIZ:  No, we're not.

6   GARY:  I don't see any -- I don't see any
7   weapons.

8   DENIZ:  There's a truck blocking the entrance.

9   BRIAN:  Yeah, that truck's supposed to be
10  there.  We got a free speech area over there, we'd like
11  you to go over to it, okay?

12  DENIZ:  We won't be doing that?

13  BRIAN:  You won't be doing that?

14  DENIZ:  No.

15  BRIAN:  Okay.

16  PAT:  He's calling the police.

17  DENIZ:  He's calling the police.  Let the
18  police handle it, unless you want to do something, but I
19  would prefer you not touch me.

20  It's a good song.

21  (Phone ringing.)

22  BRIAN:  Yeah, this is Brian.

23  DENIZ:  Hey, Pat, step up a few because I want
24  these people coming up with you.  Yeah.

25  PAT:  (Inaudible).

Page 10

1   DENIZ:  Okay.

2   BRIAN:  All right.  You're right.  They are on
3   the way.  You're fine.

4   Kind of disrespectful though.  That's okay.

5   DENIZ:  Totally disrespectful to the animal.

6   BRAIN:  Well, you --

7   UNIDENTIFIED SPEAKER:  Hey, Brian, have you
8   noticed they've got a --

9   BRIAN:  Huh?

10  UNIDENTIFIED SPEAKER:  They've got a
11  (inaudible).

12  BRIAN:  They have what?

13  UNIDENTIFIED SPEAKER:  (Inaudible).

14  BRIAN:  Oh, yeah.

15  DENIZ:  No, he didn't say okay, but he said,
16  oh, yeah, the cops are coming.  So everything's good.

17  BRIAN:  Okay.  I don't even know where that's
18  at.  Somebody added a strap on that one.  Yeah, so it's
19  even -- not even -- that's kind of --

20  UNIDENTIFIED SPEAKER:  Yeah, they're coming.

21  DENIZ:  Yeah.  You -- we dug a ditch for you,
22  and you can have your free speech in the ditch.

23  PAT:  (Inaudible).

24  (Inaudible).

25  GARY:  (Inaudible).

Page 11

1   BRIAN:  Okay.  I got 'em here.  Sheriffs
2   coming.  We're good.  But probably should educate
3   yourselves a little bit on some of that.

4   PAT:  We did.  That's why we're out here.

5   BRIAN:  Wrong school, guys.  Any time you need
6   the right information, we'll give it to you.

7   PAT:  We got it.  That's why we're out here.

8   BRIAN:  Very good.  All right.

9   PAT:  We know you don't care about animals, but
10  we do.

11  DENIZ:  Yeah.  Yeah.

12  BRIAN:  What?

13  PAT:  You don't care about animals --

14  BRIAN:  We do.

15  DENIZ:  Yeah.  Yeah.  Sure you do.  That's why
16  you torture them.

17  PAT:  (Inaudible) animals.

18  BRIAN:  We're good.  We're good guys.  We make
19  a living with them.

20  DENIZ:  Yeah, by torturing them.

21  BRIAN:  No, by selling them for beef.

22  DENIZ:  Oh, that's really nice too.

23  PAT:  You don't care about animals?

24  BRIAN:  So you don't like -- you don't like
25  people who eat beef?  Okay.  That's your right.

Page 12

1   DENIZ:  Don't say you're being nice to animals.

2   BRIAN:  We're good.  We're good.

3   DENIZ:  Just own it.

4   PAT:  Don't let her back up.

5   UNIDENTIFIED SPEAKER:  I know, I was
6   thinking --

7   DENIZ:  Very sad for the animals.  Very sad for
8   the animals.  Nobody wants to be --

9   PAT:  (Inaudible).

10  DENIZ:  They think the sheriffs are going to
11  come over here and arrest us.

12  GARY:  Hopefully.

13  DENIZ:  That's what they think, because the guy
14  hugged the gal who works here, which I got on video.
15  Did you get it on video?

16  PAT:  (Inaudible).

17  DENIZ:  Oh, I got it on video.

18  Very sad for the animals.

19  They better check with their watch commander
20  before they do anything.

21  PAT:  (Inaudible) do anything.

22  DENIZ:  I think he told them that they were
23  going to, and that's why he told him you can go, they're
24  going to handle it.

25  PAT:  (Inaudible).

Page 13

1     DENIZ:  Oh, maybe so.
2     PAT:  If they were going to do something,
3  they'd be over here right now.
4     DENIZ:  They better check with their watch
5  commander before they take any action.  The big, tall
6  one's the one that hugged the gal that works here.
7     PAT:  (Inaudible)?
8     DENIZ:  We got a lawsuit.  Here we go.
9     DEPUTY LASZUK:  Hello.
10    PAT:  Hi.
11    DEPUTY LASZUK:  How you doing?
12    PAT:  Good.  How are you?
13    DEPUTY LASZUK:  Hey, so we're just with the
14 sheriff's office obviously.  We just wanted to say hello
15 and, you know, let you know basically we're going to be
16 hanging out here.  It's free speech, we get that.
17    DENIZ:  Okay.
18    DEPUTY LASZUK:  That's totally cool.
19    PAT:  We have no intention of blocking
20 anybody.
21    DEPUTY LASZUK:  Okay --
22    DENIZ:  Yeah, we don't want to block ingress or
23 egress.
24    DEPUTY LASZUK:  -- yeah, basically all we are
25 here, you know, play nice.

Page 14

1     DENIZ:  Absolutely.
2     DEPUTY LASZUK:  You know what I mean?  That's
3  all we ask, you know, and --
4     DENIZ:  We will.  And we appreciate that.
5     DENIZ:  You're very welcome.
6     DEPUTY LASZUK:  They actually want you guys to
7  be over --
8     DENIZ:  We know.
9     DEPUTY LASZUK:  Okay.  So we're just --
10    DENIZ:  We're not doing that.
11    DEPUTY LASZUK:  Okay.  We're just letting you
12 know --
13    DENIZ:  All right.
14    DEPUTY MAYFIELD:  There's a designated area for
15 you guys.
16    DENIZ:  We know that.
17    DEPUTY MAYFIELD:  If you guys move over there,
18 great; choose to stay here, just let's keep it
19 peaceful.
20    DENIZ:  Absolutely.
21    PAT:  Always.  Always.
22    DENIZ:  Always.
23    DEPUTY MAYFIELD:  Let's not, you know, yell at
24 the patrons that decide to come here.
25    PAT:  We've been out here for many years, no

Page 15

1  problems.
2     DENIZ:  No.
3     DEPUTY MAYFIELD:  Their choice to attend this
4  event just like it's your choice not to like the event,
5  right?
6     DENIZ:  That's right.  And you're not going to
7  attract anyone to your side if you're rude to them.
8     PAT:  (Inaudible).
9     DEPUTY MAYFIELD:  We're all going to be
10 peaceful and --
11    PAT:  (Inaudible).
12    DENIZ:  Did you hear what I said?
13    You're not going to attract people to your
14 message if you're yelling nasty at people.
15    DEPUTY LASZUK:  Right.  No.
16    DENIZ:  So we're trying to encourage
17 compassion.
18    DEPUTY LASZUK:  (Inaudible).
19    DENIZ:  Thank you.  You too.
20    DEPUTY LASZUK:  Have a safe night.
21    DENIZ:  Oh, thank you very much.  We appreciate
22 it.
23    Screen:  "Video 3."
24    UNIDENTIFIED SPEAKER:  Watch out, watch out.
25 Watch out, guys.  Hold up there.  Good.

Page 16

1     PUBLIC SAFETY MGR. HART:  Well, that happens.
2  But you're going to have to leave.  I'm asking you
3  nicely to leave.  All right?
4     PAT:  (Inaudible).  You can ask as nice as you
5  want, I don't give up my right.
6     PUBLIC SAFETY MGR. HART:  You're not giving up
7  any rights.
8     PAT:  (Inaudible).
9     PUBLIC SAFETY MGR. HART:  You don't have a
10 right to (inaudible).
11    PAT:  Not giving up my right.
12    PUBLIC SAFETY MGR. HART:  Okay.
13    Are you refusing to leave as well, ma'am?  I
14 just want to make it clear.
15    DENIZ:  I'm not going to leave.
16    PUBLIC SAFETY MGR. HART:  You're not going to
17 leave.
18    Are you refusing to leave as well?
19    UNIDENTIFIED SPEAKER:  I'm not leaving.
20    PUBLIC SAFETY MGR. HART:  Okay.
21    DENIZ:  I don't block ingress or egress, I just
22 hand out information and I do not cause no problems, so
23 you're causing the problem.
24    PUBLIC SAFETY MGR. HART:  You're not in the
25 designated area.

Page 17

1    DENIZ:  Doesn't matter.
2    PUBLIC SAFETY MGR. HART:  All right.
3    PAT:  Designated area is not a legal free
4  speech area.  Unconstitutional.
5    PUBLIC SAFETY MGR. HART:  Okay.
6    PAT:  It's not going to cut constitutional
7  muster.
8    DENIZ:  Now he's calling his boss to see if he
9  can get permission to arrest us.  It's so ridiculous.
10  We've been here every year before.
11    DEPUTY LASZUK:  (Inaudible).
12    UNIDENTIFIED SPEAKER:  (inaudible).
13    PAT:  It's just amazing how the police are
14  willing to violate rights (inaudible).
15    DENIZ:  Well, they want to, but hopefully their
16  watch commander has a more level head.
17    PAT:  Amazing.  I just don't -- I can't
18  fathom --
19    DENIZ:  They don't love America.
20    PAT:  They're sworn to uphold the Constitution,
21  and they don't even know what the hell it says.
22    DENIZ:  They don't even care.
23    PAT:  They don't know what it means.
24    DENIZ:  They all go along with it, hold the
25  blue line.

Page 18

1    PAT:  The Constitution to them is whatever the
2  private property owner -- or whatever the private entity
3  says (inaudible).
4    DENIZ:  Give me a break.
5    PAT:  It's just amazing.
6    DENIZ:  So sad for the animals.  Very sad for
7  the animals.
8    Funny thing is before sheriff just came up and
9  said everything's fine, now this guy comes up, and now
10  all of a sudden he's trying to do some bidding for
11  the --
12    PAT:  The other guy's not here.
13    DENIZ:  -- rodeo.
14    Yeah, he is.  He's right behind you.
15    PAT:  (Inaudible).
16    DENIZ:  Who knows what kind of lies he's
17  telling the watch commander.  Oh, they're blocking
18  ingress.  He just wants to do their bidding.  And all
19  these other cops just sit along and go along.
20    So sad for these poor animals.
21    Move over a little more.  They all want to
22  stand in front of your sign, I think it's kind of rude,
23  but I think we just have to move around them.
24    Pat, I'll hold this, go ahead.
25    PAT:  Go ahead, what?

Page 19

1    DENIZ:  Whatever you're doing.
2    PAT:  Go ahead and bring your sign up.
3    DENIZ:  These are all real pictures.
4  There's no -- there's no --
5    UNIDENTIFIED SPEAKER:  Oh, I know.
6    DENIZ:  They're like, oh, it's not a real
7  picture.  It's like, Dude, it's a fucking real picture,
8  you know?
9    (Inaudible).
10    UNIDENTIFIED SPEAKER:  Good.  Yourself?  The
11  VIP entrance is down there or right here?  (Inaudible).
12    DENIZ:  The flank strap's the worst.  Oh, my
13  God, the flank strap's awful.  That's the only reason
14  they buck; it's the only reason.  If you go online, you
15  can watch videos.  As soon as that flank strap comes
16  off, they stop bucking.
17    Then they did this one article, this guy did an
18  article, this is the nicest bull in the world, he only
19  bucks because of the fucking flank strap.  They did an
20  article on it in livestock magazine.  That's where we
21  got the picture, from the livestock magazine.  That's
22  where you get your best pictures.
23    UNIDENTIFIED SPEAKER:  Right.
24    DENIZ:  From the industry.
25    UNIDENTIFIED SPEAKER:  How's it going?

Page 20

1    (Inaudible).
2    DENIZ:  He's not allowed to arrest us.  He
3  tried.
4    Oh, no, no.  You can't touch him.
5    GARY:  I'm not touching him.
6    DENIZ:  You can't touch him.
7    UNIDENTIFIED SPEAKER:  He came right up to me
8  and was pushing me.
9    DENIZ:  No.  No.  No.  Here, you hold this.
10  You hold this.
11    Shame on you.  Shame on you.  Seriously, grow
12  up, man.  You're too old to act like that.
13    UNIDENTIFIED SPEAKER:  Don't let her --
14    DENIZ:  And you are old.
15    Shame on him.
16    (Inaudible).
17    DENIZ:  Yeah, the guy -- the guy who's talking
18  to the, I don't know, the overweight one, he really
19  wanted to arrest us, but he doesn't get to.  His watch
20  commander has a level head, isn't willing to beat
21  constitutional violation of an illegal arrest.  You know
22  how much it would have cost this county if they would
23  have illegally arrested us?
24    UNIDENTIFIED SPEAKER:  No.
25    DENIZ:  Hundreds of thousands of dollars.

Page 21

1  UNIDENTIFIED SPEAKER:  Wow.
2  DENIZ:  Hundreds of thousands of dollars for
3  one time.
4  UNIDENTIFIED SPEAKER:  Here you go, sir.
5  UNIDENTIFIED SPEAKER:  No, thank you.
6  DENIZ:  For one time.
7  They talk tough, oh, this is going -- we're not
8  going to tell you what's going to happen.
9  Screen:  "Video 4."
10  DEPUTY MAYFIELD:  You guys are standing right
11  in the middle of this path.
12  DENIZ:  You've just got a hard-on for us, don't
13  you?
14  DEPUTY MAYFIELD:  No, I don't.
15  DENIZ:  Yeah, you do.
16  DEPUTY MAYFIELD:  No, I don't.
17  DENIZ:  Why are you trying to harass us?
18  DEPUTY MAYFIELD:  Nobody's harassing you guys.
19  DENIZ:  Yeah, you are.
20  DEPUTY MAYFIELD:  I'm just asking you not to
21  block egress.
22  DENIZ:  Nobody's blocking anything.  You're so
23  full of -- look behind you.  There's no one coming.
24  DEPUTY MAYFIELD:  Ma'am.  Ma'am.
25  DENIZ:  You got to stop harassing, man.  What's

Page 22

1  your name?
2  DEPUTY MAYFIELD:  Deputy Mayfield.  Badge 2336.
3  DENIZ:  Yeah.  Mayfield, you've got to stop
4  harassing us.
5  DEPUTY MAYFIELD:  Nobody's harassing you.
6  DENIZ:  You're going to be out here all
7  weekend; this is going to be unpleasant.
8  DEPUTY MAYFIELD:  You're standing in the middle
9  of a walkway.
10  DENIZ:  No --
11  DEPUTY MAYFIELD:  All I'm asking you --
12  DENIZ:  I can stand in the walkway.  Didn't
13  your watch commander tell you?
14  DEPUTY MAYFIELD:  No, you cannot.  You
15  cannot.
16  DENIZ:  Yes I can.
17  DEPUTY MAYFIELD:  You cannot, ma'am.
18  DENIZ:  Okay.
19  DEPUTY MAYFIELD:  If you're blocking ingress,
20  you're blocking the walkway.
21  DENIZ:  Do you see anyone ingressing?
22  DEPUTY MAYFIELD:  Ma'am --
23  DENIZ:  Sir.  Sir.
24  DEPUTY MAYFIELD:  -- it doesn't matter if
25  people are here or not.

Page 23

1  DENIZ:  Look around.
2  DEPUTY MAYFIELD:  You can't stand here.
3  DENIZ:  Oh, my God, you don't understand the
4  law.
5  DEPUTY MAYFIELD:  I do understand the law.
6  DENIZ:  No, you don't.  You thought you were
7  going to arrest us before.  You were wrong then, you're
8  wrong now.  You're wrong.
9  DEPUTY MAYFIELD:  Ma'am.
10  DENIZ:  You need to learn about free speech.
11  You need -- you know what, I'm going to write a letter
12  telling you deputies, you need to learn -- your
13  compadres, I don't know about you, but the white guy, he
14  was -- he knew what he was talking about.  You should
15  learn from him.  It's too bad you have seniority over
16  him.
17  DEPUTY MAYFIELD:  No, you're right.
18  DENIZ:  I'm assuming you do because you're very
19  bullish.
20  DEPUTY MAYFIELD:  All I'm asking -- I'm not --
21  nobody's being a bully, ma'am.
22  DENIZ:  You're very bullish.
23  DEPUTY MAYFIELD:  Nobody's being bullish.  If
24  anybody's being bullish, ma'am, it's you.  I'm just
25  asking --

Page 24

1  DENIZ:  You're harassing me and you're blocking
2  my sign.  And I'm asking you to stop harassing me.  Stop
3  harassing me.
4  DEPUTY MAYFIELD:  Nobody's harassing you.
5  DENIZ:  You are.
6  DEPUTY MAYFIELD:  (Inaudible).
7  DENIZ:  Go away.
8  He's funny.
9  UNIDENTIFIED SPEAKER:  You're funny.
10  DENIZ:  Yeah.  It's funny all right.
11  UNIDENTIFIED SPEAKER:  Rodeo hurts and injures
12  animals.  (Inaudible).
13  (End of recording.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 25

1  Begin File 02. BATES 00016 - Cuviello-Rowell Ranch Rodeo
2  Protest Videos - May 20-2022.mov
3      Screen: "Rowell Ranch Rodeo May 20, 2022."
4      Screen: "Clip 1."
5      PAT: That's funny. Free speech area. Free
6  speech area.
7      DENIZ: Should I just lie this down?
8      PAT: Sure.
9      DENIZ: Right here?
10     PAT: Yeah. Let me get my fliers on.
11     UNIDENTIFIED SPEAKER: Hi, guys. Do you have
12 your tickets already? Did you purchase them
13 (inaudible).
14     PAT: We can put it over there. It's probably
15 a better spot.
16     DENIZ: That's a better spot.
17     PAT: All right. We'll take it over there.
18     DENIZ: I think so because that's not --
19     PAT: Yeah, because no one's going to use that.
20     DENIZ: Right.
21     PAT: We'll take it over there.
22     DENIZ: I knew I shouldn't have dropped that
23 down.
24     This is not in anyone's way.
25     PAT: No. We're going to give out a lot of

Page 26

1  fliers here anyway.
2      DENIZ: Are you man enough to be kind to
3  animals? I guess I need this one first.
4      PAT: We'll see. All right. There you go.
5      DENIZ: All right.
6      PAT: Do you want to hold the banner up too, or
7  not?
8      DENIZ: Sure.
9      PAT: What the hell? What did you do? Hold
10 that.
11     DENIZ: Is it running?
12     PAT: Yeah. Hold this.
13     DENIZ: Yours is running too. Mine's running
14 too.
15     This one?
16     PAT: Yeah.
17     DENIZ: (Inaudible).
18     PAT: (Inaudible).
19     GARY: If you want to do this, we have an area
20 set up for you up there. The free speech area's up
21 there, not here.
22     PAT: Yeah, you have no -- call the police,
23 call the police. You got a problem, call the police.
24     GARY: Oh, we do, but take it --
25     PAT: We're not going to do that. When the

Page 27

1  police come, we'll talk to the police.
2      DENIZ: Hey, you can't touch us.
3      PAT: You can't touch us.
4      DENIZ: You can't touch us.
5      PAT: You can't touch us.
6      GARY: You're not in the area (inaudible) --
7      PAT: Call the police if you think you have a
8  right to move us. Just call the police.
9      DENIZ: There you go. You'll learn about the
10 first amendment, it will be a fun experience.
11     GARY: You'll learn about a few other things.
12     PAT: Because this is America.
13     DENIZ: It's America.
14     PAT: Right?
15     DENIZ: Be proud to be American, man.
16     PAT: Right? Be proud to be American. Be
17 proud of our Constitution that protects free speech.
18     GARY: And you --
19     PAT: Even if you don't agree with that.
20     GARY: And you really have to worry about --
21     PAT: Even if you don't agree with it.
22     DENIZ: Call the police. Don't touch us.
23     PAT: Even if you don't agree with the
24 protection. That's the beauty of the first amendment.
25     DENIZ: That's the beauty of America, free

Page 28

1  speech.
2      PAT: That's right.
3      DENIZ: People die for this right.
4      GARY: I know --
5      DENIZ: You should be ashamed of yourself
6  trying to stifle it.
7      GARY: I spent 40 years in the army. I know
8  about that. Don't even go there.
9      DENIZ: Yeah. Shame on you for trying to
10 stifle free speech. Shame on you.
11     GARY: Oh, you're going to be --
12     DENIZ: Come on over, babe. Yeah, they are.
13 We're not going to be afraid.
14     GARY: And I can block you. I can block you.
15     PAT: Is that what you think of free speech?
16 Is that what you're afraid of, our speech?
17     DENIZ: Is that what you're afraid of?
18     PAT: Are you really afraid of it?
19     GARY: You don't understand what you're saying
20 so --
21     PAT: What is that --
22     GARY: I'm not going into it.
23     PAT: If it's not true, what does that matter
24 to you.
25     GARY: Because you're spreading false rumors.

Audio Transcription

Page 29

1  I'm not going there.
2       DENIZ:  It's not a rumor, it's fact.
3       GARY:  Pardon?  Yes.  Right over there where it
4  says free speech.
5       UNIDENTIFIED SPEAKER:  (Inaudible).
6       GARY:  Hey, Rory, did you call?
7       UNIDENTIFIED SPEAKER:  (Inaudible).
8       GARY:  And that's an altered photo to begin
9  with.  Yes, it is.
10      PAT:  No, it's not.  Nice try.
11      GARY:  Yes, it is.
12      PAT:  Now who's lying?  Now who's lying?
13      DENIZ:  (Inaudible).
14      GARY:  That is an altered photo.
15      PAT:  If someone will abuse an animal, they
16  won't hesitate to lie about it.
17      DENIZ:  Yeah, that's what they do.
18      PAT:  If one will abuse an animal, they won't
19  hesitate to lie about it, that's for sure.
20      UNIDENTIFIED SPEAKER:  (Inaudible).
21      GARY:  That's what I'm trying to tell them.
22      UNIDENTIFIED SPEAKER:  (Inaudible) call the
23  police.
24      PAT:  If you think that free speech area is
25  legal, go ahead and call the police.

Page 30

1       UNIDENTIFIED SPEAKER:  We're going to call.
2       PAT:  That's not a legal free speech area.
3       GARY:  Wait, let me (inaudible).
4       DENIZ:  You're going to learn what it means to
5  have free speech.
6       GARY:  Do you have them, or you want me to get
7  them?
8       DENIZ:  It's important.  That's what
9  (inaudible).
10      UNIDENTIFIED SPEAKER:  (Inaudible).  We're not
11  denying you that.  (Inaudible).
12      DENIZ:  That's not free speech then.
13      GARY:  Yes, ma'am, my name is Gary House, I'm
14  out here at the Rowell Rodeo grounds, and (inaudible) I
15  have some people out here I need to get removed, they
16  need to be removed.  Because we have a free speech area,
17  (inaudible), and they're not -- and they're blocking the
18  parking lot, they're blocking the access --
19      PAT:  We're not blocking anybody.
20      DENIZ:  Stop lying.
21      PAT:  Stop lying.
22      GARY:  And they --
23      DENIZ:  It's all on video, we're not blocking
24  anything.
25      PAT:  Stop lying.

