DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
NICHOLAS D. SYREN, State Bar No. 334807
nsyren@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendants
HAYWARD AREA RECREATION AND PARK
DISTRICT and KEVIN HART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>Plaintiff,<br><br>v.<br><br>ROWELL RANCH RODEO, INC., HAYWARD AREA RECREATION AND PARK DISTRICT, HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART, and DOES 1 and 2, in their individually and official capacities, jointly and severally,<br><br>Defendants. | Case No. 3:23-cv-01652-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGEMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Hon. Vince Chhabria<br><br>Date: August 15, 2024<br>Time: 10:00 a.m.<br>Ctrm: 4, 17th Floor<br><br>Trial: October 21, 2024 |

The cross motion by defendants HAYWARD AREA RECREATION AND PARK DISTRICT and KEVIN HART (collectively "Defendants") for summary judgment or, in the alternative summary adjudication, in their favor, and against plaintiffs JOSEPH P. CUVIELLO and DENIZ BOLBOL, ("Plaintiffs") came on regularly for hearing on August 15, 2024, at 10:00 a.m., in Courtroom 4 of the above-entitled Court, located on the 17th Floor at 450 Golden Gate Avenue, San Francisco, CA, 94102. Allen, Glaessner, Hazelwood & Werth appeared on behalf of Defendants and Mr. Cuviello and Plaintiffs' counsel appeared on behalf of the plaintiff.

Having considered the papers in regard to this motion, and after oral argument, the Court

hereby rules as follows:

1. Defendants' Rule 56 Motion is GRANTED.

In light of the above ruling, Plaintiffs' Second Amended Complaint is DISMISSED WITH PREJUDICE.

DATED: _____

                                                  HON. VINCE CHHABRIA

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

2

MSJ – [PROPOSED] ORDER
3:23-CV-01652-VC

669074.1