Jessica L. Blome (State Bar No. 314898)
Lily A. Rivo (State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
Email: jblome@greenfirelaw.com
      lrivo@greenfirelaw.com

*Attorneys for Plaintiff Deniz Bolbol*

JOSEPH P. CUVIELLO
205 De Anza Blvd., #125
San Mateo, CA 94402
Telephone: (650) 315-3776
Email: pcuvie@gmail.com

*Plaintiff in pro per*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually, <br><br> PLAINTIFFS. <br><br> v. <br><br> ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; ALAMEDA COUNTY SHERIFF'S OFFICE; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD; and DOES 1 and 2, in their individual and official capacities, jointly and severally, <br><br> DEFENDANTS. | Case No. 3:23-cv-01652-VC <br><br> DECLARATION OF ROBYN NEWKIRK IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT <br><br> Judge:     Hon. Vince Chhabria |

I, Robyn Newkirk, declare as follows:

    1.    I have personal knowledge of the facts declared herein and will competently

testify to them if called upon to do so. I am submitting this declaration in support of Plaintiffs' Motion for Partial Summary Judgment

2. I have been an advocate for animal rights for approximately 20 years and attend protests organized by Pat Cuviello and Deniz Bolbol as well as participate in other animal rights protests, educational outreach efforts and other activities that promote animal welfare. I have been a volunteer at wildlife rehabilitation center WildCare in San Rafael for 10 years.

3. When attending protests organized by Pat and Deniz, my speech and association focuses on the abuse and mistreatment of animals by rodeos or circuses which is of great public concern locally, nationally, and internationally. I know that previously Pat and Deniz have had to go to court to stop other venues from violating free speech rights at protests they organize. I trust that both Pat and Deniz understand the details of our legal rights to protest peacefully.

4. As an advocate for animal welfare, I consider myself an "Animal rights activist," and I have signed petitions and taken other actions to encourage the adoption of legislation to protect animals.

5. I have sought and will continue to seek out opportunities to demonstrate at events that abuse and mistreat animals, like Rowell Ranch Rodeo.

6. 2022 was the first time I participated in a protest demonstration at Rowell Ranch Rodeo. I plan to continue to demonstrate at Rowell Ranch Rodeo Park ("Rodeo Park") in the future. When at the 2022 protest at the Rodeo Park I held a sign that read, "They Buck From Pain Caused By the Bucking Straps" and included a large picture of a bull bucking with an arrow pointing to the bucking strap tightly cinched across the bull's penis and around his hind area.

7. While demonstrating, I offer informational leaflets to people with a calm voice, respectful demeanor, and make direct eye contact. I find this type of one-on-one communication is the most effective means of communicating my message, including through leaflets.

8. I do not block the entrances or exits, nor do I interfere with patrons' and event staff's ability to enter or exit the venues.

9. When I attended the 2022 protest I found the staff with the rodeo to be hostile and rude to us because they did not like our messages regarding the abuse of the animals used by the rodeo. I knew they were staff because they wore identifying shirts with the Rowell Ranch Rodeo logo.

10. Rodeo staff would repeatedly drive their golf carts close to us. One rodeo employee, who I now know is Gary Houts, called the police to report us. The way the rodeo staff acted and treated us made clear to me that they did not like our point of view and did not want us there.

11. At some point at least four Sheriff deputies arrived. I understood that one Sheriff Deputy and a man wearing a black shirt with a "Park Ranger, Hayward Area Recreation and Parks" logo, and "K. Hart, Public Safety Manager" inscribed on his shirt, were working together. They seemed to be at the Rodeo Park because the Rowell Ranch people didn't like us protesting. I thought HARD representative Hart was in charge of the Sheriff deputies because he was the one that came on strong. I thought Hart could arrest us the way he was acting and speaking to us.

12. I recall seeing who I now know to be Alameda County Sheriff Deputy Mayfield and HARD's Hart speaking to Pat and Deniz. I heard Pat repeatedly ask Deputy Mayfield if the Deputy would arrest Pat if he did not move. I heard Deputy Mayfield tell Pat he did not have to tell him if he would be arrested and that Pat needed to move. Based on Deputy Mayfield's discussion with Pat it appeared we would be arrested. I was concerned hearing the Deputy refuse to say that he would not arrest Pat because it indicated to me that the threat of arrest was real. I was afraid of being arrested but as Hart asked each protester if she or he would move I said I would not leave the area after hearing both Pat and Deniz saying they would not leave the area. I also know from my previous experience that we were not disobeying the law.

13. It was clear to me that this one main Deputy, Mayfield, and HARD's Hart were trying to intimidate us because law enforcement officers tend to think they are the law. I had the impression that HARD's Hart was law enforcement the way he was acting, and Mayfield seemed like he had a personal vendetta against us, the protesters.

1
2
3   I make this declaration under penalty of perjury under the laws of the United States of
4   America, executed this 8th day of May 2024 in Belmont, California.
5   _/s/ Robyn Newkirk_
6   Robyn Newkirk
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28