DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
NICHOLAS D. SYREN, State Bar No. 334807
nsyren@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:  (415) 697-2000
Facsimile:  (415) 813-2045

Attorneys for Defendants
HAYWARD AREA RECREATION AND PARK
DISTRICT and KEVIN HART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>Plaintiff,<br><br>v.<br><br>ROWELL RANCH RODEO, INC., HAYWARD AREA RECREATION AND PARK DISTRICT, HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART, and DOES 1 and 2, in their individually and official capacities, jointly and severally,<br><br>Defendants. | Case No. 3:23-cv-01652-VC<br><br>**DECLARATION OF NICHOLAS D. SYREN IN SUPPORT OF DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGEMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION AND OPPOSITION TO PLAINTIFFS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hon. Vince Chhabria<br><br>Date:   August 15, 2024<br>Time:   10:00 a.m.<br>Ctrm:   4, 17th Floor<br><br>Trial:   October 21, 2024 |

I, Nicholas D. Syren, declare as follows:

1. I am an attorney licensed to practice before the United States District Court for the Northern District of California. I am an associate at the law firm of Allen, Glaessner, Hazelwood & Werth, LLP, and am counsel of record for defendants HAYWARD AREA RECREATION AND PARK DISTRICT and KEVIN HART ("Defendants") in this matter.

2. I have personal knowledge of the statements made in this declaration and could competently testify to them if called as a witness.

3. Attached as Ex. "A," please find a true and correct copy of pertinent portions of

the deposition transcript of Joseph "Pat" Cuviello, taken on February 20, 2024.

4. Attached as Ex. "B," please find a true and correct copy of pertinent portions of the deposition transcript of Deniz Bolbol, taken on March 6, 2024.

5. Attached as Ex. "C," please find a true and correct copy of pertinent portions of the true transcript of the dialogue of events at Rowell Ranch Rodeo, taken on May 20, 2022, taken from Plaintiffs Bolbol and Cuviello's video footage. The true transcript contains the pertinent portions of dialogue of the events at Rowell Ranch Rodeo on May 20, 2022, produced as County of Alameda's Document Production Bates 000368-000396.

6. Attached as Ex. "D," please find a true and correct copy of pertinent portions of the true transcript of Alameda County Sheriff's Office Deputies Body Camera Footage, taken on May 20, 2022. The true transcript contains the pertinent portions of dialogue of the events at Rowell Ranch Rodeo on May 20, 2022, produced as County of Alameda's Document Production Bates 000342-000367.

7. Attached as Ex. "E," please find a true and correct copy of body cam videos taken by Alameda County deputy sheriffs Joshua Mayfield, Sowmaya Ramadas, Christian Campbell, and Matthew Laszuk taken at Rowell Ranch Rodeo on May 20, 2022, and produced to all parties at the time of County of Alameda's Initial Disclosures.

8. Attached as Ex. "F," please find a true and correct copy of Plaintiffs' Document Production 000014-000017, evidencing videos taken at Rowell Ranch Rodeo on May 20, 2022.

9. Attached as Ex. "G," please find a true and correct copy of Plaintiffs' Document Production 000021-000022 evidencing a photo taken of Plaintiffs and fellow demonstrators after the incident involving Plaintiffs and Mr. Hart on May 20, 2022.

10. Attached as Ex. "H", please find the true and correct copy of Defendant County of Alameda's Second Updated Rule 26 Disclosure.

11. Attached as Ex. "I", please find the true and correct copy of Defendants' Expert James Dudley's Expert Report.

///

///

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed on July 1, 2024, at San Francisco, California.

                                        */s/ Nichols D. Syren*
                                        NICHOLAS D. SYREN

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

3

MSJ – SYREN DECL
3:23-CV-01652-VC

662255.1