**EXHIBIT "A"**
**Joseph Cuviello**
**Transcript**

# Deposition Transcript

Case Number: 3:23-cv-01652-VC
Date: February 20, 2024

In the matter of:

# CUVIELLO, et al. v ROWELL RANCH RODEO, INC., et al.

# JOSEPH CUVIELLO

**CERTIFIED COPY**

**Reported by:**

April Wood Brott
CSR No. 13782



Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
     JOSEPH P. CUVIELLO and      )
 4   DENIZ BOLBOL, individually  )
                                 )
 5                 Plaintiffs,   )
                                 )
 6   vs.                         ) Case No. 3:23-cv-01652-VC
                                 )
 7   ROWELL RANCH RODEO, INC.,   )
     HAYWARD AREA RECREATION AND  )
 8   PARK DISTRICT, HAYWARD AREA  )
     RECREATION AND PARK DISTRICT )
 9   PUBLIC SAFETY MANAGER KEVIN  )
     HART, and DOES 1 and 2, in   )
10   their individually and      )
     official capacities, jointly )
11   and severally,              )
                                 )
12                 Defendants.   )
     _____)
13
14
15
16
17
18          VIDEOTAPED DEPOSITION OF JOSEPH CUVIELLO, taken
19   at 180 Montgomery Street, Suite 1200, San Francisco,
20   California on Tuesday, February 20, 2024, at 9:09 A.M.,
21   before April Wood Brott, Certified Shorthand Reporter
22   Number 13782, in and for the State of California.
23
24   STENO
     concierge@steno.com
25   (888) 707-9366
```

```
09:25:37   1        Q.   And do you consider yourself well-versed in
09:25:40   2   what police officers need to do to set up a free
09:25:44   3   speech zone?
09:25:45   4        A.   No.
09:25:45   5        Q.   Okay.  Do you consider yourself well-versed
09:25:48   6   in what police officers are to say to you when they
09:25:54   7   intend to enforce the law when you're protesting?
09:25:59   8        A.   Enforce the law.  That's a tricky one.
09:26:03   9        Q.   Let me rephrase that.
09:26:04  10        Do you -- are you familiar with what
09:26:05  11   language they must use to tell you you're under
09:26:08  12   detention or arrest?
09:26:09  13        A.   There's no set language.  It can be
09:26:18  14   intimated, from the case law I've read.  So there's
09:26:21  15   no set language.  But I'm familiar with language
09:26:24  16   that has been used to me in the past.
09:26:27  17        Q.   Let's talk about that.  What language has
09:26:34  18   been used in the past when you have been arrested?
09:26:38  19        A.   Sometimes no language at all.  It's just
09:26:41  20   been actions.
09:26:43  21        Q.   Such as?
09:26:44  22        A.   Such as "Put your hands behind your back"
09:26:46  23   and "You're under arrest."
09:26:51  24        Q.   Now, you just said, "and you're under
09:26:53  25   arrest."  Have you -- that's actually a statement
```

JOSEPH CUVIELLO
FEBRUARY 20, 2024

JOB NO. 843103

| | | |
|---|---|---|
| 09:27:59 | 1 | A.  No.  I can't recall specific language for |
| 09:28:01 | 2 | each one.  I just can't do that. |
| 09:28:08 | 3 | Q.  Can you recall the protests where you were |
| 09:28:13 | 4 | put in handcuffs? |
| 09:28:14 | 5 | A.  Yes. |
| 09:28:14 | 6 | Q.  Can you list them for us? |
| 09:28:16 | 7 | A.  One was Universal Circus, Oakland.  I think |
| 09:28:22 | 8 | it was about 2001.  One was Ringling Brothers |
| 09:28:28 | 9 | Circus, Oakland, 2005.  Ringling Brothers Circus |
| 09:28:35 | 10 | again, Oakland, 2008.  Carson & Barnes Circus at Cal |
| 09:28:42 | 11 | Expo -- I think it was 2011. |
