# EXHIBIT "B"
## Deniz Bolbol Transcript

# Deposition Transcript

Case Number: 3:23-cv-01652-VC
Date: March 6, 2024

In the matter of:

# CUVIELLO, et al. v ROWELL RANCH RODEO, INC., et al.

# DENIZ BOLBOL

**CERTIFIED COPY**

Reported by:

April Wood Brott
CSR No. 13782

Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F



```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3
     JOSEPH P. CUVIELLO and        )
 4   DENIZ BOLBOL, individually    )
                                   )
 5              Plaintiffs,        )
                                   )
 6   vs.                           ) Case No. 3:23-cv-01652-VC
                                   )
 7   ROWELL RANCH RODEO, INC.,     )
     HAYWARD AREA RECREATION AND   )
 8   PARK DISTRICT, HAYWARD AREA   )
     RECREATION AND PARK DISTRICT  )
 9   PUBLIC SAFETY MANAGER KEVIN   )
     HART, and DOES 1 and 2, in    )
10   their individually and        )
     official capacities, jointly  )
11   and severally,                )
                                   )
12              Defendants.        )
     _____)
13

14

15

16

17

18         VIDEOTAPED DEPOSITION OF DENIZ BOLBOL, taken at

19   180 Montgomery Street, Suite 1200, San Francisco,

20   California on Wednesday, March 6, 2024, at 10:13 A.M.,

21   before April Wood Brott, Certified Shorthand Reporter

22   Number 13782, in and for the State of California.

23

24   STENO
     concierge@steno.com
25   (888) 707-9366
```

```
10:23:34   1    you're being threatened with arrest?
10:23:36   2        A.   When they come up and tell you that -- when
10:23:41   3    they answer a question, "Am I going to be arrested?"
10:23:43   4    and they say, "Maybe," or "You'll find out," then
10:23:47   5    you kind of know, "Well, gee, that's what they've
10:23:51   6    got in their mind."
10:23:52   7        Q.   Okay.  We'll get into that in a bit.
10:23:55   8             Have you ever been arrested as a protestor?
10:23:59   9        A.   I have.
10:24:00  10        Q.   Okay.  How many times, if you can estimate?
10:24:04  11        A.   So I'm guessing a little bit, but I can
10:24:08  12    give you a ballpark.  Okay?  So I think --  I was
10:24:12  13    trying to think of this the other day.  I think it's
10:24:15  14    about three or four.  Three or four, but we'll say
10:24:20  15    three to five, just to be safe.
10:24:22  16        Q.   Okay.  Okay.  And do you remember in
10:24:31  17    particular when and where those occurred?  And you
10:24:36  18    can just list from your memory.
10:24:37  19        A.   So the ones I remember are Cal Expo,
10:24:49  20    Oakland, and -- oh, I just had the other one.  I
10:24:56  21    just had the other one.  There's a third one I just
10:24:59  22    remembered, and I can't remember which one it is.
10:25:01  23    Let me think.  Oh.  Daly City, they took me in.  So
10:25:05  24    there's another one because I just remembered
10:25:08  25    another one.  So there's a fourth one right now that
```

```
11:06:41   1            A.   Yes.
11:06:43   2            Q.   And that's similar to what you've done in
11:06:45   3    prior years?
11:06:46   4            A.   Yes.
11:06:46   5            Q.   Okay.  And what did the banners say, if you
11:06:53   6    can recall any of them?
11:06:54   7            A.   Something like "Rodeo's not fun for
11:06:58   8    animals" or, you know, "Not fun for the animals" or
11:07:02   9    "Rodeo is animal abuse," things that indicate the
11:07:06  10    animals are suffering.
11:07:12  11            Q.   Okay.  And do you remember what part of the
11:07:13  12    property you went to go protest on May 20th?
11:07:16  13            A.   Yes.
11:07:17  14            Q.   Can you tell me where?
11:07:18  15            A.   Yes.  We would walk in the main gate, and
11:07:22  16    we'd walk right up to just before the ticket booths
11:07:25  17    and the entrance gate to the venue.
11:07:30  18            Q.   Okay.  And is that common to years past as
11:07:33  19    well?
11:07:33  20            A.   Yes.  Yes.
11:07:34  21            Q.   Okay.  And do you know who Mr. Hart is,
11:07:45  22    Kevin Hart?
11:07:45  23            A.   I do now.
11:07:46  24            Q.   Had you ever met Kevin Hart prior in any
11:07:52  25    situation --
```

