**EXHIBIT "C"**
**Transcript of ASCO**
**Videos**

Audio Transcription

**Body Cams**

Joseph P. Cuviello

vs.

Rowell Ranch Rodeo



www.aptusCR.com | 866.999.8310

**Page 1**

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   JOSEPH P. CUVIELLO and DENIZ
     BOLBOL, individually,
 5
              Plaintiffs,
 6
       v.                        Case No.: 3:23-cv-01652-VC
 7
     ROWELL RANCH RODEO, INC.;
 8   HAYWARD AREA RECREATION AND
     PARK DISTRICT; HAYWARD AREA
 9   RECREATION AND PARK DISTRICT
     PUBLIC SAFETY MANAGER/RANGER
10   KEVIN HART; ALAMEDA COUNTY
     SHERIFF'S OFFICE; ALAMEDA COUNTY
11   DEPUTY SHERIFF JOSHUA MAYFIELD;
     and DOES 1 and 2, in their individual and
12   official capacities, jointly and severally,
13           Defendants.
     _____
14
15
16
17              AUDIO TRANSCRIPTION
18                  BODY CAMS
19
20
21
22
23   Transcribed by:
     Diana Sasseen
24   CSR No. 13456
25   Job No. 10136070
```

**Page 2**

1  Begin File 01.
2  (Clip_1.1)_Axon_Body_3_Video_2022-05-20_1808_X603994B1.
3  mp4
4      PUBLIC SAFETY MGR. HART:  -- find out when it
5  happens.
6      PAT:  No.  No.  You need to tell us now.  You
7  can't --
8      PUBLIC SAFETY MGR. HART:  I'm not -- I don't
9  have any responsibility to tell you that, sir.  What I
10  have responsibility for --
11      PAT:  Are you going to arrest us if we don't go
12  there?
13      DEPUTY MAYFIELD:  You could be arrested for
14  trespassing.
15      PAT:  I want to know --
16      PUBLIC SAFETY MGR. HART:  (Inaudible) in a
17  non-designated area.
18      DEPUTY MAYFIELD:  (Inaudible).
19      PAT:  I don't want to be arrested.  So if
20  you're going to arrest me, I need to know ahead of time.
21      DEPUTY MAYFIELD:  You could be arrested --
22      PUBLIC SAFETY MGR. HART:  Are you the --
23      DEPUTY LASZUK:  (Inaudible).
24      PAT:  I don't want a could be arrested.
25      PUBLIC SAFETY MGR. HART:  All right.

**Page 3**

1      PAT:  I want to know ahead of time.  You need
2  to call your watch commander out here because we have a
3  free speech right.
4      DENIZ:  Yeah, it would be an illegal arrest.
5      PAT:  Let me tell you something.
6      PUBLIC SAFETY MGR. HART:  Sir --
7      PAT:  I'm not talking, I'm talking --
8      PUBLIC SAFETY MGR. HART:  Get our hand out of
9  my.
10      PAT:  No, I'm talking to you.  I'm talking
11  about my right.
12      (End of recording.)
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1  Begin File 02.
2  (Clip_1.1)_Axon_Body_3_Video_2022-05-20_1936_X603994B1.
3  mp4
4      DEPUTY MAYFIELD:  -- you're not blocking the
5  bathroom and you're not blocking this walkway.  There's
6  two paths, right, that people are kind of using.  This
7  is one here and this one here.  And where you guys were
8  standing right in the middle of this past --
9      DENIZ:  You've just got a hard-on for us, don't
10  you?
11      DEPUTY MAYFIELD:  No, not at all.
12      DENIZ:  Yeah, you do.
13      DEPUTY MAYFIELD:  Not at all.  Not at all.
14      DENIZ:  Why are you trying to harass us?
15      DEPUTY MAYFIELD:  Nobody's harassing you guys.
16      DENIZ:  Yeah, you are.
17      DEPUTY MAYFIELD:  I'm just asking you to not to
18  block ingress.  That's all I'm asking.
19      DENIZ:  Nobody's blocking anything.  You're
20  full of -- look behind you, there's no one coming.
21      DEPUTY MAYFIELD:  Ma'am.  Ma'am.
22      DENIZ:  You got to stop harassing me, man.
23      DEPUTY MAYFIELD:  Nobody's harassing you.
24      DENIZ:  What's your name?
25      DEPUTY MAYFIELD:  Deputy Mayfield.

Page 5

1    DENIZ:  Mayfield, you've got to stop harassing
2  us.
3    DEPUTY MAYFIELD:  Badge 2336.
4  Nobody's harassing you.
5    DENIZ:  You going to be out here all week- --
6  (End of recording.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1    DENIZ:  We know.  We're not doing that.
2    DEPUTY LASZUK:  We're just --
3    DEPUTY MAYFIELD:  There is a designated area
4  for you guys.
5    DENIZ:  We know that.
6    DEPUTY MAYFIELD:  If you guys go over there,
7  great; if you choose to stay here, just let's keep it
8  peaceful.
9    DENIZ:  Absolutely.
10    DEPUTY MAYFIELD:  Right?
11    PAT:  Always.  Always.
12    DEPUTY MAYFIELD:  Let's not -- let's not, you
13  know, yell at patrons that decide to come here.
14    PAT:  We've been out here for many years.
15    DEPUTY MAYFIELD:  It's their choice to attend
16  this event just like it's your choice not to like the
17  event, right?
18    DENIZ:  That's right.  And you're not going to
19  attract anyone to your side if you're rude to them.
20    PAT:  We're just exercising our free speech
21  rights.
22    DEPUTY MAYFIELD:  So we're all going to be
23  peaceful and --
24    PAT:  We're just exercising our free speech
25  right.

Page 6

1  Begin File 03.
2  Axon_Body_3_Video_2022-05-20_1757_X603994B1.mp4
3    DEPUTY LASZUK:  Hello.  How you doing?
4    PAT:  How are you?
5    DEPUTY LASZUK:  So we're with the sheriff's
6  office, obviously.  We just want to say hello and let
7  you know --
8    PAT:  Thank you.
9    DEPUTY LASZUK:  -- we're going to be hanging
10  out here.
11    PAT:  Thank you.
12    DEPUTY LASZUK:  Free speech, we get that,
13  that's totally cool.
14    PAT:  We have no intention of blocking anybody.
15    DEPUTY LASZUK:  Okay.
16    DENIZ:  Yeah, we don't want to block ingress or
17  egress.
18    DEPUTY LASZUK:  Basically all we're here is to
19  play nice; you know what I mean?
20    DENIZ:  Absolutely.
21    DEPUTY LASZUK:  That's all we ask, you know.
22    DENIZ:  We will.  We appreciate that.
23    DEPUTY LASZUK:  You're very welcome.
24    They actually want you guys to be over in
25  that --

Page 8

1    DENIZ:  Did you hear what I said?
2    DEPUTY MAYFIELD:  No problem.
3    DENIZ:  We're not going to attract people to
4  (inaudible) if you're yelling nasty at them.
5    DEPUTY LASZUK:  Yes, ma'am.
6    DENIZ:  So we're trying to encourage
7  compassion.
8    DEPUTY MAYFIELD:  You guys have a great
9  evening.
10    DENIZ:  Thank you.  You too.
11    DEPUTY MAYFIELD:  Let us know if you need
12  anything.
13    (End of recording.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 9

1  Begin File 04.

2  Axon_Body_3_Video_2022-05-20_1757_X603995M6 no sound.mp4

3      DEPUTY LASZUK:  Hello.

4      PAT:  Hi.

5      DEPUTY LASZUK:  How you doing?

6      PAT:  Good.  How are you?

7      DEPUTY LASZUK:  Hey, so we're just with the

8  sheriff's office obviously.  We just wanted to say hello

9  and, you know, let you know basically we're going to be

10  hanging out here.  It's free speech, we get that; that's

11  totally cool.

12      PAT:  Thank you.

13      We have no intention of blocking anybody.

14  DEPUTY LASZUK:  Okay.

15      DENIZ:  We don't want to block ingress or

16  egress.

17      DEPUTY LASZUK:  Yeah, okay.  Basically all

18  we're here is to play nice; you know what I mean?

19      DENIZ:  Absolutely.

20      DEPUTY LASZUK:  That's all we ask, you know.

21      DENIZ:  We will.  And we appreciate that.

22      DEPUTY LASZUK:  You're very welcome.

23      They actually want you guys to be over in

24  that --

25      DENIZ:  We know.

Page 10

1      DEPUTY LASZUK:  Okay.

2      DENIZ:  We're not doing that.

3      DEPUTY LASZUK:  Okay.  We're just -- yeah,

4  we're just letting you know.

5      DENIZ:  All right.

6      DEPUTY MAYFIELD:  There's a designated area for

7  you guys.

8      DENIZ:  We know that.

9      DEPUTY MAYFIELD:  You guys go over there,

10  great; if you choose to stay here, just let's keep it

11  peaceful.

12      DENIZ:  Absolutely.

13      PAT:  Always.  Always.

14      DENIZ:  Always.

15      DEPUTY MAYFIELD:  Let's not yell at patrons who

16  decide to come in here.

17      PAT:  We've been out here, we've been at it for

18  many years, no problems.

19      DEPUTY MAYFIELD:  It's their choice to attend

20  this event just like it's your choice not to like the

21  event, right?

22      DENIZ:  That's right.  And you're not going to

23  attract anyone to your side if you're rude to them.

24      PAT:  We're just exercising our free speech

25  rights.

Page 11

1      DEPUTY MAYFIELD:  We're all going to be

2  peaceful.

3      PAT:  We're just exercising our free speech

4  rights.

5      DENIZ:  Did you hear what I said?

6      DEPUTY MAYFIELD:  No problem.

7      DENIZ:  You're not going to attract people to

8  your message if you're yelling nasty to them.

9      DEPUTY LASZUK:  Right.  No.

10      DENIZ:  So we're trying to encourage

11  compassion.

12      DEPUTY MAYFIELD:  Thank you appreciate it.

13      DEPUTY LASZUK:  That's it.  That's it.  Right

14  on.  All right.  Have a safe night.

15      DENIZ:  Oh, thank you very much.  We appreciate

16  it.

17      (End of recording.)

18

19

20

21

22

23

24

25

Page 12

1  Begin File 05.

2  Axon_Body_3_Video_2022-05-20_1758_X6039A6A9.mp4

3      DEPUTY LASZUK:  That's all we ask, you know.

4      DENIZ:  We will.  And we appreciate that.

5      DEPUTY LASZUK:  They actually want you guys to

6  be over --

7      DENIZ:  We know.

8      DEPUTY LASZUK:  Okay.

9      DENIZ:  We're not doing that.

10      DEPUTY LASZUK:  Okay.  We're just letting you

11  know.

12      DENIZ:  All right.

13      DEPUTY MAYFIELD:  There's a designated area for

14  you guys.

15      DENIZ:  We know that.

16      DEPUTY MAYFIELD:  If you guys move over there,

17  great; if you choose to stay here, just let's keep it

18  peaceful.

19      DENIZ:  Absolutely.

20      PAT:  Always.  Always.

21      DENIZ:  Always.

22      PAT:  We've been out here, we've been at it for

23  many years, no problems.

24      DEPUTY MAYFIELD:  Don't yell at patrons who

25  decide to come here --

Page 13

1      DENIZ:  No.
2      DEPUTY MAYFIELD:  It's their choice to
3  attend this event just like it's your choice not to like
4  their event, right?
5      DENIZ:  That's right.  And you're not going to
6  attract anyone to your side if you're rude to them.
7      PAT:  We're just exercising our free speech
8  rights.
9      DEPUTY MAYFIELD:  We're all going to be
10  peaceful and --
11      PAT:  We're just exercising our free speech
12  rights.
13      DENIZ:  Did you hear what I said?
14      You're not going to attract people to your
15  message if you're yelling nasty at people.
16      DEPUTY LASZUK:  Right.  No.
17      DENIZ:  So we're trying to encourage
18  compassion.
19      DEPUTY MAYFIELD:  You guys have a great
20  evening.
21      DENIZ:  Thank you.  You too.
22      DEPUTY MAYFIELD:  Let us know if you need
23  anything.
