**EXHIBIT "D"**
**Transcript of Plaintiff**
**Videos**

Audio Transcription

Videos Produced by Plaintiff

Joseph P. Cuviello

vs.

Rowell Ranch Rodeo



www.aptusCR.com | 866.999.8310

AlamedaCounty_Bolbol_000368

**Page 1**

```
1              UNITED STATES DISTRICT COURT
2              NORTHERN DISTRICT OF CALIFORNIA
3
4   JOSEPH P. CUVIELLO and DENIZ
    BOLBOL, individually,
5
            Plaintiffs,
6
      v.                    Case No.: 3:23-cv-01652-VC
7
    ROWELL RANCH RODEO, INC.;
8   HAYWARD AREA RECREATION AND
    PARK DISTRICT; HAYWARD AREA
9   RECREATION AND PARK DISTRICT
    PUBLIC SAFETY MANAGER/RANGER
10  KEVIN HART; ALAMEDA COUNTY
    SHERIFF'S OFFICE; ALAMEDA COUNTY
11  DEPUTY SHERIFF JOSHUA MAYFIELD;
    and DOES 1 and 2, in their individual and
12  official capacities, jointly and severally,
13          Defendants.
14
15
16
17              AUDIO TRANSCRIPTION
18          VIDEOS PRODUCED BY PLAINTIFF
19
20
21
22
23  Transcribed by:
    Diana Sasseen
24  CSR No. 13456
25  Job No. 10136071
```

**Page 2**

```
1   Begin file 01. BATES 00014 - Bolbol-Rowell Ranch Rodeo
2   Protest Videos - May 20-2022.mov
3          Screen:  "Rowell Ranch Rodeo Protest Video.
4   May 20, 2022."
5          Screen:  "Video 1."
6          DENIZ:  Should I just lie these down?
7          PAT:  Sure.
8          DENIZ:  Right here?
9          PAT:  Yeah.  I'm going to get my fliers on.
10         You could put it over there.  That would be a
11  better spot.
12         DENIZ:  That's a better spot.
13         PAT:  Take it over there.
14         DENIZ:  I think so, because that's not moving.
15         PAT:  Yeah.  No one's going to use that.
16         DENIZ:  Yeah.
17         PAT:  (Inaudible).
18         DENIZ:  I knew I shouldn't have dropped that
19  down.
20         This is not in anyone's way.
21         PAT:  No.
22         DENIZ:  There we go.
23         PAT:  (Inaudible) a lot of fliers here
24  anyways.
25         DENIZ:  Are you man enough to be kind to
```

**Page 3**

```
1   animals?  I guess I need this one first.
2          PAT:  Okay.
3          DENIZ:  I have a feeling we're going to have a
4   problem.  All right.
5          PAT:  You want to hold the banner up too or
6   not?
7          DENIZ:  Sure.
8          PAT:  (Inaudible).  Hold that.
9          DENIZ:  Is it running?
10         PAT:  Yeah.
11         Hold this.  Hold this.
12         DENIZ:  Yours is running too.  Mine's running
13  too.
14         Screen "Video 2."
15         GARY:  If you want to do this, we have an area
16  set up for you up there.  Free speech area's up there,
17  not here.
18         PAT:  You have no -- you have no -- call the
19  police.  Call the police.  You got a problem, call the
20  police.
21         GARY:  Oh, we do.  But take --
22         PAT:  We're not going to do that.  When the
23  police come we'll --
24         DENIZ:  Hey, you can't touch us.
25         PAT:  You can't touch us.
```

**Page 4**

```
1          DENIZ:  Don't touch us.
2          PAT:  You can't touch us.
3          GARY:  You're not in the area you need to be.
4          DENIZ:  Call the police.  You can call the
5   police.
6          PAT:  Call the police if you think you have a
7   right to move us.  Just call the police.
8          DENIZ:  There you go.  You'll learn about the
9   first amendment.  It will be a fun experience for you.
10         GARY:  You'll learn about a few other things.
11         PAT:  This is America.
12         DENIZ:  It's America.  Be proud to be American,
13  man.
14         PAT:  Right?  Right?  Be proud to be an
15  American.  Be proud of our Constitution.
16         DENIZ:  Be proud of our Constitution.
17         PAT:  Even if you don't agree with it.
18         GARY:  And you really have to worry about --
19         DENIZ:  Call the police, just don't touch us.
20         PAT:  Even if you don't agree with it.
21         DENIZ:  We don't touch you; don't touch us.
22         PAT:  Even if you don't agree with it.  That's
23  the beauty of the first amendment.
24         DENIZ:  That's the beauty of America.  Free
25  speech.  People die for this right.
```

**Audio Transcription**

Page 5

1      GARY:  I know.

2      DENIZ:  You should be ashamed of yourself

3 trying to stifle it.

4      GARY:  I spent 40 years in the army.  I know

5 about it.  Don't even go there.

6      DENIZ:  Yeah, shame on you or trying to stifle

7 free speech.

8      GARY:  You're going to --

9      DENIZ:  Shame on you.

10      Come on over, babe.  Come over here a little

11 more.

12      Yeah, they are.  We're allowed to be here.

13 Just don't touch me.  I won't touch you.

14      GARY:  And I can block you.  I can block you.

15      DENIZ:  That's what you're afraid of, huh?

16      PAT:  Is that what you're afraid of, our

17 speech?

18      DENIZ:  Yeah, he's afraid.

19      PAT:  (Inaudible).

20      GARY:  It's just you don't understand what

21 you're saying.

22      DENIZ:  No, you don't like what we're saying.

23      GARY:  And I'm not going into it.

24      PAT:  If it's not true, what does that matter

25 to you?

Page 6

1      DENIZ:  Yeah.

2      GARY:  Because you're spreading false rumors.

3 I'm not going into it.

4      DENIZ:  It's not a rumor, it's a fact.

5      UNIDENTIFIED SPEAKER:  Sir, (inaudible).

6      GARY:  Yes, right up here where it says free

7 speech.

8      UNIDENTIFIED SPEAKER:  Okay.  Fortunately --

9 (inaudible).

10      DENIZ:  Would you like information about the

11 animals?  It's very sad for these poor animals.

12      GARY:  Did you call them?

13      DENIZ:  Hope you open your heart one day.

14 Compassion and kindness is a good thing.  And though not

15 here it doesn't feel like it, but it is.

16      GARY:  And that's an altered photo to begin

17 with.  Yes it is.  Yes it is.

18      PAT:  No, (inaudible).  Now who's lying?  Now

19 who's lying?

20      DENIZ:  Yeah, but you know what?

21      GARY:  (Inaudible).  That is an altered photo,

22 but hey, besides the point --

23      PAT:  (Inaudible) to lie about it.

24      DENIZ:  Yeah, that's what they do, they just

25 start lying.

Page 7

1      PAT:  (Inaudible) animal, they don't hesitate

2 to lie about it.

3      UNIDENTIFIED SPEAKER:  Hey, Gary, we just need

4 them to be -- they can be here, but they just need to be

5 in the free speech area.

6      GARY:  That's what I'm trying to tell them.

7      UNIDENTIFIED SPEAKER:  We really --

8      DENIZ:  Just call the policemen.

9      UNIDENTIFIED SPEAKER:  Call your sheriff.

10      UNIDENTIFIED SPEAKER:  Gary, call the sheriff.

11      PAT:  (Inaudible).

12      DENIZ:  Yeah, go ahead and call them.  I'm

13 getting everybody's picture on camera here.

14      (Inaudible).

15      DENIZ:  I already got you.

16      Everybody's going to get a lesson in free

17 speech.  You're going to learn what it means to have

18 free speech.

19      UNIDENTIFIED SPEAKER:  You going to get them,

20 or do you want me to get therm?

21      DENIZ:  It's important.  That's what

22 democracy's based on.

23      UNIDENTIFIED SPEAKER:  We're not denying you

24 that, we just have an area (inaudible) --

25      DENIZ:  That's not free speech then.

Page 8

1      UNIDENTIFIED SPEAKER:  It is courteous to your

2 guests.

3      DENIZ:  We're very courteous.

4      UNIDENTIFIED SPEAKER:  You also can't be in the

5 middle of a parking lot, (inaudible).

6      DENIZ:  We're not in the middle of a parking

7 lot:

8      (Inaudible).

9      GARY:  (Inaudible) rodeo grounds.  I have some

10 people out here I need to get removed.  They need to be

11 removed.  Because we've got the free speech area,

12 they're protesting, and they're not -- and they're

13 blocking the parking lot, blocking the access --

14      DENIZ:  Don't lie.  Don't lie to them.  It's

15 all on video.  We're not blocking anything.

16      GARY:  And (inaudible), right now there's

17 two.

18      DENIZ:  That's what you go to, lies.

19      PAT:  Because that's all they have is lies.

20      DENIZ:  That's all they've got are lies.

21      PAT:  (Inaudible) lies.

22      DENIZ:  It's not cruel.  They're blocking the

23 parking lot.

24      GARY:  (Inaudible).  I mean I'm standing right

25 in front of them.  One male and one female.

Audio Transcription

Page 9

1    PAT:  Now they're blocking.

2    DENIZ:  Yeah, you're blocking.

3    GARY:  (Inaudible).  They're blocking the

4  entrance.

5    DENIZ:  No, we're not.

6    GARY:  I don't see any -- I don't see any

7  weapons.

8    DENIZ:  There's a truck blocking the entrance.

9    BRIAN:  Yeah, that truck's supposed to be

10  there.  We got a free speech area over there, we'd like

11  you to go over to it, okay?

12    DENIZ:  We won't be doing that?

13    BRIAN:  You won't be doing that?

14    DENIZ:  No.

15    BRIAN:  Okay.

16    PAT:  He's calling the police.

17    DENIZ:  He's calling the police.  Let the

18  police handle it, unless you want to do something, but I

19  would prefer you not touch me.

20    It's a good song.

21    (Phone ringing.)

22    BRIAN:  Yeah, this is Brian.

23    DENIZ:  Hey, Pat, step up a few because I want

24  these people coming up with you.  Yeah.

25    PAT:  (Inaudible).

Page 10

1    DENIZ:  Okay.

2    BRIAN:  All right.  You're right.  They are on

3  the way.  You're fine.

4    Kind of disrespectful though.  That's okay.

5    DENIZ:  Totally disrespectful to the animal.

6    BRAIN:  Well, you --

7    UNIDENTIFIED SPEAKER:  Hey, Brian, have you

8  noticed they've got a --

9    BRIAN:  Huh?

10    UNIDENTIFIED SPEAKER:  They've got a

11  (inaudible).

12    BRIAN:  They have what?

13    UNIDENTIFIED SPEAKER:  (Inaudible).

14    BRIAN:  Oh, yeah.

15    DENIZ:  No, he didn't say okay, but he said,

16  oh, yeah, the cops are coming.  So everything's good.

17    BRIAN:  Okay.  I don't even know where that's

18  at.  Somebody added a strap on that one.  Yeah, so it's

19  even -- not even -- that's kind of --

20    UNIDENTIFIED SPEAKER:  Yeah, they're coming.

21    DENIZ:  Yeah.  You -- we dug a ditch for you,

22  and you can have your free speech in the ditch.

23    PAT:  (Inaudible).

24    (Inaudible).

25    GARY:  (Inaudible).

Page 11

1    BRIAN:  Okay.  I got 'em here.  Sheriffs

2  coming.  We're good.  But probably should educate

3  yourselves a little bit on some of that.

4    PAT:  We did.  That's why we're out here.

5    BRIAN:  Wrong school, guys.  Any time you need

6  the right information, we'll give it to you.

7    PAT:  We got it.  That's why we're out here.

8    BRIAN:  Very good.  All right.

9    PAT:  We know you don't care about animals, but

10  we do.

11    DENIZ:  Yeah.  Yeah.

12    BRIAN:  What?

13    PAT:  You don't care about animals --

14    BRIAN:  We do.

15    DENIZ:  Yeah.  Yeah.  Sure you do.  That's why

16  you torture them.

17    PAT:  (Inaudible) animals.

18    BRIAN:  We're good.  We're good guys.  We make

19  a living with them.

20    DENIZ:  Yeah, by torturing them.

21    BRIAN:  No, by selling them for beef.

22    DENIZ:  Oh, that's really nice too.

23    PAT:  You don't care about animals?

24    BRIAN:  So you don't like -- you don't like

25  people who eat beef?  Okay.  That's your right.

Page 12

1    DENIZ:  Don't say you're being nice to animals.

2    BRIAN:  We're good.  We're good.

3    DENIZ:  Just own it.

4    PAT:  Don't let her back up.

5    UNIDENTIFIED SPEAKER:  I know, I was

6  thinking --

7    DENIZ:  Very sad for the animals.  Very sad for

8  the animals.  Nobody wants to be --

9    PAT:  (Inaudible).

10    DENIZ:  They think the sheriffs are going to

11  come over here and arrest us.

12    GARY:  Hopefully.

13    DENIZ:  That's what they think, because the guy

14  hugged the gal who works here, which I got on video.

15  Did you get it on video?

16    PAT:  (Inaudible).

17    DENIZ:  Oh, I got it on video.

18    Very sad for the animals.

19    They better check with their watch commander

20  before they do anything.

21    PAT:  (Inaudible) do anything.

22    DENIZ:  I think he told them that they were

23  going to, and that's why he told him you can go, they're

24  going to handle it.

25    PAT:  (Inaudible).

AlamedaCounty_Bolbol_000371

Page 13

1    DENIZ:  Oh, maybe so.
2    PAT:  If they were going to do something,
3 they'd be over here right now.
4    DENIZ:  They better check with their watch
5 commander before they take any action.  The big, tall
6 one's the one that hugged the gal that works here.
7    PAT:  (Inaudible)?
8    DENIZ:  We got a lawsuit.  Here we go.
9    DEPUTY LASZUK:  Hello.
10    PAT:  Hi.
11    DEPUTY LASZUK:  How you doing?
12    PAT:  Good.  How are you?
13    DEPUTY LASZUK:  Hey, so we're just with the
14 sheriff's office obviously.  We just wanted to say hello
15 and, you know, let you know basically we're going to be
16 hanging out here.  It's free speech, we get that.
17    DENIZ:  Okay.
18    DEPUTY LASZUK:  That's totally cool.
19    PAT:  We have no intention of blocking
20 anybody.
21    DEPUTY LASZUK:  Okay --
22    DENIZ:  Yeah, we don't want to block ingress or
23 egress.
24    DEPUTY LASZUK:  -- yeah, basically all we are
25 here, you know, play nice.

