**EXHIBIT "E"**
**Axon Body Cam Video**
**[Submitted in Physical From on**
**CD]**