**EXHIBIT "F"**
**Protest Videos**
**[Submitt in Physical Form on CD]**