# EXHIBIT "G"
# Plaintiffs' Document
# Production 000021-000022



PLAINTIFF'S PRODUCTION 000021



PLAINTIFF'S PRODUCTION 000022