**EXHIBIT "H"**
**Initial Disc. County/Mayfield**
**(second updated)**

1  William B. Rowell, Bar No. 178587
   Thiele R. Dunaway, Bar No. 130953
2  Marc Brainich, Bar No. 191034
   Michele C. Kirrane, Bar No. 215448
3  **FENNEMORE WENDEL**
   1111 Broadway, 24th Floor
4  Oakland, CA  94607
   Tel: (510) 834-6600 / Fax: (510) 834-1928
5  browell@fennemorelaw.com
   rdunaway@fennemorelaw.com
6  mbrainich@fennemorelaw.com
   mkirrane@fennemorelaw.com
7
   Attorneys for Defendants
8  County of Alameda and Alameda County Deputy
   Sheriff Joshua Mayfield
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12
   JOSEPH P. CUVIELLO and DENIZ            Case No. 3:23-cv-01652-VC
13 BOLBOL, individually,

14                Plaintiffs,              **DEFENDANTS COUNTY OF
                                          ALAMEDA AND ALAMEDA COUNTY
15 v.                                     DEPUTY SHERIFF JOSHUA
                                          MAYFIELD'S SECOND UPDATED
16 ROWELL RANCH RODEO, INC.;              RULE 26 DISCLOSURES**
   HAYWARD AREA RECREATION AND
17 PARK DISTRICT; HAYWARD AREA            Action Filed:  April 6, 2023
   RECREATION AND PARK DISTRICT           Trial:         October 21, 2024
18 PUBLIC SAFETY MANAGER/RANGER
   KEVIN HART; ALAMEDA COUNTY
19 SHERIFF'S OFFICE; ALAMEDA COUNTY
   DEPUTY SHERIFF JOSHUA MAYFIELD;
20 and DOES 1 and 2, in their individual and
   official capacities, jointly and severally,
21
                  Defendants.
22

23         Pursuant to Federal Rule of Civil Procedure Rule 26(a)(1) and (e), Defendants the County

24 of Alameda and Alameda County Deputy Sheriff Joshua Mayfield ("Defendants"), by and

25 through their undersigned counsel, makes the following updated disclosures.  Defendants reserve

26 the right to supplement, update, amend or modify these disclosures when and if additional

27 information becomes available.

28

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

DEFENDANTS ALAMEDA COUNTY AND ALAMEDA                    3:23-CV-01652-VC
COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD'S
SECOND UPDATED RULE 26 DISCLOSURES
46173552.1/059499.0021

A.      **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

Defendants identify at this time the following individuals likely to have discoverable information that Defendants may use to support their claims and defenses. Each of the following individuals may have information regarding the subject incident alleged in plaintiffs' Second Verified Amended Complaint, and/or regarding relevant events prior to the subject incident.

- Plaintiff Joseph P. Cuviello. This individual  has information about the subject incident.

- Plaintiff Deniz Bolbol. This individual has information about the subject incident.

- Defendant Alameda County Deputy Sheriff Joshua Mayfield. Business address: 1401 Lakeside Drive, Oakland, CA. Deputy Mayfield may only be contacted through his counsel in this matter. Dep. Mayfield has information about the subject incident.

- County of Alameda Sheriff's Office Deputy Sheriff Matthew Laszuk. Business address: 1401 Lakeside Drive, Oakland, CA. Deputy Laszuk may only be contacted only through counsel for the County of Alameda in this matter. Dep. Laszuk has information about the subject incident.

- County of Alameda Sheriff's Office Deputy Sheriff Christian Campbell. Business address: 1401 Lakeside Drive, Oakland, CA. Deputy Campbell may only be contacted only through counsel for the County of Alameda in this matter. Dep. Campbell has information about the subject incident.

- County of Alameda Sheriff's Office Deputy Sheriff Sowmya Ramadas. Business address: 1401 Lakeside Drive, Oakland, CA. Deputy Ramadas may only be contacted through counsel for the County of Alameda in this matter. Dep. Ramadas has information about the subject incident.

