**EXHIBIT "A"**
**Free Speech Area**



HARD (Cuviello/Bolbol) 000534