DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
NICHOLAS D. SYREN, State Bar No. 334807
nsyren@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendants
HAYWARD AREA RECREATION AND PARK
DISTRICT and KEVIN HART

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually, <br><br> Plaintiff, <br><br> v. <br><br> ROWELL RANCH RODEO, INC., HAYWARD AREA RECREATION AND PARK DISTRICT, HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART, and DOES 1 and 2, in their individually and official capacities, jointly and severally, <br><br> Defendants. | Case No. 3:23-cv-01652-VC <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' CROSS MOTION FOR SUMMARY JUDGEMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION; MEMORANDUM OF POINT AND AUTHORITIES (F.R.C.P. 56)** <br><br> Hon. Vince Chhabria <br><br> Date: August 15, 2024 <br> Time: 10:00 a.m. <br> Ctrm: 4, 17th Floor <br><br> Trial: October 21, 2024 |

Defendants HAYWARD AREA RECREATION AND PARK DISTRICT and KEVIN HART ("Defendants") Requests Judicial Notice ("RJN") of the following adjudicate facts pursuant to Federal Rule of Evidence 201 et al.

1. Attached as Ex. "A," please find a true and correct copy of Docket No. 54, Plaintiffs' Second Amended Complaint.

2. Attached as Ex. "B," please find a true and correct copy of Docket No. 59, Defendants HARD and Hart's Answer to Plaintiffs' Second Amended Complaint.

3. Attached as Ex. "C," please find a true and correct copy of Docket No. 46, Judge

Chhabria's Order on Plaintiffs' Motion for TRO.

4. Attached as Ex. "D", please find a true and correct copy of Docket No. 40, Declaration of Natalie Wong in Support of Motion Hearing on Plaintiffs' Motion for TRO.

Respectfully submitted,

Dated: July 1, 2024

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ Nicholas D. Syren*
DALE L. ALLEN, JR.
NICHOLAS D. SYREN
Attorneys for Defendants
HAYWARD AREA RECREATION AND
PARK DISTRICT and KEVIN HART