**EXHIBIT "D"**
**Wong Dec. re TRO**

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1 DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
2 WILLIAM A. ASPINWALL, State Bar No. 308919
waspinwall@aghwlaw.com
3 ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
4 San Francisco, CA 94104
Telephone:    (415) 697-2000
5 Facsimile:    (415) 813-2045

6 Attorneys for Defendant
HAYWARD AREA RECREATION AND PARK
7 DISTRICT and KEVIN HART

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JOSEPH P. CUVIELLO and DENIZ            Case No. 3:23-cv-01652-VC
BOLBOL, individually,
12
Plaintiff,
13
v.                                       **DECLARATION OF NATALIE WONG
14                                          PURSUANT TO COURT'S ORDER OF MAY
                                           17, 2023 REGARDING ISSUANCE OF T.R.O.
15 ROWELL RANCH RODEO, INC.,               AND RESPONSE OF DEFENDANT
HAYWARD AREA RECREATION AND               HAYWARD AREA RECREATION AND
16 PARK DISTRICT, HAYWARD AREA             PARK DISTRICT'S PARK RANGERS**
RECREATION AND PARK DISTRICT
17 PUBLIC SAFETY MANAGER/RANGER
KEVIN HART, and DOES 1 and 2, in
18 their individually and official capacities,
jointly and severally,
19
Defendants.
20

21

22

23 I, Natalie Wong, am the Human Resources Manager for the Hayward Area Recreation and Park

24 District and do hereby declare:

25 1.  The Hayward Area Recreation and Park District Park Rangers will not be present at the ticket

26     areas or at the rodeo grounds during the rodeo commencing May 19 – 21, 2023 and will have

27     no interaction with protesters who may come to the rodeo event.

28 ///

---
1                                    DECLARATION OF NATALIE WONG
                                     . 4:23-CV-01652-VC

582398.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  / / /

2  2.  The Park Rangers' only authority under Penal Code section 830.31 is to issue citations for

3  violations of ordinances passed by the Hayward Area Recreation and Park District's Board of

4  Directors.

5  3.  In the event unlawful behavior is reported on the grounds permitted to Rowell Ranch, Inc.,

6  Park Rangers are instructed to report it to the local law enforcement agency to determine if a

7  violation of law has occurred.

8

9  I declare under penalty of perjury, under the laws of the State of California, that the

10  foregoing is true and correct. Executed on May 18, 2023, at Hayward, California.

11

12  
NATALIE WONG

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF NATALIE WONG
4:23-CV-01652

582398.1

CERTIFICATE OF SERVICE
*Cuviello v. Hayward Area Recreation and Park District, et al.*
Northern District Case No.: 4:23-cv-01652

I am a resident of the State of California, over 18 years of age and not a party to the within action. I am employed in the County of San Francisco; my business address is: 180 Montgomery Street, Suite 1200, San Francisco, CA 94104. On May 18, 2023, I served the within:

**DECLARATION OF NATALIE WONG**
**PURSUANT TO COURT'S ORDER OF MAY 17, 2023 REGARDING ISSUANCE OF T.R.O. AND RESPONSE OF DEFENDANT HAYWARD AREA RECREATION AND PARK DISTRICT'S PARK RANGERS**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

SEE ATTACHED SERVICE LIST

☐ **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California.

☐ **By Overnight Delivery:** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the persons listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By Messenger Service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service.

☒ **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ *(FEDERAL)* I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on May 18, 2023, at San Francisco, California.

_____
Evelyn Rodas

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

3                                    DECLARATIONOF NATALIE WONG
                                     . 4:23-CV-01652-VC

582398.1

1

**SERVICE LIST**

2

3        Jessica L. Blome                                          Attorneys for Plaintiff Deniz Bolbol
Christina R. Bucey                                 Telephone: (510) 900-9502
Gina Tomaselli                                     E-Mail: jblome@greenfirelaw.com

4        Greenfire Law, PC                              E-Mail: cbucey@greenfirelaw.com
2748 Adeline Street, Suite A

5        Berkeley, CA 94703

6        Joseph P. Cuviello                             Plaintiff Pro Per
205 De Anza Blvd. #125                        Telephone: (650) 315-3776

7        San Mateo, CA 94402                     E-Mail: pcuvie@gmail.com

8        William Francis Burns                      Attorneys for Rowell Ranch Rodeo, Inc.
Law Offices of William F. Burns            Telephone: 925-461-4972

9        699 Peters Ave., Ste. B                    E-Mail: wfburns@earthlink.net
Pleasanton, CA 94566

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*left margin:* ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

4

DECLARATION OF NATALIE WONG
. 4:23-CV-01652-VC

582398.1