Jessica L. Blome (Cal. Bar No. 314898)
Lily A. Rivo (Cal. Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
Email: jblome@greenfirelaw.com
         lrivo@greenfirelaw.com

*Attorneys for Plaintiff Deniz Bolbol*

JOSEPH P. CUVIELLO
205 De Anza Blvd., #125
San Mateo, CA 94402
Telephone: (650) 315-3776
Email: pcuvie@gmail.com

*Plaintiff in Pro Se*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>Plaintiffs<br><br>v.<br><br>ROWELL RANCH RODEO, INC., et al.,<br><br>Defendants | Case No. 3:23-cv-01652-VC<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date:     August 15, 2024<br>Time:     10:00 a.m.<br>Judge:    Hon. Vince Chhabria<br>Courtroom: 5, 17th Floor |

1

1

2

3

Pursuant to Rule 201 of the Federal Rules of Evidence, Plaintiffs Joseph P. Cuviello and

Deniz Bolbol request the Court take judicial notice of certain documents from the Legislative

Record for Civil Code, section 52.1, as follows:

4

5

6

7

8

9

10

11

12

13

14

15

16

Federal Rules of Evidence, Rule 201(b) provides: "The court may judicially notice a fact

that is not subject to reasonable dispute because it: (2) can be accurately and readily determined

from sources whose accuracy cannot reasonably be questioned." FRE 201(b). Documents

prepared by the Legislature or others, that make up the Legislative Record for an enacted statute

"is properly a subject of judicial notice." *Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir.

2012) (citing *Chaker v. Crogan*, 428 F.3d 1215, 1223 n.8 (9th Cir. 2005)). Judicial notice is

appropriate because "[l]egislative history is a source whose accuracy cannot reasonably be

questioned." *See Snyder v. Unum Life Ins. Co. of Am., No. CV 13-07522 BRO (RZx)*, 2014 U.S.

Dist. LEXIS 181886, 2014 WL 7734715, at *5 (C.D. Cal. Oct. 28, 2014) (citing *Chaker*, 428

F.3d at 1223 n.8). Indeed, "judicial notice may be taken of a fact 'not subject to reasonable

dispute in that it is capable of accurate and ready determination by resort to sources whose

accuracy cannot reasonably be questioned.'" *Santa Monica Food Not Bombs v. City of Santa

Monica,* 450 F.3d 1022, 1025 fn. 2 (9th Cir. 2006) (*citing* Federal Rules of Evidence, Rule 201).

17

18

19

20

21

22

Plaintiffs seek judicial notice of certain parts of the Legislative Record for Civil Code,

section 52.1, related to the availability of civil penalties to plaintiffs seeking relief under Section

52.1. The availability of civil penalties to Section 52.1 has been made an issue by Defendants

Alameda County Sheriff's Office and Deputy Joshua Mayfield's Opposition to Plaintiffs'

Motion for Summary Judgment and Cross-Motion For Summary Judgment, Dkt. 89. As such,

judicial notice is proper under the above authorities.

23

24

25

26

More specifically, Plaintiffs seek judicial notice of the following documents, which are

authenticated in the accompanying Declaration of Joseph P. Cuviello at Exhibits A through J,

filed herewith:

27

28

2

| | |
|---|---|
| Exhibit A: | Excerpt- Volume 2, STATUTES OF CALIFORNIA, 1990; CHAPTER 392, "An act to amend Section 52.1 of the Civil Code, relating to civil rights." |
| Exhibit B: | SENATE COMMITTEE ON JUDICIARY, 1989-90 Regular Session, Bill Analysis AB 2683, "Civil Rights :Actions To Enjoin Unlawful Interference," Hearing Date: June 19, 1990. |
| Exhibit C: | Excerpt- Volume 2, STATUTES OF CALIFORNIA, 1991; CHAPTER 607, pp.2753-2755. |
| Exhibit D: | Finance Department, September 4, 1991, Bill Analysis SB 98. |
| Exhibit E: | Excerpt -DEERING CALIFORNIA DESKTOP CODE SERIES, 1998 EDITION, Civil Code Section 52.1. |
| Exhibit F: | ASSEMBLY COMMITTEE ON  JUDICIARY, April 3, 2001 Hearing, Bill Analysis AB 587. |
| Exhibit G: | July 12, 2001 Letter from California State Attorney General Bill Lockyer to California Governor Gray Davis, "RE: Request for Signature on AB 587 (Firebaugh), an Attorney General -Sponsored Bill." |
| Exhibit H: | Assembly Republican Bill Analysis, Judiciary Committee, AB 587; Last amended 7/18/01. |
| Exhibit I: | Office of Criminal Justice Planning Enrolled Bill Report, AB 587, 8/27/01. |
| Exhibit J: | Excerpt-August 2001, California Attorney General's Office Civil Rights Handbook, Third Edition. |

Respectfully submitted,

DATED: July 25, 2024

*/s/ Jessica L. Blome*
Jessica Blome
Lily R. Rivo
GREENFIRE LAW, PC
*Attorney for Plaintiff Deniz Bolbol*

DATED: July 25, 2024

*/s/Joseph Cuviello__*
JOSEPH PAT CUVIELLO
In Pro Se

3

1

**CERTIFICATE OF SERVICE**

2

  I hereby certify that on this 25th day of July 2024 the foregoing was served on all parties

3

through the Court's electronic filing, CM/ECF system in accordance with Rule 5 of the Federal

4

Rules of Civil Procedure.

5

              GREENFIRE LAW, P.C.

6

7

         By: */s/ Jessica San Luis*
              Jessica San Luis

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4