Jessica L. Blome (Cal. Bar No. 314898)
Lily A. Rivo (Cal. Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
Email: jblome@greenfirelaw.com
         lrivo@greenfirelaw.com

*Attorneys for Plaintiff Deniz Bolbol*

JOSEPH P. CUVIELLO
205 De Anza Blvd., #125
San Mateo, CA 94402
Telephone: (650) 315-3776
Email: pcuvie@gmail.com

*Plaintiff in Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>Plaintiffs<br><br>v.<br><br>ROWELL RANCH RODEO, INC., et al.,<br><br>Defendants | Case No. 3:23-cv-01652-VC<br><br>**DECLARATION OF JOESPH P. CUVIELLO IN SUPPORT OF PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date:        August 15, 2024<br>Time:       10:00 a.m.<br>Judge:      Hon. Vince Chhabria<br>Courtroom: 5 – 17th Floor |

1

I, Joseph Cuviello, declare as follows:

1. I am a Plaintiff in the above-captioned case.

2. I have personal knowledge of the facts declared herein and will competently testify to them if called upon to do so. I am submitting this declaration in support of Plaintiffs' Request for Judicial Notice, which supports Plaintiffs' Opposition to Defendant Alameda County and Defendant Joseph Mayfield's Cross Motion for Summary Judgment, Dkt. 89.

3. The following table describes the documents attached as Exhibits A through J. Exhibits A through J are true and correct copies of documents I downloaded from the internet that were included in three different "Legislative Research Incorporated" documents titled: (1) "Legislative History of California Code § 52.1. As Amended by Statutes of 1990, Chapter 392, § 1 Assembly Bill 2683-Floyd"; (2) "Legislative History of California Code §§ 52 & 52.1, As Amended by Statutes of 1991, Chapter 607, §§ 2, 3, Senate Bill 98-Lockyer"; and (3) "Legislative History of California Code §§ 52 & 52.1, As Amended by Statutes of 2001, Chapter 261, §§ 1& 2, Assembly Bill 587-Firebaugh." True and correct copies of these authenticating documents are attached hereto as Exhibit K.

| | |
|---|---|
| Exhibit A: | Excerpt- Volume 2, STATUTES OF CALIFORNIA, 1990; CHAPTER 392, "An act to amend Section 52.1 of the Civil Code, relating to civil rights." |
| Exhibit B: | SENATE COMMITTEE ON JUDICIARY, 1989-90 Regular Session, Bill Analysis AB 2683, "Civil Rights :Actions To Enjoin Unlawful Interference," Hearing Date: June 19, 1990. |
| Exhibit C: | Excerpt- Volume 2, STATUTES OF CALIFORNIA, 1991; CHAPTER 607, pp.2753-2755. |
| Exhibit D: | Finance Department, September 4, 1991, Bill Analysis SB 98. |
| Exhibit E: | Excerpt -DEERING CALIFORNIA DESKTOP CODE SERIES, 1998 EDITION, Civil Code Section 52.1. |
| Exhibit F: | ASSEMBLY COMMITTEE ON  JUDICIARY, April 3, 2001 Hearing, Bill Analysis AB 587. |

| | | |
|---|---|---|
| 1 | Exhibit G: | July 12, 2001 Letter from California State Attorney General Bill Lockyer to California Governor Gray Davis, "RE: Request for Signature on AB 587 (Firebaugh), an Attorney General -Sponsored Bill." |
| 2 | | |
| 3 | Exhibit H: | Assembly Republican Bill Analysis, Judiciary Committee, AB 587; Last amended 7/18/01. |
| 4 | | |
| 5 | Exhibit I: | Office of Criminal Justice Planning Enrolled Bill Report, AB 587, 8/27/01. |
| 6 | | |
| 7 | Exhibit J: | Excerpt-August 2001, California Attorney General's Office Civil Rights Handbook, Third Edition. |

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 25th day of July, 2024 in Belmont, California.

*/s/ Joseph P. Cuviello*
Joseph P. Cuviello