# REQUEST FOR JUDICIAL NOTICE

# EXHIBIT A

# Volume 2

# STATUTES OF CALIFORNIA

## AND DIGESTS OF MEASURES

### 1990

Constitution of 1879 as Amended

Measures Submitted to Vote of Electors,
Primary Election, June 5, 1990
and General Election, November 6, 1990

General Laws, Amendments to the Codes, Resolutions,
and Constitutional Amendments passed by the
California Legislature

### 1989–90 Regular Session
### 1989–90 First Extraordinary Session



Compiled by
**BION M. GREGORY**
*Legislative Counsel*

for a crime or infraction, or eliminates a crime or infraction. Notwithstanding Section 17580 of the Government Code, unless otherwise specified in this act, the provisions of this act shall become operative on the same date that the act takes effect pursuant to the California Constitution.

---

CHAPTER 392

An act to amend Section 52.1 of the Civil Code, relating to civil rights.

[Approved by Governor July 20, 1990. Filed with Secretary of State July 20, 1990 ]

*The people of the State of California do enact as follows:*

SECTION 1. Section 52.1 of the Civil Code is amended to read:
52.1. (a) Whenever a person or persons, whether or not acting under color of law, interferes by threats, intimidation, or coercion, or attempts to interfere by threats, intimidation, or coercion, with the exercise or enjoyment by any individual or individuals of rights secured by the Constitution or laws of the United States, or of the rights secured by the Constitution or laws of this state, the Attorney General, or any district attorney or city attorney may bring a civil action for injunctive and other appropriate equitable relief in the name of the people of the State of California, in order to protect the peaceable exercise or enjoyment of the right or rights secured.

(b) Any individual whose exercise or enjoyment of rights secured by the Constitution or laws of the United States, or of rights secured by the Constitution or laws of this state, has been interfered with, or attempted to be interfered with, as described in subdivision (a), may institute and prosecute in his or her own name and on his or her own behalf a civil action for damages, injunctive relief, and other appropriate equitable relief to protect the peaceable exercise or enjoyment of the right or rights secured.

(c) An action brought pursuant to subdivision (a) or (b) may be filed either in the superior court for the county in which the conduct complained of occurred or in the superior court for the county in which a person whose conduct complained of resides or has his or her place of business. An action brought by the Attorney General pursuant to subdivision (a) may also be filed in the superior court for any county wherein the Attorney General has an office, and in any such case, the jurisdiction of the court shall extend throughout the state.

(d) Whenever a court issues a temporary restraining order or a preliminary or permanent injunction in an action brought pursuant to subdivision (a) or (b), ordering a defendant to refrain from conduct or activities, the order issued shall include the following