# REQUEST FOR JUDICIAL NOTICE

# EXHIBIT E

# DEERING'S

## CALIFORNIA DESKTOP CODE SERIES

### 1998 EDITION

CIVIL CODE
CODE OF CIVIL PROCEDURE
EVIDENCE CODE
RULES OF COURT

WITH RESEARCH REFERENCES



**LEXIS**
LAW PUBLISHING

**Civil Code**

in any court seeking relief from the denial of equal protection of the laws under the Fourteenth Amendment to the Constitution of the United States on account of race, color, religion, sex, national origin, or disability, the Attorney General or any district attorney or city attorney for or in the name of the people of the State of California may intervene in the action upon timely application if the Attorney General or any district attorney or city attorney certifies that the case is of general public importance. In that action the people of the State of California shall be entitled to the same relief as if it had instituted the action.

(e) Actions under this section shall be independent of any other remedies or procedures that may be available to an aggrieved party.

(f) Any person claiming to be aggrieved by an alleged unlawful practice in violation of Section 51 or 51.7 may also file a verified complaint with the Department of Fair Employment and Housing pursuant to Section 12948 of the Government Code.

(g) Nothing in this section shall be construed to require any construction, alteration, repair, structural or otherwise, or modification of any sort whatsoever to any new or existing establishment, facility, building, improvement, or any other structure, or to augment, restrict, or alter in any way the authority of the State Architect to require construction, alteration, repair, or modifications that the State Architect otherwise possesses pursuant to other laws.

(h) For the purposes of this section, "actual damages" means special and general damages. This subdivision is declaratory of existing law. Amended Stats 1991 ch 607 § 2 (SB 98), ch 839 § 2 (AB 1169); Stats 1992 ch 913 § 3.6 (AB 1077); Stats 1994 ch 535 § 1 (SB 1288).

➡ *Witkin Procedure (3d ed) Pleading §§ 132, 241; Witkin Summary (9th ed) Constitutional Law §§ 747 et seq., Real Property, § 417, Torts § 1333; Cal Jur 3d Amusements and Exhibitions § 18, Civil Rights §§ 2, 3, 7, 11, 15, Damages § 119, Hotels, Motels, and Restaurants § 20; Miller & Starr, Cal Real Estate 2d §§ 4:28, 11:41, 11:42, 30:51; Rutter Cal Prac Guide, Landlord-Tenant §§ 2:648.1, 2:679 et seq.*

**§ 52.1.  Action for injunctive relief from interference with enjoyment of legal rights.** (a) Whenever a person or persons, whether or not acting under color of law, interferes by threats, intimidation, or coercion, or attempts to interfere by threats, intimidation, or coercion, with the exercise or enjoyment by any individual or individuals of rights secured by the Constitution or laws of the United States, or of the rights secured by the Constitution or laws of this state, the Attorney General, or any district attorney or city attorney may bring a civil action for injunctive and other appropriate equitable relief in the name of the people of the State of California, in order to protect the peaceable exercise or enjoyment of the right or rights secured.

(b) Any individual whose exercise or enjoyment of rights secured by the Constitution or laws of the United States, or of rights secured by the Constitution or laws of this state, has been interfered with, or attempted to be interfered with, as described in subdivision (a), may institute and prosecute in his or her own name and on his or her own behalf a civil action for damages, *including, but not limited to, damages under Section 52,* injunctive relief, and other appropriate equitable relief to protect the peaceable exercise or enjoyment of the right or rights secured.

(c) An action brought pursuant to subdivision (a) or (b) may be filed either in the superior court for the county in which the conduct complained of occurred or in the superior court for the county in which a person whose conduct complained of resides or has his or her place of business. An action brought by the Attorney General pursuant to subdivision (a) *also may* be filed in the superior court for any county wherein the Attorney General has an office, and in * * * such a case, the jurisdiction of the court shall extend throughout the state.

(d) Whenever a court issues a temporary restraining order or a preliminary or permanent injunction in an action brought pursuant to subdivision (a) or (b), ordering a defendant to refrain from conduct or activities, the order issued shall include the following statement: VIOLATION OF THIS ORDER IS A CRIME PUNISHABLE UNDER SECTION 422.9 OF THE PENAL CODE.

(e) The court shall order the plaintiff or the attorney for the plaintiff to deliver, or the county clerk to mail, two copies of any order, extension, modification, or termination thereof granted pursuant to this section, by the close of the business day on which the order, extension, modification, or termination was granted, to each local law enforcement agency having jurisdiction over the residence of the

Beginning in 1992,
*italics* indicate changes or additions. * * * indicate omissions.