Jessica L. Blome (State Bar No. 314898)
Lily A. Rivo (State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
Email: jblome@greenfirelaw.com
         lrivo@greenfirelaw.com

*Attorneys for Plaintiff Deniz Bolbol*

JOSEPH P. CUVIELLO
205 De Anza Blvd., #125
San Mateo, CA 94402
Telephone: (650) 315-3776
Email: pcuvie@gmail.com

*Plaintiff in Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>　　　　　　　　PLAINTIFFS.<br><br>　　v.<br><br>ROWELL RANCH RODEO, INC., et al.<br><br>　　　　　　　　DEFENDANTS. | Case No. 3:23-cv-01652-VC<br><br>**SUPPLEMENTAL DECLARATION OF JOSEPH P. CUVIELLO IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' HARD AND ROWELL RANCH RODEO'S CROSS- MOTION FOR SUMMARY JUDGMENT AND REPLY IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　　　August 15, 2024<br>Time:　　　　10:00 a.m.<br>Judge:　　　Hon. Vince Chhabria<br>Courtroom:　5, 17th Floor |

Suppl. Decl. of Joseph P. Cuviello ISO Plaintiffs' Opposition to Defendants HARD and Rowell Ranch Rodeo's Cross-Motion for SJ and Reply ISO Plaintiffs' Joint Motion for Partial SJ (3:23-cv-01652-VC)

0

I, Jospeh Cuviello, declare as follows:

1. I am a Plaintiff in the above-captioned case.

2. I have personal knowledge of the facts declared herein and will competently testify to them if called upon to do so. I am submitting this declaration in support of Plaintiffs' Opposition to Defendants' Hayward Area Recreation and Park District, Kevin Hart, and Rowell Ranch Rodeo's Cross- Motion for Summary Judgment and Reply in Support of Plaintiffs' Joint Motion for Partial Summary Judgment, Dkt. 89.

3. I have been an advocate for animal rights since 1986, and am a co-founder of the grassroots group, "Humanity through Education," a 501(c)3 organization.

4. My speech and association focuses on the abuse and mistreatment of animals by circuses, rodeos, and other "entertainment" entities, which is of great public concern locally nationally, and internationally.

5. During my years of animal rights activism I have been falsely arrested and had my free speech rights violated by threats of arrest from law enforcement officers on numerous occasions and had to file a number of lawsuits over the years to have my rights upheld and protected, including *Bolbol, et al., v. Ringling,* Case No. 5:04-cv-00082; *Cuviello, et al., v. City of Oakland,* et al, Case No. C06-05517; *Cuviello, et al., v. City of Stockton, et al*, Case No.: 2:07-cv-01625; *Cuviello, et al., v. City of Oakland, et al,* Case No. 3:09-cv-02955; Cuviello, et al., v. Cal Expo, et al, Case No. 2:11-cv-02456; *Cuviello, et al., v. State of Nevada, et al*, Case No.3:12-cv-00529; *Cuviello, et al., v. City and County of San Francisco, et al,* Case No. 12-cv-03034; and *Cuviello, v. City of Vallejo, et al,* Case No. 2:16-cv-02584. In each of these cases I was either arrested by law enforcement or placed under citizen's arrest in which law enforcement accepted the arrest.

6. In *Bolbol, et al., v. Ringling,* Case No. 5:04-cv-00082 I was told to leave the San Jose Arena property by management as law enforcement stood with management and also told me I could not be on arena property. When I refused to leave management placed me under citizen's arrest and law enforcement accepted the arrest. This occurred twice in two days.

7. In *Cuviello, et al., v. City of Oakland, et al,* Case No. C06-05517 I was told to

Suppl. Decl. of Joseph P. Cuviello ISO Plaintiffs' Opposition to Defendants HARD and Rowell Ranch Rodeo's Cross-Motion for SJ and Reply ISO Plaintiffs' Joint Motion for Partial SJ (3:23-cv-01652-VC)

1

leave a certain area on the Oakland Arena property by management wherein law enforcement was standing with management and also telling me I had to leave. When I refused to leave management placed me under citizen's arrest and law enforcement accepted the arrest.

8. In *Cuviello, et al., v. City of Oakland, et al,* Case No. 3:09-cv-02955 I was told to leave a certain area on the Oakland Arena property by management as law enforcement stood with management and also told me I had to leave. When I refused to leave management placed me under citizen's arrest and law enforcement accepted the arrest.

9. In *Cuviello, et al., v. City of Stockton, et al,* Case No.: 2:07-cv-01625 I was told by Arena security I wasn't allowed on Arena property and told by law enforcement standing with security personnel that they would accept a citizen's arrest from arena security if I attempted to demonstrate on arena property. I demonstrated on the public sidewalk.

10. From experience, I am familiar with situations in which the management of the property I'm demonstrating on stands with law enforcement and they work in concert to threaten me with citizen's arrest.

11. On May 20, 2022, while demonstrating at the Rowell Rodeo Park in Castro Valley, Alameda County Sheriff's Deputy Mayfield told me I was fine demonstrating outside the FSA in his first interaction with me and Joseph Cuviello. A short time after the first encounter, Deputy Mayfield approached me again accompanied by HARD representative Kevin Hart. When Kevin Hart told me I had to relocate to the free speech area, based on my experience, I believed Kevin Hart might place me under citizen's arrest and Deputy Mayfield was standing by to accept the citizen arrest.

12. I have been demonstrating at Rowell Ranch Rodeo off and on for decades and I have never seen anyone checking for tickets at the entrances to the parking lots, and I have never before been asked for a ticket to enter the parking lots.

13. After I filed this lawsuit I demonstrated against the Bill Pickett Rodeo at the Rowell Rodeo Park in July of 2023 and 2024. In 2023, while I was holding a sign and passing out leaflets to patrons I was approached by two different rodeo representatives at two different

Suppl. Decl. of Joseph P. Cuviello ISO Plaintiffs' Opposition to Defendants HARD and Rowell Ranch Rodeo's Cross-Motion for SJ and Reply ISO Plaintiffs' Joint Motion for Partial SJ (3:23-cv-01652-VC)

2

times and each one told me I had to demonstrate from the free speech area. Each time I had to stop demonstrating to talk with these rodeo representatives and explain to them that I had a right to demonstrate in my current location.

14. Attached hereto as **Exhibit 40** is a true and correct copy of pages 1-2 of "Hayward Area Recreation and Park District, Regulations Governing Use of Parks, Recreation Areas, and Facilities," Ordinance No. 001-02, as most recently amended on October 21, 2019, I downloaded from the internet with the URL: https://www.haywardrec.org/DocumentCenter/View/2874/District-Regulation-Handbook?bidId=.

15. Attached hereto as **Exhibit 41** is a true and correct copy of Senate Rules Committee, Committee on Public Safety, Senator Nancy Skinner, Chair, 2019-2020 Regular, Bill No. 1775, as amended on August 20, 2020, "Subject: False Reports and Harassment," I downloaded from the California Legislative Information website with the URL: https://leginfo.legislature.ca.gov/faces/billAnalysisClient.xhtml?bill_id=201920200AB1775.

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 29th day of July, 2024, in Belmont, California

/s/ *Joseph P. Cuviello*
JOSEPH P. CUVIELLO

Suppl. Decl. of Joseph P. Cuviello ISO Plaintiffs' Opposition to Defendants HARD and Rowell Ranch Rodeo's Cross-Motion for SJ and Reply ISO Plaintiffs' Joint Motion for Partial SJ (3:23-cv-01652-VC)