# EXHIBIT 42

# Deposition Transcript

Case Number: 3:23-cv-01652-VC
Date: March 6, 2024

In the matter of:

# CUVIELLO, et al. v ROWELL RANCH RODEO, INC., et al.

# DENIZ BOLBOL



Reported by:

April Wood Brott
CSR No. 13782

Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

DENIZ BOLBOL  
MARCH 06, 2024

JOB NO. 886301

Page 50

1  A. They were obsessed with this free speech
2  box. They didn't like our message. It was obvious
3  they didn't like our message. If we were out there
4  with "The rodeo's fun," they wouldn't have said boo
5  to us.
6  Q. Do you know if Mr. Hart could have arrested
7  you?
8  A. I didn't know at the time. I didn't
9  know -- you know, I don't recall knowing that.
10  Q. So at the time, did you believe he could
11  arrest you?
12  A. Well, there was a cop with him, so yeah.
13  Q. But Mr. Hart himself -- did you think he
14  could arrest you?
15  A. I didn't know.
16  Q. Yeah. But what did you think at the time?
17  A. I didn't know.
18  Q. And what did Mr. Hart ask of Mr. Cuviello
19  and yourself when he first approached you, if you
20  can recall?
21  A. I don't recall.
22  Q. Okay.
23  A. I don't want to be inaccurate. The video
24  is record for me.
25  Q. I'm just asking for your best recollection

Page 51

1  as you sit here now without the video.
2  A. I understand, and the best recollection is
3  going to be on the video. I don't recall. I don't
4  want to give a detail that ends up being not
5  accurate when we have video. So there's no reason
6  to play a memory game with me.
7  Q. Do you recall Mr. Hart saying -- well, let
8  me back up.
9  Do you remember your husband, Mr. Cuviello,
10  asking if you were going to be arrested?
11  A. So I was present, but I try to keep
12  leafletting even when people try to come and
13  interfere with my leafletting. Okay? Because one
14  of the methods they use is they sit there and want
15  to talk to you for a really long time while most of
16  the patrons are going in, and "Oops, you just didn't
17  get to leaflet all those people, and we stood in
18  front of your signs while we did it." I mean, this
19  is, like, total MO.
20  So I don't recall exactly what my husband
21  and Mr. Hart were saying. I remember at some point
22  there was this "Are we going to be arrested?"
23  "Well, you'll find out," or something to
24  that effect, and it was, like, the threat was there
25  that "We are probably going to arrest you. We may

Page 52

1  arrest you," and I remember my husband kept going on
2  and on about "We don't want to be arrested. Tell us
3  now." And it was, like, obvious they were playing
4  these games, like, "Well, we might."
5  Q. Is that your recollection as you sit here
6  now, that Mr. Hart said he might arrest you?
7  A. I don't remember what Mr. Hart said. I'm
8  just telling you I was not paying that close
9  attention. I would have to look at the video if you
10  want verbatim. The inference was they were going to
11  use the threat of arrest to try to coerce us to do
12  something. That was my impression.
13  My impression was they were trying to use
14  the cop standing there in full uniform in an effort
15  to try to intimidate me to move somewhere that I
16  didn't want to move to where I would not be seen.
17  Q. Were you ever threatened with a citation?
18  A. On that day?
19  Q. Yes.
20  A. I don't recall being threatened with a
21  citation.
22  Q. Did anyone threaten you with arrest?
23  A. I was threatened with arrest because they
24  came up to me telling us -- they -- let me put it
25  this way: When my husband said, "Are we going to be

Page 53

1  arrested?" no one said no. If they had said, "No,
2  you're not going to be arrested. We're just asking
3  you to move" -- no one said that. No one said,
4  "You're not going to be arrested."
5  Based on my experience -- and everybody, an
6  average person, a reasonable person, when a cop is
7  standing there next to someone saying, "You need to
8  move," and you say, "Am I going to be arrested?" and
9  they said, "You'll find out" or "Wait and see" or
10  whatever they said, you go, "Gee, they're
11  threatening me with arrest."
12  That's a reasonable response, and most
13  people would move because they're intimidated. When
14  you have a police officer standing there with the
15  authority to arrest you, whether it's legal or not,
16  there's a real chance that can happen, and I don't
17  know if you haven't experienced that, but lots of
18  people have experienced this.
19  Q. Were the words --
20  A. And it's upsetting. It's upsetting as
21  well. It's really upsetting because you know what
22  you feel like when you're out there and the cop has
23  all this power, and you have no power? You feel
24  helpless.
25  Q. Did any of the officers or Mr. Hart ever

