**Plaintiffs' Updated Index of Exhibits**

| Plaintiffs' Exh. No | Exhibit Category and Title | Authentication | Updated Dkt. No. | Bates No. |
|---|---|---|---|---|
| | | | | |
| | **Plaintiffs' Videos** | | | |
| | | | | |
| | **Plaintiff Bolbol: May 20, 2022 at Rowell Ranch Rodeo Park** | | | |
| 1 | Interaction with Gary Houts; Houts' call to ACSO; and Encounter #1 with ACSO Deputies | Dkt. 84-03 (Bolbol Decl.) ¶ 15 | Dkt. 84-4 | **000001** |
| 2 | Interaction with HARD and ACSO Deputy Mayfield | Dkt. 84-03 (Bolbol Decl.) ¶ 17 | Dkt. 84-4 | **000002** |
| 3 | Observation of Defendants at the Rodeo Park; Plaintiff Bolbol interaction with Gary Houts and Mike Sage | Dkt. 84-03 (Bolbol Decl.) ¶ 19 | Dkt. 84-4 | **000003** |
| 4 | Deputy Mayfield's interaction with Plaintiff Bolbol | Dkt. 84-03 (Bolbol Decl.) ¶ 23 | Dkt. 84-4 | **000004** |
| | **Plaintiff Bolbol: May 21, 2022 at Rowell Ranch Rodeo Park** | | | |
| 5 | Interaction with George Ferris | Dkt. 84-03 (Bolbol Decl.) ¶ 24 | Dkt. 84-8 | **000005** |
| | **Plaintiff Cuviello: May 20, 2022 at Rowell Ranch Rodeo Park** | | | |
| 6 | Plaintiffs enter Rodeo Park | Dkt. 84-10 (Cuviello Decl.) ¶ 14 | Dkt. 84-11 | **000006** |
| 7 | Interaction with Gary Houts; Call to ACSO | Dkt. 84-10 (Cuviello Decl.) ¶ 17 | Dkt. 84-12 | **000007** |
| 8 | Interaction with HARD, Kevin Hart, and Deputy Mayfield; 2nd Call to ACSO | Dkt. 84-10 (Cuviello Decl.) ¶ 19 | Dkt. 84-13 | **000008** |
| 9 | Interaction with Deputy Mayfield | Dkt. 84-10 (Cuviello Decl.) ¶ 24 | Dkt. 84-14 | **000009** |
| 10 | Observing back entrance to Rodeo and Deputy Mayfield | Dkt. 84-10 (Cuviello Decl.) ¶ 25 | Dkt. 84-15 | **000010** |

**Plaintiffs' Updated Index of Exhibits**

| | | | | |
|---|---|---|---|---|
| 11 | Interaction with Deputy Mayfield | Dkt. 84-10 (Cuviello Decl.) ¶ 28 | Dkt. 84-16 | **000011** |
| | **Plaintiff Cuviello: May 21, 2022 at Rowell Ranch Rodeo Park** | | | |
| 12 | Interaction with George Ferris | Dkt. 84-10 (Cuviello Decl.) ¶ 32 | Dkt. 84-17 | **000012** |
| 13 | Interaction with Gary Houts | Dkt. 84-10 (Cuviello Decl.)¶ 34 | Dkt. 84-18 | **000013** |
| | | | | |
| | **Plaintiffs' Records** | | | |
| | | | | |
| | **Photographs** | | | |
| 14 | "Bulls are Not Mean & Wild; They Are Docile" Sign | Dkt. 84-10 (Cuviello Decl.)¶ 13 | Dkt. 84-19 | **000014** |
| 15 | "Not Fun for the Animals" Banner | Dkt. 84-10 (Cuviello Decl.) ¶ 31 | Dkt. 84-20 | **000015** |
| 16 | "They Buck From Pain Caused by the Bucking Strap" Sign | Dkt. 84-03 (Bolbol Decl.) ¶ 27 | Dkt. 84-9 | **000016** |
| 17 | Group Photo of Demonstrators (May 22, 2022) | Dkt. 84-10 (Cuviello Decl.) ¶ 40 | Dkt. 84-21 | **000017 - 000019** |
| | **Documents** | | | |
| 18 | Mercury News Article (August 14, 2022 ) | Dkt. 84-10 (Cuviello Decl.) ¶ 6; Dkt. 84-03 (Bolbol Decl.) ¶ 6 | Dkt. 84-22 | **000020 - 000027** |
| 19 | Email communications from Plaintiff Cuviello to HARD (May 14, 2018 and  to May 14, 2019) | Dkt. 84-10 (Cuviello Decl.)¶ 8 | Dkt. 84-23 | **000028 - 000039** |
| 20 | Letter from HARD President Douglas Morrisson to Bill Pickett Invitational Rodeo President Lu Vason (July 21,1995) | Dkt. 84-10 (Cuviello Decl.) ¶ 38 | Dkt. 84-24 | **000040** |
| 21 | Leaflet (May 20-22, 2022) | Dkt. 84-10 (Cuviello Decl.) ¶ 39; Dkt. 84-03 (Bolbol Decl.) ¶ 28 | Dkt. 84-25 | **000041** |

