Joseph Cuviello<br>
Plaintiff In Pro Se<br>
205 De Anza Blvd. # 125<br>
Telephone: (650) 315-3776<br>
Email: pcuvie@gmail.com

August 16, 2024

The Honorable Vince Chhabria
Courtroom 5, 17th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re: *Bolbol v. Rowell Ranch Rodeo 3:23-cv-01652*

Dear Judge Chhabria,

I write in response to your question at last Thursday's hearing -August 15, 2024 - wherein you asked if there was caselaw regarding the harm a Cal. Civ. Code section 51.7 plaintiff needs to establish to prove liability. The California appellate court in *Los Angeles County Metropolitan Transportation Authority v. The Superior Court*, 123 Cal.App.4th 261 (2004) made clear that a plaintiff need only establish "he or she was a victim of the condemned discriminatory conduct." *Id.* at 267. The court also made clear that proof of actual damages is not required, "the civil penalty clearly provides a minimum compensatory recovery even in those cases where the plaintiff can show little or no actual damages." *Id.* at 271.

Thank you for your attention to this matter.

Sincerely,

*/s/Joseph Cuviello*

Joseph Cuviello

Plaintiff in Pro Se