William B. Rowell, Bar No. 178587
Thiele R. Dunaway, Bar No. 130953
Marc Brainich, Bar No. 191034
Michele C. Kirrane, Bar No. 215448
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, CA  94607
Tel: (510) 834-6600 / Fax: (510) 834-1928
browell@fennemorelaw.com
rdunaway@fennemorelaw.com
mbrainich@fennemorelaw.com
mkirrane@fennemorelaw.com

Attorneys for Defendants
County of Alameda and Alameda County Deputy
Sheriff Joshua Mayfield

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; ALAMEDA COUNTY SHERIFF'S OFFICE; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD; and DOES 1 and 2, in their individual and official capacities, jointly and severally,<br><br>Defendants. | Case No. 3:23-cv-01652-VC<br><br>**DEFENDANT COUNTY OF ALAMEDA AND HAYWARD AREA RECREATION AND PARK DISTRICT'S JOINT PROPOSED SUPPLEMENTAL JURY QUESTIONNAIRE**<br><br>Judge: Hon. Vince Chhabria<br>Date: October 8, 2024<br>Time: 10:00 a.m.<br>Courtroom: 4 - 17th Floor<br><br>Action Filed: April 6, 2023<br>Trial Date: October 21, 2024 |

Defendants County of Alameda, Dep. Joshua Mayfield, Hayward Area Recreation and Park District, and Kevin Hart jointly submit the following Proposed Supplemental Jury Questionnaire. Counsel for plaintiffs and for Rowell Ranch Rodeo have indicated that they do not wish to submit any supplemental questions.

1. Have you ever been involved in any protests or demonstrations about any issue?

 [  ] Yes [  ] No. Please explain:

2. Have you ever had any involvement in animal rights activities?

 [  ] Yes [  ] No. Please explain:

3. Do you have any positive or negative feelings about a lawsuit against the County of Alameda, the Alameda County Sheriff's Office, or the Hayward Area Recreation and Park District?

 [  ] Yes [  ] No. Please explain:

4. Would you say your opinion of law enforcement in the Bay Area is generally (please check the one that best reflects your views):

 ___ Positive

 ___ Negative

 ___ Neutral

 Please Explain:

5. Have you or any members of your family or close friends ever had any positive or negative experiences with any law enforcement?

 [  ] Yes [  ] No. Please explain:

Dated: September 17, 2023                    FENNEMORE WENDEL

By: */s/ Marc Brainich*
William B. Rowell
Thiele R. Dunaway
Marc Brainich
Michele C. Kirrane
Attorneys for Defendants
County of Alameda and Alameda County
Deputy Sheriff Joshua Mayfield

- 2 -

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

COUNTY AND HARD'S PROPOSED
SUPPLEMENTAL JURY QUESTIONNAIRE
50127520.1/059499.0021

3:23-CV-01652-VC