Jessica L. Blome (State Bar No. 314898)
Lily A. Rivo (State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
Email: jblome@greenfirelaw.com
       lrivo@greenfirelaw.com

*Attorneys for Plaintiff Deniz Bolbol*

JOSEPH P. CUVIELLO
205 De Anza Blvd., #125
San Mateo, CA 94402
Telephone: (650) 315-3776
Email: pcuvie@gmail.com

*Plaintiff in pro per*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>PLAINTIFFS.<br><br>v.<br><br>ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; ALAMEDA COUNTY SHERIFF'S OFFICE; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD; and DOES 1 and 2, in their individual and official capacities, jointly and severally,<br><br>DEFENDANTS. | Case No. 3:23-cv-01652-VC<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT WITH HAYWARD AREA RECREATION AND PARK DISTRICT AND KEVIN HART**<br><br>Judge:  Hon. Vince Chhabria<br>Dept:  Courtroom 5 – 17th Floor<br>Trial Date: October 21, 2024<br>Time: 10:00 a.m. |

Plaintiffs JOSEPH P. CUVIELLO and DENIZ BOLBOL and Defendants HAYWARD AREA RECREATION AND PARK DISTRICT and KEVIN HART (hereafter "these Parties"), by a through counsel of record, hereby notify the Court that these Parties have reached a settlement in the above-entitled matter. These Parties will prepare settlement documents and then terminate the litigation between them within 30 days of the filing of this Notice, or by October 25, 2024.

This matter is currently set for trial to begin on October 21, 2024, at 10:00 a.m. Defendants HAYWARD AREA RECREATION AND PARK DISTRICT and KEVIN HART are only two defendants in this litigation, so the trial will proceed against Defendants Alameda County Board of Supervisors and Deputy Joseph Mayfield, as those parties have not settled.

Dated: September 25, 2024            Respectfully submitted,

*/s Jessica L. Blome*
Jessica L. Blome (Cal. Bar No. 314898)
Lily A. Rivo (Cal. Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
jblome@greenfirelaw.com
lrivo@greenfirelaw.com

*Attorneys for Plaintiff Deniz Bolbol*

*/s Joseph P. Cuviello*
JOSEPH P. CUVIELLO
205 DeAnza Blvd. #125
San Mateo, CA 94402
Telephone: (650) 315-3776
Email: pcuvie@gmail.com

*Plaintiff In Pro Se*

**CERTIFICATE OF SERVICE**

Plaintiffs' Notice of Settlement with Defendants Hayward Area Recreation and Park District and Kevin Hart

**Certificate of Service**

I hereby certify that on this 25th day of September 2024 the foregoing was served on all parties through the Court's electronic filing, CM/ECF system in accordance with Rule 5 of the Federal Rules of Civil Procedure.

By: */s/ Jessica San Luis*
Jessica San Luis
GREENFIRE LAW, P.C.