Jessica L. Blome (Cal. Bar No. 314898)
Lily A. Rivo (Cal. Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
Email: jblome@greenfirelaw.com
       lrivo@greenfirelaw.com

*Attorneys for Plaintiff Deniz Bolbol*

JOSEPH P. CUVIELLO
205 De Anza Blvd., #125
San Mateo, CA 94402
Telephone: (650) 315-3776
Email: pcuvie@gmail.com

*Plaintiff in Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually, <br><br> Plaintiffs <br><br> v. <br><br> ROWELL RANCH RODEO, INC., et al., <br><br> Defendants | Case No. 3:23-cv-01652-VC <br><br> **JOINT INVOLVED INDIVIDUALS LIST** <br><br> Trial date:   October 21, 2024 <br> Time:         10:00 a.m. <br> Judge:        Hon. Vince Chhabria <br> Courtroom:    5, 17th Floor |

The parties jointly submit the following list of persons involved in this case:

1. Joseph Patrick Cuviello, Plaintiff in Pro Se
2. Deniz Bolbol, Plaintiff
3. Michael Sage, witness
4. Robyn Newkirk, witness
5. Dep. Joshua Mayfield, defendant
6. Dep. Christian Campbell, witness
7. Dep. Sowmaya Ramadas, witness
8. Dep. Matthew/Matheus Laszuk, witness
9. Sgt. Moises Gomez, witness
10. Cmdr. Colby Staysa, witness
11. Cap. James Dudley, expert witness
12. Lily A. Rivo, counsel for Plaintiff Deniz Bolbol
13. Jessica L. Blome, counsel for Plaintiff Deniz Bolbol
14. William "Buddy" Rowell, counsel for defendants County of Alameda and Dep. Mayfield
15. Marc Brainich, counsel for defendants County of Alameda and Dep. Joshua Mayfield

Respectfully submitted,

DATED: September 25, 2024           /s/ Jessica L. Blome
                                     Jessica Blome
                                     Lily A. Rivo
                                     GREENFIRE LAW, PC
                                     *Attorney for Plaintiff Deniz Bolbol*

DATED: September 25, 2024           /s/ Joseph P. Cuviello
                                     JOSEPH P. CUVIELLO
                                     *Plaintiff In Pro Se*

DATED: September 25, 2024

/s/ *Marc Brainich*
Marc Brainich
FENNEMORE WENDEL
*Attorneys for Defendants County of Alameda and Alameda County Deputy Sheriff Joshua Mayfield*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September 2024 the foregoing was served on all parties through the Court's electronic filing, CM/ECF system in accordance with Rule 5 of the Federal Rules of Civil Procedure.

                    By:     /s/ Jessica San Luis
                                Jessica San Luis
                                GREENFIRE LAW, P.C.