William B. Rowell, Bar No. 178587
Thiele R. Dunaway, Bar No. 130953
Marc Brainich, Bar No. 191034
Michele C. Kirrane, Bar No. 215448
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, CA  94607
Tel: (510) 834-6600 / Fax: (510) 834-1928
browell@fennemorelaw.com
rdunaway@fennemorelaw.com
mbrainich@fennemorelaw.com
mkirrane@fennemorelaw.com

Attorneys for Defendants
County of Alameda and Alameda County Deputy
Sheriff Joshua Mayfield

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; ALAMEDA COUNTY SHERIFF'S OFFICE; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD; and DOES 1 and 2, in their individual and official capacities, jointly and severally,<br><br>Defendants. | Case No. 3:23-cv-01652-VC<br><br>**PLAINTIFFS AND DEFENDANTS COUNTY OF ALAMEDA AND DEPUTY JOSHUA MAYFIELD'S JOINT PROPOSED STATEMENT OF THE CASE**<br><br>Action Filed:  April 6, 2023<br>Trial Date:  October 21, 2024 |

Plaintiffs Deniz Bolbol and Joseph Cuviello claim that on May 20, 2022, while exercising their constitutionally protected free speech rights at an animal rights protest at the Rowell Ranch Rodeo in Castro Valley, California, defendants County of Alameda, by and though Alameda County Sheriff Deputy Joshua Mayfield attempted to interfere with their rights through threats, intimidation or coercion.

Defendants County of Alameda and Alameda County Sheriff's Deputy Joshua Mayfield deny that Deputy Mayfield attempted to interfere with plaintiffs' free speech rights. .

Dated: September 25, 2024

FENNEMORE WENDEL

By: _____
William B. Rowell
Thiele R. Dunaway
Marc Brainich
Michele C. Kirrane
Attorneys for Defendants
County of Alameda and Alameda County
Deputy Sheriff Joshua Mayfield