William B. Rowell, Bar No. 178587
Thiele R. Dunaway, Bar No. 130953
Marc Brainich, Bar No. 191034
Michele C. Kirrane, Bar No. 215448
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, CA  94607
Tel: (510) 834-6600 / Fax: (510) 834-1928
browell@fennemorelaw.com
rdunaway@fennemorelaw.com
mbrainich@fennemorelaw.com
mkirrane@fennemorelaw.com

Attorneys for Defendants
County of Alameda and Alameda County Deputy
Sheriff Joshua Mayfield

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; ALAMEDA COUNTY SHERIFF'S OFFICE; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD; and DOES 1 and 2, in their individual and official capacities, jointly and severally,<br><br>Defendants. | Case No. 3:23-cv-01652-VC<br><br>**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' TRIAL BRIEF RE: SPECIFIC INTENT**<br><br>Action Filed:   April 6, 2023<br>Trial Date:       October 21, 2024 |

FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' TRIAL BRIEF RE: SPECIFIC INTENT

3:23-CV-01652-VC

50272057.1/059499.0021

Defendants County of Alameda and Dep. Joshua Mayfield ("Defendants") hereby oppose plaintiffs' Motion to Strike Defendants' Trial Brief on Specific Intent. As soon as the parties began to exchange drafts of proposed jury instructions and (subsequently) a proposed verdict form, and to meet and confer on the telephone about various pre-trial issues, it immediately became clear that the parties disagreed about a fundamental issue: whether or not specific intent was an element of a claim for violation of the Bane Act claim. Defendants believe it is an element of the claim that plaintiffs must prove; plaintiffs just as adamantly insist that it is not.

In light of the parties' conflicting positions on this crucial issue, Defendants believe that the Court would benefit from briefing on it prior to the Pretrial Conference ("PTC") on October 8, 2024, and that the PTC itself would be far more productive if the Court were briefed on this issue beforehand by *both* parties. Accordingly, Defendants filed a short trial brief putting forth their position on September 25, 2024 – 13 days before the PTC, thus giving plaintiffs plenty of time to brief the issue for the Court themselves. Instead of putting their position before the Court so that it could be fully briefed by both sides, plaintiffs chose to move to strike Defendants' brief – essentially asking for the Court to rule on the matter without guidance from the parties.

Dated: October 1, 2024                                     FENNEMORE WENDEL


By: /s/ *Marc Brainich*
    William B. Rowell
    Thiele R. Dunaway
    Marc Brainich
    Michele C. Kirrane
    Attorneys for Defendants
    County of Alameda and Alameda County
    Deputy Sheriff Joshua Mayfield

- 2 -

DEFENDANTS' OPPOSITION TO PLAINTIFFS'                                  3:23-CV-01652-VC
MOTION TO STRIKE DEFENDANTS' TRIAL BRIEF
RE: SPECIFIC INTENT
50272057.1/059499.0021