UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>                Plaintiffs,<br><br>v.<br><br>ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; ALAMEDA COUNTY SHERIFF'S OFFICE; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD; and DOES 1 and 2, in their individual and official capacities, jointly and severally,<br><br>                Defendants. | Case No. 3:23-cv-01652-VC<br><br>**DEFENDANTS COUNTY OF ALAMEDA AND DEP. JOSHUA MAYFIELD'S PROPOSED JURY VERDICT FORM**<br><br>Judge:    Vince Chhabria<br>Dept.:    4<br><br>Action Filed:    April 6, 2023<br>Trial Date:    October 21, 2024 |

We answer the questions submitted to us as follows:

**Question No. 1:** Did defendant Joshua Mayfield violate the Bane Act in regards to plaintiff Joseph Cuviello?

Answer "yes or no."                                                                 Yes     No

                                                                                        ____   ____

**Question No. 2:** Did defendant Joshua Mayfield violate the Bane Act in regards to plaintiff Deniz Bolbol?

Answer "yes or no."                                                                 Yes     No


Signed: _____

       Presiding Juror


Dated: _____


After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.

50193893.1/059499.0021