Jessica L. Blome (Cal. Bar No. 314898)
Lily A. Rivo (Cal. Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
Email: jblome@greenfirelaw.com
        lrivo@greenfirelaw.com

*Attorneys for Plaintiff Deniz Bolbol*

JOSEPH P. CUVIELLO
205 De Anza Blvd., #125
San Mateo, CA 94402
Telephone: (650) 315-3776
Email: pcuvie@gmail.com

*Plaintiff in Pro Se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROWELL RANCH RODEO, INC, et al.,<br><br>        Defendants. | Case No. 3:23-cv-01652-VC<br><br>**PLAINTIFFS' PROPOSED JURY VERDICT FORM**<br><br>Date: October 21, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Vince Chhabria<br>Courtroom: 5, 17th Floor |

1 **QUESTION ONE:** Did Defendants Alameda County through its agent Sheriff Deputy Joshua Mayfield use a threat, intimidation, or coercion to attempt to interfere with Mr. Cuviello's free speech right to demonstrate outside the "free speech area?" See Instruction No. ___ (Bane Act – Essential Factual Elements (Cal. Civ. Code § 52.1)).

Answer "Yes" or "No"     Yes ☐     No ☐

Do not make an award of damages. The Judge will determine the amount of damages to be awarded to Mr. Cuviello if you answered Yes to Question 1.

**QUESTION TWO:** Did Defendants Alameda County through its agent Sheriff Deputy Joshua Mayfield use a threat, intimidation, or coercion to attempt to interfere with Ms. Bolbol's free speech right to demonstrate outside the "free speech area?" See Instruction No. ___ (Bane Act – Essential Factual Elements (Cal. Civ. Code § 52.1)).

Answer "Yes" or "No"    Yes ☐    No ☐

Do not make an award of damages. The Judge will determine the amount of damages to be awarded to Ms. Bolbol if you answered Yes to Question 2.

Signed: _____
     Presiding Juror

Dated: _____