William B. Rowell, Bar No. 178587
Thiele R. Dunaway, Bar No. 130953
Marc Brainich, Bar No. 191034
Michele C. Kirrane, Bar No. 215448
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, CA  94607
Tel: (510) 834-6600 / Fax: (510) 834-1928
browell@fennemorelaw.com
rdunaway@fennemorelaw.com
mbrainich@fennemorelaw.com
mkirrane@fennemorelaw.com

Attorneys for Defendants
County of Alameda and Alameda County Deputy
Sheriff Joshua Mayfield

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually, <br><br> Plaintiffs, <br><br> v. <br><br> ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; ALAMEDA COUNTY SHERIFF'S OFFICE; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD; and DOES 1 and 2, in their individual and official capacities, jointly and severally, <br><br> Defendants. | Case No. 3:23-cv-01652-VC <br><br> **THE PARTIES' JOINT EXHIBIT LIST** <br><br> Action Filed:  April 6, 2023 <br> Trial Date:      October 21, 2024 |

1  Plaintiffs Joseph P. Cuviello and Deniz Bolbol and Defendants the County of Alameda
2  and Deputy Sheriff Joshua Mayfield jointly submit the attached Exhibit List in this action.

Dated: October 1, 2024　　　　　　　　　　FENNEMORE WENDEL

By: */s/ Marc Brainich*
　　William B. Rowell
　　Thiele R. Dunaway
　　Marc Brainich
　　Michele C. Kirrane
　　Attorneys for Defendants
　　County of Alameda and Alameda County
　　Deputy Sheriff Joshua Mayfield

| Exhibit No. | Exhibit Description | Sponsoring Witness/Purpose | Identification No. | Objections | Response | Court |
|---|---|---|---|---|---|---|
| **Plaintiffs' Proposed Trial Exhibits** ||||||||
| 1 | Demonstrative of Free Speech Area | Deniz Bolbol/Liability | Dkt. 84-45 | The parties have stipulated to this exhibit. | | |
| 2 | Protest Sign 1 | Joseph P. Cuviello/Liability | Dkt. 84-19 | Irrelevant (FRE 401) and prejudicial (FRE 403) | Relevant to show state of mind/intent; Relevant to show protected activity | |
| 3 | Protest Sign 2 | Deniz Bolbol/Liability | Dkt. 84-9 | Irrelevant (FRE 401) and prejudicial (FRE 403) | Relevant to show state of mind/intent; Relevant to show protected activity | |
| 4 | Protest Banner | Joseph P. Cuviello/Liability | Dkt. 84-20 | Irrelevant (FRE 401) and prejudicial (FRE 403) | Relevant to show state of mind/intent; Relevant to show protected activity | |
| 5 | Protest Leaflet | Cuviello Decl. ¶ 39; Bolbol Decl. ¶ 28 | Dkt. 84-25 | Irrelevant (FRE 401) and prejudicial (FRE 403) | Relevant to show state of mind/intent; Relevant to show protected activity | |
| 6 | Bolbol Video Clip 1, May 20, 2022 | Deniz Bolbol/Liability | Dkt. 84-4 | | | |
| 7 | Bolbol Video Clip 1, May 20, 2022 | Deniz Bolbol/Liability | Dkt. 28-2 | | | |
| 8 | Bolbol Video Clip 1, May 20, 2022 | Deniz Bolbol/Liability | Dkt. 28-2 | | | |
| 9 | Cuviello Video Clip 1, May 20, 2022 | Joseph P. Cuviello/Liability | Dkt. 84-13, 84-14; 84-15 | | | |

