William B. Rowell, Bar No. 178587
Thiele R. Dunaway, Bar No. 130953
Marc Brainich, Bar No. 191034
Michele C. Kirrane, Bar No. 215448
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, CA  94607
Tel: (510) 834-6600 / Fax: (510) 834-1928
browell@fennemorelaw.com
rdunaway@fennemorelaw.com
mbrainich@fennemorelaw.com
mkirrane@fennemorelaw.com

Attorneys for Defendants
County of Alameda and Alameda County Deputy
Sheriff Joshua Mayfield

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; ALAMEDA COUNTY SHERIFF'S OFFICE; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD; and DOES 1 and 2, in their individual and official capacities, jointly and severally,<br><br>Defendants. | Case No. 3:23-cv-01652-VC<br><br>**[PROPOSED] ORDER ALLOWING TRIAL EQUIPMENT TO BE BROUGHT INTO THE COURTHOUSE**<br><br>Action Filed:  April 6, 2023<br>Trial Date:  October 21, 2024<br>Judge:  Hon. Vince Chhabria<br>Crtm:  4, 17th Floor |

1  IT IS HEREBY ORDERED that the parties and their counsel and staff be allowed to bring
2  trial presentation equipment and technology into the courthouse, including but not limited to
3  computers (including laptops and iPads), an Apple TV, power cords and strips, and HDMI cables.

Dated: October 7, 2024, 2024

_____
Hon. Vince Chhabria
United States District Judge

Fennemore Wendel
Attorneys at Law
Oakland

- 2 -

[PROPOSED] ORDER ALLOWING TRIAL EQUIPMENT TO BE BROUGHT INTO THE COURTHOUSE

3:23-CV-01652-VC

50311790.1/059499.0021