Jessica L. Blome (State Bar No. 314898)
Lily A. Rivo (State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fx: (510) 900-9502
Email: jblome@greenfirelaw.com
       lrivo@greenfirelaw.com

*Attorneys for Plaintiff Deniz Bolbol*

JOSEPH P. CUVIELLO
205 De Anza Blvd., #125
San Mateo, CA 94402
Telephone: (650) 315-3776
Email: pcuvie@gmail.com

*Plaintiff in pro per*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO and DENIZ BOLBOL, individually,<br><br>PLAINTIFFS.<br><br>v.<br><br>ROWELL RANCH RODEO, INC.; HAYWARD AREA RECREATION AND PARK DISTRICT; HAYWARD AREA RECREATION AND PARK DISTRICT PUBLIC SAFETY MANAGER/RANGER KEVIN HART; COUNTY OF ALAMEDA; ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD; and DOES 1 and 2, in their individual and official capacities, jointly and severally,<br><br>DEFENDANTS. | Case No. 3:23-cv-01652-VC<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Vince Chhabria<br>Dept: Courtroom 5 – 17th Floor<br>Trial Date: October 21, 2024<br>Time: 10:00 a.m. |

Plaintiffs JOSEPH P. CUVIELLO and DENIZ BOLBOL and Defendants COUNTY OF ALAMEDA and ALAMEDA COUNTY DEPUTY SHERIFF JOSHUA MAYFIELD (hereafter "these Parties"), by a through counsel of record, hereby notify the Court that these Parties have reached a settlement in the above-entitled matter.

Plaintiffs previously notified the Court of settlements reached with the other defendants in this action on September 18, 2024, Dkt. 132 and September 25, 2024, Dkt. 145. With this notification, Plaintiffs have reached settlements in principle with each of the defendants in this action, and the parties now formally request that the trial set to begin on October 21, 2024, be formally taken off calendar.

The parties expect to file concluding documents, dismissing the defendants from this action, within thirty days of the filing of this notification, or by November 7, 2024.

Dated: October 8, 2024              Respectfully submitted,

                                    */s Jessica L. Blome*
                                    Jessica L. Blome (Cal. Bar No. 314898)
                                    Lily A. Rivo (Cal. Bar No. 242688)
                                    GREENFIRE LAW, PC
                                    2748 Adeline Street, Suite A
                                    Berkeley, CA 94703
                                    Ph/Fx: (510) 900-9502
                                    jblome@greenfirelaw.com
                                    lrivo@greenfirelaw.com

                                    *Attorneys for Plaintiff Deniz Bolbol*


                                    */s Joseph P. Cuviello*
                                    JOSEPH P. CUVIELLO
                                    205 DeAnza Blvd. #125
                                    San Mateo, CA 94402
                                    Telephone: (650) 315-3776
                                    Email: pcuvie@gmail.com

                                    *Plaintiff In Pro Se*

# CERTIFICATE OF SERVICE

**Certificate of Service**

I hereby certify that on this 8th day of October 2024 the foregoing was served on all parties through the Court's electronic filing, CM/ECF system in accordance with Rule 5 of the Federal Rules of Civil Procedure.

By:   */s/ Jessica San Luis*
      Jessica San Luis
      GREENFIRE LAW, P.C.