Page 31

1       GARY:  Right now there's two.
2       PAT:  Stop lying.
3       DENIZ:  That's what you go to, lies.
4       PAT:  Because that's all they have are lies.
5       DENIZ:  All they've got are lies.
6       PAT:  So they've got to lie.
7       DENIZ:  It's not cool.  They're blocking the
8  parking lot.
9       GARY:  (Inaudible).  I mean I'm standing right
10  in front of them.  One male, one female.
11      PAT:  Sounds like you're blocking.
12      DENIZ:  Yeah, you're blocking.
13      GARY:  (Inaudible).
14      PAT:  You're standing in front of us and we're
15  blocking, sound like you're blocking.
16      Screen:  "Clip 2."
17      PUBLIC SAFETY MGR. HART:  Your area, here's the
18  map.
19      DENIZ:  Are you recording, Pat?
20      PAT:  Yeah.
21      DENIZ:  Get his name again.
22      PAT:  Kevin Hart, Kevin Hart you said, right?
23      PUBLIC SAFETY MGR. HART:  I did say that.
24      PAT:  It's Kevin heart.
25      PUBLIC SAFETY MGR. HART:  So here's the

Page 32

1  designated area.  I'm asking you to go to the designated
2  area that's been predesignated and approved, all right?
3  Failure to do so, all right, will not be good.
4       PAT:  What's going to happen if we don't do so?
5       PUBLIC SAFETY MGR. HART:  Okay?
6       PAT:  What's going to happen if we don't do
7  something?
8       PUBLIC SAFETY MGR. HART:  You'll have to figure
9  that out when it happens.
10      PAT:  No.  No.  No.  You'll need to tell us
11  now.  You can't --
12      PUBLIC SAFETY MGR. HART:  No, I'm not -- I
13  don't have any responsibility to tell you that, sir.
14  What I have a responsibility to tell you --
15      PAT:  Are you going to arrest us if we don't go
16  there?
17      DEPUTY MAYFIELD:  You could be arrested
18  (inaudible) --
19      PAT:  I want to know --
20      PUBLIC SAFETY MGR. HART:  You're in a
21  non-designated area.
22      PAT:  -- because I don't want to be arrested,
23  so if you're going to arrest me, I need to know ahead of
24  time.
25      DEPUTY MAYFIELD:  You could be arrested.

Page 33

1    PUBLIC SAFETY MGR. HART:  Are you the leader,
2  sir?
3    PAT:  I don't want to be could be arrested.  I
4  want to know ahead of time.
5    DEPUTY MAYFIELD:  (Inaudible).
6    PAT:  I want to know ahead of time.  You need
7  to call your watch commander out here.
8    DEPUTY MAYFIELD:  No.
9    PAT:  Because we have a free speech right.
10    DENIZ:  It will be an illegal arrest.
11    PAT:  Let me tell you something.
12    DEPUTY MAYFIELD:  Sir -- sir, would you let me
13  explain?
14    PUBLIC SAFETY MGR. HART:  Get your hand out of
15  my face.
16    PAT:  No, I'm talking to you.
17    DEPUTY MAYFIELD:  Let me explain.
18    PAT:  I'm talking about my rights.  This is a
19  public park, quintessential public forum and the first
20  amendment of our California Constitution, it's open to
21  the public.  You can put us in an area if you want, if
22  you have a significant interest.  There's no significant
23  interest to put over there.  We're not blocking here,
24  there's nothing going on.
25    So if you're willing -- if you're going to

Page 34

1  arrest us, I want to know because I don't want to be
2  arrested.  So if you're going to arrest me illegally; I
3  want to know because I don't want to be arrested, and
4  there's none of this maybe, could be, I want you to tell
5  me before, I'm going to arrest you if you don't leave.
6  If you don't tell me that, then there's a big problem.
7    DENIZ:  I think they're just messing with you,
8  Pat.
9    DEPUTY MAYFIELD:  I'm not required to tell you
10  whether I will or will --
11    PAT:  Yes, you are.  Yes, you are.  If I'm
12  asking you, you have to.
13    DEPUTY MAYFIELD:  Negative.
14    PAT:  Yeah.  Yes.  I'm not moving.  If you guys
15  want to go over there, you go ahead.
16    PUBLIC SAFETY MGR. HART:  You don't have too
17  much of a choice.
18    PAT:  No, I have plenty of choice.
19    PUBLIC SAFETY MGR. HART:  I'm asking you
20  nicely.
21    PAT:  You can ask all the nice you want.
22    PUBLIC SAFETY MGR. HART:  Pat, will you let me
23  finish?
24    PAT:  I don't give up my rights because
25  somebody asks nice -- no, you're done, you're finished.

Page 35

1  I'm not going, I'm not going.  Period.
2    PUBLIC SAFETY MGR. HART:  Will you let me
3  finish?
4    PAT:  I'm not going.  I'm not going.  You can
5  ask as nice as you want.  I do not give up my rights no
6  matter how nicely somebody asks me.
7    DENIZ:  (Inaudible).
8    PUBLIC SAFETY MGR. HART:  You don't have a
9  right to be --
10    PAT:  I do.
11    PUBLIC SAFETY MGR. HART:  -- on this property.
12    PAT:  I absolutely do.  It's a public park.
13    DENIZ:  We come on this property every year.
14    PUBLIC SAFETY MGR. HART:  All right?  It's a
15  designated area.
16    PAT:  It's a public park, quintessential first
17  amendment forum.
18    PUBLIC SAFETY MGR. HART:  It has nothing to do
19  with it, sir.
20    PAT:  Absolutely.
21    DEPUTY MAYFIELD:  This is a private --
22    PUBLIC SAFETY MGR. HART:  Nothing to do with
23  it.
24    PAT:  Doesn't matter, it's open to the public.
25  It's a private event open to the public, public park.

Page 36

1  Doesn't matter.
2    DEPUTY MAYFIELD:  (Inaudible).
3    DENIZ:  What happened?  (Inaudible).
4    PAT:  Doesn't matter.  No, does not matter.
5    DEPUTY MAYFIELD:  This is a private event.
6    PAT:  Look up Six Flags.  I just won a
7  lawsuit --
8    PUBLIC SAFETY MGR. HART:  Are you refusing to
9  leave?
10    PAT:  Yes, I am.
11    PUBLIC SAFETY MGR. HART:  Refusing to leave.
12  Are you refusing to leave?
13    PAT:  You can leave if you want.
14    UNIDENTIFIED SPEAKER:  What did you say?
15    PAT:  I'm not leaving.
16    UNIDENTIFIED SPEAKER:  I'm not leaving.
17    PUBLIC SAFETY MGR. HART:  Okay.
18    PAT:  And if they arrest us, they will be sued
19  for damages.
20    PUBLIC SAFETY MGR. HART:  Well, you know, that
21  happens sometimes, but you're going to have to leave.
22    PAT:  No.
23    PUBLIC SAFETY MGR. HART:  I'm asking you nicely
24  to leave.
25    PAT:  You can ask as nice as you want, I don't

Page 37

1  give up my rights.

2      PUBLIC SAFETY MGR. HART:  You don't -- you're

3  not giving up any rights.

4      PAT:  I am.  I have a right to be right where I

5  am.

6      PUBLIC SAFETY MGR. HART:  You don't have the

7  right to be any place you want.

8      PAT:  You can keep asking all you want.  I'm

9  not giving up my rights.

10      PUBLIC SAFETY MGR. HART:  All right.

11      PAT:  I'm not giving up my rights.

12      PUBLIC SAFETY MGR. HART:  Okay.

13      PAT:  There's just simply no reason for it.

14      PUBLIC SAFETY MGR. HART:  Are you refusing to

15  leave as well, ma'am?  I just want to make it clear.

16      DENIZ:  I'm not leaving.

17      I don't block ingress or egress.

18      UNIDENTIFIED SPEAKER:  (Inaudible)?

19      PAT:  Yeah, they're in the box over there.

20      DENIZ:  I just hand out information, and I

21  don't want to cause no problems.  You're causing a

22  problem.

23      PUBLIC SAFETY MGR. HART:  You're not in the

24  designated area.

25      PAT:  Doesn't matter.  Designated area is not a

Page 38

1  legal free speech area.  It's unconstitutional.

2      PUBLIC SAFETY MGR. HART:  All right.

3      PAT:  Not going to pass constitutional muster.

4      DENIZ:  Now he's calling his boss to see if we

5  can get permission to arrest us.

6      PAT:  Yeah.

7      DENIZ:  We're getting so ridiculous.  We've

8  been here every year before.

9      PAT:  It's just amazing how the police are

10  willing to violate rights to protect private

11  interests.

12      DENIZ:  Well, they want to, but hopefully their

13  watch commander has a more level head.

14      PAT:  It's just -- it's just amazing.  It's

15  just amazing.  I just can't -- I can't fathom it.

16      DENIZ:  They don't love America.

17      PAT:  It's like they've sworn to uphold the

18  Constitution and they don't even know what the hell it

19  says.

20      DENIZ:  They don't even care.

21      PAT:  They don't even know what it means.

22      DENIZ:  They all go --

23      PAT:  It's ridiculous.

24      DENIZ:  -- along with it, hold the blue line.

25      PAT:  The Constitution to them is whatever the

Page 39

1  private property owner -- or whatever the private entity

2  says is their rights.  It's just amazing.

3      DENIZ:  So sad for the animals.  Very sad for

4  the animals.

5      Funny thing is the before sheriff just came up

6  and said everything's fine.  Now this guy comes up and

7  now all of a sudden he's trying to do some bidding for

8  the rodeo.

9      PAT:  And the other guy's not here.

10      DENIZ:  Yeah, he is.  He's right behind you.

11      PAT:  Yeah.  Yeah.  Yeah.

12      DENIZ:  Who knows what kind of lies he's

13  telling the watch commander.  Oh, they're blocking

14  ingress.

15      He just wants to do their bidding, and all

16  these other cops just sit along and go along.

17      So sad for these poor animals.

18      UNIDENTIFIED SPEAKER:  For just putting a sign

19  around my neck?

20      PAT:  What's that?

21      UNIDENTIFIED SPEAKER:  This thing is --

22      PAT:  Yeah, that's for putting on the sign, you

23  hook it on the sign.  Signs are over there.

24      DENIZ:  They all want to stand in front of your

25  sign.  I think that's kind of rude, but I guess we'll

Page 40

1  just have to move around them.

2      UNIDENTIFIED SPEAKER:  How do you --

3      PAT:  Here.  Hold that for a minute.  Pop it

4  open like this.

5      DENIZ:  Pat, I'll hold this.  Go ahead.

6      PAT:  Go ahead what?

7      DENIZ:  Whatever you're doing.

8      UNIDENTIFIED SPEAKER:  Go ahead and bring your

9  sign up.

10      UNIDENTIFIED SPEAKER:  Thank you, Pat.

11      DENIZ:  The flank strap (inaudible).  The flank

12  strap (inaudible).  That's the only reason they buck.

13  That's the only reason (inaudible).  If you go online

14  (inaudible) flank strap (inaudible) not bucking.

15      Then they did this one article, this guy did an

16  article (inaudible).  (Inaudible) in livestock magazine.

17  That's where we got the picture.  The livestock

18  magazine.  That's where you get your best pictures, from

19  the industry.

20      UNIDENTIFIED SPEAKER:  How's it going?

21      DENIZ:  He's not allowed to arrest us.  He

22  tried.

23      Oh, no, no.  You can't touch him.  You can't

24  touch him.

25      UNIDENTIFIED SPEAKER:  He came right up to me

Page 41

1  and he pushed me.
2      DENIZ:  No, no, no.  Here, you hold this.  You
3  hold this.
4      Shame on you.  Shame on you.  Seriously
5  (inaudible).
6      PAT:  Robin, can you pull your side taught
7  more?  There you go.  Just keep it readable.
8      ROBIN:  Okay.
9      PAT:  Thanks.
10     In a normal relationship, we wouldn't want any
11 tension between us, but in a banner-holding
12 relationship, we want as much tension as possible.
13     ROBIN:  Okay.
14     PAT:  Only can use it on the banner.
15     UNIDENTIFIED SPEAKER:  Would it be easier for
16 you if I hold the banner so you can (inaudible)?
17     PAT:  No.  No.  I'm good.  But if you want to
18 hold it for her, that's fine.
19     UNIDENTIFIED SPEAKER:  Yeah, (inaudible).
20     PAT:  I knew that big cop was an asshole from
21 the get-go.  The tall guy.
22     UNIDENTIFIED SPEAKER:  This one with his back
23 to us right here, he's actually really nice.
24     PAT:  Yeah.  Yeah.  He was nice.  He was the
25 guy who initially talked to us, but the big guy, I knew

Page 42

1  the big guy was a jerk from the get-go.
2      UNIDENTIFIED SPEAKER:  The guy that's actually
3  facing this way.
4      PAT:  Yeah, he was nice.  He was the guy who
5  initially talked to us.
6      UNIDENTIFIED SPEAKER:  (Inaudible).
7      PAT:  But the big guy, I knew, right off the
8  back he had a hard-on to arrest us, to do something.
9      UNIDENTIFIED SPEAKER:  Well, there's nothing
10 they can really do.
11     PAT:  Well, he could.  He could technically
12 arrest us, then we file a lawsuit.
13     UNIDENTIFIED SPEAKER:  It's freedom of -- well,
14 it's freedom -- it's like freedom of speech.
15     PAT:  It is, we have a right.
16     UNIDENTIFIED SPEAKER:  And --
17     PAT:  But they can still arrest you.
18     UNIDENTIFIED SPEAKER:  (inaudible) rodeo
19 grounds started (inaudible).
20     PAT:  That's right.  This is all open to the
21 public.  Anybody can walk up here without a ticket or
22 anything.
23     But I just recently won a lawsuit against Six
24 Flags, which is privately owned property.
25     UNIDENTIFIED SPEAKER:  Right.

Page 43

1      PAT:  And I'm on -- we got the court to say we
2  have a right to be on that property.
3      UNIDENTIFIED SPEAKER:  What were you doing at
4  Six Flags.
5      PAT:  Lease footing.
6      UNIDENTIFIED SPEAKER:  For --
7      PAT:  For the dolphins and the animal park, not
8  the rides.
9      UNIDENTIFIED SPEAKER:  Right.  Of course, they
10 have the rides.
11     PAT:  Yeah, we'd be glad to have people just go
12 on the rides.
13     UNIDENTIFIED SPEAKER:  Those people are jerks
14 out there.
15     PAT:  They wouldn't win this lawsuit if they
16 arrest us.
17     UNIDENTIFIED SPEAKER:  No.  And I just assumed
18 (inaudible).
19     PAT:  I don't want to be arrested.  That's why
20 I asked him.  Tell me if you're going to arrest me,
21 because I'll leave.
22     UNIDENTIFIED SPEAKER:  And if they're going to
23 arrest you for something like this, it would probably be
24 the nicest thing to get arrested for.
25     PAT:  I wouldn't count on it.

Page 44

1      UNIDENTIFIED SPEAKER:  Well, like I say, at
2  least it would be for a good cause.
3      PAT:  Oh, right.  Right.  Right.  I see what
4  you're saying, yeah.
5      UNIDENTIFIED SPEAKER:  That's (inaudible)
6  saying it would be for --
7      PAT:  Yeah.  Yeah.
8      UNIDENTIFIED SPEAKER:  -- something righteous.
9      PAT:  Well, if they did arrest us, it would be
10 illegal, and we would file a lawsuit.  And everyone
11 would be entitled to damages.
12     UNIDENTIFIED SPEAKER:  (Inaudible) they don't
13 want to cause any problems.
14     DEPUTY MAYFIELD:  All right.  So what we're
15 going to ask and require -- you guys can all come over
16 here so you can hear me, please.
17     DENIZ:  I can hear you.
18     DEPUTY MAYFIELD:  -- is to stay out of the
19 walkway so you're not blocking ingress and egress.
20     PAT:  We know that's what we're doing.
21     DEPUTY MAYFIELD:  Yeah, sir, you keep standing
22 in the middle of the walkway.
23     UNIDENTIFIED SPEAKER:  That's where the people
24 are, I'm handing them leaflets.
25     PAT:  He's not blocking anybody.

Page 45

1    DEPUTY MAYFIELD:  (Inaudible) I need you to
2  stand off the walkway.
3    PAT:  He's not blocking anybody, you know that.
4  You're just want to make a problem.
5    DEPUTY MAYFIELD:  No.
6    PAT:  I knew from the get-go when you walked up
7  you had that energy.
8    DEPUTY MAYFIELD:  Sir.  Sir.
9    PAT:  So we're not blocking anybody.
10    DEPUTY MAYFIELD:  I have nothing but positive
11  energy.
12    PAT:  No, you do not.
13    DEPUTY MAYFIELD:  (Inaudible).
14    PAT:  You do not.  I saw you from the get-go.
15  The other guy was nice, and you had this energy like --
16    DEPUTY MAYFIELD:  You don't even know me.
17    PAT:  I know you because I've met cops like you
18  so many times and filed lawsuits against cops like you.
19  I know you like the back of my hand.
20    DEPUTY MAYFIELD:  Okay.  Sir, stay out of the
21  walkway, please, okay?  Don't block anybody.  Don't step
22  in front of anybody because now you're blocking their
23  entrance.
24    PAT:  You weren't blocking anybody.
25    UNIDENTIFIED SPEAKER:  I wasn't blocking

Page 46

1  anybody.
2    DEPUTY MAYFIELD:  You can hand them fliers all
3  you want --
4    PAT:  You weren't blocking anybody.  He's not
5  blocking anybody.
6    DEPUTY MAYFIELD:  -- you guys can talk all you
7  want --
8    PAT:  As long as you don't block anybody you're
9  fine, we never block anybody.
10    DEPUTY MAYFIELD:  -- (inaudible).
11    UNIDENTIFIED SPEAKER:  So if you stand to the
12  side of them and hand them but don't like stand directly
13  in front of them --
14    DEPUTY MAYFIELD:  Just don't stand directly in
15  front of them, and if you can, please stay out of the
16  walkway.  That's all we're asking.
17    UNIDENTIFIED SPEAKER:  Because you can't force
18  them to take a leaflet, you can only put it in front of
19  them or hand it to them.
20    PAT:  That's right.  You just offer it to them,
21  if they take it they take it, if they don't, they don't.
22  Unfortunately, we can't force people to be kind.
23    UNIDENTIFIED SPEAKER:  No, you can't make
24  people be good people, can you?
25    PAT:  No, we can't.  Wouldn't that be a great

Page 47

1  gift.
2    UNIDENTIFIED SPEAKER:  Yeah.  Actually,
3  (inaudible) this guy right here --
4    PAT:  Yeah, he was really nice.
5    UNIDENTIFIED SPEAKER:  He's the one that's
6  walking right there.
7    PAT:  Yeah.
8    UNIDENTIFIED SPEAKER:  (Inaudible) trying to
9  figure out if there's somewhere I could take a leak.
10    PAT:  He's the one who initially talked to us.
11  And he was nice.  He was you guys, don't block them.
12  But I knew that other guy had an attitude.  I knew he
13  did, I could tell.
14    UNIDENTIFIED SPEAKER:  (Inaudible).
15    PAT:  Here, hold this one.  Hold this one so I
16  can video record.
17    UNIDENTIFIED SPEAKER:  All right.
18    PAT:  I just want to video record.
19    DENIZ:  (Inaudible).
20    UNIDENTIFIED SPEAKER:  (Inaudible) cattle
21  ranch, (inaudible) talk to other people because you guys
22  are just you're harassing people.
23    (Inaudible).
24    DENIZ:  Very sad for the animals.
25    UNIDENTIFIED SPEAKER:  (Inaudible).  Rodeo's

Page 48

1  this.  Nobody's raising cattle --
2    DENIZ:  Right.  God didn't make animals
3  (inaudible).
4    UNIDENTIFIED SPEAKER:  Rodeo animals are a very
5  different thing.  I'm an evolutionist, okay?  So the
6  only reason --
7    PAT:  He's an evolutionist.
8    UNIDENTIFIED SPEAKER:  -- (inaudible).
9    DENIZ:  So that makes it okay to torture
10  them.
11    UNIDENTIFIED SPEAKER:  No, they would not exist
12  (inaudible).
13    PAT:  Well, evolve.
14    DENIZ:  Well, if they don't exist, then you
15  couldn't torture them.  Works for me.
16    UNIDENTIFIED SPEAKER:  That's (inaudible).
17    DENIZ:  (Inaudible).
18    UNIDENTIFIED SPEAKER:  If you stopped to
19  breeding --
20    DENIZ:  That's right.  Then you don't have them
21  to torture.
22    PAT:  I -- I -- I appreciate that you're an
23  evolutionist.  And you know what we are, we're evolved
24  humans.  So as an evolutionist, you should look at
25  evolving too.

Page 49

1    UNIDENTIFIED SPEAKER: You know, you know --
2    PAT: You should evolve. This is where humans
3    are going.
4    UNIDENTIFIED SPEAKER: -- you're designed to be
5    an omnivore.
6    PAT: No, it's not.
7    UNIDENTIFIED SPEAKER: Yes, it is.
8    PAT: It's actually not. No.
9    UNIDENTIFIED SPEAKER: Tell that to the eskimos
10   who don't eat anything --
11   PAT: Just because they eat meat doesn't mean
12   it's designed. That doesn't mean it's designed.
13   UNIDENTIFIED SPEAKER: It's not designed, it's
14   evolved.
15   PAT: Humans adapt to wherever they live. It's
16   not designed to be eating meat. It's not designed by
17   that.
18   Let me tell you something. We don't have
19   canines like dogs and cats.
20   UNIDENTIFIED SPEAKER: We don't. We have -- we
21   have classic --
22   PAT: (Inaudible) back and forth for chewing.
23   Our intestines are 13 times the length of our body. An
24   omnivore's intestines are 3 times the length of their
25   body.

Page 50

1    UNIDENTIFIED SPEAKER: We changed because we
2    developed fire, fire and cooking.
3    PAT: We have a (inaudible).
4    UNIDENTIFIED SPEAKER: I love this because you
5    guys -- I'm occupying your time.
6    PAT: Because meat goes in quickly and it
7    purifies, and so it's designed to get it out quickly.
8    But ours is designed to ferment.
9    UNIDENTIFIED SPEAKER: No. No. (Inaudible)
10   and fire is the reason why.
11   PAT: Fire is the only reason we started eating
12   meat, because otherwise we couldn't eat raw meat.
13   UNIDENTIFIED SPEAKER: No, we did.
14   (Inaudible).
15   PAT: No, we (inaudible).
16   (Inaudible).
17   Screen: "Clip 3."
18   BRIAN: Sir, there's no videoing. You can't --
19   you're not allowed to video on the rodeo grounds.
20   PAT: That's good. It's a county park.
21   BRIAN: It's not a county park.
22   PAT: It is a county park. And you're leasing
23   it. It's a county park. It's a quintessential public
24   forum.
25   BRIAN: It's not a county park and you're not

Page 51

1    allowed to video.
2    PAT: It is a county park. I am allowed to
3    video. It is part of free speech.
4    UNIDENTIFIED SPEAKER: Animals die from
5    injuries received here.
6    PAT: Hey. Hey. Hi, Margo, how are you?
7    MARGO: Oh, it's so good to see you. It's been
8    so long.
9    PAT: I know. Good to see you.
10   MARGO: Thanks for organizing.
11   PAT: Yeah. Yeah. We had a bit of a problem
12   with the police, but everything's ironed out. That's
13   why I'm video recording.
14   When we came out, well, the rodeo people came
15   up to us as first because it was just Deniz and I of
16   course. And they said, oh, we've got a free speech area
17   over there.
18   MARGO: Oh, uh-huh.
19   PAT: And we said, no, that's fine. We're not
20   going to go. And we said, call the police.
21   They were going to -- you know, they were
22   getting kind of huffy about it. We said, call the
23   police, (inaudible). So they called the police.
24   The police came out, these four cops here. And
25   the thin one there, the second tallest and the thin one

Page 52

1    on the right, he came over and he was really nice. He
2    said, you know, as long as you don't block (inaudible).
3    We stood over here for a while talking when they came
4    up. But that tall one, I knew he was an asshole.
5    MARGO: How did you --
6    PAT: Oh, I can tell. I deal with so many
7    cops. Because after the thin one talks, he goes -- he
8    goes, as long as you don't -- you know he had to repeat
9    everything.
10   Anyway, so then they went back in and they
11   pow-wowed. And then he came out, the rodeo guy. And he
12   said -- this guy, this guy in the black shirt. And he
13   said, we have a free speech area, and if you don't go
14   over there. I said, well, what will happen if I don't
15   go over there? He said, you'll find out. I said, no, I
16   want to know what will happen. I don't want to be
17   arrested. If I'm going to be arrested, I want to know,
18   and I'll leave. And I said to the officer, I want to
19   know if you're going to arrest me. He goes, well,
20   maybe. And I said, no, I don't want a maybe, I want to
21   know. Because I don't want to be arrested, so
22   (inaudible).
23   So he -- I said, you better call your watch
24   commander. So he did end up calling his watch
25   commander.