| 09:28:44 | 12 | Q.  Is that Cal Expo Sacramento? |
| 09:28:45 | 13 | A.  Cal Expo Sacramento.  And those were the -- |
| 09:28:51 | 14 | there were a couple in Berkeley in the 80s, early |
| 09:28:54 | 15 | 90s, if you want those too. |
| 09:28:57 | 16 | Q.  Let's just work with the four that you |
| 09:28:59 | 17 | named. |
| 09:29:00 | 18 | Universal Circus Oakland -- was that |
| 09:29:03 | 19 | Oakland PD, or was that Alameda SO? |
| 09:29:06 | 20 | A.  Oakland PD. |
| 09:29:08 | 21 | Q.  And Ringling Brothers/Barnum & Bailey in |
| 09:29:11 | 22 | Oakland? |
| 09:29:11 | 23 | A.  Oakland PD. |
| 09:29:13 | 24 | Q.  And the Ringling Brothers/Barnum & Bailey |
| 09:29:13 | 25 | in 2008? |

| | | |
|---|---|---|
| 09:33:22 | 1 | San Francisco police officers that engaged with you |
| 09:33:25 | 2 | -- is that correct? |
| 09:33:25 | 3 | A.  Yes. |
| 09:33:26 | 4 | Q.  And can you tell us what happened in that |
| 09:33:28 | 5 | incident? |
| 09:33:28 | 6 | A.  We were -- a couple of us were holding a |
| 09:33:33 | 7 | banner, and some of the people were walking through |
| 09:33:40 | 8 | the crowd with signs and leaflets to hand out |
| 09:33:43 | 9 | information, and we were -- as you're looking at the |
| 09:33:45 | 10 | stage, we were on the left side of the stage, and -- |
| 09:33:47 | 11 | the banner holder was on the left side of the stage. |
| 09:33:50 | 12 | Q.  So not in the free speech zone? |
| 09:33:53 | 13 | A.  No, no one was in the free speech zone. |
| 09:33:56 | 14 | And the police came over and told us that we had to |
| 09:34:02 | 15 | be in the free speech zone, and we said, "No, this |
| 09:34:04 | 16 | is a public forum," and they ended up citing us, and |
| 09:34:08 | 17 | then we went in the free speech zone. |
| 09:34:10 | 18 | Q.  Okay.  So no one was in the free speech |
| 09:34:14 | 19 | zone, and two officers approached you.  And who was |
| 09:34:16 | 20 | with you? |
| 09:34:17 | 21 | A.  Deniz was with me, and another guy, Alex |
| 09:34:21 | 22 | Felsinger, and there were some other people.  I |
| 09:34:24 | 23 | don't remember who.  There were a couple other |
| 09:34:24 | 24 | people. |
| 09:34:24 | 25 | Q.  Okay.  And the officers -- can you tell us |

09:34:27  1  what the officers said to you about -- did they tell

09:34:30  2  you you had to go to the free speech zone?

09:34:33  3      A.  I believe so.  My recollection is I believe

09:34:35  4  so.  That's what they said.

09:34:36  5      Q.  And what did you say?

09:34:37  6      A.  We said, "No.  This is a whole public forum

09:34:41  7  area, and we're not going to do that."

09:34:43  8      Q.  Okay.  And did they say anything about

09:34:45  9  arresting you?

09:34:45  10      A.  They did, yes.

09:34:46  11      Q.  Okay.  Did you ask them if they were going

09:34:49  12  to arrest you?

09:34:50  13      A.  I don't recall specifically, but I may

09:34:52  14  have.

09:34:53  15      Q.  Okay.  And the officer told you they were

09:34:55  16  going to arrest you?

09:34:56  17      A.  Yes.

09:34:57  18      Q.  And what did he say?  What did one or both

09:35:01  19  say?

09:35:01  20      A.  I don't recall specifically, but it ended

09:35:05  21  up where we got cited, a citation.  There was no

09:35:09  22  physical custody.  It was a citation.

09:35:15  23      Q.  But you were put on notice.  You were told

09:35:18  24  in some form -- the words were "You're going to be

09:35:21  25  arrested if you don't go to the free speech zone"?