| | | |
|---|---|---|
| 11:07:53 | 1 | A.  I don't recall. |
| 11:07:53 | 2 | Q.  -- to the subject incident? |
| 11:07:55 | 3 | A.  I don't recall. |
| 11:07:56 | 4 | Q.  Okay.  And do you recall what he was |
| 11:08:05 | 5 | wearing? |
| 11:08:05 | 6 | A.  I think it was a dark shirt with his little |
| 11:08:08 | 7 | logo. |
| 11:08:09 | 8 | Q.  Okay.  So that would be the HARD ranger |
| 11:08:13 | 9 | logo? |
| 11:08:13 | 10 | A.  Yes. |
| 11:08:14 | 11 | Q.  That he was wearing?  Okay. |
| 11:08:21 | 12 | Do you remember prior to Mr. Hart's arrival |
| 11:08:33 | 13 | whether you had an interaction with anyone from |
| 11:08:35 | 14 | Rowell Ranch? |
| 11:08:37 | 15 | A.  Oh, yes. |
| 11:08:38 | 16 | Q.  What can you recall from that interaction? |
| 11:08:42 | 17 | A.  They tried telling us we couldn't stand |
| 11:08:45 | 18 | there, that we had to go to a free speech area.  We |
| 11:08:49 | 19 | said no.  I mean, it was the same old same old. |
| 11:08:55 | 20 | Q.  Okay. |
| 11:08:55 | 21 | A.  That we're lying, the animals are fine, |
| 11:08:58 | 22 | they like it.  I mean, same thing all the animal |
| 11:09:06 | 23 | abusers say. |
| 11:09:07 | 24 | Q.  And how did you respond to that? |
| 11:09:12 | 25 | A.  "We're not going to a free speech zone," |

DENIZ BOLBOL  JOB NO. 886301
MARCH 06, 2024

```
11:24:06   1        Q.  Did anyone threaten to -- from law
11:24:10   2   enforcement or HARD threaten to physically move you?
11:24:21   3        A.  Did they say the words, "I'm going to
11:24:23   4   physically move you right now"?  No.
11:24:25   5        Q.  Just give me one moment here.
11:24:45   6            Did Mr. Hart ever advise you of what you
11:24:49   7   were going to be arrested for, if anything?
11:24:51   8        A.  You know, I really didn't talk to Mr. Hart,
11:24:58   9   I don't believe, so.
11:25:00  10        Q.  Did you hear the conversation between
11:25:03  11   Mr. Hart and Mr. Cuviello?
11:25:06  12        A.  I think I heard bits and pieces, but I
11:25:08  13   didn't -- I wasn't paying full -- I don't recall
11:25:12  14   paying full attention to it.  But anything that was
11:25:14  15   said during that, I just want to restate I rely on
11:25:18  16   the video because that's a true occurrence.  That's
11:25:23  17   what happened.
11:25:23  18        Q.  I understand that, but I just want to know
11:25:25  19   if you heard it, right?  So you could hear some
11:25:28  20   things on the video at a later time, but in that
11:25:32  21   moment --
11:25:32  22            MS. BLOME:  I'm going to object as asked
11:25:33  23   and answered.  It's getting to the point where
11:25:35  24   you're badgering her a bit.
11:25:38  25            MR. SYREN:  I just want to know if she
```

```
11:25:40   1   heard --
11:25:40   2            MS. BLOME:  She said no a hundred times.
11:25:43   3   She said she doesn't -- she wasn't involved with the
11:25:44   4   Hart conversation or Mr. Cuviello and Mr. Hart.  She
11:25:48   5   didn't hear it.  She doesn't remember it.  "Check
11:25:51   6   the video."  She said it 50 times by now.
11:25:54   7            MR. SYREN:  Okay.  For the record, I'll ask
11:25:56   8   one last time, and that will be it.
11:25:57   9            MS. BLOME:  No.  No.  Objection.  It
11:25:58  10   doesn't need to be asked again.
11:26:02  11            MR. KHAN:  He can still ask it.
11:26:04  12            MS. BLOME:  I understand.
11:26:04  13   BY MR. SYREN:
11:26:05  14        Q.  Did you hear the conversation between
11:26:06  15   Mr. Hart and Mr. Cuviello?
11:26:08  16        A.  As I said, bits and pieces.
11:26:11  17        Q.  Okay.  And after that interaction, at what
11:26:27  18   point did you first view the video that you took, if
11:26:33  19   you can recall?
11:26:33  20        A.  Probably that night.
11:26:35  21        Q.  Okay.  Did you have any other interactions
11:26:45  22   with Mr. Hart later that day?
11:26:47  23        A.  I don't recall personally having more
11:26:53  24   interactions with Mr. Hart.
11:26:54  25        Q.  Okay.
```