24      DENIZ:  Oh, thank you very much.
25      (End of recording.)

Page 14

1  Begin File 06.
2  Axon_Body_3_Video_2022-05-20_1808_X603994B1.mp4
3      PAT:  Hello, everyone.
4      DEPUTY LASZUK:  Hi.
5      PUBLIC SAFETY MGR. HART:  I'm Kevin Hart.  I'm
6  the public safety manager from Parks (inaudible).
7      You guys are not in the designated area that
8  you need to be.
9      UNIDENTIFED SPEAKER:  Where is that?
10      DENIZ:  No.  No.  No.  We're not going to the
11  designated area.
12      UNIDENTIFIED SPEAER:  Just listen to them.
13  They know what's going on.  (Inaudible)
14      DENIZ:  Hold on.  Hold on.  Hold on.
15      PUBLIC SAFETY MGR. HART:  No, the designated
16  area, here is the map.
17      DENIZ:  Are you recording, Pat?
18      PAT:  Yeah.
19      DENIZ:  Get his name again.
20      UNIDENTIFIED SPEAKER:  You have to start again.
21  (inaudible).
22      PAT:  Kevin Hart you said, right?
23      PUBLIC SAFETY MGR. HART:  I did say that.
24      So here's the designated area.  I'm asking you
25  to go to the designated area that's been predesignated

Page 15

1  and approved.  All right?  Failure to do so, all right,
2  will not be good.
3      DENIZ:  We're not going.
4      PAT:  What is going to happen if we don't do
5  so?  What's going to happen if we don't do so?
6      PUBLIC SAFETY MGR. HART:  You'll have to figure
7  that out when it happens
8      PAT:  No.  No.  No.  You need to tell us now.
9  You can't --
10      PUBLIC SAFETY MGR. HART:  I'm not going to -- I
11  don't have any responsibility to tell you that, sir.
12  What I have a responsibility to do --
13      PAT:  Are you going to arrest us if we don't go
14  there?
15      DEPUTY MAYFIELD:  You could be arrested for
16  trespassing.
17      PAT:  I want to know.
18      PUBLIC SAFETY MGR. HART:  You're in a
19  non-designated area.
20      PAT:  I don't want to be arrested, so if you're
21  going to arrest me, I need to know ahead of time.
22      PUBLIC SAFETY MGR. HART:  Are you (inaudible)?
23      DEPUTY MAYFIELD:  You could be arrested.
24      PAT:  I don't want to be could be arrested, I
25  want to know ahead of time.

Page 16

1      You need to call your watch commander out here
2  because we have a free speech right.
3      DENIZ:  Yeah, it would be an illegal arrest.
4      PAT:  Let me tell you something.
5      PUBLIC SAFETY MGR. HART:  Sir --
6      PAT:  I'm not talking, I'm talking --
7      PUBLIC SAFETY MGR. HART:  Sir, get your hand
8  out of my face
9      PAT:  No, I'm talking to you.
10      DEPUTY MAYFIELD:  Would you like --
11      PAT:  I'm telling you about my rights.  This is
12  a public park, quintessential public forum and the first
13  amendment of our California Constitution, it's open to
14  the public.  You can put us in an area if you want, if
15  you have a significant interest.  There's no significant
16  interest to put us over there.  We're not blocking here,
17  there's nothing going on.
18      So if -- if you're going to arrest us, I want
19  to know, because I don't want to be arrested.  So if
20  you're going to arrest me illegally, I want to know
21  because I don't want to be arrested.  And there's none
22  of this maybe, could be; I want you to tell me before,
23  I'm going to arrest you if you don't leave.  If you
24  don't tell me that, then there's a big problem.
25      DENIZ:  I think they're just messing with you,

**Audio Transcription**

Page 17

1  Pat.

2  DEPUTY MAYFIELD: I'm not required to tell
3  you whether I will arrest --

4  PAT: Yeah, you are. Yes, you are. If I'm
5  asking you, you have to.

6  DEPUTY MAYFIELD: Negative.

7  PAT: Yeah. Yes.

8  PUBLIC SAFETY MGR. HART: So, Pat --

9  PAT: No, not moving.

10  DENIZ: I'm not moving.

11  PAT: If you guys want to go over there, you go
12  ahead.

13  PUBLIC SAFETY MGR. HART: You don't have too
14  much of a choice, right?

15  PAT: No, I have plenty of choice.

16  PUBLIC SAFETY MGR. HART: I'm asking you
17  nicely.

18  PAT: You can ask all the nice you want.

19  PUBLIC SAFETY MGR. HART: Let me -- Pat --

20  PAT: I don't give up my rights because
21  somebody's asks nicely.

22  PUBLIC SAFETY MGR. HART: -- will you let me
23  finish?

24  PAT: No, you're done, you're finished. I'm
25  not going. I'm not going. Period.

Page 18

1  PUBLIC SAFETY MGR. HART: Just let me finish

2  PAT: I'm not going. I'm not going. You can
3  ask me nicely here. I do not give up my rights no
4  matter how nicely somebody asks me.

5  PUBLIC SAFETY MGR. HART: You don't have a
6  right to be (inaudible) property --

7  PAT: I do. It's a public park.

8  DENIZ: We've been on this property every year.

9  PAT: It's a public park, quintessential first
10  amendment forum.

11  PUBLIC SAFETY MGR. HART: Has nothing to do
12  with it.

13  DEPUTY MAYFIELD: This is private event, sir.

14  PAT: Doesn't matter, it's open to the public.

15  DEPUTY MAYFIELD: It's a private event.

16  PAT: It's a private event, okay, open to the
17  public, it's a public park, doesn't matter.

18  DENIZ: (Inaudible) what happens (inaudible).

19  DEPUTY MAYFIELD: This is not --

20  PAT: (Inaudible) public right of way.

21  DEPUTY MAYFIELD: This is a public event.

22  PAT: Look up Six Flags.

23  PUBLIC SAFETY MGR. HART: Are you refusing to
24  leave?

25  PAT: I just won a lawsuit.

Page 19

1  Yes, I am.

2  PUBLIC SAFETY MGR. HART: Refusing to leave.
3  Are you refusing to leave?

4  PAT: Yes, I am.

5  PUBLIC SAFETY MGR. HART: Are you refusing to
6  leave?

7  PAT: Only if you want.

8  UNIDENTIFIED SPEAKER: What did you say?

9  PAT: I'm not leaving.

10  UNIDENTIFIED SPEAKER: I'm not leaving.

11  PAT: If they arrest us, they will be sued for
12  damages.

13  PUBLIC SAFETY MGR. HART: Well, that happens
14  sometimes. But you're going to have to leave

15  PAT: No, I'm not leaving.

16  PUBLIC SAFETY MGR. HART: I'm asking you nicely
17  to leave

18  PAT: You can ask as nice as you want, I don't
19  give up my rights.

20  PUBLIC SAFETY MGR. HART: You don't -- you're
21  not giving up any rights

22  PAT: I am. I have a right to be right where I
23  am.

24  PUBLIC SAFETY MGR. HART: You don't have the
25  right to (inaudible) any place (inaudible).

Page 20

1  (Inaudible).

2  (Audio muted.)

3  DEPUTY MAYFIELD: All right. So what we're
4  going to ask and require -- you guys can come over here
5  so you can hear me, please.

6  DENIZ: I can hear you.

7  DEPUTY MAYFIELD: -- is to stay out of the
8  walkway so you're not blocking ingress and egress.

9  PAT: We know that's what we're doing.

10  DEPUTY MAYFIELD: Yeah, but, sir, you keep
11  standing in the middle of the walkway trying to give
12  people fliers.

13  UNIDENTIFIED SPEAKER: That's where people are.
14  I'm handing them (inaudible).

15  PAT: He's not blocking anybody.

16  DEPUTY MAYFIELD: I need you to stand -- I need
17  you to stand off the walkway.

18  PAT: He's not blocking anybody. You know
19  that. You just -- you just want to make a problem.

20  DEPUTY MAYFIELD: No.

21  PAT: I knew from the get-go when you walked up
22  you had that energy.

23  DEPUTY MAYFIELD: Sir. Sir.

24  PAT: So we're not blocking anybody.

25  DEPUTY MAYFIELD: I have nothing but positive

**Audio Transcription**

Page 21

1  energy.
2      PAT:  No, you do not.
3      DEPUTY MAYFIELD:  I'm in a great mood.
4      PAT:  You do not.  I saw you from the get-go.
5  The other guy was nice, and you had this energy --
6      DEPUTY MAYFIELD:  You don't even know me.
7      PAT:  I know you because I've met cops like you
8  so many times.  I filed lawsuits against cops like you.
9  I know you like the back of my hand.
10      DEPUTY MAYFIELD:  Okay.  Sir, stay out of the
11  walkway, please, okay?  Don't block anybody, don't step
12  in front of anybody because now you're blocking their
13  entrance.
14      PAT:  You weren't blocking anybody.
15      UNIDENTIFIED SPEAKER:  I wasn't blocking
16  anybody.
17      DEPUTY MAYFIELD:  You can hand out fliers all
18  the want.
19      PAT:  He's not blocking anybody.
20      DEPUTY MAYFIELD:  You guys can talk all you
21  want.
22      PAT:  He's not blocking anybody, you're fine.
23  We never block anybody.
24      UNIDENTIFIED SPEAKER:  So if we stand to the
25  side of them and hand them, but don't like stand

Page 22

1  directly in front of them.
2      DEPUTY MAYFIELD:  Don't stand directly in front
3  of them.  And if you can, please stay out of the
4  walkway.  That's all we're asking.
5      UNIDENTIFIED SPEAKER:  Can't force them to take
6  a leaflet.  You can only put it in front of them.
7      DEPUTY MAYFIELD:  Sir.
8      UNIDENTIFIED SPEAKER:  Yes, sir.
9      DEPUTY MAYFIELD:  This paved area is the
10  walkway.  If you could stand --
11      DENIZ:  He's not in anyone's way.  There's no
12  one coming.
13      DEPUTY MAYFIELD:  Ma'am.  Ma'am.
14      DENIZ:  There's no one coming.
15      DEPUTY MAYFIELD:  I'm asking him to stand out
16  of the walkway.
17      DENIZ:  There's no one coming.
18      DEPUTY MAYFIELD:  Regardless if people are
19  coming, this area needs to be clear.
20      DENIZ:  It's clear.  One person standing here
21  is not a big deal.
22      DEPUTY MAYFIELD:  So I need to stand off the
23  walkway.
24      DENIZ:  So when that little girl's standing
25  there, she can't stand there?  That little girl can't

Page 23

1  stand there?
2      DEPUTY MAYFIELD:  Did you hear what I said?
3      DENIZ:  Did you hear what I said?
4      DEPUTY MAYFIELD:  That's all I'm asking.
5      DENIZ:  I'm asking you, can that little girl
6  not stand there?
7      DEPUTY MAYFIELD:  The one that's walking?
8      DENIZ:  She was standing there for a minute
9  while you were looking at me.
10      DEPUTY MAYFIELD:  Standing there waiting for
11  her parents?
12      DENIZ:  That's right.  That's right.
13      DEPUTY MAYFIELD:  You're standing here wanting
14  to give freedom of speech, which you can do, I'm just
15  asking you to be off the walkway.
16      UNIDENTIFIED SPEAKER:  Rodeo hurts and injures
17  animals.
18      DENIZ:  Very sad for the animals.
19      DEPUTY MAYFIELD:  Okay?  Thank you.
20      DENIZ:  It's very sad for the animals.
21  (Inaudible).
22      (End of recording.)
23
24
25

Page 24

1  Begin File 07.
2  Axon_Body_3_Video_2022-05-20_1810_X6039A6A9.mp4
3      DENIZ:  I'm not leaving here.
4      PUBLIC SAFETY MGR. HART:  You don't have a
5  right to be on this property.
6      PAT:  Yes, I absolutely do.
7      DENIZ:  We've been on this property every year.
8      PAT:  It's a public park, quintessential first
9  amendment forum.
10      PUBLIC SAFETY MGR. HART:  It has nothing to do
11  with it, sir.
12      PAT:  Absolutely.
13      DEPUTY MAYFIELD:  This is a private event, sir.
14      PAT:  Doesn't matter, it's open to the public.
15      DEPUTY MAYFIELD:  It's a private event.
16      PAT:  It's a private event open to the public,
17  public park, doesn't matter.