Page 14

1    DENIZ:  Absolutely.
2    DEPUTY LASZUK:  You know what I mean?  That's
3 all we ask, you know, and --
4    DENIZ:  We will.  And we appreciate that.
5    DENIZ:  You're very welcome.
6    DEPUTY LASZUK:  They actually want you guys to
7 be over --
8    DENIZ:  We know.
9    DEPUTY LASZUK:  Okay.  So we're just --
10    DENIZ:  We're not doing that.
11    DEPUTY LASZUK:  Okay.  We're just letting you
12 know --
13    DENIZ:  All right.
14    DEPUTY MAYFIELD:  There's a designated area for
15 you guys.
16    DENIZ:  We know that.
17    DEPUTY MAYFIELD:  If you guys move over there,
18 great; choose to stay here, just let's keep it
19 peaceful.
20    DENIZ:  Absolutely.
21    PAT:  Always.  Always.
22    DENIZ:  Always.
23    DEPUTY MAYFIELD:  Let's not, you know, yell at
24 the patrons that decide to come here.
25    PAT:  We've been out here for many years, no

Page 15

1 problems.
2    DENIZ:  No.
3    DEPUTY MAYFIELD:  Their choice to attend this
4 event just like it's your choice not to like the event,
5 right?
6    DENIZ:  That's right.  And you're not going to
7 attract anyone to your side if you're rude to them.
8    PAT:  (Inaudible).
9    DEPUTY MAYFIELD:  We're all going to be
10 peaceful and --
11    PAT:  (Inaudible).
12    DENIZ:  Did you hear what I said?
13    You're not going to attract people to your
14 message if you're yelling nasty at people.
15    DEPUTY LASZUK:  Right.  No.
16    DENIZ:  So we're trying to encourage
17 compassion.
18    DEPUTY LASZUK:  (Inaudible).
19    DENIZ:  Thank you.  You too.
20    DEPUTY LASZUK:  Have a safe night.
21    DENIZ:  Oh, thank you very much.  We appreciate
22 it.
23    Screen:  "Video 3."
24    UNIDENTIFIED SPEAKER:  Watch out, watch out.
25 Watch out, guys.  Hold up there.  Good.

Page 16

1    PUBLIC SAFETY MGR. HART:  Well, that happens.
2 But you're going to have to leave.  I'm asking you
3 nicely to leave.  All right?
4    PAT:  (Inaudible).  You can ask as nice as you
5 want, I don't give up my right.
6    PUBLIC SAFETY MGR. HART:  You're not giving up
7 any rights.
8    PAT:  (Inaudible).
9    PUBLIC SAFETY MGR. HART:  You don't have a
10 right to (inaudible).
11    PAT:  Not giving up my right.
12    PUBLIC SAFETY MGR. HART:  Okay.
13    Are you refusing to leave as well, ma'am?  I
14 just want to make it clear.
15    DENIZ:  I'm not going to leave.
16    PUBLIC SAFETY MGR. HART:  You're not going to
17 leave.
18    Are you refusing to leave as well?
19    UNIDENTIFIED SPEAKER:  I'm not leaving.
20    PUBLIC SAFETY MGR. HART:  Okay.
21    DENIZ:  I don't block ingress or egress, I just
22 hand out information and I do not cause no problems, so
23 you're causing the problem.
24    PUBLIC SAFETY MGR. HART:  You're not in the
25 designated area.

Page 17

1    DENIZ:  Doesn't matter.
2    PUBLIC SAFETY MGR. HART:  All right.
3    PAT:  Designated area is not a legal free
4  speech area.  Unconstitutional.
5    PUBLIC SAFETY MGR. HART:  Okay.
6    PAT:  It's not going to cut constitutional
7  muster.
8    DENIZ:  Now he's calling his boss to see if he
9  can get permission to arrest us.  It's so ridiculous.
10  We've been here every year before.
11    DEPUTY LASZUK:  (Inaudible).
12    UNIDENTIFIED SPEAKER:  (inaudible).
13    PAT:  It's just amazing how the police are
14  willing to violate rights (inaudible).
15    DENIZ:  Well, they want to, but hopefully their
16  watch commander has a more level head.
17    PAT:  Amazing.  I just don't -- I can't
18  fathom --
19    DENIZ:  They don't love America.
20    PAT:  They're sworn to uphold the Constitution,
21  and they don't even know what the hell it says.
22    DENIZ:  They don't even care.
23    PAT:  They don't know what it means.
24    DENIZ:  They all go along with it, hold the
25  blue line.

Page 18

1    PAT:  The Constitution to them is whatever the
2  private property owner -- or whatever the private entity
3  says (inaudible).
4    DENIZ:  Give me a break.
5    PAT:  It's just amazing.
6    DENIZ:  So sad for the animals.  Very sad for
7  the animals.
8    Funny thing is before sheriff just came up and
9  said everything's fine, now this guy comes up, and now
10  all of a sudden he's trying to do some bidding for
11  the --
12    PAT:  The other guy's not here.
13    DENIZ:  -- rodeo.
14    Yeah, he is.  He's right behind you.
15    PAT:  (Inaudible).
16    DENIZ:  Who knows what kind of lies he's
17  telling the watch commander.  Oh, they're blocking
18  ingress.  He just wants to do their bidding.  And all
19  these other cops just sit along and go along.
20    So sad for these poor animals.
21    Move over a little more.  They all want to
22  stand in front of your sign, I think it's kind of rude,
23  but I think we just have to move around them.
24    Pat, I'll hold this, go ahead.
25    PAT:  Go ahead, what?

Page 19

1    DENIZ:  Whatever you're doing.
2    PAT:  Go ahead and bring your sign up.
3    DENIZ:  These are all real pictures.
4  There's no -- there's no --
5    UNIDENTIFIED SPEAKER:  Oh, I know.
6    DENIZ:  They're like, oh, it's not a real
7  picture.  It's like, Dude, it's a fucking real picture,
8  you know?
9    (Inaudible).
10    UNIDENTIFIED SPEAKER:  Good.  Yourself?  The
11  VIP entrance is down there or right here?  (Inaudible).
12    DENIZ:  The flank strap's the worst.  Oh, my
13  God, the flank strap's awful.  That's the only reason
14  they buck; it's the only reason.  If you go online, you
15  can watch videos.  As soon as that flank strap comes
16  off, they stop bucking.
17    Then they did this one article, this guy did an
18  article, this is the nicest bull in the world, he only
19  bucks because of the fucking flank strap.  They did an
20  article on it in livestock magazine.  That's where we
21  got the picture, from the livestock magazine.  That's
22  where you get your best pictures.
23    UNIDENTIFIED SPEAKER:  Right.
24    DENIZ:  From the industry.
25    UNIDENTIFIED SPEAKER:  How's it going?

Page 20

1    (Inaudible).
2    DENIZ:  He's not allowed to arrest us.  He
3  tried.
4    Oh, no, no.  You can't touch him.
5    GARY:  I'm not touching him.
6    DENIZ:  You can't touch him.
7    UNIDENTIFIED SPEAKER:  He came right up to me
8  and was pushing me.
9    DENIZ:  No.  No.  No.  Here, you hold this.
10  You hold this.
11    Shame on you.  Shame on you.  Seriously, grow
12  up, man.  You're too old to act like that.
13    UNIDENTIFIED SPEAKER:  Don't let her --
14    DENIZ:  And you are old.
15    Shame on him.
16    (Inaudible).
17    DENIZ:  Yeah, the guy -- the guy who's talking
18  to the, I don't know, the overweight one, he really
19  wanted to arrest us, but he doesn't get to.  His watch
20  commander has a level head, isn't willing to beat
21  constitutional violation of an illegal arrest.  You know
22  how much it would have cost this county if they would
23  have illegally arrested us?
24    UNIDENTIFIED SPEAKER:  No.
25    DENIZ:  Hundreds of thousands of dollars.

Page 21

1   UNIDENTIFIED SPEAKER:  Wow.
2   DENIZ:  Hundreds of thousands of dollars for
3 one time.
4   UNIDENTIFIED SPEAKER:  Here you go, sir.
5   UNIDENTIFIED SPEAKER:  No, thank you.
6   DENIZ:  For one time.
7   They talk tough, oh, this is going -- we're not
8 going to tell you what's going to happen.
9   Screen:  "Video 4."
10   DEPUTY MAYFIELD:  You guys are standing right
11 in the middle of this path.
12   DENIZ:  You've just got a hard-on for us, don't
13 you?
14   DEPUTY MAYFIELD:  No, I don't.
15   DENIZ:  Yeah, you do.
16   DEPUTY MAYFIELD:  No, I don't.
17   DENIZ:  Why are you trying to harass us?
18   DEPUTY MAYFIELD:  Nobody's harassing you guys.
19   DENIZ:  Yeah, you are.
20   DEPUTY MAYFIELD:  I'm just asking you not to
21 block egress.
22   DENIZ:  Nobody's blocking anything.  You're so
23 full of -- look behind you.  There's no one coming.
24   DEPUTY MAYFIELD:  Ma'am.  Ma'am.
25   DENIZ:  You got to stop harassing, man.  What's

Page 22

1 your name?
2   DEPUTY MAYFIELD:  Deputy Mayfield.  Badge 2336.
3   DENIZ:  Yeah.  Mayfield, you've got to stop
4 harassing us.
5   DEPUTY MAYFIELD:  Nobody's harassing you.
6   DENIZ:  You're going to be out here all
7 weekend; this is going to be unpleasant.
8   DEPUTY MAYFIELD:  You're standing in the middle
9 of a walkway.
10   DENIZ:  No --
11   DEPUTY MAYFIELD:  All I'm asking you --
12   DENIZ:  I can stand in the walkway.  Didn't
13 your watch commander tell you?
14   DEPUTY MAYFIELD:  No, you cannot.  You
15 cannot.
16   DENIZ:  Yes I can.
17   DEPUTY MAYFIELD:  You cannot, ma'am.
18   DENIZ:  Okay.
19   DEPUTY MAYFIELD:  If you're blocking ingress,
20 you're blocking the walkway.
21   DENIZ:  Do you see anyone ingressing?
22   DEPUTY MAYFIELD:  Ma'am --
23   DENIZ:  Sir.  Sir.
24   DEPUTY MAYFIELD:  -- it doesn't matter if
25 people are here or not.

Page 23

1   DENIZ:  Look around.
2   DEPUTY MAYFIELD:  You can't stand here.
3   DENIZ:  Oh, my God, you don't understand the
4 law.
5   DEPUTY MAYFIELD:  I do understand the law.
6   DENIZ:  No, you don't.  You thought you were
7 going to arrest us before.  You were wrong then, you're
8 wrong now.  You're wrong.
9   DEPUTY MAYFIELD:  Ma'am.
10   DENIZ:  You need to learn about free speech.
11 You need -- you know what, I'm going to write a letter
12 telling you deputies, you need to learn -- your
13 compadres, I don't know about you, but the white guy, he
14 was -- he knew what he was talking about.  You should
15 learn from him.  It's too bad you have seniority over
16 him.
17   DEPUTY MAYFIELD:  No, you're right.
18   DENIZ:  I'm assuming you do because you're very
19 bullish.
20   DEPUTY MAYFIELD:  All I'm asking -- I'm not --
21 nobody's being a bully, ma'am.
22   DENIZ:  You're very bullish.
23   DEPUTY MAYFIELD:  Nobody's being bullish.  If
24 anybody's being bullish, ma'am, it's you.  I'm just
25 asking --

Page 24

1   DENIZ:  You're harassing me and you're blocking
2 my sign.  And I'm asking you to stop harassing me.  Stop
3 harassing me.
4   DEPUTY MAYFIELD:  Nobody's harassing you.
5   DENIZ:  You are.
6   DEPUTY MAYFIELD:  (Inaudible).
7   DENIZ:  Go away.
8   He's funny.
9   UNIDENTIFIED SPEAKER:  You're funny.
10   DENIZ:  Yeah.  It's funny all right.
11   UNIDENTIFIED SPEAKER:  Rodeo hurts and injures
12 animals.  (Inaudible).
13   (End of recording.)
14
15
16
17
18
19
20
21
22
23
24
25

**Page 25**

1  Begin File 02. BATES 00016 - Cuviello-Rowell Ranch Rodeo
2  Protest Videos - May 20-2022.mov
3      Screen: "Rowell Ranch Rodeo May 20, 2022."
4      Screen: "Clip 1."
5      PAT: That's funny. Free speech area. Free
6  speech area.
7      DENIZ: Should I just lie this down?
8      PAT: Sure.
9      DENIZ: Right here?
10     PAT: Yeah. Let me get my fliers on.
11     UNIDENTIFIED SPEAKER: Hi, guys. Do you have
12  your tickets already? Did you purchase them
13  (inaudible).
14     PAT: We can put it over there. It's probably
15  a better spot.
16     DENIZ: That's a better spot.
17     PAT: All right. We'll take it over there.
18     DENIZ: I think so because that's not --
19     PAT: Yeah, because no one's going to use that.
20     DENIZ: Yeah.
21     PAT: We'll take it over there.
22     DENIZ: I knew I shouldn't have dropped that
23  down.
24     This is not in anyone's way.
25     PAT: No. We're going to give out a lot of

**Page 26**

1  fliers here anyway.
2      DENIZ: Are you man enough to be kind to
3  animals? I guess I need this one first.
4      PAT: We'll see. All right. There you go.
5      DENIZ: All right.
6      PAT: Do you want to hold the banner up too, or
7  not?
8      DENIZ: Sure.
9      PAT: What the hell? What did you do? Hold
10  that.
11     DENIZ: Is it running?
12     PAT: Yeah. Hold this.
13     DENIZ: Yours is running too. Mine's running
14  too.
15     This one?
16     PAT: Yeah.
17     DENIZ: (Inaudible).
18     PAT: (Inaudible).
19     GARY: If you want to do this, we have an area
20  set up for you up there. The free speech area's up
21  there, not here.
22     PAT: Yeah, you have no -- call the police,
23  call the police. You got a problem, call the police.
24     GARY: Oh, we do, but take it --
25     PAT: We're not going to do that. When the

**Page 27**

1  police come, we'll talk to the police.
2      DENIZ: Hey, you can't touch us.
3      PAT: You can't touch us.
4      DENIZ: You can't touch us.
5      PAT: You can't touch us.
6      GARY: You're not in the area (inaudible) --
7      PAT: Call the police if you think you have a
8  right to move us. Just call the police.
9      DENIZ: There you go. You'll learn about the
10  first amendment, it will be a fun experience.
11     GARY: You'll learn about a few other things.
12     PAT: Because this is America.
13     DENIZ: It's America.
14     PAT: Right?
15     DENIZ: Be proud to be American, man.
16     PAT: Right? Be proud to be American. Be
17  proud of our Constitution that protects free speech.
18     GARY: And you --
19     PAT: Even if you don't agree with that.
20     GARY: And you really have to worry about --
21     PAT: Even if you don't agree with it.
22     DENIZ: Call the police. Don't touch us.
23     PAT: Even if you don't agree with the
24  protection. That's the beauty of the first amendment.
25     DENIZ: That's the beauty of America, free

**Page 28**

1  speech.
2      PAT: That's right.
3      DENIZ: People die for this right.
4      GARY: I know --
5      DENIZ: You should be ashamed of yourself
6  trying to stifle it.
7      GARY: I spent 40 years in the army. I know
8  about that. Don't even go there.
9      DENIZ: Yeah. Shame on you for trying to
10  stifle free speech. Shame on you.
11     GARY: Oh, you're going to be --
12     DENIZ: Come on over, babe. Yeah, they are.
13  We're not going to be afraid.
14     GARY: And I can block you. I can block you.
15     PAT: Is that what you think of free speech?
16  Is that what you're afraid of, our speech?
17     DENIZ: Is that what you're afraid of?
18     PAT: Are you really afraid of it?
19     GARY: You don't understand what you're saying
20  so --
21     PAT: What is that --
22     GARY: I'm not going into it.
23     PAT: If it's not true, what does that matter
24  to you.
25     GARY: Because you're spreading false rumors.