- County of Alameda Sheriff's Office Sgt. Moises Gomez. Business address: 1401 Lakeside Drive, Oakland, CA. Sgt. Gomez may only be contacted through counsel

- 2 -

DEFENDANTS COUNTY OF ALAMEDA AND ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD'S SECOND UPDATED RULE 26 DISCLOSURES
46173552.1/059499.0021

3:23-CV-01652-VC

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

for the County of Alameda in this matter. Dep. Gomez took a telephone call from Dep. Mayfield during the incident. He also has information about the Sheriff's Office's provision of a law enforcement presence at the Rowell Ranch Rodeo in May 2022 as well as in other years.

- County of Alameda Sheriff's Office Deputy Sheriff Colby Staysa. Business address: 1401 Lakeside Drive, Oakland, CA. Deputy Sheriff Staysa may only be contacted through counsel for the County of Alameda in this matter. Deputy Sheriff Staysa has information regarding Sheriff's Office' relations with Rowell Ranch Rodeo in past years. He also has information about the Sheriff's Office's provision of a law enforcement presence at the Rowell Ranch Rodeo in May 2022 as well as in other years.

- County of Alameda Sheriff's Office Emergency Dispatch Services Operator Melissa McMaster. Ms. McMaster may only be contacted through counsel for the County of Alameda in this matter. Ms. McMaster took the telephone call from Gary Houts during the incident.

- County of Alameda Sheriff's Office Emergency Dispatch Services Operator Amy Bowles. Ms. Bowles may only be contacted through counsel for the County of Alameda in this matter. Ms. Bowles called Dep. Mayfield on the radio during the incident.

- County of Alameda Sheriff's Office Emergency Dispatch Services Supervisor. Kristyn Ostlund. Ms. Ostlund may only be contacted through counsel for the County of Alameda in this matter. Ms. Ostlund prepared the Event Register previously produced by the County of Alameda in this action.

- County of Alameda Sheriff's Office Detective. Patrick M. Smyth. Business address: 1401 Lakeside Drive, Oakland, CA. Det. Smyth may only be contacted through counsel for the County of Alameda in this matter. Det. Smyth has

DEFENDANTS COUNTY OF ALAMEDA AND ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD'S SECOND UPDATED RULE 26 DISCLOSURES
46173552.1/059499.0021

3:23-CV-01652-VC

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

information regarding the Sheriff's Office' training, policies, and procedures regarding free speech issues.

- Rowell Ranch Rodeo President and Arena Boss Russell Fields, c/o counsel for Rowell Ranch Rodeo. Mr. Fields may have information about the subject incident

- Rowell Ranch Rodeo Site Boss Brian Morrison, c/o counsel for Rowell Ranch Rodeo. Mr. Morrison may have information about the subject incident.

- Rowell Ranch Rodeo volunteer Ashley Strassberg, c/o counsel for Rowell Ranch Rodeo. Ms. Strassberg may have information about the subject incident.

- Michael Sage, 3636 Eastwood Circle, Santa Clara, CA, 408-857-9611; telephone number 408-857-9611. Mr. Sage may have information about the subject incident.

- Robyn Newkirk, 32 Old Landing Road, Tiburon, CA, 94921; telephone number 415-686-6592. Ms. Newkirk may have information about the subject incident.

- Other employees and or volunteers of defendants Hayward Area Recreation and Park District and Rowell Ranch Rodeo, Inc. present at the rodeo on the day of the incident, identified in defendants' discovery responses and documents produced by them, or currently unidentified. These individuals may have information about the subject incident.

- Attendees at the Rowell Ranch Rodeo present at the rodeo on the day of the incident currently unidentified. These individuals may have information about the subject incident.

**B.      DOCUMENTS UPON WHICH DEFENDANTS MAY RELY IN SUPPORT OF THEIR CLAIMS AND DEFENSES**

Defendants identify at this time the following documents, electronically stored information, and tangible things that defendants may use to support their claims and defenses:

- Claim Against the County of Alameda submitted by Joseph P. Cuviello, dated November 4, 2022.