Page 54

1  say, "You are going to be under arrest"?
2      A.  You'll have to check the video.
3      Q.  From your recollection?
4      A.  I don't recall.  I obviously didn't get
5  arrested.
6      Q.  Did anyone physically -- I'm talking about
7  the officers.  Or let's go with Mr. Hart.
8          Did Mr. Hart ever physically touch you?
9      A.  No.  I don't recall anyone touching.
10     Q.  Did --
11     A.  No one from Alameda County or HARD touched
12 me.  The Rowell Ranch people touched me.
13     Q.  Okay.  So no one detained you?  No one
14 arrested you?
15     A.  No.
16     Q.  Did they force you to move?
17     A.  They tried to coerce me.
18     Q.  But did they force you?  Did they
19 physically force you to move to another area?
20     A.  Nobody touched me, no.  Let me qualify
21 that.  HARD and the Alameda County Sheriff did not
22 touch me because Rowell Ranch people did touch me
23 later.
24     Q.  So no one from law enforcement touched you?
25     A.  That's correct.

Page 55

1      Q.  Did anyone threaten to -- from law
2  enforcement or HARD threaten to physically move you?
3      A.  Did they say the words, "I'm going to
4  physically move you right now"?  No.
5      Q.  Just give me one moment here.
6          Did Mr. Hart ever advise you of what you
7  were going to be arrested for, if anything?
8      A.  You know, I really didn't talk to Mr. Hart,
9  I don't believe, so.
10     Q.  Did you hear the conversation between
11 Mr. Hart and Mr. Cuviello?
12     A.  I think I heard bits and pieces, but I
13 didn't -- I wasn't paying full -- I don't recall
14 paying full attention to it.  But anything that was
15 said during that, I just want to restate I rely on
16 the video because that's a true occurrence.  That's
17 what happened.
18     Q.  I understand that, but I just want to know
19 if you heard it, right?  So you could hear some
20 things on the video at a later time, but in that
21 moment --
22         MS. BLOME:  I'm going to object as asked
23 and answered.  It's getting to the point where
24 you're badgering her a bit.
25         MR. SYREN:  I just want to know if she

Page 56

1  heard --
2          MS. BLOME:  She said no a hundred times.
3  She said she doesn't -- she wasn't involved with the
4  Hart conversation or Mr. Cuviello and Mr. Hart.  She
5  didn't hear it.  She doesn't remember it.  "Check
6  the video."  She said it 50 times by now.
7          MR. SYREN:  Okay.  For the record, I'll ask
8  one last time, and that will be it.
9          MS. BLOME:  No.  No.  Objection.  It
10 doesn't need to be asked again.
11         MR. KHAN:  He can still ask it.
12         MS. BLOME:  I understand.
13 BY MR. SYREN:
14     Q.  Did you hear the conversation between
15 Mr. Hart and Mr. Cuviello?
16     A.  As I said, bits and pieces.
17     Q.  Okay.  And after that interaction, at what
18 point did you first view the video that you took, if
19 you can recall?
20     A.  Probably that night.
21     Q.  Okay.  Did you have any other interactions
22 with Mr. Hart later that day?
23     A.  I don't recall personally having more
24 interactions with Mr. Hart.
25     Q.  Okay.

Page 57

1      A.  You're talking about at that front entrance
2  area, right?  After that front entrance, that whole
3  scene we were just talking about, right?
4      Q.  I believe we were talking about the same
5  area where the officers approached you, when they
6  first came to approach you.
7      A.  When they first came.
8      Q.  You talked about -- I think there was the
9  white guy, that same area.
10     A.  Yeah, the first interaction.
11     Q.  Yeah.
12     A.  Yeah.  No.  I don't recall anything else
13 with Mr. Hart later.
14     Q.  Okay.
15     A.  If he was around, I don't remember.
16     Q.  Do you remember if he -- this is
17 specifically directed to you -- if he asked you if
18 you were going to move to the free speech zone?
19     A.  Yeah.  I think he went and asked every
20 single person.  That's -- I wasn't sure if it was
21 him or Mayfield, but you gave me a tip there.  So
22 they were working in concert.  So, you know, it kind
23 of blends together for me.
24     Q.  Okay.  Do you remember how you responded to
25 that questioning?