**Plaintiffs' Updated Index of Exhibits**

|  |  |  |  |  |
|---|---|---|---|---|
|  | **Defendants' Written Discovery Responses** |  |  |  |
|  |  |  |  |  |
|  | **Defendant Rowell Ranch Rodeo Written Discovery Responses** |  |  |  |
| 22 | Rowell Ranch Rodeo Responses to Plaintiff Bolbol's Interrogatories, Set One No. 1-27 (August 20, 2023) | Dkt. 84-26 (Blome Decl.) ¶ 2 | Dkt. 84-27 | **000042 - 000050** |
| 23 | Rowell Ranch Rodeo Responses to Plaintiff Bolbol's Interrogatories, Set Two, No. 28-36 (January 5, 2024) | Dkt. 84-26 (Blome Decl.) ¶ 7 | Dkt. 84-28 | **000051 - 000060** |
|  |  |  |  |  |
|  |  |  |  |  |
|  | **Defendant Alamenda County Sheriff's Office ("ACSO") Written Discovery Responses** |  |  |  |
| 24 | ACSO Responses to Plaintiff Bolbol's Request for Production of Documents, Set One, No. 1-12 (October 27, 2023) | Dkt. 84-26 (Blome Decl.)) ¶ 4 | Dkt. 84-29 | **000061 - 000081** |
| 25 | ACSO Responses to Plaintiff Bolbol's Request for Production of Documents, Set One (September 1, 2023); transmittal letter | Dkt. 84-26 (Blome Decl.) ¶ 5 | Dkt. 84-30 | **000082** |
| 26 | ACSO Responses to Plaintiff Bolbol's Request for Production of Documents, Set One (October 3, 2023); transmittal letter | Dkt. 84-26 (Blome Decl.) ¶ 6 | Dkt. 84-31 | **000083** |
| 27 | ACSO Supplemental Production of Documents (December 20, 2023); transmitting Event Register (May 20, 2022) | Dkt. 84-26 (Blome Decl.) ¶ 8 | Dkt. 84-32 | **000084** |
| 28 | ACSO Supplemental Production Letters (December 21, 2023); transmitting audio link of phonecall (May 20, 2022) | Dkt. 84-26 (Blome Decl.) ¶ 9 | Dkt. 84-33 | **000085** |
| 29 | ACSO Updated Response to Plaintiff's Interrogatories, Set One (March 15, 2024) | Dkt. 84-26 (Blome Decl.) ¶ 10 | Dkt. 84-34 | **000086 - 000107** |