| Exhibit No. | Exhibit Description | Sponsoring Witness/Purpose | Identification No. | Objections | Response | Court |
|---|---|---|---|---|---|---|
| 10 | Cuviello Video Clip 2, May 20, 2022 | Joseph P. Cuviello/Liability | Dkt. 84-16 | | | |
| 11 | Event Register for Houts call to ACSO, May 20, 2022 | Mayfield/Liability | Dkt. 84-38 | The parties have stipulated to this exhibit. | | |
| 12 | Declaration of Russell Fields | Russell Fields/Liability | Dkt. 39 | Hearsay (FRE 802), irrelevant (FRE 401) and prejudicial (FRE 403) | Relevant to show Plaintiff Cuviello's state of mind/intent and experience demonstrating at Rowell Rodeo Park | |
| 13 | Suppl. Declaration of Russell Fields | Russell Fields/Liability | Dkt. 43 | Hearsay (FRE 802), irrelevant (FRE 401), and prejudicial (FRE 403) | Relevant to show Plaintiff Cuviello's state of mind/intent and experience demonstrating at Rowell Rodeo Park | |
| 14 | Mayfield Video Clip 1, 1st time approaching Plaintiffs | Mayfield/Liability | 1757_x603994B1 | The parties have stipulated to this exhibit | | |
| 15 | Mayfield Video Clip 2, Mayfield with Hart approaching Plaintiffs | Mayfield/Liability | 1808_x603994B1 | The parties have stipulated to this exhibit | | |
| 16 | Mayfield Video Clip 3, Mayfield talking to Hart and Houts | Mayfield/Liability | 1822_x603994B1 | The parties have stipulated to this exhibit | | |
| 17 | Mayfield Video Clip 4, Mayfield telling M. Sage to stay out of roadway | Mayfield/Liability | 1826_x603994B1 | The parties have stipulated to this exhibit | | |

| Exhibit No. | Exhibit Description | Sponsoring Witness/Purpose | Identification No. | Objections | Response | Court |
|---|---|---|---|---|---|---|
| 18 | Mayfield Video Clip 5, Plaintiffs demonstrating | Mayfield/Liability | 1900_x603994B1 | The parties have stipulated to this exhibit | | |
| 19 | Mayfield Video Clip 6, Mayfield encounters with Plaintiffs at back entrance | Mayfield/Liability | 1936_x603994B1 | The parties have stipulated to this exhibit | | |
| 20 | Laszuk Video Clip, Laszuk approaches Mayfield and Hart speaking | Laszuk/Liability | 1810_x6039A6A9 | The parties have stipulated to this exhibit | | |
| 21 | Ramadas Video Clip | Ramadas/Liability | 1900_x60A15126 | The parties have stipulated to this exhibit | | |
| 22 | Certified Transcript of plaintiffs' videos | Mayfield/Liability | | The parties are working on a stipulated transcript. | | |
| 23 | Certified Transcript of ACSO body cam videos | Mayfield/Liability | | The parties are working on a stipulated transcript. | | |
| 24 | ACSO Basic Course Workbook Series | Mayfield/Liability | ACSO Bates 0001-000277 | Irrelevant (FRE 401) and prejudicial (FRE 403) | Relevant to show state of mind/intent (this is the subject of several MILS) | |
| 25 | ACSO Training Bulletins | Mayfield/Liability | ACSO Bates 000316-000329 | Irrelevant (FRE 401) and prejudicial (FRE 403) | Relevant to show state of mind/intent (this is the subject of several MILS) | |
| 26 | ACSO PowerPoint Training Slides | Mayfield/Liability | ACSO Bates 000321-000341 | Irrelevant (FRE 401) and prejudicial (FRE 403) | Relevant to show state of mind/intent (this is the subject of several MILS) | |

| Exhibit No. | Exhibit Description | Sponsoring Witness/Purpose | Identification No. | Objections | Response | Court |
|---|---|---|---|---|---|---|
| 27 | AlCo-Comm Team Email, May 8, 2022 | Staysa/Liability | ACSO Bates 000293 | Irrelevant (FRE 401) and prejudicial (FRE 403) | Relevant to show state of mind/intent (this is the subject of several MILS) | |
| 28 | Staysa Email, May 10, 2022 | Staysa/Liability | ACSO Bates 000284 | | | |
| 29 | Staysa Email, May 10, 2022 | Staysa/Liability | ACSO Bates 00298-99 | | | |
| 30 | Rickler Email, May 18, 2022 | Staysa/Liability | ACSO Bates 000294 | Irrelevant (FRE 401) and prejudicial (FRE 403) | Relevant to show state of mind/intent (this is the subject of several MILS) | |
| 31 | HARD Letter to Lu Vason, July 21, 1995 | Joseph Cuviello/Liability | Dkt. 84-24 | Lacks authentication (FRE 901), hearsay (FRE 802), irrelevant (FRE 401), and prejudicial (FRE 403) | Relevant to show Plaintiff Cuviello's state of mind/intent and experience demonstrating at Rowell Rodeo Park | |
| 32 | P. Cuviello Email Exchange with HARD Manager P. McCreary, May 14, 2018 | Joseph Cuviello/Liability | Dkt. 84-23 | Lacks authentication (FRE 901), hearsay (FRE 802), irrelevant (FRE 401), and prejudicial (FRE 403) | Relevant to show Plaintiff Cuviello's state of mind/intent and experience demonstrating at Rowell Rodeo Park | |

| Exhibit No. | Exhibit Description | Sponsoring Witness/Purpose | Identification No. | Objections | Response | Court |
|---|---|---|---|---|---|---|
|  **County of Alameda and Dep. Mayfield's Proposed Trial Exhibits** | | | | | | |
| 101 | Plaintiffs' Photo from 5/20/22 | Dep. Mayfield/Liability | Plaintiffs' Bate 0022 | The parties have stipulated to this exhibit. | | |
| 102 | Bolbol's entire video | Deniz Bolbol/Liability | Plaintiffs' Bate 0014 | The parties have stipulated to this exhibit. | | |
| 103 | Cuviello's entire video | Joseph Cuviello/Liability | Plaintiffs' Bate 0016 | The parties have stipulated to this exhibit. | | |
| 104 | Campbell Video from 5:57 pm - 5:59 pm | Dep. Campbell/Liability | 1757_X603995M6 | The parties have stipulated to this exhibit. | | |
| 105 | Laszuk's Video from 5:58 pm - 5:59 pm | Dep. Laszuk/Liability | 1758_X6039A6A9 | The parties have stipulated to this exhibit. | | |
| 106 | Laszuk's Video from 6:10 pm - 6:16 pm | Dep. Laszuk/Liability | 1819_X6039A6A9 | The parties have stipulated to this exhibit. | | |
| 107 | Campbell Video from 6:20 pm - 6:22 pm | Dep. Campbell/Liability | 1820_X603995M6 | The parties have stipulated to this exhibit. | | |
| 108 | Ramadas Video from 7:36 pm -7:37 | Dep. Sowmaya Ramada/Liability | 1936_X60A15126 | The parties have stipulated to this exhibit. | | |
| 109 | Ramadas Video from 7:41 pm - 7:43 pm | Dep. Sowmaya Ramada/Liability | 1941_X60A15126 | The parties have stipulated to this exhibit. | | |
| 110 | Mayfield Video at 7:56 pm | Dep. Mayfield/Liability | 1956_X603994B1 | The parties have stipulated to this exhibit. | | |
| 111 | Audio of Gary Houts' call with ACSO dispatch | Dep. Mayfield/Liability | E2205075459725 DUBLIN CANYON-2 CALLS K.wma | The parties have stipulated to this exhibit. | | |
| 112 | Audio of Mayfield's call with ACSO dispatch | Dep. Mayfield/Liability | E2205075459725 DUBLIN CANYON-2 CALLS K.wma | The parties have stipulated to this exhibit. | | |
| 113 | Dep. Mayfield's 5/20/22 email | Dep. Mayfield/Liability | AlamedaCounty_Bolbol_000287 | The parties have stipulated to this exhibit. | | |

50278206.1/059499.0021