**Page 53**

1      Then they came over to us and said, as long as
2  you don't block, and this tall guy's talking.  It's
3  like, we know, we're not blocking.  You've been watching
4  us.
5      They just got to act like they're in charge.
6  It's just -- it's just -- I mean I didn't realize we
7  were going to have to deal with that because we've been
8  coming out here, but I guess the COVID thing put a break
9  on it, there was a break.
10      MARGO:  Oh, yeah, there was a (inaudible)
11  break.
12      PAT:  Yeah, so they might have thought, oh,
13  maybe we can get them now.
14      MARGO:  You know your rights.
15      PAT:  Yeah, we know our -- and they said, are
16  you going to move?  I said, no, I'm not moving.  And
17  everybody wouldn't move.  And I thought, (inaudible)
18  everyone, you know.  I thought, that's pretty good.
19  Because if they would have arrested me, I would have
20  sued them.
21      MARGO:  You would have what?
22      PAT:  I would have sued them.
23      MARGO:  Oh.
24      PAT:  I know my rights, and this is a violation
25  of my rights to try to put me over there in a box away

**Page 54**

1  from everybody, you know, calling it a free expression
2  zone, free speech.
3      MARGO:  Is it the corner?
4      PAT:  It's right -- just right over this just
5  right up there, the first spot as you turn right into
6  the block.
7      MARGO:  Oh, I see.
8      PAT:  Right next to that tree.  So basically,
9  no, you can't approach because you're not (inaudible).
10      MARGO:  (Inaudible) good job on that.
11      PAT:  Well, the lady contacted me.
12      MARGO:  Oh, wow.
13      PAT:  Avery.  So I guess -- because I said to
14  Matthew (inaudible), who is usually the contact or the
15  liaison, and I guess she's the new liaison.  So he must
16  have contacted her and she contacted me and said, yeah,
17  that would be great, so she did that.
18      MARGO:  And have the other events had more
19  people or how's it been --
20      PAT:  The only event so far was the parade.
21      MARGO:  Oh, yeah.
22      PAT:  Last week.  Which I had a bit of an issue
23  with, because I didn't feel like we were effective, I
24  thought it was -- you know, most of the people at the
25  parade aren't going to the rodeo.

**Page 55**

1      MARGO:  Oh, uh-huh, uh-huh.
2      Screen:  "Clip 4."
3      DENIZ:  I can stand in a walkway.  (Inaudible)
4  yes, I can.
5      DEPUTY MAYFIELD:  (Inaudible).
6      DENIZ:  Do you see anyone ingressing?  Sir.
7  Sir.  Look around.
8      DEPUTY MAYFIELD:  (Inaudible).
9      DENIZ:  No, you don't.  You thought you were
10  going to arrest me before; you were wrong then, you're
11  wrong now.  You're wrong.
12      You need to learn (inaudible).  You know, I'm
13  going to write a letter (inaudible) you need to learn
14  (inaudible).  The white guy he was -- (inaudible).
15      DEPUTY MAYFIELD:  (Inaudible).
16      DENIZ:  I'm assuming (inaudible) because you're
17  very bullish.
18      DEPUTY MAYFIELD:  (Inaudible).
19      DENIZ:  You're very bullish.  (Inaudible).
20  You're blocking my sign.  (Inaudible).
21      DEPUTY MAYFIELD:  (Inaudible).
22      DENIZ:  You are.
23      DEPUTY MAYFIELD:  Pat.
24      PAT:  What?
25      DEPUTY MAYFIELD:  All I'm asking is that they

**Page 56**

1  don't block the bathroom.
2      PAT:  They're not blocking the bathroom.
3      DEPUTY MAYFIELD:  They are, sir.
4      PAT:  No one's blocking the bathroom.
5      DEPUTY MAYFIELD:  People (inaudible).
6      PAT:  (Inaudible) go try and get in that
7  bathroom.  Look, I'll go over, I'll go in that bathroom.
8  You watch me.
9      DEPUTY MAYFIELD:  Listen.  Listen.
10      PAT:  You watch me.  Nobody's blocking.
11      DEPUTY MAYFIELD:  I'm just trying to talk to
12  you.
13      PAT:  I know, but you're saying something
14  that's not real.
15      DEPUTY MAYFIELD:  No.
16      PAT:  You're not talking about reality.
17      DEPUTY MAYFIELD:  Do you not see people having
18  to divert around them --
19      PAT:  So what?  That's free speech.
20      DEPUTY MAYFIELD:  -- everywhere they go?
21      PAT:  That's free speech.
22      DEPUTY MAYFIELD:  You can't stand in the middle
23  of a street and have cars divert around you, can you?
24      PAT:  If I stand -- you know what, if those
25  people are standing -- look at those guys behind them

Page 57

1  standing there.  People are going to have to divert
2  around them.  So what?  So what if people have to walk
3  around?  That's not against the law that when you don't
4  have free speech people have to walk around you.
5        In fact, if you read the case law, they say,
6  people have to walk around you.  One person standing
7  here just means another person has no walk around them.
8  It's one more person there.  That's the case law.  So
9  what if somebody -- I mean what's your problem?
10       DEPUTY MAYFIELD:  I don't have a problem.
11       PAT:  You certainly sound like it.
12       DEPUTY MAYFIELD:  I don't at all.
13       PAT:  So what if somebody -- look at those
14  people.  Now someone's got to walk around them.  Are you
15  going to tell them to move?
16       DEPUTY MAYFIELD:  They're getting tickets.
17       PAT:  So what?  So what's the difference?
18       DEPUTY MAYFIELD:  What do you mean so what?
19       PAT:  So what?  You're saying free speech is
20  less value than somebody getting a ticket?
21       DEPUTY MAYFIELD:  Not at all.
22       PAT:  Then what are you complaining about Deniz
23  for?  What's the problem?
24       DEPUTY MAYFIELD:  Nobody's complaining.  I'm
25  simply asking to keep a clear pathway so people can

Page 58

1  (inaudible).
2        PAT:  It's clear.  People can get in now.  Look
3  at them, going in and out.  No one's blocked.  There's
4  no backup here because nobody's blocked.
5        We've been -- I'm telling you, we've been doing
6  this for almost 40 years.  We don't block anybody.  If
7  we want to block somebody, you would know it, I
8  guarantee you would know it and you would arrest us.
9  We're not here to block anybody, we're not blocking
10  anybody.
11       DEPUTY MAYFIELD:  All I'm asking you to do is
12  work with us.
13       PAT:  We're not doing anything.
14       DEPUTY MAYFIELD:  All I'm asking is a simple
15  request that they don't stand in the middle of the
16  walkway.
17       PAT:  As long as you're not blocking, it's not
18  a problem.
19       DEPUTY MAYFIELD:  It's not that hard.  It's not
20  that hard.
21       PAT:  It's not a problem.
22       DEPUTY MAYFIELD:  It's not that hard.
23       PAT:  Exactly, as long as you're not blocking,
24  it's not a problem.  There's no problem.  You're making
25  a problem where there's no --

Page 59

1        DEPUTY MAYFIELD:  I'm not making a problem.
2        PAT:  You are.  You're making it like there's a
3  problem.  There's no problem.
4        DEPUTY MAYFIELD:  I'm receiving complaints that
5  they're standing in the middle of the walkway.
6        PAT:  So what?  They're not blocking.  You can
7  stand wherever you want as long as you don't block.
8        DEPUTY MAYFIELD:  Okay.  So if there's --
9        PAT:  There's no law against standing --
10       DEPUTY MAYFIELD:  So if there's an emergency
11  and people start running, running them over --
12       PAT:  Who's going to run them over?  Come on
13  now.  Now you're being ridiculous.  If there's an
14  emergency, you know what, we can move just like they can
15  move.  We're mobile.  See.  You're trying to make it
16  like free speech people are doing something --
17       DEPUTY MAYFIELD:  Not at all.
18       PAT:  You are.
19       DEPUTY MAYFIELD:  No.
20       PAT:  This has all been done, decided in court.
21  I mean if you read case law, they've always made these
22  arguments.  Oh, they're blocking because they're
23  standing there, people have to walk around them.  They
24  say, so what?  It's just like one more person standing
25  there who's buying a ticket.  It's no big deal.  That's

Page 60

1  what it is.
2        In Kuba.  Read "Kuba v. 1-A Agricultural."
3  It's about the Grand National Rodeo.  Kuba, 2004, Ninth
4  Circuit case.  Read that one.  That's a good one to
5  read.  It's really good for free speech.  Kuba, K-u-b-a.
6        DEPUTY MAYFIELD:  Perfect.
7        PAT:  K-u-b-a.
8        If you look on Google and Legal Scholar, anyone
9  can get there, just put in "Kuba," and that one will
10  probably come up.
11       DEPUTY MAYFIELD:  Okay.  I'll read it.
12       PAT:  Read that one.
13       DEPUTY MAYFIELD:  I will.
14       PAT:  Are you going to be hear all weekend?
15       DEPUTY MAYFIELD:  No.
16       PAT:  Oh.
17       DEPUTY MAYFIELD:  You guys (inaudible).
18       PAT:  Are any of the police officers going to
19  be here all weekend?
20       DEPUTY MAYFIELD:  You mean the ones that are
21  with me?
22       PAT:  Yeah.
23       DEPUTY MAYFIELD:  I'm not sure.
24       PAT:  Okay.  Because typically you guys
25  probably work during the week and then you -- other

Page 61

1  people on the weekend.
2      DEPUTY MAYFIELD:  We work a lot.
3      PAT:  Do you get overtime coming here?
4      DEPUTY MAYFIELD:  Sometimes.
5      PAT:  Sometimes.
6      DEPUTY MAYFIELD:  I adjusted my schedule.
7      All we want is peace.
8      PAT:  That's all we want.  We really -- we're
9  not here to cause trouble.  I mean you can see that.
10     DEPUTY MAYFIELD:  I know you're not.  I know
11 you're not.
12     PAT:  We're just here to offer fliers and hold
13 signs.
14     DEPUTY MAYFIELD:  That's why you and I are just
15 having a conversation.  That's all it is.
16     PAT:  We're just having a conversation.  That's
17 good.
18     Your name is again?
19     DEPUTY MAYFIELD:  Deputy Mayfield.
20     PAT:  Mayfield.
21     My name is Pat, as you know.
22     DEPUTY MAYFIELD:  I heard her --
23     PAT:  You called me Pat.
24     I mean, like I say, we have no interest in
25 blocking people.  Some groups do, but we don't.  That's

Page 62

1  not our thing.
2      DEPUTY MAYFIELD:  It's just when I'm getting
3  complaints because I see people having -- when they're
4  walking and they've got to go around --
5      PAT:  I'll tell you something, wherever we
6  are --
7      DEPUTY MAYFIELD:  -- (inaudible) that's it.
8      PAT:  -- you'll get complaints because people
9  don't like our message, that's what the problem is.
10 They don't like our message.  But that's okay if they
11 don't like our message.  But as long as we're not
12 blocking, you can't complain about us, our message, you
13 know.
14     DEPUTY MAYFIELD:  That's all I'm asking.  Just
15 don't block people --
16     PAT:  And that's the beauty of free speech.
17     DEPUTY MAYFIELD:  -- of walking in and out.
18     PAT:  You know, even though it's a message you
19 don't like, you can't restrict it.  And it cuts both
20 ways.  You know, messages I don't like, I can't restrict
21 those either.
22     DEPUTY MAYFIELD:  Hundred percent.
23     PAT:  But that's the beauty of free speech.
24     DEPUTY MAYFIELD:  That's why we have
25 amendments, right?

Page 63

1      PAT:  That's right.  That's right.  That's like
2  the most important amendment in my opinion.
3      DEPUTY MAYFIELD:  Uh-huh.  Well, they're all
4  important, but yeah.
5      PAT:  Well, let me tell you this:  If you got
6  rid of the first amendment, you'd have no way of getting
7  it back per the Constitution.  But if you got rid of
8  all --
9      DEPUTY MAYFIELD:  I think that's -- I think
10 that's true for probably 95 percent of them.
11     PAT:  No, if you got rid of all the other
12 amendments, you have free speech to get them back.  You
13 can petition your government to get those amendments in
14 there.  But free speech, you get rid of that one,
15 there's no way to get it back.  It's gone.  Gone
16 forever.  That's why I think it's the most important
17 amendment.
18     DEPUTY MAYFIELD:  That's a valid point.
19     PAT:  Yeah.  But, you know --
20     DEPUTY MAYFIELD:  It's a valid point.
21     PAT:  -- I'm very pro Constitution.
22     DEPUTY MAYFIELD:  As are we.
23     PAT:  Yeah.  I mean it's what makes -- in my
24 opinion it's what makes our country great.  Without the
25 Constitution, I mean I can't think of what we'd have,

Page 64

1  but without that Constitution, I mean I don't know what
2  we'd be.  But that Constitution makes our country great.
3  All those freedoms, the protections, you know.  That's
4  what makes us great.
5      People say we're a great nation, that's what I
6  think of, our Constitution.  I mean we do a lot of shit
7  stuff and we do a lot of good stuff, but our
8  Constitution is always there.  That's what makes it
9  great.
10     DENIZ:  Let's do a group photo without him.
11     You want to hold a sign?
12     DEPUTY MAYFIELD:  Wow.
13     DENIZ:  Hold a sign you can be in our photo.
14     PAT:  He can be in our photo.  He can be in our
15 photo.
16     (End of recording.)
17
18
19
20
21
22
23
24
25

Page 65

```
 1              REPORTER'S CERTIFICATE

 2         I, the undersigned, a Certified Shorthand

 3   Reporter of the State of California, do hereby certify:

 4         That the foregoing electronically-recorded

 5   proceedings were transcribed by me to the best of my

 6   ability.

 7         I further certify I am neither financially

 8   interested in the action nor a relative or employee of

 9   any attorney or party to this action.

10         IN WITNESS WHEREOF, I have this date

11   subscribed my name.

12

13   Dated: 02/12/2024.

14

15

16   _____

                              Diana Sasseen

17                            CSR No. 13456

18

19

20

21

22

23

24

25
```

Joseph P. Cuviello vs.
Rowell Ranch Rodeo

**0**

**00016** 25:1

**02** 25:1

**1**

**1** 25:4

**1-A** 60:2

**13** 49:23

**2**

**2** 3:14 31:16

**20** 25:3

**20-2022.mov** 25:2

**2004** 60:3

**2022** 25:3

**2336** 22:2

**3**

**3** 15:23 49:24 50:17

**4**

**4** 21:9 55:2

**40** 5:4 28:7 58:6

**9**

**95** 63:10

**A**

**absolutely** 14:1,20
  35:12,20

**abuse** 29:15,18

**access** 8:13 30:18

**act** 20:12 53:5

**action** 13:5

**adapt** 49:15

**added** 10:18

**adjusted** 61:6

**afraid** 5:15,16,18
  28:13,16,17,18

**agree** 4:17,20,22
  27:19,21,23

**Agricultural** 60:2

**ahead** 7:12 18:24,25
  19:2 29:25 32:23
  33:4,6 34:15 40:5,6,
  8

**allowed** 5:12 20:2
  40:21 50:19 51:1,2

**altered** 6:16,21 29:8,
  14

**amazing** 17:13,17
  18:5 38:9,14,15 39:2

**amendment** 4:9,23
  27:10,24 33:20
  35:17 63:2,6,17

**amendments** 62:25
  63:12,13

**America** 4:11,12,24
  17:19 27:12,13,25
  38:16

**American** 4:12,15
  27:15,16

**animal** 7:1 10:5
  29:15,18 43:7

**animals** 3:1 6:11
  11:9,13,17,23 12:1,
  7,8,18 18:6,7,20
  24:12 26:3 39:3,4,17

47:24 48:2,4 51:4

**anybody** 13:20 30:19
  42:21 44:25 45:3,9,
  21,22,24 46:1,4,5,8,
  9 58:6,9,10

**anybody's** 23:24

**anyone's** 25:24

**anyway** 26:1 52:10

**appreciate** 14:4
  15:21 48:22

**approach** 54:9

**approved** 32:2

**area** 3:15 4:3 7:5,24
  8:11 9:10 14:14
  16:25 17:3,4 25:5,6
  26:19 27:6 29:24
  30:2,16 31:17 32:1,
  2,21 33:21 35:15
  37:24,25 38:1 51:16
  52:13

**area's** 3:16 26:20

**arguments** 59:22

**army** 5:4 28:7

**arrest** 12:11 17:9
  20:2,19,21 23:7
  32:15,23 33:10 34:1,
  2,5 36:18 38:5 40:21
  42:8,12,17 43:16,20,
  23 44:9 52:19 55:10
  58:8

**arrested** 20:23 32:17,
  22,25 33:3 34:2,3
  43:19,24 52:17,21
  53:19

**article** 19:17,18,20
  40:15,16

**ashamed** 5:2 28:5

**asked** 43:20

**asking** 16:2 21:20
  22:11 23:20,25 24:2
  32:1 34:12,19 36:23
  37:8 46:16 55:25
  57:25 58:11,14
  62:14

**asks** 34:25 35:6

**asshole** 41:20 52:4

**assumed** 43:17

**assuming** 23:18
  55:16

**attend** 15:3

**attitude** 47:12

**attract** 15:7,13

**Avery** 54:13

**awful** 19:13

**B**

**babe** 5:10 28:12

**back** 12:4 41:22 42:8
  45:19 49:22 52:10
  63:7,12,15

**backup** 58:4

**bad** 23:15

**Badge** 22:2

**banner** 3:5 26:6
  41:14,16

**banner-holding**
  41:11

**based** 7:22

**basically** 13:15,24
  54:8

**BATES** 25:1

**bathroom** 56:1,2,4,7

**beat** 20:20

**beauty** 4:23,24 27:24,
25 62:16,23

**beef** 11:21,25

**best** 19:22 40:18

**better** 12:19 13:4
25:15,16 52:23

**bidding** 18:10,18
39:7,15

**big** 13:5 34:6 41:20,
25 42:1,7 59:25

**bit** 11:3 51:11 54:22

**black** 52:12

**block** 5:14 13:22
16:21 21:21 28:14
37:17 45:21 46:8,9
47:11 52:2 53:2 54:6
56:1 58:6,7,9 59:7
62:15

**blocked** 58:3,4

**blocking** 8:13,15,22
9:1,2,3,8 13:19
18:17 21:22 22:19,
20 24:1 30:17,18,19,
23 31:7,11,12,15
33:23 39:13 44:19,
25 45:3,9,22,24,25
46:4,5 53:3 55:20
56:2,4,10 58:9,17,23
59:6,22 61:25 62:12

**blue** 17:25 38:24

**body** 49:23,25

**boss** 17:8 38:4

**box** 37:19 53:25

**BRAIN** 10:6

**break** 18:4 53:8,9,11

**breeding** 48:19

**Brian** 9:9,13,15,22
10:2,7,9,12,14,17

11:1,5,8,12,14,18,
21,24 12:2 50:18,21,
25

**bring** 19:2 40:8

**buck** 19:14 40:12

**bucking** 19:16 40:14

**bucks** 19:19

**bull** 19:18

**bullish** 23:19,22,23,
24 55:17,19

**bully** 23:21

**buying** 59:25

---

## C

**California** 33:20

**call** 3:18,19 4:4,6,7,
19 6:12 7:8,9,10,12
26:22,23 27:7,8,22
29:6,22,25 30:1 33:7
51:20,22 52:23

**called** 51:23 61:23

**calling** 9:16,17 17:8
38:4 52:24 54:1

**camera** 7:13

**canines** 49:19

**care** 11:9,13,23 17:22
38:20

**cars** 56:23

**case** 57:5,8 59:21
60:4

**cats** 49:19

**cattle** 47:20 48:1

**cause** 16:22 37:21
44:2,13 61:9

**causing** 16:23 37:21

**certainly** 57:11

**changed** 50:1

**charge** 53:5

**check** 12:19 13:4

**chewing** 49:22

**choice** 15:3,4 34:17,
18

**choose** 14:18

**Circuit** 60:4

**classic** 49:21

**clear** 16:14 37:15
57:25 58:2

**Clip** 25:4 31:16 50:17
55:2

**come** 3:23 5:10 12:11
14:24 27:1 28:12
35:13 44:15 59:12
60:10

**comes** 18:9 19:15
39:6

**coming** 9:24 10:16,20
11:2 21:23 53:8 61:3

**commander** 12:19
13:5 17:16 18:17
20:20 22:13 33:7
38:13 39:13 52:24,
25

**compadres** 23:13

**compassion** 6:14
15:17

**complain** 62:12

**complaining** 57:22,
24

**complaints** 59:4
62:3,8

**Constitution** 4:15,16
17:20 18:1 27:17

33:20 38:18,25 63:7,
21,25 64:1,2,6,8

**constitutional** 17:6
20:21 38:3

**contact** 54:14

**contacted** 54:11,16

**conversation** 61:15,
16

**cooking** 50:2

**cool** 13:18 31:7

**cop** 41:20

**cops** 10:16 18:19
39:16 45:17,18
51:24 52:7

**corner** 54:3

**cost** 20:22

**count** 43:25

**country** 63:24 64:2

**county** 20:22 50:20,
21,22,23,25 51:2

**course** 43:9 51:16

**court** 43:1 59:20

**courteous** 8:1,3

**COVID** 53:8

**cruel** 8:22

**cut** 17:6

**cuts** 62:19

**Cuviello-rowell** 25:1

---

## D

**damages** 36:19 44:11

**day** 6:13

**deal** 52:6 53:7 59:25

**decide** 14:24

Index: beauty–decide

**decided** 59:20

**democracy's** 7:22

**Deniz** 3:3,7,9,12,24
4:1,4,8,12,16,19,21,
24 5:2,6,9,15,18,22
6:1,4,10,13,20,24
7:8,12,15,21,25 8:3,
6,14,18,20,22 9:2,5,
8,12,14,17,23 10:1,
5,15,21 11:11,15,20,
22 12:1,3,7,10,13,
17,22 13:1,4,8,17,22
14:1,4,5,8,10,13,16,
20,22 15:2,6,12,16,
19,21 16:15,21 17:1,
8,15,19,22,24 18:4,
6,13,16 19:1,3,6,12,
24 20:2,6,9,14,17,25
21:2,6,12,15,17,19,
22,25 22:3,6,10,12,
16,18,21,23 23:1,3,
6,10,18,22 24:1,5,7,
10 25:7,9,16,18,20,
22 26:2,5,8,11,13,17
27:2,4,9,13,15,22,25
28:3,5,9,12,17 29:2,
13,17 30:4,8,12,20,
23 31:3,5,7,12,19,21
33:10 34:7 35:7,13
36:3 37:16,20 38:4,
7,12,16,20,22,24
39:3,10,12,24 40:5,
7,11,21 41:2 44:17
47:19,24 48:2,9,14,
17,20 51:15 55:3,6,
9,16,19,22 57:22
64:10,13

**denying** 7:23 30:11

**deputies** 23:12

**Deputy** 13:9,11,13,
18,21,24 14:2,6,9,
11,14,17,23 15:3,9,
15,18,20 17:11

21:10,14,16,18,20,
24 22:2,5,8,11,14,
17,19,22,24 23:2,5,
9,17,20,23 24:4,6
32:17,25 33:5,8,12,
17 34:9,13 35:21
36:2,5 44:14,18,21
45:1,5,8,10,13,16,20
46:2,6,10,14 55:5,8,
15,18,21,23,25 56:3,
5,9,11,15,17,20,22
57:10,12,16,18,21,
24 58:11,14,19,22
59:1,4,8,10,17,19
60:6,11,13,15,17,20,
23 61:2,4,6,10,14,
19,22 62:2,7,14,17,
22,24 63:3,9,18,20,
22 64:12

**designated** 14:14
16:25 17:3 32:1
35:15 37:24,25

**designed** 49:4,12,13,
16 50:7,8

**developed** 50:2

**die** 4:25 28:3 51:4

**difference** 57:17

**different** 48:5

**directly** 46:12,14

**disrespectful** 10:4,5

**ditch** 10:21,22

**divert** 56:18,23 57:1

**dogs** 49:19

**doing** 9:12,13 13:11
14:10 19:1 40:7 43:3
44:20 58:5,13 59:16

**dollars** 20:25 21:2

**dolphins** 43:7

**dropped** 25:22

**Dude** 19:7

**dug** 10:21

**E**

**easier** 41:15

**eat** 11:25 49:10,11
50:12

**eating** 49:16 50:11

**educate** 11:2

**effective** 54:23

**egress** 13:23 16:21
21:21 37:17 44:19

**either** 62:21

**em** 11:1

**emergency** 59:10,14

**encourage** 15:16

**energy** 45:7,11,15

**entitled** 44:11

**entity** 18:2 39:1

**entrance** 9:4,8 19:11
45:23

**eskimos** 49:9

**event** 15:4 35:25 36:5
54:20

**events** 54:18

**everybody** 53:17
54:1

**everybody's** 7:13,16

**everything's** 10:16
18:9 39:6 51:12

**evolutionist** 48:5,7,
23,24

**evolve** 48:13 49:2

**evolved** 48:23 49:14

**evolving** 48:25

**Exactly** 58:23

**exist** 48:11,14

**experience** 4:9 27:10

**explain** 33:13,17

**expression** 54:1

**F**

**face** 33:15

**facing** 42:3

**fact** 6:4 29:2 57:5

**Failure** 32:3

**false** 6:2 28:25

**far** 54:20

**fathom** 17:18 38:15

**feel** 6:15 54:23

**feeling** 3:3

**female** 8:25 31:10

**ferment** 50:8

**figure** 32:8 47:9

**file** 25:1 42:12 44:10

**filed** 45:18

**find** 52:15

**fine** 10:3 18:9 39:6
41:18 46:9 51:19

**finish** 34:23 35:3

**finished** 34:25

**fire** 50:2,10,11

**first** 3:1 4:9,23 26:3
27:10,24 33:19
35:16 51:15 54:5
63:6

**Flags** 36:6 42:24 43:4

**Audio Transcription**

**flank** 19:12,13,15,19 40:11,14

**fliers** 25:10 26:1 46:2 61:12

**footing** 43:5

**force** 46:17,22

**forever** 63:16

**forth** 49:22

**Fortunately** 6:8

**forum** 33:19 35:17 50:24

**four** 51:24

**free** 3:16 4:24 5:7 6:6 7:5,16,18,25 8:11 9:10 10:22 13:16 17:3 23:10 25:5 26:20 27:17,25 28:10,15 29:4,24 30:2,5,12,16 33:9 38:1 51:3,16 52:13 54:1,2 56:19,21 57:4,19 59:16 60:5 62:16,23 63:12,14

**freedom** 42:13,14

**freedoms** 64:3

**front** 8:25 18:22 31:10,14 39:24 45:22 46:13,15,18

**fucking** 19:7,19

**full** 21:23

**fun** 4:9 27:10

**funny** 18:8 24:8,9,10 25:5 39:5

**G**

**gal** 12:14 13:6

**Gary** 3:15,21 4:3,10,

18 5:1,4,8,14,20,23 6:2,6,12,16,21 7:3,6, 10 8:9,16,24 9:3,6 10:25 12:12 20:5 26:19,24 27:6,11,18, 20 28:4,7,11,14,19, 22,25 29:3,6,8,11, 14,21 30:3,6,13,22 31:1,9,13

**get-go** 41:21 42:1 45:6,14

**getting** 7:13 38:7 51:22 57:16,20 62:2 63:6

**gift** 47:1

**give** 11:6 16:5 18:4 25:25 34:24 35:5 37:1

**giving** 16:6,11 37:3,9, 11

**glad** 43:11

**go** 4:8 5:5 7:12 8:18 9:11 12:23 13:8 17:24 18:19,24,25 19:2,14 21:4 24:7 26:4 27:9 28:8 29:25 31:3 32:1,15 34:15 38:22 39:16 40:5,6, 8,13 41:7 43:11 51:20 52:13,15 56:6, 7,20 62:4

**God** 19:13 23:3 48:2

**goes** 50:6 52:7,8,19

**going** 3:3,22 5:8,23 6:3 7:16,17,19 12:10,23,24 13:2,15 15:6,9,13 16:2,15,16 17:6 19:25 21:7,8 22:6,7 23:7,11 25:19,25 26:25 28:11,13,22 29:1

30:1,4 32:4,6,15,23 33:24,25 34:2,5 35:1,4 36:21 38:3 40:20 43:20,22 44:15 49:3 51:20,21 52:17,19 53:7,16 54:25 55:10,13 57:1, 15 58:3 59:12 60:14, 18

**good** 6:14 9:20 10:16 11:2,8,18 12:2 13:12 15:25 19:10 32:3 41:17 44:2 46:24 50:20 51:7,9 53:18 54:10 60:4,5 61:17 64:7

**Google** 60:8

**government** 63:13

**Grand** 60:3

**great** 14:18 46:25 54:17 63:24 64:2,4, 5,9

**grounds** 8:9 30:14 42:19 50:19

**group** 64:10

**groups** 61:25

**grow** 20:11

**guarantee** 58:8

**guess** 3:1 26:3 39:25 53:8 54:13,15

**guests** 8:2

**guy** 12:13 18:9 19:17 20:17 23:13 39:6 40:15 41:21,25 42:1, 2,4,7 45:15 47:3,12 52:11,12 55:14

**guy's** 18:12 39:9 53:2

**guys** 11:5,18 14:6,15, 17 15:25 21:10,18

25:11 34:14 44:15 46:6 47:11,21 50:5 56:25 60:17,24

---

**H**

**hand** 16:22 33:14 37:20 45:19 46:2,12, 19

**handing** 44:24

**handle** 9:18 12:24

**hanging** 13:16

**happen** 21:8 32:4,6 52:14,16

**happened** 36:3

**happens** 16:1 32:9 36:21

**harass** 21:17

**harassing** 21:18,25 22:4,5 24:1,2,3,4 47:22

**hard** 58:19,20,22

**hard-on** 21:12 42:8

**Hart** 16:1,6,9,12,16, 20,24 17:2,5 31:17, 22,23,25 32:5,8,12, 20 33:1,14 34:16,19, 22 35:2,8,11,14,18, 22 36:8,11,17,20,23 37:2,6,10,12,14,23 38:2

**head** 17:16 20:20 38:13

**hear** 15:12 44:16,17 60:14

**heard** 61:22

**heart** 6:13 31:24

**hell** 17:21 26:9 38:18

**hello** 13:9,14

**hesitate** 7:1 29:16,19

**hey** 3:24 6:22 7:3
9:23 10:7 13:13 27:2
29:6 51:6

**Hi** 13:10 25:11 51:6

**hold** 3:5,8,11 15:25
17:24 18:24 20:9,10
26:6,9,12 38:24
40:3,5 41:2,3,16,18
47:15 61:12 64:11,
13

**hook** 39:23

**Hope** 6:13

**hopefully** 12:12
17:15 38:12

**House** 30:13

**how's** 19:25 40:20
54:19

**huffy** 51:22

**hugged** 12:14 13:6

**huh** 5:15 10:9

**humans** 48:24 49:2,
15

**Hundred** 62:22

**Hundreds** 20:25 21:2

**hurts** 24:11

---

**I**

**illegal** 20:21 33:10
44:10

**illegally** 20:23 34:2

**important** 7:21 30:8
63:2,4,16

**inaudible** 3:8 5:19
6:5,9,18,21,23 7:1,

11,14,24 8:5,8,9,16,
21,24 9:3,25 10:11,
13,23,24,25 11:17
12:9,16,21,25 13:7
15:8,11,18 16:4,8,10
17:11,12,14 18:3,15
19:9,11 20:1,16
24:6,12 25:13 26:17,
18 27:6 29:5,7,13,
20,22 30:3,9,10,11,
14,17 31:9,13 32:18
33:5 35:7 36:2,3
37:18 40:11,12,13,
14,16 41:5,16,19
42:6,18,19 43:18
44:5,12 45:1,13
46:10 47:3,8,14,19,
20,21,23,25 48:3,8,
12,16,17 49:22 50:3,
9,14,15,16 51:23
52:2,22 53:10,17
54:9,10,14 55:3,5,8,
12,13,14,15,16,18,
19,20,21 56:5,6 58:1
60:17 62:7

**industry** 19:24 40:19

**information** 6:10 11:6
16:22 37:20

**ingress** 13:22 16:21
18:18 22:19 37:17
39:14 44:19

**ingressing** 22:21
55:6

**initially** 41:25 42:5
47:10

**injures** 24:11

**injuries** 51:5

**intention** 13:19

**interest** 33:22,23
61:24

**interests** 38:11

**intestines** 49:23,24

**ironed** 51:12

**issue** 54:22

---

**J**

**jerk** 42:1

**jerks** 43:13

**job** 54:10

---

**K**

**K-U-B-A** 60:5,7

**keep** 14:18 37:8 41:7
44:21 57:25

**Kevin** 31:22,24

**kind** 10:4,19 18:16,22
26:2 39:12,25 46:22
51:22

**kindness** 6:14

**knew** 23:14 25:22
41:20,25 42:7 45:6
47:12 52:4

**know** 5:1,4 6:20
10:17 11:9 12:5
13:15,25 14:2,3,8,
12,16,23 17:21,23
19:5,8 20:18,21
23:11,13 28:4,7
32:19,23 33:4,6
34:1,3 36:20 38:18,
21 44:20 45:3,16,17,
19 48:23 49:1 51:9,
21 52:2,8,16,17,19,
21 53:3,14,15,18,24
54:1,24 55:12 56:13,
24 58:7,8 59:14
61:10,21 62:13,18,
20 63:19 64:1,3

**knows** 18:16 39:12

**Kuba** 60:2,3,5,9

---

**L**

**lady** 54:11

**LASZUK** 13:9,11,13,
18,21,24 14:2,6,9,11
15:15,18,20 17:11

**law** 23:4,5 57:3,5,8
59:9,21

**lawsuit** 13:8 36:7
42:12,23 43:15
44:10

**lawsuits** 45:18

**leader** 33:1

**leaflet** 46:18

**leaflets** 44:24

**leak** 47:9

**learn** 4:8,10 7:17
23:10,12,15 27:9,11
30:4 55:12,13

**Lease** 43:5

**leasing** 50:22

**leave** 16:2,3,13,15,
17,18 34:5 36:9,11,
12,13,21,24 37:15
43:21 52:18

**leaving** 16:19 36:15,
16 37:16

**legal** 17:3 29:25 30:2
38:1 60:8

**length** 49:23,24

**lesson** 7:16

**let's** 14:18,23 64:10

**letter** 23:11 55:13

**letting** 14:11

Index: hello–letting

AlamedaCounty_Bolbol_000390

Joseph P. Cuviello vs.
Rowell Ranch Rodeo

**Audio Transcription**

**level** 17:16 20:20
38:13

**liaison** 54:15

**lie** 6:23 7:2 8:14 25:7
29:16,19 31:6

**lies** 8:18,19,20,21
18:16 31:3,4,5 39:12

**line** 17:25 38:24

**Listen** 56:9

**little** 5:10 11:3 18:21

**live** 49:15

**livestock** 19:20,21
40:16,17

**living** 11:19

**long** 46:8 51:8 52:2,8
53:1 58:17,23 59:7
62:11

**look** 21:23 23:1 36:6
48:24 55:7 56:7,25
57:13 58:2 60:8

**lot** 8:5,7,13,23 25:25
30:18 31:8 61:2
64:6,7

**love** 17:19 38:16 50:4

**lying** 6:18,19,25
29:12 30:20,21,25
31:2

**M**

**ma'am** 16:13 21:24
22:17,22 23:9,21,24
30:13 37:15

**magazine** 19:20,21
40:16,18

**making** 58:24 59:1,2

**male** 8:25 31:10

**man** 4:13 20:12 21:25
26:2 27:15

**map** 31:18

**Margo** 51:6,7,10,18
52:5 53:10,14,21,23
54:3,7,10,12,18,21
55:1

**matter** 5:24 17:1
22:24 28:23 35:6,24
36:1,4 37:25

**Matthew** 54:14

**Mayfield** 14:14,17,23
15:3,9 21:10,14,16,
18,20,24 22:2,3,5,8,
11,14,17,19,22,24
23:2,5,9,17,20,23
24:4,6 32:17,25
33:5,8,12,17 34:9,13
35:21 36:2,5 44:14,
18,21 45:1,5,8,10,
13,16,20 46:2,6,10,
14 55:5,8,15,18,21,
23,25 56:3,5,9,11,
15,17,20,22 57:10,
12,16,18,21,24
58:11,14,19,22 59:1,
4,8,10,17,19 60:6,
11,13,15,17,20,23
61:2,4,6,10,14,19,
20,22 62:2,7,14,17,
22,24 63:3,9,18,20,
22 64:12

**mean** 8:24 14:2 31:9
49:11,12 53:6 57:9,
18 59:21 60:20 61:9,
24 63:23,25 64:1,6

**means** 7:17 17:23
30:4 38:21 57:7

**meat** 49:11,16 50:6,
12

**message** 15:14 62:9,
10,11,12,18

**messages** 62:20

**messing** 34:7

**met** 45:17

**MGR** 16:1,6,9,12,16,
20,24 17:2,5 31:17,
23,25 32:5,8,12,20
33:1,14 34:16,19,22
35:2,8,11,14,18,22
36:8,11,17,20,23
37:2,6,10,12,14,22
38:2

**middle** 8:5,6 21:11
22:8 44:22 56:22
58:15 59:5

**Mine's** 3:12 26:13

**minute** 40:3

**mobile** 59:15

**move** 4:7 14:17
18:21,23 27:8 40:1
53:16,17 57:15
59:14,15

**moving** 34:14 53:16

**muster** 17:7 38:3

**N**

**name** 22:1 30:13
31:21 61:18,21

**nasty** 15:14

**nation** 64:5

**National** 60:3

**neck** 39:19

**need** 3:1 4:3 7:3,4
8:10 11:5 23:10,11,
12 26:3 30:15,16
32:10,23 33:6 45:1
55:12,13

**Negative** 34:13

**messages** 62:20

**never** 46:9

**new** 54:15

**nice** 11:22 12:1 13:25
16:4 29:10 34:21,25
35:5 36:25 41:23,24
42:4 45:15 47:4,11
52:1

**nicely** 16:3 34:20
35:6 36:23

**nicest** 19:18 43:24

**night** 15:20

**Ninth** 60:3

**nobody's** 21:18,22
22:5 23:21,23 24:4
48:1 56:10 57:24
58:4

**non-designated**
32:21

**normal** 41:10

**noticed** 10:8

**O**

**obviously** 13:14

**occupying** 50:5

**offer** 46:20 61:12

**office** 13:14

**officer** 52:18

**officers** 60:18

**oh** 3:21 10:14,16
11:22 12:17 13:1
15:21 18:17 19:5,6,
12 20:4 21:7 23:3
26:24 28:11 39:13
40:23 44:3 51:7,16,
18 52:6 53:10,12,23
54:7,12,21 55:1
59:22 60:16

**Index: level–oh**

AlamedaCounty_Bolbol_000391

**Audio Transcription**

**okay** 3:2 6:8 9:11,15 10:1,4,15,17 11:1,25 13:17,21 14:9,11 16:12,20 17:5 22:18 32:5 36:17 37:12 41:8,13 45:20,21 48:5,9 59:8 60:11,24 62:10

**old** 20:12,14

**omnivore** 49:5

**omnivore's** 49:24

**one's** 13:6 25:19 56:4 58:3

**ones** 60:20

**online** 19:14 40:13

**open** 6:13 33:20 35:24,25 40:4 42:20

**opinion** 63:2,24

**organizing** 51:10

**overtime** 61:3

**overweight** 20:18

**owned** 42:24

**owner** 18:2 39:1

---

**P**

**parade** 54:20,25

**Pardon** 29:3

**park** 33:19 35:12,16, 25 43:7 50:20,21,22, 23,25 51:2

**parking** 8:5,6,13,23 30:18 31:8

**part** 51:3

**pass** 38:3

**Pat** 3:2,5,8,10,18,22, 25 4:2,6,11,14,17,

20,22 5:16,19,24 6:18,23 7:1,11 8:19, 21 9:1,16,23,25 10:23 11:4,7,9,13, 17,23 12:4,9,16,21, 25 13:2,7,10,12,19 14:21,25 15:8,11 16:4,8,11 17:3,6,13, 17,20,23 18:1,5,12, 15,24,25 19:2 25:5, 8,10,14,17,19,21,25 26:4,6,9,12,16,18, 22,25 27:3,5,7,12, 14,16,19,21,23 28:2, 15,18,21,23 29:10, 12,15,18,24 30:2,19, 21,25 31:2,4,6,11, 14,19,20,22,24 32:4, 6,10,15,19,22 33:3, 6,9,11,16,18 34:8, 11,14,18,21,22,24 35:4,10,12,16,20,24 36:4,6,10,13,15,18, 22,25 37:4,8,11,13, 19,25 38:3,6,9,14, 17,21,23,25 39:9,11, 20,22 40:3,5,6,10 41:6,9,14,17,20,24 42:4,7,11,15,17,20 43:1,5,7,11,15,19,25 44:3,7,9,20,25 45:3, 6,9,12,14,17,24 46:4,8,20,25 47:4,7, 10,15,18 48:7,13,22 49:2,6,8,11,15,22 50:3,6,11,15,20,22 51:2,6,9,11,19 52:6 53:12,15,22,24 54:4, 8,11,13,20,22 55:23, 24 56:2,4,6,10,13, 16,19,21,24 57:11, 13,17,19,22 58:2,13, 17,21,23 59:2,6,9, 12,18,20 60:7,12,14, 16,18,22,24 61:3,5, 8,12,16,20,21,23

62:5,8,16,18,23 63:1,5,11,19,21,23 64:14

**path** 21:11

**pathway** 57:25

**patrons** 14:24

**peace** 61:7

**peaceful** 14:19 15:10

**people** 4:25 8:10 9:24 11:25 15:13,14 22:25 28:3 30:15 43:11,13 44:23 46:22,24 47:21,22 51:14 54:19,24 56:5, 17,25 57:1,2,4,6,14, 25 58:2 59:11,16,23 61:1,25 62:3,8,15 64:5

**percent** 62:22 63:10

**Perfect** 60:6

**Period** 35:1

**permission** 17:9 38:5

**person** 57:6,7,8 59:24

**petition** 63:13

**phone** 9:21

**photo** 6:16,21 29:8, 14 64:10,13,14,15

**picture** 7:13 19:7,21 40:17

**pictures** 19:3,22 40:18

**place** 37:7

**play** 13:25

**please** 44:16 45:21 46:15

**plenty** 34:18

**point** 6:22 63:18,20

**police** 3:19,20,23 4:4, 5,6,7,19 9:16,17,18 17:13 26:22,23 27:1, 7,8,22 29:23,25 38:9 51:12,20,23,24 60:18

**policemen** 7:8

**poor** 6:11 18:20 39:17

**Pop** 40:3

**positive** 45:10

**possible** 41:12

**pow-wowed** 52:11

**predesignated** 32:2

**prefer** 9:19

**pretty** 53:18

**private** 18:2 35:21,25 36:5 38:10 39:1

**privately** 42:24

**pro** 63:21

**probably** 11:2 25:14 43:23 60:10,25 63:10

**problem** 3:4,19 16:23 26:23 34:6 37:22 45:4 51:11 57:9,10, 23 58:18,21,24,25 59:1,3 62:9

**problems** 15:1 16:22 37:21 44:13

**property** 18:2 35:11, 13 39:1 42:24 43:2

**protect** 38:10

**protection** 27:24

**protections** 64:3

**protects** 27:17

Index: okay–protects

**Audio Transcription**

**Protest** 25:2

**protesting** 8:12

**proud** 4:12,14,15,16 27:15,16,17

**public** 16:1,6,9,12,16, 20,24 17:2,5 31:17, 23,25 32:5,8,12,20 33:1,14,19,21 34:16, 19,22 35:2,8,11,12, 14,16,18,22,24,25 36:8,11,17,20,23 37:2,6,10,12,14,23 38:2 42:21 50:23

**pull** 41:6

**purchase** 25:12

**purifies** 50:7

**pushed** 41:1

**pushing** 20:8

**put** 25:14 33:21,23 46:18 53:8,25 60:9

**putting** 39:18,22

**Q**

**quickly** 50:6,7

**quintessential** 33:19 35:16 50:23

**R**

**raising** 48:1

**ranch** 25:1,3 47:21

**raw** 50:12

**read** 57:5 59:21 60:2, 4,5,11,12

**readable** 41:7

**real** 19:3,6,7 56:14

**reality** 56:16

**realize** 53:6

**really** 4:18 7:7 11:22 20:18 27:20 28:18 41:23 42:10 47:4 52:1 60:5 61:8

**reason** 19:13,14 37:13 40:12,13 48:6 50:10,11

**received** 51:5

**receiving** 59:4

**record** 47:16,18

**recording** 24:13 31:19 51:13 64:16

**refusing** 16:13,18 36:8,11,12 37:14

**relationship** 41:10,12

**removed** 8:10,11 30:15,16

**repeat** 52:8

**request** 58:15

**require** 44:15

**required** 34:9

**responsibility** 32:13, 14

**restrict** 62:19,20

**rid** 63:6,7,11,14

**rides** 43:8,10,12

**ridiculous** 17:9 38:7, 23 59:13

**right** 3:4 4:7,14,25 6:6 8:16,24 10:2 11:6,8,25 13:3 14:13 15:5,6,15 16:3,5,10, 11 17:2 18:14 19:11, 23 20:7 21:10 23:17 24:10 25:9,17 26:4,5

27:8,14,16 28:2,3 29:3 31:1,9,22 32:2, 3 33:9 35:9,14 37:4, 7,10 38:2 39:10 40:25 41:23 42:7,15, 20,25 43:2,9 44:3,14 46:20 47:3,6,17 48:2,20 52:1 54:4,5, 8 62:25 63:1

**righteous** 44:8

**rights** 16:7 17:14 33:18 34:24 35:5 37:1,3,9,11 38:10 39:2 53:14,24,25

**ringing** 9:21

**Robin** 41:6,8,13

**rodeo** 8:9 18:13 24:11 25:1,3 30:14 39:8 42:18 48:4 50:19 51:14 52:11 54:25 60:3

**Rodeo's** 47:25

**Rory** 29:6

**Rowell** 25:3 30:14

**rude** 15:7 18:22 39:25

**rumor** 6:4 29:2

**rumors** 6:2 28:25

**run** 59:12

**running** 3:9,12 26:11, 13 59:11

**S**

**sad** 6:11 12:7,18 18:6,20 39:3,17 47:24

**safe** 15:20

**SAFETY** 16:1,6,9,12, 16,20,24 17:2,5

31:17,23,25 32:5,8, 12,20 33:1,14 34:16, 19,22 35:2,8,11,14, 18,22 36:8,11,17,20, 23 37:2,6,10,12,14, 23 38:2

**saw** 45:14

**saying** 5:21,22 28:19 44:4,6 56:13 57:19

**says** 6:6 17:21 18:3 29:4 38:19 39:2

**schedule** 61:6

**Scholar** 60:8

**school** 11:5

**Screen** 3:14 15:23 21:9 25:3,4 31:16 50:17 55:2

**second** 51:25

**see** 9:6 17:8 22:21 26:4 38:4 44:3 51:7, 9 54:7 55:6 56:17 59:15 61:9 62:3

**selling** 11:21

**seniority** 23:15

**Seriously** 20:11 41:4

**set** 3:16 26:20

**shame** 5:6,9 20:11,15 28:9,10 41:4

**sheriff** 7:9,10 18:8 39:5

**sheriff's** 13:14

**sheriffs** 11:1 12:10

**shirt** 52:12

**shit** 64:6

**side** 15:7 41:6 46:12

**sign** 18:22 19:2 24:2 39:18,22,23,25 40:9

**Audio Transcription**

55:20 64:11,13

**significant** 33:22

**signs** 39:23 61:13

**simple** 58:14

**simply** 37:13 57:25

**sir** 6:5 21:4 22:23 32:13 33:2,12 35:19 44:21 45:8,20 50:18 55:6,7 56:3

**sit** 18:19 39:16

**Six** 36:6 42:23 43:4

**somebody** 10:18 34:25 35:6 57:9,13, 20 58:7

**someone's** 57:14

**song** 9:20

**soon** 19:15

**sound** 31:15 57:11

**Sounds** 31:11

**SPEAKER** 6:5,8 7:3, 7,9,10,19,23 8:1,4 10:7,10,13,20 12:5 15:24 16:19 17:12 19:5,10,23,25 20:7, 13,24 21:1,4,5 24:9, 11 25:11 29:5,7,20, 22 30:1,10 36:14,16 37:18 39:18,21 40:2, 8,10,20,25 41:15,19, 22 42:2,6,9,13,16, 18,25 43:3,6,9,13, 17,22 44:1,5,8,12,23 45:25 46:11,17,23 47:2,5,8,14,17,20,25 48:4,8,11,16,18 49:1,4,7,9,13,20 50:1,4,9,13 51:4

**speech** 3:16 4:25 5:7, 17 6:7 7:5,17,18,25

8:11 9:10 10:22 13:16 17:4 23:10 25:5,6 26:20 27:17 28:1,10,15,16 29:4, 24 30:2,5,12,16 33:9 38:1 42:14 51:3,16 52:13 54:2 56:19,21 57:4,19 59:16 60:5 62:16,23 63:12,14

**spent** 5:4 28:7

**spot** 25:15,16 54:5

**spreading** 6:2 28:25

**stand** 18:22 22:12 23:2 39:24 45:2 46:11,12,14 55:3 56:22,24 58:15 59:7

**standing** 8:24 21:10 22:8 31:9,14 44:21 56:25 57:1,6 59:5,9, 23,24

**start** 6:25 59:11

**started** 42:19 50:11

**stay** 14:18 44:18 45:20 46:15

**step** 9:23 45:21

**stifle** 5:3,6 28:6,10

**stood** 52:3

**stop** 19:16 21:25 22:3 24:2 30:20,21,25 31:2

**stopped** 48:18

**strap** 10:18 19:15,19 40:11,12,14

**strap's** 19:12,13

**street** 56:23

**stuff** 64:7

**sudden** 18:10 39:7

**sued** 36:18 53:20,22

**supposed** 9:9

**sure** 3:7 11:15 25:8 26:8 29:19 60:23

**sworn** 17:20 38:17

## T

**take** 3:21 13:5 25:17, 21 26:24 46:18,21 47:9

**talk** 21:7 27:1 46:6 47:21 56:11

**talked** 41:25 42:5 47:10

**talking** 20:17 23:14 33:16,18 52:3 53:2 56:16

**talks** 52:7

**tall** 13:5 41:21 52:4 53:2

**tallest** 51:25

**taught** 41:6

**technically** 42:11

**tell** 7:6 21:8 22:13 29:21 32:10,13,14 33:11 34:4,6,9 43:20 47:13 49:9,18 52:6 57:15 62:5 63:5

**telling** 18:17 23:12 39:13 58:5

**tension** 41:11,12

**thank** 15:19,21 21:5 40:10

**Thanks** 41:9 51:10

**therm** 7:20

**they'd** 13:3

**thin** 51:25 52:7

**thing** 6:14 18:8 39:5, 21 43:24 48:5 53:8 62:1

**things** 4:10 27:11

**think** 4:6 12:10,13,22 18:22,23 25:18 27:7 28:15 29:24 34:7 39:25 63:9,16,25 64:6

**thinking** 12:6

**thought** 23:6 53:12, 17,18 54:24 55:9

**thousands** 20:25 21:2

**ticket** 42:21 57:20 59:25

**tickets** 25:12 57:16

**time** 11:5 21:3,6 32:24 33:4,6 50:5

**times** 45:18 49:23,24

**told** 12:22,23

**torture** 11:16 48:9,15, 21

**torturing** 11:20

**totally** 10:5 13:18

**touch** 3:24,25 4:1,2, 19,21 5:13 9:19 20:4,6 27:2,3,4,5,22 40:23,24

**touching** 20:5

**tough** 21:7

**tree** 54:8

**tried** 20:3 40:22

**trouble** 61:9

**truck** 9:8

AlamedaCounty_Bolbol_000394

**truck's** 9:9

**true** 5:24 28:23 63:10

**try** 29:10 53:25 56:6

**trying** 5:3,6 7:6 15:16 18:10 21:17 28:6,9 29:21 39:7 47:8 56:11 59:15

**turn** 54:5

**two** 8:17 31:1

**typically** 60:24

## U

**uh-huh** 51:18 55:1 63:3

**unconstitutional** 17:4 38:1

**understand** 5:20 23:3,5 28:19

**Unfortunately** 46:22

**UNIDENTIFIED** 6:5,8 7:3,7,9,10,19,23 8:1, 4 10:7,10,13,20 12:5 15:24 16:19 17:12 19:5,10,23,25 20:7, 13,24 21:1,4,5 24:9, 11 25:11 29:5,7,20, 22 30:1,10 36:14,16 37:18 39:18,21 40:2, 8,10,20,25 41:15,19, 22 42:2,6,9,13,16, 18,25 43:3,6,9,13, 17,22 44:1,5,8,12,23 45:25 46:11,17,23 47:2,5,8,14,17,20,25 48:4,8,11,16,18 49:1,4,7,9,13,20 50:1,4,9,13 51:4

**unpleasant** 22:7

**uphold** 17:20 38:17

**use** 25:19 41:14

**usually** 54:14

## V

**valid** 63:18,20

**value** 57:20

**video** 3:14 8:15 12:14,15,17 15:23 21:9 30:23 47:16,18 50:19 51:1,3,13

**videoing** 50:18

**videos** 19:15 25:2

**violate** 17:14 38:10

**violation** 20:21 53:24

**VIP** 19:11

## W

**Wait** 30:3

**walk** 42:21 57:2,4,6,7, 14 59:23

**walked** 45:6

**walking** 47:6 62:4,17

**walkway** 22:9,12,20 44:19,22 45:2,21 46:16 55:3 58:16 59:5

**want** 3:5,15 7:20 9:18,23 13:22 14:6 16:5,14 17:15 18:21 26:6,19 30:6 32:19, 22 33:3,4,6,21 34:1, 3,4,15,21 35:5 36:13,25 37:7,8,15, 21 38:12 39:24 41:10,12,17 43:19 44:13 45:4 46:3,7 47:18 52:16,17,18,

20,21 58:7 59:7 61:7,8 64:11

**wanted** 13:14 20:19

**wants** 12:8 18:18 39:15

**wasn't** 45:25

**watch** 12:19 13:4 15:24,25 17:16 18:17 19:15 20:19 22:13 33:7 38:13 39:13 52:23,24 56:8, 10

**watching** 53:3

**way** 10:3 25:24 42:3 63:6,15

**ways** 62:20

**we'll** 3:23 11:6 25:17, 21 26:4 27:1 39:25

**we're** 3:3,22 5:12,22 7:23 8:3,6,15 9:5 11:2,4,7,18 12:2 13:13,15 14:9,10,11 15:9,16 21:7 25:25 26:25 28:13 30:1,10, 19,23 31:14 33:23 38:7 44:14,20 45:9 46:16 48:23 51:19 53:3 58:9,13 59:15 61:8,12,16 62:11 64:5

**we've** 8:11 14:25 17:10 38:7 51:16 53:7 58:5

**weapons** 9:7

**week** 54:22 60:25

**weekend** 22:7 60:14, 19 61:1

**welcome** 14:5

**went** 52:10

**weren't** 45:24 46:4

**white** 23:13 55:14

**willing** 17:14 20:20 33:25 38:10

**win** 43:15

**won** 36:6 42:23

**work** 58:12 60:25 61:2

**works** 12:14 13:6 48:15

**world** 19:18

**worry** 4:18 27:20

**worst** 19:12

**wouldn't** 41:10 43:15, 25 46:25 53:17

**wow** 21:1 54:12 64:12

**write** 23:11 55:13

**wrong** 11:5 23:7,8 55:10,11

## Y

**yeah** 3:10 5:6,12,18 6:1,20,24 7:12 9:2,9, 22,24 10:14,16,18, 20,21 11:11,15,20 13:22,24 18:14 20:17 21:15,19 22:3 24:10 25:10,19,20 26:12,16,22 28:9,12 29:17 31:12,20 34:14 37:19 38:6 39:10,11,22 41:19, 24 42:4 43:11 44:4, 7,21 47:2,4,7 51:11 53:10,12,15 54:16, 21 60:22 63:4,19,23

**year** 17:10 35:13 38:8

**years** 5:4 14:25 28:7

Index: truck's–years

AlamedaCounty_Bolbol_000395

58:6

**yell**  14:23

**yelling**  15:14

---

**Z**

---

**zone**  54:2

# EXHIBIT "E"

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
NICHOLAS D. SYREN, State Bar No. 334807
nsyren@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:      (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendants
HAYWARD AREA RECREATION AND PARK
DISTRICT and KEVIN HART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>            Plaintiff,<br><br>    v.<br><br>ROWELL RANCH RODEO, INC., HAYWARD AREA RECREATION AND PARK DISTRICT, HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART, and DOES 1 and 2, in their individually and official capacities, jointly and severally,<br><br>            Defendants. | Case No. 3:23-cv-01652-VC<br><br>**NOTICE OF MANUAL FILING/LODGING OF DIGITAL EXHIBIT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; MEMORANDUM OF POINT AND AUTHORITIES (F.R.C.P. 56)**<br><br>Hon. Vince Chhabria<br><br>Date:    August 15, 2024<br>Time:    10:00 a.m.<br>Ctrm:   4, 17th Floor<br><br>Trial:    October 21, 2024 |

PLEASE TAKE NOTICE THAT Exhibits "E" and "F" to the *Declaration of Nicholas Syren*, filed concurrently with this notice, this ECF is in physical form only, and in place of Exhibits "E" and "F" are "digital audio and/or video files".

Plaintiffs are already in possession of the contents of this filing. For information on retrieving the filing directly from the Court, please see the court's webpage at www.cand.uscourts.gov.

/ / /

/ / /

1    The filing was not e-filed for the following reasons:

2    The files are non-graphical/text; it is a digital audio and/or video files of the incident

3    copies to a CD.

4

5                                          Respectfully submitted,

     Dated:  June 27, 2024                ALLEN, GLAESSNER,
6                                          HAZELWOOD & WERTH, LLP

7

8    By:  __/s/ Nicholas D. Syren_____
          DALE L. ALLEN, JR.
9         NICHOLAS D. SYREN
          Attorneys for Defendants
10        HAYWARD AREA RECREATION AND
          PARK DISTRICT and KEVIN HART

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

669169.1

MSJ – NTC. OF MANUAL FILING
3:23-CV-01652-VC

**EXHIBIT "F"**

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
NICHOLAS D. SYREN, State Bar No. 334807
nsyren@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:     (415) 697-2000
Facsimile:     (415) 813-2045

Attorneys for Defendants
HAYWARD AREA RECREATION AND PARK
DISTRICT and KEVIN HART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>Plaintiff,<br><br>v.<br><br>ROWELL RANCH RODEO, INC., HAYWARD AREA RECREATION AND PARK DISTRICT, HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART, and DOES 1 and 2, in their individually and official capacities, jointly and severally,<br><br>Defendants. | Case No. 3:23-cv-01652-VC<br><br>**NOTICE OF MANUAL FILING/LODGING OF DIGITAL EXHIBIT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; MEMORANDUM OF POINT AND AUTHORITIES (F.R.C.P. 56)**<br><br>Hon. Vince Chhabria<br><br>Date:     August 15, 2024<br>Time:    10:00 a.m.<br>Ctrm:    4, 17th Floor<br><br>Trial:     October 21, 2024 |

PLEASE TAKE NOTICE THAT Exhibits "E" and "F" to the *Declaration of Nicholas Syren*, filed concurrently with this notice, this ECF is in physical form only, and in place of Exhibits "E" and "F" are "digital audio and/or video files".

Plaintiffs are already in possession of the contents of this filing. For information on retrieving the filing directly from the Court, please see the court's webpage at www.cand.uscourts.gov.

/ / /

/ / /

MSJ – NTC. OF MANUAL FILING
3:23-CV-01652-VC

669169.1

1       The filing was not e-filed for the following reasons:

2       The files are non-graphical/text; it is a digital audio and/or video files of the incident

3   copies to a CD.

4
                                            Respectfully submitted,
5
    Dated:  June 27, 2024                    ALLEN, GLAESSNER,
6                                            HAZELWOOD & WERTH, LLP

7
                                            By:  _/s/ Nicholas D. Syren_____
8                                                DALE L. ALLEN, JR.
                                                 NICHOLAS D. SYREN
9                                                Attorneys for Defendants
                                                 HAYWARD AREA RECREATION AND
10                                               PARK DISTRICT and KEVIN HART

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

MSJ – NTC. OF MANUAL FILING
3:23-CV-01652-VC

669169.1

**EXHIBIT "G"**



PLAINTIFF'S PRODUCTION 000021



PLAINTIFF'S PRODUCTION 000022

**EXHIBIT "H"**

1  William B. Rowell, Bar No. 178587
   Thiele R. Dunaway, Bar No. 130953
2  Marc Brainich, Bar No. 191034
   Michele C. Kirrane, Bar No. 215448
3  **FENNEMORE WENDEL**
   1111 Broadway, 24th Floor
4  Oakland, CA  94607
   Tel: (510) 834-6600 / Fax: (510) 834-1928
5  browell@fennemorelaw.com
   rdunaway@fennemorelaw.com
6  mbrainich@fennemorelaw.com
   mkirrane@fennemorelaw.com
7
   Attorneys for Defendants
8  County of Alameda and Alameda County Deputy
   Sheriff Joshua Mayfield
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
   JOSEPH P. CUVIELLO and DENIZ          Case No. 3:23-cv-01652-VC
13 BOLBOL, individually,

14              Plaintiffs,              **DEFENDANTS COUNTY OF
                                         ALAMEDA AND ALAMEDA COUNTY
15 v.                                    DEPUTY SHERIFF JOSHUA
                                         MAYFIELD'S SECOND UPDATED
16 ROWELL RANCH RODEO, INC.;             RULE 26 DISCLOSURES**
   HAYWARD AREA RECREATION AND
17 PARK DISTRICT; HAYWARD AREA           Action Filed:  April 6, 2023
   RECREATION AND PARK DISTRICT          Trial:         October 21, 2024
18 PUBLIC SAFETY MANAGER/RANGER
   KEVIN HART; ALAMEDA COUNTY
19 SHERIFF'S OFFICE; ALAMEDA COUNTY
   DEPUTY SHERIFF JOSHUA MAYFIELD;
20 and DOES 1 and 2, in their individual and
   official capacities, jointly and severally,
21
                Defendants.
22

23        Pursuant to Federal Rule of Civil Procedure Rule 26(a)(1) and (e), Defendants the County

24 of Alameda and Alameda County Deputy Sheriff Joshua Mayfield ("Defendants"), by and

25 through their undersigned counsel, makes the following updated disclosures.  Defendants reserve

26 the right to supplement, update, amend or modify these disclosures when and if additional

27 information becomes available.

28

DEFENDANTS ALAMEDA COUNTY AND ALAMEDA                    3:23-CV-01652-VC
COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD'S
SECOND UPDATED RULE 26 DISCLOSURES
46173552.1/059499.0021

## A.      INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION

Defendants identify at this time the following individuals likely to have discoverable information that Defendants may use to support their claims and defenses. Each of the following individuals may have information regarding the subject incident alleged in plaintiffs' Second Verified Amended Complaint, and/or regarding relevant events prior to the subject incident.

- Plaintiff Joseph P. Cuviello. This individual  has information about the subject incident.

- Plaintiff Deniz Bolbol. This individual has information about the subject incident.

- Defendant Alameda County Deputy Sheriff Joshua Mayfield. Business address: 1401 Lakeside Drive, Oakland, CA. Deputy Mayfield may only be contacted through his counsel in this matter. Dep. Mayfield has information about the subject incident.

- County of Alameda Sheriff's Office Deputy Sheriff Matthew Laszuk. Business address: 1401 Lakeside Drive, Oakland, CA. Deputy Laszuk may only be contacted only through counsel for the County of Alameda in this matter. Dep. Laszuk has information about the subject incident.

- County of Alameda Sheriff's Office Deputy Sheriff Christian Campbell. Business address: 1401 Lakeside Drive, Oakland, CA. Deputy Campbell may only be contacted only through counsel for the County of Alameda in this matter. Dep. Campbell has information about the subject incident.

- County of Alameda Sheriff's Office Deputy Sheriff Sowmya Ramadas. Business address: 1401 Lakeside Drive, Oakland, CA. Deputy Ramadas may only be contacted through counsel for the County of Alameda in this matter. Dep. Ramadas has information about the subject incident.

- County of Alameda Sheriff's Office Sgt. Moises Gomez. Business address: 1401 Lakeside Drive, Oakland, CA. Sgt. Gomez may only be contacted through counsel

DEFENDANTS COUNTY OF ALAMEDA AND ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD'S SECOND UPDATED RULE 26 DISCLOSURES
46173552.1/059499.0021

3:23-CV-01652-VC

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

1    for the County of Alameda in this matter. Dep. Gomez took a telephone call from

2    Dep. Mayfield during the incident. He also has information about the Sheriff's

3    Office's provision of a law enforcement presence at the Rowell Ranch Rodeo in

4    May 2022 as well as in other years.

5    • County of Alameda Sheriff's Office Deputy Sheriff Colby Staysa. Business

6    address: 1401 Lakeside Drive, Oakland, CA. Deputy Sheriff Staysa may only be

7    contacted through counsel for the County of Alameda in this matter. Deputy

8    Sheriff Staysa has information regarding Sheriff's Office' relations with Rowell

9    Ranch Rodeo in past years. He also has information about the Sheriff's Office's

10   provision of a law enforcement presence at the Rowell Ranch Rodeo in May 2022

11   as well as in other years.

12   • County of Alameda Sheriff's Office Emergency Dispatch Services Operator

13   Melissa McMaster. Ms. McMaster may only be contacted through counsel for the

14   County of Alameda in this matter. Ms. McMaster took the telephone call from

15   Gary Houts during the incident.

16   • County of Alameda Sheriff's Office Emergency Dispatch Services Operator Amy

17   Bowles. Ms. Bowles may only be contacted through counsel for the County of

18   Alameda in this matter. Ms. Bowles called Dep. Mayfield on the radio during the

19   incident.

20   • County of Alameda Sheriff's Office Emergency Dispatch Services Supervisor.

21   Kristyn Ostlund. Ms. Ostlund may only be contacted through counsel for the

22   County of Alameda in this matter. Ms. Ostlund prepared the Event Register

23   previously produced by the County of Alameda in this action.

24   • County of Alameda Sheriff's Office Detective. Patrick M. Smyth. Business

25   address: 1401 Lakeside Drive, Oakland, CA. Det. Smyth may only be contacted

26   through counsel for the County of Alameda in this matter. Det. Smyth has

27

28

DEFENDANTS COUNTY OF ALAMEDA AND
ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA
MAYFIELD'S SECOND UPDATED RULE 26
DISCLOSURES
46173552.1/059499.0021

3:23-CV-01652-VC

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

1  information regarding the Sheriff's Office' training, policies, and procedures

2  regarding free speech issues.

3  • Rowell Ranch Rodeo President and Arena Boss Russell Fields, c/o counsel for

4  Rowell Ranch Rodeo. Mr. Fields may have information about the subject incident

5  • Rowell Ranch Rodeo Site Boss Brian Morrison, c/o counsel for Rowell Ranch

6  Rodeo. Mr. Morrison may have information about the subject incident.

7  • Rowell Ranch Rodeo volunteer Ashley Strassberg, c/o counsel for Rowell Ranch

8  Rodeo. Ms. Strassberg may have information about the subject incident.

9  • Michael Sage, 3636 Eastwood Circle, Santa Clara, CA, 408-857-9611; telephone

10  number 408-857-9611. Mr. Sage may have information about the subject incident.

11  • Robyn Newkirk, 32 Old Landing Road, Tiburon, CA, 94921; telephone number

12  415-686-6592. Ms. Newkirk may have information about the subject incident.

13  • Other employees and or volunteers of defendants Hayward Area Recreation and

14  Park District and Rowell Ranch Rodeo, Inc. present at the rodeo on the day of the

15  incident, identified in defendants' discovery responses and documents produced by

16  them, or currently unidentified. These individuals may have information about the

17  subject incident.

18  • Attendees at the Rowell Ranch Rodeo present at the rodeo on the day of the

19  incident currently unidentified. These individuals may have information about the

20  subject incident.

21  **B.**     **DOCUMENTS UPON WHICH DEFENDANTS MAY RELY IN SUPPORT**

22  **OF THEIR CLAIMS AND DEFENSES**

23  Defendants identify at this time the following documents, electronically stored

24  information, and tangible things that defendants may use to support their claims and defenses:

25  • Claim Against the County of Alameda submitted by Joseph P. Cuviello, dated

26  November 4, 2022.

27  - 4 -

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

1       •  Claim Against the County of Alameda submitted by Deniz Bolbol, dated

2         November 3, 2022.

3       •  Documents previously produced by the County of Alameda, Bates-stamped

4         AlamedaCounty_Bolbol_000001 through AlamedaCounty_Bolbol_000413.

5       •  Body cam videos taken by Alameda County deputy sheriffs Joshua Mayfield,

6         Sowmaya Ramadas, Christian Campbell, and Matthew Laszuk on the day of the

7         incident. These body cam videos have been produced to the parties.

8       •  An audio recording from the Sheriff's Office, containing the calls between

9         Emergency Dispatch Services Operator Melissa McMaster and Gary Houts, and

10       between Emergency Dispatch Services Operator Amy Bowles and Dep. Joshua

11       Mayfield, dated May 20, 2022, previously produced to the parties on December

12       21, 2023.

13       •  A transcript of the above-referenced body cam videos taken by the Sheriff's

14        Office, with the court reporter's affidavit of authenticity, Bates-stamped

15        AlamedaCounty_Bolbol_000342 through AlamedaCounty_Bolbol_000367.

16       •  Training Bulletin No. 13-13,"Peaceful Picketing During Labor Disputes," dated

17        June 19, 2013; and Training Bulletin No. 15-10, "Filing of Law Enforcement by

18        the Public," dated June 26, 2015. These two documents are Bates-stamped

19        AlamedaCounty_Bolbol_000316 through AlamedaCounty_Bolbol_000320, and

20        are being concurrently produced as responsive to plaintiffs' Requests for

21        Production.

22       •  A set of Powerpoint slides used by Det. Patrick Smyth of the Alameda County

23        Sheriff's Office for his course for Learning Domain 2, The Criminal Justice

24        System, Bates-stamped AlamedaCounty_Bolbol_000321 through

25        AlamedaCounty_Bolbol_000341, and being concurrently produced as responsive

26        to plaintiffs' Requests for Production.

27

- 5 -

28

DEFENDANTS COUNTY OF ALAMEDA AND
ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA
MAYFIELD'S SECOND UPDATED RULE 26
DISCLOSURES
46173552.1/059499.0021

3:23-CV-01652-VC

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

1      • Videos taken by plaintiffs Joseph Cuviello and Deniz Bolbol at the Rowell Ranch

2         Rodeo on May 20 and May 21, 2022.

3      • Transcripts of the videos taken by plaintiffs Joseph Cuviello and Deniz Bolbol at

4         the Rowell Ranch Rodeo on May 20, 2022, with the court reporter's affidavit of

5         authenticity, Bates-stamped AlamedaCounty_Bolbol_000368 through

6         AlamedaCounty_Bolbol_000396, and are being concurrently produced as

7         responsive to plaintiffs' Requests for Production.

8      • Annotated satellite photograph of Rowell Ranch; exhibit #1 to the depositions of

9         plaintiffs Joseph P. Cuviello and Deniz Bolbol's depositions.

10     • All other documents produced by the parties to this action.

11     • Transcripts and exhibits of all depositions taken in this action, and the exhibits

12        thereto, including but not limited to the annotated satellite map attached to

13        plaintiffs' depositions.

14  **C.    DAMAGES**

15  Defendants will seek reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988.

16  **D.    INSURANCE**

17  The County of Alameda, a public entity, is permissibly self-insured pursuant to California

18  Government Code §§ 990 et seq. To the extent any liability insurance policy covers plaintiffs'

19  claims, the County will make it available for inspection and copying.

20

21  Dated: April 23, 2024                          FENNEMORE WENDEL

22

23                                                 By: _____

24                                                    William B. Rowell
                                                       Thiele R. Dunaway
25                                                     Marc Brainich
                                                       Michele C. Kirrane
26                                                     Attorneys for Defendants
                                                       County of Alameda and Alameda County
27                                                     Deputy Sheriff Joshua Mayfield

- 6 -

28

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

1

## CERTIFICATE OF SERVICE

2

*Joseph P. Cuviello, et al. v. Rowell Ranch Rodeo, Inc., et al.*
USDC – Northern District of California, Case No. 3:23-cv-01652-VC

3

4        I am a citizen of the United States and employed in Alameda County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 1111 Broadway, 24th Floor, Oakland, California  94607.

5

6        On April 23, 2024, I served true copies of the following document(s) described as **DEFENDANTS COUNTY OF ALAMEDA AND ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD'S SECOND UPDATED RULE 26 DISCLOSURES** on the interested parties in this action as follows:

7

8        ***Please see attached Service List.***

9

10       **BY EMAIL OR ELECTRONIC TRANSMISSION**:  By causing the document(s) listed above to be sent to the person(s) at the e-mail address(es) listed below.  I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

11

12       I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

13

14       Executed on April 23, 2024, at Oakland, California.

15

16

17       _____
         Lena S. Mason

18

19

20

21

22

23

24

25

26

27

- 7 -

28

DEFENDANTS COUNTY OF ALAMEDA AND ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD'S SECOND UPDATED RULE 26 DISCLOSURES
46173552.1/059499.0021

3:23-CV-01652-VC

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

1

**<u>SERVICE LIST</u>**

2

3

*Joseph P. Cuviello, et al. v. Rowell Ranch Rodeo, Inc., et al.*
USDC – Northern District of California, Case No. 3:23-cv-01652-VC

4

Jessica L. Blome                                   *Attorneys for Plaintiff Deniz Bolbol*

5

Lily A. Rivo
Greenfire Law, PC
2748 Adeline Street, Suite A

6

Berkeley, CA 94703

7

Phone:    (510) 900-9502
Email;    jblome@greenfirelaw.com

8

          lrivo@greenfirelaw.com

9

Joseph P. Cuviello                                 *Plaintiff Pro Per*

10

205 DeAnza Boulevard, #125
San Mateo, CA 94402

11

Phone:    (650) 315-3776
Email:    pcuvie@gmail.com

12

13

Dale L. Allen, Jr.                                 *Attorneys for Defendants Hayward Area*
Nicholas D. Syren                                  *Recreation and Park District, and Kevin*

14

Allen, Glaessner, Hazelwood & Werth, LLP           *Hart*
180 Montgomery Street, Suite 1200

15

San Francisco, CA 94104
Phone:    (415) 697-2000

16

Fax:      (415) 813-2045
Email:    dallen@aghwlaw.com

17

          nsyren@aghwlaw.com
          erodas@aghwlaw.com

18

          mhernandez@aghwlaw.com

19

Paul Caleo                                         *Attorneys for Defendant Rowell Ranch*

20

Osmaan Khan                                        *Rodeo, Inc.*
Gordon Rees Scully Mansukhani, LLP

21

1111 Broadway, Suite 1700
Oakland, CA 94607

22

Phone:    (510) 463-8600

23

Fax:      (510) 984-1721
Email:    pcaleo@grsm.com

24

          oakhan@grsm.com
          khernandez@grsm.com

25

26

27

- 8 -

28

DEFENDANTS COUNTY OF ALAMEDA AND                                          3:23-CV-01652-VC
ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA
MAYFIELD'S SECOND UPDATED RULE 26
DISCLOSURES
46173552.1/059499.0021

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

# EXHIBIT "I"

JOSEPH P. CUVIELLO and DENIZ BOLBOL

INDIVIDUALLY, PLAINTIFFS,

v.

ROWELL RANCH RODEO, INC.;

HAYWARD AREA RECREATION AND PARK DISTRICT;

HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC
SAFETY MANAGER/RANGER

KEVIN HART;

ALAMEDA COUNTY;

ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD;

and DOES 1 and 2, in their individual and official capacities, jointly and
severally,

DEFENDANTS.


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


Case No: 3:23-cv-01652-VC



RULE 26(a)(2)(B) REPORT of James I. Dudley

April 19, 2024

May 23, 2024

May 24, 2024

Mr. Dale Allen Attorney at Law

Allen Glaessner Hazelwood Werth

180 Montgomery St., Suite 1200

San Francisco, CA. 94104


Mr. William B. Rowell

Fennemore Wendel

1111 Broadway, 24th Floor

Oakland, CA 94607


Re: JOSEPH P. CUVIELLO and DENIZ BOLBOL INDIVIDUALLY, PLAINTIFFS,

v.

ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT;
HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER
KEVIN HART; ALAMEDA COUNTY; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA
MAYFIELD; and DOES 1 and 2.

Case No. 3:23-cv-01652-VC

Dear Messrs. Allen and Rowell,

 In accordance with the Federal Rules of Civil Procedure 26(a)(2)(B) [Attachment A], the
following updated report presents my opinions in the above-cited case. If additional discovery or
other materials are made available to me for further review and analysis, and I will provide a
further supplement to this report as necessary.

Should Plaintiffs present any expert opinion on these topics, and to the extent they do, I reserve
the right to review, respond to, and, as appropriate, rebut those opinions.

Sincerely,


James I. Dudley

JD Consulting

718 Crompton Road

Redwood City, CA. 94061

Table of Contents

1. Introduction …………………………………………………………………………...4

2. Methodology and Facts or Data Considered …………………………………………… 5-6

3. Incident Summary…………………………………………………………………….....6-9

4. Expert Opinions: Analysis, Basis and Reason…………………………………............ 10-16
   Opinion One …………………………………………………………………………… 12
   Opinion Two ……………………………………………………………………………. 13
   Opinion Three …………………………………………………………………...……….13
   Opinion Four …………………………………………………………………….......... 14
   Opinion Five …………………………………………………………………………15-16

   Attachment A …………………………………………………………………...……….17
   Federal Rules of Civil Procedure 26(a) (2) (B) 3 4 (B)………………………………….. 17

   Attachment B ……………………………………………………………………...…….18
   Federal Rules of Evidence 702 ……………………………………………………...…….18

   Attachment C …………………………………………………………………………19-25
   Materials Reviewed, Facts or Data Considered, and Exhibits Federal Rules of Civil Procedure
   26(a) (2) (B) (ii); 26(a) (2) (B) (iii) …………………………………………………….19-25

   Attachment D ………………………………………………………………………….26-28
   Qualifications Federal Rules of Civil Procedure 26(a)(2)(B)(iv) ………………………… 26-28

   Attachment E …………………………………………………………………………. 29-31
   Ten-Year Publication History 3 Federal Rules of Civil Procedure 26(a)(2)(B)(iv)…………29-31

   Attachment F …………………………………………………………………………..…  32
   Four-Year Testimony History Federal Rules of Civil Procedure 26(a)(2)(B)(v) ……………… 32

   Attachment G …………………………………………………………………..……… 33
   Compensation for Study and Testimony in the Case Federal Rules of Civil Procedure
   26(a)(2)(B)(vi) ……………………………………………………………………… 33

# 1 Introduction

My name is James I. Dudley, and I have been retained by counsel for Defendants HAYWARD AREA RECREATION AND PARK DISTRICT ("HARD"); HARD PUBLIC SAFETY MANAGER/RANGER KEVIN HART ("HART"); ALAMEDA COUNTY SHERIFF'S OFFICE ("COUNTY"); and ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD ("MAYFIELD") to review the material and information provided in this case and offer objective opinions concerning the actions of HARD, HART, COUNTY and MAYFIELD in regards to the interactions with Plaintiffs Joseph P. Cuviello and Deniz Bolbol ("Plaintiffs") on May 20, 2022 at the Rowell Ranch Rodeo, in Alameda County, California, beginning at approximately 17:30 pm. Case No. 3:23-cv-01652-VC.

My opinions and the basis and reasons for them are included in the body of the report that follows.

The documents, materials, facts, or data I considered to form my opinions, can be found in Attachment "C" and throughout the body of the report, including but not limited to, any in-text references or footnotes.

My qualifications as a Police Practices Expert are included in Attachment "D."   A list of my publications authored in the previous ten years is included in Attachment "E."  A list of other cases in which I have testified at trial or by deposition during the previous four years is included in Attachment "F."  A statement of compensation to be paid for study and testimony this case is included in Attachment "G."

**Scope of this review**

My review is to determine if:

 1. COUNTY provided a 'Duty of Care' fitting to the situation during the present at the Rowell Ranch Rodeo on 5/20/2022.

2. The protester/demonstrators at the Rowell Ranch Rodeo Event on May 20, 2022 were given reasonable access at the event;

3. Whether the time, place and manner of access were denied due to the content of the protest;

4. Whether instructions given to the protesters were reasonable and in compliance with industry standards;

5. Whether the protesters were threatened with arrest at the event on 05/20/2022.

## 2 Methodology Used, and Facts or Data Considered

For purposes of this review "protest" and "demonstration" are used to describe the actions taken by individuals who were in disagreement with the rodeo activities and convey the message through actions, leaflets, signs, banners, voice messages, physical positioning and other means.

The First Amendment states: *Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.*

Time, place and manner restrictions are content-neutral limitations imposed by the government on expressive activity. In this case, there were no attempts made to restrict or dissuade the protesters at Rowell Ranch, based on the content, but in relation to their positions on pathways, roadways and in impeding free movement by the patrons attempting to enter the rodeo.

When forming my opinions, I keep in mind that the role of an expert is to provide specialized knowledge that is both relevant and reliable to assist the trier of fact in understanding the evidence or determining a fact in an issue.

In my roles as a police officer, Sergeant, Lieutenant, Captain, Commander and Deputy Chief, I had occasions to train for Crowd Control, Protests, Demonstrations and Managing Events, including planned and spontaneous events, natural and man-made disasters and critical incidents. Training included California POST Training in Crowd Control, First Amendment Activities, the Incident Command System (ICS), planning and management.  FEMA training included sections on Planning for Events.   In this case, my focus was directed to the facts and circumstances surrounding the contact between representatives of the Rowell Ranch Rodeo, HARD; HART; COUNTY; and MAYFIELD and Plaintiffs.

In this case, I began by reviewing the facts and data described in the primary source documents and materials specific to this case, as listed in Attachment "C." Then, using my knowledge, education, training, and experience, I analyzed the facts and data aggregated from those materials while examining and accounting for obvious alternate explanations for the actions and responses of the parties involved. I then compared the facts gathered from those materials against secondary sources representing generally accepted law enforcement training, practices, procedures, and specific Hayward Area Recreation and Park District and the Alameda County Sheriff's policy. Where practicable, peer-reviewed literature and other publications have been used as secondary sources. Such materials are the type upon which others in the law enforcement profession and I rely when examining the events surrounding a police response and forming opinions regarding the matters addressed herein. Additionally, my opinions are informed by the totality of the materials I have read and studied and the experiences and instruction I have had and provided to law enforcement throughout my 32-year career.

To stay current in the field of law enforcement and associated training, practices, and procedures, I maintain memberships in the International Law Enforcement Educators and Trainers Association (ILEETA), the International Association of Chiefs of Police (IACP), the Police Executive Research Forum (PERF), the FBI National Academy Associates (FBINAA) and other professional organizations.

I research and study law enforcement methods, practices, and tactical issues by regularly accessing academic research, training materials, and news reports as part of my preparation for teaching Criminal Justice classes at San Francisco State University. I often review new publications regarding law enforcement practices. I frequently engage in discussions and debriefings with officers, law enforcement trainers, managers, and executives about law enforcement policy, procedure, practices, and tactics as part of my research for classes and articles that I have written for a law enforcement publication, Police One.com.  I also research current practices and issues in preparation for interviews for a podcast that I host called "Policing Matters."

Law enforcement officers are expected to have a working knowledge of the legal issues impacting their profession. During my training and consultations with officers in both formal and informal settings, I often discuss legal matters and case decisions that affect how they perform their jobs. As such, in this report and corresponding testimony, I may refer to established law, concepts, principles, and case citations pertinent to the facts of this case. I do so only to assist the trier of fact in understanding the body of knowledge expected of an objectively reasonable officer and the reasoning and methods informing my opinions.

This report contains the opinions I have formed and the reasoning supporting those opinions based on the facts and evidence currently available. This is a preliminary report, as I understand discovery in this case continues. I may be provided additional information and documents, including expert reports from Plaintiffs and the other defendants in this matter. Upon review of further documents, if counsel or the Court requests, I may consider new information and, as appropriate, supplement my report, including the opinions expressed therein. In particular, I understand that Plaintiffs have not yet disclosed whether they intend to present any expert opinion on these topics. To the extent they do, I reserve the right to review, respond to, and, as appropriate, rebut those opinions.

## 3 Incident Summary

### Alameda County Sheriff Office's Preparation for the Event on 05/20/2022

Three weeks prior to the event, and after the grounds were secured with the permit to hold the rodeo, the Alameda County Sheriff's Office ("ACSO") made preparations for a general presence at the event.

In a memorandum email from ACSO Division Commander Colby Staysa, dated 05/09/2024, the commander addressed several dozens of members seeking "four volunteers to work the Rowell Ranch Rodeo on Friday 05/20/2024 from 1730-midnight"

Deputies Joshua Mayfield, Christian Campbell, Sowmya Ramadas and Matthew Laszuk volunteered, per a memo from Commander Staysa- indicating Deputy Mayfield as Lead on the assignment.  A memo from Deputy Mayfield includes details about the event, including a time to be ready at 1730 [5:30 PM] and instructions to "make sure your uniform is clean and presentable and be ready to smile and interact with the community." He includes that "this should be a fun event and we are there mainly as a law enforcement presence…."

(Correspondence emails labeled AlamedaCounty_Bolbol_000280-289)

**Timeline of events for 05/20/2022 - "Fennemore Memorandum" (A full Timeline is attached in Attachment A)**

(From ACSO's videos and dispatch records & plaintiffs' videos)

1. Sometime **after 5:30 pm,** protesters opposing the rodeo, later identified as <u>Pat Cuviello and Deniz Bolbol,</u> arrive on foot through the parking lot gate. (Plaintiffs' Video 16 – Clip 1.)

2. **At approx. 17:45-17:50, [5:45-5:50 pm**], Rowell Ranch <u>Representative Gary Houts</u> approaches Cuviello & Bolbol and advises them to go to the designated free speech area, but they refuse. Cuviello says, "Call the police-call the police."- Bolbol says, "You'll learn a lot about the First Amendment- it'll be a fun experience…"  (Plaintiffs' Video 14-Video 2).

3. **At 17:51,** Houts calls 911 Dispatch (Event Register doc.) Call recorded as "Disturb Peace"- dispatched at 17:51:24 [5:51 pm].

4. **Approx. 5 minutes later,** all four deputies (<u>Mayfield, Campbell, Ramadas and Laszuk</u>) arrive.

5. As they exit the vehicle, Deputy Mayfield greets and hugs a volunteer in the parking lot. As they observe and record on their video, Bolbol remarks that the deputy hugs one of the employees and she exclaims "<u>We have a lawsuit! Here we go.</u>" (Plaintiff's Video 14-Video 2).

6. **First encounter between Deputies & Protesters: At approx. 17:57-17:59 [5:57-5:59 pm**], Deputies meet with Cuviello and Bolbol.  As Deputy Campbell attempts to advise ground rules for a lawful free speech assembly, BWC video captures his attempts to speak with the protesters saying "Free speech…totally cool..we just ask..play nice….They want you to move to."- when he is interrupted by Bolbol, saying: "We are not going to."  Bolbol continues to interrupt him, but the deputy maintains a professional demeanor (County's Videos 3-5 and Plaintiffs' Video 14- Video 2).

7. **At 18:01:36 [6:01 pm],** From a dispatch print out titled "Event Register"- "CPU" Mayfield responds that they have already talked to the subjects and advised them of the designated protest area.

8. Additional protesters arrive to upper entrance: Michael Sage, Robyn Newkirk and Keith Radcliff.

9. **18:08 [6:08 pm],** Park Security/Ranger Kevin Hart appears.  Deputy Mayfield again advises Cuviello and Bolbol, mentioning the designated area.  Bolbol and Cuviello are abrasive and agitated and refuse to relocate to the Free Speech zone.  There is no attempt to force them there and no threat of arrest. (County's Video 6 and Plaintiffs' Video 16-Clip 2.)

**At 18:11-[6:11 pm],** Deputy Mayfield steps away to make a phone call to give an update on the rodeo event with duty Sergeant Moises Gomez. While Dep. Mayfield is on the phone, Bolbol and Cuviello discuss him being on the phone, believing that Dep. Mayfield is speaking with his "watch commander." (County's Video 7; Plaintiffs' Video 14-Video 3 and Video 16-Clip 2.)

**At 18:16 [6:16 pm],** Dep. Mayfield gets off the phone and speaks with Kevin Hart and a female Rowell Ranch employee; Gary Houts joins the conversation. (County's Videos 6 and 8 and Plaintiffs' Video 14-Video 3 and Video 16-Clip 2.)

While Dep. Mayfield is talking with Hart and the Rowell Ranch employees, Bolbol and Cuviello discuss Dep. Mayfield "not being allowed to arrest us..." (Plaintiffs' Video 14-Video 3 and Video 16-Clip 2.)

Bolbol then runs over to Sage, who is interacting with Houts, closer to the Upper Entrance. (Plaintiffs' Video 14 Video-3.)

Cuviello also engages in a discussion with Newkirk and Radcliff about Dep. Mayfield, "I knew that big cop was an asshole from the get go…" (Plaintiffs' Video 16-Clip 2.)

Also, when Dep. Mayfield is talking with Hart and the Rowell Ranch employees, Bolbol engages in a conversation with Sage about Dep. Mayfield, "He really wanted to arrest us, but he doesn't get to…" (Plaintiffs 's Video 14-Video 3.)

**At 18:19 [6:19 pm],** Dep. Mayfield returns and speaks with Cuviello, Newkirk, Radcliff, calling over Sage and Bolbol. Bolbol immediately walks away and starts handling out leaflets closer to the Upper Entrance. (County's Videos 6 and 8 and Plaintiffs' Video 16-Clip 2.)

As Dep. Mayfield is walking away, Cuviello talks to Radcliff about Dep. Mayfield. (Plaintiffs' Video 16-Clip 2.)

10. At **18:20 [6:20 pm – 6:21 pm],** Encounter between Dep. Mayfield and Sage on the Upper Entrance pathway; Bolbol interjects and has a discussion with Dep. Mayfield. (County's Videos 6, 8 and 9.)

11. **At 18:22 [6:22 pm – 6:23 pm],** Dep. Mayfield engages in a conversation with Hart and several Rowell Ranch employees. (County's Video 10)

12. Sometime Around **18:25 [6:25 pm],** Margo [last name unknown], another protester, arrives and Cuviello engages in a conversation with her. (Plaintiffs' Video 16-Clip 3.)

13. At **18:27 [6:27 pm – 6:28 pm],** Second Encounter between Dep. Mayfield and Sage on the Upper Entrance pathway; Bolbol interjects and has a discussion with Dep. Mayfield. (County's Video 11 and Plaintiffs' Video 16-Clip 3.)

14. Sometime after **19:01 -7:01 pm,** the protesters relocate to the Lower Entrance. (County's Videos 12-14.)

15. At **19:36-19:37 – [7:36 pm],** Encounter #3 between Dep. Mayfield and Bolbol; this occurs near the Lower Entrance. (County's Video 15 and 16 and Plaintiffs' Videos 14-Video 4 and Video 16- Clip 4.)

16. At **19:37 [7:37 pm – 7:42 pm]** Encounter between Dep. Mayfield and Cuviello; they engage in a conversation about the First Amendment. (County's Video 16 and 17, and Plaintiffs' Video 16-Clip 4.)

17. At **19:42 -7:42 pm,** Bolbol approaches Dep. Mayfield and Cuviello about a group photo; the group takes photos near the Lower Entrance. (County's Videos 16 and 17, and Plaintiffs' Video 16-Clip 4; Exhibit #2 to Cuviello & Bolbol's Depositions.)

18. At **19:56 [7:56 pm],** Dep. Mayfield Leaves the Lower Entrance at Rowell Ranch at 7:56 pm – offers a sticker on his way out. (County's Videos 18 and 19.)

# 4 Expert Opinions: Analysis, Basis, and Reasons Thereof

My opinions are informed by the behaviors and actions depicted in available video evidence, case documents, , testimony, and relevant training materials and policy. I recognize that the perspectives of officers and witnesses regarding events can often vary from what recording devices capture. Furthermore, I am aware that human information processing, particularly under stress and in time-sensitive situations, is limited and does not capture information like video does. Therefore, it's possible that officers and witnesses might not be aware of all the details recorded by the video, and likewise, officers and witnesses may perceive information that the camera fails to capture.

From the videos viewed, Kevin Hart and multiple deputies attempted to speak with Cuviello and Bolbol, who reacted with resistance, interrupting and shouting. Bolbol and Cuviello insisted that they should be told if they were about to be arrested, (on multiple occasions).  Cuviello, can be heard saying "You need to tell us now- If you're going to arrest me, I need to know ahead of time." He seemed to be trying to bait the officer wearing the BWC. (County's Video 6 Mayfield BWC).

The protesters hold large banners and signs off the main paths, but single protesters can be seen moving onto the path, handing the fliers, at times in a straight arm movement and causing attendees to alter their path around them.  Videos appear to show Deputy Mayfield asking the male with white hair and glasses (Sage) to refrain from blocking attendees and to remain off the path.  Sage moves off the path, but then reverts back onto the path where he is joined by Bolbol. (County's Video 6 Mayfield BWC).

In other video segments, the protesters can be seen milling about the attendees near the restrooms and ticket booth.  Deputies ask the protesters to keep the paths clear.  (County's Video 16 Mayfield BWC).

It becomes clear from the videos that Bolbol and Cuviello appear to seek confrontation with the rodeo attendants from the beginning.  They continue to be adversarial, looking for conflict from their entrance through the gates, to resisting instructions from Public Safety Manager Hart and the Alameda County Deputies.  They and other protesters move into the path of rodeo patrons with signs and fliers, pushing them in straight arm postures, at times.  They move onto the pathway several times.  In some of the videos, vehicles can be seen and heard inching by to get past the protesters safely.  Besides appearing argumentative and antagonistic during the exchanges with Hart, employees and deputies, Bolbol and Cuviello mention "sue" and "lawsuits" multiple times. From the transcripts of their own videos, "lawsuit and lawsuits" was mentioned six times.  "Sued" was spoken by them three additional times. (County's Video  6 Mayfield BWC).

 At no time did it appear that either Cuviello nor Bolbol seemed afraid or intimidated by the deputies.  In fact, in deposition, Cuviello described the initial meeting as friendly.  At days end, the two invited the deputies to appear with them in a group photograph. Cuviello says that he did not believe the deputies were trying to disrupt the protest. He confirmed that at no time did deputies attempt to remove them, take signs, banners or leaflets from them.  An exchange

between Cuviello and Mayfield seemed conciliatory in an exchange (pages 54-55 of the BWC Audio Transcript) where Deputy Mayfield says "All we want is peace." Cuviello says "That's all we want, we're not here to cause trouble." Mayfield: "I know you're not." …..[later in the exchange- "That's why you and I are just having a conversation." Cuviello: "We're just having a conversation." (County's Video 16 Mayfield BWC).

In review of the videos posted by the demonstrators and in reading the memo by Hart, the demonstrators refused to pay the entrance fee and pushed past the gate attendants who asked for tickets. Mr. Hart continues that the demonstrators stood 'directly in front of the security entrance and mildly attempt to block visitors to the rodeo from entering the park area. They would hold their signs and shout to individual visitors …" "Complaints were received from rodeo visitors whereas they felt their peace was being disturbed." At one point in a video, a voice (patron of the rodeo) declares "Get away from me" as a male protester (Sage) stands in front of the man, wearing a sign and handing a leaflet. (County's Video 11 Mayfield BWC).

**Summary of events on May 20, 2020:**

**Initial Contact at Main Gate**

The Rowell Ranch Park was secured by permit to hold a rodeo. Tickets were required to gain entrance. Gate attendants in yellow vests were clear in their initial request to see tickets.

**Response by the Protesters**

The protesters filmed themselves entering the main gate where gate attendants asked for tickets. The protesters began shouting at the gate entrance attendants- which was intimidating to the attendants. Sporadic videoing was done by plaintiffs Cuviello & Bolbol.

The protesters brought in signs and fliers and positioned themselves at various points on the grounds- as evidenced by videos reviewed, sometimes impeding the paths of vehicles and attendees to the rodeo. They were asked not to stand in the way of vehicles and attendees. They were asked to stay off the paths to the ticket booth, bathrooms and rodeo event entrance. They were asked to set up in the designated "Free Speech" area but were not forced there. They were not deterred from their freedom of speech. There were no attempts made to quash their free speech message.

On several occasions, as the deputies attempted to engage Cuviello and Bolbol, they interrupted the deputies and ignored their requests to stay off paths and from standing directly in the paths of patrons. The two protesters were disrespectful, with Cuviello telling another protester about Deputy Mayfield "I knew that big cop was an asshole from the get-go. The tall guy." And "…I knew the big guy was a jerk from the get-go." (Plaintiffs' Video 16-Clip 02.).

**Public Safety Contact**

**Public Safety Manager Hart** and other representatives of the rodeo asked the demonstrators to protest in the designated "Free Speech Area" but they were not forced to go there and were otherwise accommodated to protest in the areas near the rodeo entrance. Attempts were made to

convey a clear message by Hart and deputies on-site, to keep pathways and roadways clear of vehicles and pedestrians.

They were not threatened with arrest by Public Safety Manager Hart, nor were they threatened with arrest by any member of the **Alameda County Sheriff**.  No threat of arrest or violence was conveyed for refusing to respond to the designated "Free Speech Area" yet appeals were made to refrain from impeding vehicles and rodeo attendees.  There was no attempt to prevent the demonstrators from holding signs, handing out leaflets or saying slogans (as some of the protesters did).  They were not asked to leave the grounds.

Several attempts were made by Hart and deputies to communicate with the demonstrators at various times but they were met with resistance and refusal. Initial blocking activity at the park entrance was made in an attempt to ask for tickets to a ticketed event.  The brusque entrance and other movements throughout the protests seemed intent on receiving an instinctive response.  The blocking of the pathways with fliers pushed onto rodeo attendees was met with annoyance and resistance by patrons attempting to enter the rodeo entrance.

Deputies attempted to convey clear instructions which were repeated throughout their contacts and recorded on videos.  These instructions included that the deputies were present to protect the "Free Speech of All" and to establish clear paths for pedestrians and vehicles. Deputy Mayfield, in particular, was met with distain and rude behavior and what appeared to be a racial remark by Bolbol.  His attempts to deescalate conversations were met with verbal insults and resistance.

**Opinions in respect to the scope of the review:**

Videos presented by Cuviello and Bolbol and the ACSO Body Worn Cameras show only segments of the exchanges on the day of May 20, 2022, not a continuous depiction.

**1. Opinion One:**

**The Alameda County Sheriff's Office provided a "Duty of Care"** fitting to the situation during their presence at the Rowell Ranch Rodeo on 5/20/2022.  Deputies attempted to meet with the protesters to go over ground rules, but were met with resistance and interruptions.  Deputies remained on scene to monitor activities as they were assigned previously to the event.  Deputy Mayfield advised dispatch that the protest was in hand and that protesters had been advised.  Later, Deputy Mayfield called his Sergeant to provide updates.  At no point did any deputy attempt to physically move protesters or take away banners, fliers or other materials.

Deputy Mayfield was professional and clear in his requests to the protesters.  He showed no animus towards the protesters. His content was neutral, giving information, instruction and requests.
**To Bolbol:** "I'm just asking you not to block egress." (Audio transcript page 21); "All I'm asking is that they don't block the bathroom." (Audio transcript page 56);
**To Cuviello:** In response to being told he is complaining- "Nobody's complaining, I'm simply asking to keep a clear pathway so people can…" (Audio transcript page 57); "All I'm asking you to do, is work with us." (page 58); "I'm receiving complaints that they're standing in the middle of the walkway." (page 59);

**To Sage:** ".is to stay out of the walkway so you're not blocking ingress and egress." "Yes, sir, you keep standing in the middle of the walkway." (Audio transcript page 44). "You can hand them fliers all you want—you guys can talk all you want— "Just don't stand directly in front of them, and if you can, please stay out of the walkway. That's all we're asking." (Audio transcript page 46).

**2. Opinion Two:**

**The protester/demonstrators at the Rowell Ranch Rodeo Event on May 20, 2022 were given reasonable access at the event;** a suggestion of a designated "Free Speech Area" was informed by Security /Ranger Hart and the deputies on separate occasions but was not made mandatory after the protesters refused to take a position there; no tickets were required for them to access areas outside the rodeo event. There was no attempt made by security nor deputies to remove the protesters from the event, only asked that they remain out of the path of patron access to the event, ticket booths and restroom facilities.

From comments and exchanges, it seemed as though the area where protesters set up at the upper entrance, away from the designated area, was in question of whether it was a public area or private and permitted event. They did not move to the lower entrance until later, by their own accord (Sage deposition page 53/53).

Public Safety Manager Hart expressed in his memorandum dated December 9, 2022:

> As visitors started to enter the park to watch the rodeo, via the security gate, there were about about 5-6 individuals walking up holding signs with graphic pictures of animal abuse to the ticket booth area. None of these individuals made any attempt to pay an entrance fee or enter the park. Instead, all of these individuals began to stand directly in front of the security entrance and mildly attempt to block visitors to the rodeo from entering the park area. They would hold their signs and shout to individual visitors and de-cry how they could watch such an event where animal abuse happens. Complaints were received from rodeo visitors whereas they felt their peace was being disturbed.

Despite this, the protesters were not relocated, but instead were allowed to remain in the area and had to be repeatedly asked to allow clear access to patrons, staff and vehicles.

**3. Opinion Three:**

**The "time, place and manner" access were not denied due to the content of the protest:** ACSO Deputies Mayfield and others were assigned to the event weeks before the day of the 5/20/22 date and were enroute prior to the call from Gary Houts. The protesters were not restricted in their signs, banners, speech or leaf letting activities as long as they did not impede the movement of rodeo visitors and vehicle traffic. The suggestion was made to proceed to the designated "Free Speech Area" but when the protesters refused to go, they were not forced, nor threatened with arrest.

Hart approached the group inside the park near the ticket booth and main entrance to the rodeo event. He attempted to explain the protest conditions and directed the protesters to the Free Speech area- which they declined and ignored or spoke over his instructions.

**4. Opinion Four:**

**Instructions given to the protesters were reasonable and in compliance with industry standards.** In my training and in my experience at numerous protests and demonstrations, it is a best practice to make contact with leaders of a protest and go over ground rules about care to avoid confrontations, to stay clear of vehicles and pedestrians and other details.  The deputies made an attempt to do just that, immediately upon their arrival. Instructions given to the protesters was reasonable and in compliance with industry standards: Attempts were made to contact the protest organizers in order to set ground rules and determine areas to avoid.  This is a law enforcement and event management standard.  One example is from the FEMA Special Events Contingency Planning course IS-15.

Deputy Mayfield, in particular, took great care in attempting to convey guidelines to the protesters.  At the initial meeting, Cuviello and Bolbol both interrupted his attempts and those of Deputy Campbell.

Campbell begins their first interaction by addressing Cuviello and Bolbol in a friendly casual manner: "Hello, How are you doing? —So we're with the sheriff's office, obviously.  We want to say hello and let you know— [interrupted by Cuviello]—we're going to be hanging out here [interrupted again] Free speech, we get that, that's totally cool."  "Basically, all we're here is to play nice; you know what I mean?" Bolbol says "Absolutely, We will. We appreciate that." Campbell responds: You're very welcome. They actually want you guys to be over in that- [cut off by Bolbol] "We know, we're not doing that."  When informed that there is a designated free speech area, Bolbol responds "We know that." Mayfield replies: "If you guys go down there, great; if you choose to stay here, just let's keep it peaceful." (BWC Audio transcript pages 6/7).

Mayfield repeated instructions in attempts to keep passage ways clear on the pavement for patrons of the rodeo.  Mayfield can be heard on one of the recordings asking Sage to move off the pavement from moving directly into the path of patrons and handing fliers directly at them. (See quotes in Opinion 1 above).

**5. Opinion Five:**

**The protesters were not threatened with arrest at the event.** There were no threats of arrest made to Cuviello, Bolbol or any of the other protesters at Rowell Ranch on 05/20/2022. Although law enforcement officers must advise a person of what they *are* being arrested, there is no requirement to advise them of what they *could* be arrested.

At various times throughout, especially in the initial meeting with Deputies, the subsequent meeting with Hart present, and the exchange with Deputy Mayfield and Sage, the plaintiffs Cuviello and Bolbol did not act intimidated or threatened by Hart or the deputies.  Instead, Cuviello and Bolbol were abrasive, interrupting the instructions and making declarations that the security staff nor deputies knew about their rights to protest.  They harangued and lectured the deputies and Hart with their perception of their rights and declared that they wanted to arrest the protesters but were denied by their commander.

They made disparaging and demeaning remarks such as when Cuviello makes a judgement about Deputy Mayfield as Mayfield exits his vehicle, several dozen feet away: "I knew that guy was an asshole from the get-go.  The tall guy." Unidentified speaker: "The one with his back to us, he's actually really nice." Cuviello: "Yeah, he was nice. He was the guy who initially talked to us, but the big guy, I knew he was a jerk from the get-go." …" But the big guy, I knew right off the bat he had a hard-on to arrest us, to do something." (Audio transcript pages 41/42).

Cuviello to Mayfield a few minutes later: I knew from the get-go when you walked up you had that energy."  Mayfield: "You don't even know me." Cuviello: I know you because I've met cops like you so many times and filed lawsuits against cops like you.  I know you like the back of my hand." (Audio transcript pages 45/46).

Cuviello later to Margo about Mayfield: "He said, you know, as long as you don't block [inaudible].  We stood over here for a while talking when they came up.  But the tall one, I knew he was an asshole." (Audio transcript page 51).

After 6:25 pm, while still talking with Margo, Cuviello, near the event closing, essentially says they were never arrested: Yeah, we know our rights and they said, are you going to move? I said, no, I'm not moving.  And everybody wouldn't move.  And I thought [inaudible] everyone, you know.  I thought that's pretty good.  Because if they would have arrested me, I would have sued them. (Audio transcript page 53).

Bolbol: "Yeah, the guy—the guy who's talking to the, I don't know, the overweight one, he really wanted to arrest us, but he doesn't get to.  His watch commander has a level head, isn't willing to beat the constitutional violation of an illegal arrest.  You know how much it would have cost this county if they would have illegally arrested us?" (Audio transcript page 20).

Bolbol berates Mayfield: "You need to learn about free speech. You need—you know what? I'm going to write a letter telling you deputies, you need to learn—your compadres, I don't know about you, but the white guy, he was—he knew what he was talking about.  You should learn from him.  It's too bad you have seniority over him." (Audio transcripts page 23).  I interpreted the meaning to be belittling and with racial overtones.  In her recent March 6, 2024 deposition, it seems Bolbol makes a conscious reference to her descriptions of the deputies when she says: Well, yeah. The first time—I don't know how to describe people except by saying the color they are, so I can't—don't know his name.  I could call him young, but that really doesn't say much, because there were other young ones.  So, I'm going to say the white guy and the African-American guy and the Indian gal.  That's the way I'm going to refer to them, and I don't mean to be, you know, racist in any way.  It's just a descriptor." (Bolbol deposition page 47).

Cuviello declares throughout that he has successfully sued those who attempted to interrupt his protests.  His pattern of telling law officers to "call their commander" is repeated to Mayfield (BWC transcript page 3 & 16).  In his deposition on February 20, 2024, Cuviello said: It's my experience that the officers on the street aren't as respectful of our rights as I think they should be, and we've had them call their watch commanders, who seem to be more knowledgeable maybe. And, like my experience in 2018 or 2019, you know, "Call the Watch Commander," and the watch commander said "Everything's good, and so I said, "call the watch commander

because I think—in my experience, like I said, is he's going to know more than you, so please call the watch commander." (Cuviello deposition page 87).

Cuviello to Hart: "No, you're done, you're finished. I'm not going. Period." Hart responds "Just let me finish" Cuviello: "I'm not going, I'm not going. You can ask me nicely here; I do not give up my rights no matter how nicely somebody asks me." (BWC transcript page 17/18).

At 6:25 pm after the interaction with the deputies, Cuviello can be heard saying to protester Margo that "Yeah, yeah, we had a bit of a problem with the police, but everything's ironed out. That's why I'm video recording." (Audio transcript page 51).

The tone was set for interactions with deputies when Cuviello expressed preconceived opinions that he thought Deputy Mayfield "was an asshole from the get-go" when he first saw him get out of his car in the parking lot.  In his deposition, Cuviello reiterated when asked why he thought Deputy Mayfield "was an asshole" Cuviello said "He had this, like, tough guy energy, like you know, he's going to come over and tell us we have to go to the free speech area or whatever, which he ended up doing eventually.  But that was the energy that I got from him." (Cuviello deposition page 94).

At no time, did it appear that the protesters, specifically Cuviello and Bolbol, seemed fearful or afraid of being arrested.  In response to asking repeatedly if they were to be arrested, Bolbol said "No one said you're *not* going to be arrested…" (Bolbol deposition page 53).

At approximately 19:42 or so, in their final exchange between Deputy Mayfield and Cuviello, they had a civil and cordial conversation about the importance of the constitution, that they agreed upon.  Just before leaving the grounds, the protesters set up with their banner to take a group photo.  There was a joking exchange about Mayfield appearing with them in the group photo.

After reviewing the materials provided, it is in my professional opinion that the protesters, specifically Mr. Pat Cuviello and Ms. Deniz Bolbol seemed intent on confronting law enforcement and security at the rodeo to draw attention and create conflict.  The demands that were made to Public Safety Manager Hart and to the ACSO Deputies seemed intent to explicitly say that if Cuviello, Bolbol and the others did not move from their location and relocate to the 'Free Speech Area' that they would be arrested.  Indeed, no one ever said that to protesters. It is proven by the fact that there were no arrests made, even though the protesters remained at walkways, in front of ticket booths, restrooms and to the entrance to the rodeo events.


Prepared by:

*James I. Dudley*

James I. Dudley                                                                                  05/23/2024

**ATTACHMENT A**

Federal Rules of Civil Procedure 26(a) (2) (B) 3 4 (B)

Witnesses Who Must Provide a Written Report. Unless otherwise stipulated or ordered by the court, this disclosure must be accompanied by a written report—prepared and signed by the witness—if the witness is one retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony. The report must contain:

(i)     a complete statement of all opinions the witness will express and the basis and reasons for them;

(ii)    the facts or data considered by the witness in forming them;

(iii)   any exhibits that will be used to summarize or support them;

(iv)    the witness's qualifications, including a list of all publications authored in the previous 10 years;

(v)     a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and

(vi)    a statement of the compensation to be paid for the study and testimony in the case.

**ATTACHMENT B**

Federal Rules of Evidence 702

A witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form of an opinion or otherwise if the proponent has demonstrated by a preponderance of the evidence that:

(a) the expert's scientific, technical, or other specialized knowledge will help the trier of 9 fact to understand the evidence or to determine a fact in issue;

(b) the testimony is based on sufficient facts or data;

(c) the testimony is the product of reliable principles and methods; and

(d) the expert's opinion reflects a reliable application of the principles and methods to the facts of the case.

**ATTACHMENT C**

Materials Reviewed, Facts or Data Considered, and Exhibits Federal Rules of Civil Procedure 26(a) (2)
(B) (ii); 26(a) (2) (B) (iii)

I reviewed, considered, referenced, or recollected the following materials during my analysis of this case
and the construction of this report. Primary case materials were provided by counsel, while secondary
materials are the product of my research and/or consideration.

All documents and materials or portions thereof are potential exhibits for purposes of FRCP 26(a)
(2)(B)(iii) including formatting such as demonstrative evidence (example: slide decks).

Materials reviewed, Facts or Data Considered, and Exhibits that will be used to summarize or support
opinions are inclusive of any of those referenced or footnoted in the report that may or may not be
delineated below.

## Materials Reviewed

Documents Reviewed:

1.    Kevin Hart memo dated December 9, 2022 (2 pages)

2.    Motion for TRO dated May 9, 2023 (1 page)

3.   "Rowell Ranch Special Events Paperwork" (RRSEP) from Hayward Area Recreation District
(HARD) dated May 13, 2022 (26 pages)

4.   "Emergency Operations Plan" not dated (12 pages)

5.   "Site Map 2022" (1 page) (+Google Map)

6.   "Second Verified Amended Complaint for Injunctive and Declaratory Relief and Damages"
dated 06/20/2023 (28 pages)

7.    Cache of 36 Videos of Body Worn Cameras (BWC) of Alameda County Sheriff
Deputies, Body cam videos produced by the County and video by demonstrators Cuviello and
Bolbol.

8.    Transcripts of the videos.

9.    A timeline of Events (provided by ACSO).

10.  Depositions of Deniz Bolbol & Pat Cuviello.

11.  Audio Transcriptions.

12.  Other related documents and maps.

13.   Event Dispatch printout- Communications/Mayfield.

14.   The parties' responses to written discovery.

15.   Documents produced by the parties, including a recording by the Sheriff's Office of two calls regarding the rodeo made on May 20, 2022

16.   Deposition transcripts of both plaintiffs, Michael Sage, and Robyn Newkirk, and exhibits thereto.

17.   A time-stamped chronology of the videos.

18.   Declarations submitted to the Court in connection with plaintiffs' Motion for a Temporary Restraining Order (Russel Fields (initial and supplemental), Natalie Wong, and Marcus Cox.

19. "Rowell Ranch Rodeo Inc. First Amendment Right Guidelines"

20. California POST Learning Domain 2

21. MVDC''x0CI TIEWWVVITCN'CUUQEKCVIQP ''4226+
Vplkgf ''Uvcvgu''Eqwtv''qh''Crrgcnu.''P lpvj ''Ektewks0''P q0 24/38; ; ; ; 0'Fgekfgf <'Qevqdgt '3; .'4226

22. California Penal Codes

**CA Penal Code Section 647c**

Every person who willfully and maliciously obstructs the free movement of any person on any street, sidewalk, or other public place or on or in any place open to the public is guilty of a misdemeanor. Nothing in this section affects the power of a county or a city to regulate conduct upon a street, sidewalk, or other public place or on or in a place open to the public.

*Source: Section 647c,* https://leginfo.legislature.ca.gov/faces/codes_displaySection.-xhtml?lawCode=PEN§ionNum=647c.*.*

**CA Penal Code Section 372**

Every person who maintains or commits any public nuisance, the punishment for which is not otherwise prescribed, or who willfully omits to perform any legal duty relating to the removal of a public nuisance, is guilty of a misdemeanor.

*Source: Section 372,* https://leginfo.legislature.ca.gov/faces/codes_displaySection.-xhtml?lawCode=PEN§ionNum=372.*.*

Time Line for May 20, 2022:

1. Sometime after 5:30 pm Cuviello & Bolbol enter Rowell Ranch and set up near the Upper Entrance. (Primary Plaintiffs 16-Clip 1; Secondary Plaintiffs 14 – Video 1.)

2. Sometime around 5:45/5:50 pm Cuviello & Bolbol's Encounter with Rowell Ranch Employee, Gary Houts. (Plaintiffs 14- Video 2 and 16-Clip 1.)

3. 5:51 pm Houts calls ACSO Dispatch. (Primary ACSO Dispatch Recording and Event Register; Secondary Plaintiffs 16-Clip 1 and 14-Video 2.)

4. Sometime before 5:57 pm ACSO Deputies Dep. Joshua Mayfield, Dep. Christian Campbell, Dep. Matthew Laszuk, and Dep. Sowmya Ramadas arrive at the Rowell Ranch Rodeo. (County Videos # 3-5.)

5. Something before 5:57 pm Dep. Mayfield hugs Rowell Ranch volunteer Ashley Strassberg. (Plaintiffs 14-Video 2.)

6. 5:57 pm -5:59 pm Encounter #1 between ACSO Deputies and Cuviello & Bolbol. (County Videos # 3-5.)

7. 6:01 pm ACSO Dispatch speaks with Dep. Mayfield [CPU3]. (ACSO Dispatch Recording and Event Register)

8. Sometime between 6:01 pm and 6:08 pm Additional protesters Michael Sage, Robyn Newkirk, and Keith Radcliff, III (Robyn's boyfriend) arrive at the Upper Entrance of the Rowell Ranch Rodeo. (County Video # 6)

 9. 6:08 pm Encounter #2 between Dep. Mayfield and Cuviello & Bolbol; Kevin Hart's 1st Interaction with Cuviello & Bolbol. (County Video #6; Plaintiffs 16-Clip 2.)

a. 6:11 pm Dep. Mayfield gets on his cell phone, walks away, and turns off his body camera. (County Videos #6 and 7.) *Dep. Mayfield speaks with the Sergeant on Duty, Sgt. Moises Gomez. While Dep. Mayfield is on the phone, Bolbol and Cuviello discuss him being on the phone, believing that Dep. Mayfield is speaking with his "watch commander." (County Video # 7; Plaintiffs 14-Video 3 and 16-Clip 2.)

b. 6:16 pm Dep. Mayfield gets off the phone and speaks with Kevin Hart and a female Rowell Ranch employee; Gary Houts joins the conversation. (County Videos #6 and 7.) While Dep. Mayfield is talking with Hart and the Rowell Ranch employees, Bolbol and Cuviello discuss Dep. Mayfield "not being allowed to arrest us..." (Plaintiffs 14-Video 3 and 16-Clip 2.) Bolbol then runs over to Sage, who is interacting with Houts, closer to the Upper Entrance. (Plaintiffs 14 Video-3.) Cuviello also engages in a discussion with Newkirk and Radcliff about Dep. Mayfield, "I knew that big cop was an asshole from the get go…" (Plaintiffs 16-Clip 2.) Also, when Dep. Mayfield is talking with Hart and the Rowell Ranch employees, Bolbol engages in a conversation with Sage about Dep. Mayfield, "He really wanted to arrest us, but he doesn't get to…" (Plaintiffs 14-Video 3.)

 c. 6:19 pm Dep. Mayfield returns and speaks with Cuviello, Newkirk, Radcliff, calling over Sage and Bolbol. Bolbol immediately walks away and starts handling out leaflets closer to the Upper Entrance. (County Videos #6 and 8; Plaintiffs 16-Clip 2.) As Dep. Mayfield is walking away, Cuviello talks to Radcliff about Dep. Mayfield. (Plaintiffs 16-Clip 2.)

10. 6:20 pm – 6:21 pm First Encounter between Dep. Mayfield and Sage on the Upper Entrance pathway; Bolbol interjects and has a discussion with Dep. Mayfield. (Primary County Video # 6; Secondary County Videos # 8 and 9.)

11. 6:22 pm – 6:23 pm Dep. Mayfield engages in a conversation with Hart and several Rowell Ranch employees. (County Video # 10)

12. Sometime Around 6:25 pm Margo [last name unknown], another protester, arrives and Cuviello engages in a conversation with her. (Plaintiffs 16-Clip 3.)

13. 6:27 pm – 6:28 pm Second Encounter between Dep. Mayfield and Sag on the Upper Entrance pathway; Bolbol interjects and has a discussion with Dep. Mayfield. (Primary County Video # 11; Secondary Plaintiffs 16-Clip 3 which is only video/no sound of this interaction.)

14. Sometime after 7:01 pm At some time after 7:01 pm, the protesters relocate to the Lower Entrance. (County Videos #12-14.)

15. 7:36 pm – 7:37 pm Encounter #3 between Dep. Mayfield and Bolbol; this occurs near the Lower Entrance. (Primary County Video #16; Secondary County Video #15; Plaintiffs 14-Video 4 and 16- Clip 4.)

16. 7:37 pm – 7:42 pm Encounter #3 between Dep. Mayfield and Cuviello; they engage in a conversation about the First Amendment. (Primary County Video #16; Plaintiffs' Bate 16-Clip 4; Secondary County Video #17)

17. 7:42 pm Bolbol approaches Dep. Mayfield and Cuviello about a group photo; the group ultimate takes photos near the Lower Entrance. (County Videos #16 and 17; Plaintiffs 16-Clip 4; Exhibit #2 to Cuviello & Bolbol's Depositions.)

18. 7:56 pm Dep. Mayfield Leaves Rowell Ranch at 7:56 pm (County Videos # 18 and 19.)

A. Invitatory of Videos: *the ACSO bodycam videos are time-stamped per Coordinated Time (UTC), the successor to Greenwich Mean Time. Thus, a time stamp on the video of 12:57 am UTC is actually 5:57 pm PDT – UTC is 7 hours ahead of CA during PDT.

County's Videos: X603994B1 = Dep. Joshua Mayfield X603995M6 = Dep. Christian Campbell X6039A6A9 = Dep. Matthew Laszuk X60A15126 = Dep. Sowmya Ramadas

1. (Clip_1.1) _Axon_Body_3_Video_2022-05-20_1808_X603994B1 = Dep. Mayfield's bodycam - starts at 6:08 pm and ends at 6:09 pm (part of Encounter #2 with Cuviello and Bolbol)

2. (Clip_1.1) _Axon_Body_3_Video_2022-05-20_1936_X603994B1 = Dep. Mayfield's bodycam - start at 7:36 pm (part of Encounter #3 with Bolbol)

3. Axon_Body_3_Video_2022-05-20_1757_X603994B1 = Dep. Mayfield's bodycam – starts at 5:57 pm, ends at 5:59 pm (Encounter #1 with Cuviello and Bolbol)

4. Axon_Body_3_Video_2022-05-20_1757_X603995M6 = Dep. Campbell's bodycam – starts at 5:57 pm, ends at 5:59 pm (Encounter #1 with Cuviello and Bolbol)

5. Axon_Body_3_Video_2022-05-20_1758_X6039A6A9 = Dep. Laszuk bodycam – starts at 5:58 pm, ends at 5:59 pm (Encounter #1 with Cuviello and Bolbol)

6. Axon_Body_3_Video_2022-05-20_1808_X603994B1 = Dep. Mayfield's bodycam starts at 6:08 pm, ends at 6:21 pm (Encounter #2 with Cuviello and Bolbol)

7. Axon_Body_3_Video_2022-05-20_1810_X6039A6A9 = Dep. Laszuk's bodycam - starts at 6:10 pm, ends at 6:16 pm (Part of Encounter #2 with Cuviello and Bolbol)

8. Axon_Body_3_Video_2022-05-20_1819_X6039A6A9 = Dep. Laszuk bodycam – starts at 6:19 pm, ends at 6:21 pm (Dep. Mayfield Speaking with Hart and Rowell Ranch Employee)

9. Axon_Body_3_Video_2022-05-20_1820_X603995M6 = Dep. Campbell's bodycam - starts at 6:20 pm, ends at 6:22 pm (Dep. Mayfield Speaking with Sage; Bolbol Interjects)

10. Axon_Body_3_Video_2022-05-20_1822_X603994B1 = Dep. Mayfield's bodycam - starts at 6:22 pm, ends at 6:23 pm (Dep. Mayfield speaking with Hart and Rowell Ranch Employees)

11. Axon_Body_3_Video_2022-05-20_1826_X603994B1 = Dep. Mayfield's bodycam -starts at 6:26 pm, ends at 6:28 pm (Dep. Mayfield Speaking with Sage; Bolbol Interjects)

12. Axon_Body_3_Video_2022-05-20_1900_X60A15126 = Dep. Ramadas' bodycam - starts at 7:00 pm, ends at 7:01 pm

13. Axon_Body_3_Video_2022-05-20_1900_X603994B1 = Dep. Mayfield's bodycam - starts at 7:00 pm, ends at 7:01 pm

14. Axon_Body_3_Video_2022-05-20_1901_X6039A6A9 = Dep. Laszuk's bodycam- starts at 7:01 pm, ends at 7:01 pm

15. Axon_Body_3_Video_2022-05-20_1936_X60A15126 = Dep. Ramadas' bodycam - starts at 7:36 pm, ends at 7:37 pm (Encounter #3 with Bolbol)

16. Axon_Body_3_Video_2022-05-20_1936_X603994B1 = Dep. Mayfield's bodycam - starts at 7:36 pm, ends at-7:43 pm (Encounter # 3 with Bolbol and then Cuviello)

17. Axon_Body_3_Video_2022-05-20_1941_X60A15126 = Dep. Ramadas' bodycam - starts at 7:41 pm, ends at 7:43 pm (Part of Encounter #3 with Cuviello)

18. Axon_Body_3_Video_2022-05-20_1956_X60A15126 = Dep. Mayfield's bodycam - starts at 7:56 pm (less than 1 minute) (Dep. Mayfield Leaving)

19. Axon_Body_3_Video_2022-05-20_1956_X603994B1 = Dep. Mayfield's bodycam - starts at 7:56 pm, ends (less than 1 minute) (Dep. Mayfield Leaving)

Plaintiff's Videos:

1. Bate 1 – Bolbol's video (Ex. A to Bolbol's Decl.) (Part of Rowell Ranch Employees' Initial Interaction with Cuviello and Bolbol; Houts' Call to ACSO Dispatch; and Encounter #1 with ACSO Deputies)

2. Bate 2 – Bolbol's video (Exhibit B to Bolbol's Decl.) (Part of Encounter #2 with Hart and Dep. Mayfield)

3. Bate 3 – Bolbol's video (Exhibit B to Bolbol's Decl.) (Bolbol's Interaction with Houts for Allegedly Touching Sage)

4. Bate 4 – Bolbol's video (Exhibit C to Bolbol's Decl.) (Part of Encounter #3 Between Dep. Mayfield and Bolbol)

5. Bate 5 – Bolbol's video (Exhibit D to Bolbol's Decl.) – this May 21, 2022

6. Bate 6 – Cuviello video (Exhibit D to Cuviello's Decl.) (Cuviello and Bolbol Entering the Rodeo)

7. Bate 7 - Cuviello video (Exhibit D to Cuviello's Decl.) (Part of Rowell Ranch Employees' Initial Interaction with Cuviello and Bolbol and Houts Call to ACSO Dispatch)

8. Bate 8 - Cuviello video (Exhibit E to Cuviello's Decl.) (Part of Encounter #2 with Hart and Dep. Mayfield)

9. Bate 9- Cuviello video (Exhibit E to Cuviello's Decl.) (Part of Encounter #2 with Dep. Mayfield)

10. Bate 10- Cuviello video (Exhibit F to Cuviello's Decl.) (Margo's Arrival)

11. Bate 11- Cuviello video (Exhibit G to Cuviello's Decl.) (Part of Encounter #3 with Bolbol and Dep. Mayfield; Encounter #3 with Cuviello and Dep. Mayfield)

12. Bate 12 - Cuviello video (Exhibit I to Cuviello's Decl.)- this is 5/21/22

13. Bate 13 - Cuviello video (Exhibit J to Cuviello's Decl.) – this is 5/21/22.

14. Bate 14 – Bolbol's video taken 5/20/22 a. Video 1 -(Cuviello and Bolbol entering the Rowell Ranch, and setting up). b. Video 2 - (Houts' Initial Interaction with Cuviello and Bolbol; Houts' Call to ACSO Dispatch; and Encounter #1 with the ACSO Deputies and Cuviello and Bolbol). c. Video 3 - (Part of Encounter #2 with Hart and Dep. Mayfield) d. Video 4 - (Part of Encounter #3 with Bolbol and Dep. Mayfield)

15. Bate 15 – Bolbol's video taken 5/21/22 a. Video 1 - (Cuviello and Bolbol entering Rowell Ranch.) b. Video 2 -(Interaction between Rowell Ranch Employee and Cuviello and Bolbol.)

16. Bate 16 – Cuviello Video taken on 5/20/22 a. Clip 1 - (Cuviello and Bolbol Entering the Rowell Ranch and Initial Interaction with Rowell Ranch Employees) b. Clip 2 - (Encounter #2 with Hart and Dep. Mayfield) c. Clip 3 - (Margo's Arrival) d. Clip 4 - (Part of Encounter #3 with Bolbol and Dep. Mayfield; Encounter #3 with Dep. Mayfield and Cuviello.)

17. Bate 17 - Cuviello Video taken on 5/21/22 a. Video 1 – (Cuviello and Bolbol Entering Rowell Ranch) b. Video 2 – (Cuviello and Bolbol's Interaction with Rowell Ranch Employees) c. Video 3 - (Bolbol standing by the entrance as people enter the Rodeo) d. Video 4 – (Bolbol standing by the entrance as people enter the Rodeo) e. Video 5 – (Rowell Ranch employee talking with ACSO Deputy) f. Video 6 – (Cuviello and Bolbol's Interaction with Rowell Ranch employee in golf cart) g. Video 7 – (Cuviello entering Rowell Ranch)

**Literature Review (updated 05/23/24)**

1. Alikhan, Arif (February, 2024), "The Constitutional Purpose of Policing," Police Chief Magazine, IACP.ORG

e-link: https://www.policechiefmagazine.org/chiefs-counsel-the-constitutional-purpose-of-policing/

2. California Commission on Peace Officer Standards and Training, Basic Course Workbook 26 Series- Learning Domain 2: The Criminal Justice System Updated 27 April, 2020.

https://post.ca.gov/portals/0/post_docs/basic_course_resources/workbooks/LD_02_V-6.4.pdf

3. Distel, Christopher D.; (2023), "First Amendment Audits: How to Prepare Your Officers," FBINAA.ORG

https://cld.bz/users/user-sA5xd3d/Associate-Magazine-FBINAA-Q2-2023/10/

4. FEMA Special Events Contingency Planning course

https://training.fema.gov/emiweb/downloads/is15aspecialeventsplanning-jamanual.pdf

5. Kozlowski, James C. (2006) "Free Speech and Public/Private Events," Law Review

https://mason.gmu.edu/~jkozlows/lawarts/04APR06.pdf

6. Phillips, Robert (December, 2023) Free Speech, the First Amendment, and Time, Place and Manner Restrictions in Public Places," Legalupdates.com

https://legalupdates.com/cases/free-speech-first-amendment-and-time-place-and-manner-restrictions-public-spaces

7. Major Cities Chiefs Association, (April, 2021), "Law Enforcement Response to First Amendment Assemblies: Best Practices and Tactics," MCCA

https://majorcitieschiefs.com/wp-content/uploads/2021/05/MCCA-First-Amendment-Assembly-Working-Group-Final-Report.pdf

8. Vega, Jose, (2024), "Civil Unrest and Protest Issues: Protest Procedures and Actions," FBINAA.ORG

https://cld.bz/users/user-sA5xd3d/ASSOCIATE-Magazine-FBINAA-Q1-2024/13/

Additional articles/info regarding leaflet/fliers that generally show blocking paths are not permitted. Each shows a modified recommendation. The NY version shows their version and allowance:

9. Legal Aid Society- 5/2024

https://legalaidnyc.org/get-help/arrests-policing/what-you-need-to-know-about-protesting/

10. ACLU of Southern California- 05/2024

https://www.aclusocal.org/en/know-your-rights/protesters

11. NYCLU Rights-05/2024

https://www.nyclu.org/resources/know-your-rights/your-rights-demonstrating-new-york-city

# ATTACHMENT D

Qualifications Federal Rules of Civil Procedure 26(a)(2)(B)(iv)


**JAMES I. DUDLEY**

718 Crompton Road, Redwood City, CA 94061 | 415-850-4832 | jid1946@gmail.com
Public Safety Subject-Matter Expert, Consultant, Educator, Writer.

I was hired by the San Francisco Airport Police in June, 1979, where I was a police officer.
I was hired by the San Francisco Police Department in July, 1980 where I attended the SFPD Police
Academy and earned the California Police Officers Standards and Training (POST) Basic Certificate.  I
later earned California POST Intermediate, Advanced, Supervisory, and Management & Executive
Certificates over my career.

I served in patrol for my first 10 years in a variety of capacities in the Northern District of San Francisco.
As a Patrol Officer, I attended several dozen demonstrations and protests.

I was promoted to Sergeant/Inspector in 1990 where I served in the Investigations Bureau, assigned to
Property Crime (Auto Theft & Burglary) and Personal Crimes (Violent Assaults, Domestic Violence and
other personal crimes).

I was promoted to Lieutenant, in 1995, assigned to the Taraval District, and then to the Legal Division.
During my time in the rank, I was assigned several times as a Platoon Leader for personnel assigned to
various protests and demonstrations.

I was promoted to Captain in 1998, and was assigned various commands (Juvenile Division, Park Station,
Central Station and the Special Operations Bureau).  As Captain I was in charge of numerous protests and
demonstrations, responsible for planning, deployment and management of the incidents.

I was appointed Commander of Patrol and then Special Operations and Homeland Security in 2002-2004
and then again from 2009-2011.  In this capacity, I had several occasions to be in charge of protests and
demonstrations.  While at Special Operations, I oversaw the Tactical Units, SWAT and Specialists- often
primarily charged with managing large demonstrations and protests.

I was promoted to Deputy Chief of Patrol and Investigations in 2011, serving temporarily in
Administration and Special Operations.  I oversaw demonstrations and protests in this capacity as well.

Over the course of my career, with San Francisco being a focal point for demonstrations and protests over
war, union disputes, political issues, or other situations, it was common practice to train annually in
crowd control and in review of department policies regarding First Amendment activities.

**EDUCATION**

University of California, Irvine
Irvine, CA 92697
Masters Advanced Study, Criminology                                    **2015**

San Francisco State University
1600 Holloway Avenue (PACE HSS 261)
San Francisco, CA 94132
B.A. in Criminal Justice                                                **2000**

FBI National Academy
Quantico, Virginia 22135
Graduate of the 192nd Class                                             **1998**
Law Enforcement Executive Training

**AWARDS**

Golden Key Society Honors (UCI)                          June 2015
Gold Medal of Valor, SFPD                                December 1989
Latino Police Officer of the Year, CLPOA                 December 1989

**TEACHING EXPERIENCE**

**San Francisco State University**
**Lecturer Faculty in Criminal Justice Studies**                       **2013-Present**

**Classes in Police and Public Policy, Research Methods in**
**Criminal Justice, Crime, Data & Analysis, & Ethics**

**Instructor for California Police Officers Standards and Training (POST)**  **2000-2009**
**Investigative Problem Solving for the Institute of Criminal Investigation (ICI)**
**Community Policing Section Instructor for the CSU PD Citizen's Academy**   **2018-present**

**RELATED EXPERIENCE**

**PoliceOne.com (https://www.policeone.com/ )**
**Columnist and Podcaster**                                            **2015- present**
Podcast co-host; speaking on a variety of law enforcement issues

**Public Safety Strategies Group (PSSG) (http://www.publicsafestrategies.com/ )**
**Senior Project Manager**                                             **June 2013**
**Police Practices Consultant**

**JD Consulting- Principal**
**Police Practice and Security Consultant & CPTED Professional**       **2013- Present**

**Presenter on Public Safety Recruiting with Interviewnow.io**
**2019-present**

Presented at SFSU, California Highway Patrol, FBI National
Conference in Orlando, Fla., California Police Officers Association,
San Diego & California Sheriff's Association Conference

**Presenter on Bringing University Pedagogy to Law Enforcement
Training        2021-present**

Presented at the National Field Training Officer Conference in
Louisville, Ky.
Presented at the International Law Enforcement Educators and
Teachers Association in St. Louis, Missouri

**Police Officer, Sergeant, Inspector, Lieutenant, Captain, Commander, Deputy Chief
Patrol, Investigations, Administration Airport Bureau, Special Operations, Homeland Security
& Special Events**

**San Francisco Police Department
(http://sanfranciscopolice.org/ )
1245 3rd Street, 6th floor, San Francisco, Ca 94158                   1980- 2013**

**MEMBERSHIPS**
FBI National Academy Associates (FBINAA) Life Member
International Association of Chiefs of Police (IACP)
Police Executive Research Forum (PERF) Life Member
California Police Officer's Association (CPOA)
International Law Enforcement Educators and Trainers Association (ILEETA)
Crime Prevention Through Environmental Design (CPTED) Professional Designation
International Police Association (IPA)
LAPSEN

Board Member of the 100 Club of San Mateo County

Advisory Board Member of the San Mateo County Community College District, Administration of
Justice Program at the College of San Mateo

**ATTACHMENT E**

Ten-Year Publication History 3 Federal Rules of Civil Procedure 26(a)(2)(B)(iv)

2024

https://www.police1.com/incident-management/from-celebrations-to-crises-a-guide-to-pace-planning-for-special-event-response

https://www.police1.com/state-your-case/state-your-case-should-off-duty-police-officers-be-permitted-to-use-marijuana-in-legalized-states

https://www.police1.com/6-ways-to-reduce-traffic-injuries-and-fatalities-in-2024

2022

https://www.police1.com/police-recruiting/articles/a-13-step-plan-for-speeding-up-the-police-recruitment-process-VSMf2Hff0IWlmCaT/

https://www.police1.com/mass-casualty/articles/the-importance-of-after-action-reviews-in-informing-future-response-to-major-incidents-SM5cgGeKRI4rFPap/

2021

https://www.police1.com/chiefs-sheriffs/articles/incorporating-the-tenth-man-concept-into-critical-decision-making-TXuMkB74BZFN9LCo/

https://www.police1.com/chiefs-sheriffs/articles/the-fallout-from-the-defund-movement-Llk9sMyCcpcrw34c/

https://www.police1.com/chiefs-sheriffs/articles/critical-planning-for-high-profile-events-XRRPsJYPOZdMDbDZ/

2020

https://www.police1.com/drug-interdiction-narcotics/articles/the-de-criminalization-of-street-drugs-and-narcotics-dXqEcBUyCO7TLFrP/

https://www.police1.com/policing-era-legal-marijuana/articles/p1-research-the-marijuana-conundrum-in-law-enforcement-xYMwut1vMUH6rcxn/

https://www.police1.com/school-safety/articles/the-consequences-of-clery-act-non-compliance-TFpwrjLUAWtVkze8/

https://www.police1.com/community-policing/articles/the-problems-with-defunding-the-police-I9WamGx5W34asSJi/

https://www.police1.com/patrol-issues/articles/keep-an-eye-out-for-child-abuse-during-shelter-in-place-orders-YrWoeFqHnAf1qqD5/

https://www.police1.com/coronavirus-covid-19/articles/the-next-steps-in-curtailing-calls-for-service-eEpCFiIRed9esWjW/

https://www.police1.com/coronavirus-covid-19/articles/covid-19-curfews-understanding-enforcement-expectations-pcdK9aVP0uL9Y0dG/

https://www.police1.com/police-products/infection-control/articles/law-enforcement-planning-for-coronavirus-staffing-impacts-p5puqsWqihV2O8mj/

https://www.police1.com/police-products/infection-control/articles/covid-19-an-8-step-response-plan-for-police-leaders-2UveMCyCHSSyreqY/

https://www.police1.com/chiefs-sheriffs/articles/knowing-when-to-push-the-chair-KPOXb1q2sjonFJlp/

2019

https://www.police1.com/patrol-issues/articles/6-reasons-why-cpted-should-be-part-of-every-agencys-crime-fighting-plan-lSdYBoAU9d2R7jMI/

https://www.police1.com/police-products/pursuit-management-technology/articles/how-police-leadership-handles-the-aftermath-of-a-deadly-pursuit-3DGLnuhr0iIK75dN/

https://www.police1.com/crowd-control/articles/why-every-pd-needs-a-pace-plan-in-place-before-the-next-protest-m9Oe891ijlYrISsw/

https://www.police1.com/gun-legislation-law-enforcement/articles/columbine-copycat-a-case-for-red-flag-investigations-zT1qbUBWnGjP2Xm9/

https://www.police1.com/police-recruiting/articles/6-best-practices-that-should-be-part-of-every-agencys-retention-strategy-FrtBBwlBThXRFy88/

https://www.police1.com/chiefs-sheriffs/articles/heres-what-keeps-rank-and-file-officers-up-at-night-UgFTf5bYVMFZpMU2/

https://www.police1.com/chiefs-sheriffs/articles/6-best-practices-that-should-be-part-of-every-agencys-recruitment-strategy-in-2019-3SSuSm4Gs7TFhNzR/

2018

https://www.police1.com/police-products/narcotics-identification/articles/9-le-strategies-to-win-the-fight-against-opioids-A6CysUrGssSGxgIb/

https://www.police1.com/health-fitness/articles/how-to-launch-a-successful-peer-support-program-DltDMehcOKSk06IQ/

https://www.police1.com/chiefs-sheriffs/articles/after-the-news-breaks-6-steps-for-police-leaders-hJvJLtygWAbtiB12/

https://www.police1.com/bounty-hunter/articles/policing-in-the-era-of-the-new-vigilantes-x78venL6TbjDXdF7/

https://www.police1.com/evergreen/articles/why-we-need-cops-to-protect-and-serve-not-stand-and-wait-7ivommSGgj3HUOfc/

https://www.police1.com/active-shooter/articles/how-police-fire-and-ems-can-coordinate-active-shooter-response-6nt9nTOn4n6Y9qCi/

https://www.police1.com/chiefs-sheriffs/articles/how-to-support-your-sergeant-and-why-you-should-zR4pUPztJmxtdMc0/

https://www.police1.com/chiefs-sheriffs/articles/why-police-sergeants-are-an-agencys-mvp-fSbBdCfwsJ3bIyWh/

2014

https://www.police1.com/officer-safety/articles/why-police-agencies-are-well-served-by-the-1033-program-RRF7j3XO6xdkf5Zm/

**ATTACHMENT F**

Four-Year Testimony History Federal Rules of Civil Procedure 26(a)(2)(B)(v)

None to Report in this Timeline

49281928.2/059499.0021

**ATTACHMENT G**

Compensation for Study and Testimony in the Case Federal Rules of Civil Procedure 26(a)(2)(B)(vi)

**Consulting Fee Schedule and Expertise**

**Case Review & Report:**

 $250 @ hour

**Deposition:**

$50 an hour travel time

$350 an hour -arrival to completion of deposition meeting

**Court testimony:**

$350 an hour

$1500 a day for 5-8 hours

Government rate per diem;

Provide flight, rental car and hotel if necessary.