| | | |
|---|---|---|
| 09:35:23 | 1 | A.  Yes, if we continued to exercise our free |
| 09:35:27 | 2 | speech.  If we didn't continue to exercise our |
| 09:35:31 | 3 | freedom of speech, of course we wouldn't have been |
| 09:35:33 | 4 | arrested. |
| 09:35:33 | 5 | Q.  So I just want to drill down on that a |
| 09:35:35 | 6 | little bit to make sure I got a clear record. |
| 09:35:38 | 7 | Did they tell you you had to go to the free |
| 09:35:41 | 8 | speech zone? |
| 09:35:41 | 9 | A.  Yes. |
| 09:35:41 | 10 | Q.  And then what did you say to them? |
| 09:35:44 | 11 | A.  I don't recall specifically.  Again, I can |
| 09:35:45 | 12 | just -- |
| 09:35:45 | 13 | Q.  As best you remember. |
| 09:35:47 | 14 | A.  The gist of it was, "No.  This is a public |
| 09:35:50 | 15 | forum, and that's illegal, so we're not going to do |
| 09:35:53 | 16 | that." |
| 09:35:53 | 17 | Q.  Okay.  Do you remember what the officer |
| 09:35:55 | 18 | then said? |
| 09:35:56 | 19 | A.  I don't recall specifically, but what I do |
| 09:35:59 | 20 | recall is the whole wrap-up of it was we could be |
| 09:36:02 | 21 | arrested, and he gave us a citation, and if we |
| 09:36:07 | 22 | continued to do it, they would take us into custody |
| 09:36:10 | 23 | was my impression, and so we went into the free |
| 09:36:14 | 24 | speech zone after that. |
| 09:36:17 | 25 | Q.  I know you're summarizing by your best |

| | | |
|---|---|---|
| 09:36:19 | 1 | memory.  Do you recall whether there was any body |
| 09:36:22 | 2 | camera footage that was involved in that case? |
| 09:36:24 | 3 | A.  From the officers? |
| 09:36:25 | 4 | Q.  Yes. |
| 09:36:26 | 5 | A.  I don't remember any body camera footage at |
| 09:36:31 | 6 | that time. |
| 09:36:31 | 7 | Q.  Okay.  And if I understand correctly, what |
| 09:36:34 | 8 | you're telling me is that at the point that you said |
| 09:36:36 | 9 | you're going to exercise your free speech rights -- |
| 09:36:39 | 10 | and I'm paraphrasing -- the officers did say or an |
| 09:36:43 | 11 | officer did say you could be arrested? |
| 09:36:46 | 12 | A.  I don't know "could," but my whole |
| 09:36:48 | 13 | impression of the whole thing -- I mean, it was a |
| 09:36:50 | 14 | long time ago.  It was, like -- I don't remember -- |
| 09:36:53 | 15 | 2012, 2013, something. |
| 09:36:54 | 16 | Q.  Judge Chen ruled on this in 2013, as I |
| 09:36:58 | 17 | recall. |
| 09:36:58 | 18 | A.  Okay.  Yeah, something like that.  So I |
| 09:37:00 | 19 | don't remember the exact words, but the whole thing |
| 09:37:03 | 20 | was we would be arrested if we didn't go to the free |
| 09:37:07 | 21 | speech zone.  We ended up getting cited, and we |
| 09:37:09 | 22 | ended up going to the free speech zone.  That was |
| 09:37:10 | 23 | the whole process. |
| 09:37:16 | 24 | Q.  In the form of giving you a citation, did |
| 09:37:19 | 25 | you understand that was a detention and an actual |

| | | |
|---|---|---|
| 09:37:22 | 1 | arrest under the Fourth Amendment? |
| 09:37:24 | 2 | A.  Yes, I did. |
| 09:37:26 | 3 | Q.  Okay.  And then the subsequent |
| 09:37:30 | 4 | comments/admonishments/threats were that if you |
| 09:37:35 | 5 | didn't go to the free speech zone, you could |
| 09:37:38 | 6 | actually be taken into custody and transported into |
| 09:37:42 | 7 | jail? |
| 09:37:42 | 8 | A.  That's what I remember. |
| 09:37:43 | 9 | Q.  Okay.  So let me take you to the Vallejo |
| 09:37:55 | 10 | case.  That was a protest at Six Flags? |
| 09:37:59 | 11 | A.  Yes. |
| 09:38:00 | 12 | Q.  And that protest also involved animal |
| 09:38:02 | 13 | rights issues? |
| 09:38:03 | 14 | A.  Yes. |
| 09:38:03 | 15 | Q.  And in that protest, did it involve a free |
| 09:38:07 | 16 | speech zone? |
| 09:38:07 | 17 | A.  No. |
| 09:38:07 | 18 | Q.  As I understand it, it involved you using a |
| 09:38:11 | 19 | bullhorn or some kind of magnifying -- an amplifier |
| 09:38:15 | 20 | of some kind? |
| 09:38:16 | 21 | A.  Yes. |
| 09:38:17 | 22 | Q.  When -- in that case, can you tell us what |
| 09:38:21 | 23 | you were doing when the officer approached you? |
| 09:38:22 | 24 | A.  I was speaking through a bullhorn at the |
| 09:38:27 | 25 | crowd. |

| | | |
|---|---|---|
| 09:40:50 | 1 | there was a -- I believe there was a Fourth |
| 09:40:51 | 2 | Amendment allegation in there too. |
| 09:40:54 | 3 | Q.  So I'm going to tell you what I understand |
| 09:40:56 | 4 | from reading -- |
| 09:40:57 | 5 | A.  Sure. |
| 09:40:58 | 6 | Q.  -- reports on that, was that you brought |
| 09:40:59 | 7 | the suit against the City for having an ordinance |
| 09:41:03 | 8 | barring the use of a bullhorn or amplified -- an |
| 09:41:11 | 9 | amplifier, anywhere in the city of Vallejo if you |
| 09:41:17 | 10 | don't get a permit first? |
| 09:41:18 | 11 | A.  Yes. |
| 09:41:20 | 12 | Q.  And as I understand it, that case settled? |
| 09:41:23 | 13 | A.  Yes. |
| 09:41:23 | 14 | Q.  It did not get to a trial? |
| 09:41:26 | 15 | A.  No. |
| 09:41:26 | 16 | Q.  Okay.  Are those all the incidents with law |
| 09:41:48 | 17 | enforcement where they either arrested you or, in |
| 09:41:53 | 18 | this case, warned you about use of an amplifier at a |
| 09:42:00 | 19 | protest? |
| 09:42:00 | 20 | A.  I'm not sure.  Were those -- what do you |
| 09:42:04 | 21 | mean those? |
| 09:42:04 | 22 | Q.  Yeah.  Let me back up. |
| 09:42:05 | 23 | A.  Yeah. |
| 09:42:06 | 24 | Q.  Let me back up because you listed four, to |
| 09:42:08 | 25 | the best of your memory, since 2000.  So let's put |

JOSEPH CUVIELLO                                          JOB NO. 843103
FEBRUARY 20, 2024

```
09:42:12   1   prior to 2000 out of the equation.
09:42:14   2        A.   Four --
09:42:15   3        Q.   Four times you were actually put in
09:42:17   4   handcuffs.
09:42:18   5        A.   Yes.
09:42:18   6        Q.   Three of the four, you do recall they
09:42:22   7   warned you that you would be arrested?
09:42:25   8        A.   Four.  No, I didn't say that.  I don't
09:42:26   9   recall saying that.  Three of the four.
09:42:28  10        Q.   Let me go back through it then.
09:42:30  11        A.   Yeah.
09:42:31  12        Q.   So the protest Universal Circus in Oakland
09:42:35  13   in 2001, you were put in handcuffs, and you believe
09:42:40  14   you were told you were under arrest because the only
09:42:45  15   one you remember there was no warning --
09:42:47  16        A.   I don't --
09:42:47  17        Q.   -- was 2008?
09:42:47  18        A.   I don't recall exactly what he said.  This
09:42:51  19   is what I recall:  I was -- we were in the street,
09:42:56  20   and he was -- and I was telling him something was
09:43:00  21   going on, and he just said, "Get out of the street,
09:43:02  22   or I'm going to arrest you," and I said, "What for?"
09:43:06  23   And he just arrested me.
09:43:07  24        Q.   Okay.  So there was a warning?
09:43:09  25        A.   Yes.
```

| | | |
|---|---|---|
| 09:43:10 | 1 | Q.   Okay.   In the 2005 Ringling Brothers |
| 09:43:15 | 2 | arrest? |
| 09:43:16 | 3 | A.   Definitely a warning. |
| 09:43:17 | 4 | Q.   Warning. |
| 09:43:21 | 5 | A.   Yeah. |
| 09:43:21 | 6 | Q.   And the warning incorporated the word |
| 09:43:24 | 7 | "arrest"? |
| 09:43:24 | 8 | A.   I don't recall, but it may have. |
| 09:43:26 | 9 | Q.   Okay.   In the 2008, there was no warning -- |
| 09:43:30 | 10 | A.   No warning. |
| 09:43:31 | 11 | Q.   -- and you were arrested and taken to a |
| 09:43:33 | 12 | facility and cited out? |
| 09:43:34 | 13 | A.   Yes. |
| 09:43:34 | 14 | Q.   In the Cal Expo case, do you recall being |
| 09:43:39 | 15 | warned? |
| 09:43:41 | 16 | A.   No.   I recall them just coming up to us as |
| 09:43:44 | 17 | we were leaving and arresting us. |
| 09:43:46 | 18 | Q.   Okay.   And what was the reason for the |
| 09:43:52 | 19 | arrest in that case? |
| 09:43:53 | 20 | A.   It was illegal, so there was no reason. |
| 09:43:57 | 21 | Q.   Well, they have to give you a reason -- |
| 09:43:59 | 22 | A.   Oh, I see.   They told us we were |
| 09:44:03 | 23 | trespassing. |
| 09:44:04 | 24 | Q.   Trespassing.   Okay.   You don't recall any |
| 09:44:06 | 25 | warning prior to that? |

| | | |
|---|---|---|
| 09:44:07 | 1 | A.  When we first showed up, one of the |
| 09:44:11 | 2 | officers told us we couldn't go on the property, and |
| 09:44:14 | 3 | we said no.  It's a public forum, and we went on |
| 09:44:17 | 4 | there, and then as we were leaving after the arrest |
| 09:44:19 | 5 | is when they arrested us. |
| 09:44:19 | 6 | Q.  So -- |
| 09:44:20 | 7 | A.  After -- when we were leaving after the |
| 09:44:25 | 8 | protest. |
| 09:44:26 | 9 | Q.  I understand. |
| 09:44:26 | 10 | In the 2001 case, it was a warning to get |
| 09:44:29 | 11 | out of the street, right? |
| 09:44:30 | 12 | A.  Yes. |
| 09:44:30 | 13 | Q.  In the 2005 case -- I didn't ask you |
| 09:44:33 | 14 | this -- what you were you doing at the time you were |
| 09:44:37 | 15 | warned and then placed under arrest? |
| 09:44:39 | 16 | A.  I was video recording the animals in the |
| 09:44:42 | 17 | compound from a landing at the Oakland arena. |
| 09:44:46 | 18 | Q.  Okay.  Did those four cases result in |
| 09:44:49 | 19 | lawsuits? |
| 09:44:49 | 20 | A.  Yes. |
| 09:44:54 | 21 | Q.  All right.  Let me take you up to Rowell |
| 09:45:05 | 22 | Ranch. |
| 09:45:05 | 23 | When did you first start protesting at |
| 09:45:08 | 24 | Rowell Ranch? |
| 09:45:11 | 25 | A.  I think it was in the late 80s, maybe the |

| | | |
|---|---|---|
| 09:48:43 | 1 | Is that your memory? |
| 09:48:45 | 2 | A.   Yes. |
| 09:48:49 | 3 | Q.   Okay.  Did anyone wearing a Hayward Area |
| 09:48:52 | 4 | Recreation and Park shirt, something that designated |
| 09:48:56 | 5 | them as an employee of HARD, interact with you |
| 09:48:59 | 6 | pre-COVID about a free speech area? |
| 09:49:03 | 7 | A.   I don't recall anyone looking like they |
| 09:49:05 | 8 | were from HARD. |
| 09:49:05 | 9 | Q.   Okay.  In the past, in any of your |
| 09:49:07 | 10 | demonstrations and activism, have you ever |
| 09:49:10 | 11 | interacted with law enforcement prior to an event to |
| 09:49:13 | 12 | let them know you're coming out and find out if |
| 09:49:16 | 13 | there's any free speech zone area set up? |
| 09:49:20 | 14 | A.   I've interacted with law enforcement, not |
| 09:49:22 | 15 | to find out about any free speech area; just to let |
| 09:49:23 | 16 | them know we're coming out and to let them know what |
| 09:49:26 | 17 | we believe our rights are and what we expect our |
| 09:49:27 | 18 | rights to be upheld. |
| 09:49:29 | 19 | Q.   Okay.  Did you have any interaction with |
| 09:49:33 | 20 | the Hayward Area Recreation and Park District that |
| 09:49:37 | 21 | you were coming out to protest at the rodeo anytime |
| 09:49:40 | 22 | prior to 2022? |
| 09:49:41 | 23 | A.   I don't recall specifically.  I don't |
| 09:49:43 | 24 | remember if I did or not. |
| 09:49:44 | 25 | Q.   Okay.  In any of the conversations you had |

| | | |
|---|---|---|
| 09:55:24 | 1 | A.  Prior to Kuba, yes. |
| 09:55:26 | 2 | Q.  All right.  And did you ever go -- did you |
| 09:55:31 | 3 | adhere to the free speech zone, or did you protest |
| 09:55:33 | 4 | where you wanted to? |
| 09:55:33 | 5 | A.  I adhered to the free speech zone. |
| 09:55:36 | 6 | Q.  Okay.  And subsequent to Kuba, have you |
| 09:55:38 | 7 | been out to the Cow Palace? |
| 09:55:38 | 8 | A.  Yes. |
| 09:55:40 | 9 | Q.  To protest? |
| 09:55:41 | 10 | A.  Yes. |
| 09:55:41 | 11 | Q.  And do they still keep a free speech zone? |
| 09:55:43 | 12 | A.  They did initially right after, I think a |
| 09:55:49 | 13 | year, maybe two years.  I don't remember. |
| 09:55:50 | 14 | Q.  And to your memory, there is none now, or |
| 09:55:54 | 15 | there hasn't been at later protests? |
| 09:55:57 | 16 | A.  I've been out there, and I haven't seen a |
| 09:56:00 | 17 | free speech zone. |
| 09:56:00 | 18 | Q.  Okay.  What's your understanding of your |
| 09:56:02 | 19 | obligation to stay in a free speech zone? |
| 09:56:06 | 20 | A.  My understanding is if I think it's |
| 09:56:15 | 21 | illegal, I will challenge it.  If I don't want to |
| 09:56:17 | 22 | get arrested at that moment, then I will abide by it |
| 09:56:21 | 23 | and then challenge it after.  That's my |
| 09:56:23 | 24 | understanding. |
| 09:56:23 | 25 | Q.  Okay. |

| | | |
|---|---|---|
| 10:02:24 | 1 | But you had moved down into the area near |
| 10:02:27 | 2 | the ticket booths alongside the road and stood in |
| 10:02:29 | 3 | the road handing out pamphlets.  Do you agree that's |
| 10:02:32 | 4 | a general description of things leading up to the |
| 10:02:34 | 5 | interaction with law enforcement in 2022? |
| 10:02:37 | 6 | A.  Yes. |
| 10:02:37 | 7 | Q.  All right.  On the day of the incident, had |
| 10:02:44 | 8 | you ever interacted with Kevin Hart, the park |
| 10:02:47 | 9 | ranger? |
| 10:02:48 | 10 | A.  Prior to -- |
| 10:02:50 | 11 | Q.  Prior to the day of the incident. |
| 10:02:52 | 12 | A.  No. |
| 10:02:52 | 13 | Q.  Had you ever seen Kevin Hart in any law |
| 10:02:57 | 14 | enforcement role prior to the day of the incident? |
| 10:02:59 | 15 | A.  No. |
| 10:02:59 | 16 | Q.  When I say Kevin Hart, do you know who I am |
| 10:03:05 | 17 | speaking about? |
| 10:03:06 | 18 | A.  Yes. |
| 10:03:06 | 19 | Q.  That's the man in the park ranger shirt, |
| 10:03:13 | 20 | somewhat of a burly man, and he is the one who was |
| 10:03:17 | 21 | interacting with you at the moment in time the |
| 10:03:22 | 22 | sheriff's deputies came over and were speaking with |
| 10:03:25 | 23 | you as well? |
| 10:03:25 | 24 | A.  No. |
| 10:03:26 | 25 | Q.  Okay. |

| | | |
|---|---|---|
| 10:03:27 | 1 | A. He was not -- he didn't come over to speak |
| 10:03:29 | 2 | to me while the sheriff's deputies were talking to |
| 10:03:32 | 3 | me. He came over with the sheriff deputy after the |
| 10:03:34 | 4 | sheriff deputies had already talked to me. |
| 10:03:38 | 5 | Q. Okay. Good. Thank you. |
| 10:03:39 | 6 | When -- what did Hart say to you when he |
| 10:03:47 | 7 | first interacted with you? |
| 10:03:48 | 8 | A. I don't remember his specific words, but it |
| 10:03:51 | 9 | was basically "We have a free speech area, and you |
| 10:03:54 | 10 | need to go into the free speech area." |
| 10:03:57 | 11 | Q. Okay. Did he use the word he was going to |
| 10:04:00 | 12 | arrest you? |
| 10:04:01 | 13 | A. No. He avoided that word, actually, when I |
| 10:04:04 | 14 | asked him what would happen if we don't go there. |
| 10:04:07 | 15 | Q. Okay. What did he say? |
| 10:04:08 | 16 | A. "It won't be good." |
| 10:04:09 | 17 | Q. What did he mean? |
| 10:04:10 | 18 | A. I don't know what he meant, but I know how |
| 10:04:14 | 19 | I took it, and that was that if you don't go over |
| 10:04:17 | 20 | there, you're going to be arrested. |
| 10:04:19 | 21 | Q. Okay. Did he say he was going to arrest |
| 10:04:21 | 22 | you? |
| 10:04:21 | 23 | A. No. At the time, I didn't even know he had |
| 10:04:24 | 24 | that power, to be honest with you. That's why I |
| 10:04:24 | 25 | talked to Deputy Mayfield. |

| | | |
|---|---|---|
| 10:04:24 | 1 | Q. Do you know if he had that power? |
| 10:04:26 | 2 | A. Now I understand he does, but I didn't know |
| 10:04:29 | 3 | at that time. |
| 10:04:29 | 4 | Q. What power did he have to arrest you on? |
| 10:04:32 | 5 | A. My understanding is the rangers of the HARD |
| 10:04:36 | 6 | department have power of law enforcement. |
| 10:04:39 | 7 | Q. Okay. Do you know that for a fact, or |
| 10:04:42 | 8 | that's just what you've read in case authority or |
| 10:04:44 | 9 | taken from it? |
| 10:04:44 | 10 | A. No, no. It's not case authority. I think |
| 10:04:45 | 11 | I've read it on HARD's website. |
| 10:04:47 | 12 | Q. Did you read anything about it being on |
| 10:04:50 | 13 | HARD's website that they have citation power under |
| 10:04:53 | 14 | ordinance for ordinance violations in the recreation |
| 10:04:55 | 15 | and park area? |
| 10:04:56 | 16 | A. I don't recall specifically, but my |
| 10:05:01 | 17 | understanding was it was just on HARD property, if |
| 10:05:04 | 18 | that's what you're asking. |
| 10:05:05 | 19 | Q. No, I'm not. I'm asking what your |
| 10:05:08 | 20 | understanding is of what they can arrest you for. |
| 10:05:11 | 21 | A. My understanding is they just have power of |
| 10:05:19 | 22 | law enforcement on HARD property. So whatever -- if |
| 10:05:22 | 23 | there was somebody breaking a law on HARD property, |
| 10:05:24 | 24 | they could arrest them. That was my understanding. |
| 10:05:25 | 25 | Q. Did he tell you any law he would arrest you |

| | | |
|---|---|---|
| 10:05:28 | 1 | for if you did not go back to the free speech area? |
| 10:05:31 | 2 | A.  No. |
| 10:05:32 | 3 | Q.  So you don't know what he was referring to |
| 10:05:34 | 4 | in terms of a violation of law when he said -- what |
| 10:05:39 | 5 | were the words again? |
| 10:05:40 | 6 | A.  He said it won't be good if I didn't -- if |
| 10:05:42 | 7 | we didn't go over there.  Yeah. |
| 10:05:44 | 8 | Q.  And you have no idea what that referred to |
| 10:05:47 | 9 | in terms of a violation of law? |
| 10:05:49 | 10 | A.  I can't speak for him.  I only know how I |
| 10:05:53 | 11 | took it. |
| 10:05:54 | 12 | Q.  Okay.  All right. |
| 10:05:55 | 13 | MS. BLOME:  Can I interrupt and suggest we |
| 10:05:57 | 14 | take that break?  I need a -- |
| 10:06:00 | 15 | MR. ALLEN:  Well, let me finish this -- |
| 10:06:00 | 16 | MS. BLOME:  Sure. |
| 10:06:02 | 17 | MR. ALLEN:  -- this quick line of questions |
| 10:06:04 | 18 | because I think it's going to wrap up Mr. Hart. |
| 10:06:07 | 19 | MS. BLOME:  Oh, okay. |
| 10:06:07 | 20 | BY MR. ALLEN: |
| 10:06:08 | 21 | Q.  Did he use words such as "I'm going to |
| 10:06:11 | 22 | detain you for not moving back up to the free speech |
| 10:06:15 | 23 | area"? |
| 10:06:16 | 24 | A.  No. |
| 10:06:16 | 25 | Q.  And did he use -- did he physically touch |

| | | |
|---|---|---|
| 10:06:19 | 1 | you? |
| 10:06:19 | 2 | A.   No. |
| 10:06:19 | 3 | Q.   And at this point, Deputy Mayfield was |
| 10:06:26 | 4 | standing with him? |
| 10:06:26 | 5 | A.   Yes. |
| 10:06:27 | 6 | Q.   Did Deputy Mayfield say anything that if |
| 10:06:31 | 7 | you don't follow his instructions, you're going to |
| 10:06:34 | 8 | be arrested? |
| 10:06:34 | 9 | A.   He said, "You could be arrested." |
| 10:06:36 | 10 | Q.   Deputy Mayfield said that? |
| 10:06:37 | 11 | A.   Yeah. |
| 10:06:38 | 12 | Q.   Did Mr. Hart at any time say anything -- |
| 10:06:42 | 13 | "That's right.   You could be arrested.   I could |
| 10:06:44 | 14 | arrest you" or anything like that? |
| 10:06:46 | 15 | A.   He never said that. |
| 10:06:46 | 16 | Q.   Did -- |
| 10:06:54 | 17 | A.   Nor did he say, "You won't be arrested." |
| 10:06:56 | 18 | Q.   But you don't know what he meant other than |
| 10:06:59 | 19 | you had a way you took it? |
| 10:06:59 | 20 | A.   All I know is they were together trying to |
| 10:07:03 | 21 | get me to go to the free speech area.   That's what I |
| 10:07:06 | 22 | know. |
| 10:07:06 | 23 | Q.   Other than the fact that he was wearing a |
| 10:07:08 | 24 | park ranger shirt, did he tell you he was law |
| 10:07:11 | 25 | enforcement? |

| | | |
|---|---|---|
| 10:07:11 | 1 | A.   No. |
| 10:07:11 | 2 | Q.   Did he tell you he was a police officer? |
| 10:07:13 | 3 | A.   No. |
| 10:07:13 | 4 | Q.   Did he tell you that he was an employee of |
| 10:07:17 | 5 | the Alameda Sheriff's Department as a sworn police |
| 10:07:20 | 6 | officer or law enforcement officer? |
| 10:07:20 | 7 | A.   No. |
| 10:07:21 | 8 | Q.   And again, we have the video, so we know |
| 10:07:28 | 9 | the timeline, and I think we could -- hopefully |
| 10:07:31 | 10 | we're going to have an agreement on the language |
| 10:07:33 | 11 | that was used. |
| 10:07:35 | 12 | After this interchange with -- the initial |
| 10:07:39 | 13 | interchange with Hart, did he say anything more to |
| 10:07:43 | 14 | you regarding what he could do, would do, might do, |
| 10:07:47 | 15 | or what you took as he meant he would do? |
| 10:07:51 | 16 | A.   You mean after this interchange ended? |
| 10:07:57 | 17 | Q.   Right.   Was there further conversation to |
| 10:08:00 | 18 | suggest he was going to take some form of law |
| 10:08:03 | 19 | enforcement action against you? |
| 10:08:03 | 20 | A.   No.   That was the only time I had |
| 10:08:05 | 21 | interaction with him. |
| 10:08:06 | 22 | Q.   Okay.   In the video, it appears that he |
| 10:08:10 | 23 | walks away from you.   Is that what he did? |
| 10:08:12 | 24 | A.   Yes. |
| 10:08:12 | 25 | Q.   You stayed in the road where you were? |

| | | |
|---|---|---|
| 10:09:07 | 1 | A.  Are you going to go to the free speech |
| 10:09:10 | 2 | area. |
| 10:09:10 | 3 | Q.  Right.  I'm sorry.  Were you present, or is |
| 10:09:12 | 4 | that something you saw on the video? |
| 10:09:14 | 5 | A.  I was present. |
| 10:09:17 | 6 | Q.  Okay.  Did he say anything else than that, |
| 10:09:20 | 7 | ask that question? |
| 10:09:20 | 8 | A.  I don't remember anything after that. |
| 10:09:24 | 9 | Q.  Okay.  Did you ever hear him use words to |
| 10:09:27 | 10 | those people that "You're going to be arrested if |
| 10:09:29 | 11 | you don't go there"? |
| 10:09:30 | 12 | A.  I never heard that. |
| 10:09:31 | 13 | Q.  "You're going to be detained"? |
| 10:09:33 | 14 | A.  I never heard that. |
| 10:09:34 | 15 | Q.  "You're going to be cited"? |
| 10:09:35 | 16 | A.  No. |
| 10:09:36 | 17 | Q.  Did you ever see him physically escort |
| 10:09:38 | 18 | anybody away that was part of your protest group? |
| 10:09:43 | 19 | A.  No. |
| 10:09:43 | 20 | Q.  Did he ever physically move you away? |
| 10:09:46 | 21 | A.  No. |
| 10:09:47 | 22 | Q.  Did he ever physically move Ms. Bolbol |
| 10:09:50 | 23 | away? |
| 10:09:50 | 24 | A.  No. |
| 10:09:51 | 25 | MR. ALLEN:  Okay.  You wanted to take that |

1          REPORTER'S CERTIFICATION

2

3          I, April Wood Brott, Certified Shorthand Reporter

4    in and for the State of California, do hereby certify:

5

6          That the foregoing witness was by me duly sworn;

7    that the deposition was then taken before me; that the

8    testimony and proceedings were reported stenographically

9    by me and later transcribed into typewriting under my

10   direction; that the foregoing is a true record of the

11   testimony and proceedings taken at that time.

12

13         IN WITNESS WHEREOF, I have subscribed my name

14   on this date: February 27, 2024.

15

16

17

18

19

20   _____

21         April Wood Brott, CSR No. 13782

22

23

24

25