| | | |
|---|---|---|
| 11:28:02 | 1 | A.  I probably said something like "Absolutely |
| 11:28:06 | 2 | not," or "Are you crazy?" or something.  I don't |
| 11:28:10 | 3 | know. |
| 11:28:10 | 4 | Q.  Okay.  Let's see here. |
| 11:28:30 | 5 | Do you remember what happened next after |
| 11:28:33 | 6 | the interaction with Mr. Hart? |
| 11:28:35 | 7 | A.  So my vague recollection, which is |
| 11:28:37 | 8 | documented in realtime on video -- my vague |
| 11:28:41 | 9 | recollection is Mayfield finally called the watch |
| 11:28:46 | 10 | commander, and they left us alone.  That's my vague |
| 11:28:50 | 11 | recollection.  But it didn't last. |
| 11:28:55 | 12 | Q.  And to be clear, you never moved from the |
| 11:29:00 | 13 | area you wanted to protest; is that correct? |
| 11:29:02 | 14 | A.  That's correct. |
| 11:29:03 | 15 | Q.  Have you heard of the term "probable cause" |
| 11:29:28 | 16 | before? |
| 11:29:28 | 17 | A.  I've heard of it. |
| 11:29:32 | 18 | Q.  What is your understanding of probable |
| 11:29:37 | 19 | cause? |
| 11:29:37 | 20 | A.  I have no -- |
| 11:29:39 | 21 | Q.  As you understand it? |
| 11:29:40 | 22 | A.  -- legal -- |
| 11:29:42 | 23 | Q.  Okay. |
| 11:29:43 | 24 | A.  -- way of telling you what that is.  I have |
| 11:29:47 | 25 | probably a general layperson's understanding of |

```
 1              REPORTER'S CERTIFICATION

 2

 3          I, April Wood Brott, Certified Shorthand Reporter

 4   in and for the State of California, do hereby certify:

 5

 6          That the foregoing witness was by me duly sworn;

 7   that the deposition was then taken before me; that the

 8   testimony and proceedings were reported stenographically

 9   by me and later transcribed into typewriting under my

10   direction; that the foregoing is a true record of the

11   testimony and proceedings taken at that time.

12

13          IN WITNESS WHEREOF, I have subscribed my name

14   on this date:19th day of March 2024.

15

16

17

18

19

20   _____

21          April Wood Brott, CSR No. 13782

22

23

24

25
```