18      DENIZ:  What happened?  What happened to what
19  you said?
20      PAT:  Does not matter.
21      DEPUTY MAYFIELD:  This is a private event.
22      PAT:  Look up Six Flags.  I just won a
23  lawsuit.
24      PUBLIC SAFETY MGR. HART:  Are you refusing to
25  leave?

Page 25

1    PAT:  Yes, I am.

2    PUBLIC SAFETY MGR. HART:  Refusing to leave.

3  Are you refusing to leave?

4    UNIDENTIFIED SPEAKER:  What did you say?

5    PAT:  I'm not leaving.

6    UNIDENTIFIED SPEAKER:  I'm not leaving.

7    PAT:  (Inaudible).

8    PUBLIC SAFETY MGR. HART:  Well, it happens

9  sometimes, but (inaudible) -- you're not giving up any

10  rights.

11    PAT:  I am.  I have a right to be

12  (inaudible) -- not giving up my rights.

13    PUBLIC SAFETY MGR. HART:  All right.

14    PAT:  Not giving up my rights.

15    PUBLIC SAFETY MGR. HART:  Okay.

16    Are you refusing to leave as well, ma'am?  I

17  just want to make it clear.

18    DENIZ:  I'm not going to leave.  (Inaudible).

19    PUBLIC SAFETY MGR. HART:  Do you refuse to

20  leave as well?

21    DEPUTY LASZUK:  (Inaudible).

22    PUBLIC SAFETY MGR. HART:  All right.

23    DENIZ:  I don't block ingress or egress, I just

24  hand out information and I do not cause no problems.  So

25  you're causing the problem.

Page 26

1    PUBLIC SAFETY MGR. HART:  You're not in the

2  designated area.

3    PAT:  Doesn't matter.

4    DENIZ:  Doesn't matter.

5    PAT:  Designated area is not a legal free

6  speech area.  It's unconstitutional.

7    PUBLIC SAFETY MGR. HART:  Okay.

8    PAT:  Not going to pass Constitution master.

9    DENIZ:  Now he's calling his boss to see if he

10  can get permission to arrest us.  It's so ridiculous.

11  We've been here every year before.

12    PAT:  It's just amazing how the police are

13  willing to violate rights when (inaudible).

14    DENIZ:  Well, they want to, but hopefully their

15  watch commander has a more level head.

16    They don't love America.

17    PAT:  They're sworn to uphold the Constitution

18  and they don't even know what the hell it says.

19    DENIZ:  They don't even care.

20    PAT:  They don't know what it means.

21    DENIZ:  They all go along with it, hold the

22  blue line.

23    PAT:  The Constitution to them is whatever the

24  private property owner -- or whatever the private entity

25  says is their rights.  It's just amazing.

Page 27

1    DENIZ:  So sad for the animals.  Very sad for

2  the animals.

3    Funny thing is before the sheriff just came up

4  and said everything's fine, now this guy comes up, and

5  now all of a sudden he's trying to do some bidding for

6  the --

7    PAT:  (Inaudible).

8    DENIZ:  -- rodeo.

9    Yeah, he is, he's right behind you.

10    Who knows what kind of lies he's telling the

11  watch commander.  Oh, they're blocking ingress.

12    He just wants to do their bidding, and all

13  these other cops just sit along and go along.

14    So sad for these poor animals.

15    UNIDENTIFIED SPEAKER:  What is (inaudible)?

16    PAT:  What's that?

17    UNIDENTIFIED SPEAKER:  (Inaudible)?

18    PAT:  Yeah, that's what he's saying.

19  (Inaudible).

20    DENIZ:  Come over a little more.  They all want

21  to stand in front of your sign.  I think it's kind of

22  rude, but I think we just have to move around them.

23    (Inaudible).

24    DENIZ:  Pat, I'll hold this, go ahead.

25    PAT:  Go ahead what?

Page 28

1    Go ahead.  Bring the sign up.

2    (Cross-talk.)

3    DENIZ:  The flank strap (inaudible).  The flank

4  strap (inaudible).

5    That's the only reason they buck.  It's the

6  only reason.

7    UNIDENTIFIED SPEAKER:  (Inaudible).

8    DENIZ:  Then they did this one article, this

9  guy (inaudible).  That's where we got the pictures, from

10  the livestock magazine.  That's where you get your best

11  pictures, from the industry.

12    DEPUTY MAYFIELD:  Even though they're not in a

13  designated area, they're not blocking ingress or egress.

14    (End of recording.)

15

16

17

18

19

20

21

22

23

24

25

Page 29

1  Begin file 08.

2  Axon_Body_3_Video_2022-05-20_1819_X6039A6A9.mp4

3      DEPUTY MAYFIELD:  (Inaudible).

4      DENIZ:  I can hear you.

5      DEPUTY MAYFIELD:  (Inaudible).

6      PAT:  We know that.

7      DENIZ:  We know that.

8      DEPUTY MAYFIELD:  You keep standing in the

9  middle of the walkway.

10     UNIDENTIFIED SPEAKER:  That's where people are,

11  I'm (inaudible).

12     PAT:  He's not blocking anybody.

13     DEPUTY MAYFIELD:  (Inaudible).

14     PAT:  He's not blocking anybody, you know that.

15  You just -- you just want to make a problem.

16     DEPUTY MAYFIELD:  No.

17     PAT:  I knew from the get-go when you walked up

18  you had that energy.

19     DEPUTY MAYFIELD:  Sir.  Sir.

20     PAT:  So we're not blocking anybody.

21     DEPUTY MAYFIELD:  (Inaudible).

22     PAT:  No, you do not, you do not.  I saw you

23  from the get-go.  The other guy was nice, and you had

24  this energy.

25     DEPUTY MAYFIELD:  You don't even know me.

Page 30

1      PAT:  I know you because I've met cops like you

2  so many times.  I've filed lawsuits against cops like

3  you.  I know you like the back of my hand.

4      DEPUTY MAYFIELD:  (Inaudible) okay?  Don't

5  block anybody (inaudible).

6      PAT:  You weren't blocking anybody.

7      UNIDENTIFIED SPEAKER:  I wasn't blocking

8  anybody.

9      DEPUTY MAYFIELD:  (Inaudible).  You guys can

10  talk all (inaudible).

11     PAT:  You weren't blocking anybody.  You're

12  fine.  We never block anybody.

13     DEPUTY MAYFIELD:  (Inaudible).

14     UNIDENTIFIED SPEAKER:  (Inaudible) to the side

15  if you want, but don't stand directly (inaudible).

16     DEPUTY MAYFIELD:  Just (inaudible) walkway.

17     PAT:  (Inaudible)

18     DEPUTY MAYFIELD:  (Inaudible).

19     DENIZ:  He's not in anyone's way.  There's no

20  one coming.

21     DEPUTY MAYFIELD:  (Inaudible).

22     DENIZ:  There's no one coming.

23     DEPUTY MAYFIELD:  (Inaudible).

24     DENIZ:  There's no one coming.

25     DEPUTY MAYFIELD:  (Inaudible).

Page 31

1      DENIZ:  It's clear.  One person standing here

2  is not a big deal.

3      DEPUTY MAYFIELD:  (Inaudible).

4      DENIZ:  So when that little girl is standing

5  there she can't stand there?  That little girl can't

6  (inaudible).

7      DEPUTY MAYFIELD:  (Inaudible).

8      DENIZ:  Did you hear what I said?

9      I'm asking, can that little girl not stand

10  there?

11     DEPUTY MAYFIELD:  The one that's walking?

12     DENIZ:  She was standing there for a minute

13  while you were looking at me.

14     DEPUTY MAYFIELD:  Standing there looking

15  (inaudible)?

16     DENIZ:  That's right.  That's right.

17     DEPUTY MAYFIELD:  (Inaudible).

18     UNIDENTIFIED SPEAKER:  No time for the

19  animals.

20     DENIZ:  (Inaudible).

21     UNIDENTIFIED SPEAKER:  (Inaudible) cattle

22  ranch --

23     DENIZ:  They're bucking because (inaudible).

24     UNIDENTIFIED SPEAKER:  (Inaudible) times

25  (inaudible) talk to other people, because you guys are

Page 32

1  just --

2      (End of recording.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 33

1  Begin File 09.

2  Axon_Body_3_Video_2022-05-20_1820_X603995M6.mp4

3      DENIZ: -- little girl standing there, she

4  can't stand there?  That little girl can't stand there?

5      DEPUTY MAYFIELD:  Did you hear what I said?

6      DENIZ:  Did you hear what I said?

7      DEPUTY MAYFIELD:  That's all I'm asking.

8      DENIZ:  I'm asking you.  Can that little girl

9  not stand there?

10      DEPUTY MAYFIELD:  The one that's walking?

11      DENIZ:  She was standing there for a minute

12  while you were looking at me.

13      DEPUTY MAYFIELD:  Standing there waiting for

14  her parents?

15      DENIZ:  That's right.  That's right.

16      DEPUTY MAYFIELD:  Yes.  You're standing here

17  wanting to give freedom of speech, which you can do, I'm

18  just asking you to be off the walkway.

19      UNIDENTIFIED SPEAKER:  Rodeo hurts and injures

20  animals.

21      DENIZ:  Very sad for the animals.

22      UNIDENTIFIED SPEAKER:  Animals die because of

23  the injuries they receive.

24      UNIDENTIFIED SPEAKER:  Animals die because we

25  eat them.

Page 34

1      DENIZ:  That's true, and it's very sad for the

2  animals how you torture the animals for entertainment.

3  These cows aren't bucking because they want to, the

4  bulls don't buck because they want to.

5      UNIDENTIFIED SPEAKER:  (Inaudible) cattle

6  ranch --

7      DENIZ:  They're bucking because you're

8  inflicting pain on them.  That's what you girls are

9  watching.

10      UNIDENTIFIED SPEAKER:  (Inaudible) talk to

11  other people because you guys are just -- you're

12  harassing people --

13      DENIZ:  They're inflicting pain on these poor

14  animals.

15      UNIDENTIFIED SPEAKER:  -- and this is a way of

16  life.

17      DENIZ:  Very sad for the animals.

18      UNIDENTIFIED SPEAKER:  You guys (inaudible).

19      DENIZ:  Very sad for the animals.

20      UNIDENTIFIED SPEAKER:  Yeah, well, the animals

21  wouldn't exist if we didn't eat them.

22      DENIZ:  Very sad for the animals.

23      UNIDENTIFIED SPEAKER:  The animals -- nobody's

24  raising cattle --

25      DENIZ:  God didn't animals before we came

Page 35

1  along.

2      UNIDENTIFIED SPEAKER:  No, domesticated animals

3  are a very different thing.  I'm an evolutionist, okay?

4  So we -- the only reason cattle exist the way they do is

5  because we domesticated them (inaudible).

6      UNIDENTIFIED SPEAKER:  This is --

7      UNIDENTIFIED SPEAKER:  We're working on the

8  solution.

9      UNIDENTIFIED SPEAKER:  No, they would not

10  exist --

11      DENIZ:  If they don't exist then you couldn't

12  torture them (inaudible).

13      UNIDENTIFIED SPEAKER:  You guys are too nice.

14      UNIDENTIFIED SPEAKER:  That's 2022 for you.

15      UNIDENTIFIED SPEAKER:  But you could stop

16  (inaudible).

17      (End of recording.)

18

19

20

21

22

23

24

25

Page 36

1  Begin File 10.

2  Axon_Body_3_Video_2022-05-20_1822_X603994B1.mp4

3      UNIDENTIFIED SPEAKER:  (Inaudible).

4      UNIDENTIFIED SPEAKER:  They just --

5      UNIDENTIFIED SPEAKER:  You can walk in.

6      PUBLIC SAFETY MGR. HART:  (Inaudible).

7      DEPUTY MAYFIELD:  But it's still an event, open

8  to the public, technically open to the public, right?

9      UNIDENTIFIED SPEAKER:  Yeah.  Yeah.

10      DEPUTY MAYFIELD:  So that's where we get

11  stuck --

12      GARY:  I know.  I know.  I'm not blaming you

13  all.

14      DEPUTY MAYFIELD:  No, I get it.  I know you're

15  not.  So I'm with you guys, but there's a certain line

16  we have to kind of tow.

17      UNIDENTIFIED SPEAKER:  Absolutely.

18      DEPUTY MAYFIELD:  All right.

19      UNIDENTIFIED SPEAKER:  And we know they're out

20  here pushing their boundaries.  That's their M.O.

21      DEPUTY MAYFIELD:  That's what they want to

22  do.

23      UNIDENTIFIED SPEAKER:  Yeah, exactly.

24      PUBLIC SAFETY MGR. HART:  And they want us to

25  push them back.

Page 37

1    DEPUTY MAYFIELD:  And they want us to push
2    back.
3        PUBLIC SAFETY MGR. HART:  We could do that, and
4    then we all get sued.  So we're just trying to protect
5    everybody, you guys included, all right?  Because every
6    one of your board members will be named.
7        GARY:  They'll probably get (inaudible).  The
8    one guy who's harassing the people coming in, I just
9    stepped in front of him and said, hey, you can't do --
10   you can't -- he's touching me.
11       PUBLIC SAFETY MGR. HART:  Yeah.
12       UNIDENTIFIED SPEAKER:  Make a training of this.
13       (Inaudible).
14       PUBLIC SAFETY MGR. HART:  These guys will keep
15   an eye on it.  (Inaudible).
16       (End of recording.)
17
18
19
20
21
22
23
24
25

Page 38

1    Begin File 11.
2    Axon_Body_3_Video_2022-05-20_1826_X603994B1.mp4
3        DEPUTY MAYFIELD:  Hey boss.  Hey boss.
4        UNIDENTIFIED SPEAKER:  Yes.
5        DEPUTY MAYFIELD:  Okay.  You're still standing,
6    stepping in front of people.  See how people are having
7    to go around you?  I need you to be on the side.  You
8    can pass out fliers all you want, I have no problem with
9    that, but if you continue to step out in front of people
10   to the fact that they have to go around you, (inaudible)
11   their path, you're blocking their (inaudible), okay?
12   That's why I want you to stand on the side.  You can
13   talk all you want, you can hand out the fliers all you
14   want, I just -- you can't be blocking people like that.
15   You keep stepping in front of them.
16       UNIDENTIFIED SPEAKER:  Does Pat understand what
17   you're saying?
18       DEPUTY MAYFIELD:  I'm explaining it to you,
19   because you keep doing it.
20       UNIDENTIFIED SPEAKER:  I'll take direction from
21   him.
22       DEPUTY MAYFIELD:  Okay.  But I'm telling you if
23   you continue to do it, it may escalate.
24       DENIZ:  (Inaudible).  You're too nice, he just
25   doesn't know how nice you are.

Page 39

1    DEPUTY MAYFIELD:  It has nothing to do with
2    being nice, ma'am.
3        DENIZ:  Oh, he won't (inaudible).
4        DEPUTY MAYFIELD:  I'm not saying he will.
5        DENIZ:  Yeah.  We deal with the Grand National
6    Rodeo.  They're going to -- and they sit in the parking
7    lot and drink and drink and drink before they come in.
8    Let me tell you.  That's a real crowd.  Shall are say,
9    that's a real unruly crowd.
10       DEPUTY MAYFIELD:  Yeah.  I bet.
11       (Inaudible).
12       (End of recording.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 40

1    Begin File 12.
2    Axon_Body_3_Video_2022-05-20_1900_X60A15126.mp4
3        DEPUTY MAYFIELD:  -- camera turned on.
4        DEPUTY LASZUK:  Mine didn't even turn on.
5        DEPUTY MAYFIELD:  Drained the battery.
6        DEPUTY LASZUK:  (Inaudible).
7        DEPUTY MAYFIELD:  I didn't know.  We go on
8    call, and I go to pull my TASER out, and --
9        UNIDENTIFIED SPEAKER:  We're getting new ones
10   in --
11       (End of recording.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 41

1  Begin File 13.
2  Axon_Body_3_Video_2022-05-20_1900_X603994B1.mp4
3      DEPUTY MAYFIELD:  Camera check.
4      UNIDENTIFIED SPEAKER:  Mine didn't even turn
5  on.
6      (End of recording.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 42

1  Begin File 14.
2  Axon_Body_3_Video_2022-05-20_1901_X6039A6A9.mp4
3      DEPUTY MAYFIELD:  Camera check.
4      UNIDENTIFIED SPEAKER:  Mine didn't even turn
5  on.
6      (End of recording.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 43

1  Begin File 15.
2  Axon_Body_3_Video_2022-05-20_1936_X60A15126.mp4
3      DENIZ:  You're full of it.  Look behind you.
4  There's no one coming.
5      You've got to stop harassing me.  What's your
6  name?
7      DEPUTY MAYFIELD:  (Inaudible).
8      DENIZ:  Mayfield, you got to stop harassing
9  us.
10      DEPUTY MAYFIELD:  Nobody's harassing you.
11      DENIZ:  You're going to be out here all
12  weekend.  It's going to be unpleasant.
13      DEPUTY MAYFIELD:  (Inaudible).
14      DENIZ:  No.  I can stand in the walkway.
15  Didn't your watch commander tell you?
16      DEPUTY MAYFIELD:  No, you can't.  You can't --
17      DENIZ:  Yes, I can.
18      DEPUTY MAYFIELD:  Ma'am, you cannot block
19  ingress (inaudible).
20      DENIZ:  Do you see anyone ingressing?
21      DEPUTY MAYFIELD:  Ma'am.
22      DENIZ:  Sir.  Sir.  Look around.
23      DEPUTY MAYFIELD:  It doesn't matter if --
24      DENIZ:  Look around.
25      DEPUTY MAYFIELD:  (Inaudible).

Page 44

1      DENIZ:  Oh, my God, you don't understand the
2  law.
3      DEPUTY MAYFIELD:  I do understand the law.
4      DENIZ:  No, you don't.  You thought you were
5  going to arrest us before.  You were wrong then, you're
6  wrong now.  You're wrong.
7      DEPUTY MAYFIELD:  (Inaudible).
8      DENIZ:  You're wrong.  You need to learn about
9  this.  You need -- you know what, I'm going to write a
10  letter telling your deputies you need to learn -- your
11  compadres, I don't know about you, but the white guy, he
12  was -- he knew what he was talking about.  You should
13  learn from him.  It's too bad you have seniority.  I'm
14  assuming you do, because you're very bullish.
15      DEPUTY MAYFIELD:  All I'm asking -- I'm not
16  (inaudible).
17      DENIZ:  You're very bullish.
18      DEPUTY MAYFIELD:  If anybody (inaudible).
19      DENIZ:  You're harassing me, and you're
20  blocking my sign.
21      DEPUTY MAYFIELD:  You can't stand in the middle
22  of the walkway.
23      DENIZ:  I'm asking you to stop harassing me.
24      DEPUTY MAYFIELD:  That's all I'm asking you.
25      DENIZ:  Stop harassing me.

AlamedaCounty_Bolbol_000353

Page 45

1  DEPUTY MAYFIELD:  Nobody's harassing you.
2  DENIZ:  You are.
3  DEPUTY MAYFIELD:  (Inaudible).
4  (End of recording.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 46

1  Begin File 16.
2  Axon_Body_3_Video_2022-05-20_1936_X603994B1.mp4
3  DEPUTY MAYFIELD:  Hello.
4  PAT:  Hi.
5  DEPUTY MAYFIELD:  Can you guys just do me one
6  favor?
7  DENIZ:  Just wait a second.  I just want to
8  videotape this harassment.
9  DEPUTY MAYFIELD:  Can you just do me one favor
10  and scoot this way a little bit so you're not blocking
11  the bathroom and you're not blocking this walkway.
12  There's two paths, right, the people are kind of using.
13  This is one here and this one here.  And where you guys
14  are standing right in the middle of this path --
15  DENIZ:  You've just got a hard-on for us, don't
16  you?
17  DEPUTY MAYFIELD:  No, not at all.  Not at all.
18  DENIZ:  Yeah, you do.
19  DEPUTY MAYFIELD:  Not at all.
20  DENIZ:  Why are you trying to harass us?
21  DEPUTY MAYFIELD:  Nobody's harassing you guys,
22  I'm just asking you not to block ingress.
23  DENIZ:  Yeah, you are.  Nobody's blocking
24  anything.
25  DEPUTY MAYFIELD:  That's all I'm asking.

Page 47

1  DENIZ:  You're full of -- look behind you,
2  there's no one coming.
3  DEPUTY MAYFIELD:  Ma'am.  Ma'am.
4  DENIZ:  You got to stop harassing me, man.
5  DEPUTY MAYFIELD:  Nobody's harassing you.
6  DENIZ:  What's your name?
7  DEPUTY MAYFIELD:  Deputy Mayfield.
8  DENIZ:  Yeah.  Mayfield, you got to stop
9  harassing us.
10  DEPUTY MAYFIELD:  Badge 2336.
11  Nobody's harassing you.
12  DENIZ:  You're going to be here all weekend,
13  it's going to be unpleasant.
14  DEPUTY MAYFIELD:  You're standing in the middle
15  of a walkway.  All I'm asking --
16  DENIZ:  I can stand in the walkway.  Didn't
17  your watch commander tell you?
18  DEPUTY MAYFIELD:  No, you cannot.  No, you
19  cannot, ma'am.
20  DENIZ:  Yes, I can.
21  DEPUTY MAYFIELD:  If you're blocking ingress,
22  you're blocking the walkway.
23  DENIZ:  Do you see anyone ingressing?
24  DEPUTY MAYFIELD:  Ma'am.
25  DENIZ:  Sir.  Sir.

Page 48

1  DEPUTY MAYFIELD:  It doesn't matter if people
2  are here or not --
3  DENIZ:  Look around.  Yes -- oh, my God, you
4  don't understand the law.
5  DEPUTY MAYFIELD:  You can't stand here.
6  I do understand the law.
7  DENIZ:  No, you don't.  You thought you were
8  going to arrest us before.  You were wrong then, you're
9  wrong now.
10  DEPUTY MAYFIELD:  (Inaudible), ma'am --
11  UNIDENTIFIED SPEAKER:  Rodeo injures animals.
12  Animals die --
13  DENIZ:  You need to learn about free speech.
14  You need -- you know what I'm going to write a letter
15  telling you deputies, you need to learn -- your
16  compadres, I don't know about you, but the white guy, he
17  was -- he knew what he was talking about.  You should
18  learn from him.  It's too bad you have seniority over
19  him.
20  DEPUTY MAYFIELD:  Yeah, you're right.
21  DENIZ:  I'm assuming you do because you're very
22  bullish.
23  DEPUTY MAYFIELD:  All I'm asking -- I'm not --
24  nobody's being a bully, ma'am.
25  DENIZ:  You're very bullish.

Page 49

1    DEPUTY MAYFIELD:  If anyone's being bullish,
2  ma'am, it's you.
3        DENIZ:  You're harassing me, you're blocking my
4  sign.
5    DEPUTY MAYFIELD:  I'm just asking you if you
6  can not -- if you can not stand in the middle of the
7  walkway, that's it.
8        DENIZ:  You need to stop harassing me.
9    DEPUTY MAYFIELD:  That's all I'm asking.
10       DENIZ:  Stop harassing me.
11   DEPUTY MAYFIELD:  Nobody's harassing you.
12       DENIZ:  You are.
13   DEPUTY MAYFIELD:  It's a simple request.
14       Pat, how are you, sir?  Pat.
15       PAT:  What?
16   DEPUTY MAYFIELD:  All I'm asking is that they
17  don't block the bathrooms.
18       PAT:  They're not blocking the bathrooms.
19   DEPUTY MAYFIELD:  They are, sir.
20       PAT:  (Inaudible).  You go hang out, go try and
21  get in that bathroom.
22   DEPUTY MAYFIELD:  No, look --
23       PAT:  Look, I'll go over there, I'll go in that
24  bathroom, you watch me.
25       DEPUTY MAYFIELD:  Listen.  Listen.  Listen.

Page 50

1        PAT:  You watch me.  No one's blocking.
2    DEPUTY MAYFIELD:  I'm just trying to talk to
3  you.
4        PAT:  I know, but you're saying something
5  that's not real.  You're not talking about reality.
6    DEPUTY MAYFIELD:  Do you not see people having
7  to divert around them?
8        PAT:  So what?  That's free speech.
9    DEPUTY MAYFIELD:  Everywhere they go?
10       PAT:  That's free speech.
11   DEPUTY MAYFIELD:  You can't stand in the middle
12  of a street and have cars divert around you.
13       PAT:  You know what?  If those people are
14  standing there -- look at those guys behind there
15  standing there, people are going to have to divert
16  around them, so what?  So what if people have to walk
17  around them, it's not against the law that when you're
18  doing free speech people have to walk around you.  In
19  fact, if you read the case law, they say people have to
20  walk around you.  One person standing here just means
21  another person has to walk around them.  It's one more
22  person there.  That's the case law.  So what if
23  someone -- I mean what's your problem?
24   DEPUTY MAYFIELD:  I don't have a problem.
25       PAT:  You certainly sound like it.

Page 51

1    DEPUTY MAYFIELD:  I don't at all.
2        PAT:  So what if somebody -- look at those
3  people.  Now someone's got to walk around them.  Are you
4  going to tell them to move?
5    DEPUTY MAYFIELD:  They're getting tickets.
6        PAT:  So what?  So what's the difference?
7    DEPUTY MAYFIELD:  What do you mean so what?
8        PAT:  So what -- you're saying free speech has
9  less value than somebody getting a ticket?
10   DEPUTY MAYFIELD:  Not at all.
11       PAT:  Then what are you complaining about
12  Denise for?  What's the problem?
13   DEPUTY MAYFIELD:  Nobody's complaining.  I'm
14  simply asking to keep a clear pathway --
15       PAT:  It's clear.  People can get in and out,
16  look at them going in and out.  (Inaudible) there's no
17  backup here because nobody's blocked.
18       We've been -- I'm telling you, we've been doing
19  this for almost 40 years.  We don't block anybody.  If
20  we want to block somebody, you would know it.  I
21  guarantee you you would know it and you would arrest us.
22  We're not here to block anybody --
23   DEPUTY MAYFIELD:  All I'm asking --
24       PAT:  We're not blocking anybody.
25   DEPUTY MAYFIELD:  -- you to do is work with us.

Page 52

1        PAT:  We're not doing anything.
2    DEPUTY MAYFIELD:  All I'm asking is a simple
3  request that they don't stand in the middle of the
4  walkway.
5        PAT:  As long as you're not blocking, it's not
6  a problem.
7    DEPUTY MAYFIELD:  It's not (inaudible).
8        PAT:  It's not a problem.  It's not --
9    DEPUTY MAYFIELD:  (Inaudible).
10       PAT:  Exactly, as long as you're not blocking,
11  not a problem.  There's no problem.  You're making a
12  problem when there's no problem.
13   DEPUTY MAYFIELD:  I'm not making a problem.
14       PAT:  You are.  You're making it like there's a
15  problem --
16   DEPUTY MAYFIELD:  I'm getting complaints that
17  they're standing in the middle of the walkway.
18       PAT:  So what, they're not blocking.  You can
19  stand wherever you want here, as long as you don't
20  block.  There's no law against standing --
21   DEPUTY MAYFIELD:  Okay.  So if there's an
22  emergency and people start running them over --
23       PAT:  Who's going to run them over?  Come on
24  now; now you're being a ridiculous.  If there's an
25  emergency, you know what, we can move just like they can

Page 53

1  move.  We're mobile.  See?  You're trying to make it
2  like free speech people are doing something
3  (inaudible).
4      DEPUTY MAYFIELD:  Not at all.
5      PAT:  You are.
6      DEPUTY MAYFIELD:  No.
7      PAT:  This has all been decided in court.  I
8  mean if you read case law, they've always made these
9  arguments; oh, they're blocking because they're standing
10 there, people have to walk around them.  They say, so
11 what?  It's just like one more person standing there
12 who's buying a ticket.  It's no big deal.  That's what
13 it is.  Kuba.  Read "Kuba v. 1-A Agricultural."  It's
14 about the Grand National Rodeo.  Kuba, 2004, Ninth
15 Circuit case.  Read that one.  That's a good one to
16 read.
17     DEPUTY MAYFIELD:  (Inaudible).
18     PAT:  It's really good for free speech.  Kuba,
19 K-u-b-a.  K-u-b-a.  If you look on Google Legal Scholar,
20 anyone can get there, just put in "Kuba," and that one
21 will probably come up.
22     DEPUTY MAYFIELD:  Okay.  I'll read it.
23     PAT:  Read that one.
24     DEPUTY MAYFIELD:  I will.
25     PAT:  Are you going to be here all weekend?

Page 54

1      DEPUTY MAYFIELD:  No.
2      You guys are (inaudible).
3      PAT:  Yeah.  Are any of the police officers
4  going to be here all weekend?
5      DEPUTY MAYFIELD:  You mean the ones that are
6  here with me?
7      PAT:  Yeah.
8      DEPUTY MAYFIELD:  I'm not sure.
9      PAT:  Because typically guys you probably work
10 during the week and then other people on the weekend?
11     DEPUTY MAYFIELD:  We work a lot.
12     PAT:  Do you get overtime coming here?
13     DEPUTY MAYFIELD:  Sometimes.  I adjusted my
14 schedule.
15     All we want is peace, that's it.
16     PAT:  That's all we want.  We really -- we're
17 not here to cause trouble.
18     DEPUTY MAYFIELD:  I know you're not.
19     PAT:  I mean you can see that.
20     DEPUTY MAYFIELD:  I know you're not.
21     PAT:  We're just here to offer fliers and --
22     DEPUTY MAYFIELD:  That's why you and I are just
23 having a conversation.
24     PAT:  We're just having a conversation.
25     DEPUTY MAYFIELD:  That's all it is.

Page 55

1      PAT:  Your name is again?
2      DEPUTY MAYFIELD:  Deputy Mayfield.
3      PAT:  Mayfield.  My name is Pat, as you know.
4  I heard you call me Pat.
5      DEPUTY MAYFIELD:  Yeah.  I caught that.
6      PAT:  I mean, like I say, we have no interest
7  in blocking people.  Some groups do, but we don't.
8  That's not our thing.
9      DEPUTY MAYFIELD:  Well, just when I'm getting
10 complaints because I see people having -- when they're
11 walking and they got to go around --
12     PAT:  I'll tell you something, wherever we
13 are --
14     DEPUTY MAYFIELD:  -- that's it.
15     PAT:  -- you'll get complaints because people
16 don't like our message.  That's the problem.  They don't
17 like our message.  But that's okay if they don't like
18 our message.  But as long as we're not blocking, you
19 can't complain about our message.
20     DEPUTY MAYFIELD:  And that's all I'm asking.
21 Just don't block people from walking in and out.
22     PAT:  And that's the beauty of free speech.
23 You know, even though it's a message you don't like, you
24 can't restrict it.  I mean -- and it cuts both way.
25 Messages I don't like, I can't restrict --

Page 56

1      DEPUTY MAYFIELD:  Hundred percent.
2      PAT:  But that's the beauty of free speech.
3      DEPUTY MAYFIELD:  That's why we have
4  amendments, right?
5      PAT:  That's right.  That's what I'm saying.
6  That's like the most important amendment in my
7  opinion.
8      DEPUTY MAYFIELD:  Uh-huh.  Well, they're all
9  important, but yeah.
10     PAT:  Well, let me tell you this:  If we got
11 rid of the first amendment, we'd have no way of getting
12 it back through the Constitution, but if you got --
13     DEPUTY MAYFIELD:  I think that's true for
14 probably 95 percent of them.
15     PAT:  No, if you got rid of all the other
16 amendments, you have free speech to get them back.  You
17 can petition your government to get those amendments in
18 there.  But free speech, you get rid of that one,
19 there's no way to get it back; that's gone, gone
20 forever.  That's why I think it's the most important
21 amendment.
22     DEPUTY MAYFIELD:  That's a valid point.
23     PAT:  Yeah, but I'm very pro Constitution.
24     DEPUTY MAYFIELD:  As are we.
25     PAT:  I mean it's what makes -- in my opinion,

Page 57

1  it's what makes our country great.  Without the
2  Constitution, I mean I can't say what we'd have, but
3  without that Constitution, I mean, I don't know what
4  we'd be.  But that Constitution makes our country great.
5  All those dreams, protections (inaudible).  That's what
6  makes us great.  People say we're a great nation, that's
7  what I think of, our Constitution.  We do a lot of shit
8  stuff and we do a lot of good stuff, but our
9  Constitution is always there.
10       DEPUTY MAYFIELD:  Yeah.
11       DENIZ:  Let's do a quick group photo without,
12  you know.
13       DEPUTY MAYFIELD:  I can't be in your group
14  photo?
15       DENIZ:  You want to hold a sign?
16       DEPUTY MAYFIELD:  Wow.
17       PAT:  He can be in our photo.  He can be in our
18  photo.
19       DENIZ:  Then I can even (inaudible).
20       DEPUTY MAYFIELD:  That's not very nice.
21       DENIZ:  (Inaudible).
22       DEPUTY MAYFIELD:  Excuse me.
23       DENIZ:  Come on, Eve.
24       (End of recording.)
25

Page 58

1  Begin File 17.
2  Axon_Body_3_Video_2022-05-20_1941_X60A15126.mp4
3       PAT:  That's the most important amendment in my
4  opinion.
5       DEPUTY MAYFIELD:  (Inaudible).
6       PAT:  No, what I'm saying is if you got rid of
7  the first amendment, you'd have no way of getting it
8  back through the Constitution.  But if you got rid of
9  all --
10       DEPUTY MAYFIELD:  I think that's true
11  (inaudible).
12       PAT:  No, if you got rid of all of the other
13  amendments, you'd have free speech to get them back.
14  You can petition your government to get those amendments
15  in there.  Free speech, you get rid of that, there's no
16  way to get it back; it's gone, gone forever.
17       DEPUTY MAYFIELD:  (Inaudible).
18       PAT:  That's why I think it's the most
19  important amendment.
20       DEPUTY MAYFIELD:  (Inaudible).
21       (Inaudible).
22       PAT:  (Inaudible) in my opinion makes our
23  country great.  Without the Constitution, I mean I can't
24  say what we'd have, but without the Constitution, I mean
25  I don't know where we'd be.  That Constitution makes our

Page 59

1  country great.  People say we're a great nation, that's
2  what I think of.  We do a lot of shit stuff, but we do a
3  lot of good stuff (inaudible) Constitution (inaudible).
4       UNIDENTIFIED SPEAKER:  (Inaudible).
5       DENIZ:  Let's do a quick group photo
6  without him.
7       DEPUTY MAYFIELD:  (Inaudible).
8       DENIZ:  You want to hold a sign?  If you'll
9  hold a sign, you can be in our photo.
10       PAT:  He can be in our photo.  He can be in our
11  photo.
12       DENIZ:  Then I can even excuse your bad
13  behavior.
14       DEPUTY MAYFIELD:  (Inaudible).
15       DENIZ:  (Inaudible) to be quite frank.
16       PAT:  You can be in our photo if you want to.
17       DENIZ:  Let's do a group photo.
18       (End of recording.)
19
20
21
22
23
24
25

Page 60

1  Begin File 18.
2  Axon_Body_3_Video_2022-05-20_1956_X60A15126.mp4
3       DEPUTY MAYFIELD:  You want a sticker?
4       (End of recording.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Joseph P. Cuviello vs.**
**Rowell Ranch Rodeo**

Page 61

1  Begin File 19.
2  Axon_Body_3_Video_2022-05-20_1956_X603994B1.mp4
3      DEPUTY MAYFIELD:  You want a sticker?
4      (End of recording.)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 62

1              REPORTER'S CERTIFICATE
2          I, the undersigned, a Certified Shorthand
3  Reporter of the State of California, do hereby certify:
4          That the foregoing electronically-recorded
5  proceedings were transcribed by me to the best of my
6  ability.
7          I further certify I am neither financially
8  interested in the action nor a relative or employee of
9  any attorney or party to this action.
10          IN WITNESS WHEREOF, I have this date
11  subscribed my name.
12
13  Dated: 02/12/2024.
14
15
16          _____
                Diana Sasseen
17                CSR No. 13456
18
19
20
21
22
23
24
25

**Audio Transcription**

**(**

(clip_1.1)_axon_
body_3_video_2022-
05-20_1808_
x603994b1 2:2

(clip_1.1)_axon_
body_3_video_2022-
05-20_1936_
x603994b1 4:2

**0**

**01** 2:1
**02** 4:1
**03** 6:1
**04** 9:1
**05** 12:1
**06** 14:1
**07** 24:1
**08** 29:1
**09** 33:1

**1**

**1-A** 53:13
**10** 36:1
**11** 38:1
**12** 40:1
**13** 41:1
**14** 42:1
**15** 43:1
**16** 46:1
**17** 58:1
**18** 60:1

**19** 61:1

**2**

**2004** 53:14
**2022** 35:14
**2336** 5:3 47:10

**4**

**40** 51:19

**9**

**95** 56:14

**A**

**absolutely** 6:20 7:9
9:19 10:12 12:19
24:6,12 36:17

**adjusted** 54:13

**Agricultural** 53:13

**ahead** 2:20 3:1 15:21,
25 17:12 27:24,25
28:1

**amazing** 26:12,25

**amendment** 16:13
18:10 24:9 56:6,11,
21 58:3,7,19

**amendments** 56:4,
16,17 58:13,14

**America** 26:16

**animals** 23:17,18,20
27:1,2,14 31:19
33:20,21,22,24 34:2,
14,17,19,20,22,23,
25 35:2 48:11,12

**anybody** 6:14 9:13

20:15,18,24 21:11,
12,14,16,19,22,23
29:12,14,20 30:5,6,
8,11,12 44:18 51:19,
22,24

**anyone's** 22:11 30:19
49:1

**appreciate** 6:22 9:21
11:12,15 12:4

**approved** 15:1

**area** 2:17 7:3 10:6
12:13 14:7,11,16,24,
25 15:19 16:14 22:9,
19 26:2,5,6 28:13

**arguments** 53:9

**arrest** 2:11,20 3:4
15:13,21 16:3,18,20,
23 17:3 19:11 26:10
44:5 48:8 51:21

**arrested** 2:13,19,21,
24 15:15,20,23,24
16:19,21

**article** 28:8

**asking** 4:17,18 14:24
17:5,16 19:16 22:4,
15 23:4,5,15 31:9
33:7,8,18 44:15,23,
24 46:22,25 47:15
48:23 49:5,9,16
51:14,23 52:2 55:20

**asks** 17:21 18:4

**assuming** 44:14
48:21

**attend** 7:15 10:19
13:3

**attract** 7:19 8:3 10:23
11:7 13:6,14

**audio** 20:2

Axon_body_3_
video_2022-05-20_
1757_x603994b1.mp4
6:2

Axon_body_3_
video_2022-05-20_
1757_x603995m6 9:2

Axon_body_3_
video_2022-05-20_
1758_x6039a6a9.mp4
12:2

Axon_body_3_
video_2022-05-20_
1808_x603994b1.mp4
14:2

Axon_body_3_
video_2022-05-20_
1810_x6039a6a9.mp4
24:2

Axon_body_3_
video_2022-05-20_
1819_x6039a6a9.mp4
29:2

Axon_body_3_
video_2022-05-20_
1820_x603995m6.
mp4 33:2

Axon_body_3_
video_2022-05-20_
1822_x603994b1.mp4
36:2

Axon_body_3_
video_2022-05-20_
1826_x603994b1.mp4
38:2

Axon_body_3_
video_2022-05-20_
1900_x603994b1.mp4
41:2

Axon_body_3_
video_2022-05-20_
1900_x60a15126.mp4

AlamedaCounty_Bolbol_000359

40:2

**Axon_body_3_
video_2022-05-20_
1901_x6039a6a9.mp4**
42:2

**Axon_body_3_
video_2022-05-20_
1936_x603994b1.mp4**
46:2

**Axon_body_3_
video_2022-05-20_
1936_x60a15126.mp4**
43:2

**Axon_body_3_
video_2022-05-20_
1941_x60a15126.mp4**
58:2

**Axon_body_3_
video_2022-05-20_
1956_x603994b1.mp4**
61:2

**Axon_body_3_
video_2022-05-20_
1956_x60a15126.mp4**
60:2

---

**B**

**back** 21:9 30:3 36:25
37:2 56:12,16,19
58:8,13,16

**backup** 51:17

**bad** 44:13 48:18
59:12

**Badge** 5:3 47:10

**basically** 6:18 9:9,17

**bathroom** 4:5 46:11
49:21,24

**bathrooms** 49:17,18

**battery** 40:5

**beauty** 55:22 56:2

**behavior** 59:13

**best** 28:10

**bet** 39:10

**bidding** 27:5,12

**big** 16:24 22:21 31:2
53:12

**bit** 46:10

**blaming** 36:12

**block** 4:18 6:16 9:15
21:11,23 25:23 30:5,
12 43:18 46:22
49:17 51:19,20,22
52:20 55:21

**blocked** 51:17

**blocking** 4:4,5,19
6:14 9:13 16:16
20:8,15,18,24 21:12,
14,15,19,22 27:11
28:13 29:12,14,20
30:6,7,11 38:11,14
44:20 46:10,11,23
47:21,22 49:3,18
50:1 51:24 52:5,10,
18 53:9 55:7,18

**blue** 26:22

**board** 37:6

**boss** 26:9 38:3

**boundaries** 36:20

**Bring** 28:1

**buck** 28:5 34:4

**bucking** 31:23 34:3,7

**bullish** 44:14,17
48:22,25 49:1

**bulls** 34:4

**bully** 48:24

**buying** 53:12

---

**C**

**California** 16:13

**call** 3:2 16:1 40:8
55:4

**calling** 26:9

**camera** 40:3 41:3
42:3

**care** 26:19

**cars** 50:12

**case** 50:19,22 53:8,
15

**cattle** 31:21 34:5,24
35:4

**caught** 55:5

**cause** 25:24 54:17

**causing** 25:25

**certain** 36:15

**certainly** 50:25

**check** 41:3 42:3

**choice** 7:15,16 10:19,
20 13:2,3 17:14,15

**choose** 7:7 10:10
12:17

**Circuit** 53:15

**clear** 22:19,20 25:17
31:1 51:14,15

**come** 7:13 10:16
12:25 20:4 27:20
39:7 52:23 53:21
57:23

**comes** 27:4

**coming** 4:20 22:12,
14,17,19 30:20,22,
24 37:8 43:4 47:2

54:12

**commander** 3:2 16:1
26:15 27:11 43:15
47:17

**compadres** 44:11
48:16

**compassion** 8:7
11:11 13:18

**complain** 55:19

**complaining** 51:11,
13

**complaints** 52:16
55:10,15

**Constitution** 16:13
26:8,17,23 56:12,23
57:2,3,4,7,9 58:8,23,
24,25 59:3

**continue** 38:9,23

**conversation** 54:23,
24

**cool** 6:13 9:11

**cops** 21:7,8 27:13
30:1,2

**country** 57:1,4 58:23
59:1

**court** 53:7

**cows** 34:3

**Cross-talk** 28:2

**crowd** 39:8,9

**cuts** 55:24

---

**D**

**damages** 19:12

**deal** 22:21 31:2 39:5
53:12

**decide** 7:13 10:16

12:25

**decided** 53:7

**Denise** 51:12

**DENIZ** 3:4 4:9,12,14,
16,19,22,24 5:1,5
6:16,20,22 7:1,5,9,
18 8:1,3,6,10 9:15,
19,21,25 10:2,5,8,
12,14,22 11:5,7,10,
15 12:4,7,9,12,15,
19,21 13:1,5,13,17,
21,24 14:10,14,17,
19 15:3 16:3,25
17:10 18:8,18 20:6
22:11,14,17,20,24
23:3,5,8,12,18,20
24:3,7,18 25:18,23
26:4,9,14,19,21
27:1,8,20,24 28:3,8
29:4,7 30:19,22,24
31:1,4,8,12,16,20,23
33:3,6,8,11,15,21
34:1,7,13,17,19,22,
25 35:11 38:24 39:3,
5 43:3,8,11,14,17,
20,22,24 44:1,4,8,
17,19,23,25 45:2
46:7,15,18,20,23
47:1,4,6,8,12,16,20,
23,25 48:3,7,13,21,
25 49:3,8,10,12
57:11,15,19,21,23
59:5,8,12,15,17

**deputies** 44:10 48:15

**Deputy** 2:13,18,21,23
4:4,11,13,15,17,21,
23,25 5:3 6:3,5,9,12,
15,18,21,23 7:2,3,6,
10,12,15,22 8:2,5,8,
11 9:3,5,7,14,17,20,
22 10:1,3,6,9,15,19
11:1,6,9,12,13 12:3,
5,8,10,13,16,24

13:2,9,16,19,22 14:4
15:15,23 16:10 17:2,
6 18:13,15,19,21
20:3,7,10,16,20,23,
25 21:3,6,10,17,20
22:2,7,9,13,15,18,22
23:2,4,7,10,13,19
24:13,15,21 25:21
28:12 29:3,5,8,13,
16,19,21,25 30:4,9,
13,16,18,21,23,25
31:3,7,11,14,17
33:5,7,10,13,16
36:7,10,14,18,21
37:1 38:3,5,18,22
39:1,4,10 40:3,4,5,6,
7 41:3 42:3 43:7,10,
13,16,18,21,23,25
44:3,7,15,18,21,24
45:1,3 46:3,5,9,17,
19,21,25 47:3,5,7,
10,14,18,21,24 48:1,
5,10,20,23 49:1,5,9,
11,13,16,19,22,25
50:2,6,9,11,24 51:1,
5,7,10,13,23,25
52:2,7,9,13,16,21
53:4,6,17,22,24
54:1,5,8,11,13,18,
20,22,25 55:2,5,9,
14,20 56:1,3,8,13,
22,24 57:10,13,16,
20,22 58:5,10,17,20
59:7,14 60:3 61:3

**designated** 7:3 10:6
12:13 14:7,11,15,24,
25 26:2,5 28:13

**die** 33:22,24 48:12

**difference** 51:6

**different** 35:3

**direction** 38:20

**directly** 22:1,2 30:15

**divert** 50:7,12,15

**doing** 6:3 7:1 9:5 10:2
12:9 20:9 38:19
50:18 51:18 52:1
53:2

**domesticated** 35:2,5

**Drained** 40:5

**dreams** 57:5

**drink** 39:7

**E**

**eat** 33:25 34:21

**egress** 6:17 9:16 20:8
25:23 28:13

**emergency** 52:22,25

**encourage** 8:6 11:10
13:17

**energy** 20:22 21:1,5
29:18,24

**entertainment** 34:2

**entity** 26:24

**entrance** 21:13

**escalate** 38:23

**Eve** 57:23

**evening** 8:9 13:20

**event** 7:16,17 10:20,
21 13:3,4 18:13,15,
16,21 24:13,15,16,
21 36:7

**everybody** 37:5

**everything's** 27:4

**evolutionist** 35:3

**exactly** 36:23 52:10

**excuse** 57:22 59:12

**exercising** 7:20,24

10:24 11:3 13:7,11

**exist** 34:21 35:4,10,
11

**explaining** 38:18

**eye** 37:15

**F**

**face** 16:8

**fact** 38:10 50:19

**Failure** 15:1

**favor** 46:6,9

**figure** 15:6

**file** 2:1 4:1 6:1 9:1
12:1 14:1 24:1 29:1
33:1 36:1 38:1 40:1
41:1 42:1 43:1 46:1
58:1 60:1 61:1

**filed** 21:8 30:2

**find** 2:4

**fine** 21:22 27:4 30:12

**finish** 17:23 18:1

**finished** 17:24

**first** 16:12 18:9 24:8
56:11 58:7

**Flags** 18:22 24:22

**flank** 28:3

**fliers** 20:12 21:17
38:8,13 54:21

**force** 22:5

**forever** 56:20 58:16

**forum** 16:12 18:10
24:9

**frank** 59:15

**free** 3:3 6:12 7:20,24
9:10 10:24 11:3

**Index: decided–free**

AlamedaCounty_Bolbol_000361

13:7,11 16:2 26:5
48:13 50:8,10,18
51:8 53:2,18 55:22
56:2,16,18 58:13,15

**freedom** 23:14 33:17

**front** 21:12 22:1,2,6
27:21 37:9 38:6,9,15

**full** 4:20 43:3 47:1

**Funny** 27:3

---

**G**

**GARY** 36:12 37:7

**get-go** 20:21 21:4
29:17,23

**getting** 40:9 51:5,9
52:16 55:9 56:11
58:7

**girl** 22:25 23:5 31:4,5,
9 33:3,4,8

**girl's** 22:24

**girls** 34:8

**give** 17:20 18:3 19:19
20:11 23:14 33:17

**giving** 19:21 25:9,12,
14

**go** 2:11 7:6 10:9
14:25 15:13 17:11
26:21 27:13,24,25
28:1 38:7,10 40:7,8
49:20,23 50:9 55:11

**God** 34:25 44:1 48:3

**going** 2:11,20 5:5 6:9
7:18,22 8:3 9:9
10:22 11:1,7 13:5,9,
14 14:10,13 15:3,4,
5,10,13,21 16:17,18,
20,23 17:25 18:2
19:14 20:4 25:18

26:8 39:6 43:11,12
44:5,9 47:12,13
48:8,14 50:15 51:4,
16 52:23 53:25 54:4

**good** 9:6 15:2 53:15,
18 57:8 59:3

**Google** 53:19

**government** 56:17
58:14

**Grand** 39:5 53:14

**great** 7:7 8:8 10:10
12:17 13:19 21:3
57:1,4,6 58:23 59:1

**group** 57:11,13 59:5,
17

**groups** 55:7

**guarantee** 51:21

**guy** 21:5 27:4 28:9
29:23 37:8 44:11
48:16

**guys** 4:7,15 6:24 7:4,
6 8:8 9:23 10:7,9
12:5,14,16 13:19
14:7 17:11 20:4
21:20 30:9 31:25
34:11,18 35:13
36:15 37:5,14 46:5,
13,21 50:14 54:2,9

---

**H**

**hand** 3:8 16:7 21:9,
17,25 25:24 30:3
38:13

**handing** 20:14

**hang** 49:20

**hanging** 6:9 9:10

**happen** 15:4,5

**happened** 24:18

**happens** 2:5 15:7
18:18 19:13 25:8

**harass** 4:14 46:20

**harassing** 4:15,22,23
5:1,4 34:12 37:8
43:5,8,10 44:19,23,
25 45:1 46:21 47:4,
5,9,11 49:3,8,10,11

**harassment** 46:8

**hard-on** 4:9 46:15

**Hart** 2:4,8,16,22,25
3:6,8 14:5,15,22,23
15:6,10,18,22 16:5,7
17:8,13,16,19,22
18:1,5,11,23 19:2,5,
13,16,20,24 24:4,10,
24 25:2,8,13,15,19,
22 26:1,7 36:6,24
37:3,11,14

**head** 26:15

**hear** 8:1 11:5 13:13
20:5,6 23:2,3 29:4
31:8 33:5,6

**heard** 55:4

**hell** 26:18

**hello** 6:3,6 9:3,8 14:3
46:3

**hey** 9:7 37:9 38:3

**Hi** 9:4 14:4 46:4

**hold** 14:14 26:21
27:24 57:15 59:8,9

**hopefully** 26:14

**Hundred** 56:1

**hurts** 23:16 33:19

---

**I**

**illegal** 3:4 16:3

**illegally** 16:20

**important** 56:6,9,20
58:3,19

**inaudible** 2:16,18,23
8:4 14:6,13,21 15:22
18:6,18,20 19:25
20:1,14 23:21 25:7,
9,12,18,21 26:13
27:7,15,17,19,23
28:3,4,7,9 29:3,5,11,
13,21 30:4,5,9,10,
13,14,15,16,17,18,
21,23,25 31:3,6,7,
15,17,20,21,23,24,
25 34:5,10,18 35:5,
12,16 36:3,6 37:7,
13,15 38:10,11,24
39:3,11 40:6 43:7,
13,19,25 44:7,16,18
45:3 48:10 49:20
51:16 52:7,9 53:3,17
54:2 57:5,19,21
58:5,11,17,20,21,22
59:3,4,7,14,15

**included** 37:5

**industry** 28:11

**inflicting** 34:8,13

**information** 25:24

**ingress** 4:18 6:16
9:15 20:8 25:23
27:11 28:13 43:19
46:22 47:21

**ingressing** 43:20
47:23

**injures** 23:16 33:19
48:11

**injuries** 33:23

**intention** 6:14 9:13

**interest** 16:15,16
55:6

---

**Index: freedom–interest**

**K**

**K-U-B-A** 53:19

**keep** 7:7 10:10 12:17
20:10 29:8 37:14
38:15,19 51:14

**Kevin** 14:5,22

**kind** 4:6 27:10,21
36:16 46:12

**knew** 20:21 29:17
44:12 48:17

**know** 2:15,20 3:1 6:7,
19,21 7:1,5,13 8:11
9:9,18,20,25 10:4,8
12:3,7,11,15 13:22
14:13 15:17,21,25
16:19,20 20:9,18
21:6,7,9 26:18,20
29:6,7,14,25 30:1,3
36:12,14,19 38:25
40:7 44:9,11 48:14,
16 50:4,13 51:20,21
52:25 54:18,20 55:3,
23 57:3,12 58:25

**knows** 27:10

**Kuba** 53:13,14,18,20

**L**

**LASZUK** 2:23 6:3,5,9,
12,15,18,21,23 7:2
8:5 9:3,5,7,14,17,20,
22 10:1,3 11:9,13
12:3,5,8,10 13:16
14:4 25:21 40:4,6

**law** 44:2,3 48:4,6
50:17,19,22 52:20
53:8

**lawsuit** 18:25 24:23

**lawsuits** 21:8 30:2

**leaflet** 22:6

**learn** 44:8,10,13
48:13,15,18

**leave** 16:23 18:24
19:2,3,6,14,17 24:25
25:2,3,16,18,20

**leaving** 19:9,10,15
24:3 25:5,6

**legal** 26:5 53:19

**let's** 7:7,12 10:10,15
12:17 57:11 59:5,17

**letter** 44:10 48:14

**letting** 10:4 12:10

**level** 26:15

**lies** 27:10

**life** 34:16

**line** 26:22 36:15

**listen** 14:12 49:25

**little** 22:24,25 23:5
27:20 31:4,5,9 33:3,
4,8 46:10

**livestock** 28:10

**long** 52:5,10,19 55:18

**look** 4:20 18:22 24:22
43:3,22,24 47:1 48:3
49:22,23 50:14 51:2,
16 53:19

**looking** 23:9 31:13,14
33:12

**lot** 39:7 54:11 57:7,8
59:2,3

**love** 26:16

**M**

**M.O.** 36:20

**ma'am** 4:21 8:5 22:13
25:16 39:2 43:18,21
47:3,19,24 48:10,24
49:2

**magazine** 28:10

**making** 52:11,13,14

**man** 4:22 47:4

**manager** 14:6

**map** 14:16

**master** 26:8

**matter** 18:4,14,17
24:14,17,20 26:3,4
43:23 48:1

**Mayfield** 2:13,18,21
4:4,11,13,15,17,21,
23,25 5:1,3 7:3,6,10,
12,15,22 8:2,8,11
10:6,9,15,19 11:1,6,
12 12:13,16,24 13:2,
9,19,22 15:15,23
16:10 17:2,6 18:13,
15,19,21 20:3,7,10,
16,20,23,25 21:3,6,
10,17,20 22:2,7,9,
13,15,18,22 23:2,4,
7,10,13,19 24:13,15,
21 28:12 29:3,5,8,
13,16,19,21,25 30:4,
9,13,16,18,21,23,25
31:3,7,11,14,17
33:5,7,10,13,16
36:7,10,14,18,21
37:1 38:3,5,18,22
39:1,4,10 40:3,5,7
41:3 42:3 43:7,8,10,
13,16,18,21,23,25
44:3,7,15,18,21,24
45:1,3 46:3,5,9,17,
19,21,25 47:3,5,7,8,
10,14,18,21,24 48:1,
5,10,20,23 49:1,5,9,
11,13,16,19,22,25

**magazine** 28:10

**making** 52:11,13,14

**man** 4:22 47:4

**manager** 14:6

**map** 14:16

**master** 26:8

**matter** 18:4,14,17
24:14,17,20 26:3,4
43:23 48:1

50:2,6,9,11,24 51:1,
5,7,10,13,23,25
52:2,7,9,13,16,21
53:4,6,17,22,24
54:1,5,8,11,13,18,
20,22,25 55:2,3,5,9,
14,20 56:1,3,8,13,
22,24 57:10,13,16,
20,22 58:5,10,17,20
59:7,14 60:3 61:3

**mean** 6:19 9:18 50:23
51:7 53:8 54:5,19
55:6,24 56:25 57:2,3
58:23,24

**means** 26:20 50:20

**members** 37:6

**message** 11:8 13:15
55:16,17,18,19,23

**Messages** 55:25

**messing** 16:25

**met** 21:7 30:1

**MGR** 2:4,8,16,22,25
3:6,8 14:5,15,23
15:6,10,18,22 16:5,7
17:8,13,16,19,22
18:1,5,11,23 19:2,5,
13,16,20,24 24:4,10,
24 25:2,8,13,15,19,
22 26:1,7 36:6,24
37:3,11,14

**middle** 4:8 20:11 29:9
44:21 46:14 47:14
49:6 50:11 52:3,17

**Mine** 40:4 41:4 42:4

**minute** 23:8 31:12
33:11

**mobile** 53:1

**mood** 21:3

**move** 12:16 27:22
51:4 52:25 53:1

AlamedaCounty_Bolbol_000363

Audio Transcription

Joseph P. Cuviello vs.
Rowell Ranch Rodeo

moving 17:9,10

mp4 2:3 4:3

muted 20:2

---

**N**

name 4:24 14:19 43:6
47:6 55:1,3

named 37:6

nasty 8:4 11:8 13:15

nation 57:6 59:1

National 39:5 53:14

need 2:6,20 3:1 8:11
13:22 14:8 15:8,21
16:1 20:16 22:22
38:7 44:8,9,10
48:13,14,15 49:8

needs 22:19

Negative 17:6

never 21:23 30:12

new 40:9

nice 6:19 9:18 17:18
19:18 21:5 29:23
35:13 38:24,25 39:2
57:20

nicely 17:17,21 18:3,
4 19:16

night 11:14

Ninth 53:14

nobody's 4:15,19,23
5:4 34:23 43:10 45:1
46:21,23 47:5,11
48:24 49:11 51:13,
17

non-designated 2:17
15:19

---

**O**

obviously 6:6 9:8

offer 54:21

office 6:6 9:8

officers 54:3

oh 11:15 13:24 27:11
39:3 44:1 48:3 53:9

okay 6:15 9:14,17
10:1,3 12:8,10 18:16
21:10,11 23:19
25:15 26:7 30:4 35:3
38:5,11,22 52:21
53:22 55:17

one's 50:1

ones 40:9 54:5

open 16:13 18:14,16
24:14,16 36:7,8

opinion 56:7,25 58:4,
22

overtime 54:12

owner 26:24

---

**P**

pain 34:8,13

parents 23:11 33:14

park 16:12 18:7,9,17
24:8,17

parking 39:6

Parks 14:6

pass 26:8 38:8

Pat 2:6,11,15,19,24
3:1,5,7,10 6:4,8,11,
14 7:11,14,20,24
9:4,6,12 10:13,17,24
11:3 12:20,22 13:7,

11 14:3,17,18,22
15:4,8,13,17,20,24
16:4,6,9,11 17:1,4,7,
8,9,11,15,18,19,20,
24 18:2,7,9,14,16,
20,22,25 19:4,7,9,
11,15,18,22 20:9,15,
18,21,24 21:2,4,7,
14,19,22 24:6,8,12,
14,16,20,22 25:1,5,
7,11,14 26:3,5,8,12,
17,20,23 27:7,16,18,
24,25 29:6,12,14,17,
20,22 30:1,6,11,17
38:16 46:4 49:14,15,
18,20,23 50:1,4,8,
10,13,25 51:2,6,8,
11,15,24 52:1,5,8,
10,14,18,23 53:5,7,
18,23,25 54:3,7,9,
12,16,19,21,24 55:1,
3,4,6,12,15,22 56:2,
5,10,15,23,25 57:17
58:3,6,12,18,22
59:10,16

path 38:11 46:14

paths 4:6 46:12

pathway 51:14

patrons 7:13 10:15
12:24

paved 22:9

peace 54:15

peaceful 7:8,23 10:11
11:2 12:18 13:10

people 4:6 8:3 11:7
13:14,15 20:12,13
22:18 29:10 31:25
34:11,12 37:8 38:6,
9,14 46:12 48:1
50:6,13,15,16,18,19
51:3,15 52:22 53:2,
10 54:10 55:7,10,15,

21 57:6 59:1

percent 56:1,14

Period 17:25

permission 26:10

person 22:20 31:1
50:20,21,22 53:11

petition 56:17 58:14

photo 57:11,14,17,18
59:5,9,10,11,16,17

pictures 28:9,11

place 19:25

play 6:19 9:18

please 20:5 21:11
22:3

plenty 17:15

point 56:22

police 26:12 54:3

poor 27:14 34:13

positive 20:25

predesignated 14:25

private 18:13,15,16
24:13,15,16,21
26:24

pro 56:23

probably 37:7 53:21
54:9 56:14

problem 8:2 11:6
16:24 20:19 25:25
29:15 38:8 50:23,24
51:12 52:6,8,11,12,
13,15 55:16

problems 10:18
12:23 25:24

property 18:6,8 24:5,
7 26:24

protect 37:4

**Audio Transcription**

protections 57:5

public 2:4,8,16,22,25
3:6,8 14:5,6,15,23
15:6,10,18,22 16:5,
7,12,14 17:8,13,16,
19,22 18:1,5,7,9,11,
14,17,20,21,23 19:2,
5,13,16,20,24 24:4,
8,10,14,16,17,24
25:2,8,13,15,19,22
26:1,7 36:6,8,24
37:3,11,14

pull 40:8

push 36:25 37:1

pushing 36:20

put 16:14,16 22:6
53:20

---

**Q**

quick 57:11 59:5

quintessential 16:12
18:9 24:8

quite 59:15

---

**R**

raising 34:24

ranch 31:22 34:6

read 50:19 53:8,13,
15,16,22,23

real 39:8,9 50:5

reality 50:5

really 53:18 54:16

reason 28:5,6 35:4

receive 33:23

recording 3:12 5:6
8:13 11:17 13:25

14:17 23:22 28:14
32:2 35:17 37:16
39:12 40:11 41:6
42:6 45:4 57:24
59:18 60:4 61:4

refuse 25:19

refusing 18:23 19:2,
3,5 24:24 25:2,3,16

Regardless 22:18

request 49:13 52:3

require 20:4

required 17:2

responsibility 2:9,10
15:11,12

restrict 55:24,25

rid 56:11,15,18 58:6,
8,12,15

ridiculous 26:10
52:24

right 2:25 3:3,11 4:6,
8 7:10,17,18,25
10:5,21,22 11:9,13,
14 12:12 13:4,5,16
14:22 15:1 16:2
17:14 18:6,20 19:22,
25 20:3 23:12 24:5
25:11,13,22 27:9
31:16 33:15 36:8,18
37:5 46:12,14 48:20
56:4,5

rights 7:21 10:25
11:4 13:8,12 16:11
17:20 18:3 19:19,21
25:10,12,14 26:13,
25

rodeo 23:16 27:8
33:19 39:6 48:11
53:14

rude 7:19 10:23 13:6
27:22

run 52:23

running 52:22

---

**S**

sad 23:18,20 27:1,14
33:21 34:1,17,19,22

safe 11:14

safety 2:4,8,16,22,25
3:6,8 14:5,6,15,23
15:6,10,18,22 16:5,7
17:8,13,16,19,22
18:1,5,11,23 19:2,5,
13,16,20,24 24:4,10,
24 25:2,8,13,15,19,
22 26:1,7 36:6,24
37:3,11,14

saw 21:4 29:22

saying 27:18 38:17
39:4 50:4 51:8 56:5
58:6

says 26:18,25

schedule 54:14

Scholar 53:19

scoot 46:10

second 46:7

see 26:9 38:6 43:20
47:23 50:6 53:1
54:19 55:10

seniority 44:13 48:18

sheriff 27:3

sheriff's 6:5 9:8

shit 57:7 59:2

side 7:19 10:23 13:6
21:25 30:14 38:7,12

sign 27:21 28:1 44:20
49:4 57:15 59:8,9

significant 16:15

simple 49:13 52:2

simply 51:14

sir 2:9 3:6 15:11 16:5,
7 18:13 20:10,23
21:10 22:7,8 24:11,
13 29:19 43:22
47:25 49:14,19

sit 27:13 39:6

Six 18:22 24:22

solution 35:8

somebody 18:4 51:2,
9,20

somebody's 17:21

someone's 51:3

sound 50:25

sound.mp4 9:2

SPEAER 14:12

SPEAKER 14:9,20
19:8,10 20:13 21:15,
24 22:5,8 23:16
25:4,6 27:15,17 28:7
29:10 30:7,14 31:18,
21,24 33:19,22,24
34:5,10,15,18,20,23
35:2,6,7,9,13,14,15
36:3,4,5,9,17,19,23
37:12 38:4,16,20
40:9 41:4 42:4 48:11
59:4

speech 3:3 6:12 7:20,
24 9:10 10:24 11:3
13:7,11 16:2 23:14
26:6 33:17 48:13
50:8,10,18 51:8
53:2,18 55:22 56:2,
16,18 58:13,15

stand 20:16,17 21:24,
25 22:2,10,15,22,25

---

Index: protections–stand

AlamedaCounty_Bolbol_000365

**Audio Transcription**

23:1,6 27:21 30:15
31:5,9 33:4,9 38:12
43:14 44:21 47:16
48:5 49:6 50:11
52:3,19

**standing** 4:8 20:11
22:20,24 23:8,10,13
29:8 31:1,4,12,14
33:3,11,13,16 38:5
46:14 47:14 50:14,
15,20 52:17,20 53:9,
11

**start** 14:20 52:22

**stay** 7:7 10:10 12:17
20:7 21:10 22:3

**step** 21:11 38:9

**stepped** 37:9

**stepping** 38:6,15

**sticker** 60:3 61:3

**stop** 4:22 5:1 35:15
43:5,8 44:23,25
47:4,8 49:8,10

**strap** 28:3,4

**street** 50:12

**stuck** 36:11

**stuff** 57:8 59:2,3

**sudden** 27:5

**sued** 19:11 37:4

**sure** 54:8

**sworn** 26:17

**T**

**take** 22:5 38:20

**talk** 21:20 30:10
31:25 34:10 38:13
50:2

**talking** 3:7,10 16:6,9
44:12 48:17 50:5

**TASER** 40:8

**technically** 36:8

**tell** 2:6,9 3:5 15:8,11
16:4,22,24 17:2 39:8
43:15 47:17 51:4
55:12 56:10

**telling** 16:11 27:10
38:22 44:10 48:15
51:18

**thank** 6:8,11 8:10
9:12 11:12,15 13:21,
24 23:19

**thing** 27:3 35:3 55:8

**think** 16:25 27:21,22
56:13,20 57:7 58:10,
18 59:2

**thought** 44:4 48:7

**ticket** 51:9 53:12

**tickets** 51:5

**time** 2:20 3:1 15:21,
25 31:18

**times** 21:8 30:2 31:24

**torture** 34:2 35:12

**totally** 6:13 9:11

**touching** 37:10

**tow** 36:16

**training** 37:12

**trespassing** 2:14
15:16

**trouble** 54:17

**true** 34:1 56:13 58:10

**try** 49:20

**trying** 4:14 8:6 11:10
13:17 20:11 27:5
37:4 46:20 50:2 53:1

**turn** 40:4 41:4 42:4

**turned** 40:3

**two** 4:6 46:12

**typically** 54:9

**U**

**Uh-huh** 56:8

**unconstitutional**
26:6

**understand** 38:16
44:1,3 48:4,6

**UNIDENTIFED** 14:9

**UNIDENTIFIED**
14:12,20 19:8,10
20:13 21:15,24 22:5,
8 23:16 25:4,6
27:15,17 28:7 29:10
30:7,14 31:18,21,24
33:19,22,24 34:5,10,
15,18,20,23 35:2,6,
7,9,13,14,15 36:3,4,
5,9,17,19,23 37:12
38:4,16,20 40:9 41:4
42:4 48:11 59:4

**unpleasant** 43:12
47:13

**unruly** 39:9

**uphold** 26:17

**V**

**valid** 56:22

**value** 51:9

**videotape** 46:8

**violate** 26:13

**W**

**wait** 46:7

**waiting** 23:10 33:13

**walk** 36:5 50:16,18,
20,21 51:3 53:10

**walked** 20:21 29:17

**walking** 23:7 31:11
33:10 55:11,21

**walkway** 4:5 20:8,11,
17 21:11 22:4,10,16,
23 23:15 29:9 30:16
33:18 43:14 44:22
46:11 47:15,16,22
49:7 52:4,17

**want** 2:15,19,24 3:1
6:6,16,24 9:15,23
12:5 15:17,20,24,25
16:14,18,19,20,21,
22 17:11,18 19:7,18
20:19 21:18,21
25:17 26:14 27:20
29:15 30:15 34:3,4
36:21,24 37:1 38:8,
12,13,14 46:7 51:20
52:19 54:15,16
57:15 59:8,16 60:3
61:3

**wanted** 9:8

**wanting** 23:13 33:17

**wants** 27:12

**wasn't** 21:15 30:7

**watch** 3:2 16:1 26:15
27:11 43:15 47:17
49:24 50:1

**watching** 34:9

**way** 18:20 22:11
30:19 34:15 35:4
46:10 55:24 56:11,

19 58:7,16

**we're**  6:5,9,18 7:1,2,
20,22,24 8:3,6 9:7,9,
18 10:2,3,4,24 11:1,
3,10 12:9,10 13:7,9,
11,17 14:10 15:3
16:16 20:3,9,24 22:4
29:20 35:7 37:4 40:9
51:22,24 52:1 53:1
54:16,21,24 55:18
57:6 59:1

**we've**  7:14 10:17
12:22 18:8 24:7
26:11 51:18

**week**  54:10

**week-**  5:5

**weekend**  43:12 47:12
53:25 54:4,10

**welcome**  6:23 9:22

**weren't**  21:14 30:6,11

**white**  44:11 48:16

**willing**  26:13

**won**  18:25 24:22

**work**  51:25 54:9,11

**working**  35:7

**wouldn't**  34:21

**Wow**  57:16

**write**  44:9 48:14

**wrong**  44:5,6,8 48:8,9

_____

**Y**

_____

**yeah**  3:4 4:12,16 6:16
9:17 10:3 14:18 16:3
17:4,7 20:10 27:9,18
34:20 36:9,23 37:11
39:5,10 46:18,23
47:8 48:20 54:3,7

55:5 56:9,23 57:10

**year**  18:8 24:7 26:11

**years**  7:14 10:18
12:23 51:19

**yell**  7:13 10:15 12:24

**yelling**  8:4 11:8 13:15

AlamedaCounty_Bolbol_000367