Page 29

1  I'm not going there.
2       DENIZ:  It's not a rumor, it's fact.
3       GARY:  Pardon?  Yes.  Right over there where it
4  says free speech.
5       UNIDENTIFIED SPEAKER:  (Inaudible).
6       GARY:  Hey, Rory, did you call?
7       UNIDENTIFIED SPEAKER:  (Inaudible).
8       GARY:  And that's an altered photo to begin
9  with.  Yes, it is.
10      PAT:  No, it's not.  Nice try.
11      GARY:  Yes, it is.
12      PAT:  Now who's lying?  Now who's lying?
13      DENIZ:  (Inaudible).
14      GARY:  That is an altered photo.
15      PAT:  If someone will abuse an animal, they
16  won't hesitate to lie about it.
17      DENIZ:  Yeah, that's what they do.
18      PAT:  If one will abuse an animal, they won't
19  hesitate to lie about it, that's for sure.
20      UNIDENTIFIED SPEAKER:  (Inaudible).
21      GARY:  That's what I'm trying to tell them.
22      UNIDENTIFIED SPEAKER:  (Inaudible) call the
23  police.
24      PAT:  If you think that free speech area is
25  legal, go ahead and call the police.

Page 30

1       UNIDENTIFIED SPEAKER:  We're going to call.
2       PAT:  That's not a legal free speech area.
3       GARY:  Wait, let me (inaudible).
4       DENIZ:  You're going to learn what it means to
5  have free speech.
6       GARY:  Do you have them, or you want me to get
7  them?
8       DENIZ:  It's important.  That's what
9  (inaudible).
10      UNIDENTIFIED SPEAKER:  (Inaudible).  We're not
11  denying you that.  (Inaudible).
12      DENIZ:  That's not free speech then.
13      GARY:  Yes, ma'am, my name is Gary House, I'm
14  out here at the Rowell Rodeo grounds, and (inaudible) I
15  have some people out here I need to get removed, they
16  need to be removed.  Because we have a free speech area,
17  (inaudible), and they're not -- and they're blocking the
18  parking lot, they're blocking the access --
19      PAT:  We're not blocking anybody.
20      DENIZ:  Stop lying.
21      PAT:  Stop lying.
22      GARY:  And they --
23      DENIZ:  It's all on video, we're not blocking
24  anything.
25      PAT:  Stop lying.

Page 31

1       GARY:  Right now there's two.
2       PAT:  Stop lying.
3       DENIZ:  That's what you go to, lies.
4       PAT:  Because that's all they have are lies.
5       DENIZ:  All they've got are lies.
6       PAT:  So they've got to lie.
7       DENIZ:  It's not cool.  They're blocking the
8  parking lot.
9       GARY:  (Inaudible).  I mean I'm standing right
10  in front of them.  One male, one female.
11      PAT:  Sounds like you're blocking.
12      DENIZ:  Yeah, you're blocking.
13      GARY:  (Inaudible).
14      PAT:  You're standing in front of us and we're
15  blocking, sound like you're blocking.
16      Screen:  "Clip 2."
17      PUBLIC SAFETY MGR. HART:  Your area, here's the
18  map.
19      DENIZ:  Are you recording, Pat?
20      PAT:  Yeah.
21      DENIZ:  Get his name again.
22      PAT:  Kevin Hart, Kevin Hart you said, right?
23      PUBLIC SAFETY MGR. HART:  I did say that.
24      PAT:  It's Kevin heart.
25      PUBLIC SAFETY MGR. HART:  So here's the

Page 32

1  designated area.  I'm asking you to go to the designated
2  area that's been predesignated and approved, all right?
3  Failure to do so, all right, will not be good.
4       PAT:  What's going to happen if we don't do so?
5       PUBLIC SAFETY MGR. HART:  Okay?
6       PAT:  What's going to happen if we don't do
7  something?
8       PUBLIC SAFETY MGR. HART:  You'll have to figure
9  that out when it happens.
10      PAT:  No.  No.  No.  You'll need to tell us
11  now.  You can't --
12      PUBLIC SAFETY MGR. HART:  No, I'm not -- I
13  don't have any responsibility to tell you that, sir.
14  What I have a responsibility to tell you --
15      PAT:  Are you going to arrest us if we don't go
16  there?
17      DEPUTY MAYFIELD:  You could be arrested
18  (inaudible) --
19      PAT:  I want to know --
20      PUBLIC SAFETY MGR. HART:  You're in a
21  non-designated area.
22      PAT:  -- because I don't want to be arrested,
23  so if you're going to arrest me, I need to know ahead of
24  time.
25      DEPUTY MAYFIELD:  You could be arrested.

**Page 33**

1    PUBLIC SAFETY MGR. HART:  Are you the leader,
2  sir?
3    PAT:  I don't want to be could be arrested.  I
4  want to know ahead of time.
5    DEPUTY MAYFIELD:  (Inaudible).
6    PAT:  I want to know ahead of time.  You need
7  to call your watch commander out here.
8    DEPUTY MAYFIELD:  No.
9    PAT:  Because we have a free speech right.
10    DENIZ:  It will be an illegal arrest.
11    PAT:  Let me tell you something.
12    DEPUTY MAYFIELD:  Sir -- sir, would you let me
13  explain?
14    PUBLIC SAFETY MGR. HART:  Get your hand out of
15  my face.
16    PAT:  No, I'm talking to you.
17    DEPUTY MAYFIELD:  Let me explain.
18    PAT:  I'm talking about my rights.  This is a
19  public park, quintessential public forum and the first
20  amendment of our California Constitution, it's open to
21  the public.  You can put us in an area if you want, if
22  you have a significant interest.  There's no significant
23  interest to put over there.  We're not blocking here,
24  there's nothing going on.
25    So if you're willing -- if you're going to

**Page 34**

1  arrest us, I want to know because I don't want to be
2  arrested.  So if you're going to arrest me illegally; I
3  want to know because I don't want to be arrested, and
4  there's none of this maybe, could be, I want you to tell
5  me before, I'm going to arrest you if you don't leave.
6  If you don't tell me that, then there's a big problem.
7    DENIZ:  I think they're just messing with you,
8  Pat.
9    DEPUTY MAYFIELD:  I'm not required to tell you
10  whether I will or will --
11    PAT:  Yes, you are.  Yes, you are.  If I'm
12  asking you, you have to.
13    DEPUTY MAYFIELD:  Negative.
14    PAT:  Yeah.  Yes.  I'm not moving.  If you guys
15  want to go over there, you go ahead.
16    PUBLIC SAFETY MGR. HART:  You don't have too
17  much of a choice.
18    PAT:  No, I have plenty of choice.
19    PUBLIC SAFETY MGR. HART:  I'm asking you
20  nicely.
21    PAT:  You can ask all the nice you want.
22    PUBLIC SAFETY MGR. HART:  Pat, will you let me
23  finish?
24    PAT:  I don't give up my rights because
25  somebody asks nice -- no, you're done, you're finished.

**Page 35**

1  I'm not going, I'm not going.  Period.
2    PUBLIC SAFETY MGR. HART:  Will you let me
3  finish?
4    PAT:  I'm not going.  I'm not going.  You can
5  ask as nice as you want.  I do not give up my rights no
6  matter how nicely somebody asks me.
7    DENIZ:  (Inaudible).
8    PUBLIC SAFETY MGR. HART:  You don't have a
9  right to be --
10    PAT:  I do.
11    PUBLIC SAFETY MGR. HART:  -- on this property.
12    PAT:  I absolutely do.  It's a public park.
13    DENIZ:  We come on this property every year.
14    PUBLIC SAFETY MGR. HART:  All right?  It's a
15  designated area.
16    PAT:  It's a public park, quintessential first
17  amendment forum.
18    PUBLIC SAFETY MGR. HART:  It has nothing to do
19  with it, sir.
20    PAT:  Absolutely.
21    DEPUTY MAYFIELD:  This is a private --
22    PUBLIC SAFETY MGR. HART:  Nothing to do with
23  it.
24    PAT:  Doesn't matter, it's open to the public.
25  It's a private event open to the public, public park.

**Page 36**

1  Doesn't matter.
2    DEPUTY MAYFIELD:  (Inaudible).
3    DENIZ:  What happened?  (Inaudible).
4    PAT:  Doesn't matter.  No, does not matter.
5    DEPUTY MAYFIELD:  This is a private event.
6    PAT:  Look up Six Flags.  I just won a
7  lawsuit --
8    PUBLIC SAFETY MGR. HART:  Are you refusing to
9  leave?
10    PAT:  Yes, I am.
11    PUBLIC SAFETY MGR. HART:  Refusing to leave.
12  Are you refusing to leave?
13    PAT:  You can leave if you want.
14    UNIDENTIFIED SPEAKER:  What did you say?
15    PAT:  I'm not leaving.
16    UNIDENTIFIED SPEAKER:  I'm not leaving.
17    PUBLIC SAFETY MGR. HART:  Okay.
18    PAT:  And if they arrest us, they will be sued
19  for damages.
20    PUBLIC SAFETY MGR. HART:  Well, you know, that
21  happens sometimes, but you're going to have to leave.
22    PAT:  No.
23    PUBLIC SAFETY MGR. HART:  I'm asking you nicely
24  to leave.
25    PAT:  You can ask as nice as you want, I don't

Page 37

1  give up my rights.
2      PUBLIC SAFETY MGR. HART:  You don't -- you're
3  not giving up any rights.
4      PAT:  I am.  I have a right to be right where I
5  am.
6      PUBLIC SAFETY MGR. HART:  You don't have the
7  right to be any place you want.
8      PAT:  You can keep asking all you want.  I'm
9  not giving up my rights.
10      PUBLIC SAFETY MGR. HART:  All right.
11      PAT:  I'm not giving up my rights.
12      PUBLIC SAFETY MGR. HART:  Okay.
13      PAT:  There's just simply no reason for it.
14      PUBLIC SAFETY MGR. HART:  Are you refusing to
15  leave as well, ma'am?  I just want to make it clear.
16      DENIZ:  I'm not leaving.
17      I don't block ingress or egress.
18      UNIDENTIFIED SPEAKER:  (Inaudible)?
19      PAT:  Yeah, they're in the box over there.
20      DENIZ:  I just hand out information, and I
21  don't want to cause no problems.  You're causing a
22  problem.
23      PUBLIC SAFETY MGR. HART:  You're not in the
24  designated area.
25      PAT:  Doesn't matter.  Designated area is not a

Page 38

1  legal free speech area.  It's unconstitutional.
2      PUBLIC SAFETY MGR. HART:  All right.
3      PAT:  Not going to pass constitutional muster.
4      DENIZ:  Now he's calling his boss to see if we
5  can get permission to arrest us.
6      PAT:  Yeah.
7      DENIZ:  We're getting so ridiculous.  We've
8  been here every year before.
9      PAT:  It's just amazing how the police are
10  willing to violate rights to protect private
11  interests.
12      DENIZ:  Well, they want to, but hopefully their
13  watch commander has a more level head.
14      PAT:  It's just -- it's just amazing.  It's
15  just amazing.  I just can't -- I can't fathom it.
16      DENIZ:  They don't love America.
17      PAT:  It's like they've sworn to uphold the
18  Constitution and they don't even know what the hell it
19  says.
20      DENIZ:  They don't even care.
21      PAT:  They don't even know what it means.
22      DENIZ:  They all go --
23      PAT:  It's ridiculous.
24      DENIZ:  -- along with it, hold the blue line.
25      PAT:  The Constitution to them is whatever the

Page 39

1  private property owner -- or whatever the private entity
2  says is their rights.  It's just amazing.
3      DENIZ:  So sad for the animals.  Very sad for
4  the animals.
5      Funny thing is the before sheriff just came up
6  and said everything's fine.  Now this guy comes up and
7  now all of a sudden he's trying to do some bidding for
8  the rodeo.
9      PAT:  And the other guy's not here.
10      DENIZ:  Yeah, he is.  He's right behind you.
11      PAT:  Yeah.  Yeah.  Yeah.
12      DENIZ:  Who knows what kind of lies he's
13  telling the watch commander.  Oh, they're blocking
14  ingress.
15      He just wants to do their bidding, and all
16  these other cops just sit along and go along.
17      So sad for these poor animals.
18      UNIDENTIFIED SPEAKER:  For just putting a sign
19  around my neck?
20      PAT:  What's that?
21      UNIDENTIFIED SPEAKER:  This thing is --
22      PAT:  Yeah, that's for putting on the sign, you
23  hook it on the sign.  Signs are over there.
24      DENIZ:  They all want to stand in front of your
25  sign.  I think that's kind of rude, but I guess we'll

Page 40

1  just have to move around them.
2      UNIDENTIFIED SPEAKER:  How do you --
3      PAT:  Here.  Hold that for a minute.  Pop it
4  open like this.
5      DENIZ:  Pat, I'll hold this.  Go ahead.
6      PAT:  Go ahead what?
7      DENIZ:  Whatever you're doing.
8      UNIDENTIFIED SPEAKER:  Go ahead and bring your
9  sign up.
10      UNIDENTIFIED SPEAKER:  Thank you, Pat.
11      DENIZ:  The flank strap (inaudible).  The flank
12  strap (inaudible).  That's the only reason they buck.
13  That's the only reason (inaudible).  If you go online
14  (inaudible) flank strap (inaudible) not bucking.
15      Then they did this one article, this guy did an
16  article (inaudible).  (Inaudible) in livestock magazine.
17  That's where we got the picture.  The livestock
18  magazine.  That's where you get your best pictures, from
19  the industry.
20      UNIDENTIFIED SPEAKER:  How's it going?
21      DENIZ:  He's not allowed to arrest us.  He
22  tried.
23      Oh, no, no.  You can't touch him.  You can't
24  touch him.
25      UNIDENTIFIED SPEAKER:  He came right up to me

Page 41

1 and he pushed me.
2     DENIZ:  No, no, no.  Here, you hold this.  You
3 hold this.
4     Shame on you.  Shame on you.  Seriously
5 (inaudible).
6     PAT:  Robin, can you pull your side taught
7 more?  There you go.  Just keep it readable.
8     ROBIN:  Okay.
9     PAT:  Thanks.
10    In a normal relationship, we wouldn't want any
11 tension between us, but in a banner-holding
12 relationship, we want as much tension as possible.
13    ROBIN:  Okay.
14    PAT:  Only can use it on the banner.
15    UNIDENTIFIED SPEAKER:  Would it be easier for
16 you if I hold the banner so you can (inaudible)?
17    PAT:  No.  No.  I'm good.  But if you want to
18 hold it for her, that's fine.
19    UNIDENTIFIED SPEAKER:  Yeah, (inaudible).
20    PAT:  I knew that big cop was an asshole from
21 the get-go.  The tall guy.
22    UNIDENTIFIED SPEAKER:  This one with his back
23 to us right here, he's actually really nice.
24    PAT:  Yeah.  Yeah.  He was nice.  He was the
25 guy who initially talked to us, but the big guy, I knew

Page 42

1 the big guy was a jerk from the get-go.
2     UNIDENTIFIED SPEAKER:  The guy that's actually
3 facing this way.
4     PAT:  Yeah, he was nice.  He was the guy who
5 initially talked to us.
6     UNIDENTIFIED SPEAKER:  (Inaudible).
7     PAT:  But the big guy, I knew, right off the
8 back he had a hard-on to arrest us, to do something.
9     UNIDENTIFIED SPEAKER:  Well, there's nothing
10 they can really do.
11    PAT:  Well, he could.  He could technically
12 arrest us, then we file a lawsuit.
13    UNIDENTIFIED SPEAKER:  It's freedom of -- well,
14 it's freedom -- it's like freedom of speech.
15    PAT:  It is, we have a right.
16    UNIDENTIFIED SPEAKER:  And --
17    PAT:  But they can still arrest you.
18    UNIDENTIFIED SPEAKER:  (inaudible) rodeo
19 grounds started (inaudible).
20    PAT:  That's right.  This is all open to the
21 public.  Anybody can walk up here without a ticket or
22 anything.
23    But I just recently won a lawsuit against Six
24 Flags, which is privately owned property.
25    UNIDENTIFIED SPEAKER:  Right.

Page 43

1     PAT:  And I'm on -- we got the court to say we
2 have a right to be on that property.
3     UNIDENTIFIED SPEAKER:  What were you doing at
4 Six Flags.
5     PAT:  Lease footing.
6     UNIDENTIFIED SPEAKER:  For --
7     PAT:  For the dolphins and the animal park, not
8 the rides.
9     UNIDENTIFIED SPEAKER:  Right.  Of course, they
10 have the rides.
11    PAT:  Yeah, we'd be glad to have people just go
12 on the rides.
13    UNIDENTIFIED SPEAKER:  Those people are jerks
14 out there.
15    PAT:  They wouldn't win this lawsuit if they
16 arrest us.
17    UNIDENTIFIED SPEAKER:  No.  And I just assumed
18 (inaudible).
19    PAT:  I don't want to be arrested.  That's why
20 I asked him.  Tell me if you're going to arrest me,
21 because I'll leave.
22    UNIDENTIFIED SPEAKER:  And if they're going to
23 arrest you for something like this, it would probably be
24 the nicest thing to get arrested for.
25    PAT:  I wouldn't count on it.

Page 44

1     UNIDENTIFIED SPEAKER:  Well, like I say, at
2 least it would be for a good cause.
3     PAT:  Oh, right.  Right.  Right.  I see what
4 you're saying, yeah.
5     UNIDENTIFIED SPEAKER:  That's (inaudible)
6 saying it would be for --
7     PAT:  Yeah.  Yeah.
8     UNIDENTIFIED SPEAKER:  -- something righteous.
9     PAT:  Well, if they did arrest us, it would be
10 illegal, and we would file a lawsuit.  And everyone
11 would be entitled to damages.
12    UNIDENTIFIED SPEAKER:  (Inaudible) they don't
13 want to cause any problems.
14    DEPUTY MAYFIELD:  All right.  So what we're
15 going to ask and require -- you guys can all come over
16 here so you can hear me, please.
17    DENIZ:  I can hear you.
18    DEPUTY MAYFIELD:  -- is to stay out of the
19 walkway so you're not blocking ingress and egress.
20    PAT:  We know that's what we're doing.
21    DEPUTY MAYFIELD:  Yeah, sir, you keep standing
22 in the middle of the walkway.
23    UNIDENTIFIED SPEAKER:  That's where the people
24 are, I'm handing them leaflets.
25    PAT:  He's not blocking anybody.

Page 45

1    DEPUTY MAYFIELD:  (Inaudible) I need you to
2 stand off the walkway.
3    PAT:  He's not blocking anybody, you know that.
4 You're just want to make a problem.
5    DEPUTY MAYFIELD:  No.
6    PAT:  I knew from the get-go when you walked up
7 you had that energy.
8    DEPUTY MAYFIELD:  Sir.  Sir.
9    PAT:  So we're not blocking anybody.
10    DEPUTY MAYFIELD:  I have nothing but positive
11 energy.
12    PAT:  No, you do not.
13    DEPUTY MAYFIELD:  (Inaudible).
14    PAT:  You do not.  I saw you from the get-go.
15 The other guy was nice, and you had this energy like --
16    DEPUTY MAYFIELD:  You don't even know me.
17    PAT:  I know you because I've met cops like you
18 so many times and filed lawsuits against cops like you.
19 I know you like the back of my hand.
20    DEPUTY MAYFIELD:  Okay.  Sir, stay out of the
21 walkway, please, okay?  Don't block anybody.  Don't step
22 in front of anybody because now you're blocking their
23 entrance.
24    PAT:  You weren't blocking anybody.
25    UNIDENTIFIED SPEAKER:  I wasn't blocking

Page 46

1 anybody.
2    DEPUTY MAYFIELD:  You can hand them fliers all
3 you want --
4    PAT:  You weren't blocking anybody.  He's not
5 blocking anybody.
6    DEPUTY MAYFIELD:  -- you guys can talk all you
7 want --
8    PAT:  As long as you don't block anybody you're
9 fine, we never block anybody.
10    DEPUTY MAYFIELD:  -- (inaudible).
11    UNIDENTIFIED SPEAKER:  So if you stand to the
12 side of them and hand them but don't like stand directly
13 in front of them --
14    DEPUTY MAYFIELD:  Just don't stand directly in
15 front of them, and if you can, please stay out of the
16 walkway.  That's all we're asking.
17    UNIDENTIFIED SPEAKER:  Because you can't force
18 them to take a leaflet, you can only put it in front of
19 them or hand it to them.
20    PAT:  That's right.  You just offer it to them,
21 if they take it they take it, if they don't, they don't.
22 Unfortunately, we can't force people to be kind.
23    UNIDENTIFIED SPEAKER:  No, you can't make
24 people be good people, can you?
25    PAT:  No, we can't.  Wouldn't that be a great

Page 47

1 gift.
2    UNIDENTIFIED SPEAKER:  Yeah.  Actually,
3 (inaudible) this guy right here --
4    PAT:  Yeah, he was really nice.
5    UNIDENTIFIED SPEAKER:  He's the one that's
6 walking right there.
7    PAT:  Yeah.
8    UNIDENTIFIED SPEAKER:  (Inaudible) trying to
9 figure out if there's somewhere I could take a leak.
10    PAT:  He's the one who initially talked to us.
11 And he was nice.  He was you guys, don't block them.
12 But I knew that other guy had an attitude.  I knew he
13 did, I could tell.
14    UNIDENTIFIED SPEAKER:  (Inaudible).
15    PAT:  Here, hold this one.  Hold this one so I
16 can video record.
17    UNIDENTIFIED SPEAKER:  All right.
18    PAT:  I just want to video record.
19    DENIZ:  (Inaudible).
20    UNIDENTIFIED SPEAKER:  (Inaudible) cattle
21 ranch, (inaudible) talk to other people because you guys
22 are just you're harassing people.
23    (Inaudible).
24    DENIZ:  Very sad for the animals.
25    UNIDENTIFIED SPEAKER:  (Inaudible).  Rodeo's

Page 48

1 this.  Nobody's raising cattle --
2    DENIZ:  Right.  God didn't make animals
3 (inaudible).
4    UNIDENTIFIED SPEAKER:  Rodeo animals are a very
5 different thing.  I'm an evolutionist, okay?  So the
6 only reason --
7    PAT:  He's an evolutionist.
8    UNIDENTIFIED SPEAKER:  -- (inaudible).
9    DENIZ:  So that makes it okay to torture
10 them.
11    UNIDENTIFIED SPEAKER:  No, they would not exist
12 (inaudible).
13    PAT:  Well, evolve.
14    DENIZ:  Well, if they don't exist, then you
15 couldn't torture them.  Works for me.
16    UNIDENTIFIED SPEAKER:  That's (inaudible).
17    DENIZ:  (Inaudible).
18    UNIDENTIFIED SPEAKER:  If you stopped to
19 breeding --
20    DENIZ:  That's right.  Then you don't have them
21 to torture.
22    PAT:  I -- I -- I appreciate that you're an
23 evolutionist.  And you know what we are, we're evolved
24 humans.  So as an evolutionist, you should look at
25 evolving too.

Page 49

1    UNIDENTIFIED SPEAKER: You know, you know --

2    PAT: You should evolve. This is where humans

3 are going.

4    UNIDENTIFIED SPEAKER: -- you're designed to be

5 an omnivore.

6    PAT: No, it's not.

7    UNIDENTIFIED SPEAKER: Yes, it is.

8    PAT: It's actually not. No.

9    UNIDENTIFIED SPEAKER: Tell that to the eskimos

10 who don't eat anything --

11    PAT: Just because they eat meat doesn't mean

12 it's designed. That doesn't mean it's designed.

13    UNIDENTIFIED SPEAKER: It's not designed, it's

14 evolved.

15    PAT: Humans adapt to wherever they live. It's

16 not designed to be eating meat. It's not designed by

17 that.

18    Let me tell you something. We don't have

19 canines like dogs and cats.

20    UNIDENTIFIED SPEAKER: We don't. We have -- we

21 have classic --

22    PAT: (Inaudible) back and forth for chewing.

23 Our intestines are 13 times the length of our body. An

24 omnivore's intestines are 3 times the length of their

25 body.

Page 50

1    UNIDENTIFIED SPEAKER: We changed because we

2 developed fire, fire and cooking.

3    PAT: We have a (inaudible).

4    UNIDENTIFIED SPEAKER: I love this because you

5 guys -- I'm occupying your time.

6    PAT: Because meat goes in quickly and it

7 purifies, and so it's designed to get it out quickly.

8 But ours is designed to ferment.

9    UNIDENTIFIED SPEAKER: No. No. (Inaudible)

10 and fire is the reason why.

11    PAT: Fire is the only reason we started eating

12 meat, because otherwise we couldn't eat raw meat.

13    UNIDENTIFIED SPEAKER: No, we did.

14 (Inaudible).

15    PAT: No, we (inaudible).

16    (Inaudible).

17    Screen: "Clip 3."

18    BRIAN: Sir, there's no videoing. You can't --

19 you're not allowed to video on the rodeo grounds.

20    PAT: That's good. It's a county park.

21    BRIAN: It's not a county park.

22    PAT: It is a county park. And you're leasing

23 it. It's a county park. It's a quintessential public

24 forum.

25    BRIAN: It's not a county park and you're not

Page 51

1 allowed to video.

2    PAT: It is a county park. I am allowed to

3 video. It is part of free speech.

4    UNIDENTIFIED SPEAKER: Animals die from

5 injuries received here.

6    PAT: Hey. Hey. Hi, Margo, how are you?

7    MARGO: Oh, it's so good to see you. It's been

8 so long.

9    PAT: I know. Good to see you.

10    MARGO: Thanks for organizing.

11    PAT: Yeah. Yeah. We had a bit of a problem

12 with the police, but everything's ironed out. That's

13 why I'm video recording.

14    When we came out, well, the rodeo people came

15 up to us as first because it was just Deniz and I of

16 course. And they said, oh, we've got a free speech area

17 over there.

18    MARGO: Oh, uh-huh.

19    PAT: And we said, no, that's fine. We're not

20 going to go. And we said, call the police.

21    They were going to -- you know, they were

22 getting kind of huffy about it. We said, call the

23 police, (inaudible). So they called the police.

24    The police came out, these four cops here. And

25 the thin one there, the second tallest and the thin one

Page 52

1 on the right, he came over and he was really nice. He

2 said, you know, as long as you don't block (inaudible).

3 We stood over here for a while talking when they came

4 up. But that tall one, I knew he was an asshole.

5    MARGO: How did you --

6    PAT: Oh, I can tell. I deal with so many

7 cops. Because after the thin one talks, he goes -- he

8 goes, as long as you don't -- you know he had to repeat

9 everything.

10    Anyway, so then they went back in and they

11 pow-wowed. And then he came out, the rodeo guy. And he

12 said -- this guy, this guy in the black shirt. And he

13 said, we have a free speech area, and if you don't go

14 over there. He said, you'll find out. I said, no, I

15 want to know what will happen. I don't want to be

16 arrested. If I'm going to be arrested, I want to know,

17 and I'll leave. And I said to the officer, I want to

18 know if you're going to arrest me. He goes, well,

19 maybe. And I said, no, I don't want a maybe, I want to

20 know. Because I don't want to be arrested, so

21 (inaudible).

22    So he -- I said, you better call your watch

23 commander. So he did end up calling his watch

24 commander.

**Page 53**

1 Then they came over to us and said, as long as
2 you don't block, and this tall guy's talking. It's
3 like, we know, we're not blocking. You've been watching
4 us.
5 They just got to act like they're in charge.
6 It's just -- it's just -- I mean I didn't realize we
7 were going to have to deal with that because we've been
8 coming out here, but I guess the COVID thing put a break
9 on it, there was a break.
10 MARGO: Oh, yeah, there was a (inaudible)
11 break.
12 PAT: Yeah, so they might have thought, oh,
13 maybe we can get them now.
14 MARGO: You know your rights.
15 PAT: Yeah, we know our -- and they said, are
16 you going to move? I said, no, I'm not moving. And
17 everybody wouldn't move. And I thought, (inaudible)
18 everyone, you know. I thought, that's pretty good.
19 Because if they would have arrested me, I would have
20 sued them.
21 MARGO: You would have what?
22 PAT: I would have sued them.
23 MARGO: Oh.
24 PAT: I know my rights, and this is a violation
25 of my rights to try to put me over there in a box away

**Page 54**

1 from everybody, you know, calling it a free expression
2 zone, free speech.
3 MARGO: Is it the corner?
4 PAT: It's right -- just right over this just
5 right up there, the first spot as you turn right into
6 the block.
7 MARGO: Oh, I see.
8 PAT: Right next to that tree. So basically,
9 no, you can't approach because you're not (inaudible).
10 MARGO: (Inaudible) good job on that.
11 PAT: Well, the lady contacted me.
12 MARGO: Oh, wow.
13 PAT: Avery. So I guess -- because I said to
14 Matthew (inaudible), who is usually the contact or the
15 liaison, and I guess she's the new liaison. So he must
16 have contacted her and she contacted me and said, yeah,
17 that would be great, so she did that.
18 MARGO: And have the other events had more
19 people or how's it been --
20 PAT: The only event so far was the parade.
21 MARGO: Oh, yeah.
22 PAT: Last week. Which I had a bit of an issue
23 with, because I didn't feel like we were effective, I
24 thought it was -- you know, most of the people at the
25 parade aren't going to the rodeo.

**Page 55**

1 MARGO: Oh, uh-huh, uh-huh.
2 Screen: "Clip 4."
3 DENIZ: I can stand in a walkway. (Inaudible)
4 yes, I can.
5 DEPUTY MAYFIELD: (Inaudible).
6 DENIZ: Do you see anyone ingressing? Sir.
7 Sir. Look around.
8 DEPUTY MAYFIELD: (Inaudible).
9 DENIZ: No, you don't. You thought you were
10 going to arrest me before; you were wrong then, you're
11 wrong now. You're wrong.
12 You need to learn (inaudible). You know, I'm
13 going to write a letter (inaudible) you need to learn
14 (inaudible). The white guy he was -- (inaudible).
15 DEPUTY MAYFIELD: (Inaudible).
16 DENIZ: I'm assuming (inaudible) because you're
17 very bullish.
18 DEPUTY MAYFIELD: (Inaudible).
19 DENIZ: You're very bullish. (Inaudible).
20 You're blocking my sign. (Inaudible).
21 DEPUTY MAYFIELD: (Inaudible).
22 DENIZ: You are.
23 DEPUTY MAYFIELD: Pat.
24 PAT: What?
25 DEPUTY MAYFIELD: All I'm asking is that they

**Page 56**

1 don't block the bathroom.
2 PAT: They're not blocking the bathroom.
3 DEPUTY MAYFIELD: They are, sir.
4 PAT: No one's blocking the bathroom.
5 DEPUTY MAYFIELD: People (inaudible).
6 PAT: (Inaudible) go try and get in that
7 bathroom. Look, I'll go over, I'll go in that bathroom.
8 You watch me.
9 DEPUTY MAYFIELD: Listen. Listen.
10 PAT: You watch me. Nobody's blocking.
11 DEPUTY MAYFIELD: I'm just trying to talk to
12 you.
13 PAT: I know, but you're saying something
14 that's not real.
15 DEPUTY MAYFIELD: No.
16 PAT: You're not talking about reality.
17 DEPUTY MAYFIELD: Do you not see people having
18 to divert around them --
19 PAT: So what? That's free speech.
20 DEPUTY MAYFIELD: -- everywhere they go?
21 PAT: That's free speech.
22 DEPUTY MAYFIELD: You can't stand in the middle
23 of a street and have cars divert around you, can you?
24 PAT: If I stand -- you know what, if those
25 people are standing -- look at those guys behind them

Page 57

1  standing there.  People are going to have to divert
2  around them.  So what?  So what if people have to walk
3  around?  That's not against the law that when you don't
4  have free speech people have to walk around you.
5       In fact, if you read the case law, they say,
6  people have to walk around you.  One person standing
7  here just means another person has no walk around them.
8  It's one more person there.  That's the case law.  So
9  what if somebody -- I mean what's your problem?
10      DEPUTY MAYFIELD:  I don't have a problem.
11      PAT:  You certainly sound like it.
12      DEPUTY MAYFIELD:  I don't at all.
13      PAT:  So what if somebody -- look at those
14  people.  Now someone's got to walk around them.  Are you
15  going to tell them to move?
16      DEPUTY MAYFIELD:  They're getting tickets.
17      PAT:  So what?  So what's the difference?
18      DEPUTY MAYFIELD:  What do you mean so what?
19      PAT:  So what?  You're saying free speech is
20  less value than somebody getting a ticket?
21      DEPUTY MAYFIELD:  Not at all.
22      PAT:  Then what are you complaining about Deniz
23  for?  What's the problem?
24      DEPUTY MAYFIELD:  Nobody's complaining.  I'm
25  simply asking to keep a clear pathway so people can

Page 58

1  (inaudible).
2       PAT:  It's clear.  People can get in now.  Look
3  at them, going in and out.  No one's blocked.  There's
4  no backup here because nobody's blocked.
5       We've been -- I'm telling you, we've been doing
6  this for almost 40 years.  We don't block anybody.  If
7  we want to block somebody, you would know it, I
8  guarantee you would know it and you would arrest us.
9  We're not here to block anybody, we're not blocking
10  anybody.
11      DEPUTY MAYFIELD:  All I'm asking you to do is
12  work with us.
13      PAT:  We're not doing anything.
14      DEPUTY MAYFIELD:  All I'm asking is a simple
15  request that they don't stand in the middle of the
16  walkway.
17      PAT:  As long as you're not blocking, it's not
18  a problem.
19      DEPUTY MAYFIELD:  It's not that hard.  It's not
20  that hard.
21      PAT:  It's not a problem.
22      DEPUTY MAYFIELD:  It's not that hard.
23      PAT:  Exactly, as long as you're not blocking,
24  it's not a problem.  There's no problem.  You're making
25  a problem where there's no --

Page 59

1       DEPUTY MAYFIELD:  I'm not making a problem.
2       PAT:  You are.  You're making it like there's a
3  problem.  There's no problem.
4       DEPUTY MAYFIELD:  I'm receiving complaints that
5  they're standing in the middle of the walkway.
6       PAT:  So what?  They're not blocking.  You can
7  stand wherever you want as long as you don't block.
8       DEPUTY MAYFIELD:  Okay.  So if there's --
9       PAT:  There's no law against standing --
10      DEPUTY MAYFIELD:  So if there's an emergency
11  and people start running, running them over --
12      PAT:  Who's going to run them over?  Come on
13  now.  Now you're being ridiculous.  If there's an
14  emergency, you know what, we can move just like they can
15  move.  We're mobile.  See.  You're trying to make it
16  like free speech people are doing something --
17      DEPUTY MAYFIELD:  Not at all.
18      PAT:  You are.
19      DEPUTY MAYFIELD:  No.
20      PAT:  This has all been done, decided in court.
21  I mean if you read case law, they've always made these
22  arguments.  Oh, they're blocking because they're
23  standing there, people have to walk around them.  They
24  say, so what?  It's just like one more person standing
25  there who's buying a ticket.  It's no big deal.  That's

Page 60

1  what it is.
2       In Kuba.  Read "Kuba v. 1-A Agricultural."
3  It's about the Grand National Rodeo.  Kuba, 2004, Ninth
4  Circuit case.  Read that one.  That's a good one to
5  read.  It's really good for free speech.  Kuba, K-u-b-a.
6       DEPUTY MAYFIELD:  Perfect.
7       PAT:  K-u-b-a.
8       If you look on Google and Legal Scholar, anyone
9  can get there, just put in "Kuba," and that one will
10  probably come up.
11      DEPUTY MAYFIELD:  Okay.  I'll read it.
12      PAT:  Read that one.
13      DEPUTY MAYFIELD:  I will.
14      PAT:  Are you going to be hear all weekend?
15      DEPUTY MAYFIELD:  No.
16      PAT:  Oh.
17      DEPUTY MAYFIELD:  You guys (inaudible).
18      PAT:  Are any of the police officers going to
19  be here all weekend?
20      DEPUTY MAYFIELD:  You mean the ones that are
21  with me?
22      PAT:  Yeah.
23      DEPUTY MAYFIELD:  I'm not sure.
24      PAT:  Okay.  Because typically you guys
25  probably work during the week and then you -- other

Page 61

1 people on the weekend.

2     DEPUTY MAYFIELD: We work a lot.

3     PAT: Do you get overtime coming here?

4     DEPUTY MAYFIELD: Sometimes.

5     PAT: Sometimes.

6     DEPUTY MAYFIELD: I adjusted my schedule.

7     All we want is peace.

8     PAT: That's all we want. We really -- we're

9 not here to cause trouble. I mean you can see that.

10     DEPUTY MAYFIELD: I know you're not. I know

11 you're not.

12     PAT: We're just here to offer fliers and hold

13 signs.

14     DEPUTY MAYFIELD: That's why you and I are just

15 having a conversation. That's all it is.

16     PAT: We're just having a conversation. That's

17 good.

18     Your name is again?

19     DEPUTY MAYFIELD: Deputy Mayfield.

20     PAT: Mayfield.

21     My name is Pat, as you know.

22     DEPUTY MAYFIELD: I heard her --

23     PAT: You called me Pat.

24     I mean, like I say, we have no interest in

25 blocking people. Some groups do, but we don't. That's

Page 62

1 not our thing.

2     DEPUTY MAYFIELD: It's just when I'm getting

3 complaints because I see people having -- when they're

4 walking and they've got to go around --

5     PAT: I'll tell you something, wherever we

6 are --

7     DEPUTY MAYFIELD: -- (inaudible) that's it.

8     PAT: -- you'll get complaints because people

9 don't like our message, that's what the problem is.

10 They don't like our message. But that's okay if they

11 don't like our message. But as long as we're not

12 blocking, you can't complain about us, our message, you

13 know.

14     DEPUTY MAYFIELD: That's all I'm asking. Just

15 don't block people --

16     PAT: And that's the beauty of free speech.

17     DEPUTY MAYFIELD: -- of walking in and out.

18     PAT: You know, even though it's a message you

19 don't like, you can't restrict it. And it cuts both

20 ways. You know, messages I don't like, I can't restrict

21 those either.

22     DEPUTY MAYFIELD: Hundred percent.

23     PAT: But that's the beauty of free speech.

24     DEPUTY MAYFIELD: That's why we have

25 amendments, right?

Page 63

1     PAT: That's right. That's right. That's like

2 the most important amendment in my opinion.

3     DEPUTY MAYFIELD: Uh-huh. Well, they're all

4 important, but yeah.

5     PAT: Well, let me tell you this: If you got

6 rid of the first amendment, you'd have no way of getting

7 it back per the Constitution. But if you got rid of

8 all --

9     DEPUTY MAYFIELD: I think that's -- I think

10 that's true for probably 95 percent of them.

11     PAT: No, if you got rid of all the other

12 amendments, you have free speech to get them back. You

13 can petition your government to get those amendments in

14 there. But free speech, you get rid of that one,

15 there's no way to get it back. It's gone. Gone

16 forever. That's why I think it's the most important

17 amendment.

18     DEPUTY MAYFIELD: That's a valid point.

19     PAT: Yeah. But, you know --

20     DEPUTY MAYFIELD: It's a valid point.

21     PAT: -- I'm very pro Constitution.

22     DEPUTY MAYFIELD: As are we.

23     PAT: Yeah. I mean it's what makes -- in my

24 opinion it's what makes our country great. Without the

25 Constitution, I mean I can't think of what we'd have,

Page 64

1 but without that Constitution, I mean I don't know what

2 we'd be. But that Constitution makes our country great.

3 All those freedoms, the protections, you know. That's

4 what makes us great.

5     People say we're a great nation, that's what I

6 think of, our Constitution. I mean we do a lot of shit

7 stuff and we do a lot of good stuff, but our

8 Constitution is always there. That's what makes it

9 great.

10     DENIZ: Let's do a group photo without him.

11     You want to hold a sign?

12     DEPUTY MAYFIELD: Wow.

13     DENIZ: Hold a sign you can be in our photo.

14     PAT: He can be in our photo. He can be in our

15 photo.

16     (End of recording.)

17

18

19

20

21

22

23

24

25

**Page 65**

```
 1              REPORTER'S CERTIFICATE

 2        I, the undersigned, a Certified Shorthand

 3  Reporter of the State of California, do hereby certify:

 4        That the foregoing electronically-recorded

 5  proceedings were transcribed by me to the best of my

 6  ability.

 7        I further certify I am neither financially

 8  interested in the action nor a relative or employee of

 9  any attorney or party to this action.

10        IN WITNESS WHEREOF, I have this date

11  subscribed my name.

12

13  Dated: 02/12/2024.

14

15

16

                Diana Sasseen
                CSR No. 13456
17

18

19

20

21

22

23

24

25
```

**Audio Transcription**

Joseph P. Cuviello vs.<br>Rowell Ranch Rodeo

**0**

**00016** 25:1

**02** 25:1

**1**

**1** 25:4

**1-A** 60:2

**13** 49:23

**2**

**2** 3:14 31:16

**20** 25:3

**20-2022.mov** 25:2

**2004** 60:3

**2022** 25:3

**2336** 22:2

**3**

**3** 15:23 49:24 50:17

**4**

**4** 21:9 55:2

**40** 5:4 28:7 58:6

**9**

**95** 63:10

**A**

**absolutely** 14:1,20
35:12,20

**abuse** 29:15,18

**access** 8:13 30:18

**act** 20:12 53:5

**action** 13:5

**adapt** 49:15

**added** 10:18

**adjusted** 61:6

**afraid** 5:15,16,18
28:13,16,17,18

**agree** 4:17,20,22
27:19,21,23

**Agricultural** 60:2

**ahead** 7:12 18:24,25
19:2 29:25 32:23
33:4,6 34:15 40:5,6,
8

**allowed** 5:12 20:2
40:21 50:19 51:1,2

**altered** 6:16,21 29:8,
14

**amazing** 17:13,17
18:5 38:9,14,15 39:2

**amendment** 4:9,23
27:10,24 33:20
35:17 63:2,6,17

**amendments** 62:25
63:12,13

**America** 4:11,12,24
17:19 27:12,13,25
38:16

**American** 4:12,15
27:15,16

**animal** 7:1 10:5
29:15,18 43:7

**animals** 3:1 6:11
11:9,13,17,23 12:1,
7,8,18 18:6,7,20
24:12 26:3 39:3,4,17

47:24 48:2,4 51:4

**anybody** 13:20 30:19
42:21 44:25 45:3,9,
21,22,24 46:1,4,5,8,
9 58:6,9,10

**anybody's** 23:24

**anyone's** 25:24

**anyway** 26:1 52:10

**appreciate** 14:4
15:21 48:22

**approach** 54:9

**approved** 32:2

**area** 3:15 4:3 7:5,24
8:11 9:10 14:14
16:25 17:3,4 25:5,6
26:19 27:6 29:24
30:2,16 31:17 32:1,
2,21 33:21 35:15
37:24,25 38:1 51:16
52:13

**area's** 3:16 26:20

**arguments** 59:22

**army** 5:4 28:7

**arrest** 12:11 17:9
20:2,19,21 23:7
32:15,23 33:10 34:1,
2,5 36:18 38:5 40:21
42:8,12,17 43:16,20,
23 44:9 52:19 55:10
58:8

**arrested** 20:23 32:17,
22,25 33:3 34:2,3
43:19,24 52:17,21
53:19

**article** 19:17,18,20
40:15,16

**ashamed** 5:2 28:5

**asked** 43:20

**asking** 16:2 21:20
22:11 23:20,25 24:2
32:1 34:12,19 36:23
37:8 46:16 55:25
57:25 58:11,14
62:14

**asks** 34:25 35:6

**asshole** 41:20 52:4

**assumed** 43:17

**assuming** 23:18
55:16

**attend** 15:3

**attitude** 47:12

**attract** 15:7,13

**Avery** 54:13

**awful** 19:13

**B**

**babe** 5:10 28:12

**back** 12:4 41:22 42:8
45:19 49:22 52:10
63:7,12,15

**backup** 58:4

**bad** 23:15

**Badge** 22:2

**banner** 3:5 26:6
41:14,16

**banner-holding**
41:11

**based** 7:22

**basically** 13:15,24
54:8

**BATES** 25:1

**bathroom** 56:1,2,4,7

**beat** 20:20

AlamedaCounty_Bolboi_000386

**Audio Transcription**

**beauty** 4:23,24 27:24, 25 62:16,23

**beef** 11:21,25

**best** 19:22 40:18

**better** 12:19 13:4 25:15,16 52:23

**bidding** 18:10,18 39:7,15

**big** 13:5 34:6 41:20, 25 42:1,7 59:25

**bit** 11:3 51:11 54:22

**black** 52:12

**block** 5:14 13:22 16:21 21:21 28:14 37:17 45:21 46:8,9 47:11 52:2 53:2 54:6 56:1 58:6,7,9 59:7 62:15

**blocked** 58:3,4

**blocking** 8:13,15,22 9:1,2,3,8 13:19 18:17 21:22 22:19, 20 24:1 30:17,18,19, 23 31:7,11,12,15 33:23 39:13 44:19, 25 45:3,9,22,24,25 46:4,5 53:3 55:20 56:2,4,10 58:9,17,23 59:6,22 61:25 62:12

**blue** 17:25 38:24

**body** 49:23,25

**boss** 17:8 38:4

**box** 37:19 53:25

**BRAIN** 10:6

**break** 18:4 53:8,9,11

**breeding** 48:19

**Brian** 9:9,13,15,22 10:2,7,9,12,14,17

11:1,5,8,12,14,18, 21,24 12:2 50:18,21, 25

**bring** 19:2 40:8

**buck** 19:14 40:12

**bucking** 19:16 40:14

**bucks** 19:19

**bull** 19:18

**bullish** 23:19,22,23, 24 55:17,19

**bully** 23:21

**buying** 59:25

---

## C

**California** 33:20

**call** 3:18,19 4:4,6,7, 19 6:12 7:8,9,10,12 26:22,23 27:7,8,22 29:6,22,25 30:1 33:7 51:20,22 52:23

**called** 51:23 61:23

**calling** 9:16,17 17:8 38:4 52:24 54:1

**camera** 7:13

**canines** 49:19

**care** 11:9,13,23 17:22 38:20

**cars** 56:23

**case** 57:5,8 59:21 60:4

**cats** 49:19

**cattle** 47:20 48:1

**cause** 16:22 37:21 44:2,13 61:9

**causing** 16:23 37:21

**certainly** 57:11

**changed** 50:1

**charge** 53:5

**check** 12:19 13:4

**chewing** 49:22

**choice** 15:3,4 34:17, 18

**choose** 14:18

**Circuit** 60:4

**classic** 49:21

**clear** 16:14 37:15 57:25 58:2

**Clip** 25:4 31:16 50:17 55:2

**come** 3:23 5:10 12:11 14:24 27:1 28:12 35:13 44:15 59:12 60:10

**comes** 18:9 19:15 39:6

**coming** 9:24 10:16,20 11:2 21:23 53:8 61:3

**commander** 12:19 13:5 17:16 18:17 20:20 22:13 33:7 38:13 39:13 52:24, 25

**compadres** 23:13

**compassion** 6:14 15:17

**complain** 62:12

**complaining** 57:22, 24

**complaints** 59:4 62:3,8

**Constitution** 4:15,16 17:20 18:1 27:17

33:20 38:18,25 63:7, 21,25 64:1,2,6,8

**constitutional** 17:6 20:21 38:3

**contact** 54:14

**contacted** 54:11,16

**conversation** 61:15, 16

**cooking** 50:2

**cool** 13:18 31:7

**cop** 41:20

**cops** 10:16 18:19 39:16 45:17,18 51:24 52:7

**corner** 54:3

**cost** 20:22

**count** 43:25

**country** 63:24 64:2

**county** 20:22 50:20, 21,22,23,25 51:2

**course** 43:9 51:16

**court** 43:1 59:20

**courteous** 8:1,3

**COVID** 53:8

**cruel** 8:22

**cut** 17:6

**cuts** 62:19

**Cuviello-rowell** 25:1

---

## D

**damages** 36:19 44:11

**day** 6:13

**deal** 52:6 53:7 59:25

**decide** 14:24

Index: beauty–decide

decided 59:20

democracy's 7:22

Deniz 3:3,7,9,12,24
4:1,4,8,12,16,19,21,
24 5:2,6,9,15,18,22
6:1,4,10,13,20,24
7:8,12,15,21,25 8:3,
6,14,18,20,22 9:2,5,
8,12,14,17,23 10:1,
5,15,21 11:11,15,20,
22 12:1,3,7,10,13,
17,22 13:1,4,8,17,22
14:1,4,5,8,10,13,16,
20,22 15:2,6,12,16,
19,21 16:15,21 17:1,
8,15,19,22,24 18:4,
6,13,16 19:1,3,6,12,
24 20:2,6,9,14,17,25
21:2,6,12,15,17,19,
22,25 22:3,6,10,12,
16,18,21,23 23:1,3,
6,10,18,22 24:1,5,7,
10 25:7,9,16,18,20,
22 26:2,5,8,11,13,17
27:2,4,9,13,15,22,25
28:3,5,9,12,17 29:2,
13,17 30:4,8,12,20,
23 31:3,5,7,12,19,21
33:10 34:7 35:7,13
36:3 37:16,20 38:4,
7,12,16,20,22,24
39:3,10,12,24 40:5,
7,11,21 41:2 44:17
47:19,24 48:2,9,14,
17,20 51:15 55:3,6,
9,16,19,22 57:22
64:10,13

denying 7:23 30:11

deputies 23:12

Deputy 13:9,11,13,
18,21,24 14:2,6,9,
11,14,17,23 15:3,9,
15,18,20 17:11

21:10,14,16,18,20,
24 22:2,5,8,11,14,
17,19,22,24 23:2,5,
9,17,20,23 24:4,6
32:17,25 33:5,8,12,
17 34:9,13 35:21
36:2,5 44:14,18,21
45:1,5,8,10,13,16,20
46:2,6,10,14 55:5,8,
15,18,21,23,25 56:3,
5,9,11,15,17,20,22
57:10,12,16,18,21,
24 58:11,14,19,22
59:1,4,8,10,17,19
60:6,11,13,15,17,20,
23 61:2,4,6,10,14,
19,22 62:2,7,14,17,
22,24 63:3,9,18,20,
22 64:12

designated 14:14
16:25 17:3 32:1
35:15 37:24,25

designed 49:4,12,13,
16 50:7,8

developed 50:2

die 4:25 28:3 51:4

difference 57:17

different 48:5

directly 46:12,14

disrespectful 10:4,5

ditch 10:21,22

divert 56:18,23 57:1

dogs 49:19

doing 9:12,13 13:11
14:10 19:1 40:7 43:3
44:20 58:5,13 59:16

dollars 20:25 21:2

dolphins 43:7

dropped 25:22

Dude 19:7

dug 10:21

E

easier 41:15

eat 11:25 49:10,11
50:12

eating 49:16 50:11

educate 11:2

effective 54:23

egress 13:23 16:21
21:21 37:17 44:19

either 62:21

em 11:1

emergency 59:10,14

encourage 15:16

energy 45:7,11,15

entitled 44:11

entity 18:2 39:1

entrance 9:4,8 19:11
45:23

eskimos 49:9

event 15:4 35:25 36:5
54:20

events 54:18

everybody 53:17
54:1

everybody's 7:13,16

everything's 10:16
18:9 39:6 51:12

evolutionist 48:5,7,
23,24

evolve 48:13 49:2

evolved 48:23 49:14

Dude 19:7

evolving 48:25

Exactly 58:23

exist 48:11,14

experience 4:9 27:10

explain 33:13,17

expression 54:1

F

face 33:15

facing 42:3

fact 6:4 29:2 57:5

Failure 32:3

false 6:2 28:25

far 54:20

fathom 17:18 38:15

feel 6:15 54:23

feeling 3:3

female 8:25 31:10

ferment 50:8

figure 32:8 47:9

file 25:1 42:12 44:10

filed 45:18

find 52:15

fine 10:3 18:9 39:6
41:18 46:9 51:19

finish 34:23 35:3

finished 34:25

fire 50:2,10,11

first 3:1 4:9,23 26:3
27:10,24 33:19
35:16 51:15 54:5
63:6

Flags 36:6 42:24 43:4

Audio Transcription

Joseph P. Cuviello vs.
Rowell Ranch Rodeo

**flank** 19:12,13,15,19
40:11,14

**fliers** 25:10 26:1 46:2
61:12

**footing** 43:5

**force** 46:17,22

**forever** 63:16

**forth** 49:22

**Fortunately** 6:8

**forum** 33:19 35:17
50:24

**four** 51:24

**free** 3:16 4:24 5:7 6:6
7:5,16,18,25 8:11
9:10 10:22 13:16
17:3 23:10 25:5
26:20 27:17,25
28:10,15 29:4,24
30:2,5,12,16 33:9
38:1 51:3,16 52:13
54:1,2 56:19,21
57:4,19 59:16 60:5
62:16,23 63:12,14

**freedom** 42:13,14

**freedoms** 64:3

**front** 8:25 18:22
31:10,14 39:24
45:22 46:13,15,18

**fucking** 19:7,19

**full** 21:23

**fun** 4:9 27:10

**funny** 18:8 24:8,9,10
25:5 39:5

---

**G**

**gal** 12:14 13:6

**Gary** 3:15,21 4:3,10,

18 5:1,4,8,14,20,23
6:2,6,12,16,21 7:3,6,
10 8:9,16,24 9:3,6
10:25 12:12 20:5
26:19,24 27:6,11,18,
20 28:4,7,11,14,19,
22,25 29:3,6,8,11,
14,21 30:3,6,13,22
31:1,9,13

**get-go** 41:21 42:1
45:6,14

**getting** 7:13 38:7
51:22 57:16,20 62:2
63:6

**gift** 47:1

**give** 11:6 16:5 18:4
25:25 34:24 35:5
37:1

**giving** 16:6,11 37:3,9,
11

**glad** 43:11

**go** 4:8 5:5 7:12 8:18
9:11 12:23 13:8
17:24 18:19,24,25
19:2,14 21:4 24:7
26:4 27:9 28:8 29:25
31:3 32:1,15 34:15
38:22 39:16 40:5,6,
8,13 41:7 43:11
51:20 52:13,15 56:6,
7,20 62:4

**God** 19:13 23:3 48:2

**goes** 50:6 52:7,8,19

**going** 3:3,22 5:8,23
6:3 7:16,17,19
12:10,23,24 13:2,15
15:6,9,13 16:2,15,16
17:6 19:25 21:7,8
22:6,7 23:7,11
25:19,25 26:25
28:11,13,22 29:1

30:1,4 32:4,6,15,23
33:24,25 34:2,5
35:1,4 36:21 38:3
40:20 43:20,22
44:15 49:3 51:20,21
52:17,19 53:7,16
54:25 55:10,13 57:1,
15 58:3 59:12 60:14,
18

**good** 6:14 9:20 10:16
11:2,8,18 12:2 13:12
15:25 19:10 32:3
41:17 44:2 46:24
50:20 51:7,9 53:18
54:10 60:4,5 61:17
64:7

**Google** 60:8

**government** 63:13

**Grand** 60:3

**great** 14:18 46:25
54:17 63:24 64:2,4,
5,9

**grounds** 8:9 30:14
42:19 50:19

**group** 64:10

**groups** 61:25

**grow** 20:11

**guarantee** 58:8

**guess** 3:1 26:3 39:25
53:8 54:13,15

**guests** 8:2

**guy** 12:13 18:9 19:17
20:17 23:13 39:6
40:15 41:21,25 42:1,
2,4,7 45:15 47:3,12
52:11,12 55:14

**guy's** 18:12 39:9 53:2

**guys** 11:5,18 14:6,15,
17 15:25 21:10,18

25:11 34:14 44:15
46:6 47:11,21 50:5
56:25 60:17,24

---

**H**

**hand** 16:22 33:14
37:20 45:19 46:2,12,
19

**handing** 44:24

**handle** 9:18 12:24

**hanging** 13:16

**happen** 21:8 32:4,6
52:14,16

**happened** 36:3

**happens** 16:1 32:9
36:21

**harass** 21:17

**harassing** 21:18,25
22:4,5 24:1,2,3,4
47:22

**hard** 58:19,20,22

**hard-on** 21:12 42:8

**Hart** 16:1,6,9,12,16,
20,24 17:2,5 31:17,
22,23,25 32:5,8,12,
20 33:1,14 34:16,19,
22 35:2,8,11,14,18,
22 36:8,11,17,20,23
37:2,6,10,12,14,23
38:2

**head** 17:16 20:20
38:13

**hear** 15:12 44:16,17
60:14

**heard** 61:22

**heart** 6:13 31:24

**hell** 17:21 26:9 38:18

Index: flank–hell

AlamedaCounty_Bolbol_000389

**Audio Transcription**

Joseph P. Cuviello vs.
Rowell Ranch Rodeo

| | | | |
|---|---|---|---|
| hello 13:9,14 | 11,14,24 8:5,8,9,16, | intestines 49:23,24 | Kuba 60:2,3,5,9 |
| hesitate 7:1 29:16,19 | 21,24 9:3,25 10:11, | ironed 51:12 | |
| hey 3:24 6:22 7:3 | 13,23,24,25 11:17 | issue 54:22 | **L** |
| 9:23 10:7 13:13 27:2 | 12:9,16,21,25 13:7 | | |
| 29:6 51:6 | 15:8,11,18 16:4,8,10 | | lady 54:11 |
| | 17:11,12,14 18:3,15 | **J** | LASZUK 13:9,11,13, |
| Hi 13:10 25:11 51:6 | 19:9,11 20:1,16 | | 18,21,24 14:2,6,9,11 |
| hold 3:5,8,11 15:25 | 24:6,12 25:13 26:17, | jerk 42:1 | 15:15,18,20 17:11 |
| 17:24 18:24 20:9,10 | 18 27:6 29:5,7,13, | jerks 43:13 | law 23:4,5 57:3,5,8 |
| 26:6,9,12 38:24 | 20,22 30:3,9,10,11, | job 54:10 | 59:9,21 |
| 40:3,5 41:2,3,16,18 | 14,17 31:9,13 32:18 | | lawsuit 13:8 36:7 |
| 47:15 61:12 64:11, | 33:5 35:7 36:2,3 | | 42:12,23 43:15 |
| 13 | 37:18 40:11,12,13, | **K** | 44:10 |
| hook 39:23 | 14,16 41:5,16,19 | | lawsuits 45:18 |
| Hope 6:13 | 42:6,18,19 43:18 | K-U-B-A 60:5,7 | leader 33:1 |
| hopefully 12:12 | 44:5,12 45:1,13 | keep 14:18 37:8 41:7 | leaflet 46:18 |
| 17:15 38:12 | 46:10 47:3,8,14,19, | 44:21 57:25 | leaflets 44:24 |
| House 30:13 | 20,21,23,25 48:3,8, | Kevin 31:22,24 | leak 47:9 |
| how's 19:25 40:20 | 12,16,17 49:22 50:3, | kind 10:4,19 18:16,22 | learn 4:8,10 7:17 |
| 54:19 | 9,14,15,16 51:23 | 26:2 39:12,25 46:22 | 23:10,12,15 27:9,11 |
| huffy 51:22 | 52:2,22 53:10,17 | 51:22 | 30:4 55:12,13 |
| hugged 12:14 13:6 | 54:9,10,14 55:3,5,8, | kindness 6:14 | Lease 43:5 |
| huh 5:15 10:9 | 12,13,14,15,16,18, | knew 23:14 25:22 | leasing 50:22 |
| humans 48:24 49:2, | 19,20,21 56:5,6 58:1 | 41:20,25 42:7 45:6 | leave 16:2,3,13,15, |
| 15 | 60:17 62:7 | 47:12 52:4 | 17,18 34:5 36:9,11, |
| Hundred 62:22 | industry 19:24 40:19 | know 5:1,4 6:20 | 12,13,21,24 37:15 |
| Hundreds 20:25 21:2 | information 6:10 11:6 | 10:17 11:9 12:5 | 43:21 52:18 |
| hurts 24:11 | 16:22 37:20 | 13:15,25 14:2,3,8, | leaving 16:19 36:15, |
| | ingress 13:22 16:21 | 12,16,23 17:21,23 | 16 37:16 |
| **I** | 18:18 22:19 37:17 | 19:5,8 20:18,21 | legal 17:3 29:25 30:2 |
| | 39:14 44:19 | 23:11,13 28:4,7 | 38:1 60:8 |
| illegal 20:21 33:10 | ingressing 22:21 | 32:19,23 33:4,6 | length 49:23,24 |
| 44:10 | 55:6 | 34:1,3 36:20 38:18, | lesson 7:16 |
| illegally 20:23 34:2 | initially 41:25 42:5 | 21 44:20 45:3,16,17, | let's 14:18,23 64:10 |
| important 7:21 30:8 | 47:10 | 19 48:23 49:1 51:9, | letter 23:11 55:13 |
| 63:2,4,16 | injures 24:11 | 21 52:2,8,16,17,19, | letting 14:11 |
| inaudible 3:8 5:19 | injuries 51:5 | 21 53:3,14,15,18,24 | |
| 6:5,9,18,21,23 7:1, | intention 13:19 | 54:1,24 55:12 56:13, | |
| | interest 33:22,23 | 24 58:7,8 59:14 | |
| | 61:24 | 61:10,21 62:13,18, | |
| | interests 38:11 | 20 63:19 64:1,3 | |
| | | knows 18:16 39:12 | |

Index: hello–letting

AlamedaCounty_Bolbol_000390

**Audio Transcription**

**level** 17:16 20:20
38:13

**liaison** 54:15

**lie** 6:23 7:2 8:14 25:7
29:16,19 31:6

**lies** 8:18,19,20,21
18:16 31:3,4,5 39:12

**line** 17:25 38:24

**Listen** 56:9

**little** 5:10 11:3 18:21

**live** 49:15

**livestock** 19:20,21
40:16,17

**living** 11:19

**long** 46:8 51:8 52:2,8
53:1 58:17,23 59:7
62:11

**look** 21:23 23:1 36:6
48:24 55:7 56:7,25
57:13 58:2 60:8

**lot** 8:5,7,13,23 25:25
30:18 31:8 61:2
64:6,7

**love** 17:19 38:16 50:4

**lying** 6:18,19,25
29:12 30:20,21,25
31:2

---

**M**

**ma'am** 16:13 21:24
22:17,22 23:9,21,24
30:13 37:15

**magazine** 19:20,21
40:16,18

**making** 58:24 59:1,2

**male** 8:25 31:10

**man** 4:13 20:12 21:25
26:2 27:15

**map** 31:18

**Margo** 51:6,7,10,18
52:5 53:10,14,21,23
54:3,7,10,12,18,21
55:1

**matter** 5:24 17:1
22:24 28:23 35:6,24
36:1,4 37:25

**Matthew** 54:14

**Mayfield** 14:14,17,23
15:3,9 21:10,14,16,
18,20,24 22:2,3,5,8,
11,14,17,19,22,24
23:2,5,9,17,20,23
24:4,6 32:17,25
33:5,8,12,17 34:9,13
35:21 36:2,5 44:14,
18,21 45:1,5,8,10,
13,16,20 46:2,6,10,
14 55:5,8,15,18,21,
23,25 56:3,5,9,11,
15,17,20,22 57:10,
12,16,18,21,24
58:11,14,19,22 59:1,
4,8,10,17,19 60:6,
11,13,15,17,20,23
61:2,4,6,10,14,19,
20,22 62:2,7,14,17,
22,24 63:3,9,18,20,
22 64:12

**mean** 8:24 14:2 31:9
49:11,12 53:6 57:9,
18 59:21 60:20 61:9,
24 63:23,25 64:1,6

**means** 7:17 17:23
30:4 38:21 57:7

**meat** 49:11,16 50:6,
12

**message** 15:14 62:9,
10,11,12,18

**messages** 62:20

**messing** 34:7

**met** 45:17

**MGR** 16:1,6,9,12,16,
20,24 17:2,5 31:17,
23,25 32:5,8,12,20
33:1,14 34:16,19,22
35:2,8,11,14,18,22
36:8,11,17,20,23
37:2,6,10,12,14,22
38:2

**middle** 8:5,6 21:11
22:8 44:22 56:22
58:15 59:5

**Mine's** 3:12 26:13

**minute** 40:3

**mobile** 59:15

**move** 4:7 14:17
18:21,23 27:8 40:1
53:16,17 57:15
59:14,15

**moving** 34:14 53:16

**muster** 17:7 38:3

---

**N**

**name** 22:1 30:13
31:21 61:18,21

**nasty** 15:14

**nation** 64:5

**National** 60:3

**neck** 39:19

**need** 3:1 4:3 7:3,4
8:10 11:5 23:10,11,
12 26:3 30:15,16
32:10,23 33:6 45:1
55:12,13

**Negative** 34:13

**never** 46:9

**new** 54:15

**nice** 11:22 12:1 13:25
16:4 29:10 34:21,25
35:5 36:25 41:23,24
42:4 45:15 47:4,11
52:1

**nicely** 16:3 34:20
35:6 36:23

**nicest** 19:18 43:24

**night** 15:20

**Ninth** 60:3

**nobody's** 21:18,22
22:5 23:21,23 24:4
48:1 56:10 57:24
58:4

**non-designated**
32:21

**normal** 41:10

**noticed** 10:8

---

**O**

**obviously** 13:14

**occupying** 50:5

**offer** 46:20 61:12

**office** 13:14

**officer** 52:18

**officers** 60:18

**oh** 3:21 10:14,16
11:22 12:17 13:1
15:21 18:17 19:5,6,
12 20:4 21:7 23:3
26:24 28:11 39:13
40:23 44:3 51:7,16,
18 52:6 53:10,12,23
54:7,12,21 55:1
59:22 60:16

AlamedaCounty_Bolbol_000391

**Audio Transcription**

**okay** 3:2 6:8 9:11,15 10:1,4,15,17 11:1,25 13:17,21 14:9,11 16:12,20 17:5 22:18 32:5 36:17 37:12 41:8,13 45:20,21 48:5,9 59:8 60:11,24 62:10

**old** 20:12,14

**omnivore** 49:5

**omnivore's** 49:24

**one's** 13:6 25:19 56:4 58:3

**ones** 60:20

**online** 19:14 40:13

**open** 6:13 33:20 35:24,25 40:4 42:20

**opinion** 63:2,24

**organizing** 51:10

**overtime** 61:3

**overweight** 20:18

**owned** 42:24

**owner** 18:2 39:1

---

**P**

---

**parade** 54:20,25

**Pardon** 29:3

**park** 33:19 35:12,16, 25 43:7 50:20,21,22, 23,25 51:2

**parking** 8:5,6,13,23 30:18 31:8

**part** 51:3

**pass** 38:3

**Pat** 3:2,5,8,10,18,22, 25 4:2,6,11,14,17,

20,22 5:16,19,24 6:18,23 7:1,11 8:19, 21 9:1,16,23,25 10:23 11:4,7,9,13, 17,23 12:4,9,16,21, 25 13:2,7,10,12,19 14:21,25 15:8,11 16:4,8,11 17:3,6,13, 17,20,23 18:1,5,12, 15,24,25 19:2 25:5, 8,10,14,17,19,21,25 26:4,6,9,12,16,18, 22,25 27:3,5,7,12, 14,16,19,21,23 28:2, 15,18,21,23 29:10, 12,15,18,24 30:2,19, 21,25 31:2,4,6,11, 14,19,20,22,24 32:4, 6,10,15,19,22 33:3, 6,9,11,16,18 34:8, 11,14,18,21,22,24 35:4,10,12,16,20,24 36:4,6,10,13,15,18, 22,25 37:4,8,11,13, 19,25 38:3,6,9,14, 17,21,23,25 39:9,11, 20,22 40:3,5,6,10 41:6,9,14,17,20,24 42:4,7,11,15,17,20 43:1,5,7,11,15,19,25 44:3,7,9,20,25 45:3, 6,9,12,14,17,24 46:4,8,20,25 47:4,7, 10,15,18 48:7,13,22 49:2,6,8,11,15,22 50:3,6,11,15,20,22 51:2,6,9,11,19 52:6 53:12,15,22,24 54:4, 8,11,13,20,22 55:23, 24 56:2,4,6,10,13, 16,19,21,24 57:11, 13,17,19,22 58:2,13, 17,21,23 59:2,6,9, 12,18,20 60:7,12,14, 16,18,22,24 61:3,5, 8,12,16,20,21,23

62:5,8,16,18,23 63:1,5,11,19,21,23 64:14

**path** 21:11

**pathway** 57:25

**patrons** 14:24

**peace** 61:7

**peaceful** 14:19 15:10

**people** 4:25 8:10 9:24 11:25 15:13,14 22:25 28:3 30:15 43:11,13 44:23 46:22,24 47:21,22 51:14 54:19,24 56:5, 17,25 57:1,2,4,6,14, 25 58:2 59:11,16,23 61:1,25 62:3,8,15 64:5

**percent** 62:22 63:10

**Perfect** 60:6

**Period** 35:1

**permission** 17:9 38:5

**person** 57:6,7,8 59:24

**petition** 63:13

**phone** 9:21

**photo** 6:16,21 29:8, 14 64:10,13,14,15

**picture** 7:13 19:7,21 40:17

**pictures** 19:3,22 40:18

**place** 37:7

**play** 13:25

**please** 44:16 45:21 46:15

**plenty** 34:18

**point** 6:22 63:18,20

**police** 3:19,20,23 4:4, 5,6,7,19 9:16,17,18 17:13 26:22,23 27:1, 7,8,22 29:23,25 38:9 51:12,20,23,24 60:18

**policemen** 7:8

**poor** 6:11 18:20 39:17

**Pop** 40:3

**positive** 45:10

**possible** 41:12

**pow-wowed** 52:11

**predesignated** 32:2

**prefer** 9:19

**pretty** 53:18

**private** 18:2 35:21,25 36:5 38:10 39:1

**privately** 42:24

**pro** 63:21

**probably** 11:2 25:14 43:23 60:10,25 63:10

**problem** 3:4,19 16:23 26:23 34:6 37:22 45:4 51:11 57:9,10, 23 58:18,21,24,25 59:1,3 62:9

**problems** 15:1 16:22 37:21 44:13

**property** 18:2 35:11, 13 39:1 42:24 43:2

**protect** 38:10

**protection** 27:24

**protections** 64:3

**protects** 27:17

Index: okay–protects

AlamedaCounty_Bolbol_000392

**Audio Transcription**

**Protest** 25:2

**protesting** 8:12

**proud** 4:12,14,15,16
  27:15,16,17

**public** 16:1,6,9,12,16,
  20,24 17:2,5 31:17,
  23,25 32:5,8,12,20
  33:1,14,19,21 34:16,
  19,22 35:2,8,11,12,
  14,16,18,22,24,25
  36:8,11,17,20,23
  37:2,6,10,12,14,23
  38:2 42:21 50:23

**pull** 41:6

**purchase** 25:12

**purifies** 50:7

**pushed** 41:1

**pushing** 20:8

**put** 25:14 33:21,23
  46:18 53:8,25 60:9

**putting** 39:18,22

---

**Q**

**quickly** 50:6,7

**quintessential** 33:19
  35:16 50:23

---

**R**

**raising** 48:1

**ranch** 25:1,3 47:21

**raw** 50:12

**read** 57:5 59:21 60:2,
  4,5,11,12

**readable** 41:7

**real** 19:3,6,7 56:14

**reality** 56:16

**realize** 53:6

**really** 4:18 7:7 11:22
  20:18 27:20 28:18
  41:23 42:10 47:4
  52:1 60:5 61:8

**reason** 19:13,14
  37:13 40:12,13 48:6
  50:10,11

**received** 51:5

**receiving** 59:4

**record** 47:16,18

**recording** 24:13
  31:19 51:13 64:16

**refusing** 16:13,18
  36:8,11,12 37:14

**relationship** 41:10,12

**removed** 8:10,11
  30:15,16

**repeat** 52:8

**request** 58:15

**require** 44:15

**required** 34:9

**responsibility** 32:13,
  14

**restrict** 62:19,20

**rid** 63:6,7,11,14

**rides** 43:8,10,12

**ridiculous** 17:9 38:7,
  23 59:13

**right** 3:4 4:7,14,25
  6:6 8:16,24 10:2
  11:6,8,25 13:3 14:13
  15:5,6,15 16:3,5,10,
  11 17:2 18:14 19:11,
  23 20:7 21:10 23:17
  24:10 25:9,17 26:4,5

27:8,14,16 28:2,3
  29:3 31:1,9,22 32:2,
  3 33:9 35:9,14 37:4,
  7,10 38:2 39:10
  40:25 41:23 42:7,15,
  20,25 43:2,9 44:3,14
  46:20 47:3,6,17
  48:2,20 52:1 54:4,5,
  8 62:25 63:1

**righteous** 44:8

**rights** 16:7 17:14
  33:18 34:24 35:5
  37:1,3,9,11 38:10
  39:2 53:14,24,25

**ringing** 9:21

**Robin** 41:6,8,13

**rodeo** 8:9 18:13
  24:11 25:1,3 30:14
  39:8 42:18 48:4
  50:19 51:14 52:11
  54:25 60:3

**Rodeo's** 47:25

**Rory** 29:6

**Rowell** 25:3 30:14

**rude** 15:7 18:22 39:25

**rumor** 6:4 29:2

**rumors** 6:2 28:25

**run** 59:12

**running** 3:9,12 26:11,
  13 59:11

---

**S**

**sad** 6:11 12:7,18
  18:6,20 39:3,17
  47:24

**safe** 15:20

**SAFETY** 16:1,6,9,12,
  16,20,24 17:2,5

31:17,23,25 32:5,8,
  12,20 33:1,14 34:16,
  19,22 35:2,8,11,14,
  18,22 36:8,11,17,20,
  23 37:2,6,10,12,14,
  23 38:2

**saw** 45:14

**saying** 5:21,22 28:19
  44:4,6 56:13 57:19

**says** 6:6 17:21 18:3
  29:4 38:19 39:2

**schedule** 61:6

**Scholar** 60:8

**school** 11:5

**Screen** 3:14 15:23
  21:9 25:3,4 31:16
  50:17 55:2

**second** 51:25

**see** 9:6 17:8 22:21
  26:4 38:4 44:3 51:7,
  9 54:7 55:6 56:17
  59:15 61:9 62:3

**selling** 11:21

**seniority** 23:15

**Seriously** 20:11 41:4

**set** 3:16 26:20

**shame** 5:6,9 20:11,15
  28:9,10 41:4

**sheriff** 7:9,10 18:8
  39:5

**sheriff's** 13:14

**sheriffs** 11:1 12:10

**shirt** 52:12

**shit** 64:6

**side** 15:7 41:6 46:12

**sign** 18:22 19:2 24:2
  39:18,22,23,25 40:9

---

**Index: Protest–sign**

AlamedaCounty_Bolbol_000393

Audio Transcription

Joseph P. Cuviello vs.
Rowell Ranch Rodeo

55:20 64:11,13

**significant** 33:22

**signs** 39:23 61:13

**simple** 58:14

**simply** 37:13 57:25

**sir** 6:5 21:4 22:23
32:13 33:2,12 35:19
44:21 45:8,20 50:18
55:6,7 56:3

**sit** 18:19 39:16

**Six** 36:6 42:23 43:4

**somebody** 10:18
34:25 35:6 57:9,13,
20 58:7

**someone's** 57:14

**song** 9:20

**soon** 19:15

**sound** 31:15 57:11

**Sounds** 31:11

**SPEAKER** 6:5,8 7:3,
7,9,10,19,23 8:1,4
10:7,10,13,20 12:5
15:24 16:19 17:12
19:5,10,23,25 20:7,
13,24 21:1,4,5 24:9,
11 25:11 29:5,7,20,
22 30:1,10 36:14,16
37:18 39:18,21 40:2,
8,10,20,25 41:15,19,
22 42:2,6,9,13,16,
18,25 43:3,6,9,13,
17,22 44:1,5,8,12,23
45:25 46:11,17,23
47:2,5,8,14,17,20,25
48:4,8,11,16,18
49:1,4,7,9,13,20
50:1,4,9,13 51:4

**speech** 3:16 4:25 5:7,
17 6:7 7:5,17,18,25

8:11 9:10 10:22
13:16 17:4 23:10
25:5,6 26:20 27:17
28:1,10,15,16 29:4,
24 30:2,5,12,16 33:9
38:1 42:14 51:3,16
52:13 54:2 56:19,21
57:4,19 59:16 60:5
62:16,23 63:12,14

**spent** 5:4 28:7

**spot** 25:15,16 54:5

**spreading** 6:2 28:25

**stand** 18:22 22:12
23:2 39:24 45:2
46:11,12,14 55:3
56:22,24 58:15 59:7

**standing** 8:24 21:10
22:8 31:9,14 44:21
56:25 57:1,6 59:5,9,
23,24

**start** 6:25 59:11

**started** 42:19 50:11

**stay** 14:18 44:18
45:20 46:15

**step** 9:23 45:21

**stifle** 5:3,6 28:6,10

**stood** 52:3

**stop** 19:16 21:25 22:3
24:2 30:20,21,25
31:2

**stopped** 48:18

**strap** 10:18 19:15,19
40:11,12,14

**strap's** 19:12,13

**street** 56:23

**stuff** 64:7

**sudden** 18:10 39:7

**sued** 36:18 53:20,22

**supposed** 9:9

**sure** 3:7 11:15 25:8
26:8 29:19 60:23

**sworn** 17:20 38:17

---

**T**

**take** 3:21 13:5 25:17,
21 26:24 46:18,21
47:9

**talk** 21:7 27:1 46:6
47:21 56:11

**talked** 41:25 42:5
47:10

**talking** 20:17 23:14
33:16,18 52:3 53:2
56:16

**talks** 52:7

**tall** 13:5 41:21 52:4
53:2

**tallest** 51:25

**taught** 41:6

**technically** 42:11

**tell** 7:6 21:8 22:13
29:21 32:10,13,14
33:11 34:4,6,9 43:20
47:13 49:9,18 52:6
57:15 62:5 63:5

**telling** 18:17 23:12
39:13 58:5

**tension** 41:11,12

**thank** 15:19,21 21:5
40:10

**Thanks** 41:9 51:10

**therm** 7:20

**they'd** 13:3

**thin** 51:25 52:7

**thing** 6:14 18:8 39:5,
21 43:24 48:5 53:8
62:1

**things** 4:10 27:11

**think** 4:6 12:10,13,22
18:22,23 25:18 27:7
28:15 29:24 34:7
39:25 63:9,16,25
64:6

**thinking** 12:6

**thought** 23:6 53:12,
17,18 54:24 55:9

**thousands** 20:25
21:2

**ticket** 42:21 57:20
59:25

**tickets** 25:12 57:16

**time** 11:5 21:3,6
32:24 33:4,6 50:5

**times** 45:18 49:23,24

**told** 12:22,23

**torture** 11:16 48:9,15,
21

**torturing** 11:20

**totally** 10:5 13:18

**touch** 3:24,25 4:1,2,
19,21 5:13 9:19
20:4,6 27:2,3,4,5,22
40:23,24

**touching** 20:5

**tough** 21:7

**tree** 54:8

**tried** 20:3 40:22

**trouble** 61:9

**truck** 9:8

Index: significant–truck

AlamedaCounty_Bolbol_000394

Joseph P. Cuviello vs.
Rowell Ranch Rodeo

truck's 9:9

true 5:24 28:23 63:10

try 29:10 53:25 56:6

trying 5:3,6 7:6 15:16
18:10 21:17 28:6,9
29:21 39:7 47:8
56:11 59:15

turn 54:5

two 8:17 31:1

typically 60:24

U

uh-huh 51:18 55:1
63:3

unconstitutional
17:4 38:1

understand 5:20
23:3,5 28:19

Unfortunately 46:22

UNIDENTIFIED 6:5,8
7:3,7,9,10,19,23 8:1,
4 10:7,10,13,20 12:5
15:24 16:19 17:12
19:5,10,23,25 20:7,
13,24 21:1,4,5 24:9,
11 25:11 29:5,7,20,
22 30:1,10 36:14,16
37:18 39:18,21 40:2,
8,10,20,25 41:15,19,
22 42:2,6,9,13,16,
18,25 43:3,6,9,13,
17,22 44:1,5,8,12,23
45:25 46:11,17,23
47:2,5,8,14,17,20,25
48:4,8,11,16,18
49:1,4,7,9,13,20
50:1,4,9,13 51:4

unpleasant 22:7

uphold 17:20 38:17

use 25:19 41:14

usually 54:14

V

valid 63:18,20

value 57:20

video 3:14 8:15
12:14,15,17 15:23
21:9 30:23 47:16,18
50:19 51:1,3,13

videoing 50:18

videos 19:15 25:2

violate 17:14 38:10

violation 20:21 53:24

VIP 19:11

W

Wait 30:3

walk 42:21 57:2,4,6,7,
14 59:23

walked 45:6

walking 47:6 62:4,17

walkway 22:9,12,20
44:19,22 45:2,21
46:16 55:3 58:16
59:5

want 3:5,15 7:20
9:18,23 13:22 14:6
16:5,14 17:15 18:21
26:6,19 30:6 32:19,
22 33:3,4,6,21 34:1,
3,4,15,21 35:5
36:13,25 37:7,8,15,
21 38:12 39:24
41:10,12,17 43:19
44:13 45:4 46:3,7
47:18 52:16,17,18,

20,21 58:7 59:7
61:7,8 64:11

wanted 13:14 20:19

wants 12:8 18:18
39:15

wasn't 45:25

watch 12:19 13:4
15:24,25 17:16
18:17 19:15 20:19
22:13 33:7 38:13
39:13 52:23,24 56:8,
10

watching 53:3

way 10:3 25:24 42:3
63:6,15

ways 62:20

we'll 3:23 11:6 25:17,
21 26:4 27:1 39:25

we're 3:3,22 5:12,22
7:23 8:3,6,15 9:5
11:2,4,7,18 12:2
13:13,15 14:9,10,11
15:9,16 21:7 25:25
26:25 28:13 30:1,10,
19,23 31:14 33:23
38:7 44:14,20 45:9
46:16 48:23 51:19
53:3 58:9,13 59:15
61:8,12,16 62:11
64:5

we've 8:11 14:25
17:10 38:7 51:16
53:7 58:5

weapons 9:7

week 54:22 60:25

weekend 22:7 60:14,
19 61:1

welcome 14:5

went 52:10

weren't 45:24 46:4

white 23:13 55:14

willing 17:14 20:20
33:25 38:10

win 43:15

won 36:6 42:23

work 58:12 60:25
61:2

works 12:14 13:6
48:15

world 19:18

worry 4:18 27:20

worst 19:12

wouldn't 41:10 43:15,
25 46:25 53:17

wow 21:1 54:12 64:12

write 23:11 55:13

wrong 11:5 23:7,8
55:10,11

Y

yeah 3:10 5:6,12,18
6:1,20,24 7:12 9:2,9,
22,24 10:14,16,18,
20,21 11:11,15,20
13:22,24 18:14
20:17 21:15,19 22:3
24:10 25:10,19,20
26:12,16,22 28:9,12
29:17 31:12,20
34:14 37:19 38:6
39:10,11,22 41:19,
24 42:4 43:11 44:4,
7,21 47:2,4,7 51:11
53:10,12,15 54:16,
21 60:22 63:4,19,23

year 17:10 35:13 38:8

years 5:4 14:25 28:7

Index: truck's–years

AlamedaCounty_Bolbol_000395

58:6

**yell** 14:23

**yelling** 15:14

---

### Z

---

**zone** 54:2

AlamedaCounty_Bolbol_000396