- 4 -

DEFENDANTS COUNTY OF ALAMEDA AND ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD'S SECOND UPDATED RULE 26 DISCLOSURES
46173552.1/059499.0021

3:23-CV-01652-VC

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

- Claim Against the County of Alameda submitted by Deniz Bolbol, dated November 3, 2022.
- Documents previously produced by the County of Alameda, Bates-stamped AlamedaCounty_Bolbol_000001 through AlamedaCounty_Bolbol_000413.
- Body cam videos taken by Alameda County deputy sheriffs Joshua Mayfield, Sowmaya Ramadas, Christian Campbell, and Matthew Laszuk on the day of the incident. These body cam videos have been produced to the parties.
- An audio recording from the Sheriff's Office, containing the calls between Emergency Dispatch Services Operator Melissa McMaster and Gary Houts, and between Emergency Dispatch Services Operator Amy Bowles and Dep. Joshua Mayfield, dated May 20, 2022, previously produced to the parties on December 21, 2023.
- A transcript of the above-referenced body cam videos taken by the Sheriff's Office, with the court reporter's affidavit of authenticity, Bates-stamped AlamedaCounty_Bolbol_000342 through AlamedaCounty_Bolbol_000367.
- Training Bulletin No. 13-13,"Peaceful Picketing During Labor Disputes," dated June 19, 2013; and Training Bulletin No. 15-10, "Filing of Law Enforcement by the Public," dated June 26, 2015. These two documents are Bates-stamped AlamedaCounty_Bolbol_000316 through AlamedaCounty_Bolbol_000320, and are being concurrently produced as responsive to plaintiffs' Requests for Production.
- A set of Powerpoint slides used by Det. Patrick Smyth of the Alameda County Sheriff's Office for his course for Learning Domain 2, The Criminal Justice System, Bates-stamped AlamedaCounty_Bolbol_000321 through AlamedaCounty_Bolbol_000341, and being concurrently produced as responsive to plaintiffs' Requests for Production.

- 5 -

DEFENDANTS COUNTY OF ALAMEDA AND ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD'S SECOND UPDATED RULE 26 DISCLOSURES
46173552.1/059499.0021

3:23-CV-01652-VC

Fenwick Wendel
Attorneys at Law
Oakland

1    • Videos taken by plaintiffs Joseph Cuviello and Deniz Bolbol at the Rowell Ranch

2      Rodeo on May 20 and May 21, 2022.

3    • Transcripts of the videos taken by plaintiffs Joseph Cuviello and Deniz Bolbol at

4      the Rowell Ranch Rodeo on May 20, 2022, with the court reporter's affidavit of

5      authenticity, Bates-stamped AlamedaCounty_Bolbol_000368 through

6      AlamedaCounty_Bolbol_000396, and are being concurrently produced as

7      responsive to plaintiffs' Requests for Production.

8    • Annotated satellite photograph of Rowell Ranch; exhibit #1 to the depositions of

9      plaintiffs Joseph P. Cuviello and Deniz Bolbol's depositions.

10   • All other documents produced by the parties to this action.

11   • Transcripts and exhibits of all depositions taken in this action, and the exhibits

12     thereto, including but not limited to the annotated satellite map attached to

13     plaintiffs' depositions.

14   **C.    DAMAGES**

15   Defendants will seek reasonable attorney's fees and costs pursuant to 42 U.S.C. § 1988.

16   **D.    INSURANCE**

17   The County of Alameda, a public entity, is permissibly self-insured pursuant to California

18   Government Code §§ 990 et seq. To the extent any liability insurance policy covers plaintiffs'

19   claims, the County will make it available for inspection and copying.

20

21   Dated: April 23, 2024                     FENNEMORE WENDEL

22

23                                             By: _____

24                                                 William B. Rowell
                                                   Thiele R. Dunaway
25                                                 Marc Brainich
                                                   Michele C. Kirrane
26                                                 Attorneys for Defendants
                                                   County of Alameda and Alameda County
27                                                 Deputy Sheriff Joshua Mayfield

                                     - 6 -

28   DEFENDANTS COUNTY OF ALAMEDA AND                              3:23-CV-01652-VC
     ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA
     MAYFIELD'S SECOND UPDATED RULE 26
     DISCLOSURES
     46173552.1/059499.0021

1

## CERTIFICATE OF SERVICE

2

*Joseph P. Cuviello, et al. v. Rowell Ranch Rodeo, Inc., et al.*
USDC – Northern District of California, Case No. 3:23-cv-01652-VC

3

4      I am a citizen of the United States and employed in Alameda County, California.  I am
over the age of eighteen years and not a party to the within-entitled action.  My business address
5   is 1111 Broadway, 24th Floor, Oakland, California  94607.

6      On April 23, 2024, I served true copies of the following document(s) described as
**DEFENDANTS COUNTY OF ALAMEDA AND ALAMEDA COUNTY DEPUTY
7   SHERIFF JOSHUA MAYFIELD'S SECOND UPDATED RULE 26 DISCLOSURES** on the
interested parties in this action as follows:

8

*Please see attached Service List.*

9

10      **BY EMAIL OR ELECTRONIC TRANSMISSION**:  By causing the document(s) listed
above to be sent to the person(s) at the e-mail address(es) listed below.  I did not receive, within a
reasonable time after transmission, any electronic message or other indication that the
11   transmission was unsuccessful.

12      I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct and that I am employed in the office of a member of the bar of this
13   Court at whose direction the service was made.

14      Executed on April 23, 2024, at Oakland, California.

15

16

17   _____
Lena S. Mason

18

19

20

21

22

23

24

25

26

27

- 7 -

28

DEFENDANTS COUNTY OF ALAMEDA AND
ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA
MAYFIELD'S SECOND UPDATED RULE 26
DISCLOSURES
46173552.1/059499.0021

3:23-CV-01652-VC

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

1

## SERVICE LIST

2

3

*Joseph P. Cuviello, et al. v. Rowell Ranch Rodeo, Inc., et al.*
USDC – Northern District of California, Case No. 3:23-cv-01652-VC

4

Jessica L. Blome                          *Attorneys for Plaintiff Deniz Bolbol*
Lily A. Rivo

5

Greenfire Law, PC
2748 Adeline Street, Suite A

6

Berkeley, CA 94703
Phone:    (510) 900-9502

7

Email;     jblome@greenfirelaw.com

8

           lrivo@greenfirelaw.com

9

Joseph P. Cuviello                        *Plaintiff Pro Per*
205 DeAnza Boulevard, #125

10

San Mateo, CA 94402
Phone:    (650) 315-3776

11

Email:     pcuvie@gmail.com

12

13

Dale L. Allen, Jr.                        *Attorneys for Defendants Hayward Area*
Nicholas D. Syren                         *Recreation and Park District, and Kevin*
Allen, Glaessner, Hazelwood & Werth, LLP  *Hart*

14

180 Montgomery Street, Suite 1200

15

San Francisco, CA 94104
Phone:    (415) 697-2000

16

Fax:       (415) 813-2045
Email:     dallen@aghwlaw.com

17

           nsyren@aghwlaw.com
           erodas@aghwlaw.com

18

           mhernandez@aghwlaw.com

19

Paul Caleo                                *Attorneys for Defendant Rowell Ranch*

20

Osmaan Khan                               *Rodeo, Inc.*
Gordon Rees Scully Mansukhani, LLP

21

1111 Broadway, Suite 1700
Oakland, CA 94607

22

Phone:    (510) 463-8600
Fax:       (510) 984-1721

23

Email:     pcaleo@grsm.com

24

           oakhan@grsm.com
           khernandez@grsm.com

25

26

27

- 8 -

28

DEFENDANTS COUNTY OF ALAMEDA AND                    3:23-CV-01652-VC
ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA
MAYFIELD'S SECOND UPDATED RULE 26
DISCLOSURES
46173552.1/059499.0021