DENIZ BOLBOL
MARCH 06, 2024
JOB NO. 886301

Page 90

1    A.  I don't know.  I wasn't paying attention
2  until the trouble started.
3    Q.  Okay.  That's why I'm asking.  You don't
4  recall seeing him on the phone?
5    A.  I don't recall.  He may have been.  He may
6  not have been.  I have no idea.  If nobody's
7  bothering me, I'm not watching.
8    Q.  And did Mr. Hart and Deputy Mayfield
9  approach you guys together?
10   A.  That's my recollection.
11   Q.  Okay.  And do you have a description of
12 Deputy Mayfield's demeanor as he approached you?
13   A.  Well, that's very subjective.
14   Q.  Understood.  That's why I'm trying to get
15 what your subjective observations were.
16   A.  Based on my experience, I thought he was
17 very condescending and trying to push his weight
18 around.
19   Q.  So as he approached you --
20   A.  No.  When he spoke.
21   Q.  I'm asking when he approached you --
22   A.  Oh.
23   Q.  So as he approached you with Mr. Hart, can
24 you describe his demeanor at all?
25   A.  Okay.  I didn't know that you meant before

Page 91

1  he said anything.  No.  I thought nothing.
2    Q.  And then who spoke first?  Do you remember?
3  Mr. Hart or Deputy Mayfield?
4    A.  I don't remember.
5    Q.  And counsel asked you several questions
6  about it, and you indicated that you heard bits and
7  pieces of what Mr. Hart said; is that correct?
8    A.  Yes.
9    Q.  And that's because you were still
10 protesting or handing out leaflets?
11   A.  I was trying to, yes.
12   Q.  Who -- were any other protestors with you
13 at this time?
14   A.  I think so, yes.
15   Q.  Which ones?
16   A.  I don't remember.
17   Q.  Do you believe that it was Mr. Sage and...
18   A.  Robin.
19   Q.  Newkirk.
20   A.  Yeah.
21   Q.  Do you believe they were with you?
22   A.  I believe so.
23   Q.  And were you -- as we look at Exhibit 1,
24 you guys were standing in the kind of area near the
25 upper rodeo entrance; is that correct?

Page 92

1    A.  Yes.
2    Q.  All right.  And you had your banner up?
3    A.  Yes.
4    Q.  And you were talking to patrons?
5    A.  Yes.
6    Q.  Handing out leaflets?
7    A.  I mean, you know, when -- we.  We were.  I
8  can only speak for me.  I wasn't watching the other
9  protestors.  So I was trying to continue to do what
10 I was there to do, which was give information to the
11 public.
12       I tried to not let them hinder that as much
13 as I could, except when they kept standing -- would
14 stand in front of me and say, "Come over here," and
15 I would not let go.  That's the way they try to do
16 it all the time.  They try to -- if they can't
17 arrest you, then they try to interfere with your
18 ability.
19   Q.  And I know that you're talking about
20 experiences.  I'm going to ask you specifically
21 about what Deputy Mayfield did and the other
22 officers did on this occasion.  Okay?
23   A.  Mm-hmm.
24   Q.  All right.  So do you recall anything that
25 Deputy Mayfield said during this second interaction?

Page 93

1    A.  I --
2    Q.  And this is before he leaves and you
3  believe calls his watch commander, so while he's
4  present.  Do you remember anything he said?
5    A.  Bits and pieces.
6    Q.  Okay.  What bits and pieces do you
7  specifically recall him saying?
8    A.  I remember basically saying -- Pat kept
9  saying, "Are you going to arrest us?  I need to know
10 now if you're going to arrest us," and he said, "No.
11 You need to go to the free speech area," and Pat
12 would say, "But if we don't, are you going to arrest
13 us?" He says, "You need to go" and something to the
14 effect of "You'll find out," or, you know, something
15 like -- you know, not saying, "No, we won't arrest
16 you," but not saying, "Yes, we will arrest you."
17       Playing this word game like Trump plays.
18 Everybody knows what he's saying, but then you can't
19 get him because he didn't say the word, the right,
20 magical word.  I mean, there's -- human beings, like
21 when I'm talking to you -- you can get a sense of
22 what I'm trying to say sometimes with just one
23 little word.
24   Q.  Do you remember anything else that Deputy
25 Mayfield said during this second interaction?

DENIZ BOLBOL
MARCH 06, 2024

JOB NO. 886301

Page 94

1  A. Not exactly.
2  Q. Generally, do you remember anything else?
3  A. No. Let's just go with the video. I can't
4  remember. I know you want my recollection, but I
5  don't want to give you some quote or something that
6  might not be a hundred percent accurate.
7  Q. Yeah, but I want to know what you heard. I
8  understand what -- the video's going to say --
9  A. Okay.
10 Q. -- show what Deputy Mayfield said.
11 A. Good.
12 Q. I'm not worried about that.
13 A. Okay.
14 Q. I want to know what you heard.
15 A. Got it. So what I heard was basically "You
16 guys could be arrested if you stay here." That's
17 what I heard.
18 Q. And then what happened after that?
19 A. Well, then Pat said what he said, and
20 Mayfield walked away to call his watch commander, I
21 presume.
22 Q. So the interaction -- we're talking the
23 second interaction. When Hart and Mayfield
24 approached you and before he left to make his phone
25 call, how long was that interaction?

Page 95

1  A. Really wild guess, 15, 20 minutes.
2  Q. And during that interaction before Deputy
3  Mayfield left on his phone, did he ever touch you?
4  A. No.
5  Q. Did any of the officers ever touch you?
6  A. No.
7  Q. Did he grab your banner at all?
8  A. No.
9  Q. Okay. Did he take away any of your
10 leaflets?
11 A. No.
12 Q. Can you remember what any of the other
13 officers were doing during this interaction, this
14 second interaction, before he went to go make a
15 phone call?
16 A. Just standing behind him and next to him.
17 Give him support, I suppose.
18 Q. And then let's go to when Deputy Mayfield
19 left, he was on the phone, correct?
20 A. I saw him go into his vehicle, and he got
21 on the phone.
22 Q. And do you specifically know who he was
23 speaking with?
24 A. No, but we had just said, "Call your watch
25 commander."

Page 96

1  Q. Who told him to call his watch commander?
2  A. Pat probably.
3  Q. Did you hear Pat say that?
4  A. I don't remember specifically, but I know
5  either he did or I did, but I'm sure it wasn't me
6  because I wasn't doing a lot of the talking, I don't
7  think.
8  Q. So when Officer Mayfield was making this
9  call, you believed he was calling his watch
10 commander, correct?
11 A. That's correct.
12 Q. Did you ever hear any part of that
13 conversation?
14 A. No.
15 Q. And can you estimate how long that
16 conversation lasted?
17 A. Another wild guess, under ten minutes.
18 Q. When you say "wild guess," that's your best
19 estimate, correct?
20 A. Yeah.
21 Q. And while Deputy Mayfield was on the phone,
22 what were the other officers doing?
23 A. I don't recall.
24 Q. And while he was on the phone, did you
25 continue with your protest?

Page 97

1  A. Yes.
2  Q. Were you still holding the banner?
3  A. I don't think I was holding the banner, but
4  yes, it was still up.
5  Q. And what were you doing?
6  A. I believe I had a -- I think they call them
7  a placard and handing out leaflets.
8  Q. Like a sandwich board?
9  A. Without the back sandwich, yeah. A
10 one-sided sandwich.
11 Q. So you were continuing to hand out fliers
12 and talk to patrons, correct?
13 A. That's right.
14 Q. During that time frame, do you remember
15 saying something to your husband, "Now he's calling
16 his boss to see if he can get permission to arrest
17 us"?
18 A. Probably. It sounds like something I'd
19 say.
20 Q. What did you mean by that?
21 A. He wanted to arrest us. It was obvious.
22 And now he wanted to make sure that his boss was
23 going to back him up, or the watch commander, if
24 that's his boss.
25 Q. And then at some point, did Deputy Mayfield