**Plaintiffs' Updated Index of Exhibits**

| 30 | ACSO Updated Response to Plaintiff's Requests for Production, Sets One and Two (March 15, 2024) | Dkt. 84-26 (Blome Decl.) ¶ 10 | Dkt. 84-35 | **000108 - 000123** |
|---|---|---|---|---|
| | **Defendant Hayward Area Recreation and Park ("HARD") Written Discovery Responses** | | | |
| 31 | HARD's Responses to Plaintiffs' Interrogatories, Set One, No. 1-26  (October 5, 2023) | Dkt. 84-26 (Blome Decl.) ¶ 12 | Dkt. 84-36 | **000124 - 000135** |
| | | | | |
| | **<u>Defendants' Business Records</u>** | | | |
| | | | | |
| | **Rowell Ranch Rodeo** | | | |
| 32 | Phone Records of Gary Houts and Brian Morrison (April 29-May 28, 2022) | Dkt. 84-26 (Blome Decl.) ¶ 13 | Dkt. 84-37 | **000136 - 000138** |
| | **Alameda County Sheriff's Office and Deputy Mayfield** | | | |
| 33 A | Event Register for Houts call to ACSO (May 20, 2022) | Dkt. 84-26 (Blome Decl.) ¶ 14 | Dkt. 84-38 | **000139** |
| 33 B | Audio transcript of ACSO-produced videos and plaintiffs' videos | Dkt. 84-26 (Blome Decl.) ¶ 14 | Dkt. 84-39 | **000140 - 000194** |
| | **HARD and Kevin Hart** | | | |
| 34 A | HARD Resolution No. 1415-49 regarding Rowell Ranch Rodeo policy - fiduciary responsibility for property (November 24, 2014) | Dkt. 84-26 (Blome Decl.) ¶ 15 | Dkt. 84-40 | **000195 - 000196** |
| 34 B | Rowell Ranch Rodeo/Special Events Paperwork and Application(April 5, 2022) | Dkt. 84-26 (Blome Decl.) ¶ 15 | Dkt. 84-41 | **000197 - 000207** |
| 34 C | Rodeo Policy, Fees, and Guidelines (April 5, 2022) | Dkt. 84-26 (Blome Decl.) ¶ 15 | Dkt. 84-42 | **000208 - 000212** |
| 34 D | Emergency Action Plan at Rowell Ranch Rodeo Park (2022) | Dkt. 84-26 (Blome Decl.) ¶ 15 | Dkt. 84-43 | **000213 - 000224** |
| 34 E | Permit # R6615 (April 7, 2022) | Dkt. 84-26 (Blome Decl.) ¶ 15 | Dkt. 84-44 | **000225 - 000237** |
| 35 | Demonstrative of Free Speech Area | Dkt. 84-26 (Blome Decl.) ¶ 16 | Dkt. 84-45 | **000238** |
| | | | | |

**Plaintiffs' Updated Index of Exhibits**

| | | | | |
|---|---|---|---|---|
| | **Defendants' Audio/Video** | | | |
| | | | | |
| | **Alameda County Sheriff's Office and Deputy Mayfield** | | | |
| 36 | Deputy Laszuk Body-Cam Footage (May 20, 2022) | Dkt. 84-26 (Blome Decl.) ¶ 17 | Dkt. 84-46 | **000239** |
| 37 | Deputy Mayfield Body Cam Footage (May 20, 2022) | Dkt. 84-26 (Blome Decl.) ¶ 18 | Dkt. 84-47 | **000240** |
| 38 | Deputy Mayfield Body-Cam Footage (May 20, 2022) | Dkt. 84-26 (Blome Decl.) ¶ 19 | Dkt. 84-48 | **000241** |
| | **Plaintiffs' Supplemental Exhibits** | | | |
| 39 | Plaintiff Bolbol video of interaction with rodeo personnel at Bill Pickett Rodeo (July 13, 2024) | Suppl. Bolbol Decl. ¶ 14 | | **000242** |
| 40 | HARD Regulations Governing Parks and Recreation Areas, and Facilities, Ordinance No. 001-02 (Am. Oct. 21, 2009) | Suppl. Cuviello Decl. ¶ 14 | | **000243 - 000244** |
| 41 | Senate Rules Committee, Bill No. 1775 "Subject:False Reports and Harassment" (Am. August 20, 2020) | Suppl. Cuviello Decl. ¶ 15 | | **000245 - 000249** |
| 42 | Excerpts of transcript,Plaintiff Bolbol deposition (March 6, 2024) | Suppl. Bolbol Decl. ¶ 21 | | **000